**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Synapse Financial Technologies, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-5396710 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **21255 Burbank Boulevard, Suite 120**<br>**Woodland Hills, CA 91367**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **https://synapsefi.com**

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

| Debtor | Synapse Financial Technologies, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **Synapse Financial Technologies, Inc.**                                      Case number (*if known*) _____
         Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49                ☐ 1,000-5,000          ☐ 25,001-50,000
■ 50-99               ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000        ☐ More than100,000
☐ 200-999

---

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ■ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion

---

Debtor    **Synapse Financial Technologies, Inc.**                                    Case number (*if known*) _____
          Name

- ☐ $50,001 - $100,000          ■ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
- ☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
- ☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

Debtor  **Synapse Financial Technologies, Inc.**          Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 22, 2024**
           MM / DD / YYYY

X _____      **Sankaet Pathak**
Signature of authorized representative of debtor      Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

X _____      Date    **April 22, 2024**
Signature of attorney for debtor                    MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P**
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**      Email address   **rb@lnbyg.com**

**143364 CA**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Synapse Financial Technologies, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 22, 2024**        X _____
                                          Signature of individual signing on behalf of debtor

                                      **Sankaet Pathak**
                                      Printed name

                                      **Chief Executive Officer**
                                      Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Synapse Financial Technologies, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO** |
| Case number (if known): | _____ |

☐  Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kroll Associates, Inc 600 3rd Ave Fl 4 New York, NY 10016** | **Benjamin Au** ben.au@orrick.com **(212) 593-1000** | | | | | **$473,662.28** |
| **Thomson Reuters PO Box 6292 - West Payment Center Carol Stream, IL 60197-6292** | | | **Disputed** | | | **$290,822.50** |
| **Lineage Bank 3359 Aspen Grove Drive Suite 150 Franklin, TN 37067** | | | **Disputed** | | | **$276,812.26** |
| **Amazon Web Services, Inc. PO Box 84023 Seattle, WA 98124-8423** | aws-receivables-support@email.amazon.com | | | | | **$261,509.36** |
| **Jones Day 555 California Street 26th Floor San Francisco, CA 94104-1500** | **(415) 875-5889** | | | | | **$229,275.00** |
| **Trulioo Information Services, Inc 400-114 East 4th St Vancouver, CA 94104** | | | | | | **$225,754.20** |
| **MasterCard International 2200 Mastercard Boulevard O' Fallon, MO 63368-7263** | | | **Disputed** | | | **$210,900.83** |

| Debtor | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Goodwin Procter LLP** **Three Embarcadero Center** **San Francisco, CA 94111** | **Shinette Parin** **sparin@goodwinlaw.com** **(415) 733-6000** | | | | | **$199,835.10** |
| **Lowenstein Sandler LLP** **One Lowenstein Drive** **Roseland, NJ 07068** | | | | | | **$166,921.12** |
| **First Horizon Bank** **4385 Poplar Avenue** **ATTN: Proctor Ford** **Memphis, TN 38117** | **acummings@firsthorizon.com** **(901) 681-2398** | | | | | **$157,427.48** |
| **Bergeson LLP** **111 Market Street, Suite 600** **San Jose, CA 95113** | | | | | | **$141,917.07** |
| **Sloanne & Company, LLC** **285 Fulton Street** **69th Floor** **New York, NY 10007** | **accountsreceivable@sloanepr.com** | | | | | **$131,250.00** |
| **Newfront Insurance, Inc** **55 2nd Street, 18th Floor** **San Francisco, CA 94105** | **John Rodriguez** **john.rodriguez@newfrontinsurance.com** **(323) 360-1748** | | | | | **$125,112.12** |
| **Linkedin Corporation** **62228 Collections Center Drive** **Chicago, IL 60693-0622** | **ar-receipts@linkedin.com** **(866) 498-7020** | | **Disputed** | | | **$115,045.82** |
| **Fiserv, Inc** **Po Box 208457** **Dallas, TX 75320-8457** | **ceinvoiceinquiry@fiserv.com** **(470) 701-7191** | | | | | **$102,000.00** |
| **Performiline, Inc** **58 South Street 2nd Floor** **Morristown, NJ 07960** | **ar@performline.com** **(314) 754-0999** | | **Disputed** | | | **$99,900.00** |
| **Digital 365 Main, LLC** **365 Main Street** **Suite 1500** **San Francisco, CA 94105** | | | | | | **$67,892.75** |

Debtor  **Synapse Financial Technologies, Inc.**                                              Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TabaPay, Inc**<br>**605 Ellis Street 110**<br>**Mountain View, CA**<br>**94043** | | | | | | $67,500.02 |
| **FlemingMartin, LLC**<br>**822 Hartz Way Suite**<br>**215**<br>**Danville, CA 94526** | | | | | | $66,333.00 |
| **Yotta Technologies**<br>**Inc**<br>**33 Irving Pl**<br>**New York, NY 10003** | **Adam Moelis**<br><br>**adam@withyotta.c**<br>**om**<br>**(844) 945-3449** | | | | | $65,172.33 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender 143364**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: **143364 CA**<br>**rb@lnbyg.com** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

| In re: | |
|---|---|
| **Synapse Financial Technologies, Inc.** | CASE NO.:<br><br>CHAPTER: **11** |
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __16__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **April 22, 2024** _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **April 22, 2024** _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Synapse Financial Technologies, Inc.
21255 Burbank Boulevard,
Suite 120
Woodland Hills, CA 91367


Ron Bender
Levene, Neale, Bender, Yoo & Golubchik L.L.P
2818 La Cienega Avenue
Los Angeles, CA 90034


U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017


Amazon Web Services, Inc.
PO Box 84023
Seattle, WA 98124-8423


Aprio, LLP
201 North Civic Drive, Suite 220
Walnut Creek, CA 94596


Arktouros PLLC
1717 N Street Northwest, Suite 1
Washington DC, DC 20036


Arroweye Solutions Inc.
2470 Paseo Verde Parkway Suite 135,
Henderson, NV 89074


Ask Benjamin, Inc
2055 Market Street
San Francisco, CA 94114

ATM National, LLC
PO Box 4346, Dept 364
Houston, TX 77210-4346


Atmos Financial, Inc
2222 Harold Way, Suite CW509
Berkeley, CA 94704


BairdHolm, LLP
1700 Farnam St, Ste 1500
Omaha, NE 68102


Ballard Spahr, LLP
1909 K Street, Nw 12Th Floor
Washington, DC, DC 20006


BDO USA, LLP
PO Box 677973
Dallas, TX 75267


Bergeson LLP
111 Market Street, Suite 600
San Jose, CA 95113


Brightside Benefit, Inc
55 N Arizona Pl, Ste 200
Chandler, AZ 85225


Business Wire, Inc
101 California Street 20th Floor
San Francisco, CA 94111

Cactil LLC
1441 Broadway 3rd floor
New York, NY 10018


Cadre Cash, LLC
295 Lafayette Street, Suite 500
New York, NY 10012


Capital J Inc
1390 Market Street, Suite 200
San Francisco, CA 94102


ChangeEd, Inc
222 W. Merchandise Mart Plaza
Suite 1212
Chicago, IL 60654


Checkr, Inc
One Montgomery St Suite 2000
San Francisco, CA 94104


Cobalt Labs, Inc
575 Market St. Fl 4
San Francisco, CA 94105


Datadog, Inc.
620 8th Avenue Floor 45
New York, NY 10018-1741


Datasite, LLC
733 S. Marquette Ave, Suite 600
Minneapolis, MN 55402

Degree, Inc
PO Box 207585
Dallas, TX 75320-7585


Dexy Co
1500 Bay Rd, 920
Miami Beach, FL 33139


Digital 365 Main, LLC
365 Main Street Suite 1500
San Francisco, CA 94105


DoiT International USA, Inc
5201 Great America Pkwy, Suite 320
Santa Clara, CA 95054


Ekata, Inc.
1301 5th Ave Suite 1600
Seattle, WA 98101


Elevated Principles, Inc
2021 Filmore St, 85
San Francisco, CA 94115


Evolve Bank & Trust
Attn: David M. Poitras, Esq.
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367


Evolve Bank & Trust
6000 Poplar Avenue, Suite 300
Memphis, TN 38119

Financial Technology Association  FTA
PO Box 223302
Chantilly, VA 20153


Finnt, Inc
333 S. E. 2nd Avenue, Suite 200
Miami, FL 33131


Fintech Meetup,LLC
605 3rd Avenue
New York, NY 10158


First Horizon Bank
4385 Poplar Avenue
ATTN: Proctor Ford
Memphis, TN 38117


Fiserv, Inc
Po Box 208457
Dallas, TX 75320-8457


FlemingMartin, LLC
822 Hartz Way Suite 215
Danville, CA 94526


Flourish Savings, Inc
2261 Market Street, 4466
San Francisco, CA 94114


Fraudguard.io
12116 Everglades Kite Road
Brooksville, FL 34614

Frazier & Deeter, LLC
222 2nd Avenue S Suite 1840
Nashville, TN 37201-2308


Fund That Flip, Inc
10 E 23rd Street, 5 floor
New York, NY 10010


Gattaca Horizons, LLC
5903 Ashby Manor Place
Alexandria, VA 22310


Glance Capital, Inc
651 North Broad Street
Middletown, DE 19709


Goodwin Procter LLP
Three Embarcadero Center
San Francisco, CA 94111


Gravy Technologies, Inc.
119 S Main Street
St. Charles, MO 00063-3301


GravyStack, Inc.
1 N. 1st Street, 790
Phoenix, AZ 85004


Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

Hatfield, Inc.
1112 Bryant Street
San Francisco, CA 94103


Hixson Nagatani LLP
2021 The Alameda, Ste 240
San Jose, CA 95126


Hyve, Inc
86 Camp Hill Road
Pomona, NY 10970


Idemia America Corp.
4250 Pleasant Valley Road
Chantilly, VA 20151


IDT Payment Services, Inc.
520 Broad Street
Newark, NJ 07102


Illinois Secretary of State
115 S. LaSalle St., Ste. 300
Chicago, IL 60603


Intuit, Inc
650 California St, 7th Floor
San Francisco, CA 94108


Jones Day
555 California Street 26th Floor
San Francisco, CA 94104-1500

Klutch Technologies Inc.
3515 Mount Diablo Blvd
Lafayette, CA 94549


Knab, Inc
432 Fremont Ave
Pacifica, CA 94044


Kroll Associates, Inc
600 3rd Ave Fl 4
New York, NY 10016


Landa Holdings, Inc
One Penn Plaza, suite 5307
New York, NY 10119


Latitud, Inc
4588 Bennett Valley Road
Santa Rosa, CA 95404


Lineage Bank
3359 Aspen Grove Drive Suite 150
Franklin, TN 37067


Linkedin Corporation
62228 Collections Center Drive
Chicago, IL 60693-0622


Littler Mendelson, PC
P.O. Box 207137
Dallas, TX 75320-7137

Lob.com, Inc.
2261 Market Street STE 5668
San Francisco, CA 94114


London & Stout P.C.
1999 Harrison Street Ste 2010
Oakland, CA 94612


Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068


Machnet Technologies, Inc
317-642 Rue De Courcelle
Montreal, Quebec, Canada H4C 3C5


MasterCard International
2200 Mastercard Boulevard
O' Fallon, MO 63368-7263


Masterworks Administrative Services, LLC
225 Liberty St, 29th floor
New York, NY 10281


McBurberod Financial Inc
650 California St, 7th Floor
San Francisco, CA 94108


Mercury Technologies, Inc.
660 Mission Street, 4th Floor
San Francisco, CA 94105

MicroVenture Marketplaces, Inc
11601 Alterra parkway, suite 100
Austin, TX 78758


Mila Popov aka Mila Alemasov,
Ttee Mila Aleamasov Revocable Trust
Law Offices of Svetlana Rishini
P.O. Box 2114
Alameda, CA 94501


Momento Technologies, Inc
401 Park Ave South, 9th floor
New York, NY 10016


Nasim Shushtari
Kesluk, Silverstein, Jacob & Morrison, P
9255 Sunset Blvd, Suite 411
Los Angeles, CA 90069


Navan, Inc
3045 Park Blvd
Palo Alto, CA 94306


Newfront Insurance, Inc
55 2nd Street, 18th Floor
San Francisco, CA 94105


Next Financial Inc
221 1ST Ave W
Seattle, WA 98119


Nomad Fintech, Inc. Nomad Tecnologia e P
873 El Camino Real
Menlo Park, CA 94025

OneBlinc,LLC
225 E Dania Beach Blvd
Dania Beach, FL 33004


Papaya Global, Inc.
1460 Broadway
New York, NY 10036


Paredes Strategies LLC
9 Shorelands Court
Greenwich, CT 06870


Passfolio Financial, LLC
1390 Market St, Suite 200
San Francisco, CA 94102


Performiline, Inc
58 South Street 2nd Floor
Morristown, NJ 07960


PitchBook Data, Inc.
901 Fifth Avenue, Suite 1200
Seattle, WA 98164


Pretax Hero, Inc
159 Court St #2
New York, NY 11201


PRGB, Inc.
256 W Data Drive
Draper, UT 84020

Profit Financial, Inc.
43 W 23rd Street, 6th Floor,
New York, NY 10010


PROG Services, Inc.
256 W Data Drive
Draper, UT 84020


Rego Payment Architectures, Inc
325 Sentry Parkway, suite 200
Blue Bell, PA 19422


Rocketlane Corp
3524 Silverside Road Suite 35B
Wilmington, DE 19810


Roost Enterprises, Inc
629 N High Street, 6th floor
Columbus, OH 43215


Routefusion Inc.
1305 East 6th Street Unit 10
Austin, TX 78702


Salesforce, Inc.
415 Mission Street 3rd Floor,
San Francisco, CA 94105


Schulte Roth + Zabel LLP
919 Third Avenue
New York, NY 10022

Secure Talent, Inc
Secure Talent, Inc. PO BOX 512220
Los Angeles, CA 90051-0220

Seed Financial, Inc
650 California St, 7th Floor
San Francisco, CA 94108

Sentant Network, LLC
535 Mission St 14th floor
San Francisco, CA 94105

Silcon Valley Bank, a division of
First-Citizens Bank & Trust Company
1437 7th Street, Suite 300
Santa Monica, CA 90401

Silt Inc
404 Bryant Street
San Francisco, CA 94107

Sloanne & Company, LLC
285 Fulton Street 69th Floor
New York, NY 10007

Spectrum Marketing Solutions, LLP
4470 W Sunset Blvd 90864
Los Angeles, CA 90027

Split Software, Inc
2317 Broadway Street 3rd Floor
Redwood City, CA 94063

SportsPay Partners, LLC
177 E Colorado Blvd, Ste 200
Pasadena, CA 91105


SRGR Law Offices
A3 Fl 3, Noida
Uttar Pradesh, India 00020-1301


Sunny Day Fund Solutions, Inc
6003 Madison Overlook Ct.
Falls Church, VA 22041


TabaPay, Inc
605 Ellis Street 110
Mountain View, CA 94043


TClub, Inc
2261 Market Street, 4688
San Francisco, CA 94114


This Is Alice Inc.
1040 Noel Dr
Menlo Park, CA 94025


Thomson Reuters
PO Box 6292 - West Payment Center
Carol Stream, IL 60197-6292


Triple 2 Inc.
5501 China Point
Long Beach, CA 90803

TriplePoint Capital LLC
2755 Sand Hill Rd.
Suite 150
Menlo Park, CA 94025


Trulioo Information Services, Inc
400-114 East 4th St
Vancouver, CA 94104


Turing Enterprises Inc.
P.O. Box 735665
Chicago, IL, IL 60673-5665


Under Technologies, Inc
Keker, Van Nest & Peters LLP 633 Battery
633 Battery Street
San Francisco, CA 94111


Under Technologies, Inc
446 W 14th Street, 2nd floor
New York, NY 10014


Unest Holdings, Inc
5161 Lankershim Blvd, 250
North Holywood, CA 91601


Unit21, Inc
49 Geary Street Suite 200
San Francisco, CA 94108


Venminder, Inc
400 Ring Rd, Ste 131
Elizabethtown, KY 42701

Visage Enterprise, Inc
1601 Elm
Dallas, TX 75201


William Blair & Company, L.L.C.
150 North Riverside Plaza
Chicago, IL 60606


WireBee Inc
8700 Sanctuary Drive
Mentor, OH 44060


WorkRamp, Inc.
440 N Barranca Ave 3840
Covina, CA 91723-1722


YieldStreet Inc.
300 Park Avenue, 15th Floor,
New York, NY 10022


Yodlee, Inc
621 Hillsborough Street, 10th Floor
Raleigh, NC 27603


Yotta Technologies Inc
33 Irving Pl
New York, NY 10003

**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS**
**OF**
**SYNAPSE FINANCIAL TECHNOLOGIES, INC.**

The undersigned, constituting all of the members of the Board of Directors (the "***Board***") of Synapse Financial Technologies, Inc., a Delaware corporation (the "***Company***"), pursuant to Section 141(f) of the Delaware General Corporation Law ("***DGCL***") and the Bylaws of the Company, hereby adopt the following resolutions by unanimous written consent, effective as of the latest date set forth on the signature page hereto:

**RESOLVED** that it is advisable and in the best interests of the Corporation to file a voluntary bankruptcy petition under chapter 11 of 11 U.S.C. §§ 101-1532 (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division (the "***Bankruptcy Court***");

**RESOLVED FURTHER**, that Sakaet Pathak (the "***Responsible Party***") and anyone designated by the Responsible Party, is hereby authorized to execute and cause to be filed a chapter 11 bankruptcy petition (and all related documents and papers) under the Bankruptcy Code to enable the Corporation to commence a chapter 11 bankruptcy case under the Bankruptcy Code (the "***Bankruptcy Case***");

**RESOLVED FURTHER** that the Responsible Party shall serve as the designated officer of the Company during its chapter 11 bankruptcy case;

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized, in the name of the Corporation, to employ the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. as bankruptcy counsel to the Corporation for purposes of filing the Chapter 11 bankruptcy petition and representing the Corporation in the Bankruptcy Case;

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized to employ, in the name of the Corporation, any other professionals to represent or assist the Corporation in connection with the Bankruptcy Case that the Responsible Party deems to be in the best interests of the Corporation;

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized on behalf of and in the name of the Corporation to execute and file and to cause counsel to the Corporation to prepare with the assistance of the Corporation as appropriate all petitions, schedules, lists and other papers, documents and pleadings and to take any and all action which the Responsible Party deems necessary and proper in connection with the Bankruptcy Case; and

**RESOLVED FURTHER**, that the authority granted to the Responsible Party pursuant to the foregoing resolutions to cause the Corporation to take further actions in connection with the Bankruptcy Case shall include, but not be limited to,

seeking Bankruptcy Court approval for the Corporation to use cash collateral and executing any agreements related to any of the foregoing; compensating employees; entering into or continuing with agreements; terminating, altering or amending agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and others; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing, defending and settling litigation involving the Corporation; marketing the Corporation's assets for sale and consummating the sale of all or substantially all of the Corporation's assets for the most money possible; and formulating, filing and seeking to confirm a plan of reorganization to maximize the recovery for creditors and other interest holders.

**RESOLVED FURTHER**, that the omission from these resolutions of any agreement, document or other instrument contemplated by any of the transactions described in the foregoing resolutions or of any action to be taken in accordance with any requirement of any of the agreements, documents or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Responsible Party to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done and all actions taken by the Responsible Party on behalf of the Corporation in connection with the transactions contemplated by the foregoing resolutions are adopted and approved as acts by and on behalf of the Corporation.

DATE: 04 / 11 / 2024

SANKAET PATHAK

DATE: 04 / 10 / 2024

DOUG MARCHANT

DATE: 04 / 11 / 2024

HILLARY QUIRK