1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

 BRANDY A. SARGENT (SBN 292586)
K&L GATES LLP
ONE SW COLUMBIA STREET, SUITE 1900
Portland, Oregon  97204
Telephone: 503.226.5735
Facsimile:  503.248.9085
Email: brandy.sargent@klgates.com


Attorneys for TabaPay, Inc. and TabaPay
Holdings LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.<br><br>                Debtor and Debtor in Possession. | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9010(b)** |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY**

**JUDGE, THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL**

**PARTIES IN INTEREST:**

      **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b),

Brandy A. Sargent of K&L Gates LLP hereby appear on behalf of TabaPay, Inc. and TabaPay

Holdings LLC (collectively, "TabaPay") in this matter.

      **PLEASE TAKE FURTHER NOTICE** that TabaPay does not, by filing this Notice of

Appearance or any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the

Bankruptcy Court or intend that this Notice of Appearance constitutes a waiver of any of its rights,

including, but not limited to: (i) the right  to have final orders in non-core matters entered only after

de novo review by a District Judge, (ii) the right  to a trial by jury in any proceeding so triable herein,

or in any case, controversy or proceeding related hereto, (iii) the right  to have the reference

1    withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or

2    (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which TabaPay is or may

3    be entitled to under any agreement, whether in law or in equity, all of which rights, claims, actions,

4    defenses, setoffs and recoupments TabaPay are expressly reserved.

5

6                                                    Respectfully submitted,

7                                                    Brandy A. Sargent

8                                                    K&L GATES LLP

9    Dated:  April 23, 2024                         By:   /s/ Brandy A. Sargent
                                                          Brandy A. Sargent

10

11                                                   Attorneys for TabaPay, Inc. and TabaPay Holdings
                                                     LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF APPEARANCE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is K&L Gates LLP, 925 Fourth Avenue, Suite 2900, Seattle, Washington, 98104-1158.

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF APPEARANCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 23, 2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**    rb@lnbyg.com
- **Russell Clementson**    russell.clementson@usdoj.gov
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Monica Y Kim**    myk@lnbyg.com, myk@ecf.inforuptcy.com
- **Krikor J Meshefejian**    kjm@lnbyg.com
- **David M Poitras**    dpoitras@bg.law, ecf@bg.law
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _____ I caused to be served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 22, 2024, I caused to be served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 23, 2024 | Denise A. Lentz | /s/ *Denise A. Lentz* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.