1 | RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
2 | KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
3 | 2818 La Cienega Avenue
Los Angeles, California 90034
4 | Telephone: (310) 229-1234
Facsimile: (310) 229-1244
5 | Email: rb@lnbyg.com; myk@lnbyg.com; kjm@lnbyg.com
6 |
7 | Proposed Attorneys for Debtor and Debtor in Possession

8 | **UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
9 | **SAN FERNANDO VALLEY DIVISION**

10 | In re:

11 | SYNAPSE FINANCIAL TECHNOLOGIES, INC.,

13 | Debtor and Debtor in Possession.

Case No.: 1:24-bk-10646-MB

Chapter 11

**SUPPLEMENTAL DECLARATION OF SANKAET PATHAK IN SUPPORT OF DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER: (I) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL (II) GRANTING ADEQUATE PROTECTION; (III) SCHEDULING A FINAL HEARING; AND (IV) GRANTING RELATED RELIEF**

Date: April 26, 2024
Time: 10:30 a.m.
Place: Courtroom 303
21041 Burbank Boulevard
Woodland Hills, CA 91367

I, Sankaet Pathak, hereby declare as follows:

1.    I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

1

1    2.    I am the Founder and Chief Executive Officer of Synapse Financial

2  Technologies, Inc., the chapter 11 debtor and debtor in possession in the above-captioned,

3  chapter 11 bankruptcy case ("Debtor").

4    3.    I make this Supplemental Declaration in support of the Debtor's *"Emergency*

5  *Motion (I) Authorizing The Debtor To Use Cash Collateral; (II) Granting Adequate Protection;*

6  *(III) Scheduling A Final Hearing; And (IV) Granting Related Relief"* ("Motion"). All capitalized

7  terms used herein shall have the meanings given in the Motion unless otherwise stated.

8    4.    In my capacity as the Founder and CEO of the Debtor, I have access to the

9  Debtor's books and records and am familiar with the organization, operations and financial

10  condition of the Debtor.  Any records and documents referred to in this declaration constitute

11  writings taken, made, or maintained in the regular or ordinary course of the Debtor's business at

12  or near the time of act, condition or event to which they relate by persons employed by the

13  Debtor who had a business duty to the Debtor to accurately and completely take, make, and

14  maintain such records and documents. The statements set forth in this Supplemental Declaration

15  are based upon my own review and knowledge of the Debtor's books and records.

16    5.    An emergency interim hearing on the Motion was held on April 24, 2024 at 2:00

17  p.m. ("Interim Hearing") and continued to April 26, 2024 at 10:30 a.m. As discussed at the

18  Interim Hearing, attached hereto as **Exhibit A (**referred to herein as "Budget A") and **Exhibit B**

19  (referred to herein as "Budget B") are the Debtor's updated budgets. As with the original

20  Budget ("Original Budget") which was filed in support of the Motion, the attached updated

21  budgets were prepared by Ms. Pam Wismer of Ascent CFO Solutions ("Ascent"), who is

22  serving as the Fractional CFO for the Debtor. Pre-petition, the Debtor engaged Ascent to

23  receive the services of an experienced CFO, however, Ascent has advised the Debtor that it's

24  policies and procedures prohibit their personnel (including Ms. Wismer) from providing

25  declarations in connection with legal proceedings. Although the updated budgets were prepared

26  by Ms. Wismer, it was done so under my supervision and monitoring, and I have verified and

27  confirmed that the information set forth in the updated budgets is based upon the books and

28

2

1  records of the Debtor which, as set forth above, are kept in the ordinary course of business and

2  correct to the best of my knowledge.

**BUDGET A**

4      6.      The Original Budget that was attached to my original declaration projected that

5  the Debtor would consummate both its settlement with Evolve and sale with the Buyer during

6  Week 2 (April 29-May 3). Based on these assumptions, the Original Budget showed that the

7  Debtor would *receive* (i) $2,000,000 from Evolve, and (ii) sale proceeds of $9,700,000 from the

8  Buyer, and also *pay* (iii) the Secured Creditors the aggregate sum of approximately $8,700,000

9  during Week 2 (April 29-May 3).

10     7.      Budget A, which runs through the end of May 2024, moves the consummation of

11  the Evolve settlement and the sale with the Buyer to Week 6 (May 27-May 31) and projects the

12  Debtor's current cash balance, and its revenue and expenses on a *cash basis* (not on an accrual

13  basis) through the end of May 2024. With these revised assumptions, Budget A shows that the

14  Debtor will totally run out of money by the end of Week 4 (May 13-May 17), which will make

15  it impossible for the estate to consummate either the Evolve settlement or the sale with the

16  Buyer. Notably, while Budget A might show that the Debtor may be able survive through Week

17  4, I believe that it would be extremely risky and dangerous to wait until Week 4 to close the

18  Debtor's sale with the Buyer for many reasons, including the following reasons:

19     (a) Uncertain Revenue. Budget A reflects revenue including projected customer revenue

20          of $550,000 during Week 3 (May 6-May 10) and all other sources. While these

21          revenue items are projected, they are speculative and I cannot say with high

22          confidence that the amounts projected will be actually received in the time frame and

23          in the amounts that are currently projected. The filing of the Debtor's bankruptcy

24          case, the pending sale of substantially all of the Debtor's asset to the Buyer and the

25          Debtor's disputes with Evolve and Mercury have already been highly publicized

26          within the fintech space, and, as a result, I believe that there is a strong possibility

27          and likelihood that the Debtor's anticipated revenue from its fintech customers and

28          banking partners will be delayed or potentially unrealized. In short, the anticipated

3

revenue sources and the amounts are very tenuous. Budget A also removes the Incoming Rebate revenue which is simply monies collected which are passed through to the Debtor's customers and, thus, not actual revenue that the Debtor is able to keep and use to fund its operations.

(b) <u>Additional Expenses</u>. The expenses shown on Budget A do not include:

- *Monthly interest payments to SVB* – the Debtor estimates it would owe approximately $7,700 on or around May 1st.

- *Monthly interest payments to TriplePoint* – *the* Debtor is delinquent with respect to its March 2024 ($59,146) and April 2024 ($55,911) monthly interest payments to TriplePoint, and on or around May 15th, it will owe monthly interest of approximately $52,646 unless, as discussed in the Motion, the Debtor is able to pay the discounted payoff amount to TriplePoint by May 6, 2024 (which reduces accrued interest and legal fees).[1]

- *Full amount of potential PTO liability* – Budget A shows PTO liability at closing in the amount of $165,000 which is calculated based on the statutory priority amounts of 11 U.S.C. § 507(a)(4) and excludes liability to insiders. However, the Debtor's actual PTO liability beyond the Section 507(a)(4) amounts and to insiders could exceed $300,000, and under applicable California laws, the Debtor understands that it is obligated to pay the entirety of its PTO liability to employees upon termination (creating tension between California law and bankruptcy priority caps).

---

[1] TriplePoint has advised the Debtor that if payoff were to be made from May 7, 2024 through May 31, 2024, then the payoff amount due would be $7,338,209.30 plus all legal fees incurred through the payoff date. Once the Court's decision with regard to the sale hearing is determined, the Debtor will request an extension of the agreed upon payoff amount from TriplePoint and/or seek other concessions.

1    • *Additional administrative expenses of the estate* - The Debtor anticipates
2    that there will be additional administrative expenses which are not
3    accounted for in Budget A. For example, the projected payroll expenses
4    do not currently include post-petition payroll to insiders.

5    8.    While Budget A may depict the Debtor's ability to survive through Week 4, I
6    believe, based on the very tenuous nature of the projected revenue and expenses that are not
7    accounted for, that the Evolve settlement and the sale to the Buyer must be consummated by no
8    later than Week 3 (May 6-May 10) in order to preserve these transactions before the Debtor runs
9    out of money to stay in business. The risk is simply too high to wait until Week 4 or beyond for
10   the Debtor to consummate these transactions.

11   **BUDGET B**

12   9.    The Debtor prepared Budget B to show the financial condition of the Debtor and
13   the impact of having the Evolve settlement and the sale to the Buyer close during Week 3. If the
14   Debtor can consummate these transactions by the end of Week 3 (May 10, 2024), the Debtor is
15   expected to be left with $3.5 million to administer its case and for distribution to creditors
16   whereas waiting to close until close to or the end of May 2024 (assuming the Debtor can survive
17   Week 5 when it's cash flow negative) will leave the Debtor with approximately $2 million in
18   cash. Therefore, having to wait several weeks beyond Week 3 to close will cause the estate to
19   lose millions of dollars and possibly decimate the Debtor and its settlement and sale efforts
20   altogether.

21   I declare under penalty of perjury that the foregoing is true and correct.  Executed this
22   25th day of April 2024 at _____.

23

24   _____
     SANKAET PATHAK

25

26

27

28

5

# EXHIBIT "A"

**SYNAPSE FINANCIAL TECHNOLOGIES, INC.**

Cash Collateral Budget

| | | | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | W/B | 22-Apr | 29-Apr | 6-May | 13-May | 20-May | 27-May | 3-Jun | 10-Jun | 17-Jun | 24-Jun | 1-Jul | 8-Jul | 15-Jul | 22-Jul | 29-Jul | 5-Aug | 12-Aug | 19-Aug | |
| | | W/E | 26-Apr | 3-May | 10-May | 17-May | 24-May | 31-May | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug | 16-Aug | 23-Aug | |
| | | Week No. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 1 to 18 |
| **BEGINNING CASH (SFT)** | | | $1,960,000 | $1,218,909 | $784,005 | $679,188 | $526,741 | -$299,576 | $2,198,457 | $3,325,072 | $3,305,072 | $3,285,072 | $3,265,072 | $3,245,072 | $3,230,072 | $3,215,072 | $2,950,072 | $2,935,072 | $2,920,072 | $2,905,072 | $1,960,000 |
| **INFLOWS** | | | | | | | | | | | | | | | | | | | | | |
| (2) | SaaS & Per User | | | | 550,000 | | | | | | | | | | | | | | | | | 550,000 |
| | Transaction Pass Through | | 190,000 | | | | | | | | | | | | | | | | | | | 190,000 |
| (1) | Incoming Rebate - Brokerage Service Fee Income | | | | | | | | | | | | | | | | | | | | | 0 |
| | Net Incoming Interchange (footnote) closingin | | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | | | | | | | | | | | | | | 480,000 |
| | Transaction Fees | | 85,000 | 11,860 | 85,000 | 85,000 | 85,000 | 85,000 | | | | | | | | | | | | | | 436,860 |
| | Card Printing & Other Rev | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | | | | | | | | | | | | | | 60,000 |
| | Evolve Settlement | | | | | | | 2,000,000 | | | | | | | | | | | | | | 2,000,000 |
| | Broker Dealer sub est cash balance post close | | | | | | | | 1,151,615 | | | | | | | | | | | | | 1,151,615 |
| | Net Sale Proceeds from Tabapay | | | | | | | 1,000,000 | | | | | | | | | | | | | | 1,000,000 |
| **TOTAL INFLOWS** | | | 365,000 | 101,860 | 725,000 | 175,000 | 175,000 | 3,175,000 | 1,151,615 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,868,475 |
| **OUTFLOWS** | | | | | | | | | | | | | | | | | | | | | |
| | **Payroll and Debt Repayments** | | | | | | | | | | | | | | | | | | | | | |
| | **Payroll, Taxes and Benefits** | | -367,928 | -47,000 | -403,934 | -47,000 | -403,934 | -248,967 | | | | | | | | | | | | | | -1,518,763 |
| | **Cigna/PLIC/Bridge Immigration** | | -120,175 | -11,118 | | | | | | | | | | | | | | | | | | -131,293 |
| | **International Staff** | | -22,982 | -111,646 | -15,383 | -17,447 | -15,383 | | | | | | | | | | | | | | | -182,841 |
| | **PTO Liability** | | -36,006 | | | | | -165,000 | | | | | | | | | | | | | | -201,006 |
| | | | -547,091 | -169,764 | -419,317 | -64,447 | -419,317 | -413,967 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -2,033,903 |
| | **Cost of Sales** | | | | | | | | | | | | | | | | | | | | | |
| | AWS | | -248,000 | | | | -248,000 | | | | | | | | | | | | | | | -496,000 |
| | Mongo (auto draft) | | -30,000 | -30,000 | -30,000 | -30,000 | -30,000 | -30,000 | | | | | | | | | | | | | | -180,000 |
| | Mastercard Invoices (auto draft - node) | | -90,000 | -90,000 | -90,000 | -90,000 | -90,000 | -90,000 | | | | | | | | | | | | | | -540,000 |
| (1) | Outgoing Customer Rebate | | | | 0 | | | | | | | | | | | | | | | | | 0 |
| | Interchange Payments to Customers | | -101,000 | | | | -101,000 | | | | | | | | | | | | | | | -202,000 |
| | APR Payments to Customers | | | | -146,000 | | | | | | | | | | | | | | | | | -146,000 |
| | COS vendors - IT | | -25000 | -25000 | -25000 | -25000 | -25000 | -25000 | | | | | | | | | | | | | | -150,000 |
| | COS Cards - required for card income | | -20000 | -20000 | -20000 | -20000 | -20000 | -20000 | | | | | | | | | | | | | | -120,000 |
| | COS - Other vendors | | | -20000 | -20000 | -20000 | -20000 | -20000 | | | | | | | | | | | | | | -100,000 |
| | Audits - Compliance | | | -40,000 | -31,500 | | | | | | | | | | | | | | | | | -71,500 |

**SYNAPSE FINANCIAL TECHNOLOGIES, INC.**

| Cash Collateral Budget | | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W/B | 22-Apr | 29-Apr | 6-May | 13-May | 20-May | 27-May | 3-Jun | 10-Jun | 17-Jun | 24-Jun | 1-Jul | 8-Jul | 15-Jul | 22-Jul | 29-Jul | 5-Aug | 12-Aug | 19-Aug | |
| | W/E | 26-Apr | 3-May | 10-May | 17-May | 24-May | 31-May | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug | 16-Aug | 23-Aug | |
| | Week No. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 1 to 18 |
| **BEGINNING CASH (SFT)** | | $1,960,000 | $1,218,909 | $784,005 | $679,188 | $526,741 | -$299,576 | $2,198,457 | $3,325,072 | $3,305,072 | $3,285,072 | $3,265,072 | $3,245,072 | $3,230,072 | $3,215,072 | $2,950,072 | $2,935,072 | $2,920,072 | $2,905,072 | $1,960,000 |
| LNBYG | | | | | | | | | | | | | | | | | | | | 0 |
| 1Q2024 US Trustee Fees | | | | | | | | | | | | | | | -250,000 | | | | | -250,000 |
| Creditor's Committee Advisors | | | | | | | | | | | | | | | | | | | | 0 |
| Operating Exp | | | | | | | | | | | | | | | | | | | | |
| Insurance | | | -67000 | | | | | | | | | | | | | | | | | -67,000 |
| G&A IT/Compliance | | -17,000 | -17,000 | -17,000 | -17,000 | -17,000 | -17,000 | | | | | | | | | | | | | -102,000 |
| G&A Legal-normal course | | | | | | | | | | | | | | | | | | | | 0 |
| G&A Finance/legal contractors | | -12000 | -12000 | -15,000 | -15,000 | -15,000 | -15,000 | -25,000 | -20,000 | -20,000 | -20,000 | -20,000 | -15,000 | -15,000 | -15,000 | -15,000 | -15,000 | -15,000 | -15,000 | -294,000 |
| G&A Other vendor payments | | -16,000 | -46,000 | -16,000 | -46,000 | -16,000 | -46,000 | | | | | | | | | | | | | -186,000 |
| **Total Operations** | | -559,000 | -367,000 | -410,500 | -263,000 | -582,000 | -263,000 | -25,000 | -20,000 | -20,000 | -20,000 | -20,000 | -15,000 | -15,000 | -265,000 | -15,000 | -15,000 | -15,000 | -15,000 | -2,904,500 |
| | | | | | | | | | | | | | | | | | | | | |
| **TOTAL OUTFLOWS** | | -1,106,091 | -536,764 | -829,817 | -327,447 | -1,001,317 | -676,967 | -25,000 | -20,000 | -20,000 | -20,000 | -20,000 | -15,000 | -15,000 | -265,000 | -15,000 | -15,000 | -15,000 | -15,000 | -4,938,403 |
| | | | | | | | | | | | | | | | | | | | | |
| **NET CHANGE IN CASH** | | -741,091 | -434,904 | -104,817 | -152,447 | -826,317 | 2,498,033 | 1,126,615 | -20,000 | -20,000 | -20,000 | -20,000 | -15,000 | -15,000 | -265,000 | -15,000 | -15,000 | -15,000 | -15,000 | 930,072 |
| **Non Debtor Cash Transfers** | | | | | | | | | | | | | | | | | | | | 0 |
| **ENDING CASH (SFT)** | | $1,218,909 | $784,005 | $679,188 | $526,741 | -$299,576 | $2,198,457 | $3,325,072 | $3,305,072 | $3,285,072 | $3,265,072 | $3,245,072 | $3,230,072 | $3,215,072 | $2,950,072 | $2,935,072 | $2,920,072 | $2,905,072 | $2,890,072 | $2,890,072 |

# EXHIBIT "B"

**SYNAPSE FINANCIAL TECHNOLOGIES, INC.**

Cash Collateral Budget

| | W/B | Proj Week 22-Apr | Proj Week 29-Apr | Proj Week 6-May | Proj Week 13-May | Proj Week 20-May | Proj Week 27-May | Proj Week 3-Jun | Proj Week 10-Jun | Proj Week 17-Jun | Proj Week 24-Jun | Proj Week 1-Jul | Proj Week 8-Jul | Proj Week 15-Jul | Proj Week 22-Jul | Proj Week 29-Jul | Proj Week 5-Aug | Proj Week 12-Aug | Proj Week 19-Aug | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W/E | 26-Apr | 3-May | 10-May | 17-May | 24-May | 31-May | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug | 16-Aug | 23-Aug | |
| | Week No. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 1 to 18 |
| **BEGINNING CASH (SFT)** | | $1,960,000 | $1,218,909 | $784,005 | $3,514,188 | $4,338,356 | $3,958,973 | $3,943,973 | $3,918,973 | $3,898,973 | $3,878,973 | $3,858,973 | $3,838,973 | $3,823,973 | $3,808,973 | $3,543,973 | $3,528,973 | $3,513,973 | $3,498,973 | $1,960,000 |
| **INFLOWS** | | | | | | | | | | | | | | | | | | | | |
| (2) SaaS & Per User | | | | 550,000 | | | | | | | | | | | | | | | | 550,000 |
| Transaction Pass Through | | 190,000 | | | | | | | | | | | | | | | | | | 190,000 |
| (1) Incoming Rebate - Brokerage Service Fee Income | | | | | | | | | | | | | | | | | | | | 0 |
| Net Incoming Interchange (footnote) closingin | | 80,000 | 80,000 | 80,000 | | | | | | | | | | | | | | | | 240,000 |
| Transaction Fees | | 85,000 | 11,860 | 85,000 | | | | | | | | | | | | | | | | 181,860 |
| Card Printing & Other Rev | | 10,000 | 10,000 | 10,000 | | | | | | | | | | | | | | | | 30,000 |
| Evolve Settlement | | | | 2,000,000 | | | | | | | | | | | | | | | | 2,000,000 |
| Broker Dealer sub est cash balance post close | | | | | 1,151,615 | | | | | | | | | | | | | | | 1,151,615 |
| Net Sale Proceeds from Tabapay | | | | 1,000,000 | | | | | | | | | | | | | | | | 1,000,000 |
| TOTAL INFLOWS | | 365,000 | 101,860 | 3,725,000 | 1,151,615 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,343,475 |
| **OUTFLOWS** | | | | | | | | | | | | | | | | | | | | |
| **Payroll and Debt Repayments** | | | | | | | | | | | | | | | | | | | | |
| Payroll, Taxes and Benefits | | -367,928 | -47,000 | -403,934 | -47,000 | | | | | | | | | | | | | | | -865,862 |
| Cigna/PLIC/Bridge Immigration | | -120,175 | -11,118 | | | | | | | | | | | | | | | | | -131,293 |
| International Staff | | -22,982 | -111,646 | -15,383 | -17,447 | -15,383 | | | | | | | | | | | | | | -182,841 |
| PTO Liability | | -36,006 | | -165,000 | | | | | | | | | | | | | | | | -201,006 |
| | | -547,091 | -169,764 | -584,317 | -64,447 | -15,383 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1,381,002 |
| **Cost of Sales** | | | | | | | | | | | | | | | | | | | | |
| AWS | | -248,000 | | | | -248,000 | | | | | | | | | | | | | | -496,000 |
| Mongo (auto draft) | | -30,000 | -30,000 | -30,000 | -30,000 | | | | | | | | | | | | | | | -120,000 |
| Mastercard Invoices (auto draft - node) | | -90,000 | -90,000 | -90,000 | -90,000 | | | | | | | | | | | | | | | -360,000 |
| (1) Outgoing Customer Rebate | | | | 0 | | | | | | | | | | | | | | | | 0 |
| Interchange Payments to Customers | | -101,000 | | | | -101,000 | | | | | | | | | | | | | | -202,000 |
| APR Payments to Customers | | | | -146,000 | | | | | | | | | | | | | | | | -146,000 |
| COS vendors - IT | | -25000 | -25000 | -25000 | -25000 | | | | | | | | | | | | | | | -100,000 |
| COS Cards - required for card income | | -20000 | -20000 | -20000 | -20000 | | | | | | | | | | | | | | | -80,000 |
| COS - Other vendors | | | -20000 | -20000 | -20000 | | | | | | | | | | | | | | | -60,000 |
| Audits - Compliance | | | -40,000 | -31,500 | | | | | | | | | | | | | | | | -71,500 |

**SYNAPSE FINANCIAL TECHNOLOGIES, INC.**

**Cash Collateral Budget**

| | | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | Proj Week | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W/B | 22-Apr | 29-Apr | 6-May | 13-May | 20-May | 27-May | 3-Jun | 10-Jun | 17-Jun | 24-Jun | 1-Jul | 8-Jul | 15-Jul | 22-Jul | 29-Jul | 5-Aug | 12-Aug | 19-Aug | |
| | W/E | 26-Apr | 3-May | 10-May | 17-May | 24-May | 31-May | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug | 9-Aug | 16-Aug | 23-Aug | |
| | Week No. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 1 to 18 |
| **BEGINNING CASH (SFT)** | | $1,960,000 | $1,218,909 | $784,005 | $3,514,188 | $4,338,356 | $3,958,973 | $3,943,973 | $3,918,973 | $3,898,973 | $3,878,973 | $3,858,973 | $3,838,973 | $3,823,973 | $3,808,973 | $3,543,973 | $3,528,973 | $3,513,973 | $3,498,973 | $1,960,000 |
| LNBYG | | | | | | | | | | | | | | | | | | | | 0 |
| 1Q2024 US Trustee Fees | | | | | | | | | | | | | | | -250,000 | | | | | -250,000 |
| Creditor's Committee Advisors | | | | | | | | | | | | | | | | | | | | 0 |
| Operating Exp | | | | | | | | | | | | | | | | | | | | |
| Insurance | | | -67000 | | | | | | | | | | | | | | | | | -67,000 |
| G&A IT/Compliance | | -17,000 | -17,000 | -17,000 | -17,000 | | | | | | | | | | | | | | | -68,000 |
| G&A Legal-normal course | | | | | | | | | | | | | | | | | | | | 0 |
| G&A Finance/legal contractors | | -12000 | -12000 | -15,000 | -15,000 | -15,000 | -15,000 | -25,000 | -20,000 | -20,000 | -20,000 | -20,000 | -15,000 | -15,000 | -15,000 | -15,000 | -15,000 | -15,000 | -15,000 | -294,000 |
| G&A Other vendor payments | | -16,000 | -46,000 | -16,000 | -46,000 | | | | | | | | | | | | | | | -124,000 |
| **Total Operations** | | **-559,000** | **-367,000** | **-410,500** | **-263,000** | **-364,000** | **-15,000** | **-25,000** | **-20,000** | **-20,000** | **-20,000** | **-20,000** | **-15,000** | **-15,000** | **-265,000** | **-15,000** | **-15,000** | **-15,000** | **-15,000** | **-2,438,500** |
| | | | | | | | | | | | | | | | | | | | | |
| **TOTAL OUTFLOWS** | | **-1,106,091** | **-536,764** | **-994,817** | **-327,447** | **-379,383** | **-15,000** | **-25,000** | **-20,000** | **-20,000** | **-20,000** | **-20,000** | **-15,000** | **-15,000** | **-265,000** | **-15,000** | **-15,000** | **-15,000** | **-15,000** | **-3,819,502** |
| | | | | | | | | | | | | | | | | | | | | |
| **NET CHANGE IN CASH** | | **-741,091** | **-434,904** | **2,730,183** | **824,168** | **-379,383** | **-15,000** | **-25,000** | **-20,000** | **-20,000** | **-20,000** | **-20,000** | **-15,000** | **-15,000** | **-265,000** | **-15,000** | **-15,000** | **-15,000** | **-15,000** | **1,523,973** |
| **Non Debtor Cash Transfers** | | | | | | | | | | | | | | | | | | | | **0** |
| **ENDING CASH (SFT)** | | $1,218,909 | $784,005 | $3,514,188 | $4,338,356 | $3,958,973 | $3,943,973 | $3,918,973 | $3,898,973 | $3,878,973 | $3,858,973 | $3,838,973 | $3,823,973 | $3,808,973 | $3,543,973 | $3,528,973 | $3,513,973 | $3,498,973 | $3,483,973 | $3,483,973 |

**(1) Any rebate, if earned will be sent directly to platforms.**

**(2) Unclear how customers will respond and whether they will pay these monthly invoices.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2818 La Cienega Avenue, Los Angeles, California 90034

A True And Correct Copy Of The Foregoing Document Entitled (*Specify*): **Supplemental Declaration Of Sankaet Pathak In Support Of Debtor's Emergency Motion For Entry Of An Interim Order: (I) Authorizing The Debtor To Use Cash Collateral (Ii) Granting Adequate Protection; (Iii) Scheduling A Final Hearing; And (Iv) Granting Related Relief** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) *April 25, 2024*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Bender    rb@lnbyg.com
- Russell Clementson    russell.clementson@usdoj.gov
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Lance N Jurich    ljurich@loeb.com,
  pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- Monica Y Kim    myk@lnbyg.com, myk@ecf.inforuptcy.com
- Adam A Lewis    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- Krikor J Meshefejian    kjm@lnbyg.com
- David M Poitras    dpoitras@bg.law, ecf@bg.law
- Brandy A Sargent    brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
- Jason D Strabo    jstrabo@mwe.com, jbishopjones@mwe.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

**2.** **SERVED BY UNITED STATES MAIL**: On (*date*) *April 25, 2024*, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) *April 25, 2024*, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service by **OVERNIGHT MAIL/FEDEX** information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 25, 2024 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.