**Fill in this information to identify the case:**

Debtor name    **Synapse Financial Technologies, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)    **1:24-bk-10646-MB**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 26, 2024**        X _____
                                        Signature of individual signing on behalf of debtor

                                        **Sankaet Pathak**
                                        Printed name

                                        **Chief Executive Officer**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Synapse Financial Technologies, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)  **1:24-bk-10646-MB**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Silcon Valley Bank, a division of**<br>Creditor's Name<br>**First-Citizens Bank & Trust Company**<br>**1437 7th Street, Suite 300**<br>**Santa Monica, CA 90401**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All personal property of the Debtor, other than intellectual property**<br><br>**Describe the lien**<br>**UCC Financing Statement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$1,513,472.83** | **Unknown** |

Creditor's email address, if known

**Date debt was incurred**
**February 19, 2021**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **TriplePoint Capital LLC**<br>Creditor's Name<br>**2755 Sand Hill Rd.**<br>**Suite 150**<br>**Menlo Park, CA 94025**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Claim amount based on payoff by May 6, 2024.  Claim secured by lien upon all personal property of the Debtor.**<br><br>**Describe the lien**<br>**UCC Financing Statement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$7,199,624.29** | **Unknown** |

Creditor's email address, if known

**Date debt was incurred**
**July 29, 2022**
Last 4 digits of account number

| Debtor | **Synapse Financial Technologies, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$8,713,097.12** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Synapse Financial Technologies, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)   **1:24-bk-10646-MB**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address<br>**Certain Employees of the Debtor** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred<br><br>**October 25, 2023** | Basis for the claim:<br>**Potential claims pursuant to Pre-petition Retention Agreements dated on or about October 25, 2023 totaling approximately $1.7 million** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Derek Drennan**<br>**3033 Rosedale Avenue**<br>**Dallas, TX 75205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,638.43** | **$10,638.43** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and Related Employee Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Synapse Financial Technologies, Inc. | Case number (if known) | |
|--------|--------------------------------------|------------------------|--|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,481.74 | $10,481.74 |
|-----|---|---|---|---|
| | **Jack Doan**<br>**321 Ski Way #27**<br>**Incline Village, NV 89451** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and Related Employee Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,456.16 | $11,456.16 |
|-----|---|---|---|---|
| | **Jillana Downing**<br>**620 Canyon Rd.**<br>**Redwood City**<br>**Redwood City, CA 94062** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and Related Employee Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,117.38 | $10,117.38 |
|-----|---|---|---|---|
| | **Kathleen Fitzpatrick**<br>**1 Ajax Place**<br>**Berkeley, CA 94708** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and Related Employee Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,571.09 | $14,571.09 |
|-----|---|---|---|---|
| | **Sankaet Pathak**<br>**275 Maywood Drive**<br>**San Francisco, CA 94127** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and Related Employee Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Synapse Financial Technologies, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,584.75 | $10,584.75 |
|---|---|---|---|---|
| | **Tracey Guerin** | *Check all that apply.* | | |
| | **320 Miller Ct.** | ☐ Contingent | | |
| | **Orinda, CA 94563** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages and Related Employee Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261,509.36 |
|---|---|---|---|
| | **Amazon Web Services, Inc.** | ☐ Contingent | |
| | **PO Box 84023** | ☐ Unliquidated | |
| | **Seattle, WA 98124-8423** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,080.00 |
|---|---|---|---|
| | **Aprio, LLP** | ☐ Contingent | |
| | **201 North Civic Drive, Suite 220** | ☐ Unliquidated | |
| | **Walnut Creek, CA 94596** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,250.02 |
|---|---|---|---|
| | **Arktouros PLLC** | ☐ Contingent | |
| | **1717 N Street Northwest, Suite 1** | ☐ Unliquidated | |
| | **Washington DC, DC 20036** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,918.39 |
|---|---|---|---|
| | **Arroweye Solutions Inc.** | ☐ Contingent | |
| | **2470 Paseo Verde Parkway Suite 135,** | ☐ Unliquidated | |
| | **Henderson, NV 89074** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Ask Benjamin, Inc** | ☐ Contingent | |
| | **2055 Market Street** | ☐ Unliquidated | |
| | **San Francisco, CA 94114** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Synapse Financial Technologies, Inc.** | | Case number *(if known)* | |
|--------|------------------------------------------|--|---------------------------|--|
| | Name | | | |

| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16.92** |
|---|---|---|---|
| | **ATM National, LLC** | ☐ Contingent | |
| | **PO Box 4346, Dept 364** | ☐ Unliquidated | |
| | **Houston, TX 77210-4346** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Atmos Financial, Inc** | ☐ Contingent | |
| | **2222 Harold Way, Suite CW509** | ☐ Unliquidated | |
| | **Berkeley, CA 94704** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,004.00** |
|---|---|---|---|
| | **BairdHolm, LLP** | ☐ Contingent | |
| | **1700 Farnam St, Ste 1500** | ☐ Unliquidated | |
| | **Omaha, NE 68102** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,066.50** |
|---|---|---|---|
| | **Ballard Spahr, LLP** | ☐ Contingent | |
| | **1909 K Street, Nw 12Th Floor** | ☐ Unliquidated | |
| | **Washington, DC, DC 20006** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,555.00** |
|---|---|---|---|
| | **BDO USA, LLP** | ☐ Contingent | |
| | **PO Box 677973** | ☐ Unliquidated | |
| | **Dallas, TX 75267** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$141,917.07** |
|---|---|---|---|
| | **Bergeson LLP** | ☐ Contingent | |
| | **111 Market Street, Suite 600** | ☐ Unliquidated | |
| | **San Jose, CA 95113** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Brightside Benefit, Inc** | ☐ Contingent | |
| | **55 N Arizona Pl, Ste 200** | ☐ Unliquidated | |
| | **Chandler, AZ 85225** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Synapse Financial Technologies, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.13** | Nonpriority creditor's name and mailing address

**Business Wire, Inc**
101 California Street 20th Floor
San Francisco, CA 94111

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,090.00

---

**3.14** | Nonpriority creditor's name and mailing address

**Cactil LLC**
1441 Broadway 3rd floor
New York, NY 10018

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,720.00

---

**3.15** | Nonpriority creditor's name and mailing address

**Cadre Cash, LLC**
295 Lafayette Street, Suite 500
New York, NY 10012

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.16** | Nonpriority creditor's name and mailing address

**Capital J Inc**
1390 Market Street, Suite 200
San Francisco, CA 94102

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,388.80

---

**3.17** | Nonpriority creditor's name and mailing address

**ChangeEd, Inc**
222 W. Merchandise Mart Plaza, Suite 121
Chicago, IL 60654

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.18** | Nonpriority creditor's name and mailing address

**Chapman and Culter LLP**
320 South Canal Street Floor 27
Chicago, IL 60606

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.19** | Nonpriority creditor's name and mailing address

**Checkr, Inc**
One Montgomery St Suite 2000
San Francisco, CA 94104

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$37.00

---

| Debtor | **Synapse Financial Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,000.00**

**Cobalt Labs, Inc**
**575 Market St. Fl 4**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,294.09**

**Datadog, Inc.**
**620 8th Avenue Floor 45**
**New York, NY 10018-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,549.62**

**Datasite, LLC**
**733 S. Marquette Ave, Suite 600**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$201.75**

**Degree, Inc**
**PO Box 207585**
**Dallas, TX 75320-7585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dexy Co**
**1500 Bay Rd, 920**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$67,892.75**

**Digital 365 Main, LLC**
**365 Main Street Suite 1500**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,499.73**

**DoiT International USA, Inc**
**5201 Great America Pkwy, Suite 320**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Synapse Financial Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.27** Nonpriority creditor's name and mailing address
**Ekata, Inc.**
**1301 5th Ave Suite 1600**
**Seattle, WA 98101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$18,480.00**

---

**3.28** Nonpriority creditor's name and mailing address
**Elevated Principles, Inc**
**2021 Filmore St, 85**
**San Francisco, CA 94115**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.29** Nonpriority creditor's name and mailing address
**Evolve Bank & Trust**
**6000 Poplar Avenue**
**Suite 300**
**Memphis, TN 38119**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.30** Nonpriority creditor's name and mailing address
**Financial Technology Association (FTA)**
**PO Box 223302**
**Chantilly, VA 20153**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

**3.31** Nonpriority creditor's name and mailing address
**Finnt, Inc**
**333 S. E. 2nd Avenue, Suite 200**
**Miami, FL 33131**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.32** Nonpriority creditor's name and mailing address
**Fintech Meetup,LLC**
**605 3rd Avenue**
**New York, NY 10158**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$27,500.00**

---

**3.33** Nonpriority creditor's name and mailing address
**First Horizon Bank**
**4385 Poplar Avenue**
**Memphis, TN 38117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$157,427.48**

---

| Debtor | **Synapse Financial Technologies, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$102,000.00**

**Fiserv, Inc**
**Po Box 208457**
**Dallas, TX 75320-8457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66,333.00**

**FlemingMartin, LLC**
**822 Hartz Way Suite 215**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Flourish Savings, Inc**
**2261 Market Street, 4466**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.00**

**Fraudguard.io**
**12116 Everglades Kite Road**
**Brooksville, FL 34614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$540.00**

**Frazier & Deeter, LLC**
**222 2nd Avenue S Suite 1840**
**Nashville, TN 37201-2308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Fund That Flip, Inc**
**10 E 23rd Street, 5 floor**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,333.34**

**Gattaca Horizons, LLC**
**5903 Ashby Manor Place**
**Alexandria, VA 22310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Synapse Financial Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Glance Capital, Inc**
**651 North Broad Street**
**Middletown, DE 19709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $199,835.10 |
|---|---|---|---|

**Goodwin Procter LLP**
**Three Embarcadero Center**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Gravy Technologies, Inc.**
**119 S Main Street**
**St. Charles, MO 00063-3301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $73.47 |
|---|---|---|---|

**GravyStack, Inc.**
**1 N. 1st Street, 790**
**Phoenix, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $41,382.84 |
|---|---|---|---|

**Hanson Bridgett LLP**
**425 Market Street, 26th Floor**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,603.65 |
|---|---|---|---|

**Hatfield, Inc.**
**1112 Bryant Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,613.00 |
|---|---|---|---|

**Hixson Nagatani LLP**
**2021 The Alameda, Ste 240**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Synapse Financial Technologies, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.48**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Hyve, Inc**<br>**86 Camp Hill Road**<br>**Pomona, NY 10970** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.49**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,265.45 |
|---|---|---|
| **Idemia America Corp.**<br>**4250 Pleasant Valley Road**<br>**Chantilly, VA 20151** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.50**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $857.78 |
|---|---|---|
| **IDT Payment Services, Inc.**<br>**520 Broad Street**<br>**Newark, NJ 07102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.51**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $342.68 |
|---|---|---|
| **Illinois Secretary of State**<br>**115 S. LaSalle St., Ste. 300**<br>**Chicago, IL 60603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.52**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Intuit, Inc**<br>**650 California St, 7th Floor**<br>**San Francisco, CA 94108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.53**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229,275.00 |
|---|---|---|
| **Jones Day**<br>**555 California Street 26th Floor**<br>**San Francisco, CA 94104-1500** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.54**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,433.97 |
|---|---|---|
| **Klutch Technologies Inc.**<br>**3515 Mount Diablo Blvd**<br>**Lafayette, CA 94549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Synapse Financial Technologies, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Knab, Inc
432 Fremont Ave
Pacifica, CA 94044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$473,662.28**

Kroll Associates, Inc
600 3rd Ave Fl 4
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Landa Holdings, Inc
One Penn Plaza, suite 5307
New York, NY 10119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Latitud, Inc
4588 Bennett Valley Road
Santa Rosa, CA 95404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$276,812.26**

Lineage Bank
3359 Aspen Grove Drive Suite 150
Franklin, TN 37067

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115,045.82**

Linkedin Corporation
62228 Collections Center Drive
Chicago, IL 60693-0622

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,707.50**

Littler Mendelson, PC
P.O. Box 207137
Dallas, TX 75320-7137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Synapse Financial Technologies, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,985.24 |
|---|---|---|---|
| | Lob.com, Inc.<br>2261 Market Street STE 5668<br>San Francisco, CA 94114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,563.00 |
|---|---|---|---|
| | London & Stout P.C.<br>1999 Harrison Street Ste 2010<br>Oakland, CA 94612 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166,921.12 |
|---|---|---|---|
| | Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Machnet Technologies, Inc<br>317-642 Rue De Courcelle<br>Montreal, Quebec   H4C 3C5,<br>Canada | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210,900.83 |
|---|---|---|---|
| | MasterCard International<br>2200 Mastercard Boulevard<br>O' Fallon, MO 63368-7263 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Masterworks Administrative Services, LLC<br>225 Liberty St, 29th floor<br>New York, NY 10281 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | McBurberod Financial Inc<br>650 California St, 7th Floor<br>San Francisco, CA 94108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Synapse Financial Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mercury Technologies, Inc.**
**660 Mission Street, 4th Floor**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**MicroVenture Marketplaces, Inc**
**11601 Alterra parkway, suite 100**
**Austin, TX 78758**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mila Popov aka Mila Alemasov, individual**
**Law Offices of Svetlana Rishini**
**PO Box 2114**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Momento Technologies, Inc**
**401 Park Ave South, 9th floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Nasim Shushtari**
**Kesluk, Silverstein, Jacob & Morrison, P**
**Los Angeles, CA 90069**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71.40**

**Navan, Inc**
**3045 Park Blvd**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,112.12**

**Newfront Insurance, Inc**
**55 2nd Street, 18th Floor**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Synapse Financial Technologies, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,371.96**

**Next Financial Inc**
**221 1ST Ave W**
**Seattle, WA 98119**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Nomad Fintech, Inc. Nomad Tecnologia e P**
**873 El Camino Real**
**Menlo Park, CA 94025**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.05**

**OneBlinc,LLC**
**225 E Dania Beach Blvd**
**Dania Beach, FL 33004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,830.08**

**Papaya Global, Inc.**
**1460 Broadway**
**New York, NY 10036**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,083.34**

**Paredes Strategies LLC**
**9 Shorelands Court**
**Greenwich, CT 06870**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Passfolio Financial, LLC**
**1390 Market St, Suite 200**
**San Francisco, CA 94102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Patrina Corporation**
**45 Broadway, 1440**
**New York, NY 10006**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Synapse Financial Technologies, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.83**

**Nonpriority creditor's name and mailing address**

**Performiline, Inc**
**58 South Street 2nd Floor**
**Morristown, NJ 07960**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$99,900.00**

---

**3.84**

**Nonpriority creditor's name and mailing address**

**PitchBook Data, Inc.**
**901 Fifth Avenue, Suite 1200**
**Seattle, WA 98164**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$21,700.00**

---

**3.85**

**Nonpriority creditor's name and mailing address**

**Pretax Hero, Inc**
**159 Court St #2**
**New York, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.86**

**Nonpriority creditor's name and mailing address**

**PRGB, Inc.**
**256 W Data Drive**
**Draper, UT 84020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$91.25**

---

**3.87**

**Nonpriority creditor's name and mailing address**

**Profit Financial, Inc.**
**43 W 23rd Street, 6th Floor,**
**New York, NY 10010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$76.70**

---

**3.88**

**Nonpriority creditor's name and mailing address**

**PROG Services, Inc.**
**256 W Data Drive**
**Draper, UT 84020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.89**

**Nonpriority creditor's name and mailing address**

**Rego Payment Architectures, Inc**
**325 Sentry Parkway, suite 200**
**Blue Bell, PA 19422**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Synapse Financial Technologies, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.90**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,069.28 |
|---|---|---|
| **Rocketlane Corp**<br>**3524 Silverside Road Suite 35B**<br>**Wilmington, DE 19810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.91**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Roost Enterprises, Inc**<br>**629 N High Street, 6th floor**<br>**Columbus, OH 43215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.92**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,420.00 |
|---|---|---|
| **Routefusion Inc.**<br>**1305 East 6th Street Unit 10**<br>**Austin, TX 78702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.93**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,500.00 |
|---|---|---|
| **Salesforce, Inc.**<br>**415 Mission Street 3rd Floor,**<br>**San Francisco, CA 94105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.94**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $669.28 |
|---|---|---|
| **Secure Talent, Inc**<br>**Secure Talent, Inc. PO BOX 512220**<br>**Los Angeles, CA 90051-0220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.95**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Seed Financial, Inc**<br>**650 California St, 7th Floor**<br>**San Francisco, CA 94108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.96**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $560.00 |
|---|---|---|
| **Sentant Network, LLC**<br>**535 Mission St 14th floor**<br>**San Francisco, CA 94105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Synapse Financial Technologies, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Silt Inc**
**404 Bryant Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131,250.00 |
|---|---|---|---|

**Sloanne & Company, LLC**
**285 Fulton Street 69th Floor**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**South Carolina Dept. of Cons. Afffairs**
**293 Greystone Boulevard, Ste 400**
**Columbia, SC 29210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  For Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,048.31 |
|---|---|---|---|

**Spectrum Marketing Solutions, LLP**
**4470 W Sunset Blvd 90864**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,560.00 |
|---|---|---|---|

**Split Software, Inc**
**2317 Broadway Street 3rd Floor**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,590.45 |
|---|---|---|---|

**SportsPay Partners, LLC**
**177 E Colorado Blvd, Ste 200**
**Pasadena, CA 91105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,791.65 |
|---|---|---|---|

**SRGR Law Offices**
**A3 Fl 3, Noida, Uttar Pradesh**
**India   00020-1301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Synapse Financial Technologies, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Sunny Day Fund Solutions, Inc**
**6003 Madison Overlook Ct.**
**Falls Church, VA 22041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67,500.02

**TabaPay, Inc**
**605 Ellis Street 110**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**TClub, Inc**
**2261 Market Street, 4688**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Texas Workforce Commission**
**101 E 15th Street**
**Room 556**
**Austin, TX 78778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.16

**This Is Alice Inc.**
**1040 Noel Dr**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $290,822.50

**Thomson Reuters**
**PO Box 6292 - West Payment Center**
**Carol Stream, IL 60197-6292**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,792.62

**Triple 2 Inc.**
**5501 China Point**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Synapse Financial Technologies, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225,754.20**

**Trulioo Information Services, Inc**
**400-114 East 4th St**
**Vancouver, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,140.86**

**Turing Enterprises Inc.**
**Turing Enterprises Inc. P.O. Box 735665**
**Chicago, IL, IL 60673-5665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Under Technologies, Inc**
**Keker, Van Nest & Peters LLP 633 Battery**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Under Technologies, Inc**
**446 W 14th Street, 2nd floor**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Unest Holdings, Inc**
**5161 Lankershim Blvd, 250**
**North Holywood, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,925.00**

**Unit21, Inc**
**49 Geary Street Suite 200**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,060.00**

**Venminder, Inc**
**400 Ring Rd, Ste 131**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Synapse Financial Technologies, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Visage Enterprise, Inc
1601 Elm
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,848.07**

William Blair & Company, L.L.C.
150 North Riverside Plaza
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

WireBee Inc
8700 Sanctuary Drive
Mentor, OH 44060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,450.00**

WorkRamp, Inc.
440 N Barranca Ave 3840
Covina, CA 91723-1722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

YieldStreet Inc.
300 Park Avenue, 15th Floor,
New York, NY 10022

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00**

Yodlee, Inc
621 Hillsborough Street, 10th Floor
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,172.33**

Yotta Technologies Inc
33 Irving Pl
New York, NY 10003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. *Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.*

| Debtor | **Synapse Financial Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Evolve Bank & Trust**<br>**Attn: David M. Poitras, Esq.**<br>**21650 Oxnard Street, Suite 500**<br>**Woodland Hills, CA 91367** | Line  **3.29** <br><br>☐  Not listed. Explain ____ | __ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $          67,849.55 |
| **5b. Total claims from Part 2** | 5b.  + | $       4,257,106.44 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $       4,324,955.99 |

**Fill in this information to identify the case:**

Debtor name    **Synapse Financial Technologies, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)    **1:24-bk-10646-MB**

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Retention Agreements dated on or about October 25, 2023 between Synapse Financial Technologies, Inc. and each of its employees active as of the filing date of this Schedule G.** |
| State the term remaining | |
| List the contract number of any government contract | **\*Employees** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Health Services** |
| State the term remaining | |
| List the contract number of any government contract | **1Life Healthcare, Inc PO Box 779 San Francisco, CA 94104** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Parking** |
| State the term remaining | |
| List the contract number of any government contract | **ABM Industry Groups, LLC 600 Harrison Street #600 San Francisco, CA 94107** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Adelante CX**<br>**48 Rehov King George**<br>**Tel-Aviv District, Israel 00643-3701** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Adobe Inc**<br>**345 Park Ave**<br>**San Jose, CA 00094-5110** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Airtable**<br>**799 Market Street, 8th Floor**<br>**San Francisco, CA 94103** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Allende & Brea**<br>**8750 Doral Boulevard**<br>**Doral, FL 33178** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Company Insurance Broker** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Alliant Insurance Services, Inc**<br>**PO Box 21874**<br>**New York, NY 10087-1874** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Amazon Web Services, Inc.**<br>**410 Terry Avenue North**<br>**Seattle, WA 98109** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Bank Partner Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **American Bank National Association**<br>**525 N Main Avenue**<br>**Siox Center, IA 51250** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **American Crew Group LLC**<br>**7871 Northwest 15th Street**<br>**Doral, FL 33126** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Benefit Provider** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **AON Consulting, Inc**<br>**P.O BOX100137**<br>**Pasadena, CA 91189-0137** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **APIHub, Inc**<br>**90 Sheridan St San Francisco, CA 94103**<br>**San Francisco, CA 94103** |

Debtor 1    **Synapse Financial Technologies, Inc.**                                  Case number (if known) _____
First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Professional Services** | |
|---|---|---|---|
| | State the term remaining | | **Aprio, LLP** |
| | List the contract number of any government contract | | **201 North Civic Drive, Suite 220** **Walnut Creek, CA 94596** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Arktouros PLLC** |
| | List the contract number of any government contract | | **1717 N Street Northwest, Suite 1** **Washington DC, DC 20036** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Arroweye Solutions Inc.** |
| | List the contract number of any government contract | | **2470 Paseo Verde Parkway Suite 135,** **Henderson, NV 89074** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Benefits Provider** | |
|---|---|---|---|
| | State the term remaining | | **Arthur J. Gallagher & Co.** |
| | List the contract number of any government contract | | **2850 Golf Road** **Roling Meadows, IL 60008** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Interim CFO** | |
|---|---|---|---|
| | State the term remaining | | **Ascent CFO Solutions, LLC** |
| | List the contract number of any government contract | | **1035 Pearl St Suite 407** **Boulder, CO 80302** |

Debtor 1   **Synapse Financial Technologies, Inc.**                                    Case number (*if known*) _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Atlassian Pty Ltd** **350 Bush Street, Floor 13** **San Francisco, CA 94104** |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **ATM National, LLC** **7315 Wisconsin Avenue, Suite 750 East** **Bethesda, MD 20814** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Atmos Financial, Inc** **2222 Harold Way, Suite CW509** **Berkeley, CA 94704** |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **BairdHolm, LLP** **1700 Farnam St, Ste 1500** **Omaha, NE 68102** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Baker Tilly US, LLP** **18500 Von Karman Ave. 10th Floor** **Irvine, CA 92660** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ballard Spahr, LLP**<br>**1909 K Street, Nw 12Th Floor**<br>**Washington, DC, DC 20006** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Banco Ourinvest**<br>**Avenida Paulista, 1728, Bela Vista**<br>**Sao Paulo, SP, Brazil 00131-0919** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **BanPAY (US) LLC**<br>**66 West Flager St, Suite 900**<br>**Miami, FL 33140** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **BDO USA, LLP**<br>**PO Box 677973**<br>**Dallas, TX 75267** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Benefits Provider** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Beam Insurance Services, LLP**<br>**10943 Olson Dr #5659**<br>**Rancho Cordova, CA 95670** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Benefits Provider** | |
| | State the term remaining | | **Bennie Health, Inc.** |
| | List the contract number of any government contract | | **700 Canal St, Ste 1**<br>**Stamford, CT 06902** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | | **Bill.com, LLC** |
| | List the contract number of any government contract | | **6220 America Center Dr Suite 100**<br>**San Jose, CA 95002** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
| | State the term remaining | | **Bloom Credit, Inc.** |
| | List the contract number of any government contract | | **450 7th Avenue**<br>**NY, NY 10123** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
| | State the term remaining | | **Brightside Benefit, Inc** |
| | List the contract number of any government contract | | **55 N Arizona Pl, Ste 200**<br>**Chandler, AZ 85225** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
| | State the term remaining | | **BuoyFi LLC** |
| | List the contract number of any government contract | | **1745 N Brown Rd, Suite 450**<br>**Lawrenceviller, GA 30043** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.34.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract

**Business Technology Partners, LLP**
**PO Box 7004**
**Carol Stream, IL 60197-7004**

**2.35.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract

**Business Wire, Inc**
**101 California Street 20th Floor**
**San Francisco, CA 94111**

**2.36.** State what the contract or lease is for and the nature of the debtor's interest — **Professional Services Agreement**

State the term remaining

List the contract number of any government contract

**C Squared Communications,LLC**
**317 Acorn Hill Road**
**Olivebridge, NY 12461**

**2.37.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract

**Cactil LLC**
**1441 Broadway 3rd floor**
**New York, NY 10018**

**2.38.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Master Services Agreement**

State the term remaining

List the contract number of any government contract

**Cadre Cash, LLC**
**295 Lafayette Street, Suite 500**
**New York, NY 10012**

Debtor 1  **Synapse Financial Technologies, Inc.**                                    Case number *(if known)* _____
　　　　　First Name　　　Middle Name　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest **Services Agreement** | |
| State the term remaining | **Calendly, LLC** |
| List the contract number of any government contract | **271 17th St. Ste 1000 Atlanta, GA 30363** |
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest **Benefit Provider** | |
| State the term remaining | **Calm.com, Inc** |
| List the contract number of any government contract | **77 Geary Street, 3rd Floor San Francisco, CA 94108** |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest **Customer Master Services Agreement** | |
| State the term remaining | **Capital J Inc** |
| List the contract number of any government contract | **1390 Market Street, Suite 200 San Francisco, CA 94102** |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest **Bank Partner Agreement** | |
| State the term remaining | **CBW Bank Inc** |
| List the contract number of any government contract | **109 E. Main St Weir, KS 66781** |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest **Customer Master Services Agreement** | |
| State the term remaining | **CFX Direct, LLC** |
| List the contract number of any government contract | **41 W. 25th St., 2nd Floor New York, NY 10010** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ChangeEd, Inc**<br>**222 W. Merchandise Mart Plaza, Suite 1212**<br>**Chicago, IL 60654** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Checkr, Inc**<br>**One Montgomery St Suite 2000**<br>**San Francisco, CA 94104** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Benefit Provider** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Cigna Healthcare of California, Inc**<br>**900 Cottage Grove Rd**<br>**Bloomfield, CT 06002** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Circle Internet Services, Inc**<br>**201 Spear St, 12th Floor**<br>**San Francisco, CA 94105** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ClassWallet**<br>**4141 NE 2nd Avenue Suite, 203B**<br>**Miami, FL 33137** |

Debtor 1    **Synapse Financial Technologies, Inc.**
    First Name       Middle Name       Last Name            Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.49.** State what the contract or lease is for and the nature of the debtor's interest — **Consultant**

State the term remaining

List the contract number of any government contract

**Clear Function, LLC**
**2130 West Street**
**Germantown, TN 38138**

---

**2.50.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract

**Cloudflare, Inc**
**101 Townsend St**
**San Francisco, CA 94107**

---

**2.51.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Master Services Agreement**

State the term remaining

List the contract number of any government contract

**Coba Chib USA, LLC**
**701 Brazos St, Suite 500**
**Austin, TX 78701**

---

**2.52.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract

**Cobalt Labs, Inc**
**575 Market St. Fl 4**
**San Francisco, CA 94105**

---

**2.53.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract

**Cogent Communications, Inc**
**2450 N Street NW**
**Washington, DC 20037**

---

Debtor 1  **Synapse Financial Technologies, Inc.**                                      Case number *(if known)* _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.54.** State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **COINAPI LTD.**<br>**Britannia House, Suite 402, 1-11 Glenthorne Road**<br>**Hammersmith, London, UK W6 0LH** |
| **2.55.** State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Content Monsta**<br>**1395 East Cobb Drive Box 71472**<br>**Marietta, GA 30007** |
| **2.56.** State what the contract or lease is for and the nature of the debtor's interest | **Benefits Provider** |
| State the term remaining | |
| List the contract number of any government contract | **Continuum, Inc**<br>**101 2nd Street Suite 525**<br>**San Francisco, CA 94105** |
| **2.57.** State what the contract or lease is for and the nature of the debtor's interest | **Registered Agent** |
| State the term remaining | |
| List the contract number of any government contract | **CT Corp**<br>**PO Box 4349**<br>**Carol Stream, IL 60197-4349** |
| **2.58.** State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Curacubby, Inc.**<br>**2120 University Ave,**<br>**Berkeley, CA 94704** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Datadog, Inc.**<br>**620 8th Avenue Floor 45**<br>**New York, NY 10018-1741** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Datasite, LLC**<br>**733 S. Marquette Ave, Suite 600**<br>**Minneapolis, MN 55402** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dave Maxfield, Attorney, LLC**<br>**P.O. Box 11865**<br>**Columbia, SC 29211** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **International Employee Firm** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Deel, Inc**<br>**425 1st Street**<br>**San Francisco, CA 94105** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **HR Software** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Degree, Inc**<br>**PO Box 207585**<br>**Dallas, TX 75320-7585** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Digital 365 Main, LLC** |
| | List the contract number of any government contract | | **365 Main Street Suite 1500** **San Francisco, CA 94015** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Discourse Construction Kit, Inc** |
| | List the contract number of any government contract | | **8 The Grn Ste 8383** **Dover, DE 19901-3618** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Docker, Inc.** |
| | List the contract number of any government contract | | **3790 El Camino Real #1052** **Palo Alto, CA 94306** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **IT Consultant** | |
|---|---|---|---|
| | State the term remaining | | **DoiT International USA, Inc** |
| | List the contract number of any government contract | | **5201 Great America Pkwy, Suite 320** **Santa Clara, CA 95054** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **DolarApp Inc.** |
| | List the contract number of any government contract | | **Calle Sur 105, 1206, Col. Aeronautica Militar, Mun** **Ciudad de Mexico, MEXICO CP 15979** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | |
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Domo, Inc**<br>**802 East 1050 South**<br>**American Fork, UT 84003-3798** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **EarnUp, Inc.**<br>**2370 Market St, Suite 203**<br>**San Francisco, CA 94114** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ekata, Inc.**<br>**1301 5th Ave Suite 1600**<br>**Seattle, WA 98101** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **EMVCo, LLC**<br>**544 Hillside Road**<br>**Redwood City, CA 94062** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Envoy Inc**<br>**410 Townsend St Suite 410 Suite 410**<br>**San Francisco, CA 94107** |

Debtor 1   **Synapse Financial Technologies, Inc.**                                      Case number *(if known)* _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.74.** State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **eShares, Inc. DBA Carta, Inc.** **333 Bush Street, Floor 23, Suite 2300** **San Francisco, CA 94104** |
| **2.75.** State what the contract or lease is for and the nature of the debtor's interest | **Bank Partner Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Evolve Bank & Trust** **6070 Poplar Avenue, Suite 100** **Memphis, TN 38119** |
| **2.76.** State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Farris Bobango Branan PLC** **999 South Shady Grove Road Suite 500** **Memphis, TN 38120** |
| **2.77.** State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Figma, Inc** **116 New Montgomery Street, Suite 400** **San Francisco, CA 94105** |
| **2.78.** State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Fime USA Inc.** **1737 N 1st St Ste 410** **San Jose, CA 95112** |

Debtor 1  **Synapse Financial Technologies, Inc.**

First Name       Middle Name       Last Name       Case number (*if known*)



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.79.** State what the contract or lease is for and the nature of the debtor's interest    **Trade Organization**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Financial Technology Association (FTA)**<br>**PO Box 223302**<br>**Chantilly, VA 20153** |
| **2.80.** State what the contract or lease is for and the nature of the debtor's interest    **Trade Show**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Fintech Meetup,LLC**<br>**605 3rd Avenue**<br>**New York, NY 10158** |
| **2.81.** State what the contract or lease is for and the nature of the debtor's interest    **Services Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Fiserv, Inc.**<br>**255 Fiserv Drive**<br>**Brookfield, WI 53045** |
| **2.82.** State what the contract or lease is for and the nature of the debtor's interest    **Services Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Fleishman Hillard Brasil Comunica  o, LT**<br>**Rua Henrique Schauman, 270, Jardim Paulista**<br>**Sao Paulo, SP, Brazil 00541-3010** |
| **2.83.** State what the contract or lease is for and the nature of the debtor's interest    **Services Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Fractionally, Inc**<br>**PO Box 2227**<br>**Merced, CA 95344** |

Debtor 1  **Synapse Financial Technologies, Inc.**

First Name          Middle Name          Last Name                    Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
|---|---|---|---|
| | State the term remaining | | **Fraudguard.io** |
| | List the contract number of any government contract | | **12116 Everglades Kite Road** **Brooksville, FL 34614** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
|---|---|---|---|
| | State the term remaining | | **Frazier & Deeter, LLC** |
| | List the contract number of any government contract | | **222 2nd Avenue S Suite 1840** **Nashville, TN 37201-2308** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
|---|---|---|---|
| | State the term remaining | | **Frontier Business Systems Pvt Ltd** |
| | List the contract number of any government contract | | **3 Wood Street, Bengaluru** **Bengaluru KA, India 00056-0025** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
|---|---|---|---|
| | State the term remaining | | **Functional Software, Inc. d/b/a Sentry** |
| | List the contract number of any government contract | | **45 Fremont Street, 8th Floor,** **San Francisco, CA 94105** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | Customer Master Services Agreement | |
|---|---|---|---|
| | State the term remaining | | **Fund That Flip, Inc** |
| | List the contract number of any government contract | | **10 E 23rd Street, 5 floor** **New York, NY 10010** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Advisor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Gattaca Horizons, LLC** |
| | List the contract number of any government contract | | **5903 Ashby Manor Place** **Alexandria, VA 22310** |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Gem Software, Inc** |
| | List the contract number of any government contract | | **1 Post Street, 18th Floor,** **San Francisco, CA 94104** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **GitBook Inc** |
| | List the contract number of any government contract | | **440 N Barranca Ave #7171** **Covina, CA 91723** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Software and Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Github, Inc** |
| | List the contract number of any government contract | | **c/o Corporation Service Company 2710 Gateway Oaks** **Sacramento, CA 95833** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **GO1 USA, LLC** |
| | List the contract number of any government contract | | **26 S Rio Grande St Ste 2072** **Salt Lake City, UT 84101** |

Debtor 1    **Synapse Financial Technologies, Inc.**                                    Case number *(if known)* _____
             First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.94.** State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Gong.io, Inc**<br>**PO Box 102866**<br>**Pasadena, CA 91189** |
| **2.95.** State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Goodwin Procter LLP**<br>**Counselors at Law Three Embarcadero Center**<br>**San Francisco, CA 94111** |
| **2.96.** State what the contract or lease is for and the nature of the debtor's interest | **Advertising** |
| State the term remaining | |
| List the contract number of any government contract | **Google LLC**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** |
| **2.97.** State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Grabr Inc.**<br>**201 Spear St, STE: 1100**<br>**San Francisco, CA 94105** |
| **2.98.** State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Gravy Technologies, Inc.**<br>**119 S Main Street**<br>**St. Charles, MO 00063-3301** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **GravyStack, Inc.**<br>**1 N. 1st Street, 790**<br>**Phoenix, AZ 85004** |
| | List the contract number of any government contract | | |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Grid Financial Services Inc**<br>**1112 Bryant Street**<br>**San Francisco, CA 94103** |
| | List the contract number of any government contract | | |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Benefits Provider** | |
|---|---|---|---|
| | State the term remaining | | **Guideline Technologies, Inc**<br>**1412 Chapin Ave**<br>**Burlingame, CA 94010** |
| | List the contract number of any government contract | | |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **GW Solyushans Ltd**<br>**Asen Zlatarov 16**<br>**Plovdiv, Bulgaria 04000-0000** |
| | List the contract number of any government contract | | |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hanson Bridgett LLP**<br>**425 Market Street, 26th Floor**<br>**San Francisco, CA 94105** |
| | List the contract number of any government contract | | |

Debtor 1    **Synapse Financial Technologies, Inc.**                                    Case number (*if known*) _____
            First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hatfield, Inc.**<br>**1112 Bryant Street**<br>**San Francisco, CA 94103** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hathaway & Kunz, LLP**<br>**2515 Warren Avenue, Suite 500**<br>**Cheyenne, WY 82001** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Customer** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Henry Labs Inc.**<br>**3340 Hillview Ave**<br>**Palo Alto, CA 94304** |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Building Manager** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hines Interests, LP**<br>**PO Box 511431**<br>**Los Angeles, CA 90051-7986** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hixson Nagatani LLP**<br>**2021 The Alameda, Ste 240**<br>**San Jose, CA 95126** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hubspot, Inc** |
| | List the contract number of any government contract | | **Attn: General Counsel Two Canal Park**<br>**Cambridge, MA 02141** |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hummingbird Reg Tech, Inc** |
| | List the contract number of any government contract | | **440 North Barranca Avenue 4151**<br>**Covina, CA 91723** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Husch Blackwell** |
| | List the contract number of any government contract | | **8001 Forsyth Boulevard**<br>**Clayton, MO 63105** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hyve, Inc** |
| | List the contract number of any government contract | | **86 Camp Hill Road**<br>**Pomona, NY 10970** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Idemia America Corp.** |
| | List the contract number of any government contract | | **4250 Pleasant Valley Road**<br>**Chantilly, VA 20151** |

Debtor 1    **Synapse Financial Technologies, Inc.**

First Name    Middle Name    Last Name    Case number (*if known*) _____

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Software and Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Idera,Inc**<br>**10801 N Mopac Expressway, Building 1, Suite 100**<br>**Austin, TX 78759** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **IDT Payment Services, Inc.**<br>**520 Broad Street**<br>**Newark, NJ 07102** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **IIB Solutions Ltd.**<br>**19 West 24th Street**<br>**New York, NY 10010** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Intuit, Inc**<br>**c/o Corporation Service Company (CSC) 251 Little F**<br>**Wilmington, DE 19808** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ironclad, Inc**<br>**650 California Street Suite 1100**<br>**San Francisco, CA 94108** |

Debtor 1    **Synapse Financial Technologies, Inc.**    Case number *(if known)* _____

First Name    Middle Name    Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.119.** State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **JN Projects, Inc**<br>**1800 Owens St**<br>**San Francisco, CA 94158** |
| **2.120.** State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Jones Day**<br>**555 California Street 26th Floor**<br>**San Francisco, CA 94104-1500** |
| **2.121.** State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **JSON-crv** |
| **2.122.** State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Klutch Technologies Inc.**<br>**3515 Mount Diablo Blvd**<br>**Lafayette, CA 94549** |
| **2.123.** State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Knab, Inc**<br>**432 Fremont Ave**<br>**Pacifica, CA 94044** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.124.** State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Kranz & Associates LLC**<br>**Kranz & Associates LLC 830 Menlo Ave., Suite 100**<br>**Menlo Park, CA 94025** |
| **2.125.** State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Kroll Associates, Inc**<br>**55 East 52nd Street**<br>**New York, NY 10055** |
| **2.126.** State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Landa Holdings, Inc**<br>**One Penn Plaza, suite 5307**<br>**New York, NY 10119** |
| **2.127.** State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Latitud, Inc**<br>**4588 Bennett Valley Road**<br>**Santa Rosa, CA 95404** |
| **2.128.** State what the contract or lease is for and the nature of the debtor's interest | **Transportation Services** |
| State the term remaining | |
| List the contract number of any government contract | **Legacy Transportation Services, Inc**<br>**5220 Cameron Street**<br>**Las Vegas, NV 89118** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | |
|---|---|---|---|
| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Recruiting Software Agreement** | |
| | State the term remaining | | **Lever, Inc**<br>**DEPT 0569 PO Box 120569**<br>**Dallas, TX 75312-0569** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** | |
| | State the term remaining | | **LexSpot,Inc**<br>**90 New Montgomery St, Suite 750**<br>**San Francisco, CA 94105** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Compliance Services Agreeent** | |
| | State the term remaining | | **Lighthouse Services, LLC**<br>**1710 Walton Rd., Suite 204**<br>**Blue Bell, PA 19422** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Bank Partner Agreement** | |
| | State the term remaining | | **Lineage Bank**<br>**3359 Aspen Grove Drive Suite 100**<br>**Franklin, TN 37067** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Recruiting and Advertising Services** | |
| | State the term remaining | | **Linkedin Corporation**<br>**62228 Collections Center Drive**<br>**Chicago, IL 60693-0622** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Linksquares, Inc.** |
| | List the contract number of any government contract | | **33 Arch St, Floor 17 Boston, MA 02110** |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Littler Mendelson, PC** |
| | List the contract number of any government contract | | **P.O. Box 207137 Dallas, TX 75320-7137** |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Lob.com, Inc.** |
| | List the contract number of any government contract | | **2261 Market Street STE 5668 San Francisco, CA 94114** |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **London & Stout P.C.** |
| | List the contract number of any government contract | | **1999 Harrison Street Ste 2010 Oakland, CA 94612** |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Lowenstein Sandler LLP** |
| | List the contract number of any government contract | | **One Lowenstein Drive Roseland, NJ 07068** |

Debtor 1   **Synapse Financial Technologies, Inc.**
    First Name        Middle Name        Last Name          Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Lucid Software, Inc**<br>**10355 South Jordan Gateway Suite 300**<br>**South Jordan, UT 84095** |
| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Machnet Technologies, Inc**<br>**10355 South Jordan Gateway Suite 300**<br>**Montreal, Quebec, Canada H4C 3C5** |
| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Mailchimp**<br>**675 Ponce De Leon Ave Ne # 5000**<br>**Atlanta, GA 30308** |
| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **MainVest, Inc.**<br>**81 Washington Street**<br>**Salem, MA 01970** |
| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **MasterCard International**<br>**2200 Mastercard Boulevard**<br>**O' Fallon, MO 63368-7263** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | | **MasterCard International** |
| | List the contract number of any government contract | | **2000 Purchase Street** **Purchase, New York 10577-0000** |
| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | | **MatchUp, LLC** |
| | List the contract number of any government contract | | **141 Tremont Street 8th Floor** **Boston, MA 02111** |
| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
| | State the term remaining | | **Max Webster-Dowsing** |
| | List the contract number of any government contract | | **130 Southsea Avenue, Minster-On-Sea** **Sheerness, Kent,, UK ME12 2LU** |
| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
| | State the term remaining | | **McBurberod Financial Inc** |
| | List the contract number of any government contract | | **650 California St, 7th Floor** **San Francisco, CA 94108** |
| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
| | State the term remaining | | **Mental Health Coaching LLC** |
| | List the contract number of any government contract | | **9450 Southwest Gemini Drive PMB 70589** **Beaverton, OR 97008** |

Debtor 1    **Synapse Financial Technologies, Inc.**                                                    Case number (*if known*) _____
　　　　　　First Name　　　　Middle Name　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Metropolitan Electrical Construction, In** |
| | List the contract number of any government contract | | **2400 3rd Street** **San Francisco, CA 94107** |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Microsoft Corporation** |
| | List the contract number of any government contract | | **One Microsoft Way** **Redmond, WA 98052** |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **MJ Boyd LLC** |
| | List the contract number of any government contract | | **376 Pequot Avenue** **Southport, CT 06890** |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Mongo DB, Inc** |
| | List the contract number of any government contract | | **100 Forest Avenue** **Palo Alto, CA 94301** |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **My First Sale, LLC** |
| | List the contract number of any government contract | | **1 N. 1st Street, 790** **Phoenix, AZ 85004** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## ▮ Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Domain Registration** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Namecheap, Inc**<br>**4600 E Washington St Ste 305**<br>**Phoenix, AZ 85034** |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Registered Agent** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **NATIONAL REGISTERED AGENTS, INC.**<br>**PO Box 4349**<br>**Carol Stream, IL 60197** |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Travel Mangement Agency** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Navan, Inc**<br>**3045 Park Blvd**<br>**Palo Alto, CA 94306** |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Managed Services Provider** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nevtec, Inc**<br>**1150 S. Bascom Ave, Suite 12**<br>**San Jose, CA 95128** |

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nir Kalish**<br>**101 Edinburgh Isle Court**<br>**Lakeway, TX 78738** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
|---|---|---|---|
| | State the term remaining | | **Nova Credit Inc.** |
| | List the contract number of any government contract | | **44 Montgomery St 3rd floor**<br>**San Francisco, CA 94104** |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | Customer Master Services Agreement | |
|---|---|---|---|
| | State the term remaining | | **Nowsta, Inc.** |
| | List the contract number of any government contract | | **228 Park Ave S, PMB 62909**<br>**New York, NY 10003-1502** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | Customer Master Services Agreement | |
|---|---|---|---|
| | State the term remaining | | **OneBlinc,LLC** |
| | List the contract number of any government contract | | **225 E Dania Beach Blvd**<br>**Dania Beach, FL 33004** |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
|---|---|---|---|
| | State the term remaining | | **OpsGenie, Inc** |
| | List the contract number of any government contract | | **222 Broadway**<br>**New York, NY 10038** |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
|---|---|---|---|
| | State the term remaining | | **Optim ACH Solutions LLC** |
| | List the contract number of any government contract | | **9789 Charlotte Highway Suite 400 #219**<br>**Fort Mill, SC 29707** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **Office Plant Services** | |
|---|---|---|---|
| | State the term remaining | | **Pacific Coast Plants LLC**<br>**1634 E. Edinger**<br>**Santa Ana, CA 92705** |
| | List the contract number of any government contract | | |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **International Employee Contract Firm** | |
|---|---|---|---|
| | State the term remaining | | **Papaya Global, Inc.**<br>**1460 Broadway**<br>**New York, NY 10036** |
| | List the contract number of any government contract | | |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Advisory Board** | |
|---|---|---|---|
| | State the term remaining | | **Paredes Strategies LLC**<br>**9 Shorelands Court**<br>**Greenwich, CT 06870** |
| | List the contract number of any government contract | | |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Parkman Licensing, Inc**<br>**1609 England Road**<br>**Arlington, TX 76013** |
| | List the contract number of any government contract | | |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Paystand, Inc.**<br>**1800 Green Hills Road, Suite 110**<br>**Scotts Valley, CA 95066** |
| | List the contract number of any government contract | | |

Debtor 1    **Synapse Financial Technologies, Inc.**           Case number (*if known*) _____

     First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.169. State what the contract or lease is for and the nature of the debtor's interest     **Compliance Software** | |
| State the term remaining | |
| List the contract number of any government contract | **Performline, Inc.** <br> **58 South Street 2nd Floor** <br> **Morristown, NJ 07960** |
| 2.170. State what the contract or lease is for and the nature of the debtor's interest     **Legal Services Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Pinheiro Neto Advogados** <br> **1095 6th Avenue** <br> **New York, NY 10036** |
| 2.171. State what the contract or lease is for and the nature of the debtor's interest     **Customer Master Services Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Pioneer Works Inc.** <br> **835 Howard St Ste 2** <br> **San Francisco, CA 94103-3009** |
| 2.172. State what the contract or lease is for and the nature of the debtor's interest     **Marketing Services Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **PitchBook Data, Inc.** <br> **901 Fifth Avenue, Suite 1200** <br> **Seattle, WA 98164** |
| 2.173. State what the contract or lease is for and the nature of the debtor's interest     **Services Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Postman, Inc** <br> **55 2nd Street** <br> **San Francisco, CA 94105** |

Debtor 1  **Synapse Financial Technologies, Inc.**                                     Case number *(if known)* _____
      First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Parking Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Pretax Hero, Inc**<br>**159 Court St #2**<br>**New York, NY 11201** |

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **PRGB, Inc.**<br>**256 W Data Drive**<br>**Draper, UT 84020** |

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **Benefits Provider** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Principal Life Insurance Company**<br>**PO Box 10372**<br>**Des Moines, IA 5306-0372** |

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **PROG Services, Inc.**<br>**256 W Data Drive**<br>**Draper, UT 84020** |

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **Off-site Storage** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Public Storage**<br>**611 2nd Street**<br>**San Francisco, CA 94107** |

Debtor 1    **Synapse Financial Technologies, Inc.**                                    Case number *(if known)* _____
           First Name    Middle Name    Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.179.** State what the contract or lease is for and the nature of the debtor's interest — **Consulting Agreement**

State the term remaining

List the contract number of any government contract

**R Monga & Co**
**566 Makarwali Road**
**Ajmer RJ, India 00030-5004**

---

**2.180.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract

**Raygun**
**1601 5th Avenue-Suite 1100**
**Seattle, WA 98101**

---

**2.181.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract

**ReadMe.io CO.**
**445 Bush St, #800**
**San Francisco, CA 94108**

---

**2.182.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Master Services Agreement**

State the term remaining

List the contract number of any government contract

**Rego Payment Architectures, Inc**
**325 Sentry Parkway, suite 200**
**Blue Bell, PA 19422**

---

**2.183.** State what the contract or lease is for and the nature of the debtor's interest — **Consulting Agreement**

State the term remaining

List the contract number of any government contract

**RHR International LLP**
**233 South Wacker Drive 95th Floor**
**Chicago, IL 60606**

---

Debtor 1   **Synapse Financial Technologies, Inc.**
     First Name       Middle Name       Last Name             Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.184.** State what the contract or lease is for and the nature of the debtor's interest     **Professional Services Agreement** | |
| State the term remaining | **Rina Accountancy LLP** |
| List the contract number of any government contract | **475 14th Street, Suite 1200** **Oakland, CA 94612** |
| **2.185.** State what the contract or lease is for and the nature of the debtor's interest     **Employee Management System** | |
| State the term remaining | **Rippling PEO 1, Inc** |
| List the contract number of any government contract | **2443 Fillmore Street #380-7361** **San Francisco, CA 94115** |
| **2.186.** State what the contract or lease is for and the nature of the debtor's interest     **Software Agreement** | |
| State the term remaining | **Rocketlane Corp** |
| List the contract number of any government contract | **3524 Silverside Road, Suite, 35B** **Wilmington, DE 19810** |
| **2.187.** State what the contract or lease is for and the nature of the debtor's interest     **Services Agreement** | |
| State the term remaining | **Routefusion Inc.** |
| List the contract number of any government contract | **1305 East 6th Street #4** **Austin, TX 78702** |
| **2.188.** State what the contract or lease is for and the nature of the debtor's interest     **Professional Services Agreement** | |
| State the term remaining | **SaasAnt Inc.** |
| List the contract number of any government contract | **16192 Coastal Hwy,** **Lewes, DE 19958** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **CRM** | |
|---|---|---|---|
| | State the term remaining | | **Salesforce, Inc.** |
| | List the contract number of any government contract | | **415 Mission Street 3rd Floor, San Francisco, CA 94105** |

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **ScaleJoy, LLC** |
| | List the contract number of any government contract | | **156 Lower Lakeview Drive Hawley, PA 18428** |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Secure Talent, Inc** |
| | List the contract number of any government contract | | **Secure Talent, Inc. PO BOX 512220 Los Angeles, CA 90051-0220** |

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Seed Financial, Inc** |
| | List the contract number of any government contract | | **650 California St, 7th Floor San Francisco, CA 94108** |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sentant Network, LLC** |
| | List the contract number of any government contract | | **535 Mission St 14th floor San Francisco, CA 94105** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Seon Technologies Kft**<br>**42 R k czi  t 7 EM**<br>**Budapest, Hungary 01072-0000** |

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sherwood Partners, LLC**<br>**3945 Freedom Cir #560,**<br>**Santa Clara, CA 95054** |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Silt Inc**<br>**404 Bryant Street**<br>**San Francisco, CA 94107** |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Skypostal, Inc**<br>**7805 Northwest 15th Street**<br>**Doral, FL 33126** |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Slack Technologies, LLC**<br>**500 Howard St. 6th Floor**<br>**San Francisco,, CA 94105** |

Debtor 1    **Synapse Financial Technologies, Inc.**                                              Case number (*if known*) _____
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Proessional Services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sloanne & Company, LLC**<br>**285 Fulton Street 69th Floor, New York, NY**<br>**New York, NY 10007** |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **multi-cloud observability, IT service management, and database performance management** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Solarwinds**<br>**7171 Southwest Pkwy, Building 400**<br>**Austin, TX 78735** |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **SoLo Funds, Inc**<br>**100 W. 5th Street, 5th floor ,**<br>**Cincinnati,, OH 45202** |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **SonarSource S.A.**<br>**PO Box 765**<br>**Geneva 15, SWITZERLAND CH-1215** |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Spectrum Marketing Solutions, LLP**<br>**4470 W Sunset Blvd 90864**<br>**Los Angeles, CA 90027** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Split Software, Inc**<br>**2317 Broadway Street 3rd Floor**<br>**Redwood City, CA 94063** |
| | List the contract number of any government contract | | |

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **SportsPay Partners, LLC**<br>**177 E Colorado Blvd, Ste 200**<br>**Pasadena, CA 91105** |
| | List the contract number of any government contract | | |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **SRGR Law Offices**<br>**A3 Fl 3, Noida**<br>**Uttar Pradesh, India 00020-1301** |
| | List the contract number of any government contract | | |

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sunit Jain**<br>**KCB Complex**<br>**Guwahati, India 00078-1001** |
| | List the contract number of any government contract | | |

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sunny Day Fund Solutions, Inc**<br>**6003 Madison Overlook Ct.**<br>**Falls Church, VA 22041** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | **Experience Management Platform** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **SupportLogic, Inc**<br>**356 Santana Row Suite 1000,**<br>**San Jose,, CA 95128** |

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Synoptek, LLC**<br>**Attn: Accounting Department 412 E. Parkcenter Blvd**<br>**Boise, ID 83706** |

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **TClub, Inc**<br>**2261 Market Street, 4688**<br>**San Francisco, CA 94114** |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **Fintech Networking Service** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **TET Events, LLC**<br>**30 N Gould St Ste 12077**<br>**Sheridan, WY 82801** |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **Benefits Provider** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **The Hartford**<br>**P O Box 660916**<br>**Dallas, TX 75266-0916** |

Debtor 1  **Synapse Financial Technologies, Inc.**                                          Case number *(if known)* _____
              First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.214.** State what the contract or lease is for and the nature of the debtor's interest — **Professional Services Agreement**

State the term remaining

List the contract number of any government contract

**The Smart Group**
**2349 Gillingham Circle**
**Thousand Oaks,, CA 91362**

---

**2.215.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Master Services Agreement**

State the term remaining

List the contract number of any government contract

**This Is Alice Inc.**
**1040 Noel Dr**
**Menlo Park, CA 94025**

---

**2.216.** State what the contract or lease is for and the nature of the debtor's interest — **Financial Information and Compliance**

State the term remaining

List the contract number of any government contract

**Thomson Reuters**
**PO Box 6292 - West Payment Center**
**Carol Stream,, IL 60197-6292**

---

**2.217.** State what the contract or lease is for and the nature of the debtor's interest — **Travel Mangement Agency**

State the term remaining

List the contract number of any government contract

**TripActions, Inc**
**3045 Park Boulevard**
**Palo Alto, CA 94306**

---

**2.218.** State what the contract or lease is for and the nature of the debtor's interest — **Digital Agency**

State the term remaining

List the contract number of any government contract

**Triple 2 Inc.**
**5501 China Point**
**Long Beach, CA 90803**

---

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background-color:#4B0826;width:50px;height:35px;"></div>

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services organization** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | True North America, Inc<br>8 Cadiz Circle<br>Redwood City,, CA 94065 |

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Trulioo Information Services, Inc<br>1200   1055 West Hastings Street<br>Vancouver, BC V6E 2E9 |

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Turing Enterprises Inc.<br>Turing Enterprises Inc. P.O. Box 735665<br>Chicago, IL, IL 60673-5665 |

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Twilio Inc.<br>101 Spear Street, 5th Floor<br>San Francisco, CA 94105 |

| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Unest Holdings, Inc<br>5161 Lankershim Blvd, 250<br>North Holywood, CA 91601 |

Debtor 1   **Synapse Financial Technologies, Inc.**
      First Name        Middle Name        Last Name               Case number *(if known)* _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.224.** State what the contract or lease is for and the nature of the debtor's interest — **Software Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Unit21, Inc**<br>**222 Kearny St, Suite 304**<br>**San Francisco, CA 94108** |
| **2.225.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Master Services Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Utoppia Inc.**<br>**399 Fremont St. 2107**<br>**San Francisco,, CA 94105** |
| **2.226.** State what the contract or lease is for and the nature of the debtor's interest — **Software Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Venminder, Inc**<br>**400 Ring Rd, Ste 131**<br>**Elizabethtown, KY 42701** |
| **2.227.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Master Services Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Visage Enterprise, Inc**<br>**1601 Elm**<br>**Dallas, TX 75201** |
| **2.228.** State what the contract or lease is for and the nature of the debtor's interest — **Office Space**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Werqwise**<br>**149 New Montgomery, 4th Floor**<br>**San Francisco, CA 94105** |

| Debtor 1 | **Synapse Financial Technologies, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.229. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **West Publishing Corporation**<br>**610 Opperman Drive, P.O. Box 64833**<br>**St Paul, MN 55164** |

| 2.230. | State what the contract or lease is for and the nature of the debtor's interest | Office Space |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Wework**<br>**21255 Burbank Boulevard, Suite 120**<br>**Los Angeles, CA 91367** |

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | Investment Banker |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **William Blair & Company, L.L.C.**<br>**150 North Riverside Plaza**<br>**Chicago, IL 60606** |

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **WireBee Inc**<br>**8700 Sanctuary Drive**<br>**Mentor, OH 44060** |

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | Learning Management System |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **WorkRamp, Inc.**<br>**440 N Barranca Ave 3840**<br>**Covina, CA 91723-1722** |

Debtor 1  **Synapse Financial Technologies, Inc.**
      First Name         Middle Name         Last Name                 Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **YieldStreet Inc.**<br>**300 Park Avenue, 15th Floor,**<br>**New York, NY 10022** |
| | List the contract number of any government contract | | |

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Yodlee, Inc.**<br>**3600 Bridge Parkway, Suite 200**<br>**Redwood City, CA 94065** |
| | List the contract number of any government contract | | |

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Yotta Savings**<br>**45 East 22nd St, 33B**<br>**New York, NY 10010** |
| | List the contract number of any government contract | | |

| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Zendesk, Inc**<br>**Attn: Legal Department 989 Market Street**<br>**San Francisco, CA 94103** |
| | List the contract number of any government contract | | |

| 2.238. | State what the contract or lease is for and the nature of the debtor's interest | **Video Conferencing Service** | |
|---|---|---|---|
| | State the term remaining | | **Zoom Video Communications, Inc**<br>**55 Almaden Blvd, 6th Floor**<br>**San Jose,, CA 95113** |
| | List the contract number of any government contract | | |