RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; MYK@LNBYG.COM; KJM@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>    Debtor and Debtor in Possession | Case No.: 1:24-bk-10646-MB<br><br>Chapter 11 Case<br><br>**DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SANKAET PATHAK IN SUPPORT**<br><br>DATE: May 9, 2024<br>TIME: 9:00 a.m.<br>PLACE: Courtroom 303<br>       21041 Burbank Boulevard.<br>       Woodland Hills, CA 91367 |

1

**TO ALL PARTIES TO EXECUTORY CONTRACTS OR UNEXPIRED LEASES WITH SYNAPSE FINANCIAL TECHNOLOGIES, INC., WHOSE NAMES APPEAR IN ALPHABETICAL ORDER IN EXHIBIT 1 ATTACHED TO THIS MOTION, ALONG WITH DESCRIPTIONS OF THE CONTRACTS AND LEASES TO WHICH YOU ARE A PARTY:**

Synapse Financial Technologies, Inc. (the "Debtor"), debtor in possession in the above-captioned Chapter 11 bankruptcy case hereby files this motion (the "Motion") for entry of an order authorizing the Debtor to **reject, effective April 29, 2024**, pursuant to 11 U.S.C. § 365, any executory contract and unexpired lease that is not assumed and assigned in connection with the Debtor's proposed sale of its assets. Any executory contract or unexpired lease that is not assumed by the Debtor and assigned to the buyer of the Debtor's assets, will be rejected, unless the Debtor explicitly indicates otherwise in a written statement filed with the Bankruptcy Court.

A schedule of all of the Debtor's known executory contracts and unexpired leases (the "Contracts and Leases Schedule") is attached hereto as **Exhibit 1**.[1] Since the identity of the buyer approved by the Court is not known at this time (and will not be known until the conclusion of the auction and sale hearing scheduled on May 9, 2024, at 9:00 a.m.), the Debtor has no way of knowing which executory contracts and unexpired leases, if any, the winning bidder will seek to have assigned to it. Thus, every counterparty to an executory contract or unexpired lease that could be subject to a rejection of its contract or lease should read this Motion and **Exhibit 1** to this Motion and consider the relief being requested by the Debtor.

The Debtor requests the entry of an order authorizing the rejection of all of the executory contracts and unexpired leases pursuant to 11 U.S.C. § 365(a) which are not assumed and assigned to a buyer. To the extent an executory contract and unexpired lease is not assumed and assigned to a buyer, upon the closing of a sale of the Debtor's assets, the Debtor will no longer

---

[1] The inclusion of a contract or a lease in this Motion does not constitute an admission that such contract or lease has not already terminated, or that such contract is or is not executory, or such lease is or is not expired. The Debtor seeks authority to reject such contracts and leases to the extent such contracts are executory and to the extent such leases are unexpired.

be conducting business operations and will no longer require, or be in a position to incur further administrative expenses (if any) in connection with such contracts and leases. Contracts and leases that are not assumed and assigned will no longer be necessary to the Debtor (unless otherwise indicated by the Debtor), and would provide no benefit to the Debtor's estate, only potential detriment.

## **ADDITIONAL INFORMATION**

The Motion is based on 11 U.S.C § 365, Rule 6006 of the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules 2081-1 and 9075-1, this Motion, the Notice of Motion, the Memorandum attached hereto, the Declaration of Sankaet Pathak annexed to this Motion, the entire record in this case, the arguments of counsel made at the hearing, if any, on the Motion, and any other evidence properly presented to the Court at or prior to any hearing on the Motion.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order:

(1) granting this Motion in its entirety;

(2) authorizing the Debtor to reject the contracts and leases (and any amendments and extensions thereto) that are not assumed and assigned in connection with the Debtor's sale process, with such rejection to be deemed effective as of April 29, 2024; and

(4) granting such further and other relief as the Court deems just and proper.


Dated: April 29, 2024                    SYNAPSE FINANCIAL TECHNOLOGIES, INC.

                                        By:___*/s/ Krikor J. Meshefejian*_____
                                            RON BENDER
                                            MONICA Y. KIM
                                            KRIKOR J. MESHEFEJIAN
                                            LEVENE, NEALE, BENDER,
                                            YOO & GOLUBCHIK L.L.P.
                                            Proposed Attorneys for Chapter 11 Debtor
                                            and Debtor in Possession

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    STATEMENT OF FACTS

1.      This case was commenced April 22, 2024 (the "Petition Date") by the Debtor's filing of a voluntary petition under chapter 11 of 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").  The Debtor continues to operate its business, manage its financial affairs and operate its bankruptcy estate as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2.      The Debtor is a technology company with a mission to ensure that everyone around the world has access to best-in-class financial products, regardless of their net worth. The Debtor has proprietary technology and software which essentially allows financial technology platforms called "fintechs" to provide certain financial products and services to the fintechs' customers (referred to as end users) through certain banking and financial service providers.

3.      On April 19, 2024, the Debtor and TabaPay Holdings, LLC ("Buyer") executed an Asset Purchase Agreement (the "APA") pursuant to which Buyer has agreed to acquire substantially all of the Debtor's assets including the Debtor's equity interests in and to the Debtor's two non-debtor, wholly-owned subsidiaries in exchange for the cash payment of $9,700,000.00 plus other consideration as described in the APA, including Buyer's agreement to assume certain obligations and certain leases and contracts of the Debtor and pay for all cure obligations associated with the assumed leases and contracts. The sale to Buyer is subject to an expedited overbid process.

4.      Any executory contract or unexpired lease that is not assumed by the Debtor and assigned to the buyer of the Debtor's assets, will be rejected, unless the Debtor explicitly indicates otherwise in a written statement filed with the Bankruptcy Court.

5.      A schedule of all of the Debtor's known executory contracts and unexpired leases (the "Contracts and Leases Schedule") is attached hereto as **Exhibit 1**.[2]  Since the identity of the

---

[2] The inclusion of a contract or a lease in this Motion does not constitute an admission that such

buyer approved by the Court is not known at this time (and will not be known until the conclusion of the auction and sale hearing scheduled on May 9, 2024, at 9:00 a.m.), the Debtor has no way of knowing which executory contracts and unexpired leases, if any, the winning bidder will seek to have assigned to it. Thus, every counterparty to an executory contract or unexpired lease that could be subject to a rejection of its contract or lease should read this Motion and **Exhibit 1** to this Motion and consider the relief being requested by the Debtor.

6.    The Debtor requests the entry of an order authorizing the rejection of all of the executory contracts and unexpired leases pursuant to 11 U.S.C. § 365(a) which are not assumed and assigned to a buyer. To the extent an executory contract and unexpired lease is not assumed and assigned to a buyer, upon the closing of a sale of the Debtor's assets, the Debtor will no longer be conducting business operations and will no longer require, or be in a position to incur further administrative expenses (if any) in connection with such contracts and leases. Contracts and leases that are not assumed and assigned will no longer be necessary to the Debtor (unless otherwise indicated by the Debtor), and would provide no benefit to the Debtor's estate, only potential detriment.

## II.    DISCUSSION

### A.    Rejection Of The Executory Contracts and Unexpired Leases That Are Not Assumed And Assigned To Buyer Or An Alternative Buyer Is In The Estate's Best Interest.

Barring certain exceptions not relevant herein, 11 U.S.C. §§ 365(a) and 1107(a) authorize a debtor in possession, "subject to the Court's approval, ... [to] assume or reject any executory contract or unexpired lease of the debtor." 11 U.S.C. § 365(a).

In determining whether to authorize the assumption or rejection of an executory contract "a bankruptcy court need engage in 'only a cursory review of a [debtor-in-possession]'s decision…. Specifically, a bankruptcy court applies the business judgment rule to evaluate a

---

contract or lease has not already terminated, or that such contract is or is not executory, or such lease is or is not expired. The Debtor seeks authority to reject such contracts and leases to the extent such contracts are executory and to the extent such leases are unexpired.

[debtor-in-possession]'s…decision ....'" *In re Player's Poker Club, Inc.*, 636 B.R. 811, 817 (Bankr. C.D. Cal. 2022); *In re Pomona Valley Med. Grp., Inc.*, 476 F.3d 665, 670 (9th Cir. 2007), *citing Durkin v. Benedor Corp. (In re G.I. Indust., Inc.),* 204 F.3d 1276, 1282 (9th Cir.2000) (citing *NLRB v. Bildisco & Bildisco,* 465 U.S. 513, 523, 104 S.Ct. 1188, 79 L.Ed.2d 482 (1984)); *see also In re Chi–Feng Huang,* 23 B.R. 798, 800 (B.A.P. 9th Cir. 1982) (citing cases).

"[T]he bankruptcy court should presume that the debtor-in-possession acted prudently, on an informed basis, in good faith, and in the honest belief that the action taken was in the best interests of the bankruptcy estate." *In re Player's Poker Club, Inc.*, 636 B.R. at 817; *In re Pomona Valley Med. Gro., Inc.*, 476 F.3d at 670, *citing Navellier v. Sletten,* 262 F.3d 923, 946 n. 12 (9th Cir.2001), *FDIC v. Castetter,* 184 F.3d 1040, 1043 (9th Cir.1999), and *In re Miller*, 2016 WL 1316763, at *6 (Bankr. D. Mont. April 1, 2016) ("This Court focuses on the business judgment of the Debtor, not on its own business judgment….The Court should approve the decision…unless it finds that the Debtor's conclusion…is so manifestly unreasonable that it could not be based on sound business judgment, but only on bad faith, whim or caprice.").

In *Summit Land Co. v. Allen (In re Summit Land Co.)*, 13 B.R. 310 (Bankr. D. Utah 1981), the bankruptcy court explained why deference is given to the debtor in possession's decision to assume or reject an executory contract or unexpired lease:

> "[*Court approval under section 365(a),] if required, except in extraordinary situations, should be granted as a matter of course*. To begin, this rule places responsibility for administering the estate with the trustee (debtor in possession), not the court, and therefore furthers the policy of judicial independence considered vital by the authors of the Code. Seconds this rule expedites the administration of estates, another goal of the Bankruptcy Reform Act. Third, the rule encourages rehabilitation by permitting the replacement of marginal with profitable business arrangements. Fourth, the rule is supported by pre-Code cases in this Circuit."

*Id.* at 315 (emphasis added).

This Motion seeks to reject all of the executory contracts and unexpired leases that are not assumed and assigned in connection with the Debtor's sale process and the assumption and

assignment procedures approved by the Court.  To the extent an executory contract and unexpired lease is not assumed and assigned to a buyer, upon the closing of a sale of the Debtor's assets, the Debtor will no longer be conducting business operations and will no longer require, or be in a position to incur further administrative expenses (if any) in connection with, such contracts and leases.  Contracts and leases that are not assumed and assigned will no longer be necessary to the Debtor (unless otherwise indicated by the Debtor), and would provide no benefit to the Debtor's estate, only potential detriment.  The Debtor, in the exercise of its business judgment, therefore requests the entry of an order authorizing the rejection of the executory contracts and unexpired leases that are not assumed and assigned to a buyer in connection with the sale process.

**B.**      **The Court Should Deem The Contracts And Leases That Are To Be Rejected Pursuant To This Motion, To Have Been Rejected As Of The Date Of The Filing Of This Motion**.

The Debtor requests that the Court authorize and approve the rejection of executory contracts and unexpired leases that are not assumed and assigned to a buyer at the closing of a sale, effective as of the date of the filing this Motion, i.e., April 29, 2024.  Pursuant to the Local Bankruptcy Rules for the Central District of California, a movant must provide not less than 21 days' notice of the hearing date designated for consideration of a motion.  L. Bankr. R. 9013-1(d).  The Local Bankruptcy Rules further provide that a movant may request that a hearing on a non-emergency motion be held on shortened notice under appropriate circumstances.  L. Bank. R. 9075-1(b), and the Debtor made such a request in connection with this Motion, so that the Motion is heard on a expedited basis, on May 9, 2024, at 9:00 a.m. in conjunction with the Debtor's motion for authority to sell substantially all of the Debtor's assets.

"A *nunc pro tunc* order involves the entry of 'a judgment or a decree as of a date anterior to that on which it was in fact rendered.  *Mitchell v. Overman*, 103 U.S. 62, 64-65, 26 L.Ed. 369 (1880). Translated as 'now for then,' it is an ancient tool of equity designed to give retroactive effect to the order of a court." *Sierra Club v. Whitman*, 285 F.3d 63, 67 (D.C. Cir. 2002); *see also Iouri v. Ashcroft,* 487 F.3d 76, 87 (2nd Cir. 2007) (citing Black's Law Dictionary 1100 (8th

Ed. 2004)). It traditionally has been available in those 'circumstances, where its entry is necessary to avoid, [rather than] create, an injustice at the hands of the court itself.'" *In re Player's Poker Club, Inc.*, 636 B.R. at 825, *citing Weil v. Markowitz*, 898 F.2d 198, 201 (D.C. Cir. 1990).

This Motion was brought promptly (within 7 days of the Petition Date) and scheduled concurrently with a hearing on the sale of the Debtor's assets. This Court has previously held, in connection with a motion to reject a lease, that *nunc pro tunc* relief may be appropriate, even if a motion is heard on shortened notice, "to ameliorate the delay caused by the judicial approval process," including the potential "additional delays attendant to the entry of an order by the court clerk." *In re Player's Poker Club, Inc.*, 636 B.R. at 830.

Based upon the totality of the circumstances present here, the Debtor submits it would be equitable and appropriate to approve the Debtor's rejection of executory contracts and unexpired leases not assumed and assigned to a buyer effective as of the date of the filing of this Motion.

### III.     CONCLUSION

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order:

(1) granting this Motion in its entirety;

(2) authorizing the Debtor to reject the contracts and leases (and any amendments and extensions thereto) that are not assumed and assigned in connection with the Debtor's sale process, with such rejection to be deemed effective as of April 29, 2024; and

(4) granting such further and other relief as the Court deems just and proper.

Dated:  April 29, 2024                    SYNAPSE FINANCIAL TECHNOLOGIES, INC.


                                          By:___*/s/ Krikor J. Meshefejian*_____
                                                RON BENDER
                                                MONICA Y. KIM
                                                KRIKOR J. MESHEFEJIAN
                                                LEVENE, NEALE, BENDER,
                                                     YOO & GOLUBCHIK L.L.P.
                                                Proposed Attorneys for Debtor and
                                                Debtor in Possession

### DECLARATION OF SANKAET PATHAK

I, Sankaet Pathak, hereby declare as follows:

1.      I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.      I am the Founder and Chief Executive Officer of Synapse Financial Technologies, Inc., the chapter 11 debtor and debtor in possession in the above-captioned, chapter 11 bankruptcy case ("Debtor").

3.      In my capacity as the Founder and CEO of the Debtor, I have access to the Debtor's books and records and am familiar with the organization, operations and financial condition of the Debtor.  Any records and documents referred to in this declaration constitute writings taken, made, or maintained in the regular or ordinary course of the Debtor's business at or near the time of act, condition or event to which they relate by persons employed by the Debtor who had a business duty to the Debtor to accurately and completely take, make, and maintain such records and documents.  The statements set forth in this declaration are based upon my own review and knowledge of the Debtor's books and records.

4.      I make this Declaration in support of the attached motion for entry of an order authorizing the Debtor to reject executory contracts and unexpired leases that are not assumed and assigned to a buyer in connection with the Debtor's sale process.

5.      The Debtor is a technology company with a mission to ensure that everyone around the world has access to best-in-class financial products, regardless of their net worth. The Debtor has proprietary technology and software which essentially allows financial technology platforms called "fintechs" to provide certain financial products and services to the fintechs' customers (referred to as end users) through certain banking and financial service providers.

6.      On April 19, 2024, the Debtor and TabaPay Holdings, LLC ("Buyer") executed an Asset Purchase Agreement (the "APA") pursuant to which Buyer has agreed to acquire substantially all of the Debtor's assets including the Debtor's equity interests in and to the Debtor's two non-debtor, wholly-owned subsidiaries in exchange for the cash payment of

$9,700,000.00 plus other consideration as described in the APA, including Buyer's agreement to assume certain obligations and certain leases and contracts of the Debtor and pay for all cure obligations associated with the assumed leases and contracts. The sale to Buyer is subject to an expedited overbid process.

7.    Any executory contract or unexpired lease that is not assumed by the Debtor and assigned to the buyer of the Debtor's assets, will be rejected, unless the Debtor explicitly indicates otherwise in a written statement filed with the Bankruptcy Court.

8.    A schedule of all of the Debtor's known executory contracts and unexpired leases (the "Contracts and Leases Schedule") is attached hereto as **Exhibit 1**.[3]  Since the identity of the buyer approved by the Court is not known at this time (and will not be known until the conclusion of the auction and sale hearing scheduled on May 9, 2024, at 9:00 a.m.), the Debtor has no way of knowing which executory contracts and unexpired leases, if any, the winning bidder will seek to have assigned to it.  Thus, every counterparty to an executory contract or unexpired lease that could be subject to a rejection of its contract or lease should read this Motion and **Exhibit 1** to this Declaration and consider the relief being requested by the Debtor.

///
///
///
///
///
///
///
///
///

---

[3] The inclusion of a contract or a lease in this Motion does not constitute an admission that such contract or lease has not already terminated, or that such contract is or is not executory, or such lease is or is not expired.  The Debtor seeks authority to reject such contracts and leases to the extent such contracts are executory and to the extent such leases are unexpired.

///

///

9.      Upon the closing of a sale of the Debtor's assets, the Debtor will no longer be conducting business operations and will no longer require, or be in a position to incur further expenses (if any) in connection with such contracts and leases.  Contracts and leases that are not assumed and assigned will no longer be necessary to the Debtor (unless otherwise indicated by the Debtor), and would provide no benefit to the Debtor's estate, only potential detriment.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 29th day of April 2024.

SANKAET PATHAK

**EXHIBIT 1**

| No. | Legal Name | Contract Description |
|---|---|---|
| 1 | 1Life Healthcare, Inc | Health Services Agreement |
| 2 | Aaron Riley | Retention Agreement |
| 3 | ABM Industry Groups, LLC | Agreement for Parking |
| 4 | Adelante CX | Services Agreement |
| 5 | Adobe Inc | Services Agreement |
| 6 | Adolfo Reyes | Retention Agreement |
| 7 | Adrian Valbuena | Retention Agreement |
| 8 | Airtable | Services Agreement |
| 9 | Alex Chodvadia | Retention Agreement |
| 10 | Alfredo Garcia Jr | Retention Agreement |
| 11 | Alison Hill | Retention Agreement |
| 12 | Allende & Brea | Legal Services Agreement |
| 13 | Alliant Insurance Services, Inc | Insurance Brokerage Agreement |
| 14 | Amazon Web Services, Inc. | Services Agreement |
| 15 | Amber Walker | Retention Agreement |
| 16 | American Bank National Association | Enterprise Agreement dated July 21, 2018 and related Letter Agreement dated September 14, 2022 |
| 17 | American Bank National Association | Bank Services and Deposit Account Agreement |
| 18 | American Crew Group LLC | Services Agreement |
| 19 | AMG National Trust Bank | Synapse Cash Management Sweep Program Bank Agreement effective as of July 24, 2023, as amended |
| 20 | Anamaria Mireles | Retention Agreement |
| 21 | AON Consulting, Inc | Benefit Provider |
| 22 | APIHub, Inc | Services Agreement |
| 23 | Aprio, LLP | Accounting Professional Services |
| 24 | Arktouros PLLC | Legal Services Agreement |
| 25 | Arroweye Solutions Inc. | Services Agreement |
| 26 | Arthur J. Gallagher & Co. | Benefits Provider |
| 27 | Ascent CFO Solutions, LLC | Interim CFO Services Agreement |
| 28 | Ashley McDonnell | Retention Agreement |
| 29 | Asif Mirza | Retention Agreement |
| 30 | Atlassian Pty Ltd | Services Agreement |
| 31 | ATM National, LLC | Services Agreement |
| 32 | Atmos Financial, Inc | Customer Master Services Agreement |
| 33 | BairdHolm, LLP | Legal Services Agreement |
| 34 | Baker Tilly US, LLP | Legal Services Agreement |
| 35 | Ballard Spahr, LLP | Legal Services Agreement |
| 36 | Banco Ourinvest | Customer Master Services Agreement |
| 37 | BanPAY (US) LLC | Customer Master Services Agreement |
| 38 | BDO USA, LLP | Professional Services Agreement |
| 39 | Beam Insurance Services, LLP | Benefits Provider Agreement |
| 40 | Bennie Health, Inc. | Benefits Provider Agreement |
| 41 | Bill.com, LLC | Services Agreement |
| 42 | Bloom Credit, Inc. | Customer Master Services Agreement |
| 43 | Brightside Benefit, Inc | Customer Master Services Agreement |
| 44 | Brock Mccullough | Retention Agreement |
| 45 | BuoyFi LLC | Customer Master Services Agreement |
| 46 | Business Technology Partners, LLP | Services Agreement |
| 47 | Business Wire, Inc | Services Agreement |
| 48 | C Squared Communications,LLC | Professional Services Agreement |
| 49 | Cactil LLC | Services Agreement |
| 50 | Cadre Cash, LLC | Customer Master Services Agreement |
| 51 | Calendly, LLC | Services Agreement |
| 52 | Calm.com, Inc | Benefit Provider Agreement |
| 53 | Capital J Inc | Customer Master Services Agreement |
| 54 | CBW Bank Inc | Bank Partner Agreement |
| 55 | Cesar Soto | Retention Agreement |
| 56 | CFX Direct, LLC | Customer Master Services Agreement |
| 57 | ChangeEd, Inc | Customer Master Services Agreement |
| 58 | Charlie Jergins | Retention Agreement |
| 59 | Checkr, Inc | Services Agreement |
| 60 | Chester Mui | Retention Agreement |
| 61 | Chris Valdez | Retention Agreement |
| 62 | Cigna Healthcare of California, Inc | Benefit Provider Agreement |
| 63 | Circle Internet Services, Inc | Services Agreement |
| 64 | ClassWallet | Customer Master Services Agreement |
| 65 | Claude Elivert | Retention Agreement |
| 66 | Clear Function, LLC | Consulting Agreement |
| 67 | Cloudflare, Inc | Services Agreement |
| 68 | Coba Chib USA, LLC | Customer Master Services Agreement |
| 69 | Cobalt Labs, Inc | Services Agreement |
| 70 | Cogent Communications, Inc | Services Agreement |
| 71 | COINAPI LTD. | Services Agreement |
| 72 | Content Monsta | Services Agreement |
| 73 | Continuum, Inc | Benefits Provider Agreement |
| 74 | CT Corp | Registered Agent Services Agreement |
| 75 | Curacubby, Inc. | Customer Master Services Agreement |
| 76 | Curtis Miller | Retention Agreement |
| 77 | Datadog, Inc. | Services Agreement |
| 78 | Datasite, LLC | Services Agreement |
| 79 | Dave Maxfield, Attorney, LLC | Legal Services Agreement |
| 80 | Deborah Porton | Retention Agreement |
| 81 | Deel, Inc | International Employee Firm |
| 82 | Degree, Inc | HR Software Agreement |
| 83 | Derek Drennan | Retention Agreement |
| 84 | Digital 365 Main, LLC | Lease |
| 85 | Dina Mellado | Retention Agreement |
| 86 | Discourse Construction Kit, Inc | Services Agreement |
| 87 | Docker, Inc. | Services Agreement |
| 88 | DoiT International USA, Inc | IT Consulting Agreement |
| 89 | DolarApp Inc. | Customer Master Services Agreement |
| 90 | Domo, Inc | Services Agreement |
| 91 | Doug Hurst | Retention Agreement |
| 92 | EarnUp, Inc. | Customer Master Services Agreement |
| 93 | Ekata, Inc. | Services Agreement |
| 94 | EMVCo, LLC | Services Agreement |
| 95 | Envoy Inc | Services Agreement |

| | | |
|---|---|---|
| 96 | eShares, Inc. DBA Carta, Inc. | Services Agreement |
| 97 | Eugene Koran | Retention Agreement |
| 98 | Evolve Bank & Trust | Master Bank Services Agreement |
| 99 | Evolve Bank & Trust | Letter Agreement dated October 1, 2023 |
| 100 | Farris Bobango Branan PLC | Legal Services Agreement |
| 101 | Fernanda Hurst | Retention Agreement |
| 102 | Figma, Inc | Services Agreement |
| 103 | Fime USA Inc. | Services Agreement |
| 104 | Financial Technology Association (FTA) | Trade Organization Services Agreement |
| 105 | Fintech Meetup,LLC | Trade Show Service Agreement |
| 106 | First Horizon Bank | Bank Services and Deposit Account Agreement |
| 107 | Fiserv, Inc | Services Agreement |
| 108 | Fleishman Hillard Brasil Comunicação, LTDA | Services Agreement |
| 109 | Fractionally, Inc | Services Agreement |
| 110 | Fraudguard.io | Services Agreement |
| 111 | Frazier & Deeter, LLC | Services Agreement |
| 112 | Frontier Business Systems Pvt Ltd | Services Agreement |
| 113 | Functional Software, Inc. d/b/a Sentry | Services Agreement |
| 114 | Fund That Flip, Inc | Customer Master Services Agreement |
| 115 | Gattaca Horizons, LLC | Advisor Agreement |
| 116 | Gaurav Gupta | Retention Agreement |
| 117 | Gem Software, Inc | Services Agreement |
| 118 | GitBook Inc | Services Agreement |
| 119 | Github, Inc | Software and Services Agreement |
| 120 | Glenn Glazer | Retention Agreement |
| 121 | GO1 USA, LLC | Services Agreement |
| 122 | Gong.io, Inc | Software Agreement |
| 123 | Goodwin Procter LLP | Legal Services Agreement |
| 124 | Google LLC | Advertising Agreement |
| 125 | Grabr Inc. | Customer Master Services Agreement |
| 126 | Gravy Technologies, Inc. | Customer Master Services Agreement |
| 127 | GravyStack, Inc. | Customer Master Services Agreement |
| 128 | Grid Financial Services Inc | Customer Master Services Agreement |
| 129 | Guideline Technologies, Inc | Benefits Provider |
| 130 | Guy Gandenberger | Retention Agreement |
| 131 | GW Solyushans Ltd | Services Agreement |
| 132 | Hanson Bridgett LLP | Legal Services Agreement |
| 133 | Harrison Thompson | Retention Agreement |
| 134 | Hatfield, Inc. | Professional Services Agreement |
| 135 | Hathaway & Kunz, LLP | Legal Services Agreement |
| 136 | Henry Labs Inc. | Services Agreement |
| 137 | Hines Interests, LP | Building Manager |
| 138 | Hixson Nagatani LLP | Legal Services Agreement |
| 139 | Hubspot, Inc | Software Agreement |
| 140 | Hummingbird Reg Tech, Inc | Software Agreement |
| 141 | Husch Blackwell | Legal Services Agreement |
| 142 | Hyve, Inc | Customer Master Services Agreement |
| 143 | Idemia America Corp. | Services Agreement |
| 145 | IDT Payment Services, Inc. | Customer Master Services Agreement |
| 146 | IIB Solutions Ltd. | Consulting Agreement |
| 147 | Intuit, Inc | Software Agreement |
| 148 | Ironclad, Inc | Legal Services Agreement |
| 149 | Jacek Joniec | Retention Agreement |
| 150 | Jack Doan | Retention Agreement |
| 151 | Jamane Clark | Retention Agreement |
| 152 | Jeff Dickinson | Retention Agreement |
| 153 | Jeff Stanley | Retention Agreement |
| 154 | Jerry Xia | Retention Agreement |
| 155 | Jessica Bednarek | Retention Agreement |
| 156 | Jessica Byrne | Retention Agreement |
| 157 | Jillana Downing | Retention Agreement |
| 158 | JN Projects, Inc | Services Agreement |
| 159 | John Ginther | Retention Agreement |
| 160 | Jon Michael Gomez | Retention Agreement |
| 161 | Jones Day | Legal Services Agreement |
| 162 | Kathleen Fitzpatrick | Retention Agreement |
| 163 | Kevin Humbel | Retention Agreement |
| 164 | Keyon Tolbert | Retention Agreement |
| 165 | Kirtish Parekh | Retention Agreement |
| 166 | Klutch Technologies Inc. | Customer Master Services Agreement |
| 167 | Knab, Inc | Customer Master Services Agreement |
| 168 | Kranz & Associates LLC | Professional Services Agreement |
| 169 | Kroll Associates, Inc | Consulting Agreement |
| 170 | Kyle Wilson | Retention Agreement |
| 171 | Lai Cheung | Retention Agreement |
| 172 | Landa Holdings, Inc | Customer Master Services Agreement |
| 173 | Latitud, Inc | Customer Master Services Agreement |
| 174 | Lauchlan Pierce | Retention Agreement |
| 175 | Legacy Transportation Services, Inc | Transportation Services |
| 176 | Lever, Inc | Recruiting Software Agreement |
| 177 | LexSpot,Inc | Software Agreement |
| 178 | Lighthouse Services, LLC | Compliance Services Agreeent |
| 179 | Lineage Bank | Bank Master Services Agreement, as amended |
| 180 | Linkedin Corporation | Recruiting and Advertising Services |
| 181 | Linksquares, Inc. | Software Agreement |
| 182 | Littler Mendelson, PC | Legal Services Agreement |
| 183 | Lob.com, Inc. | Lob Order Form Vendor Agreement dated July 12, 2022, as amended |
| 184 | London & Stout P.C. | Legal Services Agreement |
| 185 | Lowenstein Sandler LLP | Engagement Letter |
| 186 | Lucid Software, Inc | Software Agreement |
| 187 | Machnet Technologies, Inc | Customer Master Services Agreement |
| 188 | Mailchimp | Software Agreement |
| 189 | MainVest, Inc. | Customer Master Services Agreement |
| 190 | Marifel Frez | Retention Agreement |
| 191 | Mark Shatzkin | Retention Agreement |

| | | |
|---|---|---|
| 192 | MasterCard International | Agreement for Gateway Services dated July 18, 2018; Pilot Agreement dated April 22, 2019, and BPX Enrollment Form dated October 22, 2021 |
| 193 | MasterCard International Incorporated | Mastercard Bill Pay Exchange Terms and Conditions effective October 22, 2021 |
| 194 | MatchUp, LLC | Services Agreement |
| 195 | Max Webster-Dowsing | Consulting Agreement |
| 196 | McBurberod Financial Inc | Customer Master Services Agreement |
| 197 | Mental Health Coaching LLC | Consulting Agreement |
| 198 | Metropolitan Electrical Construction, Inc | Consulting Agreement |
| 199 | Micah Brafford | Retention Agreement |
| 200 | Michael Young | Retention Agreement |
| 201 | Microsoft Corporation | Software Agreement |
| 202 | Mike Eyl | Retention Agreement |
| 203 | Mike Johns | Retention Agreement |
| 204 | Mike Rosen | Retention Agreement |
| 205 | Mitos Diaz | Retention Agreement |
| 206 | MJ Boyd LLC | Services Agreement |
| 207 | Mongo DB, Inc | Software Agreement |
| 208 | My First Sale, LLC | Customer Master Services Agreement |
| 209 | Namecheap, Inc | Domain Registration Services Agreement |
| 210 | NATIONAL REGISTERED AGENTS, INC. | Registered Agent Services Agreement |
| 211 | Navan, Inc | Travel Mangement Agency |
| 212 | Nevtec, Inc | Managed Services Provider |
| 213 | Nir Kalish | Consulting Agreement |
| 214 | Nova Credit Inc. | Services Agreement |
| 215 | Nowsta, Inc. | Customer Master Services Agreement |
| 216 | OneBlinc,LLC | Customer Master Services Agreement |
| 217 | OpsGenie, Inc | Services Agreement |
| 218 | Optim ACH Solutions LLC | Services Agreement |
| 219 | Pacific Coast Plants LLC | Office Plant Services |
| 220 | Paige Lane | Retention Agreement |
| 221 | Papaya Global, Inc. | Master Services Agreement dated February 21, 2021, as amended |
| 222 | Paredes Strategies LLC | Advisory Board |
| 223 | Parkman Licensing, Inc | Contractor Agreement |
| 224 | Patrick Kelly | Retention Agreement |
| 225 | Paystand, Inc. | Customer Master Services Agreement |
| 226 | Performline, Inc. | Compliance Software Agreement |
| 227 | Perry Stallings | Retention Agreement |
| 228 | Peter Ashworth | Retention Agreement |
| 229 | Pinheiro Neto Advogados | Legal Services Agreement |
| 230 | Pioneer Works Inc. | Customer Master Services Agreement |
| 231 | PitchBook Data, Inc. | Marketing Services Agreement |
| 232 | Postman, Inc | Services Agreement |
| 233 | Praveen Mamidi | Retention Agreement |
| 234 | Pretax Hero, Inc | Parking Agreement |
| 235 | PRGB, Inc. | Customer Master Services Agreement |
| 236 | Principal Life Insurance Company | Benefits Provider |
| 237 | PROG Services, Inc. | Customer Master Services Agreement |
| 238 | Public Storage | Off-site Storage Agreement |
| 239 | Quincy Tran | Retention Agreement |
| 240 | R Monga & Co | Consulting Agreement |
| 241 | Raygun | Services Agreement |
| 242 | ReadMe.io CO. | Services Agreement |
| 243 | Rebecca Bleschke | Retention Agreement |
| 244 | Rego Payment Architectures, Inc | Customer Master Services Agreement |
| 245 | RHR International LLP | Consulting Agreement |
| 246 | Rina Accountancy LLP | Professional Services Agreement |
| 247 | Rippling PEO 1, Inc | Employee Management System |
| 248 | Rocketlane Corp | Software Agreement |
| 249 | Roshan Syed | Retention Agreement |
| 250 | Routefusion Inc. | Services Agreement |
| 251 | Ryan Devall | Retention Agreement |
| 252 | SaasAnt Inc. | Professional Services Agreement |
| 253 | Sachet Misra | Retention Agreement |
| 254 | Salesforce, Inc. | CRM |
| 255 | Samip Mehra | Retention Agreement |
| 256 | Saniyah Gagan | Retention Agreement |
| 257 | Sara Guerrero-Gonzalez | Retention Agreement |
| 258 | ScaleJoy, LLC | Consulting Agreement |
| 259 | Secure Talent, Inc | Professional Services Agreement |
| 260 | Seed Financial, Inc | Customer Master Services Agreement |
| 261 | Sentant Network, LLC | Consulting Agreement |
| 262 | Seon Technologies Kft | Services Agreement |
| 263 | Sherwood Partners, LLC | Professional Services Agreement |
| 264 | Shuo Cheng | Retention Agreement |
| 265 | Silt Inc | Services Agreement |
| 266 | Simon Jaud | Retention Agreement |
| 267 | Skypostal, Inc | Services Agreement |
| 268 | Slack Technologies, LLC | Services Agreement |
| 269 | Sloanne & Company, LLC | Proessional Services |
| 270 | Solarwinds | Multi-cloud Observability, IT Service Management, and Database Performance Management Agreement |
| 271 | SoLo Funds, Inc | Customer Master Services Agreement |
| 272 | SonarSource S.A. | Services Agreement |
| 273 | Spectrum Marketing Solutions, LLP | DBA Right Left Agency Statement of Work dated January 27, 2022 |
| 274 | Split Software, Inc | Services Agreement |
| 275 | SportsPay Partners, LLC | Services Agreement |
| 276 | SRGR Law Offices | Legal Services Agreement |
| 277 | Sunit Jain | Consulting Agreement |
| 278 | Sunny Day Fund Solutions, Inc | Customer Master Services Agreement |
| 279 | SupportLogic, Inc | Experience Management Platform |

| | | |
|---|---|---|
| 280 | Synapse Brokerage LLC | Amended and Restated Intercompany Service and Expense Sharing Agreement effective as of November 1, 2023 as amended from time to time |
| 281 | Synapse Credit LLC | Intercompany Service and Expense Sharing Agreement dated August 17, 2023 |
| 282 | Synoptek, LLC | Services Agreement |
| 283 | Tatiana Begley | Retention Agreement |
| 284 | TClub, Inc | Customer Master Services Agreement |
| 285 | Teagan Jensen | Retention Agreement |
| 286 | TET Events, LLC | Fintech Networking Service |
| 287 | Thao Dinh | Retention Agreement |
| 288 | The Hartford | Benefits Provider Agreement |
| 289 | The Smart Group | Professional Services Agreement |
| 290 | This Is Alice Inc. | Customer Master Services Agreement |
| 291 | Thomson Reuters | Financial Information and Compliance |
| 292 | Tracey Guerin | Retention Agreement |
| 293 | TripActions, Inc | Travel Mangement Agency Services Agreement |
| 294 | Triple 2 Inc. | Digital Agency Services Agreement |
| 295 | True North America, Inc | Professional Services organization |
| 296 | Trulioo Information Services, Inc | Services Agreement effective Sept. 7, 2023 |
| 297 | Turing Enterprises Inc. | Professional Services Agreement |
| 298 | Twilio Inc. | Services Agreement |
| 299 | Unest Holdings, Inc | Customer Master Services Agreement |
| 300 | Unit21, Inc | Master Services Agreement and Statement of Work dated December 29, 2022, as amended |
| 301 | Utoppia Inc. | Customer Master Services Agreement |
| 302 | Venminder, Inc | Software Agreement |
| 303 | Victor Medeiros | Retention Agreement |
| 304 | Visage Enterprise, Inc | Customer Master Services Agreement |
| 305 | Werqwise | Office Space License Agreement |
| 306 | West Publishing Corporation | Service Agreement |
| 307 | Wework | Office Space License Agreement |
| 308 | Will Ferguson | Retention Agreement |
| 309 | William Blair & Company, L.L.C. | Investment Banking Services Agreement |
| 310 | WireBee Inc | Services Agreement |
| 311 | WorkRamp, Inc. | Learning Management System Agreement |
| 312 | Yarden Carmeli | Retention Agreement |
| 313 | YieldStreet Inc. | Master Services Agreement effective June 29, 2018, as amended |
| 314 | Yodlee, Inc. | Services Agreement |
| 315 | Yotta Savings | Master Services Agreement effective February 13, 2020, as amended |
| 316 | Youssef Al-Yakoob | Retention Agreement |
| 317 | Zendesk, Inc | Software Agreement |
| 318 | Zoom Video Communications, Inc | Video Conferencing Service Agreement |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, California 90034

A True And Correct Copy Of The Foregoing Document Entitled (*Specify*): **DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SANKAET PATHAK IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 29, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender    rb@lnbyg.com**
- **Russell Clementson    russell.clementson@usdoj.gov**
- **Michael G. Farag    mfarag@gibsondunn.com**
- **Steven T Gubner    sgubner@bg.law, ecf@bg.law**
- **Lance N Jurich    ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com**
- **Monica Y Kim    myk@lnbyg.com, myk@ecf.inforuptcy.com**
- **Jeffrey C Krause    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com**
- **Adam A Lewis    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com**
- **Krikor J Meshefejian    kjm@lnbyg.com**
- **David M Poitras    dpoitras@bg.law**
- **Brandy A Sargent    brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com**
- **Jason D Strabo    jstrabo@mwe.com, jbishopjones@mwe.com**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **April 29, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 29, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service by **OVERNIGHT MAIL/FEDEX** information continued on attached **SERVICE LISTS**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 29, 2024 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

CREDITORS, CONTRACTING
COUNTERPARTIES, OTHER PARTIES IN
INTEREST
Served by FEDEX/OVERNIGHT MAIL

Amazon Web Services, Inc.
PO Box 84023
Seattle, WA 98124-8423

Aprio, LLP
201 North Civic Drive, Suite 220
Walnut Creek, CA 94596

Arktouros PLLC
1717 N Street Northwest, Suite 1
Washington DC, DC 20036

Arroweye Solutions Inc.
2470 Paseo Verde Parkway Suite 135,
Henderson, NV 89074

Ask Benjamin, Inc
2055 Market Street
San Francisco, CA 94114

ATM National, LLC
PO Box 4346, Dept 364
Houston, TX 77210-4346

Atmos Financial, Inc
2222 Harold Way, Suite CW509
Berkeley, CA 94704

BairdHolm, LLP
1700 Farnam St, Ste 1500
Omaha, NE 68102

Ballard Spahr, LLP
1909 K Street, Nw 12Th Floor
Washington, DC, DC 20006

BDO USA, LLP
PO Box 677973
Dallas, TX 75267

Bergeson LLP
111 Market Street, Suite 600
San Jose, CA 95113

Brightside Benefit, Inc
55 N Arizona Pl, Ste 200
Chandler, AZ 85225

Business Wire, Inc
101 California Street 20th Floor
San Francisco, CA 94111

Cactil LLC
1441 Broadway 3rd floor
New York, NY 10018

Cadre Cash, LLC
295 Lafayette Street, Suite 500
New York, NY 10012

Capital J Inc
1390 Market Street, Suite 200
San Francisco, CA 94102

ChangeEd, Inc
222 W. Merchandise Mart Plaza
Suite 1212
Chicago, IL 60654

Checkr, Inc
One Montgomery St Suite 2000
San Francisco, CA 94104

Cobalt Labs, Inc
575 Market St. Fl 4
San Francisco, CA 94105

Datadog, Inc.
620 8th Avenue Floor 45
New York, NY 10018-1741

Datasite, LLC
733 S. Marquette Ave, Suite 600
Minneapolis, MN 55402

Degree, Inc
PO Box 207585
Dallas, TX 75320-7585

Dexy Co
1500 Bay Rd, 920
Miami Beach, FL 33139

Digital 365 Main, LLC
365 Main Street Suite 1500
San Francisco, CA 94105

DoiT International USA, Inc
5201 Great America Pkwy, Suite 320
Santa Clara, CA 95054

Ekata, Inc.
1301 5th Ave Suite 1600
Seattle, WA 98101

Elevated Principles, Inc
2021 Filmore St, 85
San Francisco, CA 94115

Evolve Bank & Trust
Attn: David M. Poitras, Esq.
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Evolve Bank & Trust
6000 Poplar Avenue, Suite 300
Memphis, TN 38119

Financial Technology Association  FTA
PO Box 223302
Chantilly, VA 20153

Finnt, Inc
333 S. E. 2nd Avenue, Suite 200
Miami, FL 33131

Fintech Meetup,LLC
605 3rd Avenue
New York, NY 10158

First Horizon Bank
4385 Poplar Avenue
ATTN: Proctor Ford
Memphis, TN 38117

Fiserv, Inc
Po Box 208457
Dallas, TX 75320-8457

FlemingMartin, LLC
822 Hartz Way Suite 215
Danville, CA 94526

Flourish Savings, Inc
2261 Market Street, 4466
San Francisco, CA 94114

Fraudguard.io
12116 Everglades Kite Road
Brooksville, FL 34614

Frazier & Deeter, LLC
222 2nd Avenue S Suite 1840
Nashville, TN 37201-2308

Fund That Flip, Inc
10 E 23rd Street, 5 floor
New York, NY 10010

Gattaca Horizons, LLC
5903 Ashby Manor Place
Alexandria, VA 22310

Glance Capital, Inc
651 North Broad Street
Middletown, DE 19709

Goodwin Procter LLP
Three Embarcadero Center
San Francisco, CA 94111

Gravy Technologies, Inc.
119 S Main Street
St. Charles, MO 00063-3301

GravyStack, Inc.
1 N. 1st Street, 790
Phoenix, AZ 85004

Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

Hatfield, Inc.
1112 Bryant Street
San Francisco, CA 94103

Hixson Nagatani LLP
2021 The Alameda, Ste 240
San Jose, CA 95126

Hyve, Inc
86 Camp Hill Road
Pomona, NY 10970

Idemia America Corp.
4250 Pleasant Valley Road
Chantilly, VA 20151

IDT Payment Services, Inc.
520 Broad Street
Newark, NJ 07102

Illinois Secretary of State
115 S. LaSalle St., Ste. 300
Chicago, IL 60603

Intuit, Inc
650 California St, 7th Floor
San Francisco, CA 94108

Jones Day
555 California Street 26th Floor
San Francisco, CA 94104-1500

Klutch Technologies Inc.
3515 Mount Diablo Blvd
Lafayette, CA 94549

Knab, Inc
432 Fremont Ave
Pacifica, CA 94044

Kroll Associates, Inc
600 3rd Ave Fl 4
New York, NY 10016

Landa Holdings, Inc
One Penn Plaza, suite 5307
New York, NY 10119

Latitud, Inc
4588 Bennett Valley Road
Santa Rosa, CA 95404

Lineage Bank
3359 Aspen Grove Drive Suite 150
Franklin, TN 37067

Linkedin Corporation
62228 Collections Center Drive
Chicago, IL 60693-0622

Littler Mendelson, PC
P.O. Box 207137
Dallas, TX 75320-7137

Lob.com, Inc.
2261 Market Street STE 5668
San Francisco, CA 94114

London & Stout P.C.
1999 Harrison Street Ste 2010
Oakland, CA 94612

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Machnet Technologies, Inc
317-642 Rue De Courcelle
Montreal, Quebec, Canada H4C 3C5,

MasterCard International
2200 Mastercard Boulevard
O' Fallon, MO 63368-7263

Masterworks Administrative Services, LLC
225 Liberty St, 29th floor
New York, NY 10281

McBurberod Financial Inc
650 California St, 7th Floor
San Francisco, CA 94108

Mercury Technologies, Inc.
660 Mission Street, 4th Floor
San Francisco, CA 94105

MicroVenture Marketplaces, Inc
11601 Alterra parkway, suite 100
Austin, TX 78758

Mila Popov aka Mila Alemasov,
Ttee Mila Aleamasov Revocable Trust
Law Offices of Svetlana Rishini
P.O. Box 2114
Alameda, CA 94501

Momento Technologies, Inc
401 Park Ave South, 9th floor
New York, NY 10016

Nasim Shushtari
Kesluk, Silverstein, Jacob & Morrison, P
9255 Sunset Blvd, Suite 411
Los Angeles, CA 90069

Navan, Inc
3045 Park Blvd
Palo Alto, CA 94306

Newfront Insurance, Inc
55 2nd Street, 18th Floor
San Francisco, CA 94105

Next Financial Inc
221 1ST Ave W
Seattle, WA 98119

Nomad Fintech, Inc. Nomad Tecnologia e P
873 El Camino Real
Menlo Park, CA 94025

OneBlinc,LLC
225 E Dania Beach Blvd
Dania Beach, FL 33004

Papaya Global, Inc.
1460 Broadway
New York, NY 10036

Paredes Strategies LLC
9 Shorelands Court
Greenwich, CT 06870

Passfolio Financial, LLC
1390 Market St, Suite 200
San Francisco, CA 94102

Performiline, Inc
58 South Street 2nd Floor
Morristown, NJ 07960

PitchBook Data, Inc.
901 Fifth Avenue, Suite 1200
Seattle, WA 98164

Pretax Hero, Inc
159 Court St #2
New York, NY 11201

PRGB, Inc.
256 W Data Drive
Draper, UT 84020

Profit Financial, Inc.
43 W 23rd Street, 6th Floor,
New York, NY 10010

PROG Services, Inc.
256 W Data Drive
Draper, UT 84020

Rego Payment Architectures, Inc
325 Sentry Parkway, suite 200
Blue Bell, PA 19422

Rocketlane Corp
3524 Silverside Road Suite 35B
Wilmington, DE 19810

Roost Enterprises, Inc
629 N High Street, 6th floor
Columbus, OH 43215

Routefusion Inc.
1305 East 6th Street Unit 10
Austin, TX 78702

Salesforce, Inc.
415 Mission Street 3rd Floor,
San Francisco, CA 94105

Schulte Roth  Zabel LLP
919 Third Avenue
New York, NY 10022

Secure Talent, Inc
Secure Talent, Inc. PO BOX 512220
Los Angeles, CA 90051-0220

Seed Financial, Inc
650 California St, 7th Floor
San Francisco, CA 94108

Sentant Network, LLC
535 Mission St 14th floor
San Francisco, CA 94105

Silicon Valley Bank, a division of
First-Citizens Bank & Trust Company
1437 7th Street, Suite 300
Santa Monica, CA 90401

Silt Inc
404 Bryant Street
San Francisco, CA 94107

Sloanne & Company, LLC
285 Fulton Street 69th Floor
New York, NY 10007

Spectrum Marketing Solutions, LLP
4470 W Sunset Blvd 90864
Los Angeles, CA 90027

Split Software, Inc
2317 Broadway Street 3rd Floor
Redwood City, CA 94063

SportsPay Partners, LLC
177 E Colorado Blvd, Ste 200
Pasadena, CA 91105

SRGR Law Offices
A3 Fl 3, Noida
Uttar Pradesh, India 00020-1301,

Sunny Day Fund Solutions, Inc
6003 Madison Overlook Ct.
Falls Church, VA 22041

TabaPay, Inc
605 Ellis Street 110
Mountain View, CA 94043

TClub, Inc
2261 Market Street, 4688
San Francisco, CA 94114

This Is Alice Inc.
1040 Noel Dr
Menlo Park, CA 94025

Thomson Reuters
PO Box 6292 - West Payment Center
Carol Stream, IL 60197-6292

Triple 2 Inc.
5501 China Point
Long Beach, CA 90803

TriplePoint Capital LLC
2755 Sand Hill Rd.
Suite 150
Menlo Park, CA 94025

Trulioo Information Services, Inc
400-114 East 4th St
Vancouver, CA 94104

Turing Enterprises Inc.
P.O. Box 735665
Chicago, IL, IL 60673-5665

Under Technologies, Inc
Keker, Van Nest & Peters LLP 633 Battery
633 Battery Street
San Francisco, CA 94111

Under Technologies, Inc
446 W 14th Street, 2nd floor
New York, NY 10014

Unest Holdings, Inc
5161 Lankershim Blvd, 250
North Holywood, CA 91601

Unit21, Inc
49 Geary Street Suite 200
San Francisco, CA 94108

Venminder, Inc
400 Ring Rd, Ste 131
Elizabethtown, KY 42701

Visage Enterprise, Inc
1601 Elm
Dallas, TX 75201

William Blair & Company, L.L.C.
150 North Riverside Plaza
Chicago, IL 60606

WireBee Inc
8700 Sanctuary Drive
Mentor, OH 44060

WorkRamp, Inc.
440 N Barranca Ave 3840
Covina, CA 91723-1722

YieldStreet Inc.
300 Park Avenue, 15th Floor,
New York, NY 10022

Yodlee, Inc
621 Hillsborough Street, 10th Floor
Raleigh, NC 27603

Yotta Technologies Inc
33 Irving Pl
New York, NY 10003

Chapman and Culter LLP
320 South Canal Street Floor 27
Chicago, IL 60606

Patrina Corporation
45 Broadway, 1440
New York, NY 10006

South Carolina Dept of Consumer Affairs
293 Greystone Boulevard, Ste 400
Columbia, SC 29210

Texas Workforce Commission
101 E 15th Street
Room 556
Austin, TX 78778

Synapse Credit LLC
149 New Montgomery St.
4th Floor
San Francisco, CA 94105

Synapse Credit LLC
2710 Gateway Oaks Drive
Sacramento, CA 95833

Synapse Brokerage LLC
2012 Northwest Military Highway
San Antonio, TX 78213

CONTRACT COUNTERPARTIES NOT
LISTED ABOVE

1Life Healthcare, Inc
PO Box 779
San Francisco, CA 94104

ABM Industry Groups, LLC
600 Harrison Street #600
San Francisco, CA 94107

Adelante CX
48 Rehov King George
Tel-Aviv District, Israel 00643-3701

Adobe Inc
345 Park Ave
San Jose, CA 00094-5110

Airtable
799 Market Street, 8th Floor
San Francisco, CA 94103

Allende & Brea
8750 Doral Boulevard
Doral, FL 33178

Alliant Insurance Services, Inc
PO Box 21874
New York, NY 10087-1874

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109

American Bank National Association
525 N Main Avenue
Siox Center, IA 51250

American Crew Group LLC
7871 Northwest 15th Street
Doral, FL 33126

AON Consulting, Inc
P.O BOX100137
Pasadena, CA 91189-0137

APIHub, Inc
90 Sheridan St San Francisco, CA 94103
San Francisco, CA 94103

Arthur J. Gallagher & Co.
2850 Golf Road
Rolling Meadows, IL 60008

Ascent CFO Solutions, LLC
1035 Pearl St Suite 407
Boulder, CO 80302

Atlassian Pty Ltd
350 Bush Street, Floor 13
San Francisco, CA 94104

Baker Tilly US, LLP
18500 Von Karman Ave. 10th Floor
Irvine, CA 92660

Banco Ourinvest
Avenida Paulista, 1728, Bela Vista
Sao Paulo, SP, Brazil 00131-0919

BanPAY (US) LLC
66 West Flager St, Suite 900
Miami, FL 33140

Beam Insurance Services, LLP
10943 Olson Dr #5659
Rancho Cordova, CA 95670

Bennie Health, Inc.
700 Canal St, Ste 1
Stamford, CT 06902

Bill.com, LLC
6220 America Center Dr Suite 100
San Jose, CA 95002

Bloom Credit, Inc.
450 7th Avenue
NY, NY 10123

BuoyFi LLC
1745 N Brown Rd, Suite 450
Lawrenceviller, GA 30043

Business Technology Partners, LLP
PO Box 7004
Carol Stream, IL 60197-7004

Business Wire, Inc
101 California Street 20th Floor
San Francisco, CA 94111

C Squared Communications, LLC
317 Acorn Hill Road
Olivebridge, NY 12461

Calendly, LLC
271 17th St. Ste 1000
Atlanta, GA 30363

CBW Bank Inc
109 E. Main St
Weir, KS 66781

CFX Direct, LLC
41 W. 25th St., 2nd Floor
New York, NY 10010

Cigna Healthcare of California, Inc
900 Cottage Grove Rd
Bloomfield, CT 06002

Cigna Healthcare of California, Inc.
Attn: Andrew Cummings, Esq.
Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, California 92660

Circle Internet Services, Inc
201 Spear St, 12th Floor
San Francisco, CA 94105

ClassWallet
4141 NE 2nd Avenue Suite, 203B
Miami, FL 33137

Clear Function, LLC
2130 West Street
Germantown, TN 38138

Cloudflare, Inc
101 Townsend St
San Francisco, CA 94107

Coba Chib USA, LLC
701 Brazos St, Suite 500
Austin, TX 78701

Cogent Communications, Inc
2450 N Street NW
Washington, DC 20037

COINAPI LTD.
Britannia House, Suite 402
1-11 Glenthorne Road
Hammersmith, London, UK W6 0LH

Content Monsta
1395 East Cobb Drive Box 71472
Marietta, GA 30007

Continuum, Inc
101 2nd Street Suite 525
San Francisco, CA 94105

CT Corp
PO Box 4349
Carol Stream, IL 60197-4349

Curacubby, Inc.
2120 University Ave,
Berkeley, CA 94704

Dave Maxfield, Attorney, LLC
P.O. Box 11865
Columbia, SC 29211

Deel, Inc
425 1st Street
San Francisco, CA 94105

Digital 365 Main, LLC
150 CALIFORNIA STREET
4TH FL, STE 400
SAN FRANCISCO, CA 94111

Digital 365 Main, LLC
365 Main Street Suite 1500
San Francisco, CA 94015

Discourse Construction Kit, Inc
8 The Grn Ste 8383
Dover, DE 19901-3618

Docker, Inc.
3790 El Camino Real #1052
Palo Alto, CA 94306

DolarApp Inc.
Calle Sur 105, 1206,
Col. Aeronautica Militar, Mun
Ciudad de Mexico, MEXICO CP 15979

Domo, Inc
802 East 1050 South
American Fork, UT 84003-3798

EarnUp, Inc.
2370 Market St, Suite 203
San Francisco, CA 94114

EMVCo, LLC
544 Hillside Road
Redwood City, CA 94062

Envoy Inc
410 Townsend St Suite 410 Suite 410
San Francisco, CA 94107

eShares, Inc. DBA Carta, Inc.
333 Bush Street, Floor 23, Suite 2300
San Francisco, CA 94104

Evolve Bank & Trust
6070 Poplar Avenue, Suite 100
Memphis, TN 38119

Farris Bobango Branan PLC
999 South Shady Grove Road Suite 500
Memphis, TN 38120

Figma, Inc
116 New Montgomery Street, Suite 400
San Francisco, CA 94105

Fime USA Inc.
1737 N 1st St Ste 410
San Jose, CA 95112

Fleishman Hillard Brasil Comunica o, LT
Rua Henrique Schauman, 270, Jardim Paulista
Sao Paulo, SP, Brazil 00541-3010

Fractionally, Inc
PO Box 2227
Merced, CA 95344

Frontier Business Systems Pvt Ltd
3 Wood Street, Bengaluru
Bengaluru KA, India 00056-0025

Functional Software, Inc. d/b/a Sentry
45 Fremont Street, 8th Floor,
San Francisco, CA 94105

Gem Software, Inc
1 Post Street, 18th Floor,
San Francisco, CA 94104

GitBook Inc
440 N Barranca Ave #7171
Covina, CA 91723

Github, Inc
c/o Corporation Service Company
2710 Gateway Oaks
Sacramento, CA 95833

GO1 USA, LLC
26 S Rio Grande St Ste 2072
Salt Lake City, UT 84101

Gong.io, Inc
PO Box 102866
Pasadena, CA 91189

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

Grabr Inc.
201 Spear St, STE: 1100
San Francisco, CA 94105

Grid Financial Services Inc
1112 Bryant Street
San Francisco, CA 94103

Guideline Technologies, Inc
1412 Chapin Ave
Burlingame, CA 94010

GW Solyushans Ltd
Asen Zlatarov 16
Plovdiv, Bulgaria 04000-0000

Hathaway & Kunz, LLP
2515 Warren Avenue, Suite 500
Cheyenne, WY 82001

Henry Labs Inc.
3340 Hillview Ave
Palo Alto, CA 94304

Hubspot, Inc
Attn: General Counsel
Two Canal Park
Cambridge, MA 02141

Hummingbird Reg Tech, Inc
440 North Barranca Avenue 4151
Covina, CA 91723

Husch Blackwell
8001 Forsyth Boulevard
Clayton, MO 63105

Idera,Inc
10801 N Mopac Expressway
Building 1, Suite 100
Austin, TX 78759

IIB Solutions Ltd.
19 West 24th Street
New York, NY 10010

Intuit, Inc
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Ironclad, Inc
650 California Street Suite 1100
San Francisco, CA 94108

JN Projects, Inc
1800 Owens St
San Francisco, CA 94158

Kranz & Associates LLC
830 Menlo Ave., Suite 100
Menlo Park, CA 94025

Kroll Associates, Inc
55 East 52nd Street
17th Floor
New York, NY 10055

Legacy Transportation Services, Inc
5220 Cameron Street
Las Vegas, NV 89118

Lever, Inc
DEPT 0569 PO Box 120569
Dallas, TX 75312-0569

LexSpot,Inc
90 New Montgomery St, Suite 750
San Francisco, CA 94105

Lighthouse Services, LLC
1710 Walton Rd., Suite 204
Blue Bell, PA 19422

Lineage Bank
3359 Aspen Grove Drive Suite 100
Franklin, TN 37067

Linksquares, Inc.
33 Arch St, Floor 17
Boston, MA 02110

Lucid Software, Inc
10355 South Jordan Gateway Suite 300
South Jordan, UT 84095

Machnet Technologies, Inc
10355 South Jordan Gateway Suite 300
Montreal, Quebec, Canada H4C 3C5

Mailchimp
675 Ponce De Leon Ave Ne # 5000
Atlanta, GA 30308

MainVest, Inc.
81 Washington Street
Salem, MA 01970

MasterCard International
2000 Purchase Street
Purchase, New York 10577-0000

MatchUp, LLC
141 Tremont Street 8th Floor
Boston, MA 02111

Max Webster-Dowsing
130 Southsea Avenue, Minster-On-Sea
Sheerness, Kent, UK ME12 2LU

Mental Health Coaching LLC
9450 Southwest Gemini Drive PMB 70589
Beaverton, OR 97008

Metropolitan Electrical Construction, Inc
2400 3rd Street
San Francisco, CA 94107

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

MJ Boyd LLC
376 Pequot Avenue
Southport, CT 06890

Mongo DB, Inc
100 Forest Avenue
Palo Alto, CA 94301

My First Sale, LLC
1 N. 1st Street, 790
Phoenix, AZ 85004

Namecheap, Inc
4600 E Washington St Ste 305
Phoenix, AZ 85034

NATIONAL REGISTERED AGENTS, INC.
PO Box 4349
Carol Stream, IL 60197

Nevtec, Inc
1150 S. Bascom Ave, Suite 12
San Jose, CA 95128

Nir Kalish
101 Edinburgh Isle Court
Lakeway, TX 78738

Nova Credit Inc.
44 Montgomery St 3rd floor
San Francisco, CA 94104

Nowsta, Inc.
228 Park Ave S, PMB 62909
New York, NY 10003-1502

OpsGenie, Inc
222 Broadway
New York, NY 10038

Optim ACH Solutions LLC
9789 Charlotte Highway Suite 400 #219
Fort Mill, SC 29707

Pacific Coast Plants LLC
1634 E. Edinger
Santa Ana, CA 92705

Parkman Licensing, Inc
1609 England Road
Arlington, TX 76013

Paystand, Inc.
1800 Green Hills Road, Suite 110
Scotts Valley, CA 95066

Pinheiro Neto Advogados
1095 6th Avenue
New York, NY 10036

Pioneer Works Inc.
835 Howard St Ste 2
San Francisco, CA 94103-3009

Postman, Inc
55 2nd Street
San Francisco, CA 94105

Principal Life Insurance Company
PO Box 10372
Des Moines, IA 5306-0372

Public Storage
611 2nd Street
San Francisco, CA 94107

R Monga & Co
566 Makarwali Road
Ajmer RJ, India 00030-5004

Raygun
1601 5th Avenue-Suite 1100
Seattle, WA 98101

ReadMe.io CO.
445 Bush St, #800
San Francisco, CA 94108

RHR International LLP
233 South Wacker Drive 95th Floor
Chicago, IL 60606

Rina Accountancy LLP
475 14th Street, Suite 1200
Oakland, CA 94612

Rippling PEO 1, Inc
2443 Fillmore Street #380-7361
San Francisco, CA 94115

Routefusion Inc.
1305 East 6th Street #4
Austin, TX 78702

SaasAnt Inc.
16192 Coastal Hwy,
Lewes, DE 19958

ScaleJoy, LLC
156 Lower Lakeview Drive
Hawley, PA 18428

Secure Talent, Inc
PO BOX 512220
Los Angeles, CA 90051-0220

Seon Technologies Kft
42 R k czi t 7 EM
Budapest, Hungary 01072-0000

Sherwood Partners, LLC
3945 Freedom Cir #560,
Santa Clara, CA 95054

Silt Inc
404 Bryant Street
San Francisco, CA 94107

Skypostal, Inc
7805 Northwest 15th Street
Doral, FL 33126

Slack Technologies, LLC
500 Howard St. 6th Floor
San Francisco, CA 94105

Solarwinds
7171 Southwest Pkwy, Building 400
Austin, TX 78735

SoLo Funds, Inc
100 W. 5th Street, 5th floor
Cincinnati, OH 45202

SonarSource S.A.
PO Box 765
Geneva 15, SWITZERLAND CH-1215

Sunit Jain
KCB Complex
Guwahati, India 00078-1001

Sunny Day Fund Solutions, Inc
6003 Madison Overlook Ct.
Falls Church, VA 22041

SupportLogic, Inc
356 Santana Row Suite 1000,
San Jose, CA 95128

Synoptek, LLC
Attn: Legal Department
412 E. Parkcenter Blvd
Boise, ID 83706

TClub, Inc
2261 Market Street, 4688
San Francisco, CA 94114

TET Events, LLC
30 N Gould St Ste 12077
Sheridan, WY 82801

The Hartford
P O Box 660916
Dallas, TX 75266-0916

The Smart Group
2349 Gillingham Circle
Thousand Oaks, CA 91362

TripActions, Inc
3045 Park Boulevard
Palo Alto, CA 94306

True North America, Inc
8 Cadiz Circle
Redwood City, CA 94065

Trulioo Information Services, Inc
1200-1055 West Hastings Street
Vancouver, BC V6E 2E9

Twilio Inc.
101 Spear Street, 5th Floor
San Francisco, CA 94105

Unit21, Inc
222 Kearny St, Suite 304
San Francisco, CA 94108

Utoppia Inc.
399 Fremont St. 2107
San Francisco, CA 94105

Werqwise
149 New Montgomery, 4th Floor
San Francisco, CA 94105

West Publishing Corporation
610 Opperman Drive
P.O. Box 64833
St Paul, MN 55164

Wework
21255 Burbank Boulevard, Suite 120
Los Angeles, CA 91367

Wework
12 EAST 49TH STREET 3RD FLOOR
MAIL ROOM
NEW YORK, NY 10017

Yodlee, Inc.
3600 Bridge Parkway, Suite 200
Redwood City, CA 94065

Yotta Savings
45 East 22nd St, 33B
New York, NY 10010

Zendesk, Inc
Attn: Legal Department 989 Market Street
San Francisco, CA 94103

Zoom Video Communications, Inc
55 Almaden Blvd, 6th Floor
San Jose, CA 95113

ADDITIONAL INTERESTED PARTIES

Kathy Ngo
3098 Warrington Avenue
San Jose, CA 95127

Haida Wilson
1859 Hudson Crossing Road, Apt 8
Tucker, GA 30084

Nicole Tomassi
1000 Lake Street, Apt. 1405
Oak Park, IL 60301

Debora Marinho
28 Circle Drive, apt F
Tiburon, CA 94920

Maria Espinoza
103 Mason Drive
Newark, DE 19711

Traci Eldridge
2470 Canary Grass Lane
Prosper, TX 75078

James Austin
8348 Erickson blvd, 10101
Littleton, CO 80129

Pam Wismer
932 Cooper Ave
Glenwood Springs, CO 81601

Sergio Portillo
4501 Bell Court
Richmond, CA 94804

U.S. Trustee
Attn: Russell Clementson
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Robert T. Honeywell
K&L Gates LLP
599 Lexington Ave.
New York, NY 10022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

U.S. Securities and Exchange
Commission  Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

State of CA Employment Dev. Dept.
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

California Department of Tax and
Fee Administration
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA  94279-0029

Los Angeles County Tax Collector
P. O. Box 54110
Los Angeles, CA 90054-0110

FINRA
300 South Grand Avenue, Suite 1700
Los Angeles, CA 90071

Rapyd Financial Network (2016) Ltd.
132 Begin St., Triangular
Tower, Tel Aviv, Israel

IDT Payment Services, Inc.
520 Broad Street
Newark, NJ 07102

FinLink, Inc. dba Mbanq
19800 North Creek PWKY #202
Bothell, WA, 98110

Computer Services, Inc.
3901 Technology Drive
Paducah, KY 42001

United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044

Georgia Department of Revenue
Compliance Division - Central Collection Section
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3202

Arkansas Dept. of Finance and Administration
Attn: Revenue Legal Counsel
Ledbetter Building
1816 W 7th St, Rm 2380
Little Rock, AR 72201

Arizona Dept. of Revenue
1600 West Monroe Street
Phoenix, AZ 85007

Colorado Department of Revenue
Taxation Section
1881 Pierce St.
Entrance B
Lakewood, CO 80214

Florida Department of Revenue
Attn: Mark Hamilton, General Counsel
P. O. Box 6668
Tallahassee, FL 32314-6668

Comptroller of Maryland
80 Calvert Street
PO Box 466
Annapolis, MD 21404-0466

North Carolina Dept. of Revenue
Attn: Bankruptcy Unit
Post Office Box 1168
Raleigh, NC 27602-1168

North Carolina Department of Revenue
501 North Wilmington Street
Raleigh, NC 27604

NJ Division of Taxation
3 John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695-0245

State of Nevada Dept. of Taxation
3850 Arrowhead Drive, 2nd Floor
Carson City, NV 89706

New York State Dept of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

Ohio Department of Taxation
4485 Northland Ridge Blvd.
Columbus, Oh 43229

Tennessee Dept. of Revenue
500 Deaderick Street
Nashville, TN 37242

Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, Texas 78774

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134-0266

Virginia Tax
Attn: General Legal and Technical Services
1957 Westmoreland Street
Richmond, VA  23230

Washington State Department of Revenue
Treasury Management
PO Box 47464
Olympia, WA 98504-7464

Illinois Dept. of Revenue
Attn: Bankruptcy Unit
PO BOX 19035
SPRINGFIELD IL 62794-9035

Will Ferguson
1620 Belmont Avenue, unit 327
Seattle, WA 98122

Patrick Kelly
7619 40th Avenue Court East
Tacoma, WA 98443

Lai Cheung
23 Belmont Avenue
San Francisco, CA 94117

Simon Jaud
1911 Manning Avenue, Unit 4
Los Angeles, CA 90025

Curtis Miller
1216 Sambar Circle
Grovetown, GA 30813

Mark Shatzkin
201 Coggins Drive, APT B121
Pleasant Hill, CA 94523

Glenn Glazer
1074 El Solyo Heights Drive
Felton, CA 95018

Hillary Quirk
2725 20th Street
San Francisco, CA 94110

Michael Young
7619 40th Ave Ct E
Tacoma, WA 98443

Asif Mirza
1500 Alemany Blvd.
San Francisco, CA 94112

Mike Johns
6401 Trissino Dr
Austin, TX 78739

Kirtish Parekh
4592 Leonato way
FREMONT, CA 94555

Amber Walker
2370 Bullfinch
New Braunfels, TX 78130

Shuo Cheng
8944 E Pershing Ave
Scottsdale, AZ 85260

Yarden Carmeli
15 Cork Place
Hazlet, NJ 7730

Kathleen Fitzpatrick
1 Ajax Place
Berkeley, CA 94708

Anamaria Mireles
6126 Apple Vly Dr
San Antonio, TX 78242

Guy Gandenberger
2264 Reserve Drive
Brentwood, CA 94513

Perry Stallings
9520 Sawyer Fay Ln
Austin, TX 78748

Alfredo Garcia Jr
467 King James Drive
Alamo, TX 78516

Claude Elivert
253-26 148th Drive
Rosedale, NY 11422

Ryan Devall
29 Elk Street
Eureka Springs, AR 72632

Aaron Riley
3033 Eastern Avenue
Baltimore, MD 21224

Marifel Frez
1833 Elm Street
Alameda, CA 94501

Charlie Jergins
1141 West 360 North Unit 1
Saint George, UT 84770

Kyle Wilson
6347 Di vita Drive
Carlsbad, CA 92009

Harrison Thompson
110 W. Lynwood Ave
San Antonio, TX 78212

Jillana Downing
620 Canyon Rd
Redwood City, CA 94062

John Ginther
46 Edsall Drive
Sussex, NJ 7461

Youssef Al-Yakoob
5143 Castlehaven Bend
Powder Springs, GA 30127

Adrian Valbuena
1417 Platt Avenue
Milpitas, CA 95035

Mitos Diaz
6375 Azurelyn Avenue
Las Vegas, NV 89122

Jessica Bednarek
6427 Embankment Road
San Antonio, TX 78252

Ashley McDonnell
2717 South Lamar Boulevard, Apt 3037
Austin, TX 78704

Jerry Xia
1571 Lewiston Drive
Sunnyvale, CA 94087

Praveen Mamidi
105 Center Ct
Danville, CA 94506

Jack Doan
321 Ski Way, #27
Incline Village, NV 89451

Doug Hurst
7873 Saint Vrain Road
Longmont, CO 80503

Mike Rosen
3774 Redwood Circle
Palo Alto, CA 94306

Victor Medeiros
769 Cottage Lane
Boulder, CO 80304

Alison Hill
1517 H Street, Apt 532
Sacramento, CA 95814

Cesar Soto
5460 Tall Grass Boulevard
Bulverde, TX 78163

Brock Mccullough
20239 N 39Th Dr
Glendale, AZ 85308

Gaurav Gupta
143 River Mews Lane
Edgewater, NJ 7020

Chester Mui
22290 N 103Rd Dr
Peoria, AZ 85383

Mike Eyl
550 East Brooklyn Village Avenue
Apt 1409
Charlotte, NC 28202

Jeff Stanley
5598 Amarosa Drive
Parker, CO 80134

Kevin Humbel
1429 Miami Lake Drive
Loveland, OH 45140

Tatiana Begley
15024 Camino Rio
Helotes, TX 78023

Thao Dinh
965 Nevada State Drive, #4103
Henderson, NV 89002

Alex Chodvadia
1602 Lookout Forest
San Antonio, TX 78260

Rebecca Bleschke
8711 Beviamo Street
Houston, TX 77031

Micah Brafford
2116 Old Oak Dr
Memphis, TN 38119

Saniyah Gagan
1107 Opal Cup Circle
Richmond, TX 77406

Sachet Misra
1400 7th Street, apt no 211
San Francisco, CA 94107

Teagan Jensen
8300 East Dixileta Drive, 212
Scottsdale, AZ 85266

Adolfo Reyes
5533 Post Oak Boulevard, APT 401
Wesley Chapel, FL 33544

Roshan Syed
5760 Hathaway Parkway, Apt 2308
Plano, TX 75024

Sankaet Pathak
275 Maywood Drive
San Francisco, CA 94127

Jamane Clark
130 Derby Country Drive
Ellenwood, GA 30294

Tracey Guerin
320 Miller Ct
Orinda, CA 94563

Derek Drennan
3033 Rosedale Avenue
Dallas, TX 75205

Fernanda Hurst
146 Belle View Drive
Petaluma, CA 94952

Eugene Koran
2570 Crestmoor Dr
San Bruno, CA 94066

Jeff Dickinson
151 Dina Lane
Montgomery, TX 77356

Quincy Tran
7415 Carriage Bay
San Antonio, TX 78249

Sara Guerrero-Gonzalez
13222 Sunrise Wood
San Antonio, TX 78245

Jon Michael Gomez
11219 Blue Feather
San Antonio, TX 78254

Keyon Tolbert
8820 Westheimer Road Apt 2451
Houston, TX 77063

Jessica Byrne
1226 Tetford
San Antonio, TX 78253

Peter Ashworth
195 Lakeview
Stansbury Park, UT 84074

Chris Valdez
14427 Texas Coral
San Antonio, TX 78253

Samip Mehra
9671 W Foothill Dr
Peoria, AZ 85383

Lauchlan Pierce
4334 Kidsgrove Road
Henrico, VA 23231

Paige Lane
1409 Trailside Circle
Concord, CA 94518

Jacek Joniec
42214 N 18Th Str
New River, AZ 85087

Deborah Porton
2738 East Downing Circle
Mesa, AZ 85213

Goodwin Procter LLP
Three Embarcadero Center
San Francisco, CA 94111

First Horizon Bank
Attn: Joe Evangelisti
165 Madison Avenue, 13th Fl.
Memphis, TN 38117

Sloanne & Company, LLC
1150 18th Street NW
Suite 800
Washington, DC 20036

Newfront Insurance, Inc.
777 Mariners Island Blvd., Suite 250
San Mateo, CA 94404

Linkedin Corporation
1000 West Maude Avenue
Sunnyvale, CA 94085

Fiserv, Inc.
255 Fiserve Drive
Brookfield, WI 53045

Digital 365 Main, LLC
1 State Street, 21st Floor
New York, NY 10004

Yotta Technologies Inc.
45 East 22nd Street, #33B
New York, NY 10010

Lob.com, Inc.
102 2nd Street, Suite 525
San Francisco, CA 94105

BDO USA, LLP
300 Park Avenue, Suite 900
San Jose, CA 95110

Papaya Global, Inc.
Papaya Global Ltd.
3 Arik Einstein Street
Herzliya, Israel

1Life Healthcare, Inc
ONE EMBARCADERO CENTER
FLOOR 19
SAN FRANCISCO, CA 94111

ABM Industry Grooups, LLC
14141 SOUTHWEST FREEWAY
SUITE 477
SUGAR LAND, TX 77478

Arroweye Solutions:
550 West Washington Blvd,
Suite 202
Chicago, IL 60661

ATM national, LLC:
2050 W. Sam Houston Pkwy. S. ,
Suite 1300
Houston, TX 77042

Capital J inc:
919 N. Market Street, Suite 950
Wilmington, DE 19801

DoiT International USA Inc:
2445 Augustine Drive,
Suite 150
Santa Clara, CA 95054

Goodwin Procter, LLP:
100 Northern Avenue
Boston, CA 92210

Next Financial, Inc:
3601 Fremont Ave N., Suite 314
Seattle, WA 98103

Rocketlane Corp:
340 S, Lemon Avenue #4560
Walnut, CA 94114

Secure Talent:
2385 Northside Drive, Suite 250
San Diego, CA 92108

Turing Enterprises, Inc:
1900 Embarcadero Road
Palo Alto, CA 94303