RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; MYK@LNBYG.COM; KJM@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

**FILED & ENTERED**

**MAY 01 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>      Debtor and Debtor in Possession | Case No.: 1:24-bk-10646-MB<br><br>Chapter 11 Case<br><br>**ORDER GRANTING ON AN INTERIM BASIS DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER: (I) AUTHORIZING THE CONTINUED USE OF ITS CASH MANAGEMENT SYSTEM; (II) AUTHORIZING THE MAINTENANCE OF CERTAIN PRE-PETITION BANK ACCOUNTS; AND (III) AUTHORIZING BANKS TO RELEASE ADMINISTRATIVE HOLDS AND/OR FREEZES ON THE DEBTOR'S PRE-PETITION ACCOUNTS**<br><br>DATE: April 24, 26 & 29, 2024<br>TIME:  2:00 p.m., 10:30 a.m. & 9:00 a.m.<br>PLACE:    Courtroom 303<br>              21041 Burbank Boulevard.<br>              Woodland Hills, CA 91367 |

On April 24, 26 and 29, 2024, the Court held emergency hearings on the motion ("Motion") (Doc 6) filed by Synapse Financial Technologies, Inc. (the "Debtor"), debtor in possession in the above-captioned Chapter 11 bankruptcy case, pursuant to 11 U.S.C. §§ 105 and 363, for entry of an order: (1) authorizing the continued use of the Debtor's existing cash management system, (2) authorizing the maintenance and continued use of certain of the Debtor's existing bank accounts, and (3) authorizing the release of any administrative freezes or holds on the Debtor's bank accounts as a result of the bankruptcy filings (or for any other reason). Appearances were as noted on the Court's record.

The Court, having read and considered the Motion and the Declaration of Sankaet Pathak (Doc 12) filed in support of the Motion, notice of the Motion having been proper under the circumstances, no opposition to the Motion having been filed, *having considered the comments at the hearings by counsel for the United States Trustee,* or made at the hearing on the Motion, with good cause appearing, orders as follows:

1. The Motion is granted on an interim basis.

2. The Debtor is authorized to maintain its prepetition cash management system as set forth in the Motion pending a final ruling on the Motion.

3. Financial institutions holding any bank accounts of the Debtor are authorized to release any administrative freezes or holds on any such bank accounts.

4. A continued hearing on the Motion will be held on **May 9, 2024, at 9:00 a.m. PST**.

**IT IS SO ORDERED**.

### 

Date: May 1, 2024

Martin R Barash
United States Bankruptcy Judge