United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-10646-MB |
| Synapse Financial Technologies, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 01, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Synapse Financial Technologies, Inc., 21255 Burbank Boulevard, Suite 120, Woodland Hills, CA 91367-6669 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 03, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam A Lewis | on behalf of Creditor Silicon Valley Bank alewis@mofo.com adam-lewis-3473@ecf.pacerpro.com |
| Brandy A Sargent | on behalf of Creditor TabaPay Inc. brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com |
| Brandy A Sargent | on behalf of Creditor TabaPay Holdings LLC brandy.sargent@klgates.com litigation.docketing@klgates.com;janna.leasy@klgates.com |
| David M Poitras | on behalf of Interested Party Courtesy NEF dpoitras@bg.law |
| Jason D Strabo | on behalf of Creditor TriplePoint Capital LLC jstrabo@mwe.com, jbishopjones@mwe.com |
| Jeffrey C Krause | on behalf of Creditor Mercury Technologies Inc. jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com |

District/off: 0973-1 | User: admin | Page 2 of 2
Date Rcvd: May 01, 2024 | Form ID: pdf042 | Total Noticed: 1

Krikor J Meshefejian
    on behalf of Debtor Synapse Financial Technologies  Inc. kjm@lnbyg.com

Lance N Jurich
    on behalf of Creditor American Bank  N.A. ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com

Michael G. Farag
    on behalf of Creditor Mercury Technologies  Inc. mfarag@gibsondunn.com

Michael I. Gottfried
    on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Monica Y Kim
    on behalf of Debtor Synapse Financial Technologies  Inc. myk@lnbyg.com, myk@ecf.inforuptcy.com

Ron Bender
    on behalf of Debtor Synapse Financial Technologies  Inc. rb@lnbyg.com

Russell Clementson
    on behalf of U.S. Trustee United States Trustee (SV) russell.clementson@usdoj.gov

Steven T Gubner
    on behalf of Interested Party Courtesy NEF sgubner@bg.law  ecf@bg.law

United States Trustee (SV)
    ustpregion16.wh.ecf@usdoj.gov

TOTAL: 15

RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; MYK@LNBYG.COM; KJM@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

**FILED & ENTERED**

**MAY 01 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re:

SYNAPSE FINANCIAL TECHNOLOGIES, INC.,

    Debtor and Debtor in Possession

Case No.: 1:24-bk-10646-MB

Chapter 11 Case

**ORDER GRANTING ON AN INTERIM BASIS DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER: (I) AUTHORIZING THE CONTINUED USE OF ITS CASH MANAGEMENT SYSTEM; (II) AUTHORIZING THE MAINTENANCE OF CERTAIN PRE-PETITION BANK ACCOUNTS; AND (III) AUTHORIZING BANKS TO RELEASE ADMINISTRATIVE HOLDS AND/OR FREEZES ON THE DEBTOR'S PRE-PETITION ACCOUNTS**

DATE: April 24, 26 & 29, 2024
TIME: 2:00 p.m., 10:30 a.m. & 9:00 a.m.
PLACE:    Courtroom 303
             21041 Burbank Boulevard.
             Woodland Hills, CA 91367

1

On April 24, 26 and 29, 2024, the Court held emergency hearings on the motion ("Motion") (Doc 6) filed by Synapse Financial Technologies, Inc. (the "Debtor"), debtor in possession in the above-captioned Chapter 11 bankruptcy case, pursuant to 11 U.S.C. §§ 105 and 363, for entry of an order: (1) authorizing the continued use of the Debtor's existing cash management system, (2) authorizing the maintenance and continued use of certain of the Debtor's existing bank accounts, and (3) authorizing the release of any administrative freezes or holds on the Debtor's bank accounts as a result of the bankruptcy filings (or for any other reason). Appearances were as noted on the Court's record.

The Court, having read and considered the Motion and the Declaration of Sankaet Pathak (Doc 12) filed in support of the Motion, notice of the Motion having been proper under the circumstances, no opposition to the Motion having been filed, *having considered the comments at the hearings by counsel for the United States Trustee,* or made at the hearing on the Motion, with good cause appearing, orders as follows:

1. The Motion is granted on an interim basis.

2. The Debtor is authorized to maintain its prepetition cash management system as set forth in the Motion pending a final ruling on the Motion.

3. Financial institutions holding any bank accounts of the Debtor are authorized to release any administrative freezes or holds on any such bank accounts.

4. A continued hearing on the Motion will be held on **May 9, 2024, at 9:00 a.m. PST**.

**IT IS SO ORDERED**.

### #

Date: May 1, 2024

Martin R Barash
United States Bankruptcy Judge

2