HOLLAND & KNIGHT LLP
Robert J. Labate, Esq. (CA SBN 313847)
Robert.labate@hklaw.com
400 Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Facsimile: 213.896.2450

Andrew M. Cummings, Esq. (CA SBN 305081)
andrew.cummings@hklaw.com
4675 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: 949.833.8550
Facsimile: 949.833.8540

and

CONNOLLY GALLAGHER LLP
Jeffrey C. Wisler (DE Bar No. 2795)
jwisler@connollygallagher.com
1201 North Market Street, 20th Floor
Wilmington, DE 19801
Telephone: (302) 757-7300
Facsimile: (302) 658-0380

Attorneys for Cigna Health and Life Insurance Company

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Synapse Financial Technologies, Inc.,<br><br>Debtor. | ) Case No. 24-10646 (MB)<br>) Chapter 11<br>)<br>) **DECLARATION OF ALEXANDER LADAGE**<br>) **IN SUPPORT OF OBJECTION OF**<br>) **CIGNA TO NOTICE OF: (1) ASSUMPTION**<br>) **AND ASSIGNMENT OF EXECUTORY**<br>) **CONTRACTS AND UNEXPIRED**<br>) **LEASES; (2) ESTABLISHMENT OF**<br>) **CURE AMOUNTS IN CONNECTION**<br>) **THEREWITH; (3) PROCEDURES AND**<br>) **DEADLINES REGARDING OPPOSITIONS**<br>) **TO ASSUMPTION AND ASSIGNMENT,**<br>) **AND CURE AMOUNTS; AND (4) HEARING**<br>) **THEREON AND OBJECTION OF**<br>) **CIGNA TO DEBTOR'S FIRST**<br>) **OMNIBUS MOTION FOR ENTRY OF**<br>) **AN ORDER AUTHORIZING REJECTION**<br>) **OF EXECUTORY CONTRACTS AND**<br>) **UNEXPIRED LEASES** |

## **DECLARATION OF ALEXANDER LADAGE**

I, Alexander Ladage, declare as follows:

1. I am a Vice President of Client Management for Cigna HealthCare.

2. I am making this Declaration in support of the *Objection of Cigna to Notice of: (1) Assumption and Assignment of Executory Contracts and Unexpired Leases; (2) Establishment of Cure Amounts in Connection Therewith; (3) Procedures and Deadlines Regarding Oppositions to Assumption and Assignment, and Cure Amounts; and (4) Hearing Thereof* and the *Objection of Cigna to Debtor's First Omnibus Motion for Entry of an Order Authorizing Rejection of Executory Contracts and Unexpired Leases.*

3. Cigna Health and Life Insurance Company ("Cigna") and Synapse Financial Technologies Inc. ("Debtor") are parties to an Administrative Services Contract (Level Funding) and a Stop Loss Policy[1] (jointly, the "Employee Benefits Agreements") that allow the Debtor to be self-insured[2] for its employee healthcare benefits plan. Under the Employee Benefits Agreements, Cigna processes medical and pharmaceutical claims of Debtor's employees ("Employee Healthcare Claims"), and the Debtor funds Employee Healthcare Claim payments to healthcare providers.

4. Cigna continues to provide services under the Employee Benefits Agreements to the Debtor to facilitate healthcare benefits to the Debtor's employees, and their eligible dependents.

5. As of May 6, 2024, Debtor had failed to make payment for amounts due under the Employee Benefit Agreements for April and May, 2024 ("Claim Period"). Attached

---

[1] Including all amendments, riders, schedules, exhibits, certificates, renewal caveats and disclosures, addendums, letters of intent and banking agreements related thereto.
[2] Subject to the Stop Loss Policy.

2

hereto are true and correct copies of the billing statements showing the premiums and claims funding due for the Claim Period.[3]

6. Amounts due under the Employee Benefits Agreements vary, and are subject to reconciliation and adjustment based upon, among other things, eligibility reports periodically submitted by the Debtor. As of May 1, 2024, $200,449.05 was due and owing to Cigna under the Employee Benefits Agreements, broken down as follows:

- April, 2024 - $85,813.26
- May, 2024 - $114,635.79.

In addition, amounts will continue to become due and owing to Cigna under the Employee Benefits Agreements on and after May, 2024, and no cure amount can be fixed prior to the Effective Date.

7. The disposition of the Employee Benefits Agreements in the context of the sale of the Debtor's business, and the timing of that disposition, could significantly impact healthcare coverage for employees. The uncertainty created by a lack of adequate notice of that disposition may be disruptive to covered employees.

8. Upon information and belief, the Debtor's employees have incurred and will continue to incur Employee Healthcare Claims between April 29, 2024 and any Sale Closing date. Further, Debtor's eligible employees and their dependents may have already been pre-approved for future healthcare treatment. Some or all of those employees likely presume that their medical and pharmaceutical coverage continues. Any retroactive termination of the employee benefits would likely cause chaos for employees, their healthcare providers, and Cigna.

---

[3] Individually identified health information has been redacted in accordance with HIPAA.

3

9. The Administrative Services Contract and the Stop Loss Policy are interdependent and function as an integrated arrangement. They cannot function independent of one another.

I declare that under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed at Walnut Creek, Ca on May 6th, 2024.

Alexander Ladage

#05805390

# EXHIBIT A



# TRANSFER SUMMARY

**Premium and Claims Funding for the Month of April 2024**

**Report Run Date: 04/24/2024**

Group:    00627944 Synapse Financial Technologies, Inc.

**Claims Funding and Adjustments(1)**

Claims Funding

| | |
|---|---|
| Current Month Claims Funding | $85,813.26 |
| Retroactive Adjustment Claims Funding | $0.00 |
| Total Claims Funding Amount Due | $85,813.26 |

Adjustments to Transfer Account

| | |
|---|---|
| Total Adjustments to Transfer Amount Due | $0.00 |
| **Total Claims Funding and Adjustments** | **$85,813.26** |

**Scheduled Transfer**

| | |
|---|---|
| Total Premium Transfer Scheduled(2) | $0.00 |
| Total Claims Funding and Adjustments Transfer Scheduled | $85,813.26 |
| **Total Transfer(3)** | **$85,813.26** |

(1) Amounts shown are based on transfers made to group level bank account.

(2) The transfer amount is based upon the Total Amount Due for each subgroup as credit balances on one subgroup are not used to offset premium due on another subgroup.

(3) Cigna will initiate a transfer from your account on April 20, 2024 or the next business day. Your contract requires that the full amount be available for transfer on the transfer date. Failure to fund your account may result in contract termination.Transfer detail information can be viewed in the Client Resources Website.If you have any questions please call 1-866-866-6622.



# INVOICE STATEMENT BY GROUP

**Premium and/or Fee Billing for the Month of April**

**Bill Start Date:** 04/01/2024
**Bill End Date:** 04/30/2024

**Group:** 00627944 Synapse Financial Technologies, Inc.

| | |
|---|---:|
| **Balance Forward from Previous Statement:** | **$33,449.40** |
| (1)Payments Received: | ($33,449.40) |
| Discretionary Billing: | ($43,008.51) |
| Retroactive Adjustment Premium and/or Fees: | $0.00 |
| **Current Month Premium and/or Fees:** | **$34,726.50** |
| **(2)Total Amount Due:** | **($8,282.01)** |

\*\*\* Cigna will initiate a transfer in the amount of $0.00 from your account.

The transfer amount is based upon the Total Amount Due for each subgroup as credit balances on one subgroup are not used to offset premium due on another subgroup.

Your contract requires that the full amount be available for transfer on the transfer date.

Failure to fund your account may result in contract termination.

Transfer detail information can be viewed on the Cigna for Employers site.

Note: To view the discretionary billing item description, the statement needs to be pulled at the Subgroup Report Level.

If you have any questions please call 1-866-866-6622.

(1) Payments Received amount includes all payments and adjustments to account.

(2) Total Amount Due includes (i) the insurance premium and other Cigna charges, plus (ii) fees you have agreed to pay your benefit advisor, if applicable, which are not part of the premium or other Cigna charges.



# TRANSFER SUMMARY

**Premium and Claims Funding for the Month of May 2024**

**Report Run Date: 05/02/2024**

**Group:** 00627944 Synapse Financial Technologies, Inc.

### Claims Funding and Adjustments(1)

Claims Funding

| | |
|---|---|
| Current Month Claims Funding | $86,890.61 |
| Retroactive Adjustment Claims Funding | $622.81 |
| Total Claims Funding Amount Due | $87,513.42 |

Adjustments to Transfer Account

| | |
|---|---|
| Total Adjustments to Transfer Amount Due | $0.00 |
| **Total Claims Funding and Adjustments** | **$87,513.42** |

### Scheduled Transfer

| | |
|---|---|
| Total Premium Transfer Scheduled(2) | $27,122.37 |
| Total Claims Funding and Adjustments Transfer Scheduled | $87,513.42 |
| **Total Transfer(3)** | **$114,635.79** |

(1) Amounts shown are based on transfers made to group level bank account.

(2) The transfer amount is based upon the Total Amount Due for each subgroup as credit balances on one subgroup are not used to offset premium due on another subgroup.

(3) Cigna will initiate a transfer from your account on May 20, 2024 or the next business day. Your contract requires that the full amount be available for transfer on the transfer date. Failure to fund your account may result in contract termination.Transfer detail information can be viewed in the Client Resources Website.If you have any questions please call 1-866-866-6622.



# INVOICE STATEMENT BY GROUP

**Premium and/or Fee Billing for the Month of May**

| | |
|---|---:|
| | **Bill Start Date:** 05/01/2024 |
| | **Bill End Date:** 05/31/2024 |

**Group:**    00627944 Synapse Financial Technologies, Inc.

| | |
|---|---:|
| **Balance Forward from Previous Statement:** | **($8,282.01)** |
| (1)Payments Received: | $0.00 |
| Discretionary Billing: | $0.00 |
| Retroactive Adjustment Premium and/or Fees: | $243.45 |
| **Current Month Premium and/or Fees:** | **$35,160.93** |
| **(2)Total Amount Due:** | **$27,122.37** |

\*\*\* Cigna will initiate a transfer in the amount of $27,122.37 from your account on May 20, 2024 or the next business day.

The transfer amount is based upon the Total Amount Due for each subgroup as credit balances on one subgroup are not used to offset premium due on another subgroup.

Your contract requires that the full amount be available for transfer on the transfer date.

Failure to fund your account may result in contract termination.

Transfer detail information can be viewed on the Cigna for Employers site.

Note: To view the discretionary billing item description, the statement needs to be pulled at the Subgroup Report Level.

If you have any questions please call 1-866-866-6622.

(1) Payments Received amount includes all payments and adjustments to account.

(2) Total Amount Due includes (i) the insurance premium and other Cigna charges, plus (ii) fees you have agreed to pay your benefit advisor, if applicable, which are not part of the premium or other Cigna charges.

**PROOF OF SERVICE DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 4675 MacArthur Court, Suite 900, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **DECLARATION OF ALEXANDER LADAGE IN SUPPORT OF OBJECTION OF CIGNA TO NOTICE OF: (1) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (2) ESTABLISHMENT OF CURE AMOUNTS IN CONNECTION THEREWITH; (3) PROCEDURES AND DEADLINES REGARDING OPPOSITIONS TO ASSUMPTION AND ASSIGNMENT, AND CURE AMOUNTS; AND (4) HEARING THEREON AND OBJECTION OF CIGNA TO DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

- Darren Azman    dazman@mwe.com
- Ron Bender    rb@lnbyg.com
- Russell Clementson    Russell.clementson@usdoj.gov
- Michael G. Farag    mfarag@gibsondunn.com
- Michael I. Gottfried    mgottfried@elkinskalt.com
- Steven T. Gubner    sgubner@bg.law
- Robert T. Honeywell    robert.honeywell@klgates.com
- Jake Jumbeck    jjumbeck@mwe.com
- Lance N. Jurich    ljurich@loeb.com
- Monica Y. Kim    myk@lnbyg.com
- Jeffrey C. Krause    jkrause@gibsondunn.com
- Adam A. Lewis    alewis@mofo.com
- Krikor J. Meshefejian    kjm@lnbyg.com
- David M. Poitras    dpoitras@bg.law
- Brandy A. Sargent    brandy.sargent@klgates.com
- Jason D. Strabo    jstrabo@mwe.com

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 6, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

2. **SERVED BY UNITED STATES MAIL**: On N/A, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on N/A, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 6, 2024 | Jennifer Vo | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PROOF OF SERVICE