Ralph P. Guenther, Esq. 124245
rguenther@guentherlawgroup.com
GUENTHER LAW GROUP
1000 Pajaro Street, Suite C
Salinas, CA 93901

(831) 783-3440

Attorney for Capital J Inc. d/b/a Juno

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor.                                    / | **REQUEST FOR SPECIAL NOTICE** |

TO: the Clerk of the above-entitled Court, creditors in interest, and the U. S. Trustee:

PLEASE TAKE NOTICE that Capital J Inc., d/b/a Juno is represented by GUENTHER LAW GROUP. Pursuant to Fed. R. Bankr. P. 2002, 9007 and 9010, the local rules of this Court and Bankruptcy Code §§ 102 (1), 342 and 1109 (b), all notices given or required to be given in this case and all papers served or required to be served shall be given and served upon this firm at the addresses indicated.

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy code § 1109 (b), the foregoing request for notices includes not only notices and paper referred to in the rules and sections specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand which affects or seeks to affect, in any way, any rights or interest of the Creditor.

///

PLEASE TAKE FURTHER NOTICE that GUENTHER LAW GROUP requests that all notices be mailed to the following address:

**Ralph P. Guenther, Esq.**
**GUENTHER LAW GROUP**
**1000 Pajaro Street, Suite C**
**Salinas CA 93901**

Email: **rguenther@guentherlawgroup.com**

Date: May 7, 2024                              GUENTHER LAW GROUP

                                               By: */s/Ralph P. Guenther*
                                                   Ralph P. Guenther, Esq.
                                                   Attorney for Capital J Inc., d/b/a Juno

# CERTIFICATE OF SERVICE

I declare as follows: I am a citizen of the United States. I am employed in the County of Monterey, California. My business address is 1000 Pajaro Street, Suite C, Salinas, CA 93901. I am over the age of 18 years and am not a party to the within entitled cause. I am familiar with the processing of correspondence for mailing with the United States Postal Service. Correspondence placed in the internal mail collection system at Guenther Law Group is deposited with the United States Postal Service that same day in the ordinary course of business.

On **May 7, 2024** a true and accurate photo-copy of the following documents:

## REQUEST FOR NOTICE

was placed for service, in Guenther Law Group's internal mail collection system, in a sealed envelope to be delivered by mail with the United States Postal Service with postage prepaid, postage addressed as follows:

| | |
|---|---|
| Krikor J. Meshefejian<br>LEVENE, NEALE, BENDER, YOO &<br>GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>***Attorney for Debtor*** | Synapse Financial Technologies, Inc.<br>21255 Burbank Boulevard<br>Suite 120<br>Woodland Hills, CA 91367-0000<br>***Debtor*** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on **May 7, 2024,** at Salinas, California.

*/s/ Laura Galvan*
Laura Galvan