RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyg.com; myk@lnbyg.com; kjm@lnbyg.com
Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>        Chapter 11 Debtor in Possession | Case No.: 1:24-bk-10646-MB<br><br>Chapter 11 Case<br><br>**NOTICE REGARDING EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO TABAPAY HOLDINGS LLC**<br><br>Date:   May 9, 2024<br>Time:  9:00 a.m.<br>Place:  Courtroom 303<br>         21041 Burbank Blvd.<br>         Woodland Hills, CA 91367 |

**PLEASE TAKE NOTICE** that, pursuant to the Court's *Order (A) Approving Bidding Procedures With Respect To The Transfer And Sale Of Substantially All Of The Debtor's Assets, (B) Approving Bidding Protections For The Stalking Horse Bidder, (C) Approving Procedures Related To The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, (D) Approving The Form And Manner Of Notices Related To The Auction And Sale, € Scheduling The Sale Hearing, And (F) Granting Related Relief* (the "Bid Procedures Order"), Synapse Financial Technologies, Inc., the chapter 11 debtor and debtor in possession in the above-captioned, chapter 11 bankruptcy case (the "Debtor"), hereby submits the list of executory

1

contracts and unexpired leases (the "Assigned Contracts") to be assumed by the Debtor and assigned to TabaPay Holdings LLC ("Buyer").

Pursuant to paragraph 14 of the Bid Procedures Order, Buyer has provided to the Debtor the following final list of Assigned Contracts to be assumed and assigned to Buyer:

| Legal Name | Contract Description | Cure Amount |
|---|---|---|
| APIHub, Inc | Services Agreement | $0.00 |
| Arroweye Solutions Inc. | Services Agreement | $11,918.39 |
| Atlassian Pty Ltd | Services Agreement | $0.00 |
| ATM National, LLC | Services Agreement | $16.92 |
| Atmos Financial, Inc | Customer Master Services Agreement | $0.00 |
| Banco Ourinvest | Customer Master Services Agreement | $0.00 |
| BanPAY (US) LLC | Customer Master Services Agreement | $0.00 |
| Brightside Benefit, Inc | Customer Master Services Agreement | $0.00 |
| BuoyFi LLC | Customer Master Services Agreement | $0.00 |
| Cadre Cash, LLC | Customer Master Services Agreement | $0.00 |
| Capital J Inc | Customer Master Services Agreement | $2,388.80 |
| CBW Bank Inc | Bank Partner Agreement | $0.00 |
| CFX Direct, LLC | Customer Master Services Agreement | $0.00 |
| ChangeEd, Inc | Customer Master Services Agreement | $0.00 |
| ClassWallet | Customer Master Services Agreement | $0.00 |
| Cloudflare, Inc | Services Agreement | $0.00 |
| Coba Chib USA, LLC | Customer Master Services Agreement | $0.00 |
| Cobalt Labs, Inc | Services Agreement | $42,000.00 |
| COINAPI LTD. | Services Agreement | $0.00 |
| Curacubby, Inc. | Customer Master Services Agreement | $0.00 |
| Datadog, Inc. | Services Agreement | $24,294.09 |
| Deel, Inc | International Employee Firm | $0.00 |
| Digital 365 Main, LLC | Lease | $67,892.75 |

| Legal Name | Contract Description | Cure Amount |
|---|---|---|
| Docker, Inc. | Services Agreement | $0.00 |
| DolarApp Inc. | Customer Master Services Agreement | $0.00 |
| Domo, Inc | Services Agreement | $0.00 |
| Ekata, Inc. | Services Agreement | $18,480.00 |
| EMVCo, LLC | Services Agreement | $0.00 |
| Fime USA Inc. | Services Agreement | $0.00 |
| Fraudguard.io | Services Agreement | $29.00 |
| Frazier & Deeter, LLC | Services Agreement | $540.00 |
| Functional Software, Inc. d/b/a Sentry | Services Agreement | $0.00 |
| Fund That Flip, Inc | Customer Master Services Agreement | $0.00 |
| GitBook Inc | Services Agreement | $0.00 |
| Github, Inc | Software and Services Agreement | $0.00 |
| Grabr Inc. | Customer Master Services Agreement | $0.00 |
| Gravy Technologies, Inc. | Customer Master Services Agreement | $0.00 |
| GravyStack, Inc. | Customer Master Services Agreement | $73.47 |
| Grid Financial Services Inc | Customer Master Services Agreement | $14,604.00 |
| Guideline Technologies, Inc | Benefits Provider | $0.00 |
| GW Solyushans Ltd | Services Agreement | $0.00 |
| Hatfield, Inc. | Professional Services Agreement | $14,603.65 |
| Henry Labs Inc. | Services Agreement | $0.00 |
| Hyve, Inc | Customer Master Services Agreement | $0.00 |
| Idemia America Corp. | Services Agreement | $16,265.45 |
| IDT Payment Services, Inc. | Customer Master Services Agreement | $0.00 |
| IIB Solutions Ltd. | Consulting Agreement | $0.00 |
| Klutch Technologies Inc. | Customer Master Services Agreement | $1,433.97 |
| Knab, Inc | Customer Master Services Agreement | $0.00 |

| Legal Name | Contract Description | Cure Amount |
|---|---|---|
| Landa Holdings, Inc | Customer Master Services Agreement | $0.00 |
| Latitud, Inc | Customer Master Services Agreement | $0.00 |
| Lob.com, Inc. | Lob Order Form Vendor Agreement dated July 12, 2022, as amended | $30,985.24 |
| Lucid Software, Inc | Software Agreement | $0.00 |
| Machnet Technologies, Inc | Customer Master Services Agreement | $0.00 |
| Mailchimp | Software Agreement | $0.00 |
| MainVest, Inc. | Customer Master Services Agreement | $0.00 |
| MasterCard International | Agreement for Gateway Services dated July 18, 2018; Pilot Agreement dated April 22, 2019, and BPX Enrollment Form dated October 22, 2021 | $210,900.83 |
| McBurberod Financial Inc | Customer Master Services Agreement | $0.00 |
| Mongo DB, Inc | Software Agreement | $0.00 |
| My First Sale, LLC | Customer Master Services Agreement | $73.00 |
| Namecheap, Inc | Domain Registration Services Agreement | $0.00 |
| Nevtec, Inc | Managed Services Provider | $0.00 |
| Nowsta, Inc. | Customer Master Services Agreement | $0.00 |
| OneBlinc,LLC | Customer Master Services Agreement | $27.05 |
| OpsGenie, Inc | Services Agreement | $0.00 |
| Papaya Global, Inc. | Master Services Agreement dated February 21, 2021, as amended | $32,830.08 |
| Paystand, Inc. | Customer Master Services Agreement | $0.00 |
| Pioneer Works Inc. | Customer Master Services Agreement | $0.00 |
| Postman, Inc | Services Agreement | $0.00 |
| PRGB, Inc. | Customer Master Services Agreement | $91.25 |

| Legal Name | Contract Description | Cure Amount |
|---|---|---|
| Principal Life Insurance Company | Benefits Provider | $0.00 |
| PROG Services, Inc. | Customer Master Services Agreement | $0.00 |
| Raygun | Services Agreement | $0.00 |
| ReadMe.io CO. | Services Agreement | $0.00 |
| Rego Payment Architectures, Inc | Customer Master Services Agreement | $0.00 |
| Rippling PEO 1, Inc | Employee Management System | $0.00 |
| Routefusion Inc. | Services Agreement | $3,420.00 |
| Seed Financial, Inc | Customer Master Services Agreement | $0.00 |
| Slack Technologies, LLC | Services Agreement | $0.00 |
| Solarwinds | Multi-cloud Observability, IT Service Management, and Database Performance Management Agreement | $0.00 |
| SoLo Funds, Inc | Customer Master Services Agreement | $0.00 |
| SonarSource S.A. | Services Agreement | $0.00 |
| Split Software, Inc | Services Agreement | $4,560.00 |
| Sunny Day Fund Solutions, Inc | Customer Master Services Agreement | $0.00 |
| Synoptek, LLC | Services Agreement | $0.00 |
| TClub, Inc | Customer Master Services Agreement | $0.00 |
| This Is Alice Inc. | Customer Master Services Agreement | $3.16 |
| Thomson Reuters | Financial Information and Compliance | $290,822.50 |
| Trulioo Information Services, Inc | Services Agreement effective Sept. 7, 2023 | $225,754.20 |
| Twilio Inc. | Services Agreement | $0.00 |
| Unest Holdings, Inc | Customer Master Services Agreement | $0.00 |
| Utoppia Inc. | Customer Master Services Agreement | $0.00 |
| Visage Enterprise, Inc | Customer Master Services Agreement | $0.00 |
| YieldStreet Inc. | Master Services Agreement effective June 29, 2018, as amended | $0.00 |
| Yodlee, Inc. | Services Agreement | $55,000.00 |

| Legal Name | Contract Description | Cure Amount |
|---|---|---|
| Zendesk, Inc | Software Agreement | $0.00 |

**PLEASE TAKE FURTHER NOTICE** that the Debtor is requesting that the Court authorize the Debtor to reject any executory contract or unexpired leases that is not listed above.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding anything in this Notice, the inclusion of Assigned Contracts herein, does not (a) obligate the Debtor to assume any Assigned Contract listed thereon or obligate Buyer to take assignment of such Assigned Contract; or (b) constitute any admission or agreement of the Debtor that such Assigned Contract is an executory contract or unexpired lease. Any assumption by the Debtor and/or assignment to Buyer of any Assigned Contract is conditioned on the actual closing of a sale transaction.

Dated: May 8, 2024

LEVENE, NEALE, BENDER, YOO
   & GOLUBCHIK L.L.P.


By:   */s/ Krikor J. Meshefejian*
     RON BENDER
     MONICA Y. KIM
     KRIKOR J. MESHEFEJIAN
     Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2818 La Cienega Avenue, Los Angeles, California 90034

**A True And Correct Copy Of The Foregoing Document Entitled (***Specify***): NOTICE REGARDING EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO TABAPAY HOLDINGS LLC will be served or was served** (a) **on the judge in chambers in the form and manner required by LBR 5005-2(d); and** (b) **in the manner stated below:**

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 8, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Bender     rb@lnbyg.com
- J Scott Bovitz     bovitz@bovitz-spitzer.com
- Russell Clementson     russell.clementson@usdoj.gov
- Andrew Michael Cummings     andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
- Michael G. Farag     mfarag@gibsondunn.com
- Paul R. Glassman     pglassman@stradlinglaw.com
- Michael I. Gottfried     mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- Steven T Gubner     sgubner@bg.law, ecf@bg.law
- Ralph P Guenther     rguenther@guentherlawgroup.com
- Robert T. Honeywell     robert.honeywell@klgates.com
- Lance N Jurich     ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- Monica Y Kim     myk@lnbyg.com, myk@ecf.inforuptcy.com
- Jeffrey C Krause     jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- Adam A Lewis     alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- Krikor J Meshefejian     kjm@lnbyg.com
- Fred Neufeld     fneufeld@sycr.com, tingman@sycr.com
- David M Poitras     dpoitras@bg.law
- Brandy A Sargent     brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
- Jason D Strabo     jstrabo@mwe.com, jbishopjones@mwe.com
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
- Jeffrey C Wisler     jwisler@connollygallagher.com, dperkins@connollygallagher.com
- Beth Ann R. Young     bry@lnbyg.com, bry@lnbyb.com

2.  **SERVED BY UNITED STATES MAIL**: On (*date*) **May 8, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 8, 2024**, I served the

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                 **F 9013-3.1.PROOF.SERVICE**

following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service by **OVERNIGHT MAIL/FEDEX** information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 8, 2024 | Krikor J. Meshefejian | /s/ Krikor J. Meshefejian |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**