PETER C. ANDERSON
United States Trustee
ERYK R. ESCOBAR/SBN 281904
Assistant United States Trustee
RUSSELL CLEMENTSON/SBN 143284
Trial Attorney
Department of Justice
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
Telephone: (213) 894-4505; Facsimile: (213) 894-2603
Email: russell.clementson@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL<br>TECHNOLOGIES, INC.,<br><br>        Debtor. | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>EMERGENCY MOTION TO CONVERT CASE TO CHAPTER 7 UNDER 11 U.S.C. § 1112(b) OR, IN THE ALTERNATIVE, TO DIRECT APPOINTMENT OF A CHAPTER 11 TRUSTEE UNDER § 1104(a); DECLARATION OF ALFRED COOPER III<br><br>Date:  May 17, 2024<br>Time:  9:00 a.m.<br>Ctrm:  303 and<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 and<br>Via ZoomGov |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR, AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE THAT, on May 17, 2024, at 9:00 a.m., or as soon thereafter as the matter may be heard, the United States Trustee for the Central District of California, through the undersigned attorney, will and hereby does move this Court to enter an order converting this case to chapter 7 for cause pursuant to 11 U.S.C. § 1112(b) or, in the alternative, for the appointment of a chapter 11 Trustee

pursuant to 11 U.S.C. § 1104(a), and for such other relief as may be appropriate on the grounds set forth below.

Local Bankruptcy Rule 9013-1(f) requires any opposition or response to this motion be stated in writing and filed with the Clerk of the Court and served upon the United States Trustee.  The court may treat failure to file a timely written response as consent to granting this motion.

In addition to appearing in person, parties in interest (and their counsel) may appear remotely using ZoomGov audio and video.  Information on how to appear using ZoomGov is provided on the following page of this notice.

Parties in interest (and their counsel) may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).

The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

**Members of the public and the press may only connect to the zoom audio feed, and only by telephone.  Access to the video feed by these individuals is prohibited.  In the case of a trial or evidentiary hearing, no audio access will be provided.  However, members of the public and the press may observe all proceedings in person.**

Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.  The use of ZoomGov is free of charge to participants.

The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

**All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.**

Any party in interest or counsel that elects to appear remotely by ZoomGov bears the risk of malfunction or disconnection from the hearing.

The following is the unique ZoomGov connection information for the above-referenced hearing:

**Join By Computer**
Web link:  https://cacb.zoomgov.com/j/1615832082
Meeting ID:  161 583 2082
Password:  207441

**Join By Telephone**
Telephone conference lines: 1-669-254-5252 OR 1-646-828-7666
Meeting ID:  161 583 2082
Password: 207441

8.    More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants.

Dated:  May 15, 2024

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE


 /s/Russell Clementson
By:  Russell Clementson
Attorney for the United States Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.    INTRODUCTION

The United States Trustee alleges that cause exists to convert this case to chapter 7 pursuant to § 1112(b)(4)(B)[1] because the Debtor has grossly mismanaged the estate and there is substantial and continuing loss to or diminution of the estate and an absence of a reasonable likelihood of reorganization.   In the alternative, cause exists to order the appointment of a chapter 11 trustee pursuant to § 1104 based upon gross mismanagement and that appointment of a chapter 11 trustee is in the best interest of creditors.

## II.    JURISDICTION AND STANDING

This Court has jurisdiction of this matter under 28 U.S.C. § 1334(a) and (b), 28 U.S.C. § 157(a) and (b)(1) and 28 U.S.C. § 151.  This is a core proceeding under 28 U.S.C. § 157 (b)(2)(A) and (B).  This motion is filed pursuant to §§ 1112(b) and 1104(a).

## III.    STATEMENT OF FACTS

1.    On April 22, 2024, Synapse Financial Technologies, Inc., (the "Debtor" or "Synapse"), filed a voluntary chapter 11 petition, schedules, and statement of financial affairs.  Declaration of Alfred Cooper III ("Cooper Dec."), ¶ 2 and Ex. A. That same day, the Debtor filed an emergency motion for an order approving the sale of all its assets for $9.7 million to TabaPay Holdings LLC and requested that a hearing take place on April 29, 2024.  *Id., Dkt. No. 8.*  The Debtor represented that it is a technology company and "has proprietary technology and software which essentially allows financial technology platforms called "fintechs" to provide certain financial products and services to the fintechs' customers (referred to as end users or

---

[1] Unless otherwise indicated, all chapter, section and rule references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and to the Federal Rules of Bankruptcy Procedure, Rules 1001-9037.

depositors) though certain banking and financial providers ("Partner Financial Institutions")." *Id.*  The Debtor also filed a motion to approve a settlement reached with Evolve Bank & Trust ("Evolve"), one of its Partner Financial Institutions.

2.      On May 1, 2024, the Court entered an order approving bidding procedures and set a hearing to approve the sale for May 9, 2024. *Dkt. No. 92.*  The Debtor reported at the May 9 hearing that the settlement with Evolve had not been consummated due to disputes over funding an account maintained at Evolve.  The buyer reported that it was unwilling to proceed with the sale without the Evolve settlement.

3.      On May 13, 2024, Evolve filed a motion for an order restoring access to the "Debtor's Dashboard System" or, alternatively, "Authorizing Evolve to Close all of the Debtor's Demand Deposit Accounts at Evolve Associated with Debtor's Programs". *Dkt. No. 137.*  Evolve alleged that it had been denied access to the Debtor's computer systems and had been forced to freeze end user accounts.  *Id.*

4.      On May 13, 2024, the Court conducted a status conference on the sale and a hearing on Evolve's motion.  Although extensive arguments were made by counsel and their clients assessing relative blame, it was undisputed that end users had lost access to funds.

5.      On May 14, 2024, the Court conducted another status conference regarding access of end users to their funds and for continued use of cash collateral. The Debtor and secured creditor stated that they had agreed to use of cash collateral through Friday, May 17.  The Debtor stated that it would file an emergency motion to convert this case and set it for hearing on May 17 at 9:00 a.m.  Parties continued to report that end users did not have access to funds and were experiencing personal hardships.[2]  The United States Trustee is informed and believes that the Debtor is

---

[2] Although the parties dispute relative fault, movant does not believe that the fact that end users have lost access to funds and that the Debtor is out of cash is disputed.  The

1  seeking additional funding but that conversion of this case to chapter 7 is still

2  inevitable.

3  **III.    LEGAL ARGUMENT**

4      **A.   Cause Exists To Dismiss Or Convert This Case Under § 1112(b)**

5         Dismissal or conversion of a chapter 11 case is governed by § 1112(b) that

6  provides, in pertinent part: ". . . on request of a party in interest or the United States

7  trustee . . . and after notice and a hearing, the court shall convert a case under this

8  chapter to a case under chapter 7 of this title or may dismiss a case under this

9  chapter, whichever is in the best interest of creditors and the estate, for cause. . . ."

10  § 1112(b)(1).

11         Congress granted bankruptcy courts broad discretion to convert or dismiss a

12  chapter 11 bankruptcy case for "cause" under § 1112(b).  *See, e.g., Consol. Pioneer*

13  *Mortgage Entities v. U.S. Trustee (In re Consol. Pioneer Mortgage Entities)*, 264 F.3d

14  803, 806-07 (9th Cir. 2001) (decision to convert a case to chapter 7 is within

15  bankruptcy court's discretion); *Loop Corp. v. U.S. Trustee*, 379 F.3d 511, 515 (8th Cir.

16  2004) (bankruptcy court has broad discretion in deciding to dismiss or convert chapter

17  11 case).  Section 1112(b)(4) provides a non-exhaustive list of what may constitute

18  "cause" for dismissal or conversion.  Once cause for relief under § 1112(b) is

19  established, the court is required to grant relief.  *See, e.g., In re Products Intern Co.*,

20  395 B.R. 101, 107 (Bankr. D. Ariz. 2008) (discussing 2005 amendment to § 1112

21  changing "may" to "shall").

22

23

24

25  _____

26

27  United States Trustee respectfully requests that the Court take Judicial Notice,
pursuant to Federal Rule of Evidence 201, of all the motions that are set for hearing
on May 9, 2024.  *See Dkt. Nos. 8 (Motion to approve sale); 137 (Motion of Evolve To*

28  *Restore Access To Dashboard System); and 2 (Motion to use Cash Collateral).*

1

*1.    The Debtor Has Grossly Mismanaged The Estate By Cutting Off*

2

*Access to Its Computer Systems*

3

Section 1112(b)(4)(B) provides that the court shall dismiss or convert a case for

4

cause based on "gross mismanagement of the estate".  A debtor in a chapter 11

5

proceeding must manage the estate with an aim to "protect and conserve property . . .

6

for the benefit of creditors.*" In re Devers*, 759 F.2d 751, 754 (9th Cir. 1985); see also

7

*Kingsway Capital Partners, LLC v. Sosa*, 549 B.R. 897, 904 (N.D. Cal. 2016) ("Paying

8

personal expenses, ineffective business management, and problematic financial

9

disclosures all constitute gross mismanagement within the meaning of 11 U.S.C.

10

§ 1112(b)(1)").

11

Here, the Debtor inexplicably cut off access to its computer systems on a

12

weekend.  *Dkt. No. 137.*  While disputes exist among the parties there appears to be

13

no reasonable explanation for the Debtor cutting off access to its computer systems

14

and indeed the Debtor has since represented that full access has been restored.

15

There appears to be no dispute that these actions have played a material role in end

16

users losing access to their funds.  At a minimum, an independent fiduciary is needed

17

to see if a resolution can be reached that minimizes further harm to depositors.  For

18

all these reasons, the Debtor has grossly mismanaged the estate and ample cause

19

exists to convert this case to chapter 7.

20

*2.    There is a Substantial or Continuing Loss or Diminution of the*

21

*Estate and the Absence of a Reasonable Likelihood of*

22

*Rehabilitation*

23

Section 1112(b)(4)(A) provides that cause to convert or dismiss a chapter 11

24

case exists when there is a "substantial or continuing loss to or diminution of the

25

estate" and "the absence of a reasonable likelihood of rehabilitation." "To satisfy the

26

first prong, a movant may demonstrate 'that the debtor continues to incur losses or

27

maintains a negative cash-flow position after the entry of the order for relief' or that

28

the debtor's assets have declined in value since the case was commenced." *In re*

1  *Creekside Senior Apts.*, L.P., 489 B.R. 51, 61 (B.A.P. 9th Cir. 2013); see also *Hassen*

2  *Imps. P'ship v. City of W. Covina (In re Hassen Imps. P'ship)*, No. CC-13-1019-KiPaD,

3  2013 Bankr. LEXIS 3870 (B.A.P. 9th Cir. Aug. 19, 2013) (the issue of rehabilitation for

4  purposes of § 1112(b)(4)(A) is not the technical one of whether the debtor can confirm

5  a plan, but, rather, whether the debtor's business prospects justify continuance of the

6  reorganization effort); *In re Wallace*, No. 09-20496-TLM, 2010 Bankr. LEXIS 261

7  (Bankr. D. Idaho Jan. 26, 2010) (dismissing for cause under 1112(b)(4)(A) where

8  debtor failed to show that expenses would not continue, and proposed plan premised

9  upon litigation with creditors.).

10  Here, the Debtor admits that it has no more cash or approval to use any cash

11  after Friday, May 17.  Indeed, given this posture, the Debtor represented it would be

12  bringing its own motion to convert, but none has been filed to date.  This case should

13  be converted to chapter 7 because there is no cash and no reasonable prospect of

14  reorganization.

15        **3.**  *Conversion to Chapter 7 Appears in the Best Interest of Creditors*

16               *and the Estate and There Appear to be No Unusual*

17               *Circumstances*

18  Under § 1112(b)(1), when the court finds "cause" to dismiss or convert a

19  chapter 11 case, the court must decide which of several court actions will best serve

20  the creditors and the estate. It must: (1) decide whether dismissal, conversion, or the

21  appointment of a trustee or examiner is in the best interests of creditors and the

22  estate; and (2) identify whether there are unusual circumstances that establish that

23  dismissal or conversion is not in the best interests of creditors and the estate.

24  *Sullivan v. Harnisch (In re Sullivan)*, 522 B.R. 604, 612 (B.A.P. 9th Cir. 2014).

25  Here, there appear to be no unusual circumstances and this case should be

26  converted to chapter 7 so that a chapter 7 Trustee can marshal and liquidate assets of

27  this bankruptcy estate for the benefit of creditors.

28

**B. In the alternative, Cause Exists To Order The Appointment Of A Chapter 11 Trustee**

    *1.  Cause Exists to Appoint A Chapter 11 Trustee for Gross Mismanagement*

Section 1104(a)(1) of the Bankruptcy Code provides:

(a) At any time after the commencement of the case but before confirmation of a plan, on request of a party in interest or the United States trustee, and after notice and a hearing, the court shall order the appointment of a trustee –

(1) for cause, including fraud, dishonesty, incompetence, or gross mismanagement of the affairs of the debtor by current management, either before or after the commencement of the case, or similar cause, but not including the number of holders of securities of the debtor or the amount of assets or liabilities of the debtor . . . .

11 U.S.C. §1104(a)(1) (emphasis added).   Thus, incompetence or gross mismanagement by a debtor's current manager, either before or after the filing of the case, or similar cause, is a specifically enumerated ground requiring the appointment of a trustee under § 1104(a)(1).  The use of the word "shall" in § 1104(a) mandates the appointment of a trustee when "cause" exists.  See *Escoe v. Zerbst*, 295 U.S. 490, 493 ("shall" is the language of command; its use in a statute indicates congressional intent that the statute be mandatory).

In addition, the enumerated bases upon which "cause" may be found under § 1104(a)(1) are not exclusive.   A debtor in possession must act as fiduciary of its creditors to protect and conserve property in its possession for their benefit and to refrain from acting in a manner which could damage the estate.  *In re Ionosphere Clubs, Inc.,* 113 B.R. 164, 169 (Bankr. S.D.N.Y. 1990).  A chapter 11 debtor in possession stands in the shoes of a trustee and is a fiduciary for the estate and its creditors. § 1107(a); see also, *Thompson v. Margen (In re McConville)*, 110 F.3d 47, 50 (9th Cir. 1997) (chapter 11 debtors in possession are "fiduciaries of their own estate

owing a duty of care and loyalty to the estate's creditors"), cert. denied, 522 U.S. 966 (1997).

"The willingness of Congress to leave a debtor-in-possession is premised on an expectation that current management can be depended upon to carry out the fiduciary responsibilities of a trustee. And if the debtor-in-possession defaults in this respect, § 1104(a)(1) commands that the stewardship of the reorganization effort must be turned over to an independent trustee." *In re Marvel Entertainment Group, Inc.*, 140 F.3d 463, 474 (3rd Cir. 2000), quoting *In re V. Savino Oil & Heating Co.*, Inc., 99 B.R. 518, 526 (Bankr. E.D.N.Y. 1989); see also *In re Oklahoma Refining Co.*, 838 F.2d 1133, 1136 (10th Cir. 1988).

2.    *Appointment of a Chapter 11 Trustee Is In the Best Interest of Creditors*

Section 1104(a)(2) of the Code provides:

(a)  At any time after the commencement of the case but before confirmation of a plan, on request of a party in interest or the United States trustee, and after notice and a hearing, the court shall order the appointment of a trustee –

(2) if such appointment is in the interests of creditors, any equity security holders, and other interests of the estate, without regard to the number of holders of securities of the debtor or the amount of assets or liabilities of the debtor.

11 U.S.C. § 1104(a)(2). Notably, § 1104(a)(2) of the Code allows the appointment of a trustee even when "cause" does not exist. See *In re Sharon Steel Corp.*, 871 F.2d 1217, 1226 (3d Cir. 1989); *Ionosphere Clubs, Inc.*, 113 B.R. at 168. Courts look to the practical realities and necessities when appointing a chapter 11 trustee under § 1104(a)(2). *In re Euro-American Lodging Corp.*, 365 B.R. 421, 427 (Bankr. S.D.N.Y. 2007). Accordingly, the standard for appointment of a chapter 11 trustee under § 1104(a)(2) is flexible. See 124 Cong.Rec.H11,102 (daily ed. Sept. 28, 1978); S17, 419 (daily ed. October 6, 1978).

Under § 1104(a)(2), the Court may appoint a trustee, in its discretion, to address the "interests of the creditors, . . . and other interests of the estate." 11 U.S.C.

§ 1104(a)(2).  See, e.g., *Sharon Steel*, 871 F.2d at 1226.  Because this estate is liquidating, not reorganizing, the Debtors do not have the same interest in the assets here as with an ongoing business.  The creditors' interests in the assets need to be adequately protected in these cases, and currently they are not.  Courts have applied this flexible standard under § 1104(a)(2) and found that the appointment is in the best interests of creditors, when creditor confidence is lacking.  Acrimony between a chapter 11 debtor and its creditors justifies the appointment of a chapter 11 trustee pursuant to § 1104(a)(2) where it impairs the debtor's ability to confirm a plan. *Marvel Entertainment*, 140 F.3d at 474.

Here, appointment of a chapter 11 trustee is in the best interest of creditors. The current operations are exposing the estate to substantial liability based upon the inability of end users to access their funds.  Appointment of a chapter 11 trustee will also protect the interest of end users who are suffering immediate and possibly irreparable harm based upon their inability to access their funds.

## IV.    <u>CONCLUSION</u>

Based on the foregoing facts and law, the United States Trustee respectfully requests that the Court convert this case to chapter 7 pursuant to § 1112(b).  In the alternative, the United States Trustee asks the Court to order the appointment of a chapter 11 trustee pursuant to § 1104(a).

Date:  May 15, 2024

PETER C. ANDERSON
UNITED STATES TRUSTEE


By: */s/Russell Clementson*
    Russell Clementson
    Attorney for the United States Trustee

8

# **DECLARATION OF ALFRED COOPER III**

I, Alfred Cooper III, declare,

1.      I am a Paralegal Specialist with the Woodland Hills, California office of the United States Trustee, and am the Paralegal assigned to this bankruptcy case.  I am over the age of eighteen and I have personal knowledge of the facts set forth herein.

2.      Attached hereto as Exhibit A is a true copy of the court's electronic docket.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on May 15, 2024 in Los Angeles, California.

Alfred Cooper III
Paralegal Specialist

9

5/15/24, 9:27 AM Case 1:24-bk-10646-MB Doc 146 CM/ECF - U.S. Bankruptcy Court (v1.8.1 - LIVE) Entered 05/15/24 11:37:59 Desc
Main Document     Page 13 of 35

DsclsDue, PlnDue

# U.S. Bankruptcy Court
## Central District of California (San Fernando Valley)
## Bankruptcy Petition #: 1:24-bk-10646-MB

*Date filed:*  04/22/2024
*341 meeting:*  05/15/2024
*Deadline for objecting to discharge:*  07/15/2024

*Assigned to:* Martin R. Barash
Chapter 11
Voluntary
Asset

| | |
|---|---|
| **Debtor**<br>**Synapse Financial Technologies, Inc.**<br>21255 Burbank Boulevard<br>Suite 120<br>Woodland Hills, CA 91367-0000<br>LOS ANGELES-CA<br>Tax ID / EIN: 46-5396710 | represented by **Ron Bender**<br>Levene, Neale, Bender, Yoo &<br>Golubchik L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>310-229-1234<br>Email: rb@lnbyg.com |
| | **Monica Y Kim**<br>Levene, Neale, Bender, Yoo & Brill<br>L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>310-229-1234<br>Email: myk@lnbyg.com |
| | **Krikor J Meshefejian**<br>Levene, Neale, Bender, Yoo &<br>Golubchik L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>310-229-1234<br>Fax : 310-229-1244<br>Email: kjm@lnbyg.com |
| **U.S. Trustee**<br>**United States Trustee (SV)**<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017<br>(213) 894-6811 | represented by **Russell Clementson**<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017<br>213-894-4505<br>Fax : 213-894-0276<br>Email: russell.clementson@usdoj.gov |
| **Creditor Committee**<br>**Official Committee of Unsecured Creditors of**<br>**Synapse Financial Technologies, Inc.** | represented by **Zev Shechtman**<br>Saul Ewing LLP<br>1888 Century Park East<br>Suite 1500<br>Los Angeles, CA 90067<br>310-255-6130<br>Fax : 310-255-6200<br>Email: Zev.Shechtman@saul.com |

| Filing Date | # | Docket Text |
|---|---|---|
| 04/22/2024 | **1**<br>(30 pgs; 3 docs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Synapse Financial Technologies, Inc. List of Equity Security Holders due 05/6/2024. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 05/6/2024. Schedule A/B: Property (Form 106A/B or 206A/B) due 05/6/2024. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 05/6/2024. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 05/6/2024. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 05/6/2024. Schedule H: Your Codebtors (Form 106H or 206H) due 05/6/2024. Statement of Financial Affairs (Form 107 or 207) due 05/6/2024. Corporate Ownership Statement (LBR Form F1007-4) due by 05/6/2024. Statement of Related Cases (LBR Form F1015-2) due 05/6/2024. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 05/6/2024. Incomplete Filings due by 05/6/2024. (Bender, Ron) (Entered: 04/22/2024) |
| 04/22/2024 | | Receipt of Voluntary Petition (Chapter 11)( 1:24-bk-10646) [misc,volp11] (1738.00) Filing Fee. Receipt number A56764086. Fee amount 1738.00. (re: Doc# 1) (U.S. Treasury) (Entered: 04/22/2024) |
| 04/22/2024 | **2**<br>(43 pgs) | Emergency motion *Debtor's Emergency Motion For Entry Of An Interim Order: (I) Authorizing The Debtor To Use Cash Collateral (II) Granting Adequate Protection; (III) Scheduling A Final Hearing; And (IV) Granting Related Relief; Memorandum Of Points And Authorities* Filed by Debtor Synapse Financial Technologies, Inc. (Kim, Monica) (Entered: 04/22/2024) |
| 04/22/2024 | **3**<br>(8 pgs) | Statement *Statement Regarding Cash Collateral Or Debtor In Possession Financing [FRBP 4001; LBR 4001-2]* Filed by Debtor Synapse Financial Technologies, Inc.. (Kim, Monica) (Entered: 04/22/2024) |
| 04/22/2024 | **4**<br>(15 pgs) | Declaration re: *Declaration Of Monica Y. Kim In Support Of Debtor's Emergency Motion For Entry Of An Interim Order: (I) Authorizing The Debtor To Use Cash Collateral; (II) Granting Adequate Protection; (III) Scheduling A Final Hearing; And (IV) Granting Related Relief* Filed by Debtor Synapse Financial Technologies, Inc. (RE: related document(s)2 Emergency motion *Debtor's Emergency Motion For Entry Of An Interim Order: (I) Authorizing The Debtor To Use Cash Collateral (II) Granting Adequate Protection; (III) Scheduling A Final Hearing; And (IV) Granting Related Relief; Memorandum Of Poin). (Kim, Monica) (Entered: 04/22/2024)* |
| 04/22/2024 | 5 | Hearing Set (RE: related document(s)2 Emergency motion filed by Debtor Synapse Financial Technologies, Inc.) The Hearing date is set for 4/24/2024 at 02:00 PM at Crtrm 303, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Martin R. Barash (JC) (Entered: 04/22/2024) |
| 04/22/2024 | **6**<br>(22 pgs) | Emergency motion *Debtor's Emergency Motion For Entry Of An Order: (I) Authorizing The Continued Use Of Its Cash Management System; (II) Authorizing The Maintenance Of Certain Pre-Petition Bank Accounts; And (III) Authorizing Banks To Release Administrative Holds And/Or Freezes On The Debtor's Pre-Petition Accounts; Memorandum Of Points And* |

EX A 0011

| | | |
|---|---|---|
| | | ...Authorities Filed by Debtor Synapse Financial Technologies, Inc. (Meshefejian, Krikor) (Entered: 04/22/2024) |
| 04/22/2024 | [7](#)<br>(25 pgs) | Emergency motion *Debtor's Emergency Motion For Entry Of An Order Authorizing Debtor To Honor And/Or Pay Pre-Petition Wages, Salaries, Commissions, And Vacation, Leave And Other Benefits, Reimbursable Expenses, And Workers' Compensation Insurance Costs; Memorandum Of Points And Authorities* Filed by Debtor Synapse Financial Technologies, Inc. (Meshefejian, Krikor) (Entered: 04/22/2024) |
| 04/22/2024 | [8](#)<br>(44 pgs) | Emergency motion *Debtor's Emergency Motion For An Order (A) Approving Sale Of Substantially All Of The Debtor's Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances; (B) Approving Assumption And Assignment Of Unexpired Leases And Executory Contracts And Determining Cure Amounts; (C) Waiving The 14-Day Stay Periods Of Bankruptcy Rules 6004(h) And 6006(d); And (D) Granting Related Relief* Filed by Debtor Synapse Financial Technologies, Inc. (Meshefejian, Krikor) (Entered: 04/22/2024) |
| 04/22/2024 | [9](#)<br>(30 pgs) | Emergency motion *Debtor's Emergency Motion For Approval Of Compromise Of Controversy With Evolve Bank & Trust Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure; Memorandum Of Points And Authorities* Filed by Debtor Synapse Financial Technologies, Inc. (Kim, Monica) (Entered: 04/22/2024) |
| 04/22/2024 | [10](#)<br>(22 pgs) | Declaration re: *Declaration Of Tracey Guerin In Support Of All Of The Debtor's Motion To Approve Settlement With Evolve Bank & Trust Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure* Filed by Debtor Synapse Financial Technologies, Inc. (RE: related document(s)[9](#) Emergency motion *Debtor's Emergency Motion For Approval Of Compromise Of Controversy With Evolve Bank & Trust Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure; Memorandum Of Points And Authorities*). (Kim, Monica) (Entered: 04/22/2024) |
| 04/22/2024 | [11](#)<br>(47 pgs) | Emergency motion *Debtor's Emergency Motion For An Order (A) Approving Bidding Procedures With Respect To The Transfer And Sale Of Substantially All Of The Debtor's Assets, (B) Approving Bidding Protections For The Stalking Horse Bidder, (C) Approving Procedures Related To The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, (D) Approving The Form And Manner Of Notices Related To The Auction And Sale, (E) Scheduling The Sale Hearing, And (F) Granting Related Relief* Filed by Debtor Synapse Financial Technologies, Inc. (Meshefejian, Krikor) (Entered: 04/22/2024) |
| 04/22/2024 | [12](#)<br>(306 pgs) | Declaration re: *Declaration Of Sankaet Pathak In Support Of All Of The Debtor's "First-Day Motions"* Filed by Debtor Synapse Financial Technologies, Inc. (RE: related document(s)[2](#) Emergency motion *Debtor's Emergency Motion For Entry Of An Interim Order: (I) Authorizing The Debtor To Use Cash Collateral (II) Granting Adequate Protection; (III) Scheduling A Final Hearing; And (IV) Granting Related Relief; Memorandum Of Poin*, [6](#) Emergency motion *Debtor's Emergency Motion For Entry Of An Order: (I) Authorizing The Continued Use Of Its Cash Management System; (II) Authorizing The Maintenance Of Certain Pre-Petition Bank Accounts; And (III) Authorizing Banks To Release Adm*, [7](#) Emergency motion *Debtor's Emergency Motion For Entry Of An Order Authorizing Debtor To Honor And/Or Pay Pre-Petition Wages, Commissions, And Vacation, Leave And Other Benefits, Reimbursable Expenses, Payroll Taxes And Workers' Com*, [8](#) Emergency motion *Debtor's* |

| | | |
|---|---|---|
| | | *Emergency Motion For An Order (A) Approving Sale Of Substantially All Of The Debtor's Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances; (B) Approving Assumption And Assignment Of Unexpired Lea,* 11 *Emergency motion Debtor's Emergency Motion For An Order (A) Approving Bidding Procedures With Respect To The Transfer And Sale Of Substantially All Of The Debtor's Assets, (B) Approving Bidding Protections For The Stalking Horse Bidder, (C)).* (Meshefejian, Krikor) (Entered: 04/22/2024) |
| 04/22/2024 | 13 (14 pgs) | Notice of Hearing *Notice Of Emergency Hearings On Debtor's Emergency "First Day" Motions* Filed by Debtor Synapse Financial Technologies, Inc. (RE: related document(s)2 *Emergency motion Debtor's Emergency Motion For Entry Of An Interim Order: (I) Authorizing The Debtor To Use Cash Collateral (II) Granting Adequate Protection; (III) Scheduling A Final Hearing; And (IV) Granting Related Relief; Memorandum Of Points And Authorities* Filed by Debtor Synapse Financial Technologies, Inc., 6 Emergency motion *Debtor's Emergency Motion For Entry Of An Order: (I) Authorizing The Continued Use Of Its Cash Management System; (II) Authorizing The Maintenance Of Certain Pre-Petition Bank Accounts; And (III) Authorizing Banks To Release Administrative Holds And/Or Freezes On The Debtor's Pre-Petition Accounts; Memorandum Of Points And Authorities* Filed by Debtor Synapse Financial Technologies, Inc., 7 Emergency motion *Debtor's Emergency Motion For Entry Of An Order Authorizing Debtor To Honor And/Or Pay Pre-Petition Wages, Salaries, Commissions, And Vacation, Leave And Other Benefits, Reimbursable Expenses, Payroll Taxes And Workers' Compensation Insurance Costs; Memorandum Of Points And Authorities* Filed by Debtor Synapse Financial Technologies, Inc., 9 Emergency motion *Debtor's Emergency Motion For Approval Of Compromise Of Controversy With Evolve Bank & Trust Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure; Memorandum Of Points And Authorities* Filed by Debtor Synapse Financial Technologies, Inc., 11 Emergency motion *Debtor's Emergency Motion For An Order (A) Approving Bidding Procedures With Respect To The Transfer And Sale Of Substantially All Of The Debtor's Assets, (B) Approving Bidding Protections For The Stalking Horse Bidder, (C) Approving Procedures Related To The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, (D) Approving The Form And Manner Of Notices Related To The Auction And Sale, (E) Scheduling The Sale Hearing, And (F) Granting Related Relief* Filed by Debtor Synapse Financial Technologies, Inc.). (Meshefejian, Krikor) (Entered: 04/22/2024) |
| 04/22/2024 | 14 (2 pgs) | Request for courtesy Notice of Electronic Filing (NEF) *with Proof of Service* Filed by Poitras, David. (Poitras, David) (Entered: 04/22/2024) |
| 04/23/2024 | 15 | Hearing Set (RE: related document(s)6 Emergency motion filed by Debtor Synapse Financial Technologies, Inc.) The Hearing date is set for 4/24/2024 at 02:00 PM at Crtrm 303, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Martin R. Barash (JC) (Entered: 04/23/2024) |
| 04/23/2024 | 16 | Hearing Set (RE: related document(s)7 Emergency motion filed by Debtor Synapse Financial Technologies, Inc.) The Hearing date is set for 4/24/2024 at 02:00 PM at Crtrm 303, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Martin R. Barash (JC) (Entered: 04/23/2024) |
| 04/23/2024 | 17 | Hearing Set (RE: related document(s)9 Emergency motion filed by Debtor Synapse Financial Technologies, Inc.) The Hearing date is set for |

| | | |
|---|---|---|
| | | Case judge is Martin R. Barash (JC) (Entered: 04/23/2024) |
| 04/23/2024 | 18 | Hearing Set (RE: related document(s)11 Emergency motion filed by Debtor Synapse Financial Technologies, Inc.) The Hearing date is set for 4/24/2024 at 02:00 PM at Crtrm 303, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Martin R. Barash (JC) (Entered: 04/23/2024) |
| 04/23/2024 | 19 (8 pgs) | Proof of service *Amended Proof Of Service By Overnight/Fedex Of Emergency Motions And Related Pleadings (Docs 2, 3, 4, 6, 7, 8, 9, 10, 11 And 12)* Filed by Debtor Synapse Financial Technologies, Inc.. (Meshefejian, Krikor) (Entered: 04/23/2024) |
| 04/23/2024 | 20 (9 pgs) | Proof of service *Notice Of Emergency Hearings On Debtor's Emergency "First Day" Motions (Doc 13)* Filed by Debtor Synapse Financial Technologies, Inc. (RE: related document(s)13 Notice of Hearing (BK Case)). (Meshefejian, Krikor) (Entered: 04/23/2024) |
| 04/23/2024 | 21 (2 pgs) | Request for courtesy Notice of Electronic Filing (NEF) *with Proof of Service* Filed by Gubner, Steven. (Gubner, Steven) (Entered: 04/23/2024) |
| 04/23/2024 | 22 (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 5/15/2024 at 10:00 AM at UST-SVND2, TELEPHONIC MEETING. CONFERENCE LINE:1-866-820-9498, PARTICIPANT CODE:6468388. Last day to oppose discharge or dischargeability is 7/15/2024. (AG1) (Entered: 04/23/2024) |
| 04/23/2024 | 23 (4 pgs) | Proof of service *Proof Of Service By Email Of Emergency Motions And Related Pleadings (Docs 2, 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 19 And 20)* Filed by Debtor Synapse Financial Technologies, Inc.. (Meshefejian, Krikor) (Entered: 04/23/2024) |
| 04/23/2024 | 24 (4 pgs) | Notice of Appearance and Request for Notice *// Notice of Appearance and Request for Service of Papers* by Jason D Strabo Filed by Creditor TriplePoint Capital, LLC. (Strabo, Jason) (Entered: 04/23/2024) |
| 04/23/2024 | 25 (6 pgs; 2 docs) | Motion to Appear pro hac vice *Darren Azman* Filed by Creditor TriplePoint Capital, LLC (Attachments: # 1 Proposed Order) (Strabo, Jason) (Entered: 04/23/2024) |
| 04/23/2024 | 26 (2 pgs) | Supplemental *// Proof of Payment for Pro Hac Vice Admission Darren Azman [Relates to Docket No. 25]* Filed by Creditor TriplePoint Capital, LLC. (Strabo, Jason) (Entered: 04/23/2024) |
| 04/23/2024 | 27 (8 pgs; 3 docs) | Motion to Appear pro hac vice *Jake Jumbeck* Filed by Creditor TriplePoint Capital, LLC (Attachments: # 1 Proposed Order # 2 Proof of Payment) (Strabo, Jason) (Entered: 04/23/2024) |
| 04/23/2024 | 28 | Notice to Filer of Error and/or Deficient Document **Other -The PDF is in the incorrect format. Attorney to re-file in a flattened format. Instructions are posted under the "Forms" section of the Court's website www.cacb.uscourts.gov.** (RE: related document(s)27 Motion to Appear pro hac vice filed by Creditor TriplePoint Capital, LLC) (JC) (Entered: 04/23/2024) |

EX A

| | | |
|---|---|---|
| 04/23/2024 | [29](#)<br>(5 pgs) | Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule *for Robert T. Honeywell* Filed by Creditors TabaPay Holdings LLC, TabaPay, Inc. (Sargent, Brandy) (Entered: 04/23/2024) |
| 04/23/2024 | [30](#)<br>(3 pgs) | Notice of lodgment Filed by Creditors TabaPay Holdings LLC, TabaPay, Inc. (RE: related document(s)[29](#) Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule *for Robert T. Honeywell* Filed by Creditors TabaPay Holdings LLC, TabaPay, Inc.). (Sargent, Brandy) (Entered: 04/23/2024) |
| 04/23/2024 | 31 | Notice to Filer of Error and/or Deficient Document **Other - Incorrect information listed regarding access to the courtroom and participation in the hearing using ZoomGov. Notice should be refiled with current courtroom appearance procedures.** (RE: related document(s)[13](#) Notice of Hearing (BK Case) filed by Debtor Synapse Financial Technologies, Inc.) (JC) (Entered: 04/23/2024) |
| 04/23/2024 | [32](#)<br>(3 pgs) | Notice of Appearance and Request for Notice by Brandy A Sargent Filed by Creditors TabaPay Holdings LLC, TabaPay, Inc.. (Sargent, Brandy) (Entered: 04/23/2024) |
| 04/24/2024 | [33](#)<br>(1 pg) | Order Granting Motion To Appear pro hac vice (BNC-PDF) (Related Doc # [29](#) ) Signed on 4/24/2024 (JC) (Entered: 04/24/2024) |
| 04/24/2024 | [34](#)<br>(5 pgs) | Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule *(Nathan Q. Rugg)* Filed by Creditor American Bank, N.A. (Jurich, Lance) (Entered: 04/24/2024) |
| 04/24/2024 | [35](#)<br>(3 pgs; 2 docs) | Notice of lodgment Filed by Creditor American Bank, N.A. (RE: related document(s)[34](#) Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule *(Nathan Q. Rugg)* Filed by Creditor American Bank, N.A.). (Attachments: # [1](#) Proposed Order) (Jurich, Lance) (Entered: 04/24/2024) |
| 04/24/2024 | [36](#)<br>(5 pgs) | Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule *(Alexander F. Berk)* Filed by Creditor American Bank, N.A. (Jurich, Lance) (Entered: 04/24/2024) |
| 04/24/2024 | [37](#)<br>(3 pgs; 2 docs) | Notice of lodgment Filed by Creditor American Bank, N.A. (RE: related document(s)[36](#) Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule *(Alexander F. Berk)* Filed by Creditor American Bank, N.A.). (Attachments: # [1](#) Proposed Order) (Jurich, Lance) (Entered: 04/24/2024) |
| 04/24/2024 | [38](#)<br>(5 pgs) | Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule *(Stanley F. Orszula)* Filed by Creditor American Bank, N.A. (Jurich, Lance) (Entered: 04/24/2024) |
| 04/24/2024 | [39](#)<br>(3 pgs; 2 docs) | Notice of lodgment Filed by Creditor American Bank, N.A. (RE: related document(s)[38](#) Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule *(Stanley F. Orszula)* Filed by Creditor American Bank, N.A.). (Attachments: # [1](#) Proposed Order) (Jurich, Lance) (Entered: 04/24/2024) |
| 04/24/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [2](#) EMERGENCY MOTION filed by Synapse |

EX A

| | | |
|---|---|---|
| | | Hearing to be held on 04/26/2024 at 10:30 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 2 , (JC) (Entered: 04/24/2024) |
| 04/24/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) 6 EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 04/26/2024 at 10:30 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 6 , (JC) (Entered: 04/24/2024) |
| 04/24/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) 9 EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 04/26/2024 at 10:30 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 9 , (JC) (Entered: 04/24/2024) |
| 04/24/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) 11 EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 04/26/2024 at 10:30 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 11 , (JC) (Entered: 04/24/2024) |
| 04/24/2024 | 40 | Hearing Held 4/24/24 - RULING: motion granted on an interim basis through 4/30/24. Continued to 4/26/24 at 10:30 am (RE: related document(s)2 Emergency motion filed by Debtor Synapse Financial Technologies, Inc.) (JC) (Entered: 04/24/2024) |
| 04/24/2024 | 41 | Hearing Held 4/24/24 - RULING: Motion granted on an interim basis. Continued to 4/26/24 at 10:30 am (RE: related document(s)6 Emergency motion filed by Debtor Synapse Financial Technologies, Inc.) (JC) (Entered: 04/24/2024) |
| 04/24/2024 | 42 | Hearing Held 4/24/24 - RULING: motion granted (RE: related document(s)7 Emergency motion filed by Debtor Synapse Financial Technologies, Inc.) (JC) (Entered: 04/24/2024) |
| 04/24/2024 | 43 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Synapse Financial Technologies, Inc.) No. of Notices: 1. Notice Date 04/24/2024. (Admin.) (Entered: 04/24/2024) |
| 04/24/2024 | 44 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Synapse Financial Technologies, Inc.) No. of Notices: 1. Notice Date 04/24/2024. (Admin.) (Entered: 04/24/2024) |
| 04/25/2024 | 45 (1 pg) | Order Granting Motion To Appear pro hac vice (BNC-PDF) (Related Doc # 38 ) Signed on 4/25/2024 (JC) (Entered: 04/25/2024) |
| 04/25/2024 | 46 (1 pg) | Order Granting Motion To Appear pro hac vice (BNC-PDF) (Related Doc # 36 ) Signed on 4/25/2024 (JC) (Entered: 04/25/2024) |
| 04/25/2024 | 47 (1 pg) | Order Granting Motion To Appear pro hac vice (BNC-PDF) (Related Doc # 34 ) Signed on 4/25/2024 (JC) (Entered: 04/25/2024) |
| 04/25/2024 | 48 (34 pgs) | Supplemental -*[Submission Of Red- Lined Interim Order: (I) Authorizing The Debtor To Use Cash Collateral (Ii) Granting Adequate Protection; (Iii) Scheduling A Final Hearing; And (Iv) Granting Related Relief (POS* |

| | | |
|---|---|---|
| | | Collateral) - Filed by Debtor Synapse Financial Technologies, Inc.. (Kim, Monica) (Entered: 04/25/2024) |
| 04/25/2024 | [49](#)<br>(1 pg) | Order Temporarily Granting Motion To Appear pro hac vice (BNC-PDF) (Related Doc # [25](#) ) Signed on 4/25/2024 (JC) (Entered: 04/25/2024) |
| 04/25/2024 | [50](#)<br>(1 pg) | Order Granting Motion To Appear pro hac vice (BNC-PDF) (Related Doc # [27](#) ) Signed on 4/25/2024 (JC) (Entered: 04/25/2024) |
| 04/25/2024 | [51](#)<br>(6 pgs; 2 docs) | Motion to Appear pro hac vice *Alexander Rheaume* Filed by Creditor Silicon Valley Bank (Attachments: # [1](#) Exhibit Copy of receipt) (Lewis, Adam) (Entered: 04/25/2024) |
| 04/25/2024 | [52](#)<br>(6 pgs; 2 docs) | Motion to Appear pro hac vice *Alexander G. Severance* Filed by Creditor Silicon Valley Bank (Attachments: # [1](#) Exhibit Copy of receipt) (Lewis, Adam) (Entered: 04/25/2024) |
| 04/25/2024 | [53](#)<br>(12 pgs) | Supplemental -*[Supplemental Declaration Of Sankaet Pathak In Support Of Debtors Emergency Motion For Entry Of An Interim Order: (I) Authorizing The Debtor To Use Cash Collateral (Ii) Granting Adequate Protection; (Iii) Scheduling A Final Hearing; And (Iv) Granting Related Relief (POS Attached)]*- Filed by Debtor Synapse Financial Technologies, Inc.. (Kim, Monica) (Entered: 04/25/2024) |
| 04/25/2024 | [54](#)<br>(11 pgs) | Declaration re: *Supplemental Declaration of Sankaet Pathak In Support Of Bidding Procedures Motion and Sale Motion (with proof of service)* Filed by Debtor Synapse Financial Technologies, Inc.. (Meshefejian, Krikor) (Entered: 04/25/2024) |
| 04/25/2024 | [55](#)<br>(6 pgs) | BNC Certificate of Notice (RE: related document(s)[22](#) Meeting of Creditors Chapter 11 (Corporations or Partnerships) (309F1)) No. of Notices: 117. Notice Date 04/25/2024. (Admin.) (Entered: 04/25/2024) |
| 04/26/2024 | [56](#)<br>(72 pgs) | Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) , Schedule D Non-Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Non-Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Non-Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) Filed by Debtor Synapse Financial Technologies, Inc.. (Meshefejian, Krikor) (Entered: 04/26/2024) |
| 04/26/2024 | [57](#)<br>(1 pg) | Order Granting Motion To Appear pro hac vice (BNC-PDF) (Related Doc # [52](#) ) Signed on 4/26/2024 (JC) (Entered: 04/26/2024) |
| 04/26/2024 | [58](#)<br>(1 pg) | Order Granting Motion To Appear pro hac vice (BNC-PDF) (Related Doc # [51](#) ) Signed on 4/26/2024 (JC) (Entered: 04/26/2024) |
| 04/26/2024 | [59](#)<br>(3 pgs) | Notice of Appearance and Request for Notice / *Notice of Appearance and Request for Service* by Jeffrey C Krause Filed by Creditor Mercury Technologies, Inc.. (Krause, Jeffrey) (Entered: 04/26/2024) |
| 04/26/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [2](#) EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 04/29/2024 at 09:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for [2](#) , (PG) (Entered: 04/26/2024) |

EX A

| Date | Doc | Description |
|---|---|---|
| 04/26/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) 6 EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 04/29/2024 at 09:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 6 , (PG) (Entered: 04/26/2024) |
| 04/26/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) 9 EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 04/29/2024 at 09:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 9 , (PG) (Entered: 04/26/2024) |
| 04/26/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) 11 EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 04/29/2024 at 09:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for 11 , (PG) (Entered: 04/26/2024) |
| 04/26/2024 | 60 (30 pgs) | Interim Order: (I) Authorizing the Debtor to Use Cash Collateral; (II) Granting Adequate Protection; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief (BNC-PDF) (Related Doc # 2 ) Signed on 4/26/2024 (JC) (Entered: 04/26/2024) |
| 04/26/2024 | 61 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)33 Order on Motion to Appear pro hac vice (BNC-PDF)) No. of Notices: 1. Notice Date 04/26/2024. (Admin.) (Entered: 04/26/2024) |
| 04/27/2024 | 62 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)45 Order on Motion to Appear pro hac vice (BNC-PDF)) No. of Notices: 1. Notice Date 04/27/2024. (Admin.) (Entered: 04/27/2024) |
| 04/27/2024 | 63 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)46 Order on Motion to Appear pro hac vice (BNC-PDF)) No. of Notices: 1. Notice Date 04/27/2024. (Admin.) (Entered: 04/27/2024) |
| 04/27/2024 | 64 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)47 Order on Motion to Appear pro hac vice (BNC-PDF)) No. of Notices: 1. Notice Date 04/27/2024. (Admin.) (Entered: 04/27/2024) |
| 04/27/2024 | 65 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)49 Order on Motion to Appear pro hac vice (BNC-PDF)) No. of Notices: 1. Notice Date 04/27/2024. (Admin.) (Entered: 04/27/2024) |
| 04/27/2024 | 66 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)50 Order on Motion to Appear pro hac vice (BNC-PDF)) No. of Notices: 1. Notice Date 04/27/2024. (Admin.) (Entered: 04/27/2024) |
| 04/28/2024 | 67 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)57 Order on Motion to Appear pro hac vice (BNC-PDF)) No. of Notices: 1. Notice Date 04/28/2024. (Admin.) (Entered: 04/28/2024) |
| 04/28/2024 | 68 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)58 Order on Motion to Appear pro hac vice (BNC-PDF)) No. of Notices: 1. Notice Date 04/28/2024. (Admin.) (Entered: 04/28/2024) |

| | | |
|---|---|---|
| 04/28/2024 | [69](#)<br>(32 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[60](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 04/28/2024. (Admin.) (Entered: 04/28/2024) |
| 04/29/2024 | [70](#)<br>(2 pgs) | Request for courtesy Notice of Electronic Filing (NEF) *with Proof of Service* Filed by Farag, Michael. (Farag, Michael) (Entered: 04/29/2024) |
| 04/29/2024 | [71](#)<br>(2 pgs) | Request for courtesy Notice of Electronic Filing (NEF) *with Proof of Service* Filed by Krause, Jeffrey. (Krause, Jeffrey) (Entered: 04/29/2024) |
| 04/29/2024 | [72](#)<br>(46 pgs) | Statement *Submission Of Red-Lines Of: (1) Bid Procedures Order; (2) Auction And Sale Notice; And (3) Contract Assumption/Assignment And Cure Notice* Filed by Debtor Synapse Financial Technologies, Inc.. (Meshefejian, Krikor) (Entered: 04/29/2024) |
| 04/29/2024 | [73](#)<br>(47 pgs) | Notice of Hearing *Notice Of Hearing On Debtor's Emergency Motion For An Order (A) Approving Sale Of Substantially All Of The Debtors Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests; (B) Approving Of Debtors Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And Determining Cure Amounts; (C) Waiving The 14-Day Stay Periods Set Forth In Bankruptcy Rules 6004(h) And 6006(d); And (D) Granting Related Relief* Filed by Debtor Synapse Financial Technologies, Inc. (RE: related document(s)[8](#) Emergency motion *Debtor's Emergency Motion For An Order (A) Approving Sale Of Substantially All Of The Debtor's Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances; (B) Approving Assumption And Assignment Of Unexpired Leases And Executory Contracts And Determining Cure Amounts; (C) Waiving The 14-Day Stay Periods Of Bankruptcy Rules 6004(h) And 6006(d); And (D) Granting Related Relief* Filed by Debtor Synapse Financial Technologies, Inc.). (Meshefejian, Krikor) (Entered: 04/29/2024) |
| 04/29/2024 | [74](#)<br>(32 pgs) | Notice of Hearing *Notice Of: (1) Assumption And Assignment Executory Of Contracts Unexpired And Leases; (2) Establishment Of Cure Amounts In Connection Therewith; (3) Procedures And Deadlines Regarding Oppositions To Assumption And Assignment, And Cure Amounts; And (4) Hearing Thereon* Filed by Debtor Synapse Financial Technologies, Inc. (RE: related document(s)[8](#) Emergency motion *Debtor's Emergency Motion For An Order (A) Approving Sale Of Substantially All Of The Debtor's Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances; (B) Approving Assumption And Assignment Of Unexpired Leases And Executory Contracts And Determining Cure Amounts; (C) Waiving The 14-Day Stay Periods Of Bankruptcy Rules 6004(h) And 6006(d); And (D) Granting Related Relief* Filed by Debtor Synapse Financial Technologies, Inc.). (Meshefejian, Krikor) (Entered: 04/29/2024) |
| 04/29/2024 | [75](#)<br>(31 pgs) | Notice of Hearing *Notice Of Hearing On Debtor's Emergency Motion For Approval Of Compromise Of Controversy With Evolve Bank & Trust Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure* Filed by Debtor Synapse Financial Technologies, Inc. (RE: related document(s)[9](#) Emergency motion *Debtor's Emergency Motion For Approval Of Compromise Of Controversy With Evolve Bank & Trust Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure; Memorandum Of Points And Authorities* Filed by Debtor Synapse Financial Technologies, Inc.). (Meshefejian, Krikor) (Entered: 04/29/2024) |

EX A

| Date | Doc | Description |
|---|---|---|
| 04/29/2024 | [76](#)<br>(33 pgs) | Motion to Reject Lease or Executory Contract *Debtor's First Omnibus Motion For Entry Of An Order Authorizing Rejection Of Executory Contracts And Unexpired Leases; Memorandum Of Points And Authorities; Declaration Of Sankaet Pathak In Support* Filed by Debtor Synapse Financial Technologies, Inc. (Meshefejian, Krikor) (Entered: 04/29/2024) |
| 04/29/2024 | [77](#)<br>(24 pgs) | Notice of sale of estate property (LBR 6004-2) See Exhibit A (Sale Notice) Filed by Debtor Synapse Financial Technologies, Inc.. (Meshefejian, Krikor) (Entered: 04/29/2024) |
| 04/29/2024 | [78](#)<br>(19 pgs) | Proof of service *by Overnight Mail (Supplemental)* Filed by Debtor Synapse Financial Technologies, Inc. (RE: related document(s)[8](#) Emergency motion *Debtor's Emergency Motion For An Order (A) Approving Sale Of Substantially All Of The Debtor's Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances; (B) Approving Assumption And Assignment Of Unexpired Lea,* [9](#) Emergency motion *Debtor's Emergency Motion For Approval Of Compromise Of Controversy With Evolve Bank & Trust Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure; Memorandum Of Points And Authorities). (Meshefejian, Krikor)* (Entered: 04/29/2024) |
| 04/29/2024 | [79](#)<br>(33 pgs) | Supplemental -*[Submission Of Red- Lined Second Interim Order: (I) Authorizing The Debtor To Use Cash Collateral (Ii) Granting Adequate Protection; (Iii) Scheduling A Final Hearing; And (Iv) Granting Related Relief (POS Attached)]*- Filed by Debtor Synapse Financial Technologies, Inc.. (Kim, Monica) (Entered: 04/29/2024) |
| 04/29/2024 | 80 | Hearing Set (RE: related document(s)[8](#) Emergency motion filed by Debtor Synapse Financial Technologies, Inc.) The Hearing date is set for 5/9/2024 at 09:00 AM at Crtrm 303, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Martin R. Barash (PG) (Entered: 04/29/2024) |
| 04/29/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [9](#) EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 05/09/2024 at 09:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for [9](#) , (PG) (Entered: 04/29/2024) |
| 04/30/2024 | 81 | Hearing Set (RE: related document(s)[76](#) Motion to Reject Lease or Executory Contract filed by Debtor Synapse Financial Technologies, Inc.) The Hearing date is set for 5/9/2024 at 09:00 AM at Crtrm 303, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Martin R. Barash (PG) (Entered: 04/30/2024) |
| 04/30/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [2](#) EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 05/09/2024 at 09:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for [2](#) , (PG) (Entered: 04/30/2024) |
| 04/30/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [6](#) EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 05/09/2024 at 09:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for [6](#) , (PG) (Entered: 04/30/2024) |

EX. A

| | | |
|---|---|---|
| 04/30/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [9] EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 05/09/2024 at 09:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for [9] , (PG) (Entered: 04/30/2024) |
| 04/30/2024 | **82** (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Gottfried, Michael. (Gottfried, Michael) (Entered: 04/30/2024) |
| 05/01/2024 | **83** (3 pgs) | Order Granting Motion To Appear pro hac vice (BNC-PDF) (Related Doc # [25] ) Signed on 5/1/2024 (PG) (Entered: 05/01/2024) |
| 05/01/2024 | **84** (1 pg) | Request for Recording of Court Proceedings . Fee Amount $34, Filed by Creditors TabaPay Holdings LLC, TabaPay, Inc.. (Sargent, Brandy) (Entered: 05/01/2024) |
| 05/01/2024 | **85** (1 pg) | Request for Recording of Court Proceedings . Fee Amount $34, Filed by Creditors TabaPay Holdings LLC, TabaPay, Inc.. (Sargent, Brandy) (Entered: 05/01/2024) |
| 05/01/2024 | **86** (1 pg) | Request for Recording of Court Proceedings . Fee Amount $34, Filed by Creditors TabaPay Holdings LLC, TabaPay, Inc.. (Sargent, Brandy) (Entered: 05/01/2024) |
| 05/01/2024 | **87** (1 pg) | Request for Recording of Court Proceedings . Fee Amount $34, Filed by Creditors TabaPay Holdings LLC, TabaPay, Inc.. (Sargent, Brandy) (Entered: 05/01/2024) |
| 05/01/2024 | | Receipt of Request for Recording of Court Proceedings (fee)( 1:24-bk-10646-MB) [misc,rrcp] ( 34.00) Filing Fee. Receipt number A56805525. Fee amount 34.00. (re: Doc# [84]) (U.S. Treasury) (Entered: 05/01/2024) |
| 05/01/2024 | | Receipt of Request for Recording of Court Proceedings (fee)( 1:24-bk-10646-MB) [misc,rrcp] ( 34.00) Filing Fee. Receipt number A56805525. Fee amount 34.00. (re: Doc# [85]) (U.S. Treasury) (Entered: 05/01/2024) |
| 05/01/2024 | | Receipt of Request for Recording of Court Proceedings (fee)( 1:24-bk-10646-MB) [misc,rrcp] ( 34.00) Filing Fee. Receipt number A56805525. Fee amount 34.00. (re: Doc# [86]) (U.S. Treasury) (Entered: 05/01/2024) |
| 05/01/2024 | | Receipt of Request for Recording of Court Proceedings (fee)( 1:24-bk-10646-MB) [misc,rrcp] ( 34.00) Filing Fee. Receipt number A56805525. Fee amount 34.00. (re: Doc# [87]) (U.S. Treasury) (Entered: 05/01/2024) |
| 05/01/2024 | **88** (2 pgs) | Order Granting On An Interim Basis Debtor's Emergency Motion For Entry of An Order: (I) Authorizing The Continued Use of Its Cash Management System; (II) Authorizing The Maintenance Of Certain Pre-Petition Bank Accounts; And (III) Authorizing Banks To Release Administrative Holds And/Or Freezes On The Debtor's Pre-Petition Accounts. (BNC-PDF) (Related Doc # [6] ) Signed on 5/1/2024 (PG) (Entered: 05/01/2024) |
| 05/01/2024 | **89** (2 pgs) | Order Granting Debtor's Emergency Motion For Entry Of An Order Authorizing Debtor To Honor And/Or Pay Pre-Petition Wages, Salaries, Commissions, And Vacation, Leave And Other Benefits, Reimbursable Expenses, Payroll Taxes And Workers' Compensation Insurance Costs. |

EX A

| | | |
|---|---|---|
| | | (BNC-PDF) (Related Doc # 7) Signed on 5/1/2024 (PG) (Entered: 05/01/2024) |
| 05/01/2024 | 90 (32 pgs) | Second Interim Order: (I) Authorizing The Debtor To Use Cash Collateral (II) Granting Adequate Protection; (III) Scheduling A Final Hearing; And (IV) Granting Related Relief. (BNC-PDF) (Related Doc # 2 ) Signed on 5/1/2024 (PG) (Entered: 05/01/2024) |
| 05/01/2024 | 91 (4 pgs) | Notice of Appointment of Creditors' Committee Filed by United States Trustee. (Clementson, Russell) (Entered: 05/01/2024) |
| 05/01/2024 | 92 (39 pgs) | Order (A) Approving Bidding Procedures with Respect to the Transfer and Sale of Substantially All of the Debtor's Assets, (B) Approving Bidding Protections for the Stalking Horse Bidder, (C) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notices Related To the Auction and Sale, (E) Scheduling the Sale Hearing, and (F) Granting Related Relief (BNC-PDF) (Related Doc # 11 ) Signed on 5/1/2024 (JC) (Entered: 05/01/2024) |
| 05/02/2024 | 93 (1 pg) | Transcript Order Form, regarding Hearing Date 04/29/24 Filed by U.S. Trustee United States Trustee (SV) (RE: related document(s)11 Emergency motion *Debtor's Emergency Motion For An Order (A) Approving Bidding Procedures With Respect To The Transfer And Sale Of Substantially All Of The Debtor's Assets, (B) Approving Bidding Protections For The Stalking Horse Bidder, (C)). (Clementson, Russell) (Entered: 05/02/2024)* |
| 05/03/2024 | 94 (4 pgs) | Notice of Appearance and Request for Notice by Robert T. Honeywell Filed by Creditors TabaPay Holdings LLC, TabaPay, Inc.. (Honeywell, Robert) (Entered: 05/03/2024) |
| 05/03/2024 | 95 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 24-MB-06. RE Hearing Date: 04/29/2024, [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting, Telephone number 310-410-4151.] (RE: related document(s)93 Transcript Order Form (Public Request) filed by U.S. Trustee United States Trustee (SV)) (RT) (Entered: 05/03/2024) |
| 05/03/2024 | 96 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)83 Order on Motion to Appear pro hac vice (BNC-PDF)) No. of Notices: 1. Notice Date 05/03/2024. (Admin.) (Entered: 05/03/2024) |
| 05/03/2024 | 97 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)88 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 05/03/2024. (Admin.) (Entered: 05/03/2024) |
| 05/03/2024 | 98 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)89 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 05/03/2024. (Admin.) (Entered: 05/03/2024) |
| 05/03/2024 | 99 (34 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)90 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 05/03/2024. (Admin.) (Entered: 05/03/2024) |
| 05/03/2024 | 100 (41 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)92 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date |

| | | |
|---|---|---|
| | | 05/03/2024. (Arnae) (Entered: 05/03/2024) |
| 05/06/2024 | [101](#)<br>(3 pgs) | Notice of Appearance and Request for Notice by Andrew Michael Cummings Filed by Creditor Cigna Health and Life Insurance Company. (Cummings, Andrew) (Entered: 05/06/2024) |
| 05/06/2024 | [102](#)<br>(7 pgs; 2 docs) | Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule *(Jeffrey C. Wisler)* Filed by Creditor Cigna Health and Life Insurance Company (Attachments: # [1](#) Proposed Order) (Cummings, Andrew) (Entered: 05/06/2024) |
| 05/06/2024 | [103](#)<br>(17 pgs; 2 docs) | Objection (related document(s): [8](#) Emergency motion *Debtor's Emergency Motion For An Order (A) Approving Sale Of Substantially All Of The Debtor's Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances; (B) Approving Assumption And Assignment Of Unexpired Lea filed by Debtor Synapse Financial Technologies, Inc.,* [11](#) *Emergency motion Debtor's Emergency Motion For An Order (A) Approving Bidding Procedures With Respect To The Transfer And Sale Of Substantially All Of The Debtor's Assets, (B) Approving Bidding Protections For The Stalking Horse Bidder, (C) filed by Debtor Synapse Financial Technologies, Inc.,* [74](#) *Notice of Hearing (BK Case) filed by Debtor Synapse Financial Technologies, Inc.)* Filed by Creditor Cigna Health and Life Insurance Company (Attachments: # [1](#) *Declaration of Alexander Ladage)* (Cummings, Andrew) (Entered: 05/06/2024) |
| 05/06/2024 | [104](#)<br>(16 pgs; 2 docs) | Objection (related document(s): [76](#) Motion to Reject Lease or Executory Contract *Debtor's First Omnibus Motion For Entry Of An Order Authorizing Rejection Of Executory Contracts And Unexpired Leases; Memorandum Of Points And Authorities; Declaration Of Sankaet Pathak In Support* Filed by Creditor Cigna Health and Life Insurance Company (Attachments: # [1](#) Declaration of Alexander Ladage) (Cummings, Andrew) (Entered: 05/06/2024) |
| 05/06/2024 | [105](#)<br>(14 pgs) | Objection (related document(s): [8](#) Emergency motion *Debtor's Emergency Motion For An Order (A) Approving Sale Of Substantially All Of The Debtor's Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances; (B) Approving Assumption And Assignment Of Unexpired Lea filed by Debtor Synapse Financial Technologies, Inc.) (and Reservation of Rights)* Filed by Creditor American Bank, N.A. (Jurich, Lance) (Entered: 05/06/2024) |
| 05/06/2024 | [106](#)<br>(8 pgs) | Statement *of Evolve Bank & Trust in Support of Debtor's Emergency Motion for Approval of Compromise of Controversy with Evolve Bank & Trust Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure with Proof of Service (RE: related document(s)* [9](#) *Emergency motion Debtor's Emergency Motion For Approval Of Compromise Of Controversy With Evolve Bank & Trust Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure)* Filed by Interested Party Evolve Bank & Trust. (Poitras, David) (Entered: 05/06/2024) |
| 05/06/2024 | [107](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) -- *counsel to EarnUp, LLC and EarnUp, Inc.* -- Filed by Bovitz, J. (Bovitz, J) (Entered: 05/06/2024) |
| 05/06/2024 | [108](#)<br>(43 pgs) | Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) , Summary of Assets and Liabilities for Non-Individual (Official Form 106Sum or 206Sum) , Schedule A/B Non-Individual: Property (Official Form 106A/B or 206A/B) , Schedule H Non-Individual: |

| | | Chapter 11 Plan Individual (Official Form 206H or 206H) , Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) , List of Equity Security Holders , Statement of Corporate Ownership filed., Statement of Related Cases (LBR Form 1015-2.1) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) Filed by Debtor Synapse Financial Technologies, Inc.. (Meshefejian, Krikor) (Entered: 05/06/2024) |
|---|---|---|
| 05/07/2024 | [109](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Young, Beth Ann. (Young, Beth Ann) (Entered: 05/07/2024) |
| 05/07/2024 | [110](#)<br>(66 pgs) | Application to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. as General Bankruptcy Counsel *Application Of Chapter 11 Debtor To Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. As General Bankruptcy Counsel Pursuant To 11 U.S.C. §§ 327(a), 330, And 331; Declaration Of Ron Bender, Esq. In Support Thereof* Filed by Debtor Synapse Financial Technologies, Inc. (Bender, Ron) (Entered: 05/07/2024) |
| 05/07/2024 | [111](#)<br>(7 pgs) | Notice of motion/application *Notice Of Application Of Chapter 11 Debtor To Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. As General Bankruptcy Counsel Pursuant To 11 U.S.C. §§ 327(a), 330, And 331* Filed by Debtor Synapse Financial Technologies, Inc. (RE: related document(s)[110](#) Application to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. as General Bankruptcy Counsel *Application Of Chapter 11 Debtor To Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. As General Bankruptcy Counsel Pursuant To 11 U.S.C. §§ 327(a), 330, And 331; Declaration Of Ron Bender, Esq. In Support Thereof* Filed by Debtor Synapse Financial Technologies, Inc.). (Bender, Ron) (Entered: 05/07/2024) |
| 05/07/2024 | [112](#)<br>(50 pgs) | Opposition to (related document(s): [8](#) Emergency motion *Debtor's Emergency Motion For An Order (A) Approving Sale Of Substantially All Of The Debtor's Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances; (B) Approving Assumption And Assignment Of Unexpired Lea filed by Debtor Synapse Financial Technologies, Inc., [74](#) Notice of Hearing (BK Case) filed by Debtor Synapse Financial Technologies, Inc.) Limited Opposition To Debtors Emergency Motion For An Order (A) Approving Sale Of Substantially All Of The Debtors Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances; (B) Approving Assumption And Assignment Of Unexpired Leases And Executory Contracts And Determining Cure Amounts; (C) Waiving The 14-Day Stay Periods Of Bankruptcy Rules 6004(H) And 6006(D); And (D) Granting Related Relief; Declaration Of Adam Moelis* Filed by Creditor Yotta Technologies, Inc. (Gottfried, Michael) (Entered: 05/07/2024) |
| 05/07/2024 | [113](#)<br>(9 pgs) | Objection (related document(s): [8](#) Emergency motion *Debtor's Emergency Motion For An Order (A) Approving Sale Of Substantially All Of The Debtor's Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances; (B) Approving Assumption And Assignment Of Unexpired Lea filed by Debtor Synapse Financial Technologies, Inc.) -- EarnUp Inc.'s Limited Objection to Proposed Assumption and Assignment of Contract -- set for hearing at 9:00 a.m. on May 9, 2024 -- Filed by Creditor EarnUp inc. (Bovitz, J) (Entered: 05/07/2024)* |
| 05/07/2024 | [114](#)<br>(61 pgs) | Declaration re: -- *Declaration of Aileen F. Casanave in Support of EarnUp Inc.'s Limited Objection to Proposed Assumption and Assignment of Contract -- set for hearing at 9:00 a.m. on May 9, 2024* -- Filed by Creditor EarnUp inc. (RE: related document(s)[8](#) Emergency motion *Debtor's Emergency Motion For An Order (A) Approving Sale Of* |

| | | |
|---|---|---|
| | | *tially All Of The Debtor's Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances; (B) Approving Assumption And Assignment Of Unexpired Lea). (Bovitz, J) (Entered: 05/07/2024)* |
| 05/07/2024 | [115](#)<br>(3 pgs) | Creditor Request for Notices Filed by Creditor Capital J Inc. d/b/a Juno. (Guenther, Ralph) (Entered: 05/07/2024) |
| 05/07/2024 | [116](#)<br>(16 pgs) | Opposition to (related document(s): [8](#) Emergency motion *Debtor's Emergency Motion For An Order (A) Approving Sale Of Substantially All Of The Debtor's Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances; (B) Approving Assumption And Assignment Of Unexpired Lea filed by Debtor Synapse Financial Technologies, Inc.,* [9](#) *Emergency motion Debtor's Emergency Motion For Approval Of Compromise Of Controversy With Evolve Bank & Trust Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure; Memorandum Of Points And Authorities filed by Debtor Synapse Financial Technologies, Inc.,* [76](#) *Motion to Reject Lease or Executory Contract Debtor's First Omnibus Motion For Entry Of An Order Authorizing Rejection Of Executory Contracts And Unexpired Leases; Memorandum Of Points And Authorities; Declaration Of Sankaet Pathak In Support* Filed by Creditor Lineage Bank (Glassman, Paul) (Entered: 05/07/2024) |
| 05/07/2024 | [117](#)<br>(170 pgs) | Opposition to (related document(s): [8](#) Emergency motion *Debtor's Emergency Motion For An Order (A) Approving Sale Of Substantially All Of The Debtor's Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances; (B) Approving Assumption And Assignment Of Unexpired Lea filed by Debtor Synapse Financial Technologies, Inc.,* [76](#) *Motion to Reject Lease or Executory Contract Debtor's First Omnibus Motion For Entry Of An Order Authorizing Rejection Of Executory Contracts And Unexpired Leases; Memorandum Of Points And Authorities; Declaration Of Sankaet Pathak In Support* Filed by Creditor Lineage Bank (Glassman, Paul) (Entered: 05/07/2024) |
| 05/07/2024 | [118](#)<br>(6 pgs) | Notice of Appearance and Request for Notice *Notice of Appearance and Request for Service by Lineage Bank* by Paul R. Glassman Filed by Creditor Lineage Bank. (Glassman, Paul) (Entered: 05/07/2024) |
| 05/07/2024 | [119](#)<br>(4 pgs) | Request for courtesy Notice of Electronic Filing (NEF) *Request Courtesy Notification of Electronic Filing (Nef) - Paul Glassman* Filed by Glassman, Paul. (Glassman, Paul) (Entered: 05/07/2024) |
| 05/07/2024 | [120](#)<br>(4 pgs) | Request for courtesy Notice of Electronic Filing (NEF) *Request Courtesy Notification Of Electronic Filing (Nef) - Fred Neufeld* Filed by Neufeld, Fred. (Neufeld, Fred) (Entered: 05/07/2024) |
| 05/07/2024 | [121](#)<br>(8 pgs) | Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule *Application of Non-Resident Attorney to Appear in a Specific Case [LBR 2090-1(b)] Chris Glenos* Filed by Creditor Lineage Bank (Glassman, Paul) (Entered: 05/07/2024) |
| 05/07/2024 | [122](#)<br>(6 pgs) | Notice of lodgment *Notice of Lodgment of (Proposed) Order on Application of Non-Resident Attorney to Appear in a Specific Case [LBR 2090-1(b)] Chris Glenos* Filed by Creditor Lineage Bank (RE: related document(s)[121](#) Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule *Application of Non-Resident Attorney to Appear in a Specific Case [LBR 2090-1(b)] Chris Glenos* Filed by Creditor Lineage Bank). (Glassman, Paul) (Entered: 05/07/2024) |

EX A

0025

| 05/08/2024 | [123](1 pg) | Order on Application of Non-Resident Attorney to Appear in a Specific Case (BNC-PDF) (Related Doc # [102] ) Signed on 5/8/2024 (JC) (Entered: 05/08/2024) |
|---|---|---|
| 05/08/2024 | [124](2 pgs) | Order on Application of Non-Resident Attorney to Appear in a Specific Case (BNC-PDF) (Related Doc # [121] ) Signed on 5/8/2024 (JC) (Entered: 05/08/2024) |
| 05/08/2024 | [125](22 pgs) | Creditor's Written Opposition to the Cure Amount in Debtor's Contracts and Leases Schedule, Filed by Creditor Unit21, Inc. (JC) (Entered: 05/08/2024) |
| 05/08/2024 | [126](8 pgs) | Notice *Notice Regarding Executory Contracts And Unexpired Leases To Be Assumed And Assigned To TabaPay Holdings LLC* Filed by Debtor Synapse Financial Technologies, Inc. (RE: related document)[8] Emergency motion *Debtor's Emergency Motion For An Order (A) Approving Sale Of Substantially All Of The Debtor's Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances; (B) Approving Assumption And Assignment Of Unexpired Leases And Executory Contracts And Determining Cure Amounts; (C) Waiving The 14-Day Stay Periods Of Bankruptcy Rules 6004(h) And 6006(d); And (D) Granting Related Relief* Filed by Debtor Synapse Financial Technologies, Inc.). (Meshefejian, Krikor) (Entered: 05/08/2024) |
| 05/08/2024 | [127](8 pgs) | Reply to (related document(s): [103] Objection filed by Creditor Cigna Health and Life Insurance Company, [104] Objection filed by Creditor Cigna Health and Life Insurance Company, [105] Objection filed by Creditor American Bank, N.A., [112] Opposition filed by Creditor Yotta Technologies, Inc., [113] Objection filed by Creditor EarnUp inc., [114] Declaration filed by Creditor EarnUp inc., [116] Opposition filed by Creditor Lineage Bank, [117] Opposition filed by Creditor Lineage Bank) *Omnibus Reply To Oppositions to Sale Motion, Assumption And Assignment Of Contracts And Leases, Rejection Of Contracts And Leases, And Settlement Motion* Filed by Debtor Synapse Financial Technologies, Inc. (Meshefejian, Krikor) (Entered: 05/08/2024) |
| 05/08/2024 | [128](6 pgs) | Notice of Appearance and Request for Notice *by Official Committee of Unsecured Creditors with Proof of Service* by Zev Shechtman Filed by Creditor Committee Official Committee of Unsecured Creditors of Synapse Financial Technologies, Inc.. (Shechtman, Zev) (Entered: 05/08/2024) |
| 05/08/2024 | [129](8 pgs) | Objection (related document(s): [8] Emergency motion *Debtor's Emergency Motion For An Order (A) Approving Sale Of Substantially All Of The Debtor's Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances; (B) Approving Assumption And Assignment Of Unexpired Lea* filed by Debtor Synapse Financial Technologies, Inc.) *LIMITED OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS with Proof of Service* Filed by Creditor Committee Official Committee of Unsecured Creditors of Synapse Financial Technologies, Inc. (Shechtman, Zev) (Entered: 05/08/2024) |
| 05/09/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [8] EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 05/13/2024 at 02:30 PM 21041 Burbank Blvd Woodland Hills, CA 91367 for [8] , (JC) (Entered: 05/09/2024) |

EX A

| 05/09/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [9](#) EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 05/13/2024 at 02:30 PM 21041 Burbank Blvd Woodland Hills, CA 91367 for [9](#) , (JC) (Entered: 05/09/2024) |
| --- | --- | --- |
| 05/09/2024 | 130 | Hearing Held 5/9/24 - RULING: Debtor is authorized to reject all executory contracts and unexpired leases, with the effective date of rejection of 5/9/24. (RE: related document(s)[76](#) Motion to Reject Lease or Executory Contract filed by Debtor Synapse Financial Technologies, Inc.) (JC) (Entered: 05/09/2024) |
| 05/09/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [6](#) EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 05/13/2024 at 02:30 PM 21041 Burbank Blvd Woodland Hills, CA 91367 for [6](#) , (JC) (Entered: 05/09/2024) |
| 05/09/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [2](#) EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 05/13/2024 at 02:30 PM 21041 Burbank Blvd Woodland Hills, CA 91367 for [2](#) , (JC) (Entered: 05/09/2024) |
| 05/09/2024 | 131 | Transcript regarding Hearing Held 04/29/24 RE: STATUS CONFERENCE RE: DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER: (I) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION; (III) SCHEDULING A FINAL HEARING; AND (IV) GRANTING RELATED RELIEF STATUS CONFERENCE RE: DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER: (I) AUTHORIZING THE CONTINUED USE OF ITS CASH MANAGEMENT SYSTEM; (II) AUTHORIZING THE MAINTENANCE OF CERTAIN PRE-PETITION BANK ACCOUNTS; AND (III) AUTHORIZING BANKS TO RELEASE ADMINISTRATIVE HOLDS AND/OR FREEZES ON THE DEBTOR'S PRE-PETITION ACCOUNTS STATUS CONFERENCE RE: DEBTOR'S EMERGENCY MOTION APPROVAL OF COMPROMISE OF CONTROVERSY WITH EVOLVE BANK & TRUST PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE. Remote electronic access to the transcript is restricted until 08/7/2024. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 5/16/2024. Redaction Request Due By 05/30/2024. Redacted Transcript Submission Due By 06/10/2024. Transcript access will be restricted through 08/7/2024. (Steinhauer, Holly) (Entered: 05/09/2024) |
| 05/09/2024 | [132](#) (6 pgs; 2 docs) | Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule *2090-1(b) with Proof of Service* Filed by Interested Party Evolve Bank & Trust (Attachments: # [1](#) Proposed Order) (Poitras, David) (Entered: 05/09/2024) |
| 05/09/2024 | [133](#) (1 pg) | Order Granting application of non-resident attorney to appear in a specific case per Local Bankruptcy rule (BNC-PDF) (Related Doc # [132](#) ) Signed |

| | | |
|---|---|---|
| 05/10/2024 | [134](3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[123] Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 05/10/2024. (Admin.) (Entered: 05/10/2024) |
| 05/10/2024 | [135](4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[124] Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 05/10/2024. (Admin.) (Entered: 05/10/2024) |
| 05/11/2024 | [136](3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[133] ORDER on application of non-resident attorney to appear in a specific case per Local Bankruptcy rule (BNC-PDF)) No. of Notices: 1. Notice Date 05/11/2024. (Admin.) (Entered: 05/11/2024) |
| 05/13/2024 | [137](15 pgs) | Emergency motion *Of Evolve Bank & Trust (Evolve) For An Order Directing The Debtor To Restore Evolves Access To The Debtors Dashboard System; Or, Alternatively, Authorizing Evolve To Close All Of The Debtors Demand Deposit Accounts At Evolve Associated With Debtors Programs; Declaration Of W. Christopher Staab In Support Thereof* Filed by Interested Party Evolve Bank & Trust (Poitras, David) (Entered: 05/13/2024) |
| 05/13/2024 | [138](7 pgs) | Notice *of [Potential] Hearing* Filed by Interested Party Evolve Bank & Trust (RE: related document(s)[137] Emergency motion *Of Evolve Bank & Trust (Evolve) For An Order Directing The Debtor To Restore Evolves Access To The Debtors Dashboard System; Or, Alternatively, Authorizing Evolve To Close All Of The Debtors Demand Deposit Accounts At Evolve Associated With Debtors Programs; Declaration Of W. Christopher Staab In Support Thereof* Filed by Interested Party Evolve Bank & Trust). (Poitras, David) (Entered: 05/13/2024) |
| 05/13/2024 | [139](2 pgs) | Order Setting Hearing On Emergency Motion of Evolve Bank & Trust ("Evolve") For An Order Directing The Debtor To Restore Evolve's Access To The Debtor's Dashboard System; Or, Alternatively, Authorizing Evolve To Close All of the Debtor's Demand Deposit Accounts At Evolve Associated With Debtor's Programs. (BNC-PDF) (Related Doc # [137] ) Signed on 5/13/2024 (PG) (Entered: 05/13/2024) |
| 05/13/2024 | 140 | Hearing Set (RE: related document(s)[137] Emergency motion filed by Interested Party Evolve Bank & Trust) The Hearing date is set for 5/13/2024 at 02:30 PM at Crtrm 303, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Martin R. Barash (PG) (Entered: 05/13/2024) |
| 05/13/2024 | [141](5 pgs) | Declaration re: *of Jennifer Warner regarding Telephonic Notice of Hearing on Emergency Motion* Filed by Interested Party Evolve Bank & Trust (RE: related document(s)[137] Emergency motion *Of Evolve Bank & Trust (Evolve) For An Order Directing The Debtor To Restore Evolves Access To The Debtors Dashboard System; Or, Alternatively, Authorizing Evolve To Close All Of The Debtors Demand Deposit Accounts At Evolve Associat).* (Poitras, David) (Entered: 05/13/2024)* |
| 05/13/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [8] EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 05/14/2024 at 01:00 |

| | | |
|---|---|---|
| | | Burbank Blvd Woodland Hills, CA 91367 for [8](#) , (PG) (Entered: 05/13/2024) |
| 05/13/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [6](#) EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 05/14/2024 at 01:00 PM 21041 Burbank Blvd Woodland Hills, CA 91367 for [6](#) , (PG) (Entered: 05/13/2024) |
| 05/13/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [2](#) EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 05/14/2024 at 01:00 PM 21041 Burbank Blvd Woodland Hills, CA 91367 for [2](#) , (PG) (Entered: 05/13/2024) |
| 05/13/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [137](#) EMERGENCY MOTION filed by Evolve Bank & Trust) Hearing to be held on 05/14/2024 at 01:00 PM 21041 Burbank Blvd Woodland Hills, CA 91367 for [137](#) , (PG) (Entered: 05/13/2024) |
| 05/13/2024 | [142](#) (5 pgs) | Notice of Hearing *Notice of Continuance of Hearings on Debtor's Motions Regarding Use of Cash Collateral, Use of Cash Management System, and Sale of Assets* Filed by Debtor Synapse Financial Technologies, Inc.. (Meshefejian, Krikor) (Entered: 05/13/2024) |
| 05/14/2024 | [143](#) (4 pgs) | Voluntary Dismissal of Motion *Notice Of Withdrawal Of Debtor's Emergency Motion For Approval Of Compromise Of Controversy With Evolve Bank & Trust Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure* Filed by Debtor Synapse Financial Technologies, Inc. (RE: related document(s)[9](#) Emergency motion *Debtor's Emergency Motion For Approval Of Compromise Of Controversy With Evolve Bank & Trust Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure; Memorandum Of Points And Authorities*). (Meshefejian, Krikor) (Entered: 05/14/2024) |
| 05/14/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [8](#) EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 05/17/2024 at 09:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for [8](#) , (PG) (Entered: 05/14/2024) |
| 05/14/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [6](#) EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 05/17/2024 at 09:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for [6](#) , (PG) (Entered: 05/14/2024) |
| 05/14/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [137](#) EMERGENCY MOTION filed by Evolve Bank & Trust) Hearing to be held on 05/17/2024 at 09:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for [137](#) , (PG) (Entered: 05/14/2024) |
| 05/14/2024 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) [2](#) EMERGENCY MOTION filed by Synapse Financial Technologies, Inc.) Hearing to be held on 05/17/2024 at 09:00 AM 21041 Burbank Blvd Woodland Hills, CA 91367 for [2](#) , (PG) (Entered: 05/14/2024) |

| 05/14/2024 | 144 (4 pgs) | Notice of Appearance and Request for Notice by Paul M Rosenblatt Filed by Creditor TClub Inc.. (Rosenblatt, Paul) (Entered: 05/14/2024) |
| 05/15/2024 | 145 (5 pgs) | Notice of Appearance and Request for Notice by Rudy J Cerone Filed by Creditor SoLo Funds, Inc.. (Cerone, Rudy) (Entered: 05/15/2024) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/15/2024 09:27:12 | | | |
| **PACER Login:** | russclem | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-bk-10646-MB Fil or Ent: filed From: 2/15/2024 To: 5/15/2024 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 17 | **Cost:** | 1.70 |

EX A

0030

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

915 Wilshire Blvd., Ste 1850, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF MOTION AND MOTION TO CONVERT CASE UNDER 11 U.S.C.  § 1112(b) OR, IN THE ALTERNATIVE, TO ORDER THE APPOINTMENT OF A CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/15/2024_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

n/a

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 05/15/2024_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

To be filed separately.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/15/2024 | Russell Clementson | /s/Russell Clementson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

## <u>SERVICE LIST CONTINUED</u>

### <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>

- **Ron Bender**   rb@lnbyg.com
- **J Scott Bovitz**   bovitz@bovitz-spitzer.com
- **Rudy J Cerone**   rcerone@mcglinchey.com,
  lgraff@mcglinchey.com;jingargiola@mcglinchey.com
- **Russell Clementson**   russell.clementson@usdoj.gov
- **Andrew Michael Cummings**   andrew.cummings@hklaw.com,
  philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
- **Michael G. Farag**   mfarag@gibsondunn.com
- **Paul R. Glassman**   pglassman@stradlinglaw.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com,
  cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Steven T Gubner**   sgubner@bg.law, ecf@bg.law
- **Ralph P Guenther**   rguenther@guentherlawgroup.com
- **Robert T. Honeywell**   robert.honeywell@klgates.com
- **Lance N Jurich**   ljurich@loeb.com,
  pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- **Monica Y Kim**   myk@lnbyg.com, myk@ecf.inforuptcy.com
- **Jeffrey C Krause**   jkrause@gibsondunn.com,
  dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Adam A Lewis**   alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Fred Neufeld**   fneufeld@sycr.com, tingman@sycr.com
- **David M Poitras**   dpoitras@bg.law
- **Paul M Rosenblatt**   prosenblatt@kilpatricktownsend.com,
  moroberts@ktslaw.com
- **Brandy A Sargent**   brandy.sargent@klgates.com,
  litigation.docketing@klgates.com;janna.leasy@klgates.com
- **Zev Shechtman**   Zev.Shechtman@saul.com,
  zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **Jason D Strabo**   jstrabo@mwe.com, jbishopjones@mwe.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Jeffrey C Wisler**   jwisler@connollygallagher.com,
  dperkins@connollygallagher.com
- **Beth Ann R. Young**   bry@lnbyg.com, bry@lnbyb.com