**FILED**
MAY 20 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

**ENTERED**
MAY 20 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

In re:

SYNAPSE FINANCIAL TECHNOLOGIES, INC.,

Debtor.

Case No.: 1:24-bk-10646-MB

Chapter 11

**NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO**

    Federal Rule of Bankruptcy Procedure 9003(a) provides: "Except as otherwise permitted by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee of a party in interest shall refrain from ex parte meetings and communications with the Court concerning matters affecting a particular case or proceeding." The Court received the attached ex parte communication from a party in interest in the above-captioned case. Any other party in interest that wishes to respond to this communication should do so no later than 7 days after the date of this notice by filing with the Court and serving on appropriate parties a written response with the Court.

    Parties in interest are reminded that they are prohibited from communicating directly with the judge regarding this case. Any communication must be filed with the clerk of the Court and entered on the docket for this case.

### #

5/20/2024                                             *[signature: Martin R. Barash]*

**Martin Barash**

**From:** Deborah Porton
**Sent:** Monday, May 20, 2024 11:07 AM
**To:** Martin Barash
**Subject:** Synapse Wind Down

**CAUTION - EXTERNAL:**

Hello Judge Barash,

My name is Deborah Porton. I am a current employee of Synapse Financial Technologies Inc (a debtor in your bankruptcy court). I wanted to bring to your attention, that Synapse has made no attempt to reach out to any of our platforms (our Fintech customers) or their end-users. From my understanding, the additional time you granted Synapse to operate was to give us time to put into place an orderly wind down process. To date, there is no process in place and as I indicated already, no communication other than what has been reported publicly. Our platforms and their users continue to operate normally. If something isn't done and pretty much immediately, when the deadline hits on Friday, any Synapse platform and their end-users are going to be left high and dry. I find that unacceptable in the extreme.

I'm not sure if there is anything you can do but I wanted to bring this to your attention. As a compliance professional, I would hate to see the Fintech's I helped to support and their end-users left high and dry with no access to withdraw their funds. This isn't right!

Thank you,

Deborah R. Porton CAMS, FCI

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO attached hereto was served either by Notice of Electronic Filing ("NEF"), by U.S. Mail, or by electronic mail (email) as indicated below, to the following parties on May 20, 2024

### NEF Notice of Electronic Filing List:

### SERVED VIA U.S. MAIL:

### SERVED VIA EMAIL:

**Deborah Porton served at the personal email address provided**

*/s/ Julie Cetulio*

Deputy Clerk