**FILED**
MAY 21 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

**ENTERED**
MAY 21 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No.: 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO** |

1  Federal Rule of Bankruptcy Procedure 9003(a) provides: "Except as otherwise permitted by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee of a party in interest shall refrain from ex parte meetings and communications with the Court concerning matters affecting a particular case or proceeding." The Court received the attached ex parte communication from a party in interest in the above-captioned case. Any other party in interest that wishes to respond to this communication should do so no later than 7 days after the date of this notice by filing with the Court and serving on appropriate parties a written response with the Court.

Parties in interest are reminded that they are prohibited from communicating directly with the judge regarding this case. Any communication must be filed with the clerk of the Court and entered on the docket for this case.

###

5/21/2024                    Martin R. Barash

| | |
|---|---|
| **From:** | Chris Slaughter <> |
| **Sent:** | Monday, May 20, 2024 7:11 AM |
| **To:** | CACBdb_MBarash |
| **Subject:** | Re: Synapse Bankruptcy |

**CAUTION - EXTERNAL:**

Another problem no one appearing before you is mentioning is that Evolve is not a payment processor. They have no means to return the money to millions of people quickly. TabaPay was going to do that, but they backed out after Evolve got greedy about liability for the money Sankaet lost and doesn't want anyone to know about.

None of the banks can actually read the records Sankaet will export. Evolve has been pretending to read them for years. Synapse's bankruptcy lawyer is using this as leverage to keep the current management team in control, betraying their view of end users has hostages.

I'm a systems engineer that made a copy of Synapse's systems to prove their crime. You could just appoint a Trustee with a plan to hire me to unravel their records. Then ORDER Synapse to produce an unencrypted copy of their database.


Chris Slaughter
Ph:


On Mon, May 20, 2024 at 8:35 AM Chris Slaughter <> wrote:
Judge Barash,

I am a federal whistleblower who reported wrongdoing by Evolve and Synapse in August 2022.

All parties appearing before you are trying to deceive you. The brokerage accounts were never legally opened. Evolve is trying to get your permission to close a small fraction of accounts so they have a leg to stand on to say they are not liable for millions of accounts remaining. Arkansas may be corruptly siding with Evolve's position.

Synapse knows about a large hole in the funds and is attempting to ensure the banks don't get a complete reconciliation. Sankaet has a history of embezzlement which is the likely reason he wants to move money without AML supervision. I caught him embezzling $12m and there is a FinCEN investigation he's under.

Both Evolve and Synapse are jointly invested in running the clock because they were jointly engaged in a fraud where they claimed to end users that the end users were opening DDA accounts hosted at Evolve, but they were actually opening accounts in an Evolve FBO managed exclusively by Synapse.

The fintech companies also never lawfully transferred the obligations to the brokerage account because they were required to obtain affirmative consent from users pursuant to truth in savings and new CFPB rules that are in effect. The Fed appears to have hinted at this by mentioning "consumer protection" laws that they will hold Evolve to.

The central issue at Synapse with the ledgers is that they are materially defective and incapable of producing accurate balances. I provided conclusive proof of this to Evolve and the Federal Reserve Board in 2022.

The Federal Reserve can't intervene because Sankaet is holding the customer records hostage. Evolve needs to have copies for the regulatory hammer to fall. I can help explain what needs to happen to trick Sankaet into giving up his ransom.

Let me know if you would like a call to discuss.


Chris Slaughter
Ph:

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

2

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO attached hereto was served either by Notice of Electronic Filing ("NEF"), by U.S. Mail, or by electronic mail (email) as indicated below, to the following parties on May 21, 2024

### NEF Notice of Electronic Filing List:

### SERVED VIA U.S. MAIL:

### SERVED VIA EMAIL:

**Chris Slaughter served at the personal email address provided**

*/s/ Julie Cetulio*

Deputy Clerk