

**FILED**
**MAY 21 2024**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No.: 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**HEARING APPEARANCES REPORT**<br><br><u>Hearing</u><br>Date: May 14, 2024<br>Time: 1:00 p.m.<br>Ctrm: 303<br>    United States Bankruptcy Court<br>    Central District of California<br>    21041 Burbank Boulevard<br>    Woodland Hills, CA 91367<br><br>Parties appeared by Zoom.Gov audio and video only |

|   | A First Name | B Last Name | F Your Law Firm (For Attorneys) | G Party You Represent | J Addressed The Court |
|---|---|---|---|---|---|
| 2 | Alex | Rheaume | Morrison & Foerster LLP | First-Citizens Bank & Trust Company | X |
| 3 | Beth | Young | Levene, Neale, Bender, Yoo & Golubchik | Debtor, Synapse | X |
| 4 | Caroline | Stapleton | Orrick Herrington & Sutcliffe LLP | Evolve Bank & Trust | X |
| 5 | Darren | Azman | McDermott Will & Emery | TriplePoint Capital | X |
| 6 | David | Poitras | BG Law LLP | Evolve | X |
| 7 | Monica | Kim | Levene, Neale, Bender, Yoo & Golubchik | Debtor | X |
| 8 | RON | BENDER | LEVENE, NEALE, BENDER, YOO & | DEBTOR, SYNAPSE FINANCIAL TECHNOLOGIES, INC. | X |
| 9 | Russ | Clementson | Office of the United States Trustee | United States Trustee | X |
| 10 | tracey | guerin |  | synapse | X |
| 11 | Michael | Gottfried | Elkins Kalt | Yotta Technologies | X |
| 12 | A | S |  | YS |  |
| 13 | Aaron | Strain |  | None |  |
| 14 | Adam | Moelis |  | Yotta |  |
| 15 | Adam | Goldberg | Latham & Watkins LLP | Party in interest |  |
| 16 | Adhish | Thite |  | Synapse |  |
| 17 | Alan | Silbert |  | INX |  |
| 18 | Alex | Adams |  | Evolve |  |
| 19 | Alex | Gerson |  | Employee of Yotta Technologies Inc |  |
| 20 | Alex | Constantino |  | General Listener |  |
| 21 | Alexander | Berk | Barack Ferrazzano Kirschbaum & Nagelberg | American Bank N.A. |  |
| 22 | Alexander | Severance | Morrison & Foerster LLP | First-Citizens |  |
| 23 | Allen | Yordy |  | Myself |  |
| 24 | Andre | Herrera |  | CapitalJ Inc |  |
| 25 | Anil | Punjabi |  | TClub Inc |  |
| 26 | Ashley | McDonnell |  | Synapse Observer |  |
| 27 | Audrey | Jones |  | DishOut |  |
| 28 | Aurimas | Rimkus |  | Synapse |  |
| 29 | Ben | Doyle |  | Yotta Technologies |  |
| 30 | Benjamin | Waisbren | Boies Schiller Flexner LLP | Creditors' Committee |  |
| 31 | Braian | Bressan |  | Synapse |  |
| 32 | Brayan | Lopez |  | Brayan Lopez |  |
| 33 | Carlos | Castillo | N/A | Evolve Bank & Trust |  |
| 34 | Celeste | Ferber |  | Mercury Technologies |  |
| 35 | Charlie | Deutsch |  | NA |  |
| 36 | Chris | Glenos | Bradley Arant Boult Cummings LLP | Lineage Bank |  |
| 37 | Chris | Crawley |  | DishOut |  |
| 38 | Claude | Elivert |  | Synapse |  |
| 39 | Colin | Smith | None | Myself |  |
| 40 | Connor | Effenberger |  | Myself |  |
| 41 | Danielle | Barav-Johnson | Kilpatrick Townsend & Stockton LLP | TClub Inc. |  |
| 42 | David | Greene |  | Evolve |  |
| 43 | David | Berkowitz |  | IDT |  |
| 44 | Davis | Klabo | Latham & Watkins LLP | DolarApp Inc. |  |
| 45 | Delveonte | Charleston |  | Grid Money |  |
| 46 | Doug | Dvorak |  | Upright dba FTF |  |
| 47 | Douglas J | Hurst |  | Synapse |  |
| 48 | ELAN | LEVEY | USAO | FEDERAL GOVERNMENT |  |
| 49 | Emily | Mason |  | Forbes |  |
| 50 | Felipe | Penna |  | none |  |
| 51 | first | last |  | fintech |  |
| 52 | Fred | Neufeld | Stradling Yocca | Lineage Bank |  |
| 53 | Georgina | Richardson | NA | Yotta Customer |  |
| 54 | Glenn | Glazer |  | Self |  |
| 55 | Guy | Gandenberger |  | Synapse |  |
| 56 | Howard | Steel | Goodwin | Yieldstreet |  |
| 57 | Hrishi | Dixit |  | Yieldstreet |  |
| 58 | Hussain | Aljadani |  | N/A |  |
| 59 | Ian | Schworer |  | TriplePoint Capital |  |
| 60 | Jack | Doan |  | Self |  |
| 61 | Jake | Jumbeck | McDermott Will & Emery LLP | TriplePoint Capital LLC |  |
| 62 | Jalil | Halloway |  | Jalil Halloway |  |
| 63 | James | Martin |  | Self |  |
| 64 | Jay | Tuli |  | ZSuite |  |
| 65 | Jeff | Krause | Gibson dunn | Mercury Technology |  |
| 66 | Jeff | Dickinson |  | myself |  |
| 67 | Jeff | Vanlandingham |  | ZSuite |  |
| 68 | Jefffrey | Wisler | Connolly Gallagher LLP | Cigna Health and Life Insurance Company |  |

|    | A          | B            | F                                        | G                                                              | J |
|----|------------|--------------|------------------------------------------|----------------------------------------------------------------|---|
| 69 | Jennifer   | Pucher       | Pucher Law Inc                           | Hofs Hut Restaurants Inc                                       |   |
| 70 | Jillana    | Downing      |                                          | employee of synapse                                            |   |
| 71 | John       | Doe          |                                          | Myself                                                         |   |
| 72 | John       | Hermann      |                                          | self                                                           |   |
| 73 | John       | Thormson     |                                          | Self                                                           |   |
| 74 | Jordan     | Carey        |                                          | Juno Users                                                     |   |
| 75 | joshua     | Zumbuehl     |                                          | Myself                                                         |   |
| 76 | Juan Pablo | Jaramillo    |                                          | Former Employee                                                |   |
| 77 | kathleen   | fitzpatrick  |                                          | myself                                                         |   |
| 78 | Kathleen   | Utecht       |                                          | Self                                                           |   |
| 79 | Kayla      | Moore        |                                          | Neither                                                        |   |
| 80 | Kevin      | Thorne       |                                          | TriplePoint Capital                                            |   |
| 81 | Kirtish    | Parekh       |                                          | Synapse                                                        |   |
| 82 | Krikor     | Meshefejian  | Levene, Neale, Bender, Yoo & Golubchik   | Synapse Financial Technologies, Inc., Chapter 11 Debtor in     |   |
| 83 | Lai        | Cheung       |                                          | Synapse - Debtor                                               |   |
| 84 | Marc       | Brandenburg  |                                          | Evolve                                                         |   |
| 85 | mario      | almeida      |                                          | .                                                              |   |
| 86 | Mark       | DiCamillo    |                                          | Mbanq                                                          |   |
| 87 | Meg        | M            |                                          | none                                                           |   |
| 88 | Megan      | P            |                                          | Triple 2                                                       |   |
| 89 | Meredith   | Mitnick      | Goodwin Procter                          | interested party                                               |   |
| 90 | Micah      | Brafford     |                                          | Synapse                                                        |   |
| 91 | Michael    | Farag        | Gibson, Dunn & Crutcher LLP              | Mercury Technologies, Inc.                                     |   |
| 92 | Michael    | W            |                                          | Customer                                                       |   |
| 93 | Mike       | Rosen        |                                          | Synapse                                                        |   |
| 94 | Mitos      | Diaz         |                                          | SynapseFi                                                      |   |
| 95 | Nathan     | Weiner       |                                          | PRG Ventures                                                   |   |
| 96 | Nishkaam   | Mehta        |                                          | Abound                                                         |   |
| 97 | Observer   | (Hatfield)   |                                          | Hatfield                                                       |   |
| 98 | Olivia     | Osbourn      |                                          | Curacubby                                                      |   |
| 99 | Pam        | Wismer       |                                          | Synapse                                                        |   |
| 100| Patty      | Garcia       |                                          | USBC                                                           |   |
| 101| Paul       | Jimenez      |                                          | myself                                                         |   |
| 102| Praveen    | Observer     |                                          | na                                                             |   |
| 103| Ramona     | Murphy-Adair |                                          | Yotta Customer                                                 |   |
| 104| Renato     | Steinberg    |                                          | Klutch Technologies Inc                                        |   |
| 105| Rey        | Qureshi      |                                          | Triple 2                                                       |   |
| 106| Richard    | Winslow      |                                          | Yieldstreet                                                    |   |
| 107| Rob        | Spengler     |                                          | Myself                                                         |   |
| 108| Roshan     | Syed         |                                          | Synapse                                                        |   |
| 109| Rushi      | Patel        |                                          | Homebase                                                       |   |
| 110| Saniyah    | Gagan        |                                          | Synapse Employee                                               |   |
| 111| Sankaet    | Pathak       |                                          | Synapse                                                        |   |
| 112| Sheryl     | Bollinger    |                                          | AMG National Trust Bank                                        |   |
| 113| Sid        | Pailla       |                                          | Sunny Day Fund                                                 |   |
| 114| Siddharth  | Verma        |                                          | Juno                                                           |   |
| 115| Stefan     | Berglund     |                                          | observer                                                       |   |
| 116| Steve      | Massis       |                                          | Triple 2, inc, DBA DishOut                                     |   |
| 117| Steve      | Khuu         |                                          | Homebase                                                       |   |
| 118| Steven     | Smith        |                                          | None                                                           |   |
| 119| Thao       | Dinh         |                                          | observer                                                       |   |
| 120| Trevor     | Ford         |                                          | Yotta Technologies, Inc.                                       |   |
| 121| Tyler      | McIntyre     |                                          | public                                                         |   |
| 122| Victor     | Genao        |                                          | self                                                           |   |
| 123| Yarden     | Carmeli      |                                          | Synapse                                                        |   |
| 124| Zach       | Jacobs       |                                          | myself                                                         |   |
| 125| Zev        | Shechtman    | Saul Ewing, LLP                          | Official Committee of Unsecured Creditors                      |   |
| 126| Zev        | Green        |                                          | IDT Payment Services, Inc - Elroy.app                          |   |