FILED
MAY 21 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:           Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

In re:

SYNAPSE FINANCIAL TECHNOLOGIES, INC.,

Debtor.

Case No.: 1:24-bk-10646-MB

Chapter 11

**HEARING APPEARANCES REPORT**

<u>Hearing</u>
Date: May 17, 2024
Time: 9:00 a.m.
Ctrm: 303
    United States Bankruptcy Court
    Central District of California
    21041 Burbank Boulevard
    Woodland Hills, CA  91367

Parties appeared in person and by Zoom.Gov audio and video

May 17, 2024 Hearings

In re Synapse Financial Technologies, Inc.
1:24-bk-10646-MB

| First Name | Last Name | Law Firm (if applicable) | Your/your client's relationship to case | Appeared in Court | Addressed The Court |
|---|---|---|---|---|---|
| Ron | Bender | Levene Neal Bender Yoo & Golubchik | Debtor | X | X |
| Beth | Young | Levene Neal Bender Yoo & Golubchik | Debtor | X | X |
| Monica | Kim | Levene Neal Bender Yoo & Golubchik | Debtor | X | X |
| David | Poitras | BG | Evolve Bank & Trust | X | X |
| Fred | Neufeld | | Lineage Bank | X | X |
| Russ | Clemenson | OUST | OUST | X | X |
| Colin | Tindall | n/a | End User | X | X |
| Chris | Glenos | Bradley | Lineage Bank | | X |
| Sara | Chenetz | Perkins Coie LLP | Visage Enterprise Inc. dba Gig Wage | . | X |
| Darren | Azman | McDermott | TriplePoint | | X |
| Jeffrey | Smith | Curd, Galindo & Smith | Attorney for Triple 2 (fintech) | | X |
| ELAN | LEVEY | USAO | Interested Party | | X |
| Melissa | Acevedo | | The CA DFPI assessing the potential impact this bankruptcy filing may | | X |
| Michael | Gottfried | Elkins Kalt | Yotta Technologies | | X |
| Paul | Rosenblatt | Kilpatrick Townsend | TClub Inc. | | X |
| Alex | Rheaume | Morrison & Foerster LLP | secured creditor | | X |
| Benjamin | Walsbren | Boies Schiller Flexner | Committee | | X |
| Howard | Steel | Goodwin | creditor | | X |
| tracey | guerin | | general counsel to debtor | | X |
| Shawn | Stout | | creditor | | X |
| Raechel | Vecchio | | I am an end user of Yotta and have $12834.83 frozen due to Synapse & | | X |
| IMENE | HADDAD | | ONJUNO BANK CLIENT | | X |
| IMENE | HADDAD | | onjuno client | | X |
| Kevin | Chu | | Party | | |
| Sanju | Mathew | | | | |
| Bing Jee | Ng | | | | |
| Nancy | Waller | | I had money in an acccount | | |
| Nathan | Herrick | | End user of Synapse | | |
| Adolfo | Reyes | | employee of synapse | | . |
| Caleb | W | | My money is stuck because of Synapse incompetence | | |
| Michael | Yi | | I am a customer of Juno Finance | | |
| Sundeep | Basra | | Yotta Savings Customer | | |
| Zev | Green | | Fintech - Elroy.app (IDT Payment Services, Inc) | | |
| Julia | Kostenko | | Yotta Customer | | |
| Abigail | Forbes | | Client | | |
| John | thornton | | self | | |
| Steve | Massis | | Synapse customer | | |
| Chris | Herrick | | They have possession of my funds. | | |
| Josh | Strange | | User of bank in question. | | |
| David | Berkowitz | | Client to synapse | | |
| Concerned | Customer | | fintech | | |
| Jessica | Haines | | Yotta customer | | |
| Celina | Cotton | Kilpatrick Townsend & Stockton LLP | Observer — Summer Associate | | |
| Lauren | McKelvey | Reitler Kailas & Rosenblatt LLP | Counsel to Klutch Technologies - Fintech Customer of Debtor | | |
| Daniel | DuBois | California Department of Financial Protection | Following the case to assess potential impact on California consumers. | | |
| Sonny | Trinh | | Consumer | | |
| Lacey | K | | Card Holder | | |
| Julia | Florey | | End user yotta | | |
| Joshua | Morse | Pillsbury Winthrop Shaw Pittman LLP | AMG | | |
| Jefffrey | Wisler | Connolly Gallagher LLP | Counsel to Cigna Health and Life Insurance Company | | |
| Michael | W | | fintech client of Synapse | | |
| Matthew | Rodziewicz | | Customer | | |
| Joseph | Dominguez | | Impacted Fintech End User - Yotta Technologies | | |
| Guy | Gandenberger | | Synapse Employee | | |
| Gerardo | Lopez | | Impacted user via Yotta Technologies | | |
| Melissa | Cottini | | General Manager of Sparky's Landing INc | | |
| Kevin | Thorne | | TriplePoint Capital - Lender | | |
| Mark | DiCamillo | | Previous Bidder | | |
| David | Phelps | | Client | | |
| Sheryl | Bollinger | | Provide banking services to Synapse | | |
| Daniel | Nowicki | Gibson Dunn & Crutcher | Mercury - Unsecured Creditor | | |
| Pam | Wismer | | CFO | | |
| Hrishi | Dixit | | Synapse customer | | |
| Varun | Deshpande | | Creditor | | |
| Menachem | Ash | | Customer of Synapse | | |
| Jake | Jumbeck | McDermott Will & Emery LLP | Secured Creditor | | |
| Paige | Lane | | creditor | | |
| Jera | Bradshaw | Bradley Arant Boult Cummings | Lineage - Regulatory Counsel | | |
| Michael | Farag | Gibson, Dunn & Crutcher LLP | Creditor | | |
| Krikor | Meshefejian | | Debtor | | |
| Caroline | Stapleton | Orrick Herrington & Sutcliffe LLP | Creditor | | |
| Vaughn | Ackman | | Synapse Partner Business | | |

May 17, 2024 Hearings

In re Synapse Financial Technologies, Inc.
1:24-bk-10646-MB

| | A | B | F | G | K | L |
|---|---|---|---|---|---|---|
| 74 | Hector | Garcia | | Personally effected | | |
| 75 | Jeff | Krause | Gibson dunn | Creditor | | |
| 76 | Praveen | Observer | | None | | |
| 77 | Joshua | Zumbuehl | | Impacted User | | |
| 78 | Trevor | Ford | | Partner of debtor | | |
| 79 | William | Pratt | | Customer with life savings frozen. | | |
| 80 | John | Kozacki | | Public | | |
| 81 | Erick | Baum | | Customer of Yotta | | |
| 82 | kathleen | fitzpatrick | | synapse employee | | |
| 83 | Kyle | Wilson | | Employee | | |
| 84 | Kathleen | Utecht | | Investor | | |
| 85 | Lai | Cheung | | Employee | | |
| 86 | Tyler | McIntyre | | Public | | |
| 87 | Rushi | Patel | | Synapse customer with funds held at Evolve | | |
| 88 | Jordan | reanier | | Affected | | |
| 89 | stan | Orszula | BFKN | American Bank N.A. (creditor) | | |
| 90 | Audrey | Jones | | DishOut Customer | | |
| 91 | Sankaet | Pathak | | CEO of Synapse | | |
| 92 | Celeste | Ferber | | Rep on UCC | | |
| 93 | Tyler | Stearns | | Juno customer / banking via Evolve Bank & Trust | | |
| 94 | Edwin | Ventura | | Customer | | |
| 95 | Jean | Rhodes | | Related Party | | |
| 96 | Ralph | Guenther | Guenther Law Group | Attorney representing creditor Capital J Inc. dba Juno | | |
| 97 | Shawn | W | | Creditor | | |
| 98 | Arcady | Lapiro | | Self | | |
| 99 | Jeffrey | Naimon | Orrick, Herrington & Sutcliffe | Lawyer for Evolve Bank & Trust, whose motion was continued for a status | | |
| 100 | Sara | Guerrero | | Employee | | |
| 101 | Brandon | Hedge | | Creditor | | |
| 102 | Brian | Lewis | | Secured Debtor - TriplePoint Capital | | |
| 103 | Jack | Doan | | self | | |
| 104 | Adam | Moelis | | Creditor | | |
| 105 | Rey | Qureshi | | Triple 2, Affected fintech company | | |
| 106 | Joshua | Atkinson | | Yotta user | | |
| 107 | Joshua | Heald | | Yotta end user | | |
| 108 | Siddharth | Verma | | Fintech Client | | |
| 109 | Thao | Dinh | | Observer | | |
| 110 | Alan | Silbert | | Synapse is a vendor of our company | | |
| 111 | Ben | Doyle | | Synapse customer | | |
| 112 | Cory | McCollow | | User | | |
| 113 | Saniyah | Gagan | | Synapse employee | | |
| 114 | Alex | Gerson | | Employee of Yotta Technologies Inc | | |
| 115 | Alysia | Daines | | Customer impacted. I am a scientist for the Utah Government and I have | | |
| 116 | Dennis | Vo | | Restaurant Owner | | |
| 117 | Steve | Smith | | Depositor | | |
| 118 | David | Post | | I have money tied up in Evolve Bank and Trust | | |
| 119 | Lacey | Kitching | | Card Holder, | | |
| 120 | T | Y | | Consumer/Depositor | | |
| 121 | Aurimas | Rimkus | | Employee | | |
| 122 | Eric | Roberts | | Regulator | | |
| 123 | James | Drury | | Customer with locked funds. | | |
| 124 | Collin | Schwartz | | Creditor | | |
| 125 | Troy | Jaeger | | Account holder | | |
| 126 | Richard | Winslow | | Customer of Synapse | | |
| 127 | Renato | Steinberg | | Fintech | | |
| 128 | Joseph | Hartman | | party affected | | |
| 129 | Patrick | Ryan | | Customer of the bank | | |
| 130 | Ethan | Brown | | Current account holder with yotta bank. I have no access to any of my | | |
| 131 | Vladimir | Lounegov | | Potential Bidder | | |
| 132 | Carlos | Castillo | N/A | Depositor/Affected Party | | |
| 133 | Colin | Smith | None | Yota Customer | | |
| 134 | Ashtin | D'Motta | | End user | | |
| 135 | Nishkaam | Mehta | | Customer of Synapse | | |
| 136 | Maureen | Emory | | customer | | |
| 137 | James | Martin | | Yotta | | |
| 138 | John | Minshall | | Customer | | |
| 139 | Micah | Brafford | | employee of synapse | | |
| 140 | Adam | Goldberg | Latham & Watkins LLP | Interested party | | |
| 141 | Sid | Pailla | | Client | | |
| 142 | Richard | Freshwater | | Creditor | | |
| 143 | yitzi | zemel | | I am one of the depositors whose money is currently frozen by Synapse / | | |
| 144 | Richard | Forester | | Yotta User | | |
| 145 | Akshay | Balakrishna | | My company is an unsecured creditor and a fintech platform using the | | |
| 146 | Angelo | Ganno | | end user | | |
| 147 | Santos | Vazquez | | Affected User | | |
| 148 | Alexander | Severance | Morrison & Foerster LLP | Secured Creditor | | |

May 17, 2024 Hearings

In re Synapse Financial Technologies, Inc.
1:24-bk-10646-MB

| | A | B | F | G | K | L |
|---|---|---|---|---|---|---|
| 149 | kayla | moore | | victim | | |
| 150 | Cecilia | Oster | | Impacted user | | |
| 151 | Chris | Dilone | | N/a | | |
| 152 | Craig | Lewis | | Customer of Synapse | | |
| 153 | Nathan | Weiner | | Customer of Synapse | | |
| 154 | Donna | Mays | | Yotta/ Evolve Banking Customer | | |
| 155 | Observer | (hatfield) | | customer | | |
| 156 | Joshua | Nelson | | Yotta Savings Member | | |
| 157 | Michael | Standlee | | Chief Legal Officer, TriplePoint Capital | | |
| 158 | Lacey | Kitchin | | Card holder | | |
| 159 | Peter | Estridge | | Customer of Yotta Inc, which held funds at Evolve Bank & Trust via | | |
| 160 | Neil | Carroll | | Depositor at Yotta | | |
| 161 | Demarcus | Anderson | | I'm a Juno Finance account holder. | | |
| 162 | Angel | Carabez | | User | | |
| 163 | Antonio | Williams | | Synapse | | |
| 164 | Ashley | Bores | | client | | |
| 165 | Prabhdeep | Chawla | | Client of Synapse | | |
| 166 | Taylor | Saunders | | Account holder | | |
| 167 | ARGENYS | PERALTA | | CUSTOMER | | |
| 168 | Alex | John | | self | | |
| 169 | Ali | Rucinski | | Client | | |
| 170 | Smithchai | Santhaphon | | Account Holder at Yotta | | |
| 171 | Jacob | Testa | | Affected firm- Upright | | |
| 172 | Ruby | Manning | | Customer | | |
| 173 | John | Doe | | victim | | |
| 174 | Enoch | Brewer | | Client | | |
| 175 | Rudy | Cerone | McGlinchey Stafford | Creditor | | |
| 176 | Lisa | Botto | | FINRA member firm | | |
| 177 | Meg | M | | none | | |
| 178 | Hank | Word | | Evolve employee | | |
| 179 | Savannah | Robinson | | End user | | |
| 180 | Hrishi | Dixit | | Synapse client | | |
| 181 | Andrew | Tung | | Client | | |
| 182 | David | Carlson | | Customer | | |
| 183 | James | Geiger | | I have an account with Yotta | | |
| 184 | Megan | P | | Triple 2 LLC - Synapse Client | | |
| 185 | Kate | Novell | | I have money to withdraw from Yotta | | |
| 186 | Lauren | Scott | | Impacted bank user | | |
| 187 | Braian | Bressan | | Employee | | |
| 188 | Katie | White | | fintech customer | | |
| 189 | Saad | Bafik | | Depositer | | |
| 190 | Kelsey | Tierney | | My firm, TriplePoint Capital, is the second lien lender | | |
| 191 | mark | chester | | investor | | |
| 192 | Antonio | Ybarra | | Account owner | | |
| 193 | Sara | Neale | | Yotta consumer | | |
| 194 | Alex | Nhan | | Affected client | | |
| 195 | Daniel | Russell | | Affected customer | | |
| 196 | Rahul | Kadam | | Customer | | |
| 197 | Matt | Papili | | User of Yotta | | |
| 198 | Sean | Patrick | | End user of Yotta | | |
| 199 | Adam | Olsen | | Juno customer | | |
| 200 | Donovan | Adesoro | | company is a client | | |
| 201 | T | H | | Juno memeber | | |
| 202 | Azret | Deljanin | | SynapseFi Customer | | |
| 203 | Johnie | Lee | | Customer | | |
| 204 | Deborah | Porton | | Synapse Employee | | |
| 205 | ASIF | MIRZA | | EMPLOYEE | | |
| 206 | Jamal | Arberry | | Depositor | | |
| 207 | Shayan | Gagan | | Spectator | | |
| 208 | Alex | Salgado | | Yotta User | | |
| 209 | Kynan | Smith | | Effected by | | |
| 210 | Jason | Yang | | end user | | |
| 211 | Kiara | Hardmon | | Account Holder | | |
| 212 | Luis | V | | victim | | |
| 213 | Alex | Afonge | | company is involved | | |
| 214 | Jillana | Downing | | employee | | |
| 215 | Anthony | Coons | | Client of yotta | | |
| 216 | ivor | wolk | | client of synapse | | |
| 217 | Mike | Rosen | | Employee | | |
| 218 | Vivek | Girotra | | Synapse client | | |
| 219 | Erika | Nguyen | | Vendor | | |
| 220 | Mike | Grey | | DishOut user | | |
| 221 | Doug | Dvorak | | Client of Synapse | | |
| 222 | Joseph | Wo | | Yotta member | | |
| 223 | Mayukh | Datta | | | | |

May 17, 2024 Hearings

In re Synapse Financial Technologies, Inc.
1:24-bk-10646-MB

| | A | B | F | G | K | L |
|---|---|---|---|---|---|---|
| 224 | Ricardo | Valencia | | One of many affected customers. | | |
| 225 | Roshan | Syed | | Synapse Employee | | |
| 226 | Dina | Posta | | consumer | | |
| 227 | Meredith | Mitnick | Goodwin Procter | Interested Party | | |
| 228 | Hemang | Thanki | | Customer of Juno | | |
| 229 | Andre | Herrera | | Client of Synapse | | |
| 230 | Brandon | Rauls | | Banking Customer | | |
| 231 | Dan | Pilgrim | | Yotta holder | | |
| 232 | Ben | Emtman | | Juno | | |
| 233 | Red | Homan | | Customer | | |
| 234 | Iam | Anjam | | money with synapse | | |
| 235 | David | Kerr | | I am a Yotta customer | | |
| 236 | Erik | Lore | | Yotta savings holder | | |
| 237 | Hannah | Wallace | N/A | Interested party - user of Yotta | | |
| 238 | Joseph | Nguyen | | User | | |
| 239 | Mark | Bargovan | | Customer of Evolve/Yotta | | |
| 240 | Miles | McNairy | | Juno Customer | | |
| 241 | Kathryn | Price | | consumer | | |
| 242 | J | Ji | | specator | | |
| 243 | joby | yobe | | customer | | |
| 244 | JORDON | GONZALES | N/A | CLIENT OF YOTTA WHOSE FUNDS ARE FROZEN | | |
| 245 | ankur | thakrar | | Victim | | |
| 246 | Douglas J | Hurst | | Debtor | | |
| 247 | First | Last | | nope | | |
| 248 | Evan | Medina | | customer | | |
| 249 | matthew | walla | | na | | |
| 250 | Karan | Kwatra | | Yotta | | |
| 251 | Joseph | Mioni | | Yotta | | |
| 252 | marvin | gardner | | account holder | | |
| 253 | Matthew | Dunson | | Solo Funds | | |
| 254 | Aaron | Frank | | Self | | |
| 255 | W | M | | Interested party | | |
| 256 | Robert | Vitolo | | Depostier | | |
| 257 | ADam | Bo | | customer | | |
| 258 | Kenneth | Evans | | Owner of business | | |
| 259 | Nicholas | Wood | | Victim | | |
| 260 | Samuel | Ford | | Creditor | | |
| 261 | Liis | AW | | Party of interest | | |
| 262 | Anon | Anon | | Customer | | |
| 263 | Zach | k | | User | | |
| 264 | Nigel | Wiggins | | yotta user | | |
| 265 | Sai | A | | We worked w/ Synapse customers | | |
| 266 | Andres | Acosta | | I have funds tied up because of this case. I am a user of Yotta app | | |
| 267 | Sybel | Pietersz Parker | | Program Manager | | |
| 268 | Josh | Krouse | | I have a Yotta Account with money I need to access to pay my bills | | |
| 269 | Elisa | Locke | | affected customer | | |
| 270 | Bryan | Hecht | | Customer | | |
| 271 | John | Holmes | | Customer | | |
| 272 | Michael | Betance | | Yotta/ synapse user | | |
| 273 | Scott | Miller | | Depositor of Copper Bank | | |
| 274 | Lauren | Cheatle | | End user of Yotta | | |
| 275 | Morgan | Blackburn | | Self - in an account holder | | |
| 276 | Beau | Stutzman | | Yotta User | | |
| 277 | Anthony | Serino | | Impacted end user | | |
| 278 | Gautam | Gupta | | Observer | | |
| 279 | Sachet | Misra | | employee at synapse | | |
| 280 | Josh | Becker | | Yotta funds holder | | |
| 281 | Connor | Effenberger | | Customer of yotta | | |
| 282 | Guest | Guest | | Public | | |
| 283 | Kenneth | Byrum | | Customer | | |
| 284 | Trevor | Scott | | end user | | |
| 285 | Skyler | Aspegren | | End User | | |