

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 11

APPEAL? ☐ Yes ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: David M. Poitras          Attorney Bar# 141309
Law Firm: BG Law LLP
Mailing Address: 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement***): Mela Galvan
Telephone: (818) 827-9150     E-mail: mgalvan@bg.law
Bankruptcy Case #: 1:24-bk-10646-MB     Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): May 17, 2024   Time: 9:00 a.m.
Debtor: SYNAPSE FINANCIAL TECHNOLOGIES, INC.
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: M. Barash          Courtroom #: SV 303
**TRANSCRIBER:** Briggs Reporting     **ALTERNATE:** Echo Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**   **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ 30 Days (Ordinary)   ☐ 3 Days          ☐ Entire Hearing
☐ 14 Days              ☒ Next Day (24 hours) ☐ Ruling/Opinion of Judge only
☐ 7 Days                                  ☒ Testimony of Witness W. Christopher Staab
                                          ☐ Other*                (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript***: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____  Date Sent to Transcriber: _____  By ☐FDS ☐Mail ☐Messenger
Digital Recording (or Analog Tape Recording)
(Tape #: ____)Time Start (Index #): ____ Time End (Index #): ____ Time Start: ____ Time End: ____
(Tape #: ____)Time Start (Index #): ____ Time End (Index #): ____ Time Start: ____ Time End: ____
Court Recorder: _____  Division: _____  Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the foregoing document entitled**: TRANSCRIPT ORDER FORM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **May 21, 2024,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **_____, 2024,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**\*\*JUDGE'S COPY NOT REQUIRED IF LESS THAN 25 PAGES (GENERAL ORDER 23-01).**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_____, 2024,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 21, 2024 | Mela Galvan | /s/ Mela Galvan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Ron Bender**   rb@lnbyg.com
- **J Scott Bovitz**   bovitz@bovitz-spitzer.com
- **Rudy J Cerone**   rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com
- **Sara Chenetz**   schenetz@perkinscoie.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
- **Russell Clementson**   russell.clementson@usdoj.gov
- **Andrew Michael Cummings**   andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
- **Michael G. Farag**   mfarag@gibsondunn.com
- **Paul R. Glassman**   pglassman@stradlinglaw.com
- **Nicholas Christian Glenos**   cglenos@bradley.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Steven T Gubner**   sgubner@bg.law, ecf@bg.law
- **Ralph P Guenther**   rguenther@guentherlawgroup.com
- **Robert T. Honeywell**   robert.honeywell@klgates.com
- **Lance N Jurich**   ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- **Monica Y Kim**   myk@lnbyg.com, myk@ecf.inforuptcy.com
- **Jeffrey C Krause**   jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Adam A Lewis**   alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Fred Neufeld**   fneufeld@sycr.com, tingman@sycr.com
- **David M Poitras**   dpoitras@bg.law
- **Paul M Rosenblatt**   prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
- **Brandy A Sargent**   brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **Jason D Strabo**   jstrabo@mwe.com, jbishopjones@mwe.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Jeffrey C Wisler**   jwisler@connollygallagher.com, dperkins@connollygallagher.com
- **Beth Ann R. Young**   bry@lnbyg.com, bry@lnbyb.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**