**FILED**
MAY 21 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

**ENTERED**
MAY 21 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor. | **NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO [NICOLAS MICHAUD JR.]** |

1 | Federal Rule of Bankruptcy Procedure 9003(a) provides : "Except as otherwise permitted
2 | by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee
3 | of a party in interest shall refrain from ex parte meetings and communications with the Court
4 | concerning matters affecting a particular case or proceeding." The Court received the attached ex
5 | parte communication from a party in interest in the above-captioned case. Any other party in
6 | interest that wishes to respond to this communication should do so no later than 7 days after the
7 | date of this notice by filing with the Court and serving on appropriate parties a written response
8 | with the Court.

9 | Parties in interest are reminded that they are prohibited from communicating directly with
10 | the judge regarding this case. Any communication must be filed with the clerk of the Court and
11 | entered on the docket for this case.

12 | ###

15 | 5/21/2024                    Martin R. Barash

| | |
|---|---|
| From: | N M |
| To: | CACBdb_MBarash |
| Subject: | Synapse/Evolve |
| Date: | Tuesday, May 21, 2024 9:37:43 AM |

CAUTION - EXTERNAL:

Dear Judge M. Barash,
I'm writing today to express my sincere and deep concern with what's happing between Synapse and Evolve Bank. I opened a banking account on the "Copper" app (owned by Synapse) for my minor daughter back in 2023. Copper advertised this as a way for children to learn financial responsibility! She works 2 hours daily after school at a florist shop and has been saving her money up for college.

She has $1,730 tied up with this mess and her account has been closed and debit card canceled by Evolve. We are unable to withdraw/transfer funds, see her balance, transactions or even view the April Banking statement because Synapse has shut off access to all of it! This is very disheartening and concerning. We are the customers caught in the middle with no recourse thus far. I implore you to please order Synapse and Evolve to do the right thing and return the customers money in a timely manner.
Thanks for your time.

Sincerely,
Nicolas B Michaud Jr



Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO attached hereto was served either by Notice of Electronic Filing ("NEF"), by U.S. Mail, or by electronic mail (email) as indicated below, to the following parties on May 21, 2024

### NEF Notice of Electronic Filing List:

### SERVED VIA U.S. MAIL:

### SERVED VIA EMAIL:

**Nicolas Michaud Jr. served at the personal email address provided**

*/s/ Julie Cetulio*
Deputy Clerk