

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor. | **CORRESPONDENCE RECEIVED BY COURT (SLAUGHTER)** |



**From:** Chris Slaughter <>  **Sent:** Tuesday, May 21, 2024 9:12 AM
**To:** Julie Cetulio <> **Subject:** Re: Notice of Ex Parte Communication

**CAUTION - EXTERNAL:**

Exposing me as a federal whistleblower seems unnecessarily risky to the federal case and the end users.

Chris Slaughter
Ph:

On Tue, May 21, 2024 at 11:07 AM Chris Slaughter <> wrote:
> I'm not a party in interest. I have no interest in the case before the court.
>
>
> Chris Slaughter
> Ph:
>
>
> On Tue, May 21, 2024 at 9:04 AM Julie Cetulio <> wrote:

1

*NOTE: Do Not Reply to This E-mail. Do Not Use this E-mail for Future Correspondence.

This E-mail may Not be Used for Filing or Service of any Kind.

Mr. Slaughter,

Please review the attached notice which has also been placed on the docket in case number 1:24-BK-10646-MB.

Julie Cetulio

**Courtroom Deputy to the**

**Honorable Martin R. Barash**

**and the Honorable Maureen A. Tighe**



CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.