

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No.: 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO (SLAUGHTER)** |

Federal Rule of Bankruptcy Procedure 9003(a) provides: "Except as otherwise permitted by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee of a party in interest shall refrain from ex parte meetings and communications with the Court concerning matters affecting a particular case or proceeding."  The Court received the attached ex parte communication from a party in interest in the above-captioned case.  Any other party in interest that wishes to respond to this communication should do so no later than 7 days after the date of this notice by filing with the Court and serving on appropriate parties a written response with the Court.

Parties in interest are reminded that they are prohibited from communicating directly with the judge regarding this case.  Any communication must be filed with the clerk of the Court and entered on the docket for this case.

### 

5/21/2024                                   Martin R. Barash

| | |
|---|---|
| From: | Chris Slaughter |
| To: | CACBdb_MBarash |
| Subject: | Synapse Bankruptcy |
| Date: | Tuesday, May 21, 2024 4:12:42 PM |

**CAUTION - EXTERNAL:**

There's no reason to publish my communication to the judge. I'm not a party to the case or a former or current employee. What purpose could it possibly serve to expose the identity of a whistleblower that's just trying to help?

Chris Slaughter

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO attached hereto was served either by Notice of Electronic Filing ("NEF"), by U.S. Mail, or by electronic mail (email) as indicated below, to the following parties on May 21, 2024

### NEF Notice of Electronic Filing List:

### SERVED VIA U.S. MAIL:

### SERVED VIA EMAIL:

**Chris Slaughter served at the personal email address provided**

*/s/ Julie Cetulio*

Deputy Clerk