


# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor. | **NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO [JUAN HERNANDEZ]** |

Federal Rule of Bankruptcy Procedure 9003(a) provides: "Except as otherwise permitted by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee of a party in interest shall refrain from ex parte meetings and communications with the Court concerning matters affecting a particular case or proceeding." The Court received the attached ex parte communication from a party in interest in the above-captioned case. Any other party in interest that wishes to respond to this communication should do so no later than 7 days after the date of this notice by filing with the Court and serving on appropriate parties a written response with the Court.

Parties in interest are reminded that they are prohibited from communicating directly with the judge regarding this case. Any communication must be filed with the clerk of the Court and entered on the docket for this case.

###

5/21/2024

**From:** Juan Hernandez
**To:** CACBdb_MBarash
**Subject:** Day to day funds frozen due to Synapse/Evolve dispute
**Date:** Tuesday, May 21, 2024 7:06:21 AM

**CAUTION - EXTERNAL:**

To the Honorable Martin Barash:

Good morning,

I am a customer of Juno financial who is affected by the ongoing case between Synapse and Evolve. As an average citizen/ consumer I am not knowledgeable of the complex legalities involved in this matter. However, I am writing you to ask that you please assist in your official capacity the thousands of us that have been affected by the dispute between Synapse and Evolve. I would say that we may be considered victims as we trusted statements/claims by Juno that our funds were held by Evolve Bank and protected by FDIC insurance. We were never clearly informed of Synapse's involvement with our funds. I have reached out to multiple federal agencies with no clear guidance or assistance. Therefore you seem to be our only recourse for help. In making your decisions in this case please do your best to make it possible that we may have access to the money that we have worked so hard for and help the many of us who have no access to our money because of actions of other actors outside of our control.

Thank you,
Respectfully,
Juan P. Hernandez


Sent from AOL on Android
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO attached hereto was served either by Notice of Electronic Filing ("NEF"), by U.S. Mail, or by electronic mail (email) as indicated below, to the following parties on May 21, 2024

### NEF Notice of Electronic Filing List:

### SERVED VIA U.S. MAIL:

### SERVED VIA EMAIL:

**Juan Hernandez served at the personal email address provided**

*/s/ Julie Cetulio*

Deputy Clerk