

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re:

SYNAPSE FINANCIAL TECHNOLOGIES, INC.,

Debtor.

Case No.: 1:24-bk-10646-MB

Chapter 11

**NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO [JOSEPH DOMINGUEZ]**

1 | Federal Rule of Bankruptcy Procedure 9003(a) provides : "Except as otherwise permitted
2 | by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee
3 | of a party in interest shall refrain from ex parte meetings and communications with the Court
4 | concerning matters affecting a particular case or proceeding." The Court received the attached ex
5 | parte communication from a party in interest in the above-captioned case. Any other party in
6 | interest that wishes to respond to this communication should do so no later than 7 days after the
7 | date of this notice by filing with the Court and serving on appropriate parties a written response
8 | with the Court.

9 | Parties in interest are reminded that they are prohibited from communicating directly with
10 | the judge regarding this case. Any communication must be filed with the clerk of the Court and
11 | entered on the docket for this case.

###

5/21/2024                                    [signature: Martin R. Barash]

# Martin Barash

**From:** Joseph Dominguez
**Sent:** Monday, May 20, 2024 3:23 PM
**To:** ; Martin Barash
**Subject:** Impacted End User caught between Synapse/Evolve allegations

CAUTION - EXTERNAL:

My name is Joseph Dominguez. I am 28 years old living in Sacramento County, California. I am one of many impacted end users by the crumbling relationship between my fintech application (Yotta), Synapse, and Evolve. I was in session last Friday via Zoom, and it was those several hours of listening to all parties speaking that I learned how out of control this situation is. I'm grateful for the role you have been placed in as by your words and actions, you are giving us time to solve this nightmare. It's scary due to the unprecedented nature of this situation. Me and my wife saved over 20,000$ in savings accounts and we are scared that money will be lost if Synapse can not provide ledgers and documents to Evolve or to Yotta to prove we are the legitimate owners over our frozen funds we have been trying to get out of these fintech/Evolve FBO accounts. We don't know where our direct deposit have gone, we done know where our pending withdrawals are currently held. We have account and routing numbers all in Evolves name with nothing to prove Synapse has been a hand our money passes through. We thought we were safe because of the FDIC insurance statements but there was never a planned response for this situation. This BAAS(Banking as a Service) business model has been a hard learned lesson that I need to have a more 1-to-1 relationship with a financial institution or service has too many moving parts and moving responsibilities have disrupted us in a way we never saw coming. All I beg for, is for you to keep doing what you are doing, ask the hard questions, and please keep us impacted end users in mind while you try to sort this mess out. I send this to you as it feels as if it's the only thing I can do as I try to get my statements and documents for my own protection as we hear more on Friday. Again I thank you for all you are trying to do in this situation.

Joseph Dominguez

Sent from my iPhone

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO attached hereto was served either by Notice of Electronic Filing ("NEF"), by U.S. Mail, or by electronic mail (email) as indicated below, to the following parties on May 21, 2024

### NEF Notice of Electronic Filing List:

### SERVED VIA U.S. MAIL:

### SERVED VIA EMAIL:

**Joseph Dominguez served at the personal email address provided**

/s/ Julie Cetulio

Deputy Clerk