# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor. | **NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO [STANLEY BUCKLER]** |

Federal Rule of Bankruptcy Procedure 9003(a) provides : "Except as otherwise permitted by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee of a party in interest shall refrain from ex parte meetings and communications with the Court concerning matters affecting a particular case or proceeding." The Court received the attached ex parte communication from a party in interest in the above-captioned case. Any other party in interest that wishes to respond to this communication should do so no later than 7 days after the date of this notice by filing with the Court and serving on appropriate parties a written response with the Court.

Parties in interest are reminded that they are prohibited from communicating directly with the judge regarding this case. Any communication must be filed with the clerk of the Court and entered on the docket for this case.

### 

5/21/2024

**From:** Chris Buckler
**To:** CACBdb_MBarash
**Subject:** Public Comment for Synapse Case
**Date:** Tuesday, May 21, 2024 9:26:40 AM

**CAUTION - EXTERNAL:**

Your Honor,

I apologize if this is not the prior forum for doing this, but I am increasingly desperate and don't know where to turn. I am a client of Juno Finance, a victim of the ongoing bankruptcy case with Synapse Financial. I have nearly $38,000 tied up as a result of the halting of transaction processing. This money took years to save up. I am not in as dire straits as some are since Juno was not my only place where funds were stored, but as you heard, there are millions affected who are in far worse straits. So far the Federal government is not willing to help us, as sources report. I am grateful for the actions you have taken so far and want to thank you for all your efforts. I also plead with you to please continue to do anything you can to help us as you have been. It is looking unlikely that the regulators are going to help us given their testimony so far, so myself and all depositors are relying on you to help us. I do not envy being in your situation, but again I thank you for your actions on our behalf. I realize what you can do is limited. Any action to give us as much of a return as possible as expediently as possible is sincerely appreciated.

Thank you, Stanley (Chris) Buckler

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO attached hereto was served either by Notice of Electronic Filing ("NEF"), by U.S. Mail, or by electronic mail (email) as indicated below, to the following parties on May 21, 2024

### NEF Notice of Electronic Filing List:

### SERVED VIA U.S. MAIL:

### SERVED VIA EMAIL:

**Stanley Buckler served at the personal email address provided**

/s/ Julie Cetulio

Deputy Clerk