**FILED**

MAY 23 2024

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

**ENTERED**

MAY 23 2024

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

In re:

SYNAPSE FINANCIAL TECHNOLOGIES, INC.,

Debtor.

Case No.: 1:24-bk-10646-MB

Chapter 11

**NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO [NATHAN BECKLES]**

1        Federal Rule of Bankruptcy Procedure 9003(a) provides : "Except as otherwise permitted

2  by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee

3  of a party in interest shall refrain from ex parte meetings and communications with the Court

4  concerning matters affecting a particular case or proceeding."  The Court received the attached ex

5  parte communication from a party in interest in the above-captioned case.  Any other party in

6  interest that wishes to respond to this communication should do so no later than 7 days after the

7  date of this notice by filing with the Court and serving on appropriate parties a written response

8  with the Court.

9        Parties in interest are reminded that they are prohibited from communicating directly with

10  the judge regarding this case.  Any communication must be filed with the clerk of the Court and

11  entered on the docket for this case.

12                       # # #

16

17  <u>5/23/2024</u>                      _Martin R. Barash_

**From:**       Nathan Beckles
**To:**         CACBdb_MBarash
**Subject:**    Synapse BK
**Date:**       Wednesday, May 22, 2024 6:37:22 AM

**CAUTION - EXTERNAL:**

Hello, my name is Nathaniel Beckles. Please help resolve the synapse bankruptcy case. No
one can access funds savings are all gone/non accessible. Would like to be added to the
bankruptcy docket. Thanks.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the NOTICE OF EX PARTE COMMUNICATION AND
ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO attached hereto was served
either by Notice of Electronic Filing ("NEF"), by U.S. Mail, or by electronic mail (email) as indicated
below, to the following parties on May 23, 2024

### NEF Notice of Electronic Filing List:

### SERVED VIA U.S. MAIL:

### SERVED VIA EMAIL:

**Nathan Beckles served at the personal email address provided**


/s/ Julie Cetulio

Deputy Clerk