| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>PAUL M. ROSENBLATT<br>DANIELLE BARAV-JOHNSON<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia  30309-4530<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555<br>E-mail:  prosenblatt@ktslaw.com<br>E-mail: dbarav-johnson@ktslaw.com<br><br><br>*Attorney for:* TClub Inc. | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br>SYNAPSE FINANCIAL TECHNOLOGIES, INC. | CASE NO.: 1:24-bk-10646-MB<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
| Debtor(s). | |
| vs.<br><br>Plaintiff(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** |
| Defendant(s). | [No hearing required per LBR 2090-1(b)(6)] |

1. I, Paul M. Rosenblatt _____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

   TClub Inc.

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

    KILPATRICK TOWNSEND & STOCKTON LLP
    1100 Peachtree Street, Suite 2800, Atlanta, GA 30309

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

    New Jersey Admitted 12-19-1994, New York Admitted 5-23-1995, Georgia Admitted 7-23-1997, U.S. Court of Appeals for the District of Columbia Admitted 11/6/2003, U.S. see additional page for remaining courts

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California.  I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7. I  ☐ have  ☒ have not  been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

    I ☐ resigned  ☐ did not resign   while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

    Name of attorney (Designee):

    Raymond Aghaian

    Name and address of law firm, or residence address:

    Kilpatrick Townsend & Stockton LLP
    1801 Centry Park East, Suite 2300
    Los Angeles, CA 90067

    Telephone number of law firm: (310) 248-3430

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

10.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date:  05/23/2024

_____
Signature of applicant


Paul M. Rosenblatt
_____
Printed name of applicant


## CONSENT OF DESIGNEE

I consent to the foregoing designation.


Date:  05/23/2024

_____
Signature of Designee


Raymond Aghaian
_____
Printed name of Designee

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                   Page 3                              **F 2090-1.2.APP.NONRES.ATTY**

4. Court of Appeals for the Eleventh Circuit Admitted 10-14-1997, U.S. Court of Appeals for the Third Circuit Admitted 4-30-1998, U.S. District Court for the District of New Jersey Admitted 12-30-1994, U.S. District Court for the Eastern District of New York Admitted 8-27-1996, U.S. District Court for the Middle District of Georgia Admitted 3-4-2002, U.S. District Court for the Northern District of Georgia Admitted 10-14-1997, U.S. District Court for the Northern District of Illinois Admitted 1-29-1994, U.S. District Court for the Northern District of New York Admitted 11-4-2002, U.S. District Court for the Northern District of Texas Admitted 11-7-2001, U.S. District Court for the Southern District of New York Admitted 8-6-1996, U.S. District Court for the Southern District of Texas Admitted 10-29-2001

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                              Page 5                                    **F 2090-1.2.APP.NONRES.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1801 Centry Park East, Suite 2300
Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _05/23/2024_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

  **\*\*JUDGE'S COPY NOT REQUIRED IF LESS THAN 25 PAGES (GENERAL ORDER 23-01).**

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/23/2024 | Raymond Aghaian | /s/ Raymond Aghaian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

1.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Ron Bender**   rb@lnbyg.com
- **J Scott Bovitz**   bovitz@bovitz-spitzer.com
- **Rudy J Cerone**   rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com
- **Russell Clementson**   russell.clementson@usdoj.gov
- **Andrew Michael Cummings**   andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
- **Michael G. Farag**   mfarag@gibsondunn.com
- **Paul R. Glassman**   pglassman@stradlinglaw.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Steven T Gubner**   sgubner@bg.law, ecf@bg.law
- **Ralph P Guenther**   rguenther@guentherlawgroup.com
- **Robert T. Honeywell**   robert.honeywell@klgates.com
- **Lance N Jurich**   ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- **Monica Y Kim**   myk@lnbyg.com, myk@ecf.inforuptcy.com
- **Jeffrey C Krause**   jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Adam A Lewis**   alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Fred Neufeld**   fneufeld@sycr.com, tingman@sycr.com
- **David M Poitras**   dpoitras@bg.law
- **Paul M Rosenblatt**   prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
- **Brandy A Sargent**   brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **Jason D Strabo**   jstrabo@mwe.com, jbishopjones@mwe.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Jeffrey C Wisler**   jwisler@connollygallagher.com, dperkins@connollygallagher.com
- **Beth Ann R. Young**   bry@lnbyg.com, bry@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**

U.S. District Court, Central District of California

# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** Paul Rosenblatt
**Firm Name:** Kilpatrick Townsend & Stockton LLP
**Bankruptcy Case Number or Adversary Proceeding Case Number:** 1:24-bk-10646-MB
**Party Name:** TClub Inc.

**Tracking Number:** PHV-240523-000-0488
**Pay.gov Tracking ID:** 27ELS6E6
**Amount:** $500
**Date:** 5/23/2024

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you 🖶 print this page for your records.

**For assistance, please contact:**

Attorney Admissions
United States District Court
Central District of California
Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

Go back to the online form.

| Clerk Services | Jurors Information | Attorney Information | Court Procedures |
|---|---|---|---|
| Court Reporting Services | Jurisdiction | Attorney Admissions | Filing Procedures |
| Courtroom Technology | Terms of Service | Attorney Assistance | Forms |
| Employment | Requesting an Excuse | Alternative Dispute Resolution (ADR) | General Orders |
| Interpreter Services | Requesting a Postponement | Capital Habeas | Local Rules |
| Naturalization Ceremony Information | Students | Criminal Justice Act (CJA) | |
| Policy For Limited Use of Court | Payment | Lawyer Representatives | |
| Facilities | Juror Amenities | Pro Bono | |
| Records Department | Dress Code | Direct Assignment of Civil Cases to | |
| Statistical Reports | Security | Magistrate Judges Program | |
| | Employer Information | Attorney Workroom Copier Password | |
| | Checking Status / Confirming | Request | |
| | Reporting Instructions | Mileage Rates | |
| | Certificate of Jury Service | Post-Judgment Interest Rates | |
| | Contact Us | | |
| | Parking / Directions | | |
| | Subsistence Information / Hotels | | |