1  PETER C. ANDERSON
   United States Trustee
2  ERYK R. ESCOBAR/SBN 281904
   Assistant United States Trustee
3  RUSSELL CLEMENTSON/SBN 143284
   Trial Attorney
4  Department of Justice
   Office of the United States Trustee
5  915 Wilshire Blvd., Suite 1850
   Los Angeles, California 90017
6  Telephone: (213) 894-4505; Facsimile: (213) 894-2603
   Email: russell.clementson@usdoj.gov
7
                    UNITED STATES BANKRUPTCY COURT
8                    CENTRAL DISTRICT OF CALIFORNIA
                     SAN FERNANDO VALLEY DIVISION
9

10  In re:                               Case No. 1:24-bk-10646-MB

11  SYNAPSE FINANCIAL                    Chapter 11
    TECHNOLOGIES, INC.,
12                                       STATEMENT OF POSITION
              Debtor.                    REGADING APPOINTMENT OF A
13                                       CHAPTER 11 TRUSTEE IN THIS
                                         CASE
14
                                         Date:  May 24, 2024
15                                       Time:  8:00 a.m.
                                         Ctrm:  303 and
16                                       21041 Burbank Blvd.
                                         Woodland Hills, CA 91367 and
17                                       Via ZoomGov

18

19        **TO THE HONORABLE MARTIN R. BARASH, UNITED STATES**

20  **BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA,**

21  **DEBTOR, AND ALL PARTIES IN INTEREST:**

22        In response to the exigent circumstances present in this case, the United

23  States Trustee has consulted with parties in interest and interviewed prospective

24  candidates to serve as the chapter 11 Trustee pursuant to Federal Rule of

25  Bankruptcy Procedure 2007.1.  The United States Trustee stands ready to appoint a

26  chapter 11 Trustee upon order of this Court and upon completion of the conflicts

27  check and receipt of a satisfactory declaration from the trustee candidate.

28

1    The United States Trustee submits that cause exists for the appointment of a

2  chapter 11 Trustee and that appointment of a chapter 11 Trustee is in the best

3  interest of creditors and the estate under § 1104(a).  While it is possible that this case

4  may later be converted to chapter 7, the appointment of a chapter 11 Trustee will

5  allow an independent fiduciary more options to preserve the assets of the estate while

6  at the same time doing everything possible to restore access of users/depositors to

7  their funds.

8  Date:  May 23, 2024                                      PETER C. ANDERSON
                                                                      UNITED STATES TRUSTEE
9

10                                                                    By: /s/*Russell Clementson*
                                                                            Russell Clementson
11                                                                    Attorney for the United States Trustee

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

915 Wilshire Blvd., Ste 1850, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): STATEMENT OF POSITION REGADING
APPOINTMENT OF A CHAPTER 11 TRUSTEE IN THIS CASE
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/23/2024_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

n/a

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

n/a

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/23/2024 | Russell Clementson | /s/Russell Clementson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST CONTINUED

### SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

- **Ron Bender**    rb@lnbyg.com
- **J Scott Bovitz**    bovitz@bovitz-spitzer.com
- **Rudy J Cerone**    rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com
- **Russell Clementson**    russell.clementson@usdoj.gov
- **Andrew Michael Cummings**    andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
- **Michael G. Farag**    mfarag@gibsondunn.com
- **Paul R. Glassman**    pglassman@stradlinglaw.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Ralph P Guenther**    rguenther@guentherlawgroup.com
- **Robert T. Honeywell**    robert.honeywell@klgates.com
- **Lance N Jurich**    ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- **Monica Y Kim**    myk@lnbyg.com, myk@ecf.inforuptcy.com
- **Jeffrey C Krause**    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Adam A Lewis**    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- **Krikor J Meshefejian**    kjm@lnbyg.com
- **Fred Neufeld**    fneufeld@sycr.com, tingman@sycr.com
- **David M Poitras**    dpoitras@bg.law
- **Paul M Rosenblatt**    prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
- **Brandy A Sargent**    brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
- **Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **Jason D Strabo**    jstrabo@mwe.com, jbishopjones@mwe.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Jeffrey C Wisler**    jwisler@connollygallagher.com, dperkins@connollygallagher.com
- **Beth Ann R. Young**    bry@lnbyg.com, bry@lnbyb.com