ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
MICHAEL I. GOTTFRIED, State Bar No. 146689
  *mgottfried@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California  90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorney for YOTTA TECHNOLOGIES, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**YOTTA TECHNOLOGIES, INC.'S RESPONSE TO EMERGENCY MOTION FILED BY OFFICE OF THE UNITED STATES TRUSTEE TO CONVERT CASE TO CHAPTER 7 UNDER 11 U.S.C. § 1112(b) OR, IN THE ALTERNATIVE, TO DIRECT APPOINTMENT OF A CHAPTER 11 TRUSTEE UNDER § 1104(a)**<br><br>Date:     May 24, 2024<br>Time:    8:00 a.m.<br>Place:    Courtroom 303<br>            21041 Burbank Boulevard<br>            Woodland Hills, CA 91367 |

Yotta Technologies, Inc. ("Yotta"), hereby responds to the motion (the "Motion"), filed on an emergency basis by the Office of the United States Trustee ("UST") to convert this case to Chapter 7 pursuant to 11 U.S.C. § 1112(a) or, in the alternative, to direct the appointment of a Chapter 11 trustee under § 1104(a).

Throughout the short pendency of this case, Yotta's concern has been focused on the depositors who are unable to access their own funds. At the last hearing, the Court ordered the parties to a Meet and Confer at which Judge Goldberg served as the unofficial mediator of the

parties. Unfortunately, that Meet and Confer was unsuccessful, and the situation has only been exacerbated as the depositors still are unable to access their funds, and according to the Debtor, Evolve Bank and Trust ("Evolve") and American Bank now have frozen the Debtor's bank accounts.[1]

Over the past week, Yotta has conferred with Mr. Clementson regarding the appointment of a Trustee, and Yotta agrees with the UST's position that the immediate appointment of a Chapter 11 Trustee is the appropriate remedy under the circumstances. As opposed to a Chapter 7 conversion in which the UST is constrained from considering creditor input and must select a Trustee from the panel, appointment of a Chapter 11 Trustee will provide the UST with the flexibility to appoint an appropriate Trustee with creditor input (whether such Trustee is on or off the panel), and the Chapter 11 Trustee also will have greater flexibility to conduct whatever "business" may be required for the ultimate wind-down.

Finally, pursuant to the Debtor's response to the Motion, the Debtor states that there are "massive" causes of action against Evolve and Mercury. Clearly, the Trustee will need to investigate and determine whether these causes of action exist, and which of the parties is responsible for the devastation that has occurred. In that regard, Yotta requests that the Court require that each of the parties preserve and maintain the documents and records necessary to get depositors their money, and to provide the information necessary for a Chapter 11 Trustee to pursue appropriate causes of action.

DATED: May 23, 2024                ELKINS KALT WEINTRAUB REUBEN
                                   GARTSIDE LLP


                                   By: _____
                                       MICHAEL I. GOTTFRIED
                                       Attorneys for YOTTA TECHNOLOGIES, INC.

---

[1] Whether the actions of Evolve and American Bank in freezing the accounts were violations of the automatic stay is something that the Trustee will need to determine and take appropriate action to redress.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10345 W. Olympic Blvd., Los Angeles, CA 90064.

A true and correct copy of the foregoing document entitled (*specify*): **YOTTA TECHNOLOGIES, INC.'S RESPONSE TO EMERGENCY MOTION FILED BY OFFICE OF THE UNITED STATES TRUSTEE TO CONVERT CASE TO CHAPTER 7 UNDER 11 U.S.C. § 1112(b) OR, IN THE ALTERNATIVE, TO DIRECT APPOINTMENT OF A CHAPTER 11 TRUSTEE UNDER § 1104(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 23, 2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 23, 2024 | Tahmineh Parizad Tamerani | /s/ Tahmineh Parizad Tamerani |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

# 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Ron Bender rb@lnbyg.com
- J Scott Bovitz bovitz@bovitz-spitzer.com
- Russell Clementson russell.clementson@usdoj.gov
- Andrew Michael Cummings andrew.cummings@hklaw.com,
- philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
- Michael G. Farag mfarag@gibsondunn.com
- Michael I. Gottfried mgottfried@elkinskalt.com,
- cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- Steven T Gubner sgubner@bg.law, ecf@bg.law
- Robert T. Honeywell robert.honeywell@klgates.com
- Lance N Jurich ljurich@loeb.com,
- pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- Monica Y Kim myk@lnbyg.com, myk@ecf.inforuptcy.com
- Jeffrey C Krause jkrause@gibsondunn.com,
- dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- Adam A Lewis alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- Krikor J Meshefejian kjm@lnbyg.com
- David M Poitras dpoitras@bg.law
- Brandy A Sargent brandy.sargent@klgates.com,
- litigation.docketing@klgates.com;janna.leasy@klgates.com
- Jason D Strabo jstrabo@mwe.com, jbishopjones@mwe.com
- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
- Jeffrey C Wisler jwisler@connollygallagher.com, dperkins@connollygallagher.com
- Beth Ann R. Young bry@lnbyg.com, bry@lnbyb.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**