BRADLEY ARANT BOULT CUMMINGS LLP
N. Chris Glenos
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
N. Chris Glenos
Email: cglenos@bradley.com
Phone: 205.521.8000
Fax: 205.488.6721

STRADLING YOCCA CARLSON & RAUTH
Paul R. Glassman (State Bar No. 76536)
Fred Neufeld (State Bar No. 150759)
10100 N Santa Monica Blvd, Suite 1450
Los Angeles, CA 90067
Telephone: (424) 214-7000
Facsimile: (424) 214-7010
E-mail: pglassman@stradlinglaw.com
fneufeld@stradlinglaw.com

*Attorneys for Lineage Bank*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>    Debtor and Debtor in Possession | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**STATEMENT OF POSITION OF LINEAGE BANK RE "U.S. TRUSTEE'S STATEMENT OF POSITION REGARDING APPOINTMENT OF A CHAPTER 11 TRUSTEE IN THIS CASE" [DKT. No. 182]**<br><br>Hearing Date: May 24, 2024<br>Time: 8:00 a.m.<br>Place: U.S. Bankruptcy Court<br>Courtroom 303<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

4867-9992-9793v1/108339-0001

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:**

Lineage Bank ("Lineage") understands the urgent need to provide Synapse-related end users with access to their funds and will continue to cooperate with all parties to achieve this objective in accordance with applicable laws and regulations. Of paramount importance to Lineage is that the funds be safeguarded and returned to their rightful owners in the correct amounts and not to the wrong parties or in the wrong amounts. Lineage desires to coordinate a successful transition of the funds to their rightful owners or other proper custodian as soon as possible, and will continue working diligently to accomplish this important objective.

Under the circumstances of this case, Lineage supports the U.S. Trustee's Motion for Appointment of a Chapter 11 Trustee.

Dated May 23, 2024         Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

and

STRADLING YOCCA CARLSON & RAUTH

By:  /s/ Paul Glassman
     Attorneys for Lineage Bank

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

4867-9992-9793v1/108339-0001                1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 N. Santa Monica Blvd, Suite 1450, Los Angeles, CA 90067

A true and correct copy of the foregoing document  STATEMENT OF POSITION OF LINEAGE BANK RE "U.S. TRUSTEE'S STATEMENT OF POSITION REGARDING APPOINTMENT OF A CHAPTER 11 TRUSTEE IN THIS CASE" [DKT. No. 182] will be served or was served (a) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 23, 2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:** On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 23, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:

**VIA FEDERAL EXPRESS**
The Honorable Martin R. Barash
United States Bankruptcy Court, Central District of California
San Fernando Valley Division
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 23, 2024 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## *Service List*

**1:24-bk-10646-MB Notice will be electronically mailed to:**

*Raymond O Aghaian on behalf of Creditor TClub Inc.*
*raghaian@kilpatricktownsend.com,*
*ndelman@kilpatricktownsend.com;dboss@kilpatricktownsend.com*

*Ron Bender on behalf of Debtor Synapse Financial Technologies, Inc.*
*rb@lnbyg.com*

*J Scott Bovitz on behalf of Creditor EarnUp inc.*
*bovitz@bovitz-spitzer.com*

*J Scott Bovitz on behalf of Creditor EarnUp, LLC*
*bovitz@bovitz-spitzer.com*

*Rudy J Cerone on behalf of Creditor SoLo Funds, Inc.*
*rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com*

*Sara Chenetz on behalf of Interested Party Courtesy NEF*
*schenetz@perkinscoie.com,*
*docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com*

*Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)*
*russell.clementson@usdoj.gov*

*Andrew Michael Cummings on behalf of Creditor Cigna Health and Life Insurance Company*
*andrew.cummings@hklaw.com,*
*philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com*

*Michael G. Farag on behalf of Creditor Mercury Technologies, Inc.*
*mfarag@gibsondunn.com*

*Paul R. Glassman on behalf of Creditor Lineage Bank*
*pglassman@stradlinglaw.com*

*Nicholas Christian Glenos on behalf of Creditor Lineage Bank*
*cglenos@bradley.com*

*Michael I. Gottfried on behalf of Creditor Yotta Technologies, Inc.*
*mgottfried@elkinskalt.com,*
*cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com*

*Michael I. Gottfried on behalf of Interested Party Courtesy NEF*
*mgottfried@elkinskalt.com,*
*cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com*

*Steven T Gubner on behalf of Interested Party Courtesy NEF*
*sgubner@bg.law, ecf@bg.law*

*Ralph P Guenther on behalf of Creditor Capital J Inc. d/b/a Juno*
*rguenther@guentherlawgroup.com*

*Robert T. Honeywell on behalf of Creditor TabaPay Holdings LLC*
*robert.honeywell@klgates.com*

*Robert T. Honeywell on behalf of Creditor TabaPay, Inc.*
*robert.honeywell@klgates.com*

*Lance N Jurich on behalf of Creditor American Bank, N.A.*
*ljurich@loeb.com,*
*pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com*

*Monica Y Kim on behalf of Debtor Synapse Financial Technologies, Inc.*
*myk@lnbyg.com, myk@ecf.inforuptcy.com*

*Jeffrey C Krause on behalf of Creditor Mercury Technologies, Inc.*
*jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com*

*Adam A Lewis on behalf of Creditor Silicon Valley Bank*
*alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com*

*Krikor J Meshefejian on behalf of Debtor Synapse Financial Technologies, Inc.*
*kjm@lnbyg.com*

*Fred Neufeld on behalf of Creditor Lineage Bank*
fneufeld@sycr.com, tingman@sycr.com

*David M Poitras on behalf of Interested Party Courtesy NEF*
dpoitras@bg.law

*David M Poitras on behalf of Interested Party Evolve Bank & Trust*
dpoitras@bg.law

*Paul M Rosenblatt on behalf of Creditor TClub Inc.*
prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

*Brandy A Sargent on behalf of Creditor TabaPay Holdings LLC*
brandy.sargent@klgates.com,
litigation.docketing@klgates.com;janna.leasy@klgates.com

*Brandy A Sargent on behalf of Creditor TabaPay, Inc.*
brandy.sargent@klgates.com,
litigation.docketing@klgates.com;janna.leasy@klgates.com

*Zev Shechtman on behalf of Creditor Committee Official Committee of Unsecured Creditors of Synapse Financial Technologies, Inc.*
Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

*Jason D Strabo on behalf of Creditor TriplePoint Capital, LLC*
jstrabo@mwe.com, jbishopjones@mwe.com

*United States Trustee (SV)*
ustpregion16.wh.ecf@usdoj.gov

*Jeffrey C Wisler on behalf of Creditor Cigna Health and Life Insurance Company*
jwisler@connollygallagher.com, dperkins@connollygallagher.com

*Beth Ann R. Young on behalf of Debtor Synapse Financial Technologies, Inc.*
bry@lnbyg.com, bry@lnbyb.com

*Beth Ann R. Young on behalf of Interested Party Courtesy NEF*
bry@lnbyg.com, bry@lnbyb.com