United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-10646-MB |
| Synapse Financial Technologies, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 21, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Synapse Financial Technologies, Inc., 21255 Burbank Boulevard, Suite 120, Woodland Hills, CA 91367-6669 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 23, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam A Lewis | on behalf of Creditor Silicon Valley Bank alewis@mofo.com  adam-lewis-3473@ecf.pacerpro.com |
| Andrew Michael Cummings | on behalf of Creditor Cigna Health and Life Insurance Company andrew.cummings@hklaw.com philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com |
| Beth Ann R. Young | on behalf of Interested Party Courtesy NEF bry@lnbyg.com  bry@lnbyb.com |
| Brandy A Sargent | on behalf of Creditor TabaPay  Inc. brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com |
| Brandy A Sargent | on behalf of Creditor TabaPay Holdings LLC brandy.sargent@klgates.com litigation.docketing@klgates.com;janna.leasy@klgates.com |
| David M Poitras | |

Case 1:24-bk-10646-MB    Doc 192    Filed 05/23/24    Entered 05/23/24 21:19:53    Desc
Imaged Certificate of Notice    Page 2 of 7

| District/off: 0973-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF dpoitras@bg.law |
| David M Poitras | |
| | on behalf of Interested Party Evolve Bank & Trust dpoitras@bg.law |
| Fred Neufeld | |
| | on behalf of Creditor Lineage Bank fneufeld@sycr.com  tingman@sycr.com |
| J Scott Bovitz | |
| | on behalf of Creditor EarnUp  LLC bovitz@bovitz-spitzer.com |
| J Scott Bovitz | |
| | on behalf of Creditor EarnUp inc. bovitz@bovitz-spitzer.com |
| Jason D Strabo | |
| | on behalf of Creditor TriplePoint Capital  LLC jstrabo@mwe.com, jbishopjones@mwe.com |
| Jeffrey C Krause | |
| | on behalf of Creditor Mercury Technologies  Inc. jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com |
| Jeffrey C Wisler | |
| | on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com dperkins@connollygallagher.com |
| Krikor J Meshefejian | |
| | on behalf of Debtor Synapse Financial Technologies  Inc. kjm@lnbyg.com |
| Lance N Jurich | |
| | on behalf of Creditor American Bank  N.A. ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com |
| Michael G. Farag | |
| | on behalf of Creditor Mercury Technologies  Inc. mfarag@gibsondunn.com |
| Michael I. Gottfried | |
| | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Michael I. Gottfried | |
| | on behalf of Creditor Yotta Technologies  Inc. mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Monica Y Kim | |
| | on behalf of Debtor Synapse Financial Technologies  Inc. myk@lnbyg.com, myk@ecf.inforuptcy.com |
| Nicholas Christian Glenos | |
| | on behalf of Creditor Lineage Bank cglenos@bradley.com |
| Paul M Rosenblatt | |
| | on behalf of Creditor TClub Inc. prosenblatt@kilpatricktownsend.com  moroberts@ktslaw.com |
| Paul R. Glassman | |
| | on behalf of Creditor Lineage Bank pglassman@stradlinglaw.com |
| Ralph P Guenther | |
| | on behalf of Creditor Capital J Inc. d/b/a Juno rguenther@guentherlawgroup.com |
| Robert T. Honeywell | |
| | on behalf of Creditor TabaPay Holdings LLC robert.honeywell@klgates.com |
| Robert T. Honeywell | |
| | on behalf of Creditor TabaPay  Inc. robert.honeywell@klgates.com |
| Ron Bender | |
| | on behalf of Debtor Synapse Financial Technologies  Inc. rb@lnbyg.com |
| Rudy J Cerone | |
| | on behalf of Creditor SoLo Funds  Inc. rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com |
| Russell Clementson | |
| | on behalf of U.S. Trustee United States Trustee (SV) russell.clementson@usdoj.gov |
| Sara Chenetz | |
| | on behalf of Interested Party Courtesy NEF schenetz@perkinscoie.com docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com |
| Steven T Gubner | |
| | on behalf of Interested Party Courtesy NEF sgubner@bg.law  ecf@bg.law |
| United States Trustee (SV) | |
| | ustpregion16.wh.ecf@usdoj.gov |

| District/off: 0973-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Zev Shechtman
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Synapse Financial Technologies  Inc.
    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

TOTAL: 32

FILED
MAY 21 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:           Deputy Clerk

ENTERED
MAY 21 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:           Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No.: 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO [JUAN HERNANDEZ]** |

1     Federal Rule of Bankruptcy Procedure 9003(a) provides: "Except as otherwise permitted by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee of a party in interest shall refrain from ex parte meetings and communications with the Court concerning matters affecting a particular case or proceeding." The Court received the attached ex parte communication from a party in interest in the above-captioned case. Any other party in interest that wishes to respond to this communication should do so no later than 7 days after the date of this notice by filing with the Court and serving on appropriate parties a written response with the Court.

    Parties in interest are reminded that they are prohibited from communicating directly with the judge regarding this case. Any communication must be filed with the clerk of the Court and entered on the docket for this case.

### #

5/21/2024

| | |
|---|---|
| From: | Juan Hernandez |
| To: | CACBdb_MBarash |
| Subject: | Day to day funds frozen due to Synapse/Evolve dispute |
| Date: | Tuesday, May 21, 2024 7:06:21 AM |

**CAUTION - EXTERNAL:**

To the Honorable Martin Barash:

Good morning,

I am a customer of Juno financial who is affected by the ongoing case between Synapse and Evolve. As an average citizen/ consumer I am not knowledgeable of the complex legalities involved in this matter. However, I am writing you to ask that you please assist in your official capacity the thousands of us that have been affected by the dispute between Synapse and Evolve. I would say that we may be considered victims as we trusted statements/claims by Juno that our funds were held by Evolve Bank and protected by FDIC insurance. We were never clearly informed of Synapse's involvement with our funds. I have reached out to multiple federal agencies with no clear guidance or assistance. Therefore you seem to be our only recourse for help. In making your decisions in this case please do your best to make it possible that we may have access to the money that we have worked so hard for and help the many of us who have no access to our money because of actions of other actors outside of our control.

Thank you,
Respectfully,
Juan P. Hernandez


Sent from AOL on Android

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO attached hereto was served either by Notice of Electronic Filing ("NEF"), by U.S. Mail, or by electronic mail (email) as indicated below, to the following parties on May 21, 2024

### NEF Notice of Electronic Filing List:

### SERVED VIA U.S. MAIL:

### SERVED VIA EMAIL:

Juan Hernandez served at the personal email address provided

*/s/ Julie Cetulio*
Deputy Clerk