PETER C. ANDERSON
United States Trustee
ERYK R. ESCOBAR/SBN 281904
Assistant United States Trustee
RUSSELL CLEMENTSON/SBN 143284
Trial Attorney
Department of Justice
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
Telephone: (213) 894-4505; Facsimile: (213) 894-2603
Email: russell.clementson@usdoj.gov

**FILED & ENTERED**

**MAY 24 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**ORDER DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE**<br><br>Date:  May 24, 2024<br>Time:  8:00 a.m.<br>Ctrm:  303<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 and<br>Via ZoomGov |

The United States Trustee's Emergency Motion To Convert Case To Chapter 7 Under 11 U.S.C. § 1112(b) Or, In The Alternative, To Direct Appointment Of A Chapter 11 Trustee Under § 1104(a) ("Motion") was set for hearing on the above date and time.  Appearances were made as reflected on the record.  The Court having considered the record herein, the arguments of counsel and interested parties, and for good cause appearing *and based on the Court's oral findings and conclusions*,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

1

2. The United States Trustee shall appoint a Chapter 11 Trustee.

*3. As soon as possible, the chapter 11 trustee is directed to meet and confer with counsel for the various constituents in business with the Debtor, including the financial technology platforms, the partner financial institutions and the Debtor's secured lenders.*

*4. The Court will hold a chapter 11 status conference on June 7, 2024, at 1:30 p.m.*

*5. Until further notice, the chapter 11 trustee is required to file, and to serve via NEF, a status report every Thursday no later than 6:00 p.m. prevailing Pacific Time, beginning on June 6, 2024.*

*6. The Debtor, as well as its subsidiaries, officers, directors, shareholders, current and former employees, shall preserve all evidence and shall cease, desist and refrain from deleting, destroying, corrupting, removing, altering, modifying, concealing, spoliating, or secreting, any documents or information (including all electronically stored information) relating to the business of the Debtor in any way, no matter where such information resides, including any documents or information stored on any computer or any media.  "Documents" shall be defined as in Federal Rule of Civil Procedure 34 (made applicable to this case by Federal Rule of Bankruptcy Procedure 7034).*

\\\\
\\\\
\\\\
\\\\
\\\\
\\\\
\\\\
\\\\

7. *This Order shall be effective immediately upon entry notwithstanding anything to the contrary in the Bankruptcy Rules or the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California.*

### 

Date: May 24, 2024

Martin R Barash
United States Bankruptcy Judge

3