PETER C. ANDERSON
United States Trustee
ERYK R. ESCOBAR/SBN 281904
Assistant United States Trustee
RUSSELL CLEMENTSON/SBN 143284
Trial Attorney
Department of Justice
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
Telephone: (213) 894-4505; Facsimile: (213) 894-2603
Email: russell.clementson@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

In re:

SYNAPSE FINANCIAL TECHNOLOGIES, INC.,

Debtor.

Case No. 124:-bk-10646-MB

Chapter 11

NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

[No hearing required]

Pursuant to the order of this Court entered on May 24, 2024, directing the United States Trustee to appoint a chapter 11 trustee in this case (the "Order"), the United States Trustee hereby appoints Jelena McWilliams to serve as the chapter 11 trustee. Ms. Williams business address is 1601 K Street NW Washington, D.C. 20006. The chapter 11 trustee's bond is initially set at $100,000.00. The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the United States Trustee when changes to the bond amount are required or made.

This appointment is made the 24th day of May, 2024.

Dated: 5-24-24

*/s/ Peter C. Anderson*
Peter C. Anderson
United States Trustee

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

915 Wilshire Blvd., Ste 1850, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE _____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/24/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

n/a

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

n/a

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/24/2024 | Russell Clementson | /s/Russell Clementson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   F 9013-3.1.PROOF.SERVICE

## **SERVICE LIST CONTINUED**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **Ron Bender**  rb@lnbyg.com
- **J Scott Bovitz**  bovitz@bovitz-spitzer.com
- **Rudy J Cerone**  rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com
- **Russell Clementson**  russell.clementson@usdoj.gov
- **Andrew Michael Cummings**  andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
- **Michael G. Farag**  mfarag@gibsondunn.com
- **Paul R. Glassman**  pglassman@stradlinglaw.com
- **Michael I. Gottfried**  mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Steven T Gubner**  sgubner@bg.law, ecf@bg.law
- **Ralph P Guenther**  rguenther@guentherlawgroup.com
- **Robert T. Honeywell**  robert.honeywell@klgates.com
- **Lance N Jurich**  ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- **Monica Y Kim**  myk@lnbyg.com, myk@ecf.inforuptcy.com
- **Jeffrey C Krause**  jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Adam A Lewis**  alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- **Krikor J Meshefejian**  kjm@lnbyg.com
- **Fred Neufeld**  fneufeld@sycr.com, tingman@sycr.com
- **David M Poitras**  dpoitras@bg.law
- **Paul M Rosenblatt**  prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
- **Brandy A Sargent**  brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
- **Zev Shechtman**  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- **Jason D Strabo**  jstrabo@mwe.com, jbishopjones@mwe.com
- **United States Trustee (SV)**  ustpregion16.wh.ecf@usdoj.gov
- **Jeffrey C Wisler**  jwisler@connollygallagher.com, dperkins@connollygallagher.com
- **Beth Ann R. Young**  bry@lnbyg.com, bry@lnbyb.com