PETER C. ANDERSON
United States Trustee
ERYK R. ESCOBAR/SBN 281904
Assistant United States Trustee
RUSSELL CLEMENTSON/SBN 143284
Trial Attorney
Department of Justice
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
Telephone: (213) 894-4505; Facsimile: (213) 894-2603
Email: russell.clementson@usdoj.gov

FILED & ENTERED

MAY 24 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE<br><br>Date:<br>Time: [No hearing set]<br>Ctrm:<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 and<br>Via ZoomGov |

The Court having considered the United States Trustee's Application For Order Approving Appointment Of Trustee And Fixing Bond (the "Application"), and for good cause appearing,

IT IS HEREBY ORDERED that the Application is granted.

//

//

//

//

//

1

1   IT IS FURTHER ORDERED that the appointment of Jelena McWilliams as
2   Trustee by the United States Trustee is approved.

###

Date: May 24, 2024

Martin R Barash
United States Bankruptcy Judge

2