| | |
|---|---|
| STEVEN T. GUBNER – Bar No. 156593<br>DAVID M. POITRAS – Bar No. 141309<br>BG LAW LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email:　　sgubner@bg.law<br>　　　　　dpoitras@bg.law<br><br>JEFFREY NAIMON – DC Bar No. 429409 (*Admitted Pro Hac Vice*)<br>CAROLINE M. STAPLETON – DC Bar No. 1023477 (*Admitted Pro Hac Vice*)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>2001 M Street NW<br>Washington, DC 20036<br>Telephone: (202) 349-8030<br>Email:　　jnaimon@orrick.com<br>　　　　　cstapleton@orrick.com<br><br>Attorneys for Evolve Bank & Trust | **FILED & ENTERED**<br><br>MAY 24 2024<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY Pgarcia    DEPUTY CLERK |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>　　　　Debtor and Debtor-in-Possession. | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**FINAL ORDER ON EMERGENCY MOTION OF EVOLVE BANK & TRUST ("EVOLVE") FOR AN ORDER DIRECTING THE DEBTOR TO RESTORE EVOLVE'S ACCESS TO THE DEBTOR'S DASHBOARD SYSTEM; OR, ALTERNATIVELY, AUTHORIZING EVOLVE TO CLOSE ALL OF THE DEBTOR'S DEMAND DEPOSIT ACCOUNTS AT EVOLVE ASSOCIATED WITH DEBTOR'S PROGRAMS**<br><br>**Hearings**:<br>Date:　　May 13, 14, 17 & 24, 2024<br>Time:　　2:30 p.m. (on May 13th)<br>　　　　　1:00 p.m. (on May 14th)<br>　　　　　9:00 a.m. (on May 17th)<br>　　　　　8:00 a.m. (on May 24th)<br>Place:　　Courtroom 303<br>　　　　　21041 Burbank Boulevard<br>　　　　　Woodland Hills, CA 91367<br><br>Parties appeared in person and by Zoom.Gov audio and video |

1

On May 13, 14, 17 and 24, 2024, the Court conducted hearings on the *Emergency Motion for An Order Directing the Debtor to Restore Evolve's Access to the Debtor's Dashboard System; or, Alternatively, Authorizing Evolve to Close All End User Demand Deposit Accounts at Evolve Associated with Debtor's Programs* (the "Emergency Motion")[Docket No. 137] filed by Evolve Bank & Trust ("Evolve Bank"). On May 17, 2024, the Court entered its *Interim Order Granting in Part and Denying in Part Emergency Motion for An Order Directing the Debtor to Restore Evolve's Access to the Debtor's Dashboard System; or, Alternatively, Authorizing Evolve to Close All End User Demand Deposit Accounts at Evolve Associated with Debtor's Programs* [Docket No. 157]. Appearances are noted in the records of the hearings on the Emergency Motion.

Having considered the Emergency Motion at the above hearings, and for the reasons stated by the Court on the record at the May 24, 2024 hearing, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

The relief requested by the Emergency Motion is rendered moot and the Emergency Motion is otherwise resolved based upon the appointment of a chapter 11 trustee in this case.

# # #

Date: May 24, 2024

Martin R Barash
United States Bankruptcy Judge

1