

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor. | **NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO [GREY SEYMOUR]** |

Federal Rule of Bankruptcy Procedure 9003(a) provides : "Except as otherwise permitted by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee of a party in interest shall refrain from ex parte meetings and communications with the Court concerning matters affecting a particular case or proceeding." The Court received the attached ex parte communication from a party in interest in the above-captioned case. Any other party in interest that wishes to respond to this communication should do so no later than 7 days after the date of this notice by filing with the Court and serving on appropriate parties a written response with the Court.

Parties in interest are reminded that they are prohibited from communicating directly with the judge regarding this case. Any communication must be filed with the clerk of the Court and entered on the docket for this case.

### 

5/28/2024

**From:** Grey Seymour
**To:** CACBdb_MBarash
**Subject:** In re Synapse x Evolve - a quick note of thanks -
**Date:** Sunday, May 26, 2024 1:23:01 PM

**CAUTION - EXTERNAL:**

Hello,

Please forgive me if this is not an appropriate use of this email address, & I'll be sure to keep this [relatively] quick; If this could be forwarded on to Judge Barash, I'd be grateful.

As an individual heavily, heavily affected by the issues between Synapse & Evolve, and having sat in on at least one of the hearings, I wanted to reach out and personally thank Judge Barash for his tireless advocacy for affected end users. I'll spare you my personal sob story, especially with my firsthand knowledge of many others who do not have backup resources; suffice to say, my own issues around this are quite severe, but I'll manage.

Not too much more to say than that, other than to reiterate that myself & others in similar positions feel (beyond the obvious frustration) that there is someone in a position of authority who hears & clearly cares deeply about our struggles.

I have ongoing concerns about a potential "run on neobanks", as it were, and what that could do the broader industry (eg what happens when services are turned back on, other than for millions to pull everything?) - but I digress: that is not the intention if this note.

I trust the work must be at times exhausting & thankless… nor does this seem like the type of debacle Judge Barash is typically thrown into, per se… but, while I cannot speak for the millions affected overall, I can speak for myself and a decent volume of others who see your efforts and are deeply appreciative. I am hopeful for the appointment of a new trustee, seems they're a good choice for the massive task at hand.

Once more, I do not mean to circumvent the appropriate routes of communication here, & as such, no reply is required if I've stepped "out of bounds", but I'd be remiss not to thank you for your work.

Thanks again,

GS

Sent with Shortwave
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO attached hereto was served either by Notice of Electronic Filing ("NEF"), by U.S. Mail, or by electronic mail (email) as indicated below, to the following parties on May 28, 2024

### NEF Notice of Electronic Filing List:

### SERVED VIA U.S. MAIL:

### SERVED VIA EMAIL:

Grey Seymour served at the personal email address provided

/s/ Julie Cetulio

Deputy Clerk