RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; MYK@LNBYG.COM; KJM@LNBYG.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | Case No.: 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 Case |
| Debtor and Debtor in Possession | **PROOF OF SERVICE OF ENTERED ORDER GRANTING DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES (Doc 195)**<br><br>DATE:   May 9, 2024<br>TIME:   9:00 a.m.<br>PLACE:  Courtroom 303<br>        21041 Burbank Boulevard.<br>        Woodland Hills, CA 91367 |

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, California 90034

A True And Correct Copy Of The Foregoing Document Entitled (*Specify*): **ENTERED ORDER GRANTING DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES (Doc 195)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 28, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**    rb@lnbyg.com
- **J Scott Bovitz**    bovitz@bovitz-spitzer.com
- **Russell Clementson**    russell.clementson@usdoj.gov
- **Andrew Michael Cummings**    andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
- **Michael G. Farag**    mfarag@gibsondunn.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Robert T. Honeywell**    robert.honeywell@klgates.com
- **Lance N Jurich**    ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- **Monica Y Kim**    myk@lnbyg.com, myk@ecf.inforuptcy.com
- **Jeffrey C Krause**    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Adam A Lewis**    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- **Krikor J Meshefejian**    kjm@lnbyg.com
- **David M Poitras**    dpoitras@bg.law
- **Brandy A Sargent**    brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
- **Jason D Strabo**    jstrabo@mwe.com, jbishopjones@mwe.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Jeffrey C Wisler**    jwisler@connollygallagher.com, dperkins@connollygallagher.com
- **Beth Ann R. Young**    bry@lnbyg.com, bry@lnbyb.com

**2**. **SERVED BY UNITED STATES MAIL**: On (*date*) **May 28, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 28, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service by **OVERNIGHT MAIL/FEDEX** information continued on attached **SERVICE LISTS**

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 28, 2024 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

CREDITORS, CONTRACTING COUNTERPARTIES, OTHER PARTIES IN INTEREST

Amazon Web Services, Inc.
PO Box 84023
Seattle, WA 98124-8423

Aprio, LLP
201 North Civic Drive, Suite 220
Walnut Creek, CA 94596

Arktouros PLLC
1717 N Street Northwest, Suite 1
Washington DC, DC 20036

Arroweye Solutions Inc.
2470 Paseo Verde Parkway Suite 135,
Henderson, NV 89074

Ask Benjamin, Inc
2055 Market Street
San Francisco, CA 94114

ATM National, LLC
PO Box 4346, Dept 364
Houston, TX 77210-4346

Atmos Financial, Inc
2222 Harold Way, Suite CW509
Berkeley, CA 94704

BairdHolm, LLP
1700 Farnam St, Ste 1500
Omaha, NE 68102

Ballard Spahr, LLP
1909 K Street, Nw 12Th Floor
Washington, DC, DC 20006

BDO USA, LLP
PO Box 677973
Dallas, TX 75267

Bergeson LLP
111 Market Street, Suite 600
San Jose, CA 95113

Brightside Benefit, Inc
55 N Arizona Pl, Ste 200
Chandler, AZ 85225

Business Wire, Inc
101 California Street 20th Floor
San Francisco, CA 94111

Cactil LLC
1441 Broadway 3rd floor
New York, NY 10018

Cadre Cash, LLC
295 Lafayette Street, Suite 500
New York, NY 10012

Capital J Inc
1390 Market Street, Suite 200
San Francisco, CA 94102

ChangeEd, Inc
222 W. Merchandise Mart Plaza
Suite 1212
Chicago, IL 60654

Checkr, Inc
One Montgomery St Suite 2000
San Francisco, CA 94104

Cobalt Labs, Inc
575 Market St. Fl 4
San Francisco, CA 94105

Datadog, Inc.
620 8th Avenue Floor 45
New York, NY 10018-1741

Datasite, LLC
733 S. Marquette Ave, Suite 600
Minneapolis, MN 55402

Degree, Inc
PO Box 207585
Dallas, TX 75320-7585

Dexy Co
1500 Bay Rd, 920
Miami Beach, FL 33139

Digital 365 Main, LLC
365 Main Street Suite 1500
San Francisco, CA 94105

DoiT International USA, Inc
5201 Great America Pkwy, Suite 320
Santa Clara, CA 95054

Ekata, Inc.
1301 5th Ave Suite 1600
Seattle, WA 98101

Elevated Principles, Inc
2021 Filmore St, 85
San Francisco, CA 94115

| | | |
|---|---|---|
| Evolve Bank & Trust<br>Attn: David M. Poitras, Esq.<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367 | Evolve Bank & Trust<br>6000 Poplar Avenue, Suite 300<br>Memphis, TN 38119 | Financial Technology Association  FTA<br>PO Box 223302<br>Chantilly, VA 20153 |
| Finnt, Inc<br>333 S. E. 2nd Avenue, Suite 200<br>Miami, FL 33131 | Fintech Meetup,LLC<br>605 3rd Avenue<br>New York, NY 10158 | First Horizon Bank<br>4385 Poplar Avenue<br>ATTN: Proctor Ford<br>Memphis, TN 38117 |
| Fiserv, Inc<br>Po Box 208457<br>Dallas, TX 75320-8457 | FlemingMartin, LLC<br>822 Hartz Way Suite 215<br>Danville, CA 94526 | Flourish Savings, Inc<br>2261 Market Street, 4466<br>San Francisco, CA 94114 |
| Fraudguard.io<br>12116 Everglades Kite Road<br>Brooksville, FL 34614 | Frazier & Deeter, LLC<br>222 2nd Avenue S Suite 1840<br>Nashville, TN 37201-2308 | Fund That Flip, Inc<br>10 E 23rd Street, 5 floor<br>New York, NY 10010 |
| Gattaca Horizons, LLC<br>5903 Ashby Manor Place<br>Alexandria, VA 22310 | Glance Capital, Inc<br>651 North Broad Street<br>Middletown, DE 19709 | Goodwin Procter LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111 |
| Gravy Technologies, Inc.<br>119 S Main Street<br>St. Charles, MO 00063-3301 | GravyStack, Inc.<br>1 N. 1st Street, 790<br>Phoenix, AZ 85004 | Hanson Bridgett LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105 |
| Hatfield, Inc.<br>1112 Bryant Street<br>San Francisco, CA 94103 | Hixson Nagatani LLP<br>2021 The Alameda, Ste 240<br>San Jose, CA 95126 | Hyve, Inc<br>86 Camp Hill Road<br>Pomona, NY 10970 |
| Idemia America Corp.<br>4250 Pleasant Valley Road<br>Chantilly, VA 20151 | IDT Payment Services, Inc.<br>520 Broad Street<br>Newark, NJ 07102 | Illinois Secretary of State<br>115 S. LaSalle St., Ste. 300<br>Chicago, IL 60603 |
| Intuit, Inc<br>650 California St, 7th Floor<br>San Francisco, CA 94108 | Jones Day<br>555 California Street 26th Floor<br>San Francisco, CA 94104-1500 | Klutch Technologies Inc.<br>3515 Mount Diablo Blvd<br>Lafayette, CA 94549 |
| Knab, Inc<br>432 Fremont Ave<br>Pacifica, CA 94044 | Kroll Associates, Inc<br>600 3rd Ave Fl 4<br>New York, NY 10016 | Landa Holdings, Inc<br>One Penn Plaza, suite 5307<br>New York, NY 10119 |

Latitud, Inc
4588 Bennett Valley Road
Santa Rosa, CA 95404

Lineage Bank
3359 Aspen Grove Drive Suite 150
Franklin, TN 37067

Linkedin Corporation
62228 Collections Center Drive
Chicago, IL 60693-0622

Littler Mendelson, PC
P.O. Box 207137
Dallas, TX 75320-7137

Lob.com, Inc.
2261 Market Street STE 5668
San Francisco, CA 94114

London & Stout P.C.
1999 Harrison Street Ste 2010
Oakland, CA 94612

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Machnet Technologies, Inc
317-642 Rue De Courcelle
Montreal, Quebec, Canada H4C 3C5,

MasterCard International
2200 Mastercard Boulevard
O' Fallon, MO 63368-7263

Masterworks Administrative Services, LLC
225 Liberty St, 29th floor
New York, NY 10281

McBurberod Financial Inc
650 California St, 7th Floor
San Francisco, CA 94108

Mercury Technologies, Inc.
660 Mission Street, 4th Floor
San Francisco, CA 94105

MicroVenture Marketplaces, Inc
11601 Alterra parkway, suite 100
Austin, TX 78758

Mila Popov aka Mila Alemasov,
Ttee Mila Aleamasov Revocable Trust
Law Offices of Svetlana Rishini
P.O. Box 2114
Alameda, CA 94501

Momento Technologies, Inc
401 Park Ave South, 9th floor
New York, NY 10016

Nasim Shushtari
Kesluk, Silverstein, Jacob & Morrison, P
9255 Sunset Blvd, Suite 411
Los Angeles, CA 90069

Navan, Inc
3045 Park Blvd
Palo Alto, CA 94306

Newfront Insurance, Inc
55 2nd Street, 18th Floor
San Francisco, CA 94105

Next Financial Inc
221 1ST Ave W
Seattle, WA 98119

Nomad Fintech, Inc. Nomad Tecnologia e P
873 El Camino Real
Menlo Park, CA 94025

OneBlinc,LLC
225 E Dania Beach Blvd
Dania Beach, FL 33004

Papaya Global, Inc.
1460 Broadway
New York, NY 10036

Paredes Strategies LLC
9 Shorelands Court
Greenwich, CT 06870

Passfolio Financial, LLC
1390 Market St, Suite 200
San Francisco, CA 94102

Performiline, Inc
58 South Street 2nd Floor
Morristown, NJ 07960

PitchBook Data, Inc.
901 Fifth Avenue, Suite 1200
Seattle, WA 98164

Pretax Hero, Inc
159 Court St #2
New York, NY 11201

PRGB, Inc.
256 W Data Drive
Draper, UT 84020

Profit Financial, Inc.
43 W 23rd Street, 6th Floor,
New York, NY 10010

PROG Services, Inc.
256 W Data Drive
Draper, UT 84020

| | | |
|---|---|---|
| Rego Payment Architectures, Inc<br>325 Sentry Parkway, suite 200<br>Blue Bell, PA 19422 | Rocketlane Corp<br>3524 Silverside Road Suite 35B<br>Wilmington, DE 19810 | Roost Enterprises, Inc<br>629 N High Street, 6th floor<br>Columbus, OH 43215 |
| Routefusion Inc.<br>1305 East 6th Street Unit 10<br>Austin, TX 78702 | Salesforce, Inc.<br>415 Mission Street 3rd Floor,<br>San Francisco, CA 94105 | Schulte Roth Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 |
| Secure Talent, Inc<br>Secure Talent, Inc. PO BOX 512220<br>Los Angeles, CA 90051-0220 | Seed Financial, Inc<br>650 California St, 7th Floor<br>San Francisco, CA 94108 | Sentant Network, LLC<br>535 Mission St 14th floor<br>San Francisco, CA 94105 |
| Silicon Valley Bank, a division of<br>First-Citizens Bank & Trust Company<br>1437 7th Street, Suite 300<br>Santa Monica, CA 90401 | Silt Inc<br>404 Bryant Street<br>San Francisco, CA 94107 | Sloanne & Company, LLC<br>285 Fulton Street 69th Floor<br>New York, NY 10007 |
| Spectrum Marketing Solutions, LLP<br>4470 W Sunset Blvd 90864<br>Los Angeles, CA 90027 | Split Software, Inc<br>2317 Broadway Street 3rd Floor<br>Redwood City, CA 94063 | SportsPay Partners, LLC<br>177 E Colorado Blvd, Ste 200<br>Pasadena, CA 91105 |
| SRGR Law Offices<br>A3 Fl 3, Noida<br>Uttar Pradesh, India 00020-1301, | Sunny Day Fund Solutions, Inc<br>6003 Madison Overlook Ct.<br>Falls Church, VA 22041 | TabaPay, Inc<br>605 Ellis Street 110<br>Mountain View, CA 94043 |
| TClub, Inc<br>2261 Market Street, 4688<br>San Francisco, CA 94114 | This Is Alice Inc.<br>1040 Noel Dr<br>Menlo Park, CA 94025 | Thomson Reuters<br>PO Box 6292 - West Payment Center<br>Carol Stream, IL 60197-6292 |
| Triple 2 Inc.<br>5501 China Point<br>Long Beach, CA 90803 | TriplePoint Capital LLC<br>2755 Sand Hill Rd.<br>Suite 150<br>Menlo Park, CA 94025 | Trulioo Information Services, Inc<br>400-114 East 4th St<br>Vancouver, CA 94104 |
| Turing Enterprises Inc.<br>P.O. Box 735665<br>Chicago, IL, IL 60673-5665 | Under Technologies, Inc<br>Keker, Van Nest & Peters LLP 633 Battery<br>633 Battery Street<br>San Francisco, CA 94111 | Under Technologies, Inc<br>446 W 14th Street, 2nd floor<br>New York, NY 10014 |
| Unest Holdings, Inc<br>5161 Lankershim Blvd, 250<br>North Holywood, CA 91601 | Unit21, Inc<br>49 Geary Street Suite 200<br>San Francisco, CA 94108 | Venminder, Inc<br>400 Ring Rd, Ste 131<br>Elizabethtown, KY 42701 |

| | | |
|---|---|---|
| Visage Enterprise, Inc<br>1601 Elm<br>Dallas, TX 75201 | William Blair & Company, L.L.C.<br>150 North Riverside Plaza<br>Chicago, IL 60606 | WireBee Inc<br>8700 Sanctuary Drive<br>Mentor, OH 44060 |
| WorkRamp, Inc.<br>440 N Barranca Ave 3840<br>Covina, CA 91723-1722 | YieldStreet Inc.<br>300 Park Avenue, 15th Floor,<br>New York, NY 10022 | Yodlee, Inc<br>621 Hillsborough Street, 10th Floor<br>Raleigh, NC 27603 |
| Yotta Technologies Inc<br>33 Irving Pl<br>New York, NY 10003 | Chapman and Culter LLP<br>320 South Canal Street Floor 27<br>Chicago, IL 60606 | Patrina Corporation<br>45 Broadway, 1440<br>New York, NY 10006 |
| South Carolina Dept of Consumer Affairs<br>293 Greystone Boulevard, Ste 400<br>Columbia, SC 29210 | Texas Workforce Commission<br>101 E 15th Street<br>Room 556<br>Austin, TX 78778 | Synapse Credit LLC<br>149 New Montgomery St.<br>4th Floor<br>San Francisco, CA 94105 |
| Synapse Credit LLC<br>2710 Gateway Oaks Drive<br>Sacramento, CA 95833 | Synapse Brokerage LLC<br>2012 Northwest Military Highway<br>San Antonio, TX 78213 | |

CONTRACT COUNTERPARTIES NOT LISTED ABOVE

| | | |
|---|---|---|
| 1Life Healthcare, Inc<br>PO Box 779<br>San Francisco, CA 94104 | ABM Industry Groups, LLC<br>600 Harrison Street #600<br>San Francisco, CA 94107 | Adelante CX<br>48 Rehov King George<br>Tel-Aviv District, Israel 00643-3701 |
| Adobe Inc<br>345 Park Ave<br>San Jose, CA 00094-5110 | Airtable<br>799 Market Street, 8th Floor<br>San Francisco, CA 94103 | Allende & Brea<br>8750 Doral Boulevard<br>Doral, FL 33178 |
| Alliant Insurance Services, Inc<br>PO Box 21874<br>New York, NY 10087-1874 | Amazon Web Services, Inc.<br>410 Terry Avenue North<br>Seattle, WA 98109 | American Bank National Association<br>525 N Main Avenue<br>Siox Center, IA 51250 |
| American Crew Group LLC<br>7871 Northwest 15th Street<br>Doral, FL 33126 | AON Consulting, Inc<br>P.O BOX100137<br>Pasadena, CA 91189-0137 | APIHub, Inc<br>90 Sheridan St San Francisco, CA 94103<br>San Francisco, CA 94103 |

Arthur J. Gallagher & Co.
2850 Golf Road
Rolling Meadows, IL 60008

Ascent CFO Solutions, LLC
1035 Pearl St Suite 407
Boulder, CO 80302

Atlassian Pty Ltd
350 Bush Street, Floor 13
San Francisco, CA 94104


Baker Tilly US, LLP
18500 Von Karman Ave. 10th Floor
Irvine, CA 92660

Banco Ourinvest
Avenida Paulista, 1728, Bela Vista
Sao Paulo, SP, Brazil 00131-0919

BanPAY (US) LLC
66 West Flager St, Suite 900
Miami, FL 33140


Beam Insurance Services, LLP
10943 Olson Dr #5659
Rancho Cordova, CA 95670

Bennie Health, Inc.
700 Canal St, Ste 1
Stamford, CT 06902

Bill.com, LLC
6220 America Center Dr Suite 100
San Jose, CA 95002


Bloom Credit, Inc.
450 7th Avenue
NY, NY 10123

BuoyFi LLC
1745 N Brown Rd, Suite 450
Lawrenceviller, GA 30043

Business Technology Partners, LLP
PO Box 7004
Carol Stream, IL 60197-7004


Business Wire, Inc
101 California Street 20th Floor
San Francisco, CA 94111

C Squared Communications, LLC
317 Acorn Hill Road
Olivebridge, NY 12461

Calendly, LLC
271 17th St. Ste 1000
Atlanta, GA 30363


CBW Bank Inc
109 E. Main St
Weir, KS 66781

CFX Direct, LLC
41 W. 25th St., 2nd Floor
New York, NY 10010

Cigna Healthcare of California, Inc
900 Cottage Grove Rd
Bloomfield, CT 06002


Cigna Healthcare of California, Inc.
Attn: Andrew Cummings, Esq.
Holland & Knight LLP
4675 MacArthur Court, Suite 900
Newport Beach, California 92660

Circle Internet Services, Inc
201 Spear St, 12th Floor
San Francisco, CA 94105

ClassWallet
4141 NE 2nd Avenue Suite, 203B
Miami, FL 33137


Clear Function, LLC
2130 West Street
Germantown, TN 38138

Cloudflare, Inc
101 Townsend St
San Francisco, CA 94107

Coba Chib USA, LLC
701 Brazos St, Suite 500
Austin, TX 78701


Cogent Communications, Inc
2450 N Street NW
Washington, DC 20037

COINAPI LTD.
Britannia House, Suite 402
1-11 Glenthorne Road
Hammersmith, London, UK W6 0LH

Content Monsta
1395 East Cobb Drive Box 71472
Marietta, GA 30007


Continuum, Inc
101 2nd Street Suite 525
San Francisco, CA 94105

CT Corp
PO Box 4349
Carol Stream, IL 60197-4349

Curacubby, Inc.
2120 University Ave,
Berkeley, CA 94704

Dave Maxfield, Attorney, LLC
P.O. Box 11865
Columbia, SC 29211

Deel, Inc
425 1st Street
San Francisco, CA 94105

Digital 365 Main, LLC
150 CALIFORNIA STREET
4TH FL, STE 400
SAN FRANCISCO, CA 94111

Digital 365 Main, LLC
365 Main Street Suite 1500
San Francisco, CA 94015

Discourse Construction Kit, Inc
8 The Grn Ste 8383
Dover, DE 19901-3618

Docker, Inc.
3790 El Camino Real #1052
Palo Alto, CA 94306

DolarApp Inc.
Calle Sur 105, 1206,
Col. Aeronautica Militar, Mun
Ciudad de Mexico, MEXICO CP 15979

Domo, Inc
802 East 1050 South
American Fork, UT 84003-3798

EarnUp, Inc.
2370 Market St, Suite 203
San Francisco, CA 94114

EMVCo, LLC
544 Hillside Road
Redwood City, CA 94062

Envoy Inc
410 Townsend St Suite 410 Suite 410
San Francisco, CA 94107

eShares, Inc. DBA Carta, Inc.
333 Bush Street, Floor 23, Suite 2300
San Francisco, CA 94104

Evolve Bank & Trust
6070 Poplar Avenue, Suite 100
Memphis, TN 38119

Farris Bobango Branan PLC
999 South Shady Grove Road Suite 500
Memphis, TN 38120

Figma, Inc
116 New Montgomery Street, Suite 400
San Francisco, CA 94105

Fime USA Inc.
1737 N 1st St Ste 410
San Jose, CA 95112

Fleishman Hillard Brasil Comunica o, LT
Rua Henrique Schauman, 270, Jardim Paulista
Sao Paulo, SP, Brazil 00541-3010

Fractionally, Inc
PO Box 2227
Merced, CA 95344

Frontier Business Systems Pvt Ltd
3 Wood Street, Bengaluru
Bengaluru KA, India 00056-0025

Functional Software, Inc. d/b/a Sentry
45 Fremont Street, 8th Floor,
San Francisco, CA 94105

Gem Software, Inc
1 Post Street, 18th Floor,
San Francisco, CA 94104

GitBook Inc
440 N Barranca Ave #7171
Covina, CA 91723

Github, Inc
c/o Corporation Service Company
2710 Gateway Oaks
Sacramento, CA 95833

GO1 USA, LLC
26 S Rio Grande St Ste 2072
Salt Lake City, UT 84101

Gong.io, Inc
PO Box 102866
Pasadena, CA 91189

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

Grabr Inc.
201 Spear St, STE: 1100
San Francisco, CA 94105

Grid Financial Services Inc
1112 Bryant Street
San Francisco, CA 94103

Guideline Technologies, Inc
1412 Chapin Ave
Burlingame, CA 94010

GW Solyushans Ltd
Asen Zlatarov 16
Plovdiv, Bulgaria 04000-0000

| | | |
|---|---|---|
| Hathaway & Kunz, LLP<br>2515 Warren Avenue, Suite 500<br>Cheyenne, WY 82001 | Henry Labs Inc.<br>3340 Hillview Ave<br>Palo Alto, CA 94304 | Hubspot, Inc<br>Attn: General Counsel<br>Two Canal Park<br>Cambridge, MA 02141 |
| Hummingbird Reg Tech, Inc<br>440 North Barranca Avenue 4151<br>Covina, CA 91723 | Husch Blackwell<br>8001 Forsyth Boulevard<br>Clayton, MO 63105 | Idera,Inc<br>10801 N Mopac Expressway<br>Building 1, Suite 100<br>Austin, TX 78759 |
| IIB Solutions Ltd.<br>19 West 24th Street<br>New York, NY 10010 | Intuit, Inc<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Ironclad, Inc<br>650 California Street Suite 1100<br>San Francisco, CA 94108 |
| JN Projects, Inc<br>1800 Owens St<br>San Francisco, CA 94158 | Kranz & Associates LLC<br>830 Menlo Ave., Suite 100<br>Menlo Park, CA 94025 | Kroll Associates, Inc<br>55 East 52nd Street<br>17th Floor<br>New York, NY 10055 |
| Legacy Transportation Services, Inc<br>5220 Cameron Street<br>Las Vegas, NV 89118 | Lever, Inc<br>DEPT 0569 PO Box 120569<br>Dallas, TX 75312-0569 | LexSpot,Inc<br>90 New Montgomery St, Suite 750<br>San Francisco, CA 94105 |
| Lighthouse Services, LLC<br>1710 Walton Rd., Suite 204<br>Blue Bell, PA 19422 | Lineage Bank<br>3359 Aspen Grove Drive Suite 100<br>Franklin, TN 37067 | Linksquares, Inc.<br>33 Arch St, Floor 17<br>Boston, MA 02110 |
| Lucid Software, Inc<br>10355 South Jordan Gateway Suite 300<br>South Jordan, UT 84095 | Machnet Technologies, Inc<br>10355 South Jordan Gateway Suite 300<br>Montreal, Quebec, Canada H4C 3C5 | Mailchimp<br>675 Ponce De Leon Ave Ne # 5000<br>Atlanta, GA 30308 |
| MainVest, Inc.<br>81 Washington Street<br>Salem, MA 01970 | MasterCard International<br>2000 Purchase Street<br>Purchase, New York 10577-0000 | MatchUp, LLC<br>141 Tremont Street 8th Floor<br>Boston, MA 02111 |
| Max Webster-Dowsing<br>130 Southsea Avenue, Minster-On-Sea<br>Sheerness, Kent, UK ME12 2LU | Mental Health Coaching LLC<br>9450 Southwest Gemini Drive PMB 70589<br>Beaverton, OR 97008 | Metropolitan Electrical Construction, Inc<br>2400 3rd Street<br>San Francisco, CA 94107 |
| Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052 | MJ Boyd LLC<br>376 Pequot Avenue<br>Southport, CT 06890 | Mongo DB, Inc<br>100 Forest Avenue<br>Palo Alto, CA 94301 |

My First Sale, LLC
1 N. 1st Street, 790
Phoenix, AZ 85004

Namecheap, Inc
4600 E Washington St Ste 305
Phoenix, AZ 85034

NATIONAL REGISTERED AGENTS, INC.
PO Box 4349
Carol Stream, IL 60197

Nevtec, Inc
1150 S. Bascom Ave, Suite 12
San Jose, CA 95128

Nir Kalish
101 Edinburgh Isle Court
Lakeway, TX 78738

Nova Credit Inc.
44 Montgomery St 3rd floor
San Francisco, CA 94104

Nowsta, Inc.
228 Park Ave S, PMB 62909
New York, NY 10003-1502

OpsGenie, Inc
222 Broadway
New York, NY 10038

Optim ACH Solutions LLC
9789 Charlotte Highway Suite 400 #219
Fort Mill, SC 29707

Pacific Coast Plants LLC
1634 E. Edinger
Santa Ana, CA 92705

Parkman Licensing, Inc
1609 England Road
Arlington, TX 76013

Paystand, Inc.
1800 Green Hills Road, Suite 110
Scotts Valley, CA 95066

Pinheiro Neto Advogados
1095 6th Avenue
New York, NY 10036

Pioneer Works Inc.
835 Howard St Ste 2
San Francisco, CA 94103-3009

Postman, Inc
55 2nd Street
San Francisco, CA 94105

Principal Life Insurance Company
PO Box 10372
Des Moines, IA 5306-0372

Public Storage
611 2nd Street
San Francisco, CA 94107

R Monga & Co
566 Makarwali Road
Ajmer RJ, India 00030-5004

Raygun
1601 5th Avenue-Suite 1100
Seattle, WA 98101

ReadMe.io CO.
445 Bush St, #800
San Francisco, CA 94108

RHR International LLP
233 South Wacker Drive 95th Floor
Chicago, IL 60606

Rina Accountancy LLP
475 14th Street, Suite 1200
Oakland, CA 94612

Rippling PEO 1, Inc
2443 Fillmore Street #380-7361
San Francisco, CA 94115

Routefusion Inc.
1305 East 6th Street #4
Austin, TX 78702

SaasAnt Inc.
16192 Coastal Hwy,
Lewes, DE 19958

ScaleJoy, LLC
156 Lower Lakeview Drive
Hawley, PA 18428

Secure Talent, Inc
PO BOX 512220
Los Angeles, CA 90051-0220

Seon Technologies Kft
42 R k czi t 7 EM
Budapest, Hungary 01072-0000

Sherwood Partners, LLC
3945 Freedom Cir #560,
Santa Clara, CA 95054

Silt Inc
404 Bryant Street
San Francisco, CA 94107

Skypostal, Inc
7805 Northwest 15th Street
Doral, FL 33126

Slack Technologies, LLC
500 Howard St. 6th Floor
San Francisco, CA 94105

Solarwinds
7171 Southwest Pkwy, Building 400
Austin, TX 78735

SoLo Funds, Inc
100 W. 5th Street, 5th floor
Cincinnati, OH 45202

SonarSource S.A.
PO Box 765
Geneva 15, SWITZERLAND CH-1215

Sunit Jain
KCB Complex
Guwahati, India 00078-1001

Sunny Day Fund Solutions, Inc
6003 Madison Overlook Ct.
Falls Church, VA 22041

SupportLogic, Inc
356 Santana Row Suite 1000,
San Jose, CA 95128

Synoptek, LLC
Attn: Legal Department
412 E. Parkcenter Blvd
Boise, ID 83706

TClub, Inc
2261 Market Street, 4688
San Francisco, CA 94114

TET Events, LLC
30 N Gould St Ste 12077
Sheridan, WY 82801

The Hartford
P O Box 660916
Dallas, TX 75266-0916

The Smart Group
2349 Gillingham Circle
Thousand Oaks, CA 91362

TripActions, Inc
3045 Park Boulevard
Palo Alto, CA 94306

True North America, Inc
8 Cadiz Circle
Redwood City, CA 94065

Trulioo Information Services, Inc
1200-1055 West Hastings Street
Vancouver, BC V6E 2E9

Twilio Inc.
101 Spear Street, 5th Floor
San Francisco, CA 94105

Unit21, Inc
222 Kearny St, Suite 304
San Francisco, CA 94108

Utoppia Inc.
399 Fremont St. 2107
San Francisco, CA 94105

Werqwise
149 New Montgomery, 4th Floor
San Francisco, CA 94105

West Publishing Corporation
610 Opperman Drive
P.O. Box 64833
St Paul, MN 55164

Wework
21255 Burbank Boulevard, Suite 120
Los Angeles, CA 91367

Wework
12 EAST 49TH STREET 3RD FLOOR
MAIL ROOM
NEW YORK, NY 10017

Yodlee, Inc.
3600 Bridge Parkway, Suite 200
Redwood City, CA 94065

Yotta Savings
45 East 22nd St, 33B
New York, NY 10010

Zendesk, Inc
Attn: Legal Department 989 Market Street
San Francisco, CA 94103

Zoom Video Communications, Inc
55 Almaden Blvd, 6th Floor
San Jose, CA 95113

ADDITIONAL INTERESTED PARTIES

Kathy Ngo
3098 Warrington Avenue
San Jose, CA 95127

Haida Wilson
1859 Hudson Crossing Road, Apt 8
Tucker, GA 30084

Nicole Tomassi
1000 Lake Street, Apt. 1405
Oak Park, IL 60301

Debora Marinho
28 Circle Drive, apt F
Tiburon, CA 94920

Maria Espinoza
103 Mason Drive
Newark, DE 19711

Traci Eldridge
2470 Canary Grass Lane
Prosper, TX 75078

James Austin
8348 Erickson blvd, 10101
Littleton, CO 80129

Pam Wismer
932 Cooper Ave
Glenwood Springs, CO 81601

Sergio Portillo
4501 Bell Court
Richmond, CA 94804

U.S. Trustee
Attn: Russell Clementson
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Robert T. Honeywell
K&L Gates LLP
599 Lexington Ave.
New York, NY 10022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

U.S. Securities and Exchange
Commission  Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

State of CA Employment Dev. Dept.
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

California Department of Tax and
Fee Administration
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA  94279-0029

Los Angeles County Tax Collector
P. O. Box 54110
Los Angeles, CA 90054-0110

FINRA
300 South Grand Avenue, Suite 1700
Los Angeles, CA 90071

Rapyd Financial Network (2016) Ltd.
132 Begin St., Triangular
Tower, Tel Aviv, Israel

IDT Payment Services, Inc.
520 Broad Street
Newark, NJ 07102

FinLink, Inc. dba Mbanq
19800 North Creek PWKY #202
Bothell, WA, 98110

Computer Services, Inc.
3901 Technology Drive
Paducah, KY 42001

United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044

Georgia Department of Revenue
Compliance Division - Central Collection Section
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3202

Arkansas Dept. of Finance and Administration
Attn: Revenue Legal Counsel
Ledbetter Building
1816 W 7th St, Rm 2380
Little Rock, AR 72201

Arizona Dept. of Revenue
1600 West Monroe Street
Phoenix, AZ 85007

Colorado Department of Revenue
Taxation Section
1881 Pierce St.
Entrance B
Lakewood, CO 80214

Florida Department of Revenue
Attn: Mark Hamilton, General Counsel
P. O. Box 6668
Tallahassee, FL 32314-6668

Comptroller of Maryland
80 Calvert Street
PO Box 466
Annapolis, MD 21404-0466

North Carolina Dept. of Revenue
Attn: Bankruptcy Unit
Post Office Box 1168
Raleigh, NC 27602-1168

North Carolina Department of Revenue
501 North Wilmington Street
Raleigh, NC 27604

NJ Division of Taxation
3 John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695-0245

State of Nevada Dept. of Taxation
3850 Arrowhead Drive, 2nd Floor
Carson City, NV 89706

New York State Dept of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

Ohio Department of Taxation
4485 Northland Ridge Blvd.
Columbus, Oh 43229

Tennessee Dept. of Revenue
500 Deaderick Street
Nashville, TN 37242

Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, Texas 78774

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134-0266

Virginia Tax
Attn: General Legal and Technical Services
1957 Westmoreland Street
Richmond, VA 23230

Washington State Department of Revenue
Treasury Management
PO Box 47464
Olympia, WA 98504-7464

Illinois Dept. of Revenue
Attn: Bankruptcy Unit
PO BOX 19035
SPRINGFIELD IL 62794-9035

Will Ferguson
1620 Belmont Avenue, unit 327
Seattle, WA 98122

Patrick Kelly
7619 40th Avenue Court East
Tacoma, WA 98443

Lai Cheung
23 Belmont Avenue
San Francisco, CA 94117

Simon Jaud
1911 Manning Avenue, Unit 4
Los Angeles, CA 90025

Curtis Miller
1216 Sambar Circle
Grovetown, GA 30813

Mark Shatzkin
201 Coggins Drive, APT B121
Pleasant Hill, CA 94523

Glenn Glazer
1074 El Solyo Heights Drive
Felton, CA 95018

Hillary Quirk
2725 20th Street
San Francisco, CA 94110

Michael Young
7619 40th Ave Ct E
Tacoma, WA 98443

Asif Mirza
1500 Alemany Blvd.
San Francisco, CA 94112

Mike Johns
6401 Trissino Dr
Austin, TX 78739

Kirtish Parekh
4592 Leonato way
FREMONT, CA 94555

Amber Walker
2370 Bullfinch
New Braunfels, TX 78130

Shuo Cheng
8944 E Pershing Ave
Scottsdale, AZ 85260

Yarden Carmeli
15 Cork Place
Hazlet, NJ 7730

Kathleen Fitzpatrick
1 Ajax Place
Berkeley, CA 94708

Anamaria Mireles
6126 Apple Vly Dr
San Antonio, TX 78242

Guy Gandenberger
2264 Reserve Drive
Brentwood, CA 94513

Perry Stallings
9520 Sawyer Fay Ln
Austin, TX 78748

Alfredo Garcia Jr
467 King James Drive
Alamo, TX 78516

Claude Elivert
253-26 148th Drive
Rosedale, NY 11422


Ryan Devall
29 Elk Street
Eureka Springs, AR 72632

Aaron Riley
3033 Eastern Avenue
Baltimore, MD 21224

Marifel Frez
1833 Elm Street
Alameda, CA 94501


Charlie Jergins
1141 West 360 North Unit 1
Saint George, UT 84770

Kyle Wilson
6347 Di vita Drive
Carlsbad, CA 92009

Harrison Thompson
110 W. Lynwood Ave
San Antonio, TX 78212


Jillana Downing
620 Canyon Rd
Redwood City, CA 94062

John Ginther
46 Edsall Drive
Sussex, NJ 7461

Youssef Al-Yakoob
5143 Castlehaven Bend
Powder Springs, GA 30127


Adrian Valbuena
1417 Platt Avenue
Milpitas, CA 95035

Mitos Diaz
6375 Azurelyn Avenue
Las Vegas, NV 89122

Jessica Bednarek
6427 Embankment Road
San Antonio, TX 78252


Ashley McDonnell
2717 South Lamar Boulevard, Apt 3037
Austin, TX 78704

Jerry Xia
1571 Lewiston Drive
Sunnyvale, CA 94087

Praveen Mamidi
105 Center Ct
Danville, CA 94506


Jack Doan
321 Ski Way, #27
Incline Village, NV 89451

Doug Hurst
7873 Saint Vrain Road
Longmont, CO 80503

Mike Rosen
3774 Redwood Circle
Palo Alto, CA 94306


Victor Medeiros
769 Cottage Lane
Boulder, CO 80304

Alison Hill
1517 H Street, Apt 532
Sacramento, CA 95814

Cesar Soto
5460 Tall Grass Boulevard
Bulverde, TX 78163


Brock Mccullough
20239 N 39Th Dr
Glendale, AZ 85308

Gaurav Gupta
143 River Mews Lane
Edgewater, NJ 7020

Chester Mui
22290 N 103Rd Dr
Peoria, AZ 85383


Mike Eyl
550 East Brooklyn Village Avenue
Apt 1409
Charlotte, NC 28202

Jeff Stanley
5598 Amarosa Drive
Parker, CO 80134

Kevin Humbel
1429 Miami Lake Drive
Loveland, OH 45140

| | | |
|---|---|---|
| Tatiana Begley<br>15024 Camino Rio<br>Helotes, TX 78023 | Thao Dinh<br>965 Nevada State Drive, #4103<br>Henderson, NV 89002 | Alex Chodvadia<br>1602 Lookout Forest<br>San Antonio, TX 78260 |
| Rebecca Bleschke<br>8711 Beviamo Street<br>Houston, TX 77031 | Micah Brafford<br>2116 Old Oak Dr<br>Memphis, TN 38119 | Saniyah Gagan<br>1107 Opal Cup Circle<br>Richmond, TX 77406 |
| Sachet Misra<br>1400 7th Street, apt no 211<br>San Francisco, CA 94107 | Teagan Jensen<br>8300 East Dixileta Drive, 212<br>Scottsdale, AZ 85266 | Adolfo Reyes<br>5533 Post Oak Boulevard, APT 401<br>Wesley Chapel, FL 33544 |
| Roshan Syed<br>5760 Hathaway Parkway, Apt 2308<br>Plano, TX 75024 | Sankaet Pathak<br>275 Maywood Drive<br>San Francisco, CA 94127 | Jamane Clark<br>130 Derby Country Drive<br>Ellenwood, GA 30294 |
| Tracey Guerin<br>320 Miller Ct<br>Orinda, CA 94563 | Derek Drennan<br>3033 Rosedale Avenue<br>Dallas, TX 75205 | Fernanda Hurst<br>146 Belle View Drive<br>Petaluma, CA 94952 |
| Eugene Koran<br>2570 Crestmoor Dr<br>San Bruno, CA 94066 | Jeff Dickinson<br>151 Dina Lane<br>Montgomery, TX 77356 | Quincy Tran<br>7415 Carriage Bay<br>San Antonio, TX 78249 |
| Sara Guerrero-Gonzalez<br>13222 Sunrise Wood<br>San Antonio, TX 78245 | Jon Michael Gomez<br>11219 Blue Feather<br>San Antonio, TX 78254 | Keyon Tolbert<br>8820 Westheimer Road Apt 2451<br>Houston, TX 77063 |
| Jessica Byrne<br>1226 Tetford<br>San Antonio, TX 78253 | Peter Ashworth<br>195 Lakeview<br>Stansbury Park, UT 84074 | Chris Valdez<br>14427 Texas Coral<br>San Antonio, TX 78253 |
| Samip Mehra<br>9671 W Foothill Dr<br>Peoria, AZ 85383 | Lauchlan Pierce<br>4334 Kidsgrove Road<br>Henrico, VA 23231 | Paige Lane<br>1409 Trailside Circle<br>Concord, CA 94518 |
| Jacek Joniec<br>42214 N 18Th Str<br>New River, AZ 85087 | Deborah Porton<br>2738 East Downing Circle<br>Mesa, AZ 85213 | |

| | | |
|---|---|---|
| Goodwin Procter LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111 | First Horizon Bank<br>Attn: Joe Evangelisti<br>165 Madison Avenue, 13th Fl.<br>Memphis, TN 38117 | Sloanne & Company, LLC<br>1150 18th Street NW<br>Suite 800<br>Washington, DC 20036 |
| Newfront Insurance, Inc.<br>777 Mariners Island Blvd., Suite 250<br>San Mateo, CA 94404 | Linkedin Corporation<br>1000 West Maude Avenue<br>Sunnyvale, CA 94085 | Fiserv, Inc.<br>255 Fiserve Drive<br>Brookfield, WI 53045 |
| Digital 365 Main, LLC<br>1 State Street, 21st Floor<br>New York, NY 10004 | Yotta Technologies Inc.<br>45 East 22nd Street, #33B<br>New York, NY 10010 | Lob.com, Inc.<br>102 2nd Street, Suite 525<br>San Francisco, CA 94105 |
| BDO USA, LLP<br>300 Park Avenue, Suite 900<br>San Jose, CA 95110 | Papaya Global, Inc.<br>Papaya Global Ltd.<br>3 Arik Einstein Street<br>Herzliya, Israel | 1Life Healthcare, Inc<br>ONE EMBARCADERO CENTER<br>FLOOR 19<br>SAN FRANCISCO, CA 94111 |
| ABM Industry Grooups, LLC<br>14141 SOUTHWEST FREEWAY<br>SUITE 477<br>SUGAR LAND, TX 77478 | | |

Arroweye Solutions:
550 West Washington Blvd, Suite 202
Chicago IL 60661

ATM national, LLC:
2050 W. Sam Houston Pkwy. S. , Suite 1300
Houston TX 77042

Capital J inc:
919 N. Market Street, Suite 950
Wilmington DE 19801

DoiT International USA Inc:
2445 Augustine Drive, Suite 150
Santa Clara CA 95054

Goodwin Procter, LLP:
100 Northern Avenue
Boston CA 2210

Next Financial, Inc:
3601 Fremont Ave N., Suite 314
Seattle WA 98103

Rocketlane Corp:
340 S, Lemon Avenue #4560
Walnut CA 94114

Secure Talent:
2385 Northside Drive, Suite 250
San Diego CA 92108

Turing Enterprises, Inc:
1900 Embarcadero Road
Palo Alto CA 94303