**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Joshua D. Morse (SBN 211050)
joshua.morse@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    415.983.1202

Claire K. Wu (SBN 295966)
claire.wu@pillsburylaw.com
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone:    213.488.3655

*Counsel for AMG National Trust Bank*

**FILED & ENTERED**

**MAY 31 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Pgarcia    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER**<br><br>[Relates to Dkt. No. 226] |

Upon consideration of the *Stipulated Protective Order* dated May 31, 2024 (the "Protective Order"), ~~attached hereto~~ and filed as Dkt. No. 226, it is hereby ORDERED that:

1. The Protective Order is approved and entered as an order of this Court.
2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

###

Date: May 31, 2024

Martin R Barash
United States Bankruptcy Judge