United States Bankruptcy Court
Central District of California

In re:                                                                                                    Case No. 24-10646-MB
Synapse Financial Technologies, Inc.                                                                      Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1                       User: admin                                   Page 1 of 3
Date Rcvd: May 31, 2024                    Form ID: pdf042                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Synapse Financial Technologies, Inc., 21255 Burbank Boulevard, Suite 120, Woodland Hills, CA 91367-6669 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2024                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam A Lewis | on behalf of Creditor Silicon Valley Bank alewis@mofo.com adam-lewis-3473@ecf.pacerpro.com |
| Andrew Michael Cummings | on behalf of Creditor Cigna Health and Life Insurance Company andrew.cummings@hklaw.com philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com |
| Beth Ann R. Young | on behalf of Debtor Synapse Financial Technologies  Inc. bry@lnbyg.com, bry@lnbyb.com |
| Beth Ann R. Young | on behalf of Interested Party Courtesy NEF bry@lnbyg.com  bry@lnbyb.com |
| Brandy A Sargent | on behalf of Creditor TabaPay  Inc. brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com |
| Brandy A Sargent | on behalf of Creditor TabaPay Holdings LLC brandy.sargent@klgates.com |

litigation.docketing@klgates.com;janna.leasy@klgates.com

Claire K Wu

on behalf of Interested Party AMG National Trust Bank claire.wu@pillsburylaw.com
irene.hooper@pillsburylaw.com;docket@pillsburylaw.com

David M Poitras

on behalf of Interested Party Courtesy NEF dpoitras@bg.law

David M Poitras

on behalf of Interested Party Evolve Bank & Trust dpoitras@bg.law

Fred Neufeld

on behalf of Creditor Lineage Bank fneufeld@stradlinglaw.com tingman@sycr.com

J Scott Bovitz

on behalf of Creditor EarnUp LLC bovitz@bovitz-spitzer.com

J Scott Bovitz

on behalf of Creditor EarnUp inc. bovitz@bovitz-spitzer.com

Jason D Strabo

on behalf of Creditor TriplePoint Capital LLC jstrabo@mwe.com, jbishopjones@mwe.com

Jeffrey C Krause

on behalf of Creditor Mercury Technologies Inc. jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com

Jeffrey C Wisler

on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com
dperkins@connollygallagher.com

Jelena McWilliams (TR)

jmcwilliams@cravath.com mao@cravath.com

Krikor J Meshefejian

on behalf of Debtor Synapse Financial Technologies Inc. kjm@lnbyg.com

Lance N Jurich

on behalf of Creditor American Bank N.A. ljurich@loeb.com,
pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com

Michael G. Farag

on behalf of Creditor Mercury Technologies Inc. mfarag@gibsondunn.com

Michael I. Gottfried

on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael I. Gottfried

on behalf of Creditor Yotta Technologies Inc. mgottfried@elkinskalt.com,
cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Monica Y Kim

on behalf of Debtor Synapse Financial Technologies Inc. myk@lnbyg.com, myk@ecf.inforuptcy.com

Nicholas Christian Glenos

on behalf of Creditor Lineage Bank cglenos@bradley.com

Paul M Rosenblatt

on behalf of Creditor TClub Inc. prosenblatt@kilpatricktownsend.com moroberts@ktslaw.com

Paul R. Glassman

on behalf of Creditor Lineage Bank pglassman@stradlinglaw.com

Ralph P Guenther

on behalf of Creditor Capital J Inc. d/b/a Juno rguenther@guentherlawgroup.com

Raymond O Aghaian

on behalf of Creditor TClub Inc. raghaian@kilpatricktownsend.com ndelman@kilpatricktownsend.com

Robert T. Honeywell

on behalf of Creditor TabaPay Holdings LLC robert.honeywell@klgates.com

Robert T. Honeywell

on behalf of Creditor TabaPay Inc. robert.honeywell@klgates.com

Ron Bender

on behalf of Debtor Synapse Financial Technologies Inc. rb@lnbyg.com

Rudy J Cerone

on behalf of Creditor SoLo Funds Inc. rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com

Russell Clementson

District/off: 0973-1 | User: admin | Page 3 of 3
Date Rcvd: May 31, 2024 | Form ID: pdf042 | Total Noticed: 1

on behalf of U.S. Trustee United States Trustee (SV) russell.clementson@usdoj.gov

Sara Chenetz
on behalf of Interested Party Courtesy NEF schenetz@perkinscoie.com
docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com

Steven T Gubner
on behalf of Interested Party Courtesy NEF sgubner@bg.law ecf@bg.law

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Zev Shechtman
on behalf of Creditor Committee Official Committee of Unsecured Creditors of Synapse Financial Technologies Inc. Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

TOTAL: 36

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Joshua D. Morse (SBN 211050)
joshua.morse@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    415.983.1202

Claire K. Wu (SBN 295966)
claire.wu@pillsburylaw.com
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone:    213.488.3655

*Counsel for AMG National Trust Bank*

**FILED & ENTERED**

**MAY 31 2024**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY Pgarcia    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER**<br><br>[Relates to Dkt. No. 226] |

Upon consideration of the *Stipulated Protective Order* dated May 31, 2024 (the "Protective Order"), ~~attached hereto~~ and filed as Dkt. No. 226, it is hereby ORDERED that:

1. The Protective Order is approved and entered as an order of this Court.
2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

###

Date: May 31, 2024

Martin R Barash
United States Bankruptcy Judge

1