FILED
JUN 04 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

ENTERED
JUN 04 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No.: 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO [SEAN GRISAN]** |

1     Federal Rule of Bankruptcy Procedure 9003(a) provides : "Except as otherwise permitted by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee of a party in interest shall refrain from ex parte meetings and communications with the Court concerning matters affecting a particular case or proceeding." The Court received the attached ex parte communication from a party in interest in the above-captioned case. Any other party in interest that wishes to respond to this communication should do so no later than 7 days after the date of this notice by filing with the Court and serving on appropriate parties a written response with the Court.

    Parties in interest are reminded that they are prohibited from communicating directly with the judge regarding this case. Any communication must be filed with the clerk of the Court and entered on the docket for this case.

### 

_6/4/24_                    _Martin R. Barash_

| | |
|---|---|
| **From:** | Sean Grisan |
| **To:** | CACBdb_MBarash |
| **Subject:** | Synapse Brokerage - Voicing my Concern |
| **Date:** | Thursday, May 30, 2024 8:30:44 AM |

CAUTION - EXTERNAL:

Judge Barash,

I am writing you today as a concerned citizen that has been financially impacted by the fintech collapse involving Synapse Brokerage. I urge you to consider my email and please feel free to document it in the public record.

I, like many others, had my life savings put away in Yotta. I now have hospital bills and potentially a mortgage that I am at risk in defaulting on. It is my opinion that the only people that are being impacted are the individual users that put their hard earned money in the hands of what was supposed to be a trusted financial system. This is not a risky investment, this is not an NFT purchase, this is not shorting stocks. This is putting my hard earned money in an FDIC savings account.

I have been attempting to find answers or information from anyone involved with no luck for going on 3 weeks. Yotta has closed their social media accounts and refuses to answer any customer service inquiries. Synapse is closed and not available for contact. When I reach out to evolve bank and trust they say they have no records of my deposits and they cannot help me. The governing body side is not much better. I call the federal reserve and they tell me to call the FDIC. The FDIC says it's not a banking issue and to call FINRA. FINRA says they're not aware of the issue and to call SIPEC. SIPEC says they cannot assist and to contact Yotta directly. And the cycle repeats itself.

Judge Barash, you are working in weeks and months while users like us are operating in minutes and hours. Every day someone goes without their money lives are impacted, debt is defaulted on, and major life events are shattered. Trust in the American banking system is dissipating at an alarming rate.

I am asking you to expedite this process in any way possible and hold these entities to task. Protect the end users of the financial system they are supposed to trust and return the money immediately. At the very least provide answers to the following questions:

1. Can you confirm our money is FDIC insured and will be returned to us regardless of timeline?
2. Can you provide a reasonable timeline of when this will be expected to be resolved?
3. How do you plan to hold these companies responsible and ensure this never happens again.

Thank you for your time,

Sean Grisan
Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO attached hereto was served either by Notice of Electronic Filing ("NEF"), by U.S. Mail, or by electronic mail (email) as indicated below, to the following parties on June 4, 2024

### NEF Notice of Electronic Filing List:

### SERVED VIA U.S. MAIL:

### SERVED VIA EMAIL:

**Sean Grisan served at the personal email address provided**

/s/ Julie Cetulio

Deputy Clerk