



# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor. | **NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO [SID PAILLA & ERNESTO BOADA]** |

Federal Rule of Bankruptcy Procedure 9003(a) provides : "Except as otherwise permitted by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee of a party in interest shall refrain from ex parte meetings and communications with the Court concerning matters affecting a particular case or proceeding."  The Court received the attached ex parte communication from a party in interest in the above-captioned case.  Any other party in interest that wishes to respond to this communication should do so no later than 7 days after the date of this notice by filing with the Court and serving on appropriate parties a written response with the Court.

Parties in interest are reminded that they are prohibited from communicating directly with the judge regarding this case.  Any communication must be filed with the clerk of the Court and entered on the docket for this case.

# # #

6/4/24

| From: | Sunny Day Fund Customer Success |
|---|---|
| To: | CACBdb_MBarash |
| Cc: | Sankaet Pathak; Sid Pailla; Ernesto Boada; Sunny Day Fund Customer Success; Donald F. Seacrest |
| Subject: | Urgent Request for Release of Reconciled Funds at AMG |
| Date: | Thursday, May 30, 2024 10:24:02 AM |

**CAUTION - EXTERNAL:**

Honorable Judge Martin Barash, Central District of California,

I am writing to you on behalf of the Savers at Sunny Day Fund, one of the fintech companies impacted by the current situation with Synapse (Case No. 1:24-bk-10646-MB). Our company provides emergency savings accounts for employees via payroll, and currently, all our savers' funds are held and inaccessible due to the ongoing proceedings.

We are seeking your help in the release of funds to their rightful owners. These funds represent emergency savings, and since May 8, our Savers' emergency savings (our customers' employees' monies) have been frozen. We are facing significant challenges in assisting our savers in understanding where their funds are and when they will be released.

Prior to the appointment of the Chapter 11 Trustee, as directed by the court, we confirmed with both Synapse and AMG National Trust that our Savers' funds are reconciled between all three of our ledgers, down to the penny. There was one returned transaction of $252 associated with Evolve, who we have contacted without response, as we want to just make sure that is zero. None of our funds settle with Evolve, they are all a part of the Cash Management Program.

We confirmed on May 22, shared ACH detail on May 24 and re-shared in an AMG-preferred NACHA format on May 24. AMG's leadership has been thoroughly helpful during this process and should be commended for their transparency. However, we learned recently that the Trustee has notified AMG National Trust to not release these reconciled funds.

We kindly request your intervention to expedite the release of these funds, or at least provide an explanation as to why they remain frozen against will – as we are having to answer these tough questions directly with our Savers and their employers. The current situation with Synapse has damaged our business, and our priority now is to return the funds to our savers.

I look forward to your assistance in this urgent matter.

With respect,

Sid Pailla and Ernesto Boada
Co-Founders
Sunny Day Fund

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO attached hereto was served either by Notice of Electronic Filing ("NEF"), by U.S. Mail, or by electronic mail (email) as indicated below, to the following parties on June 4, 2024

## **NEF Notice of Electronic Filing List:**

**SERVED VIA U.S. MAIL:**

**SERVED VIA EMAIL:**

**Sid Pailla and Ernest Boada served at the personal email address provided**

*/s/ Julie Cetulio*

Deputy Clerk