

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No.: 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO [HARLEY JOHNSON]** |

1  Federal Rule of Bankruptcy Procedure 9003(a) provides : "Except as otherwise permitted
2  by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee
3  of a party in interest shall refrain from ex parte meetings and communications with the Court
4  concerning matters affecting a particular case or proceeding." The Court received the attached ex
5  parte communication from a party in interest in the above-captioned case. Any other party in
6  interest that wishes to respond to this communication should do so no later than 7 days after the
7  date of this notice by filing with the Court and serving on appropriate parties a written response
8  with the Court.
9  Parties in interest are reminded that they are prohibited from communicating directly with
10 the judge regarding this case. Any communication must be filed with the clerk of the Court and
11 entered on the docket for this case.

\#\#\#

_6/4/24_                              _Martin R. Barash_

| | |
|---|---|
| From: | Harley Johnson |
| To: | CACBdb_MBarash |
| Subject: | Affected Yotta Bank/ synapse/ evolve end user |
| Date: | Tuesday, May 28, 2024 5:27:42 PM |
| Importance: | High |

**CAUTION - EXTERNAL:**

Hello, my name is Harley and I am an end user at Yotta Bank and I'm sure you're aware in receiving numerous emails, complaints, and otherwise other correspondences on this issue. I would like to add my personal comment as I know it will go on the record. I have about $5,000 saved up in my bank account and I'm only 22 from Myrtle Beach. I live on my own and I have for a few years. I have been working really really hard to save this much money so I can buy a car or do something with myself. This comes as a crushing blow and it should not be allowed. I know you're doing your best. I just pray that something can be done to help us get our money back. Right now currently I'm not feeling the best about life and this situation financially. I am strained and I cannot buy food. Cannot pay rent. For me or for my family. I've had to call all my credit card companies and other bills and explain the situation over and over and over and most of them are flabbergasted or don't believe you or they can't do anything. So right now I'm suffering return check fees, late fees, interest rates and other complications. All because the money that I own that I worked for is locked or otherwise Frozen. Yotta Bank as a company insured that our funds are safe and all of their advertisements. Anyways, I just wanted to share my comment personally. And if this gets reas. Thank you for your time. Have a blessed day.

--

Sent from my Android phone with a mailing app. Please excuse my brevity.

Harley ███

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO attached hereto was served either by Notice of Electronic Filing ("NEF"), by U.S. Mail, or by electronic mail (email) as indicated below, to the following parties on June 4, 2024

### NEF Notice of Electronic Filing List:

### SERVED VIA U.S. MAIL:

### SERVED VIA EMAIL:

**Harley Johnson served at the personal email address provided**

/s/ *Julie Cetulio*

Deputy Clerk