**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Joshua D. Morse (SBN 211050)
joshua.morse@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    415.983.1202

Claire K. Wu (SBN 295966)
claire.wu@pillsburylaw.com
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone:    213.488.3655

*Counsel for AMG National Trust Bank*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**AMG NATIONAL TRUST BANK STATEMENT IN RESPONSE TO VARIOUS NOTICES OF *EX PARTE* COMMUNICATION**<br><br>Date:    June 7, 2024<br>Time:   1:30 p.m.<br>Place:   Courtroom 303<br>            21041 Burbank Blvd.<br>            Woodland Hills, CA 91367 |

4871-0334-8678

AMG National Trust Bank ("AMG"), by and through its undersigned counsel, hereby provides the following Statement to advise the Court of pertinent information in advance of the Status Conference scheduled for June 7, 2024, and in response to various *Notices of Ex Parte Communication* filed on June 4, 2024,[1] regarding efforts to return funds currently caught up in this bankruptcy case to the ultimate beneficial owners of such funds (the end user customers) as promptly as practicable, and to inform the Court of the current state of affairs.

**Background**

AMG is a private bank providing wealth management, trust and banking services and has approximately 150 employees. As of March 31, 2024, AMG held approximately $600 million in client bank deposits. AMG also held client assets under management or custody of over $8 billion, with approximately $6.2 billion of those assets held in AMG's custody. As custodian, AMG necessarily accounts for the detail of all transactions and balances for each custody client down to the penny. The underlying securities and cash are held on an omnibus basis for the benefit of clients at various underlying brokerage companies and global banks. Having provided custody of client assets for nearly 23 years, AMG is knowledgeable about and intimately familiar with omnibus structures and the required reconciliation and other controls over such structures.

AMG is informed and believes that Debtor Synapse Financial Technologies, Inc. ("Synapse"), is the sole owner of non-Debtor affiliate Synapse Brokerage ("Brokerage"), which is a registered broker operating under the oversight of the Financial Industry Regulatory Authority. AMG began accepting brokered deposits from Brokerage less than a year ago, in August 2023. To facilitate receipt of those deposits and other transactional activity, Brokerage established deposit accounts at AMG for Brokerage and other deposit accounts "for the benefit of" Brokerage clients and their customers. Beginning in February 2024, AMG also processed ACH and wire transactions for four of Brokerage's platform companies. AMG has not provided Synapse lending, credit card or debit card services.

AMG has held no accounts for Synapse and has no official relationship with any platform or platform customer. Brokerage was the custodian of record for its platform clients and processed and

---

[1] Specifically, those *Notices of Ex Parte Communications* filed at Dkt. Nos. 232, 233, and 234.

1

4871-0334-8678

recorded all customer transactions. Because neither the platforms nor the customers were AMG clients, AMG did not maintain the details of their accounts nor details regarding their account balances. That detail was instead maintained by Brokerage and the respective platforms.

### Trial Balances

The FDIC recognizes beneficial fiduciary ownership under an omnibus structure if "the details of the relationship and the interests of other parties in the account [are] . . . ascertainable either from the deposit account records of the insured depository institution or from records maintained, in good faith and in the regular course of business, **by the depositor or by some person or entity that has undertaken to maintain such records for the depositor.**" *See* 12 CFR § 330.5(b)(2) (emphasis added). Synapse maintained deposit account records for its clients as described below. AMG understands that the platforms also maintained such records as depositors.

Prior to ceasing operations, Synapse provided AMG with its final list of customer accounts that it and Brokerage decided held funds at AMG, to maintain the records required to maintain FDIC insurance. The list (collectively, the "Trial Balance") provided each customer's name, identification number, ending balance as of May 17, 2024 (the "Ending Balances"), and related platform sponsor. Brokerage also has confirmed to AMG the accuracy of the information contained in the Trial Balance.

### Confirmation of Ending Balances and Payments to End User Customers

AMG is currently holding approximately $56 million of end user customer funds. AMG's goal is to be prepared to process payments as soon as it receives authorization to do so. Since Synapse ceased operations, AMG reached out to all platforms identified on the Trial Balance to confirm with the platform that the Ending Balances set forth thereon are correct for payment purposes for each end user customer. If a platform expects to continue its operations, it should be able to have the total of its customers' funds transferred to another custodian to continue those operations. For platforms winding down their businesses, AMG is working with the platforms to determine the best way to make distributions to the underlying customers.

In the process of confirming the accuracy of Trial Balance information, AMG has observed (i) a platform's customer accounting system that tracks all details of its customer transactions and balances, (ii) multiple examples of account balance records platform customers have provided that

2

match the amounts in the Trial Balance, and (iii) other evidence that the platforms are actively confirming that the underlying customers' information is correct. AMG also has had countless correspondence with the platforms themselves. Nearly all have already confirmed all Ending Balances. As additional support for the accuracy of the Trial Balance information, just prior to Synapse ceasing operations, Synapse directed AMG to distribute over $54 million to approximately 24,000 end user customers. To date, AMG has not received any reports from end user customers who thought the distribution was for an incorrect amount.

## Conclusion

Since this Court's appointment of Jelena McWilliams as Chapter 11 Trustee to Synapse, the Trustee has brought the bank and platform teams together so they could understand each other's concerns, share information openly and identify solutions to the various roadblocks to account reconciliation and distribution to end user customers. Like the Trustee, AMG seeks to expedite the resolution of all open issues, including the reconciliation of the Trial Balance information in a prompt manner so that funds can be returned to end user customers as promptly as practicable.

AMG has dedicated substantial time and effort, including participating in countless all-hands bank and platform leader calls, and responding to numerous emails from the Trustee and her advisors, to help identify and analyze the data, promote efficient and open sharing of information, provide prompt communications with the platforms and provide prompt responses to platform customers. As such, to the extent user balances and payment information is confirmed by each platform, and once AMG is authorized to do so by the Trustee and/or this Court, AMG stands ready to process payments to end user customers identified in the Trial Balance information.

Dated: June 6, 2024    PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Claire K. Wu*
    Joshua D. Morse
    Claire K. Wu
Counsel to AMG National Trust Bank

# PROOF OF SERVICE OF DOCUMENT

In re: SYNAPSE FINANCIAL TECHNOLOGIES, INC.
USBC Central District Case No. 1:24-bk-10646-MB

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11682 El Camino Real, Suite 200 | San Diego, CA 92130-2092

A true and correct copy of the foregoing document entitled: **AMG NATIONAL TRUST BANK STATEMENT IN RESPONSE TO VARIOUS NOTICES OF EX PARTE COMMUNICATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 6, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Raymond O Aghaian    raghaian@kilpatricktownsend.com, ndelman@kilpatricktownsend.com
Ron Bender    rb@lnbyg.com
J Scott Bovitz    bovitz@bovitz-spitzer.com
Rudy J Cerone    rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com
Sara Chenetz    schenetz@perkinscoie.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
Russell Clementson    russell.clementson@usdoj.gov
Andrew Michael Cummings    andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
Michael G. Farag    mfarag@gibsondunn.com
Paul R. Glassman    pglassman@stradlinglaw.com
Nicholas Christian Glenos    cglenos@bradley.com
Michael H Goldstein    mgoldstein@goodwinprocter.com, ASchaefer@goodwinlaw.com
Michael I. Gottfried    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
Steven T Gubner    sgubner@bg.law, ecf@bg.law
Ralph P Guenther    rguenther@guentherlawgroup.com
Robert T. Honeywell    robert.honeywell@klgates.com
Lance N Jurich    ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
Jane Kim    jkim@kellerbenvenutti.com
Monica Y Kim    myk@lnbyg.com, myk@ecf.inforuptcy.com
Jeffrey C Krause    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
William J Levant    wlevant@kaplaw.com, wlevant@gmail.com
Adam A Lewis    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
Jelena McWilliams (TR)    jmcwilliams@cravath.com, mao@cravath.com
Krikor J Meshefejian    kjm@lnbyg.com
Fred Neufeld    fneufeld@stradlinglaw.com, tingman@sycr.com
David M Poitras    dpoitras@bg.law
Jeremy V Richards    jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
Paul M Rosenblatt    prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
Thomas B Rupp    trupp@kbkllp.com
Brandy A Sargent    brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
Jason D Strabo    jstrabo@mwe.com, jbishopjones@mwe.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Jeffrey C Wisler    jwisler@connollygallagher.com, dperkins@connollygallagher.com
Claire K Wu    claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com;docket@pillsburylaw.com
Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com

4881-2860-2822

# PROOF OF SERVICE OF DOCUMENT

*In re: SYNAPSE FINANCIAL TECHNOLOGIES, INC.*
USBC Central District Case No. 1:24-bk-10646-MB

**2. SERVED BY UNITED STATES MAIL**: On (*date*) June 6, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Darren Azman
One Vanderbilt Avenue
New York, NY 10017-3852

John D Buretta
CRAVATH, SWAINE & MOORE LLP
2 Manhattan West
375 9th Avenue
New York, NY 10001

Alexander Gerten
CRAVATH, SWAINE & MOORE LLP
2 Manhattan West
375 9th Avenue
New York, NY 10001

Benjamin Gruenstein
CRAVATH, SWAINE & MOORE LLP
2 Manhattan West
375 9th Avenue
New York, NY 10001

Jake Jumbeck
MCDERMOTT WILL & EMERY LLP
444 W. Lake Street, Suite 4000
Chicago, CA 60606-0029

Robert J Labate
400 South Hope Street, 8th Floor
Los Angeles, CA 90071

Neda Shapourian
Unit21, Inc.
49 Geary St. Ste 200
San Francisco, CA 94108

Paul H Zumbro
CRAVATH, SWAINE & MOORE LLP
2 Manhattan West
375 9th Avenue
New York, NY 10001

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 6, 2024 | Renee M. Evans | /s/ Renee M. Evans |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4881-2860-2822