FILED
JUN 14 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                  Deputy Clerk

ENTERED
JUN 14 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                  Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

In re:

SYNAPSE FINANCIAL TECHNOLOGIES, INC.,

Debtor.

Case No.: 1:24-bk-10646-MB

Chapter 11

**NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO**

1   Federal Rule of Bankruptcy Procedure 9003(a) provides : "Except as otherwise permitted
2   by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee
3   of a party in interest shall refrain from ex parte meetings and communications with the Court
4   concerning matters affecting a particular case or proceeding." The Court received the attached ex
5   parte communication from a party in interest in the above-captioned case. Any other party in
6   interest that wishes to respond to this communication should do so no later than 7 days after the
7   date of this notice by filing with the Court and serving on appropriate parties a written response
8   with the Court.

9   Parties in interest are reminded that they are prohibited from communicating directly with
10  the judge regarding this case. Any communication must be filed with the clerk of the Court and
11  entered on the docket for this case.

###

6/14/24                                         /s/ Martin R. Barash

**Enid Colson**

| | |
|---|---|
| From: | CACBdb_MBarash |
| Sent: | Thursday, June 6, 2024 4:33 PM |
| To: | ▉▉▉▉▉ |
| Subject: | RE: I am ready to kill myself your honor |

Dear ▉▉▉▉▉:

Thank you for your email this morning. We will pass it along to the judge. Because the judge is aware of your email and because it relates to an ongoing case in front of the judge, he is ethically required to let all the parties in the case know about the communication. So we will be putting your email on the court docket but we will not share your name or email address.

Meantime, we are concerned about your situation and would like to help. Can you share with us your location?
The reason we ask is that there are all sorts of resources to assist you through these difficulties—financial and otherwise. We would like to get you in touch with folks that can help but need some additional information to do so.

Also, let me just suggest that as bad as things are for you right now, it probably doesn't make sense to make such a serious and irreversible decision without getting some input from people that may be able to help. You are, understandably, under a tremendous amount of stress—which makes it hard to think clearly. If you choose not to respond and provide us more information, please at least consider contacting the National Hopeline Network, Suicide & Crisis Hotline 1-800-442-HOPE (4673).


Enid Colson
Law Clerk to the Honorable Martin R. Barash

-----Original Message-----
From: ▉▉▉▉▉ gmail.com>
Sent: Thursday, June 6, 2024 10:36 AM
To: CACBdb_MBarash <Chambers_MBarash@cacb.uscourts.gov>
Subject: I am ready to kill myself your honor

CAUTION - EXTERNAL:


I was already struggling before, being that my car completely broke down, while in the process of moving to a new, cheaper apartment to save. I have now been here just under a month and I won't even be able to pay me upcoming rent. I'm 25 years old with no family nearby and I've been living check to check since the

1

beginning of the year. The only $1800 I had to my name was sitting in my account and suddenly got frozen and I didn't even do anything wrong. These people don't understand the magnitude of the situation and only care to protect their companies. They need to unfreeze everything, let us get our money, and sort everything out later and file lawsuits if they need to. Millions shouldn't be suffering because the company wants to stay a float. No one is saying anything, no progress is made in any zoom meetings, fingers are always pointed and no one has answers. Just found out our money isn't even insured if a brokerage fails, only if the bank does so the ceo of synapse is just in Greece and on vacation living life and attending family events while I can't even go buy my dog food. This hurts me to the point where my best option might be to unalive, and if that time comes, I will make a note completely blaming evolve bank and synapse for my reason. Thanks for reading this if you have the time. Just want people to get their money eventually even if I'm not here by that time CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

2

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the NOTICE OF EX PARTE COMMUNICATIONS AND ORDER SETTING DEADLINE FOR ANY SESPONSES THERETO attached hereto was served either by Notice of Electronic Filing ("NEF"), by U.S. Mail, or by electronic mail (email) was indicated below, to the following parties on June 14, 2024

**NEF Notice of Electronic Filing List:**

**SERVED VIA U.S. MAIL:**

**SERVED VIA EMAIL:**

Filer was served at the personal email address provided.

/s/ Liliana Fisher

Deputy Clerk