BRADLEY ARANT BOULT CUMMINGS LLP
N. Chris Glenos
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
N. Chris Glenos
Email: cglenos@bradley.com
Phone: 205.521.8000
Fax: 205.488.6721

STRADLING YOCCA CARLSON & RAUTH
Paul R. Glassman (State Bar No. 76536)
Fred Neufeld (State Bar No. 150759)
10100 N Santa Monica Blvd, Suite 1450
Los Angeles, CA 90067
Telephone: (424) 214-7000
Facsimile: (424) 214-7010
E-mail: pglassman@stradlinglaw.com
fneufeld@stradlinglaw.com

*Attorneys for Lineage Bank*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>    Debtor and Debtor in Possession | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**LINEAGE BANK'S STATUS REPORT**<br><br><br>Date: June 21, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 303<br>       21041 Burbank Blvd.<br>       Woodland Hills, CA 91367 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

## Background

Lineage Bank ("Lineage") operated primarily as a third-party payment processor for Synapse Financial Technologies ("Synapse"). Simply put, Lineage originated ACH and wire transfers based on money movement instructions from Synapse. Lineage has reconciled the cash that it processed at the direction of Synapse against the Federal Reserve's records. Lineage's cash balance of FBO funds reconciles with the Federal Reserve's records. However, Synapse's final trial balance attributes a higher purported balance to Lineage than the actual cash balance at Lineage.

At the time Synapse declared bankruptcy, Lineage had no direct relationships with the fintech customers linked to Synapse or their end-users, with the exception of one DDA program with one fintech. Lineage began disbursing funds to the end-users of said DDA program fintech on June 14, 2024.

The remaining FBO funds at Lineage relate to Synapse's brokerage program and are the subject of Lineage's ongoing reconciliation efforts with the Trustee and other banks. Unfortunately, the accounting records of Synapse – the party responsible for maintaining the ledger of end-user accounts – are not reliable, and therefore Lineage has thus far been unable to reconcile its cash balance records with the records of Synapse.

## Lineage's Reconciliation Efforts

Despite multiple and substantial complications with reconciliation, some of which are outlined below, Lineage has expended significant efforts to collect and analyze available data. Lineage's reconciliation efforts to date include, but are not limited to, the following:

- Compared millions of Synapse-directed ACH transactions processed by Lineage to their corresponding Synapse transactions. This process is ongoing.

- Reconciled its direct DDA customer funds based on the fintech's ledger and distributed those funds to end-users using a vendor engaged by Lineage.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

- Researched and shared concerns with the Trustee and other partner banks regarding numerous and ongoing discrepancies in the Synapse-provided trial balance.

- Reviewed and analyzed data shared by the other partner banks.

- Reviewed and analyzed Synapse data shared by the Trustee.

- Provided the Trustee and other partner banks with requests for information needed and action items critical to the reconciliation process.

- Met and conferred with multiple Synapse-related fintechs.

- Met and conferred with other partner banks.

- Agreed to fund the engagement of a former Synapse engineer as a consultant to assist the banks and Trustee to recover data critical to the reconciliation process from Synapse's database. As of the date of this report this task has not yet occurred, and Lineage still does not have access to the data from the Synapse database.

## **Challenges with Reconciliation**

Lineage Bank believes it is in the best interest of transparency and public interest to disclose its current observations about some of the challenges in the reconciliation process.

- Synapse's business model was dependent on its accessibility to multiple FDIC-insured banking institutions. Against the backdrop of this framework, Synapse spread end-user funds across multiple banks. Thus, a single end-user could have a $50 balance at Bank A, a $100 balance at Bank B and a $50 overdraft at Bank C. This significantly complicates the reconciliation process.

- The Synapse-provided trial balance data available to Lineage is contradictory, does not match the actual flow of funds, and cannot be verified at the fintech platform level or at the individual end-user level based on information available to Lineage at this time.

- Prior to bankruptcy, Synapse frequently moved lump sums of funds from one bank partner to another within the Synapse ecosystem. These interbank transfers often involved aggregates of hundreds of millions of dollars over extended periods. Based on the information currently available to Lineage,

these large transfers of end-user funds by Synapse were not allocated by Synapse to specific end-users or fintechs, which greatly complicates reconciliation. Stated differently, these large movements of cash by Synapse from one bank to another were not specifically linked to and allocated among fintechs or end-users at the time the transfers occurred.

- The reconciliation process is further complicated by Synapse's assignment, apparently on an arbitrary basis, of millions in missing funds to partner banks in its post-bankruptcy final trial balance. Synapse's final trial balance reflects millions in funds in the Synapse ecosystem that do not exist at the partner banks. The amount and origin of the shortfall are presently unclear. At this time, Lineage cannot determine how or why this shortfall in the ecosystem occurred.

## Conclusion

Lineage will continue to cooperate with the Trustee and the other banks to restore the FBO funds at Lineage to their rightful owners as soon as possible.

Respectfully submitted,

Dated: June 20, 2024    BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Chris Glenos*
Attorneys for Lineage Bank

and

Dated: June 20, 2024    STRADLING YOCCA CARLSON & RAUTH

By: */s/ Paul Glassman*
Attorneys for Lineage Bank

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., Suite 1450, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **LINEAGE BANK'S STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 20, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 20, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   See attached Mailing List

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 20, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
The Honorable Martin R. Barash
United States Bankruptcy Court, Central District of California
San Fernando Valley Division
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| June 20, 2024 | Suzanne Johnson | */s/Suzanne Johnson* |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**

## *Service List*

**1:24-bk-10646-MB Notice will be electronically mailed to:**

*Raymond O Aghaian on behalf of Creditor TClub Inc.*
*raghaian@kilpatricktownsend.com,*
*ndelman@kilpatricktownsend.com;dboss@kilpatricktownsend.com*

*Ron Bender on behalf of Debtor Synapse Financial Technologies, Inc.*
*rb@lnbyg.com*

*J Scott Bovitz on behalf of Creditor EarnUp inc.*
*bovitz@bovitz-spitzer.com*

*J Scott Bovitz on behalf of Creditor EarnUp, LLC*
*bovitz@bovitz-spitzer.com*

*Rudy J Cerone on behalf of Creditor SoLo Funds, Inc.*
*rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com*

*Sara Chenetz on behalf of Interested Party Courtesy NEF*
*schenetz@perkinscoie.com,*
*docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com*

*Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)*
*russell.clementson@usdoj.gov*

*Andrew Michael Cummings on behalf of Creditor Cigna Health and Life Insurance Company*
*andrew.cummings@hklaw.com,*
*philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com*

*Michael G. Farag on behalf of Creditor Mercury Technologies, Inc.*
*mfarag@gibsondunn.com*

*Paul R. Glassman on behalf of Creditor Lineage Bank*
*pglassman@stradlinglaw.com*

*Nicholas Christian Glenos on behalf of Creditor Lineage Bank*
*cglenos@bradley.com*

*Michael I. Gottfried on behalf of Creditor Yotta Technologies, Inc.*
*mgottfried@elkinskalt.com,*
*cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com*

*Michael I. Gottfried on behalf of Interested Party Courtesy NEF*
*mgottfried@elkinskalt.com,*
*cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com*

*Steven T Gubner on behalf of Interested Party Courtesy NEF*
*sgubner@bg.law, ecf@bg.law*

*Ralph P Guenther on behalf of Creditor Capital J Inc. d/b/a Juno*
*rguenther@guentherlawgroup.com*

*Robert T. Honeywell on behalf of Creditor TabaPay Holdings LLC*
*robert.honeywell@klgates.com*

*Robert T. Honeywell on behalf of Creditor TabaPay, Inc.*
*robert.honeywell@klgates.com*

*Lance N Jurich on behalf of Creditor American Bank, N.A.*
*ljurich@loeb.com,*
*pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com*

*Monica Y Kim on behalf of Debtor Synapse Financial Technologies, Inc.*
*myk@lnbyg.com, myk@ecf.inforuptcy.com*

*Jeffrey C Krause on behalf of Creditor Mercury Technologies, Inc.*
*jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com*

*William J Levant on behalf of William Levant, Interested Party*
*wlevant@kaplaw.com, wlevant@gmail.com*


*Adam A Lewis on behalf of Creditor Silicon Valley Bank*
*alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com*

*Jelena McWilliams (TR)*
*jmcwilliams@cravath.com, mao@cravath.com*


*Krikor J Meshefejian on behalf of Debtor Synapse Financial Technologies, Inc.*
*kjm@lnbyg.com*

*Fred Neufeld on behalf of Creditor Lineage Bank*
*fneufeld@stradlinglaw.com, tingman@sycr.com*

*David M Poitras on behalf of Interested Party Courtesy NEF*
*dpoitras@bg.law*

*David M Poitras on behalf of Interested Party Evolve Bank & Trust*
*dpoitras@bg.law*

*Jeremy V Richards on behalf of Trustee Jelena McWilliams (TR)*
*jrichards@kbkllp.com*

*Paul M Rosenblatt on behalf of Creditor TClub Inc.*
*prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com*

*Thomas B Rupp on behalf of Trustee Jelena McWilliams (TR)*
*trupp@kbkllp.com*

*Brandy A Sargent on behalf of Creditor TabaPay Holdings LLC*
*brandy.sargent@klgates.com,*
*litigation.docketing@klgates.com;janna.leasy@klgates.com*

*Brandy A Sargent on behalf of Creditor TabaPay, Inc.*
*brandy.sargent@klgates.com,*
*litigation.docketing@klgates.com;janna.leasy@klgates.com*

*Zev Shechtman on behalf of Creditor Committee Official Committee of Unsecured Creditors of Synapse Financial Technologies, Inc.*
*Zev.Shechtman@saul.com,*
*zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com*

*Jason D Strabo on behalf of Creditor TriplePoint Capital, LLC*
*jstrabo@mwe.com, jbishopjones@mwe.com*

*United States Trustee (SV)*
*ustpregion16.wh.ecf@usdoj.gov*

*Jeffrey C Wisler on behalf of Creditor Cigna Health and Life Insurance Company*
*jwisler@connollygallagher.com, dperkins@connollygallagher.com*

*Claire K Wu on behalf of AMG National Trust Bank, c/o Joshua D. Morse, Interested Party*
*claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com;*
*docket@pillsburylaw.com*


*Beth Ann R. Young on behalf of Debtor Synapse Financial Technologies, Inc.*
*bry@lnbyg.com, bry@lnbyb.com*

*Beth Ann R. Young on behalf of Interested Party Courtesy NEF*
*bry@lnbyg.com, bry@lnbyb.com*

# **MAILING LIST**

*Darren Azman*
*One Vanderbilt Avenue*
*New York, NY 10017-3852*

*John D Buretta)*
*CRAVATH, SWAINE & MOORE LLP*
*2 Manhattan West*
*375 9th Avenue*
*New York, NY 10001*

*Alexander Gerten*
*CRAVATH, SWAINE & MOORE LLP*
*2 Manhattan West*
*375 9th Avenue*
*New York, NY 10001*

*Benjamin Gruenstein*
*CRAVATH, SWAINE & MOORE LLP*
*2 Manhattan West*
*375 9th Avenue*
*New York, NY 10001*

*Jake Jumbeck*
*MCDERMOTT WILL & EMERY LLP*
*444 W. Lake Street, Suite 4000*
*Chicago, CA 60606-0029*

*Robert J Labate*
*400 South Hope Street, 8th Floor*
*Los Angeles, CA 90071*

*Neda Shapourian*
*Unit21, Inc.*
*49 Geary St. Ste 200*
*San Francisco, CA 94108*

*Paul H Zumbro*
*CRAVATH, SWAINE & MOORE LLP*
*2 Manhattan West*
*375 9th Avenue*
*New York, NY 10001*