

**FILED**

**JUN 0 7 2024**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

In re:

SYNAPSE FINANCIAL TECHNOLOGIES, INC.,

Debtor.

Case No.: 1:24-bk-10646-MB

Chapter 11

**HEARING APPEARANCES REPORT**

<u>Hearing</u>
Date: June, 2024
Time: 1:30 PM
Ctrm: 303
   United States Bankruptcy Court
   Central District of California
   21041 Burbank Boulevard
   Woodland Hills, CA  91367

Parties appeared by Zoom.Gov audio and video

In re Synapse Financial Technologies
1:24-bk-10646-MB
June 7, 2024

| | Adressed Court | First Name | Last Name | Law Firm (if applicable) | Name of Party You Represent | Relationship of You/Your Client to Case |
|---|---|---|---|---|---|---|
| 1 | X | Alex | Gerten | Cravath, Swaine and Moore LLP | Jelena McWilliams | Proposed Counsel to Chapter 11 Trustee |
| 2 | X | Chris | Glenos | Bradley | Lineage | Bank |
| 3 | X | JORDON | GONZALES | n/a (self rep) | Jordon Gonzales | Impacted End User |
| 4 | X (IN PERSON) | Michael | Gottfried | Elkins Kalt | Yotta | Fintech Customer |
| 5 | X | Ralph | Guenther | Guenther Law Group | CapitalJ, Inc. dba Juno | Fintech Creditor |
| 6 | X | Jelena | McWilliams | Cravath, Swaine and Moore LLP | Chapter 11 Trustee | Trustee |
| 7 | X | Stan | Orszula | BFKN | American Bank, N.A. | Creditor |
| 8 | X | Paul | Rosenblatt | Kilpatrick Townsend | TClub/Abound | FinTech |
| 9 | X | Claire | Wu | Pillsbury Winthrop Shaw Pittman LLP | AMG National Trust Bank | Partner Bank |
| 10 | X | Paul | Zumbro | Cravath, Swaine and Moore LLP | Jelena McWilliams | Proposed Counsel to Chapter 11 Trustee |
| 11 | | Menachem | Ash | n/a | IDT | Creditor/Customer |
| 12 | | Joshua | Atkinson | None | Joshua atkinson | End user |
| 13 | | Sundeep | Basra | Self | Yotta Savings End User | Self |
| 14 | | Erick | Baum | N/A | Erick Baum | Impacted User |
| 15 | | David | Berkowitz | n/a | IDT | Synapse Platform |
| 16 | | Amanda | Bestor | N/A | Amanda Bestor | Affected end user |
| 17 | | Sheryl | Bollinger | AMG National Trust | AMG National Trust | Same |
| 18 | | Janet | Boyd | N/A | Observer | Yotta End User |
| 19 | | Jera | Bradshaw | Bradley Arant Boult Cummings | Lineage Bank | Counsel for Lineage Bank |
| 20 | | Braian | Bressan | None | Debtor | Former Employee |
| 21 | | John | Buretta | Cravath, Swaine and Moore LLP | Jelena McWilliams | Proposed Counsel to Chapter 11 Trustee |
| 22 | | David | Carlson | na | self | customer |
| 23 | | Prabhdeep | Chawla | KTS | Abound | Client of Synapse |
| 24 | | Michael | Cheiken | CACB | CACB | CACB |
| 25 | | Russ | Clementson | Office of the United States Trustee | United States Trustee | United States Trustee |
| 26 | | Enid | Colson | n/a | Law Clerk | Law Clerk |
| 27 | | David | Conners | N/A | Self | Customer |
| 28 | | Jamie | Danton | N/A | N/A | Victim |
| 29 | | Varun | Deshpande | '- | Juno | fintech |
| 30 | | Mark | DiCamillo | not a law firm | Mbanq | Potential bidder for assets |
| 31 | | Hrishi | Dixit | NA | Yieldstreet | Synapse customer |
| 32 | | Jack | Doan | Self | Self | Employee |
| 33 | | Terri | Domenech | NA | ME | ME |
| 34 | | Eric | Dosch | N/A | CACB AV/IT | CACB AV/IT |

In re Synapse Financial Technologies
1:24-bk-10646-MB
June 7, 2024

| # | | First | Last | Firm | Party | Role |
|---|---|---|---|---|---|---|
| 35 | | Ben | Doyle | n/a | Yotta Technologies | Synapse customer, unsecured creditor |
| 36 | | James | Drury | n/a | Myself | Yotta end-user |
| 37 | | Scott | Duke | Music Morsels | Myself | Myself |
| 38 | | Connor | Effenberger | none | Myself | Myself |
| 39 | | Michael | Farag | Gibson, Dunn & Crutcher LLP | Mercury Technologies, Inc. | Creditor |
| 40 | | Celeste | Ferber | Mercury Technologies | Mercury Technologies | UCC - rep |
| 41 | | Richard | Forester | N/A | Myself | Yotta end user |
| 42 | | Jacqueline | Foroutan | Akerman LLP | Grabr, Inc. | Attorney for Grabr, Inc. |
| 43 | | Melissa | Freeman | VZN Law | Curacubby Inc. | Curacubby Inc. is a fintech and Synapse customer with frozen funds |
| 44 | | Saniyah | Gagan | n/a | self | synapse employee |
| 45 | | Robert | Galvez | Jeffery Smith | Triple 2 | Fintec Company |
| 46 | | marvin | gardner | n/a | self | self |
| 47 | | Patricia | Gelbrich | n/a | self | end user |
| 48 | | Alex | Gerson | N/A | Yotta Technologies Inc | Employee |
| 49 | | paul | glassman | stradling yocca carlson & rauth | Lineage Bank | creditor |
| 50 | | Ben | Gruenstein | Cravath, Swaine and Moore LLP | Jelena McWilliams | Proposed Counsel to Chapter 11 Trustee |
| 51 | | Steve gubner | Gubner | BG LAW | Evolve Bank | Attorney |
| 52 | | imene | haddad | n/a | myself | depositor |
| 53 | | Jessica | Haines | None | Self | Yotta user |
| 54 | | Carl | Haynes | NA | Lineage | Synapse partner bank |
| 55 | | Joshua | Heald | none | Joshua Heald | myself |
| 56 | | Brandon | Hedge | n/a | Lineage Bank | Creditor |
| 57 | | Andre | Herrera | N/A | CapitalJ Inc dba Juno | Fintech client of Synapse |
| 58 | | DECRO | JC | USBC | USBC | USBC |
| 59 | | Justin | Johnson | N/a | Myself (end user | Me |
| 60 | | Angela | Jones | law clerk | law clerk | law clerk |
| 61 | | Jake | Jumbeck | McDermott Will & Emery LLP | TriplePoint Capital LLC | Secured Creditor |
| 62 | | Stacey | Karns | N/A | Self | End-User |
| 63 | | Davis | Klabo | Latham & Watkins | Inter & Co. | Party in Interest |
| 64 | | Jeffrey | Krause | Gibson dunn | Mercury Technolgies | Creditor |
| 65 | | Lindsay | Kyser | N/A | N/A | N/A |
| 66 | | Christopher | Law | N/A | Self | Yotta Customer |
| 67 | | Alan | Lunazzi | None | Alan Lunazzi | User affected by loss of funds |
| 68 | | Ruby | Manning | N/A | Ruby Manning | End User |
| 69 | | James | Martin | N/A | Self | Yotta customer |
| 70 | | Steve | Massis | Jeff Smith | Triple 2 | Synapse customer |

In re Synapse Financial Technologies
1:24-bk-10646-MB
June 7, 2024

| # | First | Last | Firm | Client | Role |
|---|---|---|---|---|---|
| 71 | Nishkaam | Mehta | '- | Abound | Client of Synapse |
| 72 | Adam | Moelis | n/a | Yotta | CEO |
| 73 | Grace | Mooney | Cravath, Swaine, & Moore LLP | Jelena McWilliams | Proposed Counsel to Chapter 11 Trustee |
| 74 | Joshua | Morse | Pillsbury Winthrop Shaw Pittman LLP | AMG | Party in Interest |
| 75 | Jeffrey | Naimon | Orrick, Herrington & Sutcliffe | Evolve Bank & Trust | Contract party with debtor |
| 76 | Joshua | Nelson | NA | Self | Yotta End User |
| 77 | Fred | Neufeld | Stradling Yocca Carlson & Rauth | Lineage Bank | Program Bank |
| 78 | Arnold | Ngoje | N/A | Depositor (yotta) | Depositor |
| 79 | Kirk | Nishikawa | None | Yotta User | Frozen account |
| 80 | Daniel | Nowicki | Gibson Dunn | Mercury | Creditor |
| 81 | Sid | Pailla | Self | Sunny Day Fund | CEO |
| 82 | Joshua | Pardo | None | Myself | Myself |
| 83 | Charles | Park | None | Charles Park | Self/Yotta customer |
| 84 | Felipe | Penna | none | Avenue | client of creditor |
| 85 | Robert | Posta | none | myself | myself |
| 1 | Alex | Rheaume | Morrison & Foerster LLP | First-Citizens Bank & Trust Company | secured creditor |
| 2 | Jean | Rhodes | N/A | Yieldstreet | Interested Party |
| 3 | Michael | Rosen | N/A | Self | Former Employee |
| 4 | Thomas | Rupp | Keller Benvenutti Kim LLP | Jelena McWilliams, as Chapter 11 Trustee | Chapter 11 Trustee |
| 5 | Alejandro | Salgado | Na | Na | Yotta - User |
| 6 | Estevan | Sanchez-Wentz | N/A | Estevan Sanchez-Wentz | Affected user with frozen funds |
| 7 | Ben | Schade | None | Myself | I am Ben Schade - affected Yotta customer |
| 8 | Tim | Schueler | NA | Lineage Bank | Consultant |
| 9 | Zev | Shechtman | Saul Ewing LLP | Official Committee of Unsecured Creditors | Counsel to Official Committee of Unsecured Creditors |
| 10 | Colin | Smith | None | Myself | Yotta customer |
| 11 | Steven | Smith | NA | Self | Depositor |
| 12 | Jeffrey | Smith | Curd, Galindo & Smith | Triple 2, Inc. | Fintech |
| 13 | Danielle | Steger | n/a | Self | Yotta End-User |
| 14 | Renato | Steinberg | N/A | Klutch Technologies | Fintech |
| 15 | Mary | Sylvester | None | Myself | Self |
| 16 | Tai | Tave | N/A | End User of Juno | End User of Juno |
| 17 | Kathleen | Utecht | N/A | Core | Investor |
| 18 | Sid | Verma | Juno | Juno | CoFounder |
| 19 | Nancy | Waller | None | Myself | End user |
| 20 | Nick | Wehrmann | Na | Nick | Self |
| 21 | Michael | Weisz | N/A | Yieldstreet | Fintech |

In re Synapse Financial Technologies
1:24-bk-10646-MB
June 7, 2024

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | | Shawn | Wikoff | N?A | Lineage Bank | Creditor |
| 23 | | Jolene | Wise | US Securities & Exchange Commission | US Securities & Exchange Commission | party in interest |
| 24 | | Jeffrey | Wisler | Connolly Gallagher LLP | Cigna Health and Life Insurance Company | Creditor |
| 25 | | ivor | wolk | na | yieldstreet | GC |
| 26 | | Earl | Wright | na | AMG National Trust | Chairman |
| 27 | | Michael | Yi | N/A | Michael Yi | I am a customer of Juno Finance. |