| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Zev Shechtman (SBN: 266280)<br>Zev.Shechtman@saul.com<br>Carol Chow (SBN: 169299)<br>carol.chow@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone: (310) 255-6100<br>Facsimile: (310) 255-6200<br><br>BENJAMIN WAISBREN (pro hac vice admission pending)<br>bwaisbren@bsfllp.com<br>JOHN KUCERA (SBN: 274184)<br>jkucera@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Avenue, N.W.<br>Washington, DC 20005<br>Telephone: (202) 274-1122<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant(s) Proposed* Attorneys for Official Unsecured Creditors' Committee of Synapse Financial Technologies, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC. | CASE NO.: 1:24-bk-10646-MB<br><br>CHAPTER: 11 |
|---|---|
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION LBR 9013-1(o)(3)** |
| Debtor(s). | [No Hearing Required] |

1. I am the ☐ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): May 31,2024  Movant(s) filed a motion or application (Motion) entitled: APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING EMPLOYMENT OF BOIES SCHILLER FLEXNER LLP AND SAUL EWING LLP AS BANKRUPTCY COUNSEL; DECLARATIONS RE DISINTERESTEDNESS OF BENJAMIN WAISBREN AND ZEV M. SCHECHTMAN [Dkt. 229]

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): May 31, 2024  Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*
52533615.1 391391.00001

Page 2

**F 9013-1.2.NO.REQUEST.HEARING.DEC**

on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5.  Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6.  More than <u>23</u> days have passed after Movant(s) served the notice of motion.

7.  I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8.  No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

9.  Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  06/24/2024

/s/ Zev Shechtman
Signature

Zev Shechtman
Printed name

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*
**52533615.1 391391.00001**

Page 2

**F 9013-1.2.NO.REQUEST.HEARING.DEC**

# Attachment 3.

## Application of the Official Committee of Unsecured Creditors For Order Authorizing Employment of Boies Schiller Flexner and Saul Ewing LLP As

## Bankruptcy Counsel

ZEV SHECHTMAN (Cal. Bar No. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (Cal. Bar No. 169299)
carol.chow@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200


BENJAMIN WAISBREN (*pro hac vice* admission pending)
bwaisbren@bsfllp.com
JOHN KUCERA (Cal. Bar No. 274184)
jkucera@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone:  (202) 274-1122

*Proposed* Attorneys for Official Unsecured
Creditors' Committee of Synapse Financial
Technologies, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| In re | Case No. 1:24-bk-10646-MB |
|---|---|
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor. | **APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING EMPLOYMENT OF BOIES SCHILLER FLEXNER LLP AND SAUL EWING LLP AS BANKRUPTCY COUNSEL; DECLARATIONS RE DISINTERESTEDNESS OF BENJAMIN WAISBREN AND ZEV M. SHECHTMAN** |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52364769.2
391391-00001

1    The Official Committee of Unsecured Creditors (the "Committee") of Synapse Financial

2 Technologies Inc. (the "Debtor") hereby submits its application (the "Application"), pursuant to

3 sections 327 and 330 of title 11 of the United States Code (the "Bankruptcy Code"), and in

4 accordance with Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

5 Rules") and Local Bankruptcy Rule 2014-1(b), for an order authorizing the Committee to employ

6 the law firms Boies Schiller Flexner LLP ("Boies Schiller Flexner") and Saul Ewing LLP ("Saul

7 Ewing") as the Committee's counsel in the above-captioned Chapter 11 case, effective as of May

8 7, 2024, on the terms specified in this application and the appended state of Zev M. Shechtman

9 ("Shechtman Declaration") and Benjamin Waisbren ("Waisbren Declaration").

10 **I.    JURISDICTION AND VENUE**

11    The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This Application

12 constitutes a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this district

13 pursuant to 28 U.S.C. §§ 1408 and 1409.

14 **II.    BACKGROUND FACTS**

15    On April 22, 2024 (the "Petition Date"), the Debtor filed its voluntary Chapter 11 petition.

16 On May 1, 2024, the Office of the United States Trustee appointed the Committee pursuant to 11

17 U.S.C. § 1102.

18    On May 7, 2024, the Committee met and selected Boies Schiller Flexner as its general

19 bankruptcy counsel and selected Saul Ewing as its local counsel on or about May 8, 2024.

20 **III.    QUALIFICATIONS OF SAUL EWING AND BOIES SCHILLER FLEXNER**

21    Boies Schiller Flexner is a national litigation law firm with experience representing official

22 committees in large and complex chapter 11 cases, including chapter 11 cases involving

23 allegations of fraud and illegal activities on the part of insiders of debtors. Saul Ewing is a full-

24 service national law firm with offices in Los Angeles that handles many different areas of law

25 including bankruptcy and restructuring law. Collectively, these firms have substantial experience

26 in virtually all aspects of the law that may potentially arise in this case, including bankruptcy,

27 litigation, and other business matters.

28    Boies Schiller Flexner and Saul Ewing are comprised of attorneys who have extensive

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52364769.2
391391-00001                                2

1  experience and knowledge in the fields of debtor and creditor rights, insolvency, business

2  litigation, bankruptcy law and business restructuring, and who have represented numerous debtors,

3  creditors' committees, trustees, and stakeholders in chapter 11 cases in this district and across the

4  United States. As such, the firm's professionals are well qualified to represent the Committee in

5  this case. Moreover, all Saul Ewing and Boies Schiller Flexner attorneys working on this case are

6  in good standing with a bar of the United States and are either admitted to practice law before

7  California courts, the United States District Court for the Central District of California, and this

8  Court, or they will seek to be admitted pro hac vice.

9      The Committee selected Boies Schiller Flexner and Saul Ewing because of their extensive

10  expertise and knowledge in the areas of chapter 11 insolvency, business reorganizations, and

11  litigation. After considering several firms, the Committee selected Boies Schiller Flexner as lead

12  Committee Counsel on May 7, 2024, and on May 8, the Committee selected Saul Ewing as local

13  bankruptcy counsel. The Committee believes that Boies Schiller Flexner and Saul Ewing will

14  adequately represent the interests of the general unsecured creditors without priority in this case.

15      The Committee expects that Benjamin Waisbren and John Kucera of Boies Schiller

16  Flexner and Zev M. Shechtman and Carol Chow of Saul Ewing will be the primary attorneys for

17  the representation of the Committee during this Case. Biographies of these attorneys are attached as

18  Exhibit "1" to the Waisbren Declaration and   Exhibit "2" to the Shechtman Declaration.

19  Additional attorneys or paraprofessionals may contribute as needed.

20  **IV.    SCOPE BOIES SCHILLER FLEXNER OF SAUL EWING'SPROPOSED**

21  **RETENTION**

22      The Committee proposes to retain Boies Schiller Flexner and Saul Ewing as their counsel,

23  effective as of May 7, 2024– the day the Committee selected counsel in this matter.

24      The scope of Boies Schiller Flexner and Saul Ewing's proposed retention includes:

25      (a) advising the Committee with respect to its duties, powers, and responsibilities, in the

26      Debtor's bankruptcy case;

27      (b) ensuring that the Committee complies with the Bankruptcy Code, the Bankruptcy

28      Rules, and the Bankruptcy Local Rules;

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52364769.2
391391-00001                          3

(c) advising the Committee with respect to the various options available for resolution of the Debtor's bankruptcy case;

(d) advising the Committee with respect to motions and applications filed by Debtor and other parties and presenting the Committee's positions to the Court;

(e) examining and advising the Committee on claims and causes of action of the Debtor's estate including, but not limited to, claims against third parties and insiders who received funds or were in positions of management or control of the Debtor, or otherwise are responsible for damages to the Debtor and its estate;

(f) coordinating with the chapter 11 trustee appointed in this case, the United States Trustee, and other professionals of the estate and constituents;

(g) monitoring the administration of the case for the benefit of general unsecured creditors;

(h) participating in the formulation of a chapter 11 plan if this case does not convert to chapter 7 before one must be filed; and

(i) performing such other legal services as may be required by the Committee.

**V.    PROPOSED COMPENSATION AND TERMS OF EMPLOYMENT**

**A.    Hourly Rates**

In accordance with the Bankruptcy Code and applicable orders entered in these Cases, the The Committee proposes that Boies Schiller Flexner and Saul Ewing be paid from estate funds on an hourly basis and reimbursed their actually incurred expenses under 11 U.S.C. § 330. Boies Schiller Flexner and Saul Ewing will charge for their legal services on an hourly basis, billed in tenth-of-an-hour (1/10th) increments, in accordance with the hourly rates in effect for each firm on the date that such services are rendered.

The following is a summary of customary hourly rates for those members of Saul Ewing and Boies Schiller Flexner primarily expected to render services to the Committee:

| Name of Professional | Current 2024 Hourly Rate |
|---|---|
| Zev M. Shechtman, Partner, Saul Ewing | $725 |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

| Carol Chow, Counsel, Saul Ewing | $640 |
|---|---|
| Benjamin Waisbren, Partner, Boies Schiller Flexner | $1,550 |
| John Kucera, Partner, Boies Schiller Flexner | $1,360 |

Rates for other Boise Schiller attorneys are as follows:  Hourly fees range from $710 to $980 for Associates, from $940 to $1,730 for Counsel, and from $980 to $2,330 for Partners.  Rates of other Saul Ewing attorneys range from $345 to $1,440.  Both firms adjust their rates periodically. Routine bankrtupcy matters will be primarily handled by Saul Ewing to keep the blended hourly rate of Committee counsel as low as possible.  Boise Schiller will lead the engagement, including contested matters and adversary proceedings, as the case may be.  With the appointment of a chapter 11 trustee in this case, the Committee expects that Committee's counsel's activities will be substantially limited unless and until either the Court authorizes the Committee to pursue claims on behalf of the Debtor's estate against non-debtor third parties and/or the chapter 11 trustee recovers from non-debtor third parties proceeds that might be available for distribution to unsecured creditors.

### B.    Disclosure of Retainer

No retainer has been or is being paid to either of the Committee's proposed counsel.

### C.    Compensation of Saul Ewing and Boies Schiller Flexner

Boies Schiller Flexner and Saul Ewing have agreed to undertake this employment as counsel for the Committee if authorized by the Court, and to be compensated in accordance with sections 330 and 331 of the Bankruptcy Code. As such, prior to receiving any compensation in this case, Boies Schiller Flexner and Saul Ewing each will file appropriate interim fee applications (not more frequently than every 120 days). At the appropriate time, Boies Schiller Flexner and Saul Ewing each will file final fee applications seeking final allowance of all fees and costs, in conformity with the requirements of Bankruptcy Code Sections 330 and 331. Boies Schiller

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52364769.2
391391-00001

5

1    Flexner and Saul Ewing each understand that their compensation in the case will be subject to the

2    approval of the Court.

3        **D. Application Governing Terms of Engagement**

4        Boies Schiller Flexner's employment is governed by the attached engagement letter, and

5    the firm will receive compensation solely from the bankruptcy estate.  Notwithstanding any

6    provision in this engagement letter to the contrary, this Court has exclusive jurisdiction regarding

7    the employment and compensation of estate professionals and Boies Schiller Flexner consents to

8    such jurisdiction. Saul Ewing will receive compensation solely from the bankruptcy estate on the

9    terms set forth herein. Other than this Application, there is no written agreement between the

10   Committee and Saul Ewing governing professional employment.

11       Regarding the sharing of compensation received or to be received in connection with the

12   case, there are no arrangements between Boies Schiller Flexner and Saul Ewing on the one hand

13   and any other person or entity on the other.

14   **VI.    NO ADVERSE INTERESTS/DISINTERESTEDNESS**

15       To the best of the Committee's knowledge, and as set forth in the Waisbren and

16   Shechtman Declarations, each of Boies Schiller Flexner and Saul Ewing are a "disinterested

17   person" within the meaning of 11 U.S.C. § 101(14), and neither firm holds nor represents any

18   interest adverse to the estate. As set forth in those Declarations, Boies Schiller Flexner and Saul

19   Ewing do not have any connections with the chapter 11 trustee, the Debtor, creditors, nor with any

20   other party in interest, their respective attorneys and accountants, the Office of the United States

21   Trustee, or any person employed in the Office of the United States Trustee, except that in matters

22   unrelated to this case, Saul Ewing has and continues to represent Silicon Valley Bank (a

23   predecessor entity of a secured creditor in this case, First-Citizens Bank & Trust Company),

24   Fiserv, Inc. (a creditor), and First Horizon Bank (a creditor).

25       In the future, if any fact is discovered that may create an actual or potential conflict or that

26   bears upon Boies Schiller Flexner's or Saul Ewing's continued disinterestedness, Boies Schiller

27   Flexner and Saul Ewing will give notice to those interested parties entitled to notice.

28

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52364769.2
391391-00001

6

## VII.    EFFECTIVE DATE OF EMPLOYMENT

The Committee requests that Boise Schiller and Saul Ewing's employment be approved as of May 7, 2024, the date on which Boies Schiller Flexner began providing services to the Committee in the Debtor's Chapter 11 case.  Saul Ewing began providing services on May 8, 2024.

**WHEREFORE**, the Committee respectfully requests that the Court enter an order: (a) approving the Application; (b) authorizing the Committee to employ Boies Schiller Flexner and Saul Ewing as its counsel, effective as of May 7, 2024, with compensation and reimbursement of expenses to be paid as an administrative expense in such amounts as this Court may hereafter allow.

DATED:  May 31, 2024                         SAUL EWING LLP


By:    /s/ Zev M. Shechtman
        ZEV SHECHTMAN
        Zev.Shechtman@saul.com
        CAROL CHOW (Cal. Bar No. 169299)
        carol.chow@saul.com
        SAUL EWING LLP
        1888 Century Park East, Suite 1500
        Los Angeles, California 90067
        Telephone:  (310) 255-6100
        Facsimile:  (310) 255-6200

        BENJAMIN WAISBREN (*pro hac vice* admission pending)
        bwaisbren@bsfllp.com
        JOHN KUCERA (Cal. Bar No. 274184)
        jkucera@bsfllp.com
        BOIES SCHILLER FLEXNER LLP
        1401 New York Avenue, N.W.
        Washington, DC 20005
        Telephone:  (202) 274-1122

        Proposed Attorneys for Official Unsecured Creditors' Committee of Synapse Financial Technologies, Inc.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52364769.2
391391-00001

7

**<u>DECLARATION RE DISINTERESTEDNESS OF ZEV M. SHECHTMAN</u>**

1. Name, address and telephone number of the professional ("the Professional" or "the

"Firm") submitting this Statement:

Saul Ewing LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: 310-255-6100
Facsimile: 310-255-6200

2. The services by the Professional in this case are (specify):

See Section IV of the Application.

3. The terms and source of the proposed compensation and reimbursement of the

Professional are (specify):

See Section V of the Application.

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held

by the Professional are (specify):

Not applicable.

5. The investigation of disinterestedness made by the Professional prior to submitting this

Statement consisted of (specify):

We conducted a conflict check with respect to the Debtor, the Debtor's creditors,
and other parties in interest to determine whether the firm has any prior attorney-
client relationship or other connection thereto.

6. The following is a complete description of all of the Professional's connections with the

debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in

interest, and their respective attorneys and accountants, the United States Trustee or any

person employed in the Office of the United States Trustee (specify, attaching extra pages

as necessary):

Saul Ewing has and continues to represent Silicon Valley Bank (a predecessor
entity of a secured creditor in this case, First-Citizens Bank & Trust Company),
Fiserv, Inc. (a creditor), and First Horizon Bank (a creditor), in matters unrelated to
this case.

7. The Professional is not a creditor, an equity security holder or an insider of the debtor,

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52364769.2
391391-00001

8

except as follows (specify, attaching extra pages as necessary):

None.

8.  The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the debtor.

9.  The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason, except as follows (specify, attaching extra pages as necessary):

None.

10. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional (specify):
Zev Shechtman
Saul Ewing LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: 310-255-6100
Facsimile: 310-255-6200
Zev.Shechtman@saul.com
See also biographical information of attorneys as Exhibit 2.

11. The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows (specify, attaching extra pages as necessary):

None.

12. Total number of attached pages of supporting documentation: 5.

13. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 and 11 are stated on information and belief.

Executed on May 31, 2024, at Los Angeles, California.

  /s/ Zev M. Shechtman
   Zev Shechtman

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**DECLARATION RE DISINTERESTEDNESS OF BENJAMIN WAISBREN**

1.  Name, address and telephone number of the professional ("the Professional" or "the

    "Firm") submitting this Statement:

    Boies Schiller Flexner LLP
    1401 New York Ave, NM
    Washington, DC 20005
    Telephone: 202-274-1122
    Facsimile: 202-237-6131

2.  The services by the Professional in this case are (specify):

    See Section IV of the Application.

3.  The terms and source of the proposed compensation and reimbursement of the

    Professional are (specify):

    See Section V of the Application.

4.  The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held

    by the Professional are (specify):

    not applicable

5.  The investigation of disinterestedness made by the Professional prior to submitting this

    Statement consisted of (specify):

    We conducted a conflict check with respect to the Debtor, the Debtor's creditors,
    and other parties in interest to determine whether the firm has any prior attorney-
    client relationship or other connection thereto.

6.  The following is a complete description of all of the Professional's connections with the

    debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in

    interest, and their respective attorneys and accountants, the United States Trustee or any

    person employed in the Office of the United States Trustee (specify, attaching extra pages

    as necessary):

    None.

7.  The Professional is not a creditor, an equity security holder or an insider of the debtor,

    except as follows (specify, attaching extra pages as necessary):

    None.

8.  The Professional is not and was not, within 2 years before the date of the filing of the

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52364769.2
391391-00001

1    petition, a director, officer or employee of the debtor.

2    9.    The Professional does not have an interest materially adverse to the interest of the estate or

3    of any class of creditors or equity security holders, by reason of any direct or indirect

4    relationship to, connection with, or interest in, the debtor, or for any other reason, except as

5    follows (specify, attaching extra pages as necessary):

6    None.

7    10.    Name, address and telephone number of the person signing this Statement on behalf of the

8    Professional and the relationship of such person to the Professional (specify):

9    Benjamin Waisbren
Boies Schiller Flexner LLP
10    1401 New York Ave, NM
Washington, DC 20005
11    Telephone: 202-274-1122
Facsimile: 202-237-6131
12    bwaisbren@bsfllp.com

13    See also biographical information of attorneys as Exhibit 1.

14    11.    The Professional is not a relative or employee of the United States Trustee or a

15    Bankruptcy Judge, except as follows (specify, attaching extra pages as necessary):

16    None.

17    12.    Total number of attached pages of supporting documentation: 4.

18    13.    After conducting or supervising the investigation described in paragraph 5 above, I

19    declare under penalty of perjury under the laws of the United States of America, that the

20    foregoing is true and correct except that I declare that paragraphs 6 through 9 and 11 are

21    stated on information and belief.

22    Executed on May 31 2024, at _____Chicago, IL_____

23

24    _____Benjamin Waisbren_____

25

26

27

28

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# EXHIBIT 1



**PARTNER**

# Benjamin Waisbren



**Washington D.C.**
1401 New York Ave, NW
Washington, DC 20005
Phone 202 274 1122
Mobile 917 972 4488

## PROFILE

**Ben is a bankruptcy litigation and corporate restructuring veteran with global experience in bankruptcy litigation, financial distress, and special situation trading and investing. His career has been a combination of national law practice, investment banking, and institutional equity and credit investments. He is an internationally recognized authority in film and television production and distribution finance.**

Early in his career, Ben served as lead counsel to multiple official committees in public company restructuring matters, including the Chapter 11 cases of Continental Airlines, America West Airlines, and El Paso Electric Company. Later, he joined Salomon Brothers (now Citigroup) as a managing director and head of its investment banking restructuring group, and after that he managed workouts and litigation for a global hedge fund.

He has executive producing credits for over 40 major motion pictures that he financed as part of his management of leveraged film funds on behalf of institutional asset managers and Citigroup. He served on the Supervisory Board of Wild Bunch A.G., a German-listed pan-European film company, and the Board of Directors of Vistas Media Acquisition Company, Inc., a SPAC that successfully completed its acquisition of the top music streaming service in the Middle East.

Ben served as an expert financial and industry adviser to the U.S. Department of Justice in *U.S. v. Wolf of Wall Street Motion Picture, et. al.*, which involved the theft of billions of dollars of sovereign wealth in Malaysia known as the "1MDB scandal" and was the largest civil forfeiture action under the Kleptocracy Asset Recovery Initiative brought by the Justice Department in its history.

## PRACTICES ✕

Creditor Rights, Bankruptcy, and Restructuring

Financial Institutions and Private Funds

Securities and Shareholder Disputes

Media and First Amendment

Commercial Disputes

Crisis Management

## EDUCATION ✕

**University of Wisconsin Law School**, J.D.

**Boston University**, B.A., English

## ADMISSIONS ✕

**Bars**

District of Columbia

Illinois

## AWARDS AND ASSOCIATIONS ✕

Board Member, Vistas Media Acquisition Company Inc. (2020-2022)

Board Member, Wild Bunch, A.G. (and Wild Bunch, S.A.) (2005-2018)

Member, Producers' Guild of North America

16

In the area of crisis management and corporate governance, he served as Chief Restructuring Officer and turnaround CEO for NanoMech, Inc., where he led the company through a sale as a going concern in its Delaware Chapter 11 case to Vinmar International, a global chemical distribution company. That case also involved the investigation and settlement of claims against former officers and directors.

Currently, Ben is focused on investigations and litigation arising out of insolvency matters and disputes in the media and entertainment and gaming sectors, as well as other business and contractual disputes.

Copyright © 2024 Boies Schiller Flexner LLP.
All Rights Reserved.

Attorney Advertising.
Prior results do not guarantee a similar outcome.



**PARTNER**

# John J. Kucera



**Los Angeles**
2029 Century Park East
Suite 1520
Los Angeles, CA 90067
Phone 213 995 5758

## PROFILE

**John is a former prosecutor with extensive experience in high profile litigation. He has been at the forefront of major foreign corruption and asset forfeiture matters, and has worked with regulators and law enforcement officials around the world.**

From 2008 until 2020, John was a federal prosecutor in the Central District of California. As the Coordinator of the High Intensity Financial Crime Area Task Force, John led several high-profile investigations, including the Los Angeles Garment District raids, which resulted in the largest ever cash seizure in the United States, the Normandie Casino conviction on money laundering violations, and the multibillion-dollar forfeiture proceedings related to 1MDB, the Malaysian Sovereign Wealth Fund. In 2018, John was appointed a Special Assistant United States Attorney to the District of Arizona where he joined in the prosecution and conviction of Backpage.com, a web-based platform used to promote human trafficking. John has conducted multiple international investigations in conjunction with foreign law enforcement and regulators, as well as parallel investigations in the U.S. with regulators and agencies such as the SEC, FinCEN, California Department of Justice and the Bureau of Gambling Control.

John has presented trainings throughout the Department of Justice on money laundering and forfeiture, and he is frequently invited to speak on anti-money laundering compliance, bank secrecy, and international forfeiture.

John began his career as a state prosecutor in Cook County, Illinois.

## PUBLICATIONS & PRESENTATIONS

### PRACTICES ✕

Global Investigations and White Collar Defense

Crisis Management

Financial Institutions and Private Funds

Asset Recovery and Judgment Enforcement

Sports and Gaming

### EDUCATION ✕

**The University of Illinois, Chicago School of Law**, J.D.; John Marshall Distinguished Scholar

**University of Illinois**, B.A., Philosophy

### ADMISSIONS ✕

**Bars**

California

Illinois

U.S. Court of Appeals: Ninth Circuit

U.S. District Court: Central District of California

U.S. District Court: Northern District of California

### AWARDS AND ASSOCIATIONS ✕

Lawdragon 500 Leading Litigators in America

**Department of Justice's John Marshall Award**, 2020

### GOVERNMENT SERVICE ✕

Co-author, **Corporate Cooperation:Benefits and
Challenges**, International Comparative Legal Guide - Corporate
Investigations Laws and Regulations 2021

Assistant U.S. Attorney, Central District of California

State Prosecutor, Cook County, Illinois

Coordinator of the High Intensity Financial Crime Area Task
Force, Los Angeles area

**CLERKSHIPS**                                    ×

Hon. Bruce Black, U.S. Bankruptcy Court: Northern District of
Illinois

Copyright © 2024 Boies Schiller Flexner LLP.
All Rights Reserved.

Attorney Advertising.
Prior results do not guarantee a similar outcome.

# EXHIBIT 2



**SAUL EWING** LLP

## ZEV M. SHECHTMAN

**Partner**

zev.shechtman@saul.com
(310) 255-6130

📍 Primary Office
**Los Angeles**

# Overview

Zev Shechtman represents clients in complex business bankruptcy, restructuring and insolvency matters in and out of court. His experience includes representing debtors in regular chapter 11 and subchapter V bankruptcy reorganization cases, assisting debtors in settlement negotiations and counseling regarding insolvency concerns. Zev also represents creditors, trustees, buyers of distressed assets, equity holders and contract parties in bankruptcy.

Clients and their professional teams from a variety of industries rely on Zev's counsel regarding bankruptcy and restructuring matters. Zev's broad experience includes cases involving real estate, energy, food, health care, hospitality, e-commerce, transportation, telecommunications, retail, software, media and entertainment.

Zev's work on restructuring and insolvency matters includes representations of assignees and assignors in assignments for the benefit of creditors, as well as court-appointed fiduciaries.

Zev regularly collaborates with legal teams who need guidance on bankruptcy law in the course of their work on corporate transactions or litigation.

Zev is a member of the mediation panels for the U.S. District Court for the Central District of California and all bankruptcy courts in California. His mediation training includes completion of a 40-hour course entitled "Mediating the Litigated Case," a mediation training program at the Pepperdine University School of Law's Straus Institute for Dispute Resolution.

**Services**

Bankruptcy & Restructuring

Bankruptcy Litigation

# Experience

## Debtor Representations

- A chapter 11 debtor e-commerce company.
- A subchapter V chapter 11 debtor health care records technology company.
- A chapter 11 debtor real estate developer.
- A subchapter V chapter 11 debtor construction contractor.
- A chapter 11 debtor real estate holding company.
- A chapter 11 debtor van rental business.
- A chapter 11 debtor specializing in airline film distribution.
- Fifty-six different chapter 11 debtors who were collectively the largest non-government landowner in downtown Los Angeles.

## Buyer Representations and Bankruptcy-Related Sales

- A buyer of real estate in a chapter 11 case.
- The buyer of e-commerce and intellectual property assets in a subchapter V chapter 11 bankruptcy sale.
- The buyer of a commercial real estate lease of a chapter 11 debtor.
- The buyer of Alaska's largest regional airline in a chapter 11 bankruptcy sale.

## Secured Creditors and Creditors' Committee Representations

- The official committee of unsecured creditors in chapter 11 case of intermodal trucking company.
- A secured creditor in a subchapter V chapter 11 of an entertainment technology company.
- The creditors' committee in a chapter 11 case involving a port trucking company.

## Trustee Representations

- A chapter 11 trustee for the operator of approximately 1,000 oil and gas wells in California.
- A chapter 11 trustee for Roscoe's Chicken 'N' Waffles restaurants.
- Chapter 11 trustees for real estate and financial businesses.
- Chapter 11 trustees for a record label and its owner.

# Credentials & Accolades

## Degrees

- J.D., University of Southern California, Gould School of Law, 2009

- M.A., New York University, 2006
- B.A., University of California, Santa Cruz, 2003

# Bar Admissions

- California

# Court Admissions

- U.S. District Court for the Central District of California
- U.S. District Court for the Eastern District of California
- U.S. District Court for the Northern District of California
- U.S. District Court for the Southern District of California
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Supreme Court

# Outside the Firm

Professional Involvement

- Chair, Ad Hoc Complex Chapter 11 Task Force (C.D. Cal. Bankr.), 2021–2024
- Member, American Bankruptcy Institute, 2021 to present
- Member, American Bar Association Forum on Entertainment & Sports Industries, 2023 to present
- Board Member, California Bankruptcy Forum, 2020 to present
- Editor, California Bankruptcy Journal, 2008 to present
- Editorial Vice Chair, California Lawyers Association – Business Law News, 2021 to present
- Volunteer, CARE (Credit Abuse Resistance Education) Los Angeles, 2023 to present
- Los Angeles Bankruptcy Forum, 2009 to present
  - President, 2021–22
  - Co-Founder, Diversity, Equity & Inclusion Committee, 2021 to present
- Board Member, Turnaround Management Association of Southern California, 2023 to present
- Chair, Beverly Hills Bar Association Bankruptcy Section, 2014–15

Community Connections

- Board Member, Pacific Southwest Region, Anti-Defamation League, 2017 to present.



**SAUL EWING** LLP

## CAROL CHOW

### Counsel

carol.chow@saul.com
(310) 255-6108

Primary Office
**Los Angeles**

## Overview

Carol Chow handles business and commercial litigation, as well as litigation pertaining to bankruptcies and other insolvency events. She is highly experienced in the preparation and trying of cases under the time pressures often found in complicated bankruptcy litigation.

Carol represents clients on a wide range of disputes, including breach of contract, fraud, breach of fiduciary duty, negligence, unfair business practices, and declaratory relief. She also has extensive experience litigating bankruptcy disputes, including avoidance actions, plan confirmation, claims objections, and debt recharacterization. With a bachelor's degree in mathematics and computer science, Carol brings a deep understanding of finance and technology to her cases.

Carol represents debtors, trustees and creditors across various industries, including real estate, automotive, banking, manufacturing, and entertainment. She represents clients at both the trial and appellate levels.

**Services**

Bankruptcy &
Restructuring

Bankruptcy Litigation

Litigation

**Industries**

Real Estate

Technology &
Manufacturing

Entertainment, Music &
the Arts

## Credentials & Accolades

Degrees

- J.D., Stanford University, 1993
- B.S., University of California Los Angeles, 1990

# Bar Admissions

- California

# Court Admissions

- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Court for the Central District of California
- U.S. District Court for the Northern District of California
- U.S. District Court for the Southern District of California

# Outside the Firm

Professional Involvement

- Los Angeles County Bar Association

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.

A true and correct copy of the document entitled: **APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING EMPLOYMENT OF BOIES SCHILLER FLEXNER LLP AND SAUL EWING LLP AS BANKRUPTCY COUNSEL; DECLARATIONS RE DISINTERESTEDNESS OF BENJAMIN WAISBREN AND ZEV M. SHECHTMAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.      TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **May 31, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Raymond O Aghaian on behalf of Creditor TClub Inc.
raghaian@kilpatricktownsend.com, ndelman@kilpatricktownsend.com

Ron Bender on behalf of Debtor Synapse Financial Technologies, Inc.
rb@lnbyg.com

J Scott Bovitz on behalf of Creditor EarnUp inc.
bovitz@bovitz-spitzer.com

J Scott Bovitz on behalf of Creditor EarnUp, LLC
bovitz@bovitz-spitzer.com

Rudy J Cerone on behalf of Creditor SoLo Funds, Inc.
rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com

Sara Chenetz on behalf of Interested Party Courtesy NEF
schenetz@perkinscoie.com,
docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Andrew Michael Cummings on behalf of Creditor Cigna Health and Life Insurance Company
andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com

Michael G. Farag on behalf of Creditor Mercury Technologies, Inc.
mfarag@gibsondunn.com

Paul R. Glassman on behalf of Creditor Lineage Bank
pglassman@stradlinglaw.com

Nicholas Christian Glenos on behalf of Creditor Lineage Bank

1    cglenos@bradley.com

2    Michael I. Gottfried on behalf of Creditor Yotta Technologies, Inc.
     mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

3

4    Michael I. Gottfried on behalf of Interested Party Courtesy NEF
     mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

5    Steven T Gubner on behalf of Interested Party Courtesy NEF
     sgubner@bg.law, ecf@bg.law

6

7    Ralph P Guenther on behalf of Creditor Capital J Inc. d/b/a Juno
     rguenther@guentherlawgroup.com

8    Robert T. Honeywell on behalf of Creditor TabaPay Holdings LLC
     robert.honeywell@klgates.com

9

10    Robert T. Honeywell on behalf of Creditor TabaPay, Inc.
     robert.honeywell@klgates.com

11    Lance N Jurich on behalf of Creditor American Bank, N.A.
     ljurich@loeb.com,

12    pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com

13    Monica Y Kim on behalf of Debtor Synapse Financial Technologies, Inc.
     myk@lnbyg.com, myk@ecf.inforuptcy.com

14

15    Jeffrey C Krause on behalf of Creditor Mercury Technologies, Inc.
     jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com

16    Adam A Lewis on behalf of Creditor Silicon Valley Bank
     alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com

17

18    Jelena McWilliams (TR)
     jmcwilliams@cravath.com, mao@cravath.com

19    Krikor J Meshefejian on behalf of Debtor Synapse Financial Technologies, Inc.
     kjm@lnbyg.com

20

21    Fred Neufeld on behalf of Creditor Lineage Bank
     fneufeld@stradlinglaw.com, tingman@sycr.com

22    David M Poitras on behalf of Interested Party Courtesy NEF
     dpoitras@bg.law

23

24    David M Poitras on behalf of Interested Party Evolve Bank & Trust
     dpoitras@bg.law

25    Paul M Rosenblatt on behalf of Creditor TClub Inc.
     prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

26

27    Brandy A Sargent on behalf of Creditor TabaPay Holdings LLC
     brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com

28    Brandy A Sargent on behalf of Creditor TabaPay, Inc.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52008397.1

011111-08370

2

**F9013-3.1.PROOF.SERVICE**

1   brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com

2   Zev Shechtman on behalf of Creditor Committee Official Committee of Unsecured Creditors of Synapse
    Financial Technologies, Inc.
3   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

4   Jason D Strabo on behalf of Creditor TriplePoint Capital, LLC
    jstrabo@mwe.com, jbishopjones@mwe.com
5
    United States Trustee (SV)
6   ustpregion16.wh.ecf@usdoj.gov

7   Jeffrey C Wisler on behalf of Creditor Cigna Health and Life Insurance Company
    jwisler@connollygallagher.com, dperkins@connollygallagher.com
8
    Claire K Wu on behalf of Interested Party AMG National Trust Bank
9   claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com;docket@pillsburylaw.com

10  Beth Ann R. Young on behalf of Debtor Synapse Financial Technologies, Inc.
    bry@lnbyg.com, bry@lnbyb.com
11
    Beth Ann R. Young on behalf of Interested Party Courtesy NEF
12  bry@lnbyg.com, bry@lnbyb.com

☐ Service information continued on attached page

13  **2.    SERVED BY UNITED STATES MAIL:**

14  On (date), I served the following persons and/or entities at the last known addresses in this
    bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
15  envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing
    the judge here constitutes a declaration that mailing to the judge will be completed no later than 24
16  hours after the document is filed.

17

18
                                                       ☐ Service information continued on attached page
19
20  **3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE
    TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to
21  F.R.Civ.P. 5 and/or controlling LBR, on (date), I served the following persons and/or entities by
    personal delivery, overnight  mail service, or (for those who consented in writing to such service
    method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a
22  declaration that personal delivery on, or overnight mail to, the judge will be completed no later
    than 24 hours after the document is filed.
23
24                                                     ☐ Service information continued on attached page

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and
25  correct.

26
    May 31, 2024              Easter A. Santa Maria         _Easter A. Santa Maria_
27   _Date_                    _Printed Name_                 _Signature_

28

52008397.1

011111-08370                3              **F9013-3.1.PROOF.SERVICE**

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

 Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 06/24/2024___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

 SEE ATTACHED

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 06/24/2024 | Easter A. Santa Maria | *(signature)* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 3                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

**SERVICE LIST BY NEF:**

Raymond O Aghaian on behalf of Creditor TClub Inc.
raghaian@kilpatricktownsend.com, ndelman@kilpatricktownsend.com

Ron Bender on behalf of Debtor Synapse Financial Technologies, Inc.
rb@lnbyg.com

J Scott Bovitz on behalf of Creditor EarnUp inc.
bovitz@bovitz-spitzer.com

J Scott Bovitz on behalf of Creditor EarnUp, LLC
bovitz@bovitz-spitzer.com

Rudy J Cerone on behalf of Creditor SoLo Funds, Inc.
rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com

Sara Chenetz on behalf of Interested Party Courtesy NEF
schenetz@perkinscoie.com,
docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Andrew Michael Cummings on behalf of Creditor Cigna Health and Life Insurance Company
andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com

Michael G. Farag on behalf of Creditor Mercury Technologies, Inc.
mfarag@gibsondunn.com

Paul R. Glassman on behalf of Creditor Lineage Bank
pglassman@stradlinglaw.com

Nicholas Christian Glenos on behalf of Creditor Lineage Bank
cglenos@bradley.com

Michael H Goldstein on behalf of Creditor YieldStreet Inc
mgoldstein@goodwinprocter.com, ASchaefer@goodwinlaw.com

Michael I. Gottfried on behalf of Creditor Yotta Technologies, Inc.
mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael I. Gottfried on behalf of Interested Party Courtesy NEF
mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Steven T Gubner on behalf of Interested Party Courtesy NEF
sgubner@bg.law, ecf@bg.law

Ralph P Guenther on behalf of Creditor Capital J Inc. d/b/a Juno
rguenther@guentherlawgroup.com

Robert T. Honeywell on behalf of Creditor TabaPay Holdings LLC

robert.honeywell@klgates.com

Robert T. Honeywell on behalf of Creditor TabaPay, Inc.
robert.honeywell@klgates.com

Lance N Jurich on behalf of Creditor American Bank, N.A.
ljurich@loeb.com,
pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com

Jane Kim on behalf of Trustee Jelena McWilliams (TR)
jkim@kellerbenvenutti.com

Monica Y Kim on behalf of Debtor Synapse Financial Technologies, Inc.
myk@lnbyg.com, myk@ecf.inforuptcy.com

Jeffrey C Krause on behalf of Creditor Mercury Technologies, Inc.
jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com

William J Levant on behalf of Interested Party William Levant
wlevant@kaplaw.com, wlevant@gmail.com

Adam A Lewis on behalf of Creditor Silicon Valley Bank
alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com

Jelena McWilliams (TR)
jmcwilliams@cravath.com, mao@cravath.com

Krikor J Meshefejian on behalf of Debtor Synapse Financial Technologies, Inc.
kjm@lnbyg.com

Fred Neufeld on behalf of Creditor Lineage Bank
fneufeld@stradlinglaw.com, tingman@sycr.com

David M Poitras on behalf of Interested Party Courtesy NEF
dpoitras@bg.law

David M Poitras on behalf of Interested Party Evolve Bank & Trust
dpoitras@bg.law

Jeremy V Richards on behalf of Trustee Jelena McWilliams (TR)
jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Paul M Rosenblatt on behalf of Creditor TClub Inc.
prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Thomas B Rupp on behalf of Trustee Jelena McWilliams (TR)
trupp@kbkllp.com

Brandy A Sargent on behalf of Creditor TabaPay Holdings LLC
brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com

Brandy A Sargent on behalf of Creditor TabaPay, Inc.
brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com

Zev Shechtman on behalf of Creditor Committee Official Committee of Unsecured Creditors of Synapse
Financial Technologies, Inc.
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Jason D Strabo on behalf of Creditor TriplePoint Capital, LLC
jstrabo@mwe.com, jbishopjones@mwe.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Jeffrey C Wisler on behalf of Creditor Cigna Health and Life Insurance Company
jwisler@connollygallagher.com, dperkins@connollygallagher.com

Claire K Wu on behalf of Interested Party AMG National Trust Bank
claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com;docket@pillsburylaw.com

Beth Ann R. Young on behalf of Debtor Synapse Financial Technologies, Inc.
bry@lnbyg.com, bry@lnbyb.com

Beth Ann R. Young on behalf of Interested Party Courtesy NEF
bry@lnbyg.com, bry@lnbyb.com