

FILED
JUN 25 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                       Deputy Clerk

To: Judge Maritn Barash – CA Central District Bankruptcy Court

Ref.: Synapse Financial Technology Bankruptcy – Potential Financial Crime

Honorable Judge M. Barash,

As you are aware since you're president the case, Synapse Financial Technology has become insolvent and entered a chapter 11 process, leaving thousands of consumers – customers of Synapse clients – without access to their money and in a distress situation. Anyone following your court hearings has heard several heartbreaking stories, people unable to pay their mortgages, lifetime savings lost, difficulty in doing their grocery shopping, etc.

It has become very clear, at least to me, that the reconciliation issues leading to the current situation derive from improper management of Synapse's business, wrong or inexistant procedures and (very) questionable practices. The appointed trustee is apparently doing a tremendous job in trying to identify all flawed processes, where the missing $85 million is (if there's anything left) and how to fix the situation minimizing the impact to the end consumers who are suffering with the "hold" on their accounts.

While the bankruptcy/chapter 11 process of Synapse unfolds, and without going into the merit of who's to blame for the current nightmare, or if this was fraud or just incompetence, I'd like to bring to your attention a topic that has raised significant concern to me since I heard the first time. In all court hearings I participated I have never seen this mentioned.

Several media sources (some links below) mention that in late 2022 the board of Synapse, composed by the founder and the VC's (venture capital companies) with investments in Synapse, hired the famous Kroll Consulting investigation company to do a forensic reconciliation of Synapse's accounts. The results of such work were never made public (so far).

What strikes my attention, and generate a severe concern is the fact that shortly thereafter some clients of Synapse, coincidentally backed by some of VC's vested in Synapse, left on a hurry and "as a surprise" to different providers. Was there any kind of inside-information or "tip" received from the VC's that Synapse's situation was critical, in an attempt to protect other investments on their portfolios? For how long did the board know about the issue and its dimension? What were the measures taken by the board to address and fix the issues?

Although I don't believe this letter can be considered a whistleblower since I'm not - nor have ever been - connected to any of the VC's or Synapse, I consider important that all facts are investigated, and everyone involved in this case is brought to justice. Too many consumers impacted by the greed of a few. I don't want to be presumptuous and tell you how you should do your job, but I suggest an investigation on the relationship between the VC's, Synapse and Synapse's clients, if Kroll was really hired and what were the results of their work, which fintechs left Synapse in the 18 months prior to the company's implosion and the personal finances of everyone in the company.

Hope this letter brings a new and important angle to the issue, and that all responsible parties are properly brought to justice. Below some of the sources of the information presented above.

Thank you for your attention.

Sources:

- https://x.com/mikulaja/status/1799122424018989422
- https://fintechbusinessweekly.substack.com/p/synapse-bankruptcy-filings-what-you
- https://www.forbes.com/sites/emilymason/2023/10/27/against-the-clock-synapse-has-two-months-to-find-new-bank-partner/
- https://www.theinformation.com/articles/inside-the-collapse-of-synapse-missing-funds-were-known-to-investors-banks-for-years