United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-10646-MB |
| Synapse Financial Technologies, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 24, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Synapse Financial Technologies, Inc., 21255 Burbank Boulevard, Suite 120, Woodland Hills, CA 91367-6669 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jun 26, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam A Lewis | |
| | on behalf of Creditor Silicon Valley Bank alewis@mofo.com adam-lewis-3473@ecf.pacerpro.com |
| Andrew Michael Cummings | |
| | on behalf of Creditor Cigna Health and Life Insurance Company andrew.cummings@hklaw.com philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com |
| Beth Ann R. Young | |
| | on behalf of Debtor Synapse Financial Technologies Inc. bry@lnbyg.com, bry@lnbyb.com |
| Beth Ann R. Young | |
| | on behalf of Interested Party Courtesy NEF bry@lnbyg.com bry@lnbyb.com |
| Brandy A Sargent | |
| | on behalf of Creditor TabaPay Inc. brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com |
| Brandy A Sargent | |
| | on behalf of Creditor TabaPay Holdings LLC brandy.sargent@klgates.com |

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 24, 2024 | Form ID: pdf042 | Total Noticed: 1 |

litigation.docketing@klgates.com;janna.leasy@klgates.com

Claire K Wu
on behalf of Interested Party AMG National Trust Bank claire.wu@pillsburylaw.com renee.evans@pillsburylaw.com;docket@pillsburylaw.com

David M Poitras
on behalf of Interested Party Courtesy NEF dpoitras@bg.law

David M Poitras
on behalf of Interested Party Evolve Bank & Trust dpoitras@bg.law

Fred Neufeld
on behalf of Creditor Lineage Bank fneufeld@stradlinglaw.com tingman@sycr.com

J Scott Bovitz
on behalf of Creditor EarnUp LLC bovitz@bovitz-spitzer.com

J Scott Bovitz
on behalf of Creditor EarnUp inc. bovitz@bovitz-spitzer.com

Jane Kim
on behalf of Trustee Jelena McWilliams (TR) jkim@kellerbenvenutti.com

Jason D Strabo
on behalf of Creditor TriplePoint Capital LLC jstrabo@mwe.com, jbishopjones@mwe.com

Jeffrey C Krause
on behalf of Creditor Mercury Technologies Inc. jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com

Jeffrey C Wisler
on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com dperkins@connollygallagher.com

Jelena McWilliams (TR)
jmcwilliams@cravath.com mao@cravath.com

Jeremy V Richards
on behalf of Trustee Jelena McWilliams (TR) jrichards@kbkllp.com bdassa@pszjlaw.com;imorris@pszjlaw.com

Krikor J Meshefejian
on behalf of Debtor Synapse Financial Technologies Inc. kjm@lnbyg.com

Lance N Jurich
on behalf of Creditor American Bank N.A. ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com

Michael G. Farag
on behalf of Creditor Mercury Technologies Inc. mfarag@gibsondunn.com

Michael H Goldstein
on behalf of Creditor YieldStreet Inc mgoldstein@goodwinprocter.com ASchaefer@goodwinlaw.com

Michael I. Gottfried
on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael I. Gottfried
on behalf of Creditor Yotta Technologies Inc. mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Monica Y Kim
on behalf of Debtor Synapse Financial Technologies Inc. myk@lnbyg.com, myk@ecf.inforuptcy.com

Nicholas Christian Glenos
on behalf of Creditor Lineage Bank cglenos@bradley.com

Paul M Rosenblatt
on behalf of Creditor TClub Inc. prosenblatt@kilpatricktownsend.com moroberts@ktslaw.com

Paul R. Glassman
on behalf of Creditor Lineage Bank pglassman@stradlinglaw.com

Ralph P Guenther
on behalf of Creditor Capital J Inc. d/b/a Juno rguenther@guentherlawgroup.com

Raymond O Aghaian
on behalf of Creditor TClub Inc. raghaian@kilpatricktownsend.com ndelman@kilpatricktownsend.com

Robert T. Honeywell
on behalf of Creditor TabaPay Holdings LLC robert.honeywell@klgates.com

Robert T. Honeywell

District/off: 0973-1 | User: admin | Page 3 of 3
Date Rcvd: Jun 24, 2024 | Form ID: pdf042 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor TabaPay Inc. robert.honeywell@klgates.com |
| Ron Bender | on behalf of Debtor Synapse Financial Technologies Inc. rb@lnbyg.com |
| Rudy J Cerone | on behalf of Creditor SoLo Funds Inc. rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com |
| Russell Clementson | on behalf of U.S. Trustee United States Trustee (SV) russell.clementson@usdoj.gov |
| Sara Chenetz | on behalf of Interested Party Courtesy NEF schenetz@perkinscoie.com docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com |
| Steven T Gubner | on behalf of Interested Party Courtesy NEF sgubner@bg.law ecf@bg.law |
| Thomas B Rupp | on behalf of Trustee Jelena McWilliams (TR) trupp@kbkllp.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| William J Levant | on behalf of Interested Party William Levant wlevant@kaplaw.com wlevant@gmail.com |
| Zev Shechtman | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Synapse Financial Technologies Inc. Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |

TOTAL: 41

RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyg.com; myk@lnbyg.com; kjm@lnbyg.com

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

**FILED & ENTERED**

**JUN 24 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Pgarcia    DEPUTY CLERK**

Proposed Counsel for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re:

SYNAPSE FINANCIAL TECHNOLOGIES, INC.,

Debtor and Debtor in Possession.

Case No.: 1:24-bk-10646-MB

Chapter 11 Case

**ORDER APPROVING APPLICATION OF CHAPTER 11 DEBTOR TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS GENERAL BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. §§ 327(a), 330, AND 331**

[No Hearing Required Unless Requested or Set by Court – L.B.R. 2014-1(c) and 9013-1(o)]

The Court, having considered the application ("Application") of Synapse Financial Technologies, Inc., the debtor in the above-referenced chapter 11 case (the "Debtor"), to employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as its bankruptcy counsel filed on May 7, 2024 at docket number 110, and all papers filed in support of the Application, and the Declaration of Monica Y. Kim certifying that no response and request for hearing concerning the Application was timely served; finding that it appears in the best interest of the estate that the Debtor employ LNBYG as bankruptcy counsel in this case; finding further that LNBYG is disinterested; finding further that the appropriate notice has been mailed to all interested parties as required under Local Bankruptcy Rule 2014-1(b)(2); and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Application is approved.

2. The Debtor is hereby authorized to employ LNBYG as its bankruptcy counsel in this case, pursuant to 11 U.S.C. § 327(a), with compensation determined pursuant to 11 U.S.C. §§ 330 and 331, effective as of the Debtor's chapter 11 petition date of April 22, 2024.

IT IS SO ORDERED.

###

Date: June 24, 2024

Martin R Barash
United States Bankruptcy Judge