UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No.: 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO (OFFICE OF THE COMPTROLLER OF THE CURRENCY)** |

Federal Rule of Bankruptcy Procedure 9003(a) provides: "Except as otherwise permitted by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee of a party in interest shall refrain from ex parte meetings and communications with the Court concerning matters affecting a particular case or proceeding." The Court received the attached ex parte communication from a party in interest in the above-captioned case. Any other party in interest that wishes to respond to this communication should do so no later than 7 days after the date of this notice by filing with the Court and serving on appropriate parties a written response with the Court.

Parties in interest are reminded that they are prohibited from communicating directly with the judge regarding this case. Any communication must be filed with the clerk of the Court and entered on the docket for this case.

###

7/2/2024

# Enid Colson

| | |
|---|---|
| **From:** | Koch, Peter <Peter.Koch@occ.treas.gov> |
| **Sent:** | Tuesday, July 2, 2024 3:50 PM |
| **To:** | CACBdb_MBarash |
| **Subject:** | In re: Synapse Financial Technologies, Inc. |
| **Attachments:** | OCC Letter to Jelena McWilliams of 7-2-2024 re Matter of Synapse Financial Technologies Inc.pdf |

**CAUTION - EXTERNAL:**

Dear Judge,

Attached please find a copy of correspondence from OCC Acting Chief Counsel Theodore J. Dowd II to Bankruptcy Trustee Jelena McWilliams in regard to the referenced matter.

Peter C. Koch
Director for Litigation
Office of the Comptroller of the Currency
(202) 649-6313

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

 **Office of the Comptroller of the Currency**

Washington, DC 20219

*By Email*

July 2, 2024

Jelena McWilliams
CRAVATH, SWAINE & MOORE LLP
Washington, D.C.
jmcwilliams@cravath.com

Re:   Request for Agency Resources to Assist End-Users Whose Funds Were Affected
      by the Synapse Financial Technologies, Inc. Bankruptcy

Dear Ms. McWilliams:

Thank you for your June 20, 2024 letter to Acting Comptroller of the Currency Michael J. Hsu concerning the Chapter 11 bankruptcy of Synapse Financial Technologies, Inc. ("Synapse"). In your capacity as the bankruptcy trustee for Synapse, you have requested that the Office of the Comptroller of the Currency ("OCC") and other federal banking and securities regulators assist consumers whose access to funds has been affected by the bankruptcy. As described in your letter, Synapse acted as an intermediary between approximately one hundred financial technology platforms ("Fintechs") and four banks, which were holding funds belonging to the Fintechs' respective customers at the time of the bankruptcy filing. As a result of the filing, the Fintech customers lost immediate access to their funds and, as your letter notes, many customers have yet to regain access to their funds.

The OCC is the primary federal banking regulator for two of the four banks that were providing services to Synapse, AMG National Trust ("AMG") and American Bank, N.A. ("American Bank"). As the primary regulator, the OCC is responsible for working to ensure that these banks operate in a safe and sound manner and comply with applicable laws, including laws protecting consumers and preventing money laundering and other illicit activity. The OCC expects supervised entities to take all necessary steps to return customer funds consistent with applicable law.

The OCC understands that both American Bank and AMG have made significant progress in providing customers with access to their funds since Synapse's bankruptcy filing. As noted in the Trustee's Second Status Report submitted to U.S. Bankruptcy Judge Martin R. Barash on June 13, 2024, American Bank holds approximately $43,000 related to a single Fintech. The bank has separately informed the OCC that these funds belong to a single customer and that the bank is working to distribute them. As for AMG, the OCC understands that the bank informed the

Trustee on June 20 that, as of that date, AMG's reconciliation and disbursement efforts had resulted in over $99 million having been returned to over 31,000 Fintech customers, with about $11 million remaining to be disbursed. As of July 1, the OCC understands that AMG has now disbursed approximately $100.8 million and has approximately $9.5 million left to disburse. As part of its supervisory responsibilities, the OCC is monitoring and will continue to monitor AMG's and American Bank's progress in returning all customer funds affected by the bankruptcy.

To assist customers of OCC-supervised institutions, the OCC operates a Customer Assistance Group. A customer may call the OCC Customer Assistance Group Monday through Friday from 7:00 a.m. to 7:00 p.m. CT at (800) 613-6743. Customers who are deaf, hard of hearing, or who have a speech disability, may dial 7-1-1 to access telecommunications relay services. Customers of OCC-supervised institutions who are experiencing problems accessing their funds can also file a complaint using, among other options, an online complaint form available at https://www.helpwithmybank.gov/file-a-complaint/index-file-a-complaint.html.

To reiterate, the OCC will continue to monitor AMG's and American Bank's progress and encourage swift and accurate action to return all customer funds in a timely manner.

Sincerely,

Theodore J. Dowd II
Acting Senior Deputy Comptroller and Chief Counsel

cc:   Hon. Martin R. Barash, U.S. Bankruptcy Judge
      Caroline Shinkle (cshinkle@cravath.com)
      Will Giles (wgiles@cravath.com)