


# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor. | **NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO** |

    Federal Rule of Bankruptcy Procedure 9003(a) provides : "Except as otherwise permitted by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee of a party in interest shall refrain from ex parte meetings and communications with the Court concerning matters affecting a particular case or proceeding."  The Court received the attached ex parte communication from a party in interest in the above-captioned case.  Any other party in interest that wishes to respond to this communication should do so no later than 7 days after the date of this notice by filing with the Court and serving on appropriate parties a written response with the Court.

    Parties in interest are reminded that they are prohibited from communicating directly with the judge regarding this case.  Any communication must be filed with the clerk of the Court and entered on the docket for this case.

                                                       # # #

7/2/2024                                       *Martin R. Barash* [signature]

# Enid Colson

**From:** CACBdb_MBarash
**Sent:** Monday, June 17, 2024 3:39 PM
**To:**
**Subject:** RE: Going to kill myself


Thank you for your email this morning. We will pass it along to the judge. Because the judge is aware of your email and because it relates to an ongoing case in front of the judge, he is ethically required to let all the parties in the case know about the communication. So we will be putting your email on the court docket but we will not share your name or email address.

Meantime, we are concerned about your situation and would like to help. Can you share with us your location?
The reason we ask is that there are all sorts of resources to assist you through these difficulties—financial and otherwise. We would like to get you in touch with folks that can help but need some additional information to do so.

Also, let me just suggest that as bad as things are for you right now, it probably doesn't make sense to make such a serious and irreversible decision without getting some input from people that may be able to help. You are, understandably, under a tremendous amount of stress—which makes it hard to think clearly.
If you choose not to respond and provide us more information, please at least consider contacting the National Hopeline Network, Suicide & Crisis Hotline 1-800-442-HOPE (4673).


Enid Colson
Law Clerk to the Honorable Martin R. Barash


**From:**
**Sent:** Monday, June 17, 2024 5:03 AM
**To:** CACBdb_MBarash <Chambers_MBarash@cacb.uscourts.gov>
**Subject:** Going to kill myself

**CAUTION - EXTERNAL:**


Your honor,
My money is locked up in Yotta. I have $19,000 in there which is my hard saved money to help me pay rent, buy food, and surgery. I can't do any of those and I'm going to kill myself. I wanted you to know before this has happened. This has ruined my life. I have been robbed and nothing has been done.


Sent from Yahoo Mail for iPhone
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.