ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
Michael I. Gottfried, State Bar No. 146689
 mgottfried@elkinskalt.com
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for YOTTA TECHNOLOGIES, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**YOTTA TECHNOLOGIES, INC.'S STATUS REPORT**<br><br>DATE:     July 3, 2024<br>TIME:     10:00 AM<br>PLACE:    303<br>          21041 Burbank Boulevard<br>          Woodland Hills, CA 91367 and<br>           Via ZoomGov |

**TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND INTERESTED PARTIES**:

Yotta Technologies, Inc. ("Yotta"), a creditor in the above-captioned case, hereby submits this chapter 11 status report.

In the approximate 3 month period of time since the filing of the petition and subsequent appointment of Jelena McWilliams as Chapter 11 Trustee, it has become clear to Yotta that absent the assistance of forensic accountants, the parties may continue to be unable fully to reconcile and

5401406.1

1

1 effectuate the release of funds to the depositors for some period of time, identify the extent of funds 2 that appear to be missing from the participating banks, and determine the ultimate responsibility for 3 same. While the Chapter 11 Trustee and her counsel continue to work with the banks and the fintech 4 platforms, absent the apparent authority to direct payments, and absent the assistance of forensic 5 accountants, the Chapter 11 Trustee is limited in what she can accomplish.

6 Given the need for a financial advisor with forensic accounting experience, counsel for Yotta 7 contacted Berkley Research Group, LLC ("BRG"), one of the top global consulting firms in the 8 country that specializes in, among other things, financial services, blockchain, cryptocurrency, and 9 digital asset bankruptcy cases. BRG has informed counsel for Yotta that, subject to agreement on 10 terms of employment with the Trustee, it is willing to provide its services should the case be 11 converted to Chapter 7 (with the understanding that there are no available funds in the estate at this 12 time, and there is no assurance of payment).

13 While Yotta previously agreed with the Chapter 11 Trustee that there was some marginal 14 benefit for the case to remain in Chapter 11, Yotta believes that obtaining the assistance of BRG in 15 a Chapter 7 is of far greater importance than having the case remain in Chapter 11. As there are no 16 longer any business operations, and no funds available in the estate, it simply makes sense for the 17 case to be converted, and for BRG to perform the accounting necessary to get the end users paid.

18 In addition to bringing on BRG, Yotta believes that it may be necessary to conduct discovery 19 of various parties from whom it has heard conflicting statements over the course of the case. In that 20 regard, Yotta will attempt to coordinate any discovery efforts with the Trustee, and will file 21 appropriate motions as it determines how best to proceed.

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1    Yotta's priority continues to be finding ways to work with the parties to get funds to the
2 depositors. In that regard, Yotta believes that the assistance of BRG, combined with discovery, as
3 necessary, is the best path forward.

4 DATED: July 2, 2024          ELKINS KALT WEINTRAUB REUBEN
                                GARTSIDE LLP

                                By: /s/ Michael I. Gottfried
                                    MICHAEL I. GOTTFRIED
                                    Attorneys for YOTTA TECHNOLOGIES, INC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10345 W. Olympic Blvd., Los Angeles, CA 90064.

A true and correct copy of the foregoing document entitled (*specify*): **YOTTA TECHNOLOGIES, INC.'S STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 2, 2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 2, 2024 | Tahmineh Parizad Tamerani | */s/ Tahmineh Parizad Tamerani* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Raymond O Aghaian    raghaian@kilpatricktownsend.com, ndelman@kilpatricktownsend.com;moroberts@ktslaw.com
Ron Bender    rb@lnbyg.com
J Scott Bovitz    bovitz@bovitz-spitzer.com
Rudy J Cerone    rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com
Sara Chenetz    schenetz@perkinscoie.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
Russell Clementson    russell.clementson@usdoj.gov
Andrew Michael Cummings    andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
Michael G. Farag    mfarag@gibsondunn.com
Paul R. Glassman    pglassman@stradlinglaw.com
Nicholas Christian Glenos    cglenos@bradley.com
Michael H Goldstein    mgoldstein@goodwinprocter.com, ASchaefer@goodwinlaw.com
Michael I. Gottfried    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
Steven T Gubner    sgubner@bg.law, ecf@bg.law
Ralph P Guenther    rguenther@guentherlawgroup.com
Robert T. Honeywell    robert.honeywell@klgates.com
Lance N Jurich    ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
Jane Kim    jkim@kellerbenvenutti.com
Monica Y Kim    myk@lnbyg.com, myk@ecf.inforuptcy.com
Jeffrey C Krause    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
William J Levant    wlevant@kaplaw.com, wlevant@gmail.com
Adam A Lewis    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
Jelena McWilliams (TR)    jmcwilliams@cravath.com, mao@cravath.com
Krikor J Meshefejian    kjm@lnbyg.com
Fred Neufeld    fneufeld@stradlinglaw.com, tingman@sycr.com
David M Poitras    dpoitras@bg.law
Jeremy V Richards    jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
Paul M Rosenblatt    prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
Thomas B Rupp    trupp@kbkllp.com
Brandy A Sargent    brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
Jason D Strabo    jstrabo@mwe.com, jbishopjones@mwe.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Jeffrey C Wisler    jwisler@connollygallagher.com, dperkins@connollygallagher.com
Claire K Wu    claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com;docket@pillsburylaw.com
Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE