# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No.: 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**HEARING APPEARANCES REPORT**<br><br><u>Hearing</u><br>Date: June 14, 2024<br>Time: 1:30 PM<br>Ctrm: 303<br>United States Bankruptcy Court<br>Central District of California<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367<br><br>Parties appeared by Zoom.Gov audio and video |

FILED
JUN 14 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:           Deputy Clerk

| | Addressed Court | First Name | Last Name | Law Firm (if applicable) | Name of Party You Represent | Relationship of You/Your Client to Case |
|---|---|---|---|---|---|---|
| 1 | X | Jera | Bradshaw | Bradley Arant Boult Cummings | Lineage Bank | Bank Regulatory Counsel to Lineage Bank |
| 2 | X | Alexander | Gerten | Cravath, Swaine & Moore LLP | Jelena McWilliams | Attorney |
| 3 | X | JORDON | GONZALES | n/a | Jordon Gonzales (self) | Impacted End User |
| 4 | X | Michael | Gottfried | (In Person) | | |
| 5 | X | Zach | Jacobs | na | Zachary Jacobs | depositor for public comment |
| 6 | X | Jeffrey | Krause | Gibson Dunn | Mercury Technologyq | Creditor |
| 7 | X | Jelena | McWilliams | Cravath, Swaine & Moore LLP | N/A | Chapter 11 Trustee |
| 8 | X | Joshua | Morse | Pillsbury Winthrop Shaw Pittman LLP | AMG National Trust Bank | Party in Interest |
| 9 | X | Paul | Rosenblatt | Kilpatrick Townsend | TClub/Abound | FinTech |
| 10 | | Menachem | Ash | IDT | IDT | CUSTOMER |
| 11 | | Akshay | Balakrishna | NA | Juno | Employee |
| 12 | | Sundeep | Basra | N/A | Myself | Yotta Savings End User |
| 13 | | Erick | Baum | N/A | Erick Baum | Impacted User |
| 14 | | David | Berkowitz | N/a | IDT | Client to of synapse |
| 15 | | Sheryl | Bollinger | AMG National | AMG National | Same |
| 16 | | Janet | Boyd | N/A | Depositors | Yotta End User |
| 17 | | Braian | Bressan | None | Debtor | Former Employee |
| 18 | | John | Buretta | Cravath Swaine & Moore LLP | Jelena McWilliams | Proposed Counsel to Chapter 11 Trustee |
| 19 | | Prabhdeep | Chawla | NA | Abound | Client of Synapse |
| 20 | | Michael | Cheiken | CACB | CACB | Law Clerk |
| 21 | | eric | chin | tpmg | juno, capital LLC | owner |
| 22 | | Russ | Clementson | Office of the U.S. Trustee | United States Trustee | United States Trustee |
| 23 | | Enid | Colson | n/a | Law Clerk | Law Clerk |
| 24 | | David | Conners | N/A | Self | Customer |
| 25 | | Mark | DiCamillo | none | Mbanq | Potential Bidder for Estate Assets |
| 26 | | Jordan | Dollar | N/A | Self | Self |
| 27 | | Eric | Dosch | N/A | CACB | AV/iT support |
| 28 | | Ben | Doyle | n/a | Yotta Technologies, Inc | Synapse customer, unsecured creditor |
| 29 | | Anna | Druet | N/A | Juno Finance | Affected End User/Depositor |
| 30 | | James | Drury | N/A | Myself | Fintech End-User/Locked Funds |
| 31 | | Scott | Duke | N/A | Myself | Myself |
| 32 | | Michael | Farag | Gibson, Dunn & Crutcher LLP | Mercury Technologies, Inc. | Creditor |
| 33 | | Miguel | Flores | N/A | N/A | Yotta user affected |
| 34 | | Richard | Forester | N/A | Self | Yotta end user |
| 35 | | Jacqueline | Foroutan | Akerman LLP | Grabr, Inc. | Counsel for Grabr, Inc. |
| 36 | | Melissa | Freeman | VZN Law | Curacubby, Inc. | Fintech partner of Synapse |
| 37 | | Saniyah | Gagan | N/A | N/A | Synapse x-employee |
| 38 | | Robert | Galvez | Client Triple 2 | Triple 2 | Fintech Company |
| 39 | | marvin | gardner | self | self | self |
| 40 | | Patricia | Gelbrich | n/a | n/a | end user |
| 41 | | Alex | Gerson | N/A | Yotta Technologies Inc employee | Yotta Technologies Inc employee |
| 42 | | paul | glassman | Stradling Yocca Carlson & Rauth | Lineage Bank | creditor |
| 43 | | Benjamin | Grismer | N/A | Myself | End User |
| 44 | | Ben | Gruenstein | Cravath Swaine & Moore LLP | Jelena McWilliams | Proposed Counsel to Chapter 11 Trustee |
| 45 | | imene | haddad | N/A | MYSELF | CLIENT |
| 46 | | Jessica | Haines | None | Self | Yotta user |
| 47 | | Joshua | Heald | None | Myself | Myself |
| 48 | | Brandon | Hedge | n/a | Lineage Bank | Creditor |
| 49 | | Usman | Jabbar | none | Affected End User | Affected End User |
| 50 | | Justin | Johnson | N/A | Myself(end user) | Me |
| 51 | | Taylor | Jones | Womble Bond Dickinson (US) LLP | MongoDB | Creditor |
| 52 | | Jake | Jumbeck | McDermott Will & Emery LLP | TriplePoint Capital LLC | Secured Creditor |
| 53 | | Davis | Klabo | Latham & Watkins LLP | Inter & Co, Inc. | Party in Interest |
| 54 | | Mena | Lam | N/A | Mena Lam | End user |
| 55 | | DECRO | LF | USBC | USBC | USBC |
| 56 | | Alan | Lunazzi | None | Alan Lunazzi | Final customer with lost funds via Grabr |
| 57 | | James | Martin | N/A | Self | Yotta Customer |
| 58 | | Steve | Massis | Jeff Smith | Triple 2 | Synapse customer |
| 59 | | Christopher | Mattox | Na | Myself | End user |
| 60 | | Nishkaam | Mehta | '- | Abound | Client of Synapse |
| 61 | | Alex | Meislich | N/A | myself | My money is missing |
| 62 | | Adam | Moelis | n/a | Yotta | CEO |
| 63 | | Grace | Mooney | Cravath Swaine & Moore LLP | Jelena McWilliams | Proposed Counsel to Chapter 11 Trustee |
| 64 | | Flavia | Naves | Voltage Law | Latitud, Inc. | Platform provider |
| 65 | | Joshua | Nelson | NA | SELF | Yotta End User |
| 66 | | Fred | Neufeld | Stradling Yocca | Lineage Bank | Partner Bank |
| 67 | | Arnold | Ngoje | N/A | Depositor | Depositor |
| 68 | | Daniel | Nowicki | Gibson Dunn | Mercury | Unsecured Creditor |
| 69 | | Stanley F. | Orszula | BFKN | American Bank, N.A. | creditor |
| 70 | | Joshua | Pardo | NA | Myself | Myself |
| 71 | | Felipe | Penna | NA | Avenue | client of one of the banks holding funds |
| 72 | | David | Poitras | BG Law LLP | Evolve Bank & Trust | Party in Interest |
| 73 | | William | Pratt | No law firm, affected party. | Self | Affected customer |
| 74 | | Alex | Rheaume | Morrison Foerster LLP | First-Citizens Bank & Trust Company | secured creditor |
| 75 | | Jean | Rhodes | '- | Yieldstreet | Impacted party |
| 76 | | Thomas | Rupp | Keller Benvenutti Kim LLP | Jelena McWilliams, Chapter 11 Trustee | Chapter 11 Trustee |
| 77 | | Julian | Sanchez | NA | Julian Sanchez | self |
| 78 | | Estevan | Sanchez-Wentz | N/A | Estevan | Affected Consumer |
| 79 | | Ben | Schade | None | Ben schade | Yotta end user |
| 80 | | Zev | Shechtman | Saul Ewing LLP | Official Committee of Unsecured Creditors | Committee Counsel |
| 81 | | Jeffrey | Smith | Curd, Galindo & Smith | Triple 2 | Attorney |

| # | First | Last | Firm | Client | Role |
|---|---|---|---|---|---|
| 82 | Colin | Smith | None | Myself | Yotta Customer |
| 83 | Anna | Soror | N/A | Juno Finance End User | Affected End User/Depositor |
| 84 | Caroline | Stapleton | Orrick Herrington & Sutcliffe LLP | Evolve Bank & Trust | Creditor |
| 85 | Howard | Steel | Goodwin | Yieldstreet | creditor |
| 86 | Lysha | Thomas | NA | Juno | NA |
| 87 | Kevin | Thorne | N/a | TriplePoint Capital LLC | Lender |
| 88 | Kathleen | Utecht | Not applicable | Core | Investor |
| 89 | Antonio | Vargas | N/A | Yotta | Customer |
| 90 | Sid | Verma | Juno | Juno | Founder |
| 91 | Corey | Wanless | NA | Myself | End User/Customer |
| 92 | Nick | Wehrmann | na | Nick | na |
| 93 | Elisa | Weiss | N/a | N/a | Yotta customer |
| 94 | Shawn | Wikoff | NA | Lineage bank | Creditor |
| 95 | Anthony | Wilson | NA | End User | End User |
| 96 | Jolene | Wise | U.S. Securities & Exchange Commission | U.S. Securities & Exchange Commission | party in interest |
| 97 | ivor | wolk | na | Yieldstreet | GC |
| 98 | EArl | Wright | na | AMG National Trust | Chairman |
| 99 | Michael | Yi | N/A | Michael Yi | I am a customer of Juno Finance. |
| 100 | Jed | Zobitz | Cravath Swaine & Moore LLP | Jelena McWilliams | Proposed Counsel to Chapter 11 Trustee |