| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David A. Berkley (Bar No. 260105)<br>Womble Bond Dickinson (US) LLP<br>400 Spectrum Center Drive, Suite 1700<br>Irvine, CA 92618<br>Telephone: (714) 557-3800<br>Facsimile: (714) 557-3347<br>Email: david.berkley@wbd-us.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: MongoDB, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.<br><br><br><br>Debtor(s) | CASE NO.: 1:24-BK-10646-MB<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)] |
|---|---|

PLEASE TAKE NOTE that the order titled Order on Application of Non-Resident Attorney to Appear in a Specific Case [LBR 2090-1(b)]

was lodged on (*date*) __07/10/2024__ and is attached. This order relates to the motion which is docket number __315__.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>David A. Berkley (Bar No. 260105)<br>Womble Bond Dickinson (US) LLP<br>400 Spectrum Center Drive, Suite 1700<br>Irvine, CA 92618<br>Telephone: (714) 557-3800<br>Facsimile: (714) 557-3347<br>Email: david.berkley@wbd-us.com<br><br>☒ Attorney for:  MongoDB, Inc. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.<br><br>                                                                                  Debtor(s)<br><br><br>                                                                                  Plaintiff(s)<br>vs.<br><br><br><br>                                                                                  Defendant(s) | CASE NO.: 1:24-BK-10646-MB<br>CHAPTER: 11<br>ADVERSARY NO.:<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☐ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  Edward L. Schnitzer, Esq.

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                                                                F 2090-1.2.ORDER.NONRES.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
400 Spectrum Center Drive, Suite 1700, Irvine CA 92618.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___07/10/2024___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/10/2024 | Sul Lee | /s/ Sul Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 9021-1.2.BK.NOTICE.LODGMENT**

**Notice Parties Served Via Notice of Electronic Filing**

United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

Adam A Lewis on behalf of Creditor Silicon Valley Bank
alewis@mofo.com ; adam-lewis-3473@ecf.pacerpro.com

Andrew Michael Cummings on behalf of Creditor Cigna Health and Life Insurance Company
andrew.cummings@hklaw.com;philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com

Beth Ann R. Young on behalf of Debtor Synapse Financial Technologies Inc. bry@lnbyg.com, bry@lnbyb.com

Beth Ann R. Young on behalf of Interested Party Courtesy NEF bry@lnbyg.com; bry@lnbyb.com

Brandy A Sargent on behalf of Creditor TabaPay Inc. brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com

Brandy A Sargent on behalf of Creditor TabaPay Holdings LLC brandy.sargent@klgates.com; litigation.docketing@klgates.com;

David M Poitras on behalf of Interested Party Courtesy NEF dpoitras@bg.law

David M Poitras on behalf of Interested Party Evolve Bank & Trust dpoitras@bg.law

Fred Neufeld on behalf of Creditor Lineage Bank fneufeld@stradlinglaw.com tingman@sycr.com

J Scott Bovitz on behalf of Creditor EarnUp LLC bovitz@bovitz-spitzer.com bovitz@bovitz-spitzer.com

Jane Kim on behalf of Trustee Jelena McWilliams (TR) jkim@kellerbenvenutti.com

Jason D Strabo on behalf of Creditor TriplePoint Capital LLC jstrabo@mwe.com, jbishopjones@mwe.com

Jeffrey C Krause on behalf of Creditor Mercury Technologies Inc. jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com

Jeffrey C Wisler on behalf of Creditor Cigna Health and Life Insurance Company
jwisler@connollygallagher.com dperkins@connollygallagher.com

Jelena McWilliams (TR) jmcwilliams@cravath.com mao@cravath.com

Jeremy V Richards on behalf of Trustee Jelena McWilliams (TR) jrichards@kbkllp.com
bdassa@pszjlaw.com;imorris@pszjlaw.com

Krikor J Meshefejian on behalf of Debtor Synapse Financial Technologies Inc. kjm@lnbyg.com

Lance N Jurich on behalf of Creditor American Bank N.A. ljurich@loeb.com,
pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com

Michael G. Farag on behalf of Creditor Mercury Technologies Inc. mfarag@gibsondunn.com

Michael H Goldstein on behalf of Creditor YieldStreet Inc mgoldstein@goodwinprocter.com
ASchaefer@goodwinlaw.com

Michael I. Gottfried on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael I. Gottfried on behalf of Creditor Yotta Technologies Inc. mgottfried@elkinskalt.com,
cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Monica Y Kim on behalf of Debtor Synapse Financial Technologies Inc. myk@lnbyg.com,
myk@ecf.inforuptcy.com

Nicholas Christian Glenos on behalf of Creditor Lineage Bank cglenos@bradley.com

Paul M Rosenblatt on behalf of Creditor TClub Inc. prosenblatt@kilpatricktownsend.com
moroberts@ktslaw.com

Paul R. Glassman on behalf of Creditor Lineage Bank pglassman@stradlinglaw.com

Ralph P Guenther on behalf of Creditor Capital J Inc. d/b/a Juno
rguenther@guentherlawgroup.com

Raymond O Aghaian on behalf of Creditor TClub Inc. raghaian@kilpatricktownsend.com
ndelman@kilpatricktownsend.com

Robert T. Honeywell on behalf of Creditor TabaPay Holdings LLC
robert.honeywell@klgates.com

Ron Bender on behalf of Debtor Synapse Financial Technologies Inc. rb@lnbyg.com

Rudy J Cerone on behalf of Creditor SoLo Funds Inc. rcerone@mcglinchey.com,
lgraff@mcglinchey.com;jingargiola@mcglinchey.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Sara Chenetz on behalf of Interested Party Courtesy NEF schenetz@perkinscoie.com docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro. com;rleibowitz@perkinscoie.com

Steven T Gubner on behalf of Interested Party Courtesy NEF sgubner@bg.law ecf@bg.law

Thomas B Rupp on behalf of Trustee Jelena McWilliams (TR) trupp@kbkllp.com

United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

William J Levant on behalf of Interested Party William Levant wlevant@kaplaw.com wlevant@gmail.com

Zev Shechtman on behalf of Creditor Committee Official Committee of Unsecured Creditors of Synapse Financial Technologies Inc. Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com