LOEB & LOEB LLP
LANCE JURICH (SBN 132695)
ljurich@loeb.com
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA  90067
Telephone:   310.282.2000
Facsimile:    310.282.2200

BARACK FERRAZZANO KIRSCHBAUM
& NAGELBERG LLP
STANLEY F. ORSZULA (*pro hac vice*)
NATHAN Q. RUGG (*pro hac vice*)
ALEXANDER F. BERK (*pro hac vice*)
Stan.Orszula@bfkn.com
Nathan.Rugg@bfkn.com
Alexander.Berk@bfkn.com
200 W. Madison Street Suite 3900
Chicago, IL 60606
Telephone:   312.984.3100

Attorneys for American Bank, N.A.

**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES INC.,<br><br>Chapter 11 Debtor in Possession | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**AMERICAN BANK, N.A.'S STATUS REPORT FOR JULY 17, 2024 STATUS CONFERENCE**<br><br>Date:    July 17, 2024<br>Time:   10:00 a.m.<br>Place:   Courtroom 303 21041<br>             Burbank Blvd. Woodland<br>             Hills, CA 91367 |

TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND INTERESTED PARTIES:

American Bank, N.A. ("American Bank"), a creditor in the above-captioned case, hereby submits this chapter 11 status report for the July 17, 2024, status conference through its undersigned counsel:

**Overview of Relationship Between American Bank and the Debtor**

American Bank's relationship with Synapse Financial Technologies, Inc. (the "Debtor"), which arose prepetition, is unique among the Debtor's partner banks. Unlike other partner banks, American Bank provided only banking identification number (also known as "B.I.N." or BIN")[1] sponsorship services for four fintech platforms pursuant to the parties' Bank Services and Deposit Account Agreement (the "Agreement") as of the Debtor's April 22, 2024, petition date (the "Petition Date").[2] American Bank never provided any ACH or wire transfer services to the Debtor's fintech customers' end-users. Accordingly, the services provided by American Bank to the Debtor pursuant to the Agreement were more streamlined and much less complex than the Debtor's relationships with its other partner banks. As addressed in greater detail below, American Bank is also uniquely situated among partner banks because it did not restrict access to customer and end-user funds following the Petition Date and, in fact, is owed money by other partner banks for transactions it funded for customers and end-users after those partner banks froze customer and end-user accounts (the "Settlement Funds").[3]

Prior to the Petition Date, American Bank sent a letter to the Debtor identifying various defaults under the Agreement resulting from the Debtor's prepetition financial difficulties and failures to comply with applicable law in rendering services under the Agreement (the "Default Notice"). In email correspondence exchanged thereafter, the Debtor agreed to a mutual wind-down of the relationship between American Bank and the

---

[1] A BIN identifies the financial institution (e.g., a bank, credit union or other authorized entity) that issues a payment card. Examples include credit cards, debit cards, prepaid cards, gift cards, and electronic benefits cards. Under the Agreement, American Bank only issued debit cards on the behalf of a small amount of the Debtor's fintech customers end-users.

[2] American Bank also provided services as a program bank to the Debtor's non-debtor affiliate, Synapse Brokerage LLC ("Synapse Brokerage").

[3] American Bank reserves all rights with respect to claims it has in connection with the Settlement Funds against any party.

Debtor (the "Wind Down"), which resulted in American Bank processing only minimal transactions for the Debtor in the near term prior to and as of the Petition Date.

## Post-Bankruptcy Activities and Reconciliation Efforts

Since the Petition Date, American Bank has used commercial best efforts to minimize disruptions to customers and end-users and permit ongoing access to funds by those parties. This is another way in which American Bank is unique among the Debtor's other partner banks. Other partner banks chose to freeze account access or otherwise limit or restrict access to funds pending ongoing reconciliation efforts between Jelena McWilliams, in her capacity as the Debtor's chapter 11 trustee (the "Trustee"), and the partner banks. American Bank has participated the Trustee's investigation and reconciliation efforts, and supported such efforts in good faith. *See, e.g.*, Chapter 11 Trustee's Fourth Status Report at p. 10:2–5 [Dkt. No. 300] (describing ongoing reconciliation efforts to restore access to end-user funds) (the "Fourth Status Report").

American Bank's decision to ensure ongoing access to customer funds resulted in the incurrence of approximately $2,300,000 in debit card settlements funded by American Bank on behalf of customers and end-users whose main financial relationship was with another partner bank. These debit card settlements resulted from the use of American Bank-sponsored debit cards by customers who were otherwise cut off from accessing their funds at other partner banks. Accordingly, the ongoing reconciliation process among the partner banks is important to ensure that American Bank is made whole for transactions it funded for customers and end-users when other partner banks refused to do so.

Concerning customer funds, American Bank presently holds no more than $43,339.67 of potential commercial end-user funds (the "Remaining Funds"). Fourth Status Report at p. 6:5–9. Notwithstanding American Bank's best efforts to release the Remaining Funds as expeditiously as possible, delays resulted from a failure of the Debtor and Synapse Brokerage to meaningfully assist with reconciliation efforts. Since the Trustee's last status report, American Bank has obtained access to what is commonly known as the Mongo

database (the "MongoDB").  Based on American Bank's review of the MongoDB, American Bank is in receipt of new information regarding the Remaining Funds. Accordingly, American Bank is continuing to investigate the status of the Remaining Funds in an expeditious manner.  Relatedly, American Bank does not presently hold and has never held any demand deposit account funds owing to end-users. Fourth Status Report at p. 4:26.

### Limitations of Status Report and Reservation of Rights

This status report is filed for informational purposes and is not intended to, and may not be deemed, a complete statement of American Bank's actions and intentions concerning the Debtor, this chapter 11 case, or the ongoing reconciliation efforts between the Trustee and partner banks. American Bank reserves all rights against the Debtor and applicable third parties.

### Conclusion

American Bank intends to continue participating in the ongoing reconciliation efforts in good faith, with the goal of reconciling the Remaining Funds, being made whole for the Settlement Funds, and in this chapter 11 case (and related processes) more broadly to protect its rights and ensure ongoing access to funds for its remaining Debtor-related customers and end-users.

Dated: July 16, 2024					Respectfully submitted,

						LOEB & LOEB LLP
						LANCE JURICH

						BARACK FERRAZZANO
						KIRSCHBAUM & NAGELBERG LLP
						STANLEY F. ORSZULA
						NATHAN Q. RUGG
						ALEXANDER F. BERK


						By: /s/ Lance Jurich
						      Lance Jurich


						Attorneys for American Bank, N.A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Blvd., Suite 2200, Los Angeles, California 90067.**

A true and correct copy of the foregoing document entitled (*specify*):  **AMERICAN BANK, N.A.'S STATUS REPORT FOR JULY 17, 2024 STATUS CONFERENCE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **7/16/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Raymond O Aghaian** raghaian@kilpatricktownsend.com, ndelman@kilpatricktownsend.com
**Ron Bender** rb@lnbyg.com
**David A. Berkley** david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
**J Scott Bovitz** bovitz@bovitz-spitzer.com
**Rudy J Cerone** rcerone@mcglinchey.com, lgraff@mcglinchey.com; jingargiola@mcglinchey.com
**Sara Chenetz** schenetz@perkinscoie.com, docketLA@perkinscole.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz   sara-perkins-coie-8670@ecf.pacerpro.com; rlieibowiz@perkinscoie.com
**Russell Clementson** russell.clementson@usdoj.gov
**Andrew Michael Cummings** andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
**Michael G. Farag** mfarag@gibsondunn.com
**Paul R. Glassman** pglassman@stradlinlaw.com
**Nicholas Christian Glenos** cglenos@bradley.com
**Michael H Goldstein** mgoldstein@goodwinprocter.com, Aschaefer@goodwinlaw.com
**Michael I. Gottfried** mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
**Steven T Gubner** sgubner@bg.law, ecf@bg.law
**Ralph P Guenther** rguenther@guentherlawgroup.com
**Robert T. Honeywell** robert.honeywell@klgates.com
**Lance N Jurich** ljurich@loeb.com,
**Monica Y Kim** myk@lnbyg.com, myk@ecf.inforuptcy.com
**Jeffrey C Krause** jkrause@gibsondunn.com, dtrujillo@gibsondunn.com; jstern@gibsondunn.com
**William J Levant** wlevant@kaplaw.com, wlevant@gmail.com
**Adam A Lewis** alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
**Jelena McWilliams (TR)** jmcwilliams@cravath.com, mao@cravath.com
**Krikor J Meshefejian** kjm@lnbyg.com
**Fred Neufeld** fneufeld@stradlinglaw.com, tingman@sycr.com
**Valerie Bantner Peo** vbantnerpeo@buchalter.com
**David M Poitras** dpoitras@bg.law
**Paul M Rosenblatt** prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
**Brandy A Sargent** brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
**Zev Schechtman** Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com easter.santamaria@saul.com
**Jason D Strabo** jstrabo@mwe.com, jbishopjones@mwe.com
**United States Trustee (SV)** ustpregion16.wh.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**Jeffrey C Wisler** jwisler@connollygallagher.com, dperkins@connollygallagher.com
**Claire K Wu** claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com; docket@pillsburylaw.com
**Beth Ann R. Young** bry@lnbyg.com, bry@lnbyb.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/16/2024 | Fiona McKeown | /s/ Fiona McKeown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**