CRAVATH, SWAINE & MOORE LLP
GEORGE H. ZOBITZ (*pro hac vice*)
jzobitz@cravath.com
ALEXANDER GERTEN (*pro hac vice*)
agerten@cravath.com
2 Manhattan West
375 9th Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

KELLER BENVENUTTI KIM LLP
Jane Kim (Cal. bar no. 298192)
(jkim@kbkllp.com)
JEREMY V. RICHARDS (Cal. bar no. 102300)
(jrichards@kbkllp.com)
THOMAS B. RUPP (Cal. Bar. No. 278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Proposed Counsel for Jelena McWilliams,*
*in her capacity as Chapter 11 Trustee for*
*Synapse Financial Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**NOTICE OF CHAPTER 11 TRUSTEE'S APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC d/b/a B. RILEY ADVISORY SERVICES AS FINANCIAL ADVISOR** |

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on April 22, 2024 (the "Petition Date"), Synapse Financial Technologies, Inc. (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") initiating the above-captioned chapter 11 case (the "Chapter 11 Case").

**PLEASE TAKE FURTHER NOTICE** that, on May 1, 2024, the United States Trustee appointed an official committee of unsecured creditors (the "Committee").

**PLEASE TAKE FURTHER NOTICE** that, on May 24, 2024, Jelena McWilliams was appointed as the Chapter 11 Trustee (the "Trustee") in this Chapter 11 Case.

**PLEASE TAKE FURTHER NOTICE** that, on July 30, 2024 the Trustee filed the *Chapter 11 Trustee's Application for Order Authorizing Employment of GlassRatner Advisory & Capital Group LLC d/b/a B. Riley Advisory Service as Financial Advisor* [Dkt. No. 329].[1]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Application, the Trustee requests an order authorizing the employment of GlassRatner Advisory & Capital Group LLC d/b/a B. Riley Advisory Service ("B. Riley") as financial advisor, effective as of the June 25, 2024.

**PLEASE TAKE FURTHER NOTICE** that any response or request for a hearing on the Application, in the form required by L.B.R. 9013-1(f), must be filed and served on B. Riley and the United States Trustee not later than 14 days from the date of service of this notice.

**PLEASE TAKE FURTHER NOTICE** that if no response or request for a hearing is received the Court may grant the relief requested without holding a hearing.

**PLEASE TAKE FURTHER NOTICE** that B. Riley expects to provide the Trustee with advisory services in connection with the Chapter 11 Case (the "Services") as detailed below and as further described in the Application and the Freeman Declaration:

(a) Assist in obtaining possible DIP financing proposals and evaluating and negotiating a DIP financing;

(b) Conduct a sale process for the assets of Synapse's estate, including assisting in the development of the sale procedures, timeline and other matters necessary to consummate a sale;

(c) Evaluate the existing information available to prospective buyers and to identify and assemble other information for buyer due diligence;

(d) Identify critical operational and financial information and data gaps;

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the Application.

1

(e) Perform forensic accounting and litigation support services as requested by the Trustee or her counsel, including for example, identifying and reconciling accounts and documenting any apparent customer funds shortfall;

(f) Assist with identifying and evaluating potential causes of action and recoveries;

(g) Assist in developing and monitoring interim operating and administrative expense budgets;

(h) Identify and assist in managing any interim employees, vendors or contractors required to maintain, access and evaluate the Synapse systems and data;

(i) Assist with the wind-down of the Debtors' operations, as needed;

(j) Evaluate, analyze and advise the Trustee and counsel regarding claims, claims objection, distributions to beneficiaries, and calculation of potential distributions to beneficiaries under various scenarios;

(k) Provide schedules and reports that can be used to document and support distributions to Synapse customers;

(l) Prepare quarterly financial reports and other statutory reports required by the Court;

(m) Perform other financial advisory tasks as requested by the Trustee or her counsel.

**PLEASE TAKE FURTHER NOTICE** that, in connection with the Services, B. Riley will apply for compensation pursuant to 11 U.S.C. § 328.

**PLEASE TAKE FURTHER NOTICE** that the current hourly rate ranges of the professionals that B. Riley anticipates will work on this Chapter 11 Case are as follows: Senior Managing Directors ($500 - $900 per hour); Directors and Managing Directors ($395 - $750 per hour); and Other Professionals ($275 - $495 per hour). In addition to hourly compensation, the Trustee has agreed to provide B. Riley with a contingent success fee upon the successful sale or other transaction to realize value from the Debtor's assets (the "Success Fee").  The amount of the Success Fee would equal 5% of the first $10,000,000 of gross transaction value for such sale or other transaction, plus 3.5% of the gross transaction value in excess of $10,000,000.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to obtain a copy of the Application may do so upon request to the Trustee:

Cravath, Swaine & Moore LLP
Alexander Gerten
2 Manhattan West
375 9th Avenue
New York, NY 10001
Telephone: (212) 474-1000
agerten@cravath.com

1
2
3   Dated: July 30, 2024
4                                                          By: */s/ Thomas B. Rupp*
5                                                              Thomas B. Rupp
6
                                                               *Proposed Counsel for Jelena*
7                                                              *McWilliams, in her capacity as*
                                                               *Chapter 11 Trustee for Synapse*
8                                                              *Financial Technologies, Inc.*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Cravath, Swaine & Moore LLP, 2 Manhattan West, 375 Ninth Avenue, New York, NY 10001

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF CHAPTER 11 TRUSTEE'S APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC d/b/a B. RILEY ADVISORY SERVICES AS FINANCIAL ADVISOR _____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/30/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Raymond O Aghaian  raghaian@kilpatricktownsend.com, ndelman@kilpatricktownsend.com
Ron Bender  rb@lnbyg.com
David A Berkley  david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
J Scott Bovitz  bovitz@bovitz-spitzer.com
Rudy J Cerone  rcerone@mcglinchey.com, lgraff@mcglinchey.com; jingargiola@mcglinchey.com
Sara Chenetz  schenetz@perkinscoie.com, docketLA@perkinscole.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rlieibowiz@perkinscoie.com
Russell Clementson  russell.clementson@usdoj.gov
Andrew Michael Cummings  andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
Michael G. Farag  mfarag@gibsondunn.com
Paul R. Glassman  pglassman@stradlinlaw.com
Nicholas Christian Glenos  cglenos@bradley.com
Michael H Goldstein  mgoldstein@goodwinprocter.com, Aschaefer@goodwinlaw.com
Michael I. Gottfried  mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
Steven T Gubner  sgubner@bg.law, ecf@bg.law
Ralph P Guenther  rguenther@guentherlawgroup.com
Robert T. Honeywell  robert.honeywell@klgates.com

Lance N Jurich  ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com

Monica Y Kim  myk@lnbyg.com, myk@ecf.inforuptcy.com

Jeffrey C Krause  jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com

William J Levant  wlevant@kaplaw.com, wlevant@gmail.com

Adam A Lewis  alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com

Jelena McWilliams (TR)  jmcwilliams@cravath.com, mao@cravath.com

Krikor J Meshefejian  kjm@lnbyg.com

Fred Neufeld  fneufeld@stradlinglaw.com, tingman@sycr.com

Valerie Bantner Peo  vbantnerpeo@buchalter.com

David M Poitras  dpoitras@bg.law

Paul M Rosenblatt  prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Brandy A Sargent  brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com

Callan C Searcy  bk-csearcy@texasattorneygeneral.gov

Zev Schechtman  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com easter.santamaria@saul.com

Jason D Strabo  jstrabo@mwe.com, jbishopjones@mwe.com

United States Trustee (SV)  ustpregion16.wh.ecf@usdoj.gov

Jeffrey C Wisler  jwisler@connollygallagher.com, dperkins@connollygallagher.com

Claire K Wu  claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com; docket@pillsburylaw.com

Beth Ann R. Young  bry@lnbyg.com, bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7/30/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Darren Azman
One Vanderbilt Avenue
New York, NY 10017-3852

Jade Jumbeck
McDermott Will & Emery LLP
444 W. Lake Street, Suite 4000
Chicago, CA 60606-0029

Robert J Labate
400 South Hope Street, 8th Floor

Los Angeles, CA 90071

Neda Shapourian
Unit21, Inc.
49 Geary St. Ste 200
San Francisco, CA 94108

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/30/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/30/2024 | Robert N. Greenfield | /s/ Robert N. Greenfield |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |