1  CRAVATH, SWAINE & MOORE LLP
GEORGE H. ZOBITZ (*pro hac vice*)
2  jzobitz@cravath.com
ALEXANDER GERTEN (*pro hac vice*)
3  agerten@cravath.com
2 Manhattan West
4  375 9th Avenue
New York, NY 10001
5  Telephone: (212) 474-1000
Facsimile: (212) 474-3700
6

7
KELLER BENVENUTTI KIM LLP
8  JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
9  JEREMY V. RICHARDS (Cal. Bar No. 102300)
(jrichards@kbkllp.com)
10  THOMAS B. RUPP (Cal. Bar. No. 278041)
(trupp@kbkllp.com)
11  425 Market Street, 26th Floor
San Francisco, CA  94105
12  Telephone: (415) 496-6723
Facsimile: (650) 636-9251
13

14  *Proposed Counsel for Jelena McWilliams,*
*in her capacity as Chapter 11 Trustee for*
15  *Synapse Financial Technologies, Inc.*

16

17
                **UNITED STATES BANKRUPTCY COURT**
18               **CENTRAL DISTRICT OF CALIFORNIA**
                 **SAN FERNANDO VALLEY DIVISION**
19

20  In re                                          | Case No. 1:24-bk-10646-MB

21  SYNAPSE  FINANCIAL  TECHNOLOGIES,              | Chapter 11
    INC.,
22                                                 | **SUPPLEMENTAL DECLARATION OF**
                                                   | **JELENA MCWILLIAMS IN SUPPORT OF**
23              Debtor.                            | **CHAPTER 11 TRUSTEE'S APPLICATION**
                                                   | **FOR ORDER AUTHORIZING**
24                                                 | **EMPLOYMENT OF CRAVATH, SWAINE**
                                                   | **& MOORE LLP AS BANKRUPTCY**
25                                                 | **COUNSEL**

26

27

28

1       TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY JUDGE,

2 THE OFFICE OF THE UNITED STATES TRUSTEE, AND INTERESTED PARTIES:

3       I, Jelena McWilliams hereby declare pursuant to 28 U.S.C. § 1746 as follows:

4       1.     I have personal knowledge of the facts set forth below and, if called upon to testify,

5 would and could competently testify to the matters set forth in this supplemental declaration (the

6 "Supplemental Declaration").

7       2.     I am a partner of the law firm of Cravath, Swaine & Moore LLP ("Cravath" or the

8 "Firm"), with my office at 1601 K Street NW, Washington, D.C. 2006-1682. I am admitted to practice

9 law in the District of Columbia and the State of California.

10       3.     I submit this supplemental declaration in support of the *Chapter 11 Trustee's*

11 *Application for an Order Authorizing Employment of Cravath, Swaine & Moore LLP as Counsel* [Dkt.

12 No. 321 ] (the "Application")[1] filed on July 17, 2024, in connection with the Chapter 11 Case (the

13 "Case") of Synapse Financial Technologies, Inc. (the "Debtor" or "Synapse") to provide certain

14 disclosures in accordance with Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the

15 "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the

16 Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California

17 (the "Local Rules"). Unless otherwise stated in this declaration, I have personal knowledge of the facts

18 hereinafter set forth. To the extent that any information disclosed herein requires amendment or

19 modification upon Cravath's completion of further analysis, or as additional information becomes

20 available to it, a further supplemental declaration will be submitted to the Court reflecting such

21 amended, supplemented or otherwise modified information.

22       **CRAVATH'S ESTIMATED FEES TO DATE**

23      Cravath intends to apply to the Court for allowances of compensation and reimbursement of

24 expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules,

25 the Local Rules and any applicable orders of this Court for all professional services performed and

26

27

28     [1] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Application.

expenses incurred after the Effective Date.  Subject to the foregoing, Cravath intends to charge for services rendered at a 15% discount of Cravath's customary hourly rates that are in effect from time to time and to seek reimbursement according to its customary reimbursement policies. The following schedule sets forth the rates and estimated hours and fees billed by Cravath professionals from the date of my appointment, May 24, 2024, the date of the Trustee's appointment, through July 31, 2024. Cravath estimates a total $1,385,137.00 in professional fees and $0.00 in reimbursable expenses incurred during this period.

| Professional | Role | 2024 Rate | Discounted 2024 Rate | Hours Billed | Estimated Fees |
|---|---|---|---|---|---|
| John D. Buretta | Partner | $2,205 | $1,874 | 38.6 | $72,336 |
| Benjamin Gruenstein | Partner | $2,205 | $1,874 | 47.9 | $89,765 |
| Eric W. Hilfers | Partner | $2,205 | $1,874 | 2.0 | $3,748 |
| George E. Zobitz | Partner | $2,205 | $1,874 | 29.4 | $55,096 |
| Paul H. Zumbro | Partner | $2,205 | $1,874 | 21.1 | $39,541 |
| Ronald E. Creamer Jr. | Partner | $2,205 | $1,874 | 0.8 | $1,499 |
| Jeffrey Thomas Dinwoodie | Partner | $1,840 | $1,564 | 21.0 | $32,844 |
| Bethany A. Pfalzgraf | Partner | $1,505 | $1,279 | 1.5 | $1,919 |
| Jeffery A. Rosen | Of Counsel | $2,205 | $1,874 | 14.3 | $26,798 |
| Will Giles | Of Counsel | $1,690 | $1,437 | 43.3 | $62,222 |
| Alexander Gerten | Of Counsel | $1,475 | $1,254 | 97.3 | $122,014 |
| Alexander Gerten | Practice Area Attorney | $1,255 | $1,067 | 127.4 | $135,936 |
| Lauren E. Kloss | Associate | $1,175 | $999 | 2.3 | $2,298 |
| Caroline B. Shinkle | Associate | $1,175 | $999 | 140.8 | $140,659 |
| Benjamin S. Spiegel | Associate | $1,175 | $999 | 71.8 | $71,728 |
| Benjamin B. Arcano | Associate | $1,140 | $969 | 9.1 | $8,818 |
| Grace Mooney | Associate | $800 | $680 | 555.1 | $377,468 |
| Justin M. Williams | Associate | $800 | $680 | 15.2 | $10,336 |
| Paris Jade Cione | Summer Associate | $485 | $412 | 85.1 | $35,061 |
| Angie Cui | Summer Associate | $485 | $412 | 59.0 | $24,308 |
| Elizabeth Jin | Summer Associate | $485 | $412 | 7.0 | $2,884 |
| Joanne Abyad | Case Manager | $470 | $400 | 9.2 | $3,680 |
| Elizabeth Estep | Paralegal | $470 | $400 | 1.8 | $720 |
| Marc Nathaniel Younker | Paralegal | $470 | $400 | 8.0 | $3,200 |
| Robert Greenfield | Paralegal | $440 | $374 | 115.2 | $43,085 |

| Philip Kersch | Paralegal | $430 | $366 | 7.8 | $2,855 |
|---|---|---|---|---|---|
| Maheem Syed | Paralegal | $430 | $366 | 2.7 | $988 |
| Josephine Epter | Paralegal | $405 | $344 | 3.1 | $1,066 |
| Devon Forester | Paralegal | $405 | $344 | 21.2 | $7,293 |
| Isabella Graf | Paralegal | $405 | $344 | 1.9 | $654 |
| Susanna Schatz | Paralegal | $405 | $344 | 1.2 | $413 |
| Sharon Gonzales | Litigation Tech Manager | $555 | $472 | 3.0 | $1,416 |
| Miguel A. Gonzalez | Litigation Tech Support | $535 | $455 | 0.2 | $91 |
| Vaughn Harper | Litigation Tech Support | $535 | $455 | 4.8 | $2,184 |
| Kevin Rodriguez | Litigation Tech Support | $505 | $429 | 0.2 | $86 |
| Alexa Trippiedi | Litigation Tech Support | $505 | $429 | 0.3 | $129 |

The above professionals are likely to continue to render services at the foregoing rates in this Case, together with such other professionals as Cravath deems appropriate to staff on this matter, in accordance with and as described in the Application, at a 15% discount of such professionals' regular and customary hourly rates.. Cravath's hourly rates are subject to periodic adjustments, as described in the Application. So long as Cravath charges its regular hourly rates in effect at the time discounted at 15%, the Trustee has consented to Cravath's annual and other periodic rate increases.

The foregoing information is provided for informational purposes to comply with an informal information request from the United States Trustee in connection with the Application and is not an application for interim or final compensation. Cravath understands that any payment of these estimated and additional professional fees will be subject to approval of the Bankruptcy Court and availability of estate funds to pay these expenses

3

1        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

2    correct to the best of my knowledge and belief. Executed August 13, 2024.

3

4                                 By: */s/ Jelena McWilliams*
                                          Jelena McWilliams

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Cravath, Swaine & Moore LLP, 2 Manhattan West, 375 Ninth Avenue, New York, NY 10001

A true and correct copy of the foregoing document entitled (*specify*): _____
SUPPLEMENTAL DECLARATION OF JELENA MCWILLIAMS IN SUPPORT OF CHAPTER 11 TRUSTEE'S
APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF CRAVATH, SWAINE & MOORE LLP AS BANKRUPTCY
COUNSEL_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1**. __TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)__:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
8/13/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Raymond O Aghaian  raghaian@kilpatricktownsend.com, ndelman@kilpatricktownsend.com, moroberts@ktslaw.com
Ron Bender  rb@lnbyg.com
David A. Berkley  david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
J Scott Bovitz  bovitz@bovitz-spitzer.com
Rudy J Cerone  rcerone@mcglinchey.com, lgraff@mcglinchey.com; jingargiola@mcglinchey.com
Sara Chenetz  schenetz@perkinscoie.com,
docketLA@perkinscole.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz-sara-perkins-coie-
8670@ecf.pacerpro.com; rlieibowiz@perkinscoie.com
Russell Clementson  russell.clementson@usdoj.gov
Andrew Michael Cummings  andrew.cummings@hklaw.com,
philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
Michael G. Farag  mfarag@gibsondunn.com
Paul R. Glassman  pglassman@stradlinlaw.com
Nicholas Christian Glenos  cglenos@bradley.com
Michael H Goldstein  mgoldstein@goodwinprocter.com, Aschaefer@goodwinlaw.com
Michael I. Gottfried  mgottfried@elkinskalt.com,
cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
Steven T Gubner  sgubner@bg.law, ecf@bg.law
Ralph P Guenther  rguenther@guentherlawgroup.com
Robert T. Honeywell  robert.honeywell@klgates.com
Lance N Jurich  ljurich@loeb.com, pmatsuda@loeb.com; ladocket@loeb.com; ljurich@ecf.courtdrive.com;
fmckeown@loeb.com
Monica Y Kim  myk@lnbyg.com, myk@ecf.inforuptcy.com
Jeffrey C Krause  jkrause@gibsondunn.com, dtrujillo@gibsondunn.com; jstern@gibsondunn.com
William J Levant  wlevant@kaplaw.com, wlevant@gmail.com
Adam A Lewis  alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
Jelena McWilliams (TR)  jmcwilliams@cravath.com, mao@cravath.com
Krikor J Meshefejian  kjm@lnbyg.com
Fred Neufeld  fneufeld@stradlinglaw.com, tingman@sycr.com
Valerie Bantner Peo  vbantnerpeo@buchalter.com
David M Poitras  dpoitras@bg.law
Paul M Rosenblatt  prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
Brandy A Sargent  brandy.sargent@klgates.com,
litigation.docketing@klgates.com;janna.leasy@klgates.com
Zev Schechtman  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com
easter.santamaria@saul.com
Callan C Searcy  bk-csearcy@texasattorneygeneral.gov
Jason D Strabo  jstrabo@mwe.com, jbishopjones@mwe.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

United States Trustee (SV)  ustpregion16.wh.ecf@usdoj.gov
Jeffrey C Wisler  jwisler@connollygallagher.com, dperkins@connollygallagher.com
Claire K Wu  claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com; docket@pillsburylaw.com
Beth Ann R. Young  bry@lnbyg.com, bry@lnbyb.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:

On (*date*) 8/13/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Darren Azman
One Vanderbilt Avenue
New York, NY 10017-3852

Jake Jumbeck
MCDERMOTT WILL & EMERY LLP
444 W. Lake Street, Suite 4000
Chicago, CA 60606-0029

Robert J Labate
400 South Hope Street, 8th Floor
Los Angeles, CA 90071

Neda Shapourian
Unit21, Inc.
49 Geary St. Ste 200
San Francisco, CA 94108

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 8/13/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/13/2024 | Robert N. Greenfield | /s/ Robert N. Greenfield |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.