UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No.: 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**NOTICE OF EX PARTE COMMUNICATION AND ORDER SETTING DEADLINE FOR ANY RESPONSES THERETO [RAECHEL VECCHIO]** |

Federal Rule of Bankruptcy Procedure 9003(a) provides : "Except as otherwise permitted by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee of a party in interest shall refrain from ex parte meetings and communications with the Court concerning matters affecting a particular case or proceeding." The Court received the attached ex parte communication from a party in interest in the above-captioned case. Any other party in interest that wishes to respond to this communication should do so no later than 7 days after the date of this notice by filing with the Court and serving on appropriate parties a written response with the Court.

Parties in interest are reminded that they are prohibited from communicating directly with the judge regarding this case. Any communication must be filed with the clerk of the Court and entered on the docket for this case.

### 

8/13/2024        Martin R. Barash

| | |
|---|---|
| From: | Raechel Vecchio |
| To: | CACBdb_MBarash |
| Subject: | 99 end user stories- Synapse bankruptcy case |
| Date: | Tuesday, July 23, 2024 2:35:56 PM |
| Attachments: | End Users Stories (Synapse Bankruptcy) (Responses).xlsx |

**CAUTION - EXTERNAL:**

Dear honorable Judge Barash,

It was stated in court the full extent of end user stories is unknown. I have spent the past couple of weeks collecting end user stories, mostly Yotta users and a few Juno users.

I personally have $12,834.86 frozen, with no access. I saved for over 5 years to accumulate this money. I 100% believed my money was safe using Yotta, when signing up I was comforted that my money was FDIC insured and at a FDIC insured bank. I have money in the stock market and crypto and I understand those risks...with Yotta I didn't think I was taking a risk, I believed it to be as safe as my regular bank account.

I have attached the stories I have collected in hopes that we will all get our money back soon. People's lives have been upturned because of the Synapse bankruptcy. The thought that some entity had the power to just freeze all of our money is extremely scary. I also had money in another fintech, Wealthfront, which I have since transferred all money out and back into my Navy Federal account, as I realized there is ZERO protection to end users who entrusted fintechs with their money.

I hope these stories have an impact, please let me know what else I can do to help in this case.

Thank you,
Raechel Vecchio

 End Users Stories (Synapse Bankruptcy) (Responses)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| Timestamp | |
|---|---|
| | How have you personally been affected by the synapse Bankruptcy? Please share your story below, include all information you would like to be sent to the court and government officials. Suggestions: Name, how much you had in your account, which fintech you were using (Yotta, Juno, etc.) how it's affected you, what federal agencies you have reached out to and any other info you feel is important. |
| 6/21/2024 17:35:53 | Yotta was my primary savings account. I have $25,000 unavailable to me that I saved for years. I am praying I do not have an emergency situation befall me as I no longer have access to a safety net. I have reached out to CFPB, SEC, FINRA, FDIC, both my senators, my congress representative, OCC, NYS attorney general, evolve bank, the federal reserve, SPIC and the house committee on finance. I have gotten little response back and absolutely no idea on how I can go about getting my money back. Yotta advertised heavily that funds were housed in FDIC insured banks, leading me and others to believe our money was at no more risk than at a brick and mortar bank. I find the lack of alarm that business and banks can have millions of other peoples money missing astounding. |
| 6/21/2024 17:39:18 | My name is Andreatte. My entire savings is in Yotta; approximately $22k. I was laid off 2 months ago and my unemployment doesn't even cover my mortgage. I'm behind on all of my debts and my credit score is dropping by the day. This is an absolute nightmare. I'm my only source of income and I cannot access my funds, this is devastating. I can be reached at ▮▮▮▮ or ▮▮▮▮ |
| 6/21/2024 17:57:55 | My life has drastically changed since I can no longer access my money, it was my emergency fund and my life savings. My work hours varies based on need and that money was support if I had low hours at any time period. I am currently experiencing low hours and I am barely meeting my bills and have had to borrow money. If any emergency were to occur, it would cause extreme hardship and further debt. I'm praying nothing happens and I'm constantly worried about it. I have medical issues that I cannot address because I simply cannot afford it. I have to allocate whatever I have towards bills and whatever food is cheapest. I'm declining mentally because I'm constantly worried/ anxious about money, I am having trouble sleeping, unusual moodiness and have been eating poorly. I worked so hard to save that money to meet the financial goals I had and it was taken away from me. It was supposed to be safe in a "savings account." It's almost criminal to hold on to people's hard earned money in this financial climate. Had I known Yotta was moving my money to a place that would cause me to lose access to my funds, I would have taken my money elsewhere. I feel as though they did not appropriately notify me/gain consent to make a riskier change to my account.This whole situation has blindsided me and crippled me financially. This whole situation is unjust and causing unnecessary hardship for a regular, hardworking citizen who spent years amassing $29,000+ , I refuse to believe it's all gone. Please expedite this process, make us whole and ensure those at fault are held accountable. |
| 6/21/2024 18:38:03 | I had 100k in Yotta. Sent messages to fdic and finds. I've talked to a couple lawyers who don't wanna touch this case |
| 6/21/2024 18:40:42 | Since May 10th, 2024 I have not been able to withdraw my funds saved with Yotta Savings app. I was assigned an Evolve Bank & Trust routing and account number from this app and was able to make withdrawals just fine prior to the account being frozen on May 10th. I have all my life savings which was tens of thousands of dollars that I thought was safe in a FDIC insured app & bank account. I really need this money back to be able to pay my bills. Please help get Evolve Bank & Trust to release these funds ASAP. Thank you. |
| 6/21/2024 18:45:50 | I am writing to you today as a concerned student that has been financially impacted by the fintech collapse involving Synapse Brokerage, Evolve Bank and Juno. I urge you to consider my email.

I, like many others, had my student savings of 1530$ put away in Juno. I now have student loan bills and potentially left with no funds, I worked the whole summer of 2023 to save funds so that I can pay off my student loan and fund next semester's tuition fees, and I graduated in May 2024 with no job and no savings left. It is my opinion that the only people that are being impacted are the individual users that put their hard earned money in the hands of what was supposed to be a trusted financial system. This is not a risky investment, this is not an NFT purchase, this is not shorting stocks. This is putting my hard earned money in an FDIC based account.

I have been attempting to find answers or information from anyone involved with no luck for 3 weeks. Juno is not answering in the social media accounts. Synapse is closed and not available for contact. When I reach out to the Evolve bank and trust they say they have no records of my deposits and they cannot help me. The governing body side is not much better. I called the federal reserve and they told me to call the FDIC. The FDIC says it's not a banking issue and to call FINRA. FINRA says they're not aware of the issue and to call SIPEC. SIPEC says they cannot assist and to contact Juno directly. And the cycle repeats itself.

I know you are working in weeks and months while users like us are operating in minutes and hours. Every day someone goes without their money, lives are impacted, debt is defaulted on, and major life events are shattered. Trust in the American banking system is dissipating at an alarming rate.

I am asking you to please expedite this process in any way possible and hold these entities to task. Protect the end users of the financial system they are supposed to trust and return the money immediately. At the very least please provide answers to the following questions:

1. Can you please confirm our money is FDIC insured and will be returned to us regardless of timeline?
2. Can you please provide a reasonable timeline of when this will be expected to be resolved?
3. How do you plan to hold these companies responsible and ensure this never happens again

Awaiting to hear from you and its resolution. |

6/21/2024 19:02:48 My funds are tied up in the wallet feature of Yieldstreet. It's been 6 weeks and I was going to use that for downpayment for a car. While my inconvenience is small as compared to someone who will be homeless because of this, I would still like to get my funds back very soon and be able to purchase the car. I was told that this is in an FDIC or SIPC insured account and this does not seem fair to lock the funds up. Evolve and Lineage have to do better and release funds very soon.

6/21/2024 19:11:29 I have about 6.5k in yotta specifically as a savings account. This money was earmarked for the birth of my first child and hospital expenses etc. which is happening in August. My wife does not get FMLA and is unemployed due to complicated pregnancy. I have no other savings or family support. That money was vital to the birth of my child and now I have nothing and don't know what to do.

6/21/2024 19:15:45

To Whom It May Concern,
I am writing to express my deep concern and the personal impact I have experienced due to the issues of Synapse Bank, particularly in relation to my account with Yotta Savings, which utilized Synapse Bank for its financial services.

My name is Dina P, and until the account freeze, I had approximately $32,000.00 deposited in my account with Yotta Savings, a fintech company that partnered with Synapse Bank for banking services. This money represented my hard-earned savings and was earmarked for future investments and financial security.

The sudden bankruptcy of Synapse Bank has severely affected me on multiple levels. Not only have I lost access to my funds, but the uncertainty surrounding the situation has caused significant emotional distress and financial hardship. The inability to retrieve my savings has disrupted my financial plans and has put me in a precarious position regarding my immediate and future financial obligations.

In response to this distressing situation, I have reached out to several federal agencies for assistance, including the Consumer Financial Protection Bureau (CFPB) and the Federal Deposit Insurance Corporation (FDIC). I have filed complaints and sought guidance on how to navigate this unprecedented financial challenge, hoping for clarity and resolution.
It is crucial for me to emphasize the urgency of addressing this matter promptly. The funds held in my account with Yotta Savings, through Synapse Bank, are vital to my financial stability and well-being. I urge the court and government officials to prioritize the resolution of this bankruptcy case, ensuring that affected individuals like myself receive fair compensation and swift access to their funds.

I appreciate your attention to this matter and kindly request updates on any developments regarding the resolution of Synapse Bank's bankruptcy.
Thank you for your prompt attention to this urgent matter.

6/21/2024 20:13:20

To Whom It May Concern,
I am writing to express my deep concern and the personal impact I have experienced due to the issues of Synapse Bank, particularly in relation to my account with Yotta Savings, which utilized Synapse Bank for its financial services.

My name is Ryan P, and until the account freeze, I had approximately $32,000.00 deposited in my account with Yotta Savings, a fintech company that partnered with Synapse Bank for banking services. This money represented my hard-earned savings and was earmarked for future investments and financial security.

The sudden bankruptcy of Synapse Bank has severely affected me on multiple levels. Not only have I lost access to my funds, but the uncertainty surrounding the situation has caused significant emotional distress and financial hardship. The inability to retrieve my savings has disrupted my financial plans and has put me in a precarious position regarding my immediate and future financial obligations.

In response to this distressing situation, I have reached out to several federal agencies for assistance, including the Consumer Financial Protection Bureau (CFPB) and the Federal Deposit Insurance Corporation (FDIC). I have filed complaints and sought guidance on how to navigate this unprecedented financial challenge, hoping for clarity and resolution.
It is crucial for me to emphasize the urgency of addressing this matter promptly. The funds held in my account with Yotta Savings, through Synapse Bank, are vital to my financial stability and well-being. I urge the court and government officials to prioritize the resolution of this bankruptcy case, ensuring that affected individuals like myself receive fair compensation and swift access to their funds.

I appreciate your attention to this matter and kindly request updates on any developments regarding the resolution of Synapse Bank's bankruptcy.
Thank you for your prompt attention to this urgent matter.

6/21/2024 20:14:13

6/21/2024 20:28:31 | I began using yotta savings in late 2020 after hearing about it through Graham Stephan videos on YouTube. I loved the idea of having the chance of winning the lottery yet never losing money. I put all my savings in this app and when they came out with buckets I had one for everything I could think of. It encouraged me to save even more. In total o have just a little over $101k frozen on this app. I put everything into my job and they compensated me fairly I think. I did lose relationship with family due to me focusing on work and less on them. This is life changing money for me. My family's future is uncertain now as we had plans for this money. We are starting to fall behind on credit cards and car payments. I would withdraw money from this account whenever I need to make any payments. At the same time I was depositing money into my buckets every week. I don't care about compensation or suing anyone. I just want to withdraw my money that I took years to save. It feels like I'm getting robbed and there's nothing I can do. I will fight this the rest of my life if I have to.

6/21/2024 21:38:49 | Hi, I'm 18 and a university student in Florida. I had my semesters tuition set aside in Yotta. I had no other way to pay my tuition for my summer semester without those funds ($2,500). I'm lucky that my parents lent me money so I could pay tuition, but if I didn't have that I'd be filing for a loan and in debt for unknown amounts of time. I'm already in debt to my parents for what they loaned me. I haven't reached out to anybody due to my school schedule and work schedule being all during day hours, no one answers a call after 8pm. I hope this gets fixed soon.

6/21/2024 22:52:20 | I have $3,062.46 being held hostage. I am one of the fortunate ones. I was using it Yotta as a way to hide money from myself. I attempted to withdraw $3,000 of my funds on May 7th and the remaining $62.46 on May 8th. Everyone keeps talking about May 11th being the day this all went to hell, but it was definitely sooner than that or I would have gotten my money. My money was being direct deposited to an account at Evolve and also transfers from my main bank to the account at Evolve. I have reached out to the FDIC and was told it wasn't their problem. I have reached out to Yotta and my representatives in congress and the senate.

6/21/2024 23:04:27 | I had Yotta setup with direct deposit for my savings, and right now am unable to access over $10,000 which means I am one disaster away from not being able to pay my bills. My entire safety net for life is gone right now. I'm terrified.

My wife and I are doing Dave Ramsey's baby steps. We started using Yotta because originally, the rewards were worth it (great interest earnings, an occasional full reimbursement of a debit card reimbursement). Yotta espoused the chance of doubling a paycheck if we did direct deposit. We never got that reward. But Yotta did help us with some of our savings goals and their intuitive app design was appealing for my wife and I. The casino they became was not what we joined for.

Because we are in baby step 2, we were getting to where our funds covered the month we were in roughly by the time we go through tht month, we had fully funded the next month's budget. For example, on june st, we had all of june fully funded and usually at least half of july by that point. So by june 15th, we'd have july fully funded.

So, you can imagine the immediate panick and damage done to us with these partner banks freezing funds for their own lack of business acumen. I can't stress enough the amount of sleepless nights and nail biting to time bill payments with checks (now that we are back to paycheck-to-paycheck). You can also imagine how creditors like auto loans and insurance are confused and unwilling to believe us when we say our funds are frozen for matters out of our control.

6/21/2024 23:09:34 | The federal government has absolutely failed us.

Hello, my name is Nicolás and I am from Argentina. Yes, you read that right, from Argentina. Born and raised.

The magnitude of this Synapse financial disaster has reached people all over the world, not just US citizens.
Many fintechs in Latin America offer the service of opening a US account in simple steps and with few requirements.

In my particular case, the fintech I was a user of was GrabrFi, owned by Grabr, which worked with Synapse and Lineage Bank.
In this case, they knew since 2023 that something was wrong with Synapse, so they began a process of migrating accounts to work directly with another bank, Regent Bank. They migrated many accounts until May, but mine and those of many others were left until the last minute, according to them to leave the debit card service enabled until the last minute, since the new deal with Regent did not include a card.
The fact that they did not migrate us in due time, May arrived and the disaster we all know about broke out and the accounts were frozen.

In my case, I had that money reserved to be able to move, since my rental contract expires in July and I had to look for another house. And it is also money that I had for day-to-day living, since it was my savings and I am currently unemployed.

It has harmed me enormously. I can barely bear the situation, since in Argentina the situation is very difficult. I want to highlight the generosity of a Reddit user from the Yotta forum, also affected, who helped me selflessly with the rent payment for the month of June, taking a great weight off my shoulders.
Now another month has passed, and I thought that by July the situation would be resolved and I could solve my housing situation, but the money is still frozen, the bills for a new month are coming and we do not have our money to face them.

6/21/2024 23:54:43 | I repeat, take note of the magnitude of the disaster,

| Timestamp | Statement |
|---|---|
| 6/22/2024 0:15:21 | I had $10k in Yotta that I was using for living expenses while I went to school. I've had to rush to find a job just to pay rent, and went from being frugal to just not eating to try to save money that I didnt have. I've also maxed out credit cards tryin to pay rent and bills. So I'll probably have over $4k in credit card debt by the end of this month(june) if I dont figure something out. I've reached out to all the banking agencies I could google, and whoever they referenced, as well as the white house. Part of it I guess is my fault for trusting a fintech, and not already having a job, but this really screwed me over. |
| 6/22/2024 1:10:56 | My name is Connor and I live in Rancho Santa Margarita, CA and I have almost $24,000 locked up in my Yotta savings account. This last month and a half have been extremely detrimental to my daily life and mental health. That was all of my backup funds that I entrusted with this company because they offered a pretty good interest rate on my balance at the time. That being said, I have zero ability now to pay off my credit cards, pay rent, pay for gas and other expenses. This situation, long term, can prove to be severely detrimental to not only my fininacial life, but hundreds of thousands of other people. There needs to be a resolution ASAP to help these good people when all they were trying to do was use a banking service as it was intended to work. I have only reached out to my district House of Representatives rep and informed him of everything going on. Depending on how long this mess continues to go on, I can see myself possibly seeking legal counsel and suing for restricting personal property. |
| 6/22/2024 10:08:22 | I am a Yotta user. I saw the claim of being FDIC ensured and kept my savings in it. I am one emergency away from ruin. I am afraid to tell my husband as he has issues with stress and has been to the hospital several times for related issues. I don't want to worry him or cause a hospital visit we won't be able to pay for. It is beyond upsetting to see the repeated 'too big to fail' bail outs or immediate results that have come to those with big names and bigger pocketbooks. I'm not asking for a hand out, I simply want what is rightfully mine. |
| 6/22/2024 11:46:24 | My wife and I have roughly $15K in Yotta which we've had no access to for a painfully long time. The irony is we set up this savings account so we wouldn't be keeping 'all our eggs in one basket' at our regular bank and we would never have chosen Yotta if it didn't have advertised the money was FDIC insured. We put away $100 per month over several years and occasionally more e.g. when I got my bonus from work. The money was earmarked for hurricane impact windows and a piano for our two young boys. The payment for the hurricane impact windows is due in July and we will lose our $6K deposit if we don't pay. The lack of progress and information has caused stress and worry for us both. Thankfully we can borrow from our parents to cover the payment but it's somewhat embarrassing to ask. We also feel the government and related agencies e.g. FDIC have been very unbothered about this situation and no one wants to take ownership of stepping in. This wasn't a risky investment scheme and we feel like we've been hung out to dry. It took a very long time to save that money and we have no idea when and if we'll get it back. |
| 6/22/2024 12:54:07 | I was in Harborview hospital in Seattle, ready to be discharged to home nursing in my new apartment. I had broken my spine, for the third time. I had my social security backpay of 5,000.00 in juno and I attempted to transfer it out may 16th, but the transfer failed. I was to pay my move in expenses with it. I had been crashing with a friend for several months after my injuries and new disability prevented me from working at all.<br><br>I was discharged and went back to yakima to a friend's house because I couldn't secure my new apartment. Fortunately I found an agency to assist me and a couple weeks later I moved in. However, it's completely empty and I'm unable to purchase desperately needed assistive devices, my power wheelchair being the most pertinent. |
| 6/22/2024 20:18:25 | My name is ▓▓▓▓▓▓▓▓. For the past 3 years, I've been saving up in secret to nearly $60,000 of my income in order to get out of my toxic household, eventually earn a professional degree, and essentially get my life together. There has been no external financial resources that I would qualify for nor benefit from otherwise. This is nearly all of my money being withheld for over 1 month and ongoing by these parties - Yotta, Evolve Bank & Trust, and Synapse Brokerage LLC - and it has negatively affected my mental state to the point of suicidal ideations. All parties have been deflecting the problem to one another: 1. Yotta, a Fintech company, who relies on the other 2 parties for payment processing. 2. Evolve, who claims they do not have end users' money (that it's actually with Synapse), but actively keeps payment processing frozen. 3. Synapse, who is going through a Chapter 11 bankruptcy case with questionable ledgers of missing most end users' money. Reconciliation of ledgers between the 2 latter parties was recently stated in the court case as perhaps not possible to be done. Personally, trying to contact higher government entities, such as FINRA, FDIC, Federal Reserve, etc., have led to unresponsiveness or simply being told they are aware, but only monitoring the situation. Hundreds of thousands of other Yotta/Fintech users are experiencing the same problem, and no one seems to be stepping in and forcing the hand of these parties to return end users their property as soon as possible. I implore anyone who's willing to listen and has the power to resolve this issue quickly to do so. Thank you. |

My name is Kam Escolastico, and I am reaching out to express my deep frustration and disappointment with Yotta's handling of my funds. On May 10, 2024, I withdrew $9,196.40 from my Yotta account, urgently needed for the closing of a new house my partner and I are purchasing. The closing was set for May 20, 2024.

To my shock and dismay, Yotta canceled my withdrawal and froze the transaction, leaving me in a dire financial situation. In a desperate attempt to secure the necessary funds, I was forced to cash out one of my 401k retirement accounts, incurring a severe penalty of $2,400 to withdraw $10,000. As a resident of New York City, I faced one of the highest tax penalties in the country.

This ordeal has had devastating repercussions. We are now unable to buy any furniture for our new home and had to postpone the closing until the funds are released. Adding to our distress, my partner had her entire life savings of $40,000 in Yotta, also intended for the closing.

The mishandling of our funds has forced me to sell stocks at a loss and pay late fees on credit card bills. This situation has caused significant financial and emotional stress, jeopardizing our ability to secure our dream home.

6/23/2024 17:35:21 I am seeking urgent assistance to resolve this matter promptly. The delay and financial strain Yotta has caused us are unacceptable. We trusted Yotta with our savings and have been severely let down. I urge Yotta to take immediate action to rectify this situation and release our funds without further delay.

6/23/2024 20:10:38 I had 1800 in yotta and that all I had for the month to pay for my car payment and insurance that was around 600 and rent was 1200 so I wasn't going to be left behind with a lot now I have none and possible my car might get repo

Hu. I'm Alexander Jolley and currently have a yotta account which I am unable to withdraw or use funds within the account. I did have this account for 2 years and have been depositing money into the account every month for a rainy day (when / if it comes). I have been lucky enough to not need the money but at some point I may need it.

6/23/2024 20:32:37 I have been following the news regarding Synapse bankruptcy. I'm patiently waiting on what are the next steps I should take personally during and after the investigation.

6/23/2024 23:28:49 I have close to $6000 in Yotta and just found out I had no access. I was using this as an emergency fund/savings and an very shocked that this money might be lost now.

I'm Kathryn, a single mom of two little girls. I used Yotta to save up a safety net for us. I had over $12,000 in Yotta when they stopped allowing transfers that I scrapped together for my little family. There's food to buy, a mortgage, medical needs, clothes/shoes and daycare for my girls that I constantly have to keep up with. I have to start all over on building that up again. It took years. It's devastating to not have access to funds that I worked so hard to save. I wake up scared every single day that something in the house might break or some other tragedy may happen and I won't have any money to cover it. When I put my money in Yotta, I thought it was safe. I was told it was insured. And now it's not available for the

6/23/2024 23:37:01 things I need it for, my family.

6/24/2024 9:02:48 10K in Yotta. Website bragged about the safety of the money I can't touch it. They deceived us in the worst way possible and I'll never trust and online bank again. Unable to cover expenses at the moment t and using credit cards. Thanks Yotta!

my funds as part of the deposit when I purchased a home in August of last year. I was able to save funds for housing by moving back in with my parents after leaving an abusive relationship. The money in my Yotta account is the leftover from those efforts. I used Yotta to keep important savings separate from my regular checking and savings accounts, regularly depositing money weekly to ensure continuous growth.

Now, I only have $1,000 available in emergency funds in other banks to cover expenses because Evolve Bank & Trust is holding my money hostage through no fault of my own. If those funds are needed, my only option will be to take money from my child's 529 college savings, which, as a single mother, has been a point of pride for me. This would incur a 10% penalty and income tax payments for next year.

Fortunately, I started additional part-time work in February of this year to help close the monthly shortage I had. Otherwise, I would be unable to pay my mortgage, as my Yotta Savings was being dipped into monthly while I managed having a mortgage for the first time and dealing with emergency home repairs.

I currently work full-time for a food bank operating under the umbrella of Feeding America. I know all too well how quickly financial circumstances can change for the average person. As a single mother, I have been completely mentally and physically overwhelmed by the thought that this money is potentially gone. I have taken the necessary steps and filed complaints with the Federal Reserve, FDIC, and CFPB. I have also spoken multiple times via phone and email with the staff of Senator John Fetterman and Representative Scott Perry. They informed me they are aware of the situation but are receiving little information due to confidentiality constraints.

John Fetterman's staff indicated that the Federal Reserve Office is the primary regulator for the case. Although I had already filed a complaint with them, I was told to emphasize that because the financial tech companies associated with Synapse stated they were FDIC-protected in their terms of service, I had no reason to believe my funds were not protected by banking regulations.

The idea that I trusted the government and judicial system to protect me, only for them to point fingers, is grotesque. However, I am incredibly thankful for and commend Former FDIC Chair Jelena McWilliams for her work as the appointed trustee in this case. Additionally, I have cried every time Judge Barash mentioned end users during the court hearings. I have joined every hearing I could while at my desk at work—time that should be spent working to end hunger in my community.

6/24/2024 9:23:14

6/24/2024 13:46:16 My name is Emely I'm 22 and located in Texas. I have been a Yotta user since 2022 as I was looking for a high yield saving account to start saving for my post grad plans. I'm a first gen low income student who has had to fully financially support herself for college due to my parents financial instability. This May I graduated with two bachelor degrees and landed a job in NYC for which I intended to use my funds in my Yotta savings account to cover the moving costs. The same week of my graduation my account was frozen leaving me without my moving fund. I am now scrambling to figure out how to afford such an expensive move or I will have to let go of my job offer and scramble to find another job. I'm currently the only member of my family with stable employment which may soon not be the case needless to say it has been extremely difficult to manage this financial burden and uncertainty.

6/24/2024 15:24:57 My name is Landon Southwell, I currently have $1052 stuck in my Yotta account. I am currently unemployed and could use every bit of extra money I have, but unfortunately because the $1000 is frozen I'm struggling to financially stay above water. I have yet to reach out for any help from federal agencies, but I am hugely grateful for everyone on the Reddit who has and who have continued to update the rest of us on the status of this situation.

6/24/2024 16:26:11 Hello, my name is Daniel West, and I live in Plano, TX. As of May 12th, 2024, I have had $5,009.38 locked up in Juno (formerly OnJuno). Apparently there is some issue between Evolve Bank & Trust and Synapse, and tens of thousands of us cannot access our money. Juno advertised its services as safe since cash deposits are kept with Evolve Bank & Trust FDIC-insured. However, our money was not safe as promised, and neither Juno nor Evolve Bank & Trust is giving us our money back. I have filed complaints with the Federal Bank that oversees Evolve Bank & Trust, and I have written an email to one of my Congressman here in Texas. I plan on calling my Senator tomorrow. I have suffered additional fees due to automatic payments being tied to my Evolve Bank & Trust checking account not going through. Juno and Evolve knew about this before we end users were notified and it's not fair that we are the ones that have to suffer. At the very least, I want my $5,009.38 back.

6/24/2024 19:13:06 I have over $28K sitting in my Juno account. I had been a customer of Juno since January 2022.
As a stay at home parent, this is all I personally have. I was helping my mother abroad and thanks to this I can no longer support her. This whole situation has started to give me terrible anxiety to the point where I wasn't able to sleep at all last night. I tried reaching out to CFPB as soon as it all started and they replied a few days ago stating that the company isn't listed on their complaint system.

6/25/2024 10:09:29 My name is ███████, and I had just over $4,000 in Yotta savings. I had been saving for 2 years to pay for my wedding, which I have now had to cancel with no funds to pay the venue or caterers. My partner has luckily been very understanding, but there is still a lot of tension in the relationship now. I am embarrassed, unable to pay for my wedding, or my rent and groceries for that matter. I'm living hand-to-mouth, week-to-week, selling my blood and bone marrow to try and make rent again this month. Nobody has stepped in to help, federally speaking, and it's taken a serious toll on my mental and physical health. My hair is falling out in clumps and I briefly considered suicide. I just want my hard-earned, taxed, carefully budgeted life savings back.

I'm a veteran with $41,543.80 in a Yotta account. In 2020 I put the majority of that money into Yotta as long term savings/emergency fund. I hardly touched the account until February 2024 when I began to consider using that money as a down payment on a condo. In May 2024 I found a condo and started the home buying process, completely unaware of the Synapse bankruptcy and my inability to access the money. When I attempted to withdraw the funds in late June 2024 to cover closing costs and a down payment I was unable to withdraw. I will now be closing on a property (my first) with a significantly reduced down payment which will result in me paying a higher mortgage than I had budgeted for.

So far I have reached out to the CFPB for assistance and will be reaching out to more agencies in the coming weeks.

6/25/2024 14:46:16 -Dakota Asselyn

My name is Sam Stych. Yotta was marketed as a fun, interactive high yield savings account that was FDIC insured. I used my Yotta savings account to build an emergency fund of over $11,000. I fear losing this emergency fund due to the grey area fintech is now finding itself in. I would not have used Yotta's savings account if it had not been marketed as FDIC insured. It has been disappointing and disheartening to watch the lack of accountability by Yotta, Synapse, and Evolve Bank these past few weeks. It is imperative that federal agencies step in and begin to build legislation around the
6/25/2024 20:16:46 current fintech loopholes.

Hi my name is Donovan Patrick and I have $3,504 in Yotta. I originally signed up because I thought it was a great idea for the interest I could gain on my money. Well, after losing my income, I needed to take my money out of savings. Come to find out I can't take it out and now don't have access to my funds to help payoff a debt. Regardless of my story, not having access to my funds has harmed me by not being able to do major remodels to my home. I haven't reached out but not having access to my funds has harmed me and others with accounts. I expect my money and more for the issues the
7/17/2024 13:50:28 hardships this has caused

Alex, ~$230k, Yotta.
I was saving up the money to use to put a down payment on a house for my growing family of 4 (myself, my fiancee, and my two little boys, ages 4 and 1). It has put us back significantly and has placed on hold the hopes of putting a roof under their heads.
I have been stressed out for the past two months because it took us years to save up that money.
7/17/2024 13:53:00 I have reached out to the federal reserve and will be reaching out to Jelena (still trying to find her contact information).

I had direct deposit go into Yotta so it was my main bank account for my household. On top of that, it had my savings (20k). Im married and I have two kids. This was. A big blow to my finance. I had to borrow money from my parents because I can't access my money. Im in the military and this yotta failure has given me added stress which affects my
7/17/2024 13:56:51 work.

I started my savings account with yotta back in 2022, loving the idea of gamifying savings. I felt like this was a safe way to grow my primary savings account. I introduced it to my mom and got the referral bonus yotta gave out. I got my then fiancé to join as well. I saved around 10k in my account and eventually withdrew that amount to contribute to a down payment on my house. My fiance, now wife, put our wedding gifts into yotta as a house improvement fund. We withdrew some of this money to put in a new furnace but had around 4 thousand dollars remaining to improve/fix issues. This money is the amount that has been frozen. We put some house projects on hold and have to hope nothing breaks that the money would have helped cover. We did not learn of the issue with yotta and synapse until after a couple weeks, and this was quite a shock to find out that the money we thought was accessible and safe was actually frail and frozen to us. I can't speak for how it affected my mom, but her account had around 1 thousand dollars at the time it was frozen. I feel foolish for suggesting this app to 2 people close to me and having it affect us this way is frustrating to say the least. My wife and I feel lied to that the promise of FDIC insurance does not extend to us. It shakes my faith in financial institutions in this country. I reached out to the congressman in my district, rep. Deluzio's office of PA's 17th district and explained my situation to them. I talked with his office regarding the issue, but I was unsure how they could help. I hope that at least talking about this more helps lead to a resolution. My name is Anthony Gruber. My wife's name is Anna Gruber. And we
7/17/2024 14:25:48 have been negatively affected by this ordeal.

J Falcon 52k in account which is my life savings. I was living in California as a elementary school teacher and I had to quit
7/17/2024 14:38:34 since i didn't have enough money to live and now I don't have a place to live.

My situation is not as tragic as others so I almost feel bad adding mine. I have a little over $3,062.46 frozen in this debacle. I attempted to withdraw $3,000 on May 7th and the remaining $62.46 on May 8th and was told it would 2 to 3 business days. I should have had the $3,000 in my account at US Bank on May 10th. Yet, here we are almost 2 1/2 months later with no money. I decided to withdraw my funds, not long after Yotta changed their format, and move them to a really HYSA. The attempted withdrawals on the 7rh and 8th of May were my only withdrawal attempts. All of my recurring transfers and direct deposits were going to Evolve's routing number and an account number there. My account should be easy to reconcile.

When I opened my account, Yotta's website stated that banking services were provided by Evolve Bank and Trust (which is ironic). The only mention of Synapse was for lending services.


7/17/2024 14:50:17

Hidy Chui using the fintech Yotta. I was laid off in May and has been affecting my partners account with over a decade of savings moved and frozen at Yotta. Our safety net has been frozen and we desperately needed the funds for emergencies like this. The savings were going towards basic necessities like food, rent, utilities, and any sudden family illnesses/emergencies. We were hoping to purchase a new home and have a baby with the savings and cannot even access it for basic needs or manage a sustainable living. We are both college graduates with continuing school loans that have been working and paying taxes for more than a decade. This bankruptcy has sundered our saving funds as we can no longer move out of our apartment or purchase a vehicle should I land a new job to travel to work. It has reduced a majority of our freedoms and now have to save again when we wasted so much time working when we could've been enjoying the more simpler things in life like spending time with our family and friends.

7/17/2024 15:48:09    I've contacted two senators in California, Alex Padilla and Laphonza Butler, but have yet to hear back from them. More stories like this need to be shared and sent to our senators as it affected so many peoples' livelihoods.

7/17/2024 16:47:14    52k j falcone life savings frozen had two surgeries on shoulder and knee and now cant afford my co pays so will now suffer long term physical deformities as well has losing my job as a elementary school teacher and insurance.

My name is Alexandra Cooney. I was using Yotta, and I have 486$ in my account. I am a single mother and I live paycheck to paycheck. I was counting on that money, as I do all of my paychecks, to make my rent payment. Luckily, family was able to loan me the money to cover it, however that is money that I now have to pay back. This may seem like a small amount of money to some of you, but I work incredibly hard all week just for my children and I to be able to afford to live. This money could have been the difference between us having a home or not. This amount is equal to roughly 75 hours of employment for me. This is a lot of money to me. A lot of MY money, that I worked my tail off for. Please, please return us our money. The end users-the VICTIMS-in this ordeal need to be fulfilled. Please, to whom it may concern, please help us. Stop saying there is nothing you can do. Do what is right. We all know that it is possible to make us whole.
7/17/2024 17:02:03    Thank you for your time.

My name is mason and I had 8500 dollars in my savings account. I can't put all of my info in this google doc form because of privacy issues but if a government official needs to talk to me. They can email me through ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.
Yes, I have been affected by this bankruptcy.have been saving since I was 18 and I was under the impression that Yotta was FDIC insured and my money was safe. I wasn't aware of the shoddy ledgers they had and all of this stuff happening in the background at 18. I'm now 22. I have 8,500 dollars saved up and I have been in the military for 3.5 years and will be separating February 2025. I was hoping to buy a house with a VA loan once I get out and which I need this money but I'm not able to take out because the funds are locked because of synapse. These are my savings I have accrued for over 3 years and I was wanting to make one of my, if not, largest purchases of my adult life, but I can't because of this situation that has happened with synapse. Now I'm worried about a large sum of money that has been saved and it seems like the money is lost or can't be tracked. Like someone has stoled it. I just want my money back so I can buy a house for the next
7/17/2024 17:22:59    chapter of my life after the military. I have tried reaching out to evolve and yotta and have received zero help about this.

My account was transferred to a Synapse account without my explicit consent. In spite of immediately withdrawing my funds and closing my account, my information was involved in a recent data breach, possibly putting my other bank
7/17/2024 19:06:39    accounts at risk. This entire experience has been horrible, and I resent Graham Stephen for his Yotta endorsement.

My $20,000 emergency fund is locked in Yotta. I transferred from my credit union's savings account early in the year thinking I was making a smart decision to move it to high yield with FDIC insurance. I attempted to withdraw the funds and was told my account was locked — that was two months ago! The terrible part is I convinced my 70 year old mother to move her savings account to Yotta which she needs access to in her retirement, as well as my brother in law, and my
7/17/2024 19:22:57    business partner... and all our funds are gone!

David, Yotta user - just over $8800 tied up right now. This was my entire safety net and savings location for big purchases. It's been a struggle since losing access to the funds. Although I am able to keep the lights on and food on my plate, it has created serious cashflow issues for me. I conveniently (sarcasm!) lost access to my money right as a credit card was coming due which had major purchases on it, some of what was to be paid for through my Yotta savings. Instead, I've had to cancel or reduce other payments to ensure I have the cashflow to meet my financial obligations. I am thankful that I have not personally been impacted like others who may have had their rent money and critical bill money locked up, but I will be trying to recover from this for a year I would expect. I joined Yotta about 3 years ago and it helped me save $8800 during that time...a long time to get to that point but now a long time to recover.

I've reached out to all federal agencies (FDIC, SIPC, FINRA, Federal Reserve, CFPB) and have only received the follow
7/17/2024 19:36:54    up request for additional information from the Federal Reserve.

I was saving up to quit my day job and start my own business, which has been a dream of mine for a long time. I work at a soul-sucking job, and this dream of finally being able to pursue my dreams was all that was keeping me going. I was using Yotta as a savings account for my business due to its high interest rate. I thought I did my due diligence when I signed up: I made sure it was FDIC ensured. Yotta advertised itself as being completely safe. I had part of my paycheck automatically deposited into Yotta every month: set and forget, until after years of savings and deposits, I finally hit my goal.
I was two weeks away from turning in my notice when my funds were frozen. Every day I've had to go back into the office since then has been another twist of the knife in my soul. I am really struggling mentally. This dream was what was keeping me going. I don't know how long I can keep going without knowing if or when I'll get my money back. All those
7/17/2024 20:07:26    years working toward a dream just to have it ripped away from me at the finish line... it's beyond heartbreaking.

| | |
|---|---|
| 7/17/2024 21:26:38 | I had 133,000 with Yotta. I'm a nurse who saved up money with Yotta during the pandemic. I'm running low on my other savings and must postpone plans like moving and looking into buying a home. I'm the main breadwinner in my family and this hurts us all. |
| | My name is Adam Rudow. I put half of my savings into Yotta about 2 years ago because my friend told me about the random free swipes and the 2% APY (I had just started learning about finance and didn't know about high-yield savings accounts, so this was way better than my other bank). I am very risk adverse, so seeing that my money was "FDIC insured" made me think that this was a legit bank and that my money was safe. I was also using their credit card to build my credit which has now taken a hit because they closed it since I can't spend the money due to this whole issue (the card pulls from funds in your Yotta account) |
| | I have $5500 with Yotta/Synapse/Evolve/ whoever actually has it. I was planning to put this money toward a down payment for a house, and as I live in LA there's no chance I can save up 20% anytime soon, so this money was going to be a big chunk of what we could save up for a 5-10% down payment. I've lived in apartments my entire life and I want my first child to be born in a house, so my wife and I have been waiting to start trying until that. Our dream is also to train and foster dogs from shelters to help get them adopted, and we can't start doing that in our 1 bedroom apartment with no yard (we already have 1 big dog from a shelter and aren't allowed to have more), so getting this house represents a huge next step in our lives. |
| | Although I'm not in as dire of a situation as many affected by this, this is a lot of money to me and it is putting a big speed bump in our lives that we should not be having to deal with. I wasn't playing the gambling games in the app, I wasn't involved with crypto, and I wasn't doing anything risky or silly with my money (or so I thought). Why are they able to do this to us and keep our money hostage? Please push these companies/banks/scams to figure this out immediately. |
| 7/17/2024 22:19:41 | (I have not contacted any government agencies yet. I'm not exactly sure what to do and would love some info on the steps to take) |
| 7/17/2024 22:54:54 | I have about $4,000 in Yotta that I have been unable to access since May. I was planning to use that money to pay off credit card debt. I have since been carrying a balance and paying interest. All the while, whoever is currently holding my money is profiting making interest. This is not right. I have reached out to the FDIC and SIPC with complaints. |
| 7/18/2024 0:28:17 | My name is Matt, I have been banking through the Yotta app since September of 2021. I used it primarily for emergency and home savings. I have had 13,000 dollars frozen and made inaccessible due to the Synapse Bankruptcy. We just had our second child and were already extremely tight with our budget when these funds got frozen. Since that time we have been unable to pay off our debt completely and have resorted to taking out family loans to keep our heads above water. We are in dire need of access to these funds to repay the family members who have stepped up to help out in this time of need. I have never been this financially frustrated in my life even compared to earlier on when I had actively invested into Crypto and Penny Stocks. The issue is us end users are powerless and cannot do anything to speed this along. Please help spread the word! |
| | My name is Tonya Bricco-Meske. I joined Yotta in 2021, and was using it as my savings account. We have three teenage boys who have jobs, are active in sports and clubs, so having vehicles for them to drive is a must.we currently have $4,000 stuck in our yotta account that we were planning to use as a down payment on the third kids vehicle. Instead he's stuck bumming rides. Add on top of it, our house flooded, and man, would it be nice to have that money in our Yotta account. |
| | The fact that this "FDIC" backed bank just took our money is ridiculous. I keep hoping i can magically have the money I saved for years, but I doubt that will happen. |
| 7/18/2024 2:33:39 | How should we trust banking institutions when you let this happen?? |
| | I was saving up for my graduate school. Starts in August and I accumulated enough to pay for the first year without going into life ending debt. I started saving money for 2 years and I used Juno because it was high interest so I can get to my student financial goals as quickly as possible. When I went to take out the funds, my account was frozen. May of this year, I was staring at $60k for my first year of graduate school and $35k of frozen funds. Do I take out $60k? If I don't get my $35k back, how much debt will I be in? There is no deferment for this program, either I join this year or re-apply again the following year at this competitive program. |
| | I contacted Juno about my situation saying that I needed to know if the money would be released on time so I can understand my financial situation better. I reached out to the Federal Reserve, FDIC, my representatives, senators, and the White House. Nobody took responsibility. And I'm wondering if I can afford a graduate school to help me get better opportunities, or leave the program. |
| 7/18/2024 3:53:27 | I ended up taking the gamble. I've wanted to do this graduate program for a long time, it's my dream school, and I believe that the bank, bankruptcy court and trustees, and government will get my money back so I don't drown in debt for the rest of my life. Yet, after months of no progress, I'm starting to lose hope. The shortfall is concerning and it makes me wonder, even if all the money is payed out, will my account be part of the shortfall? Will I not receive my money? Will I need to drop out after my first semester because of this? |
| 7/18/2024 6:54:06 | Hi, my name is Ashley and my partner and I had a combined $12,000 in Yotta, we kept this as a savings account. The app seemed to get worse several months ago and very different from the intended purpose and we should have pulled our money then but could have never imagined we would no longer have access to these funds. |

7/18/2024 9:42:57

My name is Andrew Reyes. I've been a Yotta user since 2022 and I had the entirety of my emergency savings in that account; a little over $10,000. When Yotta funds were frozen due to the Synapse bankruptcy I lost access to all of my emergency funds, suddenly and without warning. Over the past two months I've had to pay for emergency expenses like car and home repairs, Emergency room visits, and various other unexpected life events using what little money I had saved up in a different account to pay for my son's fourth birthday.

It has hurt me a great deal to have to take away from all the hard work I put into giving my son a special day in order to pay for these expenses. And now that that money is gone, I no longer have a financial safety net as I once did. I hope and pray every day that nothing goes wrong because I will have no way of paying it other than to incur credit card debt I cannot afford.

Each day I go without access to my hard-earned savings adds substantial stress and anxiety to a plate already filled with worries and responsibilities. It's been a difficult time filled with uncertainty and sorrow that no one should ever have to be put through.

7/18/2024 10:17:00

I signed up for Yotta on February 7th, 2021 after seeing a promo with Youtuber Markipler. I joined his prize pool and it seemed like a fun way to get people to save money. I set up a small recurring deposit for the tickets. I honestly didn't pay much attention to it for a few years as it was a backup savings account. In 2023, I logged in for the first time in a while I noticed that had gotten rid of the prize pool and the auto investing your tickets. I didn't like that but figured it wasn't hurting anything sitting there, after all it was FDIC insured, I had about $1,728.99. Well a a few months later my husband was lay off of work but I felt OK. My twin sister lives with us and between the 3 of us we had a healthy emergency fund. Unfortunately our AC unit bit the bullet and died earlier this year. We spent a week without AC in South Florida during a time of excessive heat. We had to wipe out our emergency fund and paid nearly 10K to get a new one. That was scary but, we were fine. I started thinking about that $1,728.99, that maybe I should move it to my saving account now that my main emergency fund was gone. ...but Yotta/Evolve beat me to it, I was into day 3 of the account being frozen. Fast forward to today, my twin has also been laid off from her job. I am lucky I didn't save more in that account and lucky that usually $1,728.99 isn't THAT much money but my life has taken a rough turn. I have a lot of anxiety and feel precarious in my current situation. I have gone through a lot of my safety nets only to find one has failed me when I need it. Months go by and normal folks are getting hurt while banks, corporations and regulatory agencies waste time around in court. I never thought in my wildest dreams something like this could happen. Please expedite the process, make users whole.

7/18/2024 10:59:28

Brett G. Friedman. $21,508.94 in Yotta. Saved it up for my wedding in late August. Hoping to get my money back in time, otherwise, may need to postpone it or un-invite people or cut costs or worse. Still determining other options, but weddings are already stressful enough. Would love to have access to my money to pay for it.

Juno account holder for over one year. My entire life savings and emergency fund of over $50,000 has been frozen in Juno for over 2 months. I've been scrambling to build up my basic checking account (in Chase) that I usually just use to pay my bills as I prepare to never see this money again.

I work in tech - layoffs are common. I'd be on the verge of homelessness should I be subject to a layoff and am unable to find work quickly. I've had unbelievable anxiety and trouble sleeping lately.

I'm in disbelief as that a company was able to mislead me into thinking my money was held at Evolve bank and trust and FDIC-insured, and 2 months later I'm still unable to touch it and being told it's not there.

7/18/2024 11:36:40

I'm frustrated at the lack of action by federal bodies - users need to be made whole immediately. Banks should figure out the rest afterward. Peoples lives, mortgages, rent, weddings, and more are on the line.

7/18/2024 15:39:11

My name is Denae Rosari. I had been using Yotta as a long term savings with a total of $5135 saved for my daughters college education. As a single mom I put I. $100 a week so that my daughter could have a head start on her bills affording education one day. I have filed an inquiry to Yotta and synapse which have resulted in no action as well as the FDIC who told me this is outside of their jurisdiction. Without this money months of hard earned savings will be lost and I truthfully don't know at what point I will be able to make it up

7/18/2024 16:29:59

I was really sold on the idea of Yotta in early 2023 after a seeing them press the idea on YouTube and even an AMA on Reddit and was absolutely on board. I even once 'won' my groceries back as a result of using the Yotta card for daily purchases. I was just about to transfer my initial bank of Wells Fargo straight to Yotta after my much anticipated cruise trip for my mother and I, that I waited 2 years to take. My entire trip fund and fun money was on Yotta.

My trip was the second week of May 2024. While on the ship, with limited WiFi in the middle of the ocean did I find out what was going on. I maxed out a visa credit card after all was said and done to pay off everything. I'm so disappointed and hurt that great ideas and honest goals from the new generation are still filled with corruption and greed. I'll never see my 4k again and my mom refuses to put me on any of her documents because she no longer trusts I can make wise decisions. Thank you so much Yotta.

| | |
|---|---|
| 7/18/2024 23:05:20 | I have been using Yotta for four years and not one time did I feel like I was ever gonna have any issues. I started to store any extra money in the app because it promised higher interest than traditional banks and it was promoting FDIC. The money I save is used to pay bills during the summer when my wife and I go from two incomes to one, she's a teacher that gets paid 10/12 months. I have drained my traditional account and I'm worried about not being able to pay not just bills but buy food for my kids or gas to get to my job which I can't get paid if I can't make it in. 9k+ of my savings for my family's well being and livelihood tied up in this issues where many think that we will never see a penny of it and all the government agencies are saying they can't do anything. Can't? I say won't! You can't tell me there's no one person willing to go beyond telling the parties involved to do something but make them do something. Cause it looks like the "bad guys" will win again while thousands of us will lose and no one seems to give a damn. For the people my ass. |
| 7/18/2024 23:08:13 | $8,900 in Yotta. (2.5 month salary) I saved to pay upcoming expenses and it's all stuck. I had to borrow cash from friends, and I still can't pay it back. |
| 7/18/2024 23:25:35 | My name is Rye, I'm 20 years old and used Yotta for 2 years as a place to direct deposit my money to earn a little extra. I managed to save $10,000 in Yotta and noticed the app's interface go downhill but didn't take any action after seeing this. I am now unable to access any of my hard earned money and I now live paycheck to paycheck and face losing my 762 credit score I worked so hard to achieve from a young age. This experience is awful, I have had no insight as to when/if I will get my money back, and I am overwhelmed with stress due to being completely left in the dark aside from this reddit. We don't deserve to wonder if we can afford our next meal, medical bill, rent payment, insurance payment or pay for medication we rely on, this is cruel and has serious implications for many people. Nobody deserves this and although it's extremely difficult for me to push through, I can only stop to think of the perspectives of those who have it harder than me. WE NEED OUR MONEY... |
| 7/18/2024 23:32:02 | Hello my name is Nat I have over 6,000 that is frozen, I was using Yotta was doing the automatic 25 dollars a week and 50 per pay check just an easy way to save out of sight out of mind now its out of hand. I have not reach out to any agencies I've been keeping the it off my mind for my mental health just became a father so I am hoping the money will be liquid soon so I can provide more for our family. |
| 7/19/2024 1:45:28 | My name is Caitlin, and I have about $1200 tied up in Yotta. This may not seem like a lot, but I am a law student and work during the summers to save up money for the school year as the work I do during the school year is either unpaid or pays very little. My hometown is in a different state from my law school, so I move home for the summers and have to pay rent on an empty apartment. I was relying on that $1200 to pay my rent this summer and allow me to put the money I made at my internship into my savings. Since I cannot access it, I have had to use my earnings from this summer, which is fine for now, but will probably catch up to me in about November. As a student, I already struggle to afford even basic things, like groceries or car repair. I was really looking forward to using my savings in Yotta to help take some of the pressure off, but now it seems like I may lose my savings entirely. Please help us. This is not right and this outcome cannot possibly be what the law intends. |
| 7/19/2024 8:46:38 | I am 30, and had $20,000 in my Yotta account. I was using this money to save up for a down payment for a house. I am lucky as I have other accounts I use for day to day spending, however my family has had to move into my parents house, and we will be stuck here until this money is released.<br><br>It's very disheartening to feel like the system has failed you. My money was supposed to be safe with FDIC insurance, but turns out none of it is safe, and everything is up in limbo.<br><br>How is it legal for these companies to pretend like this is the same as a normal bank? If I has known an unregulated middleman controlled access to all of my money I would have never used this service.<br><br>At this point it feels like i need to start over with my savings. I'm just hoping that in a few months my money will be available. So far watching updates about the legal proceedings from reddit, I'm losing hope each month. |
| 7/19/2024 8:50:23 | My name is Ruby Jasa, I have 27k of my assets frozen in my Juno account. It's extremely frustrating for this to have occurred as I cannot access my checking account which I used for daily living, paying bills, etc. I am lucky to have only incurred about $100~ in fees from automatic payments not going through due to my account being frozen. Juno/Synapse/Evolve never informed me of the freeze so I didn't know to cancel my auto payments, resulting in the 'check bounced' fees. So annoying.<br><br>About 80% of my liquid assets remain inaccessible to me in the Juno account with absolutely no indication of when (if ever) it will be returned to me. I fear I will not have the $ I was saving for my new car, a house down payment, etc. Even my emergency fund was in there so now I have to start all over. I have lost all faith in our regulators and feel like I'm turning into my grandparents, "cash is king/only use brick and mortar stores!" F*** the feds and their neglect for the lower/middle classes. To know they bailed out banks/billionaires with little hesitation yet sit twiddling their thumbs while we suffer is simply sickening.<br><br>About 6 six weeks after filing an online complaint with Federal Reserve Bank of St. Louis, I received a letter back requesting to share additional info with them regarding my case. No word yet on what that will yield. |
| 7/19/2024 9:04:00 | Jill Storment/ Yotta/ 24k<br>It hasn't affected me yet but that is money that was saved for retirement when my husband retires in January and paying our taxes since I'm a 1099 worker. It's really going to take a huge toll if we aren't made whole by then. Thanks for doing this! Jill |

| Date/Time | Comment |
|---|---|
| 7/19/2024 9:43:46 | My name is Jessica Kelly. I have a couple thousand in my Yotta account. Since I've been unable to retrieve the money I've stored there it has been essentially stolen by Yotta and Synapse and they should be held responsible. This was an FDIC insured banking company although it appears that nothing is being done for the users that have been robbed. The users should be protected and reimbursed! If these companies can get away with this crime it opens the door for other banks to get away with it. How else are people supposed to trust banks? Why is it on the common user to have to fight for their stolen money when we are supposed to have federal backing? I've reached out to my congressman, and my partner has also reached out to the FDIC. People cannot afford to wait so long to access their money. These were not accounts supposed to be associated with risk. Yotta was not a bank for throwing away money and many people need their money back out. This case is nothing short of criminal and it is unacceptable to see that authorities are not stepping up to secure us. |
| 7/19/2024 10:32:07 | My name is Sha-Narah Bratt. I opened this account a few years ago after doing research on best High-Yield Savings Accounts where I could collect my emergency fund and leave the money alone, but have it accessible in case of a life change. I was in between jobs for weeks starting in May without access to the money I had counted on for this very situation. I have not been able to access my $10,783 in emergency savings since early May. It's also ridiculous that I've had to take time out of my job throughout the day to attend to this. Again, I have privilege in the sense that I can step away to make a call, but many people can't. I've been reaching out to my Illinois Representatives, Senators, the OCC, FRB, SEC consistently without movement. We need regulations in place to ensure that Americans are NEVER mislead about FDIC insurance. There are a ton of bad players here and Yotta is not innocent for this. This should never happen to innocent people who are doing exactly what we've been told to do and plan ahead financially. |
| 7/19/2024 10:37:24 | My name is Gilly Rosenthol. I've been out of work for a year and a half now, with no luck finding employment. I had $841.60 saved in Yotta — not a lot to some people, I know, but that was originally my vacation fund and then became my emergency fund. When my finances got tight enough that I was having trouble making rent, I reluctantly went to withdraw the money, only to find that I can no longer access it. I've been scraping by month to month, borrowing against credit cards and juggling bills, but I desperately need the money that I worked so long to save. I'm begging you to do anything within your power to help us retrieve our money as quickly as possible. For many of us, days can make a difference, and we can't afford to wait months. |
| 7/19/2024 10:56:22 | My name is Ryan Kelly, I have $11,000 frozen in Yotta. I've contacted the regulatory agencies for both Evolve and Synapse. The agency for Evolve says there's nothing it can do until bankruptcy proceedings finish and the agency for Synapse says there is no insurance for FBO investment accounts! Like they fully are not taking responsibility for an entity that they regulate. It's very disappointment my entire life's savings is hanging in the balance. Please help. |
| 7/19/2024 11:03:43 | We had been using yotta for 3 years and slowly added a little more money. Last year, we had to move to a different state and sold our house, but weren't ready to purchase another one in the new state. We decided to put all of our hard-earned money that we put into that house, into our yotta account to earn interest until we were ready to buy again. We were a month away from pulling it out, when everything froze. We are now missing 15 years worth of careful earning, saving, and equity-$282,000! I'm still sick to think about it. It feels unreal. We have worked so hard for 15 years to earn that much. So now we pay twice the price we used to pay in mortgage, on a rental that we don't even like, and we are stuck until we get our money. I would be sad if we had $10,000 in there, or even $1,000. But to have $282,000 feels unreal. I don't understand how this is allowed to happen. We aren't risk takers and we don't invest in stocks or things like that. We were reassured our money was safe and FDIC insured. If we knew our money wasn't safe, we would never have done this. |
| 7/19/2024 12:06:03 | My name is Sarah, I had almost 4k in my Yotta account. That was my entire savings, money I earned from working extra hours at an abusive job to try and pay off my debt. Now I am strapped down with my debt since I couldn't pay it off, working even longer hours, and no safety net if more surprise debt hits me. The stress from being on the edge of losing everything has my hair falling out, constant emotional break downs, strain on my relationship, it has been awful. And it only hurts even more to see Evolve and the CEO of Synapse lie, and not care to resolve this situation quickly. I whole heartedly believe if everything they had was taken from them, the way it has been from me, this situation would already be resolved. The fact that no regulating body has taken accountability in this situation is a disgrace on the banking industry as a whole, and all parties involved should be held liable for lying to consumers to make them feel protected(FDIC insurance, FINRA, SIPC, all supposed regulating agencies). |
| 7/19/2024 12:57:53 | I used Juno, I have 6.5k frozen. I've contacted all agencies. This is money that I worked hard to save to pay for my education. I work full time and do school at night. I'm going to have to delay my education bc of this. |
| 7/19/2024 13:43:12 | HI, my name is Lucca Amlani and I have over $13K held hostage in Juno. This account was not only for my day to day money for bills and daily expenses but also a place I was saving money to pay off my final student loan and proceed with a necessary medical treatment. Since the Synapse bankruptcy and with Juno and Evolve (and other banks) holding my money hostage, I have been forced to postpone my student loan repayments causing interest to rack up, put off a necessary medical surgery causing my condition to worsen, and start living closer and closer to paycheck to paycheck. I have filed complaints with the CFPB against both Juno and Evolve. I want the courts and the government to know that the end users were deceived by the fintechs. We were under the impression our money was in a bank account with Evolve and Juno was simply the platform we were accessing our account from. They were never transparent about having a middleman. These fintechs, although they may have not been the cause of the funds being frozen, are ultimately responsible and need to be held accountable for their deceptive practices. Forcing end users to be without their funds and possibly footing the bill for the synapse shortfall shows exactly how the justice system and government favor the wealthy and their corporations and could care less about the rest of us. We have been patient for months but the governing bodies and courts need to do the right thing, step in and make end users whole. |

7/19/2024 14:03:27 Lucas Novak. $50,000. Juno. I'm lucky in that I had extra money in another account and a supporting family. I just left to start my own company and was banking on that extra money to help get my through. Luckily, I found another way to not need to worry about rent.

My wife and I have had Yotta since 2021. I pride myself on being financially savy, and seeing Yottas false representation of various insurances and "safety" of our money has me embarrassed. In hindsight, the red flags are quite glaring, and it is unbelievable that the regulatory bodies allow these fintech to operate and take our money and then claim no responsibility for losing it. We have over 140K that has been locked away from us. Like many others, we have bills to pay, taxes to pay, and a baby on the way. We have been forced to defer many of these payments just to stay afloat. I have reached out my state representatives to no avail. It baffles me and at the same time does not surprise me at all that there are so many average people affected and our regulatory agencies have yet to step in and help. We all remember SVB when they stepped in over-night to help millionaires and billionaires, but the middle class seemingly foots the bill and has to wait.

7/19/2024 14:36:52 Thank you for investigating and pushing this story to the masses.

I took on a dependent parent last April due to a failed suicide attempt that permanently impacted her cognitive abilities and memory. She relies on me financially, emotionally, and physically to get her around, make appointments, cover her health insurance, and so on. I "had" roughly $3'000 in savings at Yotta specifically to help with sudden financial hardships like this. Being unable to access those funds has directly impacted my capacity to care for her despite doing everything a dutiful son and financially conservative person should do.

I don't make much but what little extra I did in prior years was slowly saved up in Yotta which advertises itself as FDIC insured and as a safe savings account. So, I built up an emergency fund like many folks advise only for both the business and federal government to fail me when I needed access the most. Even getting access to that small, but meaningful, savings would never make up for the hardships of postponed dental work, delayed payments, additional interest, and so on that were secondary and tertiary effects.

7/19/2024 15:28:26 Especially damming given that I served my country.

I have a Yotta account with $29,500 in it that I was saving to buy a house, even more frustrating is that I had purchased a truck and a motorcycle that I had the money to buy straight up but chose to finance to build credit so now I'm living almost check to check it's almost been a month and a half now and I feel in my mind the money might just be a loss I try and tune into the hearing but it's all just we'll see you next week every time. The sad thing is that I worked so hard for that money I was working and still am 50-60 hours a week but honestly I was able to save money a whole lot more a couple years ago.
7/19/2024 15:33:47 I feel prices of things have gotten so bad with inflation that I am not able to save as much as I was previously even with making more money it's just very sad to see this type of theft and corruption with no consequences...

I have about $8000 in an emergency savings fund in Yotta. I chose Yotta because their website said they were FDIC insured and I wanted a high yield account. Now it seems they might not be FDIC insured? But that is unclear to me. For the past five years, I've been a graduate student on a stipend ranging from $18,000 a year at first to $35,000 a year now. I've built this savings fund since I was in college- about 10 years ago. When I first started grad school on $18,000/year, I couldn't afford to go out to lunch because that $10/month was all I could save. And I prioritized saving. Now, I'm about to graduate and had been feeling so thankful to have this emergency fund as I'm still on the job search. Then the account was frozen and I can't access these funds. It might not seem like much to some but I worked hard and made sacrifices for those savings and now that I am about to need them, I can't access them.
7/19/2024 15:49:42 I have made a complaint with FINRA but heard FDIC can't do anything so I have not contacted them yet.

7/19/2024 16:15:01 I used Yotta to save money for my tuition. However, because I can't access my funds from Yotta to pay my tuition, I have to stop going to school until I can withdraw my money.

My name is Steph. I have 2 kids in college. My husband is a teacher and doesn't get paid in the summer. We saved up $14K over the course of the school year to get us through the summer months when he doesn't get paid. Yotta was a nice littel bucket where we could tuck away our money, or so we thought. Went to withdrawl over a month ago... nothing. Frozen. He worked extra hours at school, coached, covered for other teachers, all so we could have savings for summer. I also work but it's not enough to get us by. That money is gone and we are trying to pay bills, let alone the fall tuition for 2 kids that is due in August. Hard earned money. OUR hard earned money. Gone. Someone else has it. It feels like theft. I
7/19/2024 17:15:20 thought my money was safe. I did my research. It all seemed legit. This is sickening.

I had been using Yotta as a savings account as part of setting up an emergency fund. I made weekly $50 deposits for a over 3 years. Around the time of the Synapse bankruptcy and my funds being frozen, my Yotta balance was just over $9000. I had been planning to use that money to cover an unexpected expense, but due to my funds being frozen, I instead had to sell shares of one of my investments at a short term loss to cover the expense. It's super frustrating, because part of the reason I signed up with Yotta is my money is supposed to be in an FDIC insured account with Evolve, which I have an account and routing number for, yet my funds still remain frozen. Nothing about Synapse's role in this was made transparent. I cannot understand why if I have an Evolve account and routing and clear deposit ledger, making my funds available to me is taking so long. I'm feeling defrauded at this point, and if my deposits have disappeared, I hope this turns into criminal prosecution against the responsible parties and we end users are made whole. I don't see how this
7/19/2024 18:07:53 could be anything other than theft if my full deposit balance isn't returned.

| | |
|---|---|
| | My name is Marie. I've been using Yotta as a high yield savings account for years and was able to save up almost 22k as an emergency fund and also for some upcoming expenses. Those upcoming expenses? The birth of my second child. I'm currently 9 months pregnant |
| | And I've spent my last trimester stressed, angry, sad, and depressed. Even if we get our money back tomorrow nothing will give me back the last three months of stress. My due date is August 3rd, the next court hearing is August 1st and the next is two weeks after that. Will I be in the hospital, bleeding and sore with a newborn on my breast, while I listen to the next court hearing? While I listen to rich bankers and lawyers say "we're working on it" and still no progress has been made? Shame on all of them. |
| | |
| | I'm considered a "lucky one" because I also have a regular bank account where my bills and direct deposits go. 22k gone and I'm lucky! I've reached out to every regulator, all of my representatives, and still nobody has stepped in. There is no sense of urgency, no empathy, for the real hardworking people affected here. We need help. We need relief now. |
| 7/20/2024 8:13:56 | Someone must step in! |
| | |
| | My name is Michael Valdez. I have a Yotta account in which I have $1036.60 that I can no longer gain access to. I cannot pay a few simple bills with my account that's frozen now. This angers me and I find it very frustrating feeling helpless and |
| 7/20/2024 12:15:40 | does not build confidence and putting money into any bank accounts. I need to get my money back yesterday! |
| | Juno |
| | 10257.01 |
| | This money was from investments and savings that were set aside for building a modest new home for myself and my daughter of whom I have full custody. I had planned to use this remaining amount(I managed to remove some of the money just before the bankruptcy to pay down credit cards and other debt) to complete the build before we moved in on July 1st. |
| | |
| | It is not complete. |
| | |
| | We had no choice but to move in, I did not have enough in other accounts to cover renting another apartment. We are living with an incomplete kitchen and bathroom and water system. I am buying bottled water until I can find the money for an expensive water treatment skid ($2000) and work has slowed due to the lack of money for paying contractors or purchasing materials. I have unfortunately been using credit and loans to try to continue work as best i can, doing much of it myself to cut cost... I had to in order to get the house to a spot where we could move in safely, (toilet and kitchen) but using credit cards means accruing interest and fees. I have not been able to keep promises to my daughter about her birthday, which was July 15th. because of my finances, we will not be able to take any trips this summer. My credit score has dropped hundreds of points. We will be feeling the impact of this for years. |
| | |
| | I have filed complaints at Finra, the Federal Reserve, and others anonymously, I believe in privacy, which is why I have excluded my last name from this. I have almost 200 emails back and forth with Juno support. All they will tell me is that they are working with the trustee. I have called Evolve and been told they dont have my money and that they cannot give me any information because i am not a customer. But Juno says my money is "probably" there. My routing and account numbers are Evolve, and my account history shows every transaction. I am unclear on how there is a problem with getting my money to me. I have spoken to Junos Chief Compliance Officer who was more interested in explaining how it wasnt their fault than searching for a solution or providing any help or relief. I have been closely monitoring the bankruptcy proceedings and feel that we are being ignored and abandoned by the banks and government agencies and fintechs, the judge says he can't tell the banks how to handle this, then who can? |
| | |
| | In what world is it OK to just freeze thousands of people's money for months and offer hardly any information or compensation and all of these banks and multi million dollar companies just point fingers at each other? |
| | |
| 7/20/2024 16:22:32 | I've tried to find a lawyer to take this up but no one wants to take this case. So who do we turn to? Everyone is failing us. |
| | My fiancé and I had bought a house only months ago and despite the endless house costs that had added up, I still had some extra money to put aside for our future. Specifically, we were planning on using this extra money we were setting aside to start a family. As of now, any single bit of extra money I had is now locked up in this account. We are now entirely reliant on her savings without access to funds we may very well need sooner than later. The amount of stress and financial distress this has caused is preposterous with something that was labeled to us as a FDIC insured, safe, fun way |
| 7/20/2024 20:20:44 | to save money. |
| | I had to get out of a relationship QUICKLY, with nothing in my pocket, and start my life over from scratch. All of my savings I worked hard to set aside over the next 9 months were in my Yotta account, and the Synapse crisis has forced me to start over for a second time in a year. It's heartbreaking to see the effort from the hardest time of my life be |
| 7/21/2024 12:39:51 | redundant. |
| | I've been using Yotta for my retirement account and currently have over 100k locked up. I retired in June, and still can't access my money that was to be used for retirement. I need access so that I can use my money I worked hard for on my |
| 7/21/2024 14:46:16 | bills. |

Yes, I have been affected but am lucky to be a 'fortunate victim' in the sense that my deposit is not an amount I rely on to get by day-to-day or need for a critical life event. I have $7,000 locked up in Yotta, with my main account an deposits held elsewhere.

My heart goes out to the thousands of folks who were depending on access to their deposits. This has been devastating for so many, and has forced people to find other sources of income that will soon enough make their pain even worse, or they have had to abandon life events; examples I have seen folks write about are increasing credit card debt, cashing in 401k early, borrowing from family, cancelling weddings, abandoning house closings.

All throughout the Yotta experience, the impression was given that our deposits were protected by FDIC insurance. It was (still is) even stated on every page of the account statements they provide.

We, the end users have felt abandon by regulators, and see past big bank/business bail outs as a slap in the face. The regulator ecosystem needs to be reformed and every end user in this debacle needs to be made whole, quickly.

7/21/2024 15:04:19 T.Milner.
Hello My name is Peablar, i have been personally affected by having 20 grand tied up in my yotta bank account. I have been following this entire situation very closely and between the court hearings not making much ground, the ceo already launching a new startup that raised 100 million dollars while being investigated for fraud, and youtubers covering up for their previous sponsorships, the past 3 months have looked very grim for end users. if you have further questions feel free to contact me at the email provided.

have a good evening.

7/21/2024 15:09:01 @peablartv2
I have about $4000 saved in my Yotta account, and had to take multiple loans to cover my bills when the account was frozen. Thankfully, around the same time I got a settlement from a car accident, so I was able to pay those loans back,
7/21/2024 16:30:48 but now, I'm in square one and could really use that frozen money.

I have my emergency fund of about $12k in Yotta. I have been going through medical emergencies for my pet (dog) and have had to pay almost $10k for gallbladder mucucele surgery, a new diabetes diagnosis, prescription food and medication, and diabetes management tools and medications.
I found out about all this in the midst of dealing with all the health issues and it's been overwhelming and worrisome of how I'm going to afford all.
I was also planning to use part of the funds to buy a new car as my 15 year old car has also been slowly breaking down.

It's super frustrating that I have had to put things on hold and ask family to help with expenses even though I have the emergency fund for this reason. It's a large amount of money for me and not being able to access it in a time of need has
7/21/2024 17:32:10 me stressed every day.

My name is Natalie Grenfell (alias Natalie Albello) , I have $2,279.89 locked in Yotta. I opened this account originally to save money for short term items like an easily accessible emergency fund and used my savings from Yotta last year to
7/22/2024 15:56:30 buy a car. The money left is still part of my savings for emergency fund or for a home downpayment.