CRAVATH, SWAINE & MOORE LLP
GEORGE H. ZOBITZ (*pro hac vice*)
jzobitz@cravath.com
ALEXANDER GERTEN (*pro hac vice*)
agerten@cravath.com
2 Manhattan West
375 9th Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

KELLER BENVENUTTI KIM LLP
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
JEREMY V. RICHARDS (Cal. Bar No. 102300)
(jrichards@kbkllp.com)
THOMAS B. RUPP (Cal. Bar No. 278041)
(trupp@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Proposed Counsel for Jelena McWilliams,
in her capacity as Chapter 11 Trustee for
Synapse Financial Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>　　　　　　　　　Debtor. | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF JANE KIM IN SUPPORT OF CHAPTER 11 TRUSTEE'S APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF KELLER BENVENUTTI KIM LLP AS LOCAL AND CONFLICTS COUNSEL** |

I, Jane Kim, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I have personal knowledge of the facts set forth below and, if called upon to testify, would and could competently testify to the matters set forth in this supplemental declaration (the "Supplemental Declaration").

2. I am an attorney licensed to practice in the State of California and admitted to practice before this Court. I am a partner of the firm Keller Benvenutti Kim LLP ("KBK" or the "Firm"), proposed local and conflicts counsel to Jelena McWilliams, duly appointed Chapter 11 Trustee (the "Trustee") for the bankruptcy estate of Synapse Financial Technologies, Inc. (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case").

3. I submit this supplemental declaration in support of the *Chapter 11 Trustee's Application for Order Authorizing Employment of Keller Benvenutti Kim LLP as Local and Conflicts Counsel* [Dkt. 326] (the "Application")[1] filed on July 23, 2024, in connection with the Chapter 11 Case to provide certain disclosures in accordance with Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California (the "Local Rules"). Unless otherwise stated in this declaration, I have personal knowledge of the facts hereinafter set forth. To the extent that any information disclosed herein requires amendment or modification upon KBK's completion of further analysis, or as additional information becomes available to it, a further supplemental declaration will be submitted to the Court reflecting such amended, supplemented, or otherwise modified information.

**KBK'S ESTIMATED FEES TO DATE**

KBK intends to apply to the Court for allowances of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of this Court for all professional services performed and expenses incurred in the Chapter 11 Case. Subject to the foregoing, KBK intends

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Application.

to charge for services rendered at KBK's customary hourly rates that are in effect from time to time and to seek reimbursement according to its customary reimbursement policies. The following schedule sets forth the rates and estimated hours and fees billed by KBK professionals from May 24, 2024, the date of the Trustee's appointment, through July 31, 2024. KBK estimates a total of $17,620.00 in professional fees and $0.00 in reimbursable expenses incurred during this period.

| Professional | Role | 2024 Rate | Hours Billed | Estimated Fees |
|---|---|---|---|---|
| Jane Kim | Partner | $900.00 | 1.2 | $1,080.00 |
| Thomas B. Rupp | Senior Counsel | $600.00 | 26.9 | $16,140.00 |
| Colin Mitsuoka | Legal Assistant | $200.00 | 2.0 | $400.00 |

The above professionals are likely to continue to render services at the foregoing rates in this Chapter 11 Case, together with such other professionals as KBK deems appropriate to staff on this matter, in accordance with and as described in the Application, at such professionals' regular and customary hourly rates. KBK's hourly rates are subject to periodic adjustments, as described in the Application. So long as KBK charges its regular hourly rates in effect at the time, the Trustee has consented to KBK's annual and other periodic rate increases.

The foregoing information is provided for informational purposes to comply with an informal information request from the United States Trustee in connection with the Application and is not an application for interim or final compensation. KBK understands that any payment of these estimated and additional professional fees will be subject to approval of the Bankruptcy Court and availability of estate funds to pay these expenses.

[*Signature on Next Page*]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed August 13, 2024.

*/s/ Jane Kim*

Jane Kim

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

425 Market Street, 26th Floor, San Francisco, California 94105

A true and correct copy of the foregoing document entitled: **SUPPLEMENTAL DECLARATION OF JANE KIM IN SUPPORT OF CHAPTER 11 TRUSTEE'S APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF KELLER BENVENUTTI KIM LLP AS LOCAL AND CONFLICTS COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 13, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) August 13, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 13, 2024 | Colin Mitsuoka | /s/ Colin Mitsuoka |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    F 9013-3.1.PROOF.SERVICE

**Parties Served by The Court via Notice of Electronic Filing (NEF)**

- **Raymond O Aghaian**   raghaian@kilpatricktownsend.com, ndelman@kilpatricktownsend.com, moroberts@ktslaw.com, tmeyers@ktslaw.com, jbusche@ktslaw.com;
- **Ron Bender**   rb@lnbyg.com;
- **David A Berkley**   david.berkley@wbd-us.com, mary.koo@wbd-us.com, Sul.Lee@wbd-us.com;
- **J Scott Bovitz**   bovitz@bovitz-spitzer.com;
- **Rudy J Cerone**   rcerone@mcglinchey.com, lgraff@mcglinchey.com, jingargiola@mcglinchey.com;
- **Sara Chenetz**   schenetz@perkinscoie.com, docketLA@perkinscoie.com, cmallahi@perkinscoie.com, jkulow@perkinscoie.com, chenetz-sara-perkins-coie-8670@ecf.pacerpro.com, rleibowitz@perkinscoie.com;
- **Russell Clementson**   russell.clementson@usdoj.gov
- **Andrew Michael Cummings**   andrew.cummings@hklaw.com, philip.dobbs@hklaw.com, hapi@hklaw.com, reena.kaur@hklaw.com;
- **Michael G. Farag**   mfarag@gibsondunn.com;
- **Paul R. Glassman**   pglassman@stradlinglaw.com;
- **Nicholas Christian Glenos**   cglenos@bradley.com;
- **Michael H Goldstein**   mgoldstein@goodwinprocter.com, ASchaefer@goodwinlaw.com;
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com;
- **Steven T Gubner**   sgubner@bg.law, ecf@bg.law;
- **Ralph P Guenther**   rguenther@guentherlawgroup.com;
- **Robert T. Honeywell**   robert.honeywell@klgates.com;
- **Lance N Jurich**   ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com, ljurich@ecf.courtdrive.com, fmckeown@loeb.com;
- **Jane Kim**   jkim@kellerbenvenutti.com;
- **Monica Y Kim**   myk@lnbyg.com, myk@ecf.inforuptcy.com;
- **Jeffrey C Krause**   jkrause@gibsondunn.com, dtrujillo@gibsondunn.com, jstern@gibsondunn.com;
- **William J Levant**   wlevant@kaplaw.com, wlevant@gmail.com;
- **Adam A Lewis**   alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com;
- **Jelena McWilliams (TR)**   jmcwilliams@cravath.com, mao@cravath.com;
- **Krikor J Meshefejian**   kjm@lnbyg.com;
- **Fred Neufeld**   fneufeld@stradlinglaw.com, tingman@sycr.com;
- **Valerie Bantner Peo**   vbantnerpeo@buchalter.com;
- **David M Poitras**   dpoitras@bg.law;
- **Jeremy V Richards**   jrichards@kbkllp.com;

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                **F 9013-3.1.PROOF.SERVICE**

- **Paul M Rosenblatt**   prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com;
- **Thomas B Rupp**   trupp@kbkllp.com;
- **Brandy A Sargent**   brandy.sargent@klgates.com, litigation.docketing@klgates.com, janna.leasy@klgates.com;
- **Callan C Searcy**   bk-csearcy@texasattorneygeneral.gov;
- **Zev Shechtman**   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com, easter.santamaria@saul.com;
- **Jason D Strabo**   jstrabo@mwe.com, jbishopjones@mwe.com;
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov;
- **Jeffrey C Wisler**   jwisler@connollygallagher.com, dperkins@connollygallagher.com;
- **Claire K Wu**   claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com, docket@pillsburylaw.com;
- **Beth Ann R. Young**   bry@lnbyg.com, bry@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

## Parties Served by United States Mail

| | |
|---|---|
| **Darren Azman** | **Jake Jumbeck** |
| One Vanderbilt Avenue | McDermott Will & Emery LLP |
| New York, NY 10017-3852 | 444 W. Lake Street, Suite 4000 |
| | Chicago, IL 60606-0029 |
| **Robert J Labate** | **Levene, Neale, Bender, Yoo & Golubchik LLP** |
| 400 South Hope Street, 8th Floor | 2818 La Cienega Avenue |
| Los Angeles, CA 90071 | Los Angeles, CA 90034 |
| **Saul Ewing LLP** | **Neda Shapourian** |
| 1888 Century Park East Ste 1500 | Unit21, Inc. |
| Los Angeles, CA 90067 | 49 Geary St. Ste 200 |
| | San Francisco, CA 94108 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**