**FILED & ENTERED**

**AUG 16 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Pgarcia    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No.: 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**SCHEDULING ORDER ESTABLISHING OMNIBUS HEARING DATES** |

After a review of the record in this bankruptcy case and for good cause appearing, **IT IS HEREBY ORDERED THAT:**

1. <u>Omnibus Hearing Dates</u>:  The Court establishes the following omnibus hearing dates and times for hearing all motions and applications:

    September 27, 2024, at 1:30 p.m.

    October 30, 2024, at 1:30 p.m.

    November 25, 2024, at 1:30 p.m.

    December 18, 2024, at 1:30 p.m.

If a motion or application is filed in this case specifying a hearing date and time other than as set forth above, the Court will set the hearing for the next available omnibus hearing date and time that

is consistent with the applicable notice period. The filing party will be responsible for filing and serving an amended notice of hearing on all parties entitled to notice thereof.

All hearings will be conducted in Courtroom 303 at 21041 Burbank Boulevard, Woodland Hills, California, 91367. All parties in interest, members of the public, and the press may attend these hearings in person.

Except with respect to evidentiary hearings, or as otherwise ordered by the Court, parties in interest and their counsel may attend any hearing by ZoomGov videoconference, free of charge, using the unique ZoomGov connection information for that hearing.  ZoomGov connection information is posted on Judge Barash's public calendar, which is located at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=MB .  Videoconference participants will be required to register before entering the ZoomGov videoconference and certify their eligibility to receive the video feed.  Upon confirmation of eligibility, participants will receive an email containing a personal link for accessing the video feed.  Participants are encouraged to check their spam folders if they cannot locate the email.

Although members of the public and the press are not eligible to participate by videoconference, they may listen in to any hearing *by telephone*, using the same ZoomGov meeting information available on Judge Barash's public calendar.

2. <u>Hearings for Motions Requiring Emergency or Expedited Relief</u>:  Local Bankruptcy Rule 9075-1 shall govern all requests for emergency or expedited relief.

### 

Date: August 16, 2024

Martin R Barash
United States Bankruptcy Judge