| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Holly Roark (SBN 234638)<br>ROARK LAW OFFICES<br>950 Bannock St. Ste. 1100<br>Boise, ID 83702<br>T (310) 553-2600<br>F (310) 553-2601<br>holly@roarklawoffices.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Synoptek, LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:24-bk-10646-MB<br>CHAPTER: 11<br><br>**NOTICE OF MOTION FOR:**<br>ENTRY OF AN ORDER ALLOWING AND COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM<br><br><br><br>(*Specify name of Motion*)<br><br>DATE: 09/27/2024<br>TIME: 1:30 pm<br>COURTROOM: 303<br>PLACE: 21041 Burbank Boulevard<br>           Woodland Hills, CA 91367 |

1. TO (*specify name*): Debtor, DIP, Chapter 11 Trustee, Unsecured Creditors Committee, All Interested Parties

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 1     **F 9013-1.1.HEARING.NOTICE**

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 08/16/2024

Roark Law Offices
Printed name of law firm

/s/ Holly Roark
Signature

Holly Roark
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    F 9013-1.1.HEARING.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
950 Bannock St. Ste. 1100 Boise, ID 83702

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*) ENTRY OF AN ORDER ALLOWING AND COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/16/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/16/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/16/2024 | Holly Roark | /s/Holly Roark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9013-1.1.HEARING.NOTICE**

## ATTACHMENT TO PROOF OF SERVICE

**1.TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Raymond O Aghaian on behalf of Creditor TClub Inc.
  raghaian@kilpatricktownsend.com,
  ndelman@kilpatricktownsend.com;moroberts@ktslaw.com;tmeyers@ktslaw.com;jbusche@ktslaw.com
- Ron Bender on behalf of Debtor Synapse Financial Technologies, Inc.
  rb@lnbyg.com
- David A Berkley on behalf of Interested Party MongoDB, Inc.
  david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
- J Scott Bovitz on behalf of Creditor EarnUp inc.
  bovitz@bovitz-spitzer.com
- J Scott Bovitz on behalf of Creditor EarnUp, LLC
  bovitz@bovitz-spitzer.com
- Rudy J Cerone on behalf of Creditor SoLo Funds, Inc.
  rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com
- Sara Chenetz on behalf of Interested Party Courtesy NEF
  schenetz@perkinscoie.com,
  docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
- Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
  russell.clementson@usdoj.gov
- Andrew Michael Cummings on behalf of Creditor Cigna Health and Life Insurance Company
  andrew.cummings@hklaw.com,
  philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
- Michael G. Farag on behalf of Creditor Mercury Technologies, Inc.
  mfarag@gibsondunn.com
- Paul R. Glassman on behalf of Creditor Lineage Bank
  pglassman@stradlinglaw.com
- Nicholas Christian Glenos on behalf of Creditor Lineage Bank
  cglenos@bradley.com
- Michael H Goldstein on behalf of Creditor YieldStreet Inc
  mgoldstein@goodwinprocter.com, ASchaefer@goodwinlaw.com
- Michael I. Gottfried on behalf of Creditor Yotta Technologies, Inc.
  mgottfried@elkinskalt.com,
  cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    F 9013-3.1.PROOF.SERVICE

- Michael I. Gottfried on behalf of Interested Party Courtesy NEF
  mgottfried@elkinskalt.com,
  cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- Steven T Gubner on behalf of Interested Party Courtesy NEF
  sgubner@bg.law, ecf@bg.law
- Ralph P Guenther on behalf of Creditor Capital J Inc. d/b/a Juno
  rguenther@guentherlawgroup.com
- Robert T. Honeywell on behalf of Creditor TabaPay Holdings LLC
  robert.honeywell@klgates.com
- Robert T. Honeywell on behalf of Creditor TabaPay, Inc.
  robert.honeywell@klgates.com
- Lance N Jurich on behalf of Creditor American Bank, N.A.
  ljurich@loeb.com,
  pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- Jane Kim on behalf of Trustee Jelena McWilliams (TR)
  jkim@kellerbenvenutti.com
- Monica Y Kim on behalf of Debtor Synapse Financial Technologies, Inc.
  myk@lnbyg.com, myk@ecf.inforuptcy.com
- Jeffrey C Krause on behalf of Creditor Mercury Technologies, Inc.
  jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- William J Levant on behalf of Interested Party William Levant
  wlevant@kaplaw.com, wlevant@gmail.com
- Adam A Lewis on behalf of Creditor Silicon Valley Bank
  alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- Jelena McWilliams (TR)
  jmcwilliams@cravath.com, mao@cravath.com
- Krikor J Meshefejian on behalf of Debtor Synapse Financial Technologies, Inc.
  kjm@lnbyg.com
- Fred Neufeld on behalf of Creditor Lineage Bank
  fneufeld@stradlinglaw.com, tingman@sycr.com
- Valerie Bantner Peo on behalf of Interested Party Courtesy NEF
  vbantnerpeo@buchalter.com
- David M Poitras on behalf of Interested Party Courtesy NEF
  dpoitras@bg.law
- David M Poitras on behalf of Interested Party Evolve Bank & Trust
  dpoitras@bg.law

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    F 9013-3.1.PROOF.SERVICE

- Jeremy V Richards on behalf of Trustee Jelena McWilliams (TR)
  jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Holly Roark on behalf of Creditor Synoptek, LLC
  holly@roarklawboise.com, RoarkLawOffices@jubileebk.net
- Paul M Rosenblatt on behalf of Creditor TClub Inc.
  prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
- Thomas B Rupp on behalf of Trustee Jelena McWilliams (TR)
  trupp@kbkllp.com
- Brandy A Sargent on behalf of Creditor TabaPay Holdings LLC
  brandy.sargent@klgates.com,
  litigation.docketing@klgates.com;janna.leasy@klgates.com
- Brandy A Sargent on behalf of Creditor TabaPay, Inc.
  brandy.sargent@klgates.com,
  litigation.docketing@klgates.com;janna.leasy@klgates.com
- Callan C Searcy on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division and Texas Workforce Commission
  bk-csearcy@texasattorneygeneral.gov
- Zev Shechtman on behalf of Creditor Committee Official Committee of Unsecured Creditors of Synapse Financial Technologies, Inc.
  Zev.Shechtman@saul.com,
  zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
- Jason D Strabo on behalf of Creditor TriplePoint Capital, LLC
  jstrabo@mwe.com, jbishopjones@mwe.com
- United States Trustee (SV)
  ustpregion16.wh.ecf@usdoj.gov
- Jeffrey C Wisler on behalf of Creditor Cigna Health and Life Insurance Company
  jwisler@connollygallagher.com, dperkins@connollygallagher.com
- Claire K Wu on behalf of Interested Party AMG National Trust Bank
  claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com;docket@pillsburylaw.com
- Beth Ann R. Young on behalf of Debtor Synapse Financial Technologies, Inc.
  bry@lnbyg.com, bry@lnbyb.com
- Beth Ann R. Young on behalf of Interested Party Courtesy NEF
  bry@lnbyg.com, bry@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**2. SERVED BY UNITED STATES MAIL:**

DEBTOR
Synapse Financial Technologies, Inc.
21255 Burbank Boulevard Suite 120
Woodland Hills, CA 91367-0000

AGENT FOR SERVICE OF PROCESS FOR DEBTOR
1505 Corporation National Registered Agents, Inc.
Amanda Garcia
330 N Brand Blvd
Glendale, CA 91203

COUNSEL FOR DEBTOR
Levene, Neale, Bender, Yoo & Golubchik LLP
2818 La Cienega Avenue
Los Angeles, CA 90034

CHAPTER 11 TRUSTEE
Jelena McWilliams (TR)
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001

COUNSEL FOR CHAPTER 11 TRUSTEE
Alexander Gerten
Cravath, Swaine & Moore LLP
Two Manhattan West
375 9th Avenue
New York, NY 10001

COUNSEL FOR CHAPTER 11 TRUSTEE
Benjamin Gruenstein
Cravath, Swaine & Moore LLP
2 Manhattan West
375 9th Avenue
New York, NY 10001

COUNSEL FOR CHAPTER 11 TRUSTEE
Paul H Zumbro
Cravath, Swaine & Moore LLP
2 Manhattan West
375 9th Avenue
New York, NY 10001

COUNSEL FOR CHAPTER 11 TRUSTEE
John D Buretta
Cravath, Swaine & Moore LLP
2 Manhattan West
375 9th Avenue
New York, NY 10001

COUNSEL FOR OFFICIAL UNSECURED CREDITORS' COMMITTEE OF SYNAPSE FINANCIAL TECHNOLOGIES, INC.
Zev Schechtman
Carol Chow
Saul Ewing LLP
1888 Century Park East Ste 1500
Los Angeles, CA 90067

COUNSEL FOR OFFICIAL UNSECURED CREDITORS' COMMITTEE OF SYNAPSE FINANCIAL TECHNOLOGIES, INC.
Benjamin Waisbren
John Kucera
Boies Schiller Flexner LLP
1401 New York Avenue, N.W.
Washington, DC 2005

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| COUNSEL FOR TRIPLEPOINT CAPITAL, LLC<br>Jake Jumbeck<br>McDermott Will & Emery LLP<br>444 W. Lake Street, Suite 4000<br>Chicago, CA 60606-0029 | Darren Azman<br>One Vanderbilt Avenue<br>New York, NY 10017-3852 |
| Robert J Labate<br>400 South Hope Street, 8th Floor<br>Los Angeles, CA 90071 | Neda Shapourian<br>Unit21, Inc.<br>49 Geary St. Ste 200<br>San Francisco, CA 94108 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    F 9013-3.1.PROOF.SERVICE