JELENA MCWILLIAMS
1601 K STREET NW
WASHINGTON, D.C. 2006-1682
jmcwilliams@cravath.com
Tel. 1-202-869-7710

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re

SYNAPSE FINANCIAL TECHNOLOGIES, INC.,

Debtor.

Case No.: 1:24-bk-10646-MB

Chapter 11

**AMENDED NOTICE OF STATUS CONFERENCE**

DATE: September 13, 2024
TIME: 10:00 a.m. PT
PLACE: Courtroom 303
21041 Burbank Boulevard
Woodland Hills, CA 91367

[Zoom instructions below]

**PLEASE TAKE NOTICE** that a Status Conference will be held on **September 13, 2024 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the Court will conduct the Status Conference in person and remotely, using ZoomGov audio and video technology. Information on how to participate in the hearing remotely using ZoomGov is provided below. Hearing participants and members of the public may participate in and/or observe the hearings using ZoomGov, free of charge.

Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

Individuals also may connect to the hearings by telephone only, using the telephone number provided below. Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearings, and no pre-registration is required.

The audio portion of the hearings will be recorded electronically by the Court and constitute its official record.

All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

The following is the unique ZoomGov connection information for the above-referenced hearings:

Meeting URL: https://cacb.zoomgov.com/j/1605110338

Meeting ID: **160 511 0338**

Password: **245733**

Telephone: **1 (669) 254 5252 or 1 (646) 828 7666**

More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/judges/honorable-martin-r-barash under the tab "Phone/Video Appearances."

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Judge Barash's bench order at the Status Conference held on August 30, 2024, the Trustee will file the next Status Report on or before September 12, 2024.

Dated: September 5, 2024

**JELENA MCWILLIAMS**
**CHAPTER 11 TRUSTEE**

By: */s/ Jelena McWilliams*
Jelena McWilliams
Chapter 11 Trustee

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Cravath, Swaine & Moore LLP, 2 Manhattan West, 375 Ninth Avenue, New York, NY 10001

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF STATUS CONFERENCE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/5/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Raymond O Aghaian raghaian@kilpatricktownsend.com, ndelman@kilpatricktownsend.com, moroberts@ktslaw.com
Ron Bender rb@lnbyg.com
David A. Berkley david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
J Scott Bovitz bovitz@bovitz-spitzer.com
Rudy J Cerone rcerone@mcglinchey.com, lgraff@mcglinchey.com; jingargiola@mcglinchey.com
Sara Chenetz schenetz@perkinscoie.com, docketLA@perkinscole.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rlieibowiz@perkinscoie.com
Russell Clementson russell.clementson@usdoj.gov
Andrew Michael Cummings andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
Michael G. Farag mfarag@gibsondunn.com
Paul R. Glassman pglassman@stradlinlaw.com
Nicholas Christian Glenos cglenos@bradley.com
Michael H Goldstein mgoldstein@goodwinprocter.com, Aschaefer@goodwinlaw.com
Michael I. Gottfried mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
Steven T Gubner sgubner@bg.law, ecf@bg.law
Ralph P Guenther rguenther@guentherlawgroup.com
Robert T. Honeywell robert.honeywell@klgates.com
Lance N Jurich ljurich@loeb.com, pmatsuda@loeb.com; ladocket@loeb.com; ljurich@ecf.courtdrive.com; fmckeown@loeb.com
Monica Y Kim myk@lnbyg.com, myk@ecf.inforuptcy.com
Jeffrey C Krause jkrause@gibsondunn.com, dtrujillo@gibsondunn.com; jstern@gibsondunn.com

William J Levant  wlevant@kaplaw.com, wlevant@gmail.com
Adam A Lewis  alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
Jelena McWilliams (TR)  jmcwilliams@cravath.com, mao@cravath.com
Krikor J Meshefejian  kjm@lnbyg.com
Fred Neufeld  fneufeld@stradlinglaw.com, tingman@sycr.com
Valerie Bantner Peo  vbantnerpeo@buchalter.com
David M Poitras  dpoitras@bg.law
Holly Roark  holly@roarklawboise.com, RoarkLawOffices@jubileebk.net
Paul M Rosenblatt  prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
Brandy A Sargent  brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
Zev Schechtman  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com  easter.santamaria@saul.com
Callan C Searcy  bk-csearcy@texasattorneygeneral.gov
Jason D Strabo  jstrabo@mwe.com, jbishopjones@mwe.com
United States Trustee (SV)  ustpregion16.wh.ecf@usdoj.gov
Jeffrey C Wisler  jwisler@connollygallagher.com, dperkins@connollygallagher.com
Claire K Wu  claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com; docket@pillsburylaw.com
Beth Ann R. Young  bry@lnbyg.com, bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9/5/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Darren Azman
One Vanderbilt Avenue
New York, NY 10017-3852

Jake Jumbeck
MCDERMOTT WILL & EMERY LLP
444 W. Lake Street, Suite 4000
Chicago, IL 60606-0029

Robert J Labate
400 South Hope Street, 8th Floor
Los Angeles, CA 90071

Neda Shapourian
Unit21, Inc.
49 Geary St. Ste 200
San Francisco, CA 94108

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 9/5/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/5/2024 | Robert N. Greenfield | */s/ Robert N. Greenfield* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |