JELENA MCWILLIAMS
1601 K STREET NW
WASHINGTON, D.C. 2006-1682
jmcwilliams@cravath.com
Tel. 1-202-869-7710

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>  Debtor. | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE'S TENTH STATUS REPORT**<br><br>DATE: September 27, 2024<br>TIME:  10:00 a.m. PT<br>PLACE:  303<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 and<br>Via ZoomGov |

TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND INTERESTED PARTIES:

I, Jelena McWilliams (the "Trustee"), the duly appointed, qualified and acting chapter 11 trustee for the estate of Debtor Synapse Financial Technologies, Inc. ("Synapse" or the "Debtor"), hereby submit my tenth "Chapter 11 Trustee's Status Report" (the "Report") and represent as follows:

## I.

## TIMELINE OF EVENTS

### A. Filing of the Chapter 11 Case and Appointment of Chapter 11 Trustee

On April 22, 2024, the Debtor filed a voluntary chapter 11 petition, schedules and statement of financial affairs.

On May 24, 2024, following a hearing, the Court entered an order appointing a chapter 11 trustee (the "Appointment Order"), and Jelena McWilliams was appointed by the U.S. Trustee as the Chapter 11 Trustee in this Chapter 11 Case (the "Case"). [Dkt. No. 196].

On June 6, 2024, the Trustee filed the "Chapter 11 Trustee's Initial Status Report" (the "Initial Report"), and, on June 7, 2024, the Trustee presented the Initial Report at a Status Conference before the Court. On June 13, 2024, the Trustee filed the "Chapter 11 Trustee's Second Status Report" (the "Second Report"), and, on June 14, 2024, the Trustee presented the Second Report at a Status Conference before the Court. On June 20, 2024, the Trustee filed the "Chapter 11 Trustee's Third Status Report" (the "Third Report"), and, on June 21, 2024, the Trustee presented the Third Report at a Status Conference before the Court. On July 2, 2024, the Trustee filed the "Chapter 11 Trustee's Fourth Status Report" (the "Fourth Report"), and, on July 3, 2024, the Trustee presented the Fourth Report at a Status Conference before the Court. On July 16, 2024, the Trustee filed the "Chapter 11 Trustee's Fifth Status Report" (the "Fifth Report"), and, on July 17, 2024, the Trustee presented the Fifth Report at a Status Conference before the Court. On July 31, 2024, the Trustee filed the "Chapter 11 Trustee's Sixth Status Report" (the "Sixth Report"), and, on August 1, 2024, the Trustee presented the Sixth Report at a Status Conference before the Court. On August 13, 2024, the Trustee filed the "Chapter 11 Trustee's Seventh Status Report" (the "Seventh Report"), and, on August 14, 2024, the Trustee presented the Seventh Report at a Status Conference before the Court. On August 29, 2024,

the Trustee filed the "Chapter 11 Trustee's Eighth Status Report" (the "Eighth Report"), and, on August 30, 2024, the Trustee presented the Eighth Report at a Status Conference before the Court. On September 12, 2024, the Trustee filed the "Chapter 11 Trustee's Ninth Status Report" (the "Ninth Report"), and, on September 13, 2024, the Trustee presented the Ninth Report at a Status Conference before the Court. Additional information about the timeline of events in this Case and the Debtor's historical business operations can be found in these previous reports.

### B.    Update on Ledger Reconciliation and Release of End User Funds

The schedules below summarize the partial distributions made by Partner Banks to Synapse-related end users since May 24, 2024. Since the Ninth Report, dated September 12, 2024:

- AMG and Lineage have made new distributions and have distributed the great majority of the funds they hold for end users. In addition,
- Evolve reports that it is progressing its reconciliation efforts and continues to expect to make distributions based on such reconciliation within 8 weeks from August 23rd, i.e., approximately October 18th.

At the time of this Report, Partner Banks are continuing reconciliation efforts and information outreach with the objective of making additional distributions of reconciled funds to end users as soon as possible. Experience to date suggests that a relatively small percentage of end user funds at Partner Bank may be subject to additional delays in distribution due to matters unrelated to reconciliation efforts, such as delays in obtaining current payment instructions for end users and returned payments.

Additionally, Evolve and Lineage have voluntarily provided their own reports with additional details of their reconciliation efforts and distributions to date, which are attached to this Report as **Exhibit A** and **Exhibit B**, respectively. The inclusion of these reports as appendices is not an endorsement by the Trustee of positions taken by any particular Partner Bank and is solely for informational purposes.

####    1.    *DDA Reconciliation and Distributions*

Since the Ninth Report, no additional DDA funds have been distributed, as detailed below. Lineage has reported the total amount of DDA funds held and distributed since May 24, 2024 based on additional reconciliation efforts. As reported previously, of the $6,401,769 aggregate DDA Funds

2

held by Evolve and Lineage on the date of the Trustee's appointment, $5,714,613, or approximately 91%, have been distributed to date, with $575,235, or approximately 9%, remaining to be distributed.

| | **DDA Funds Summary**[1] | | | | |
|---|---|---|---|---|---|
| | **American Bank** | **AMG National Trust** | **Evolve Bank and Trust** | **Lineage Bank** | **Total Funds** |
| **Funds Held on May 24, 2024** | N/A | N/A | $6,013,000 | $276,849 | $6,289,849 |
| **Funds Distributed as of June 21, 2024** | N/A | N/A | $5,369,000 | $198,601 | $5,567,601 |
| **Funds Distributed as of September 26, 2024** | N/A | N/A | $5,492,857 | $221,756 | $5,714,613 |
| **Remaining Funds on September 26, 2024** | N/A | N/A | $520,143 | $55,092 | $575,235 |

Partner Banks have reported that the status and issues related to distributions of DDA funds remains the same from the Ninth Report, as detailed below.

| | **DDA Funds Distributions Progress** | | |
|---|---|---|---|
| | **Funds Held on May 24, 2024** | **Total Funds Distributed as of September 26, 2024** | **Percentage of Funds Distributed** |
| **American Bank** | N/A | N/A | N/A |
| **AMG National Trust** | N/A | N/A | N/A |
| **Evolve Bank and Trust** | $6,013,000 | $5,492,857 | 91% |
| **Lineage Bank** | $276,849 | $221,756 | 80% |
| **Total DDA Funds** | $6,289,849 | $5,714,613 | 91% |

- Evolve reports that is continues to work to distribute additional DDA funds, but progress continues to be slow because 4 Fintech Partners have not responded to outreach for balance verification and payment instructions: Namebase, Trim, Unest and SeedFi. Evolve reports that it is in communication with Fintech Partners Donut, Grabr and Homebase to investigate if any DDA funds associated with these platforms are held

---

[1] Partner Banks have reported to the Trustee certain numbers in approximations.

at Evolve. Evolve is also awaiting payment instructions to reprocess approximately $900 in returned payments.

- Lineage has DDA distributions to date of $221,277 to end users, representing 80% of the DDA funds held at Lineage as of May 24, 2024. The remaining 20% (approximately $55,000) are not end user funds but rather funds held for the platforms themselves.

- Neither American Bank nor AMG holds any DDA funds for Synapse end users.

The Trustee is not aware of any reported shortfall between cash held in DDAs at the Partner Banks and the amounts owed to DDA end users as shown on the Synapse trial balances. The Trustee believes that Partner Banks should be able to successfully repay the remaining DDA funds in the near future.

### 2. *FBO Account Reconciliation and Distributions*

Since the Ninth Report, an additional $97,810 in FBO funds has been distributed by AMG and an additional $9,825 in FBO funds has been distributed by Lineage. Lineage has also reported updated total FBO funds held and distributed since May 24, 2024 as a result of additional reconciliation efforts. No other FBO funds have been distributed by other Partner Banks, as detailed below. Overall, of the $219,077,467 aggregate FBO Funds held by AMG, American Bank, Evolve and Lineage on the date of the Trustee's appointment, $165,343,349, or approximately 75%, have been distributed to date, with $53,734,118, or approximately 25%, remaining to be distributed.

| | American Bank | AMG National Trust | Evolve Bank and Trust | Lineage Bank | Total Funds |
|---|---|---|---|---|---|
| **FBO Funds Summary[2]** | | | | | |
| **Funds Held on May 24, 2024** | $43,339 | $110,290,040 | $46,926,558 | $61,817,530 | $219,077,467 |
| **Funds Distributed as of May 24, 2024** | $0 | $55,000,000 | $0 | $0 | $55,000,000 |

---

[2] Partner Banks have reported to the Trustee certain numbers in approximations.

| | | | | | |
|---|---|---|---|---|---|
| **Funds Distributed as of July 2, 2024** | $0 | $100,769,819 | $0 | $0 | $100,769,819 |
| **Funds Distributed as of July 16, 2024** | $0 | $104,025,366 | $0 | $0 | $104,025,366 |
| **Funds Distributed as of July 31, 2024** | $0 | $105,026,528 | $0 | $0 | $105,026,528 |
| **Funds Distributed as of August 14, 2024** | $0 | $106,070,956 | $0 | $0 | $106,070,956 |
| **Funds Distributed as of August 29, 2024** | $0 | $109,270,681 | $0 | $49,200,617 | $158,471,298 |
| **Funds Distributed as of September 12, 2024** | $0 | $109,448,277 | $0 | $55,787,437 | $55,787,437 |
| **Funds Distributed as of September 26, 2024** | $0 | $109,546,087 | $0 | $55,797,262 | $165,343,349 |
| **Remaining Funds on September 26, 2024** | $43,339 | $743,953 | $46,926,558 | $6,020,268 | $53,734,118 |

Partner Banks have reported the status and issues related to distributions of FBO funds as detailed below.

| **FBO Funds Distributions Progress** | | | |
|---|---|---|---|
| | **Funds Held on May 24, 2024** | **Total Funds Distributed as of September 12, 2024** | **Percentage of Funds Distributed** |
| **American Bank** | $43,339 | $0 | 0% |
| **AMG National Trust** | $110,290,040 | $109,546,087 | 99% |
| **Evolve Bank and Trust** | $46,926,558 | $0 | 0% |
| **Lineage Bank** | $61,817,530 | $55,797,262 | 90% |
| **Total Funds** | $219,049,826 | $165,031,397 | 75% |

- As of September 26, 2024, American Bank holds approximately $42,339.67 of potential commercial end user funds. American Bank has informed the Trustee that it is investigating the status of these funds and hopes to work with Partner Banks to verify the funds in the near future.

- As of September 26, 2024, AMG has paid out $109,546,087 **(**99% of total FBO funds held by AMG**)** for the benefit of over 90,000 end users, either paid directly to end users or to custodial banks for user check payments or operating Fintech Partners' credit to end users. Of the total payments, AMG has paid out 100% of balances (~$89.1 million) for 12 Fintech Partners and their over 85,000 users and has made partial payments (~$20.4 million) for an additional 10 Fintech Partners and their over 5,000 users. AMG has $743,953 in FBO funds left to distribute on behalf of 10 Fintech Partners and their over 9,600 end users (includes Fintech Partners where only partial payments were made and where issues with distributions exist). AMG also is working on reprocessing return payments of approximately $89,000. AMG will continue to work with fintech platforms to process distributions and is awaiting payment instructions for all remaining balances. AMG holds funds of $1.00 or less without current payment information for approximately 5,200 (53%) remaining end users. End users are encouraged to make sure their fintech platform provider has current payment information regardless of the size of the balance. Yotta and MainVest end users who have received emails or phone calls from AMG are encouraged to contact AMG promptly. AMG also holds approximately $72,000 for unidentified Synapse Brokerage FBO customers and $150,845.19 in unallocated interest associated with Synapse

6

- Brokerage sweep network deposits, which was transferred into AMG FBO Accounts on June 7, 2024.

- As of September 26, Lineage has paid out $55,797,262 for the benefit of 6,006 end users, which represents 90% of the total FBO funds held at Lineage on May 24, 2024. For the remaining funds, Lineage is working diligently to complete reconciliation and obtain payment instructions to make distributions.

- Evolve reports that it is continuing its reconciliation efforts before it will be able to make distributions of FBO funds. Evolve estimates they will be able to begin making distributions of FBO funds 8 weeks after August 23, 2024 (the date its data collection efforts were complete), i.e., approximately October 18th. Since the last report, the Trustee and her Advisors are continuing to work diligently with Evolve and its consultants, including Ankura, to provide data and other support in order to accelerate Evolve's data collection and reconciliation.

- There is no update to the aggregate $65 million to $95 million estimated shortfall since the Ninth Status Report.

C. **Further Reconciliation Efforts**

1. *Analysis of Synapse Data Provided to Partner Banks*

The Trustee and her advisors have collected and made available to the Partner Banks all Synapse's ledger records, data and systems on a confidential and read-only basis to facilitate reconciliation to the Partner Banks. The Trustee and her advisors are working continuously and closely with the Partner Banks to facilitate additional data sharing and navigating Synapse systems.

Since the Ninth Report, the Trustee and her advisors have extensively investigated and evaluated the Synapse data and services on the Amazon Web Service (AWS) platform and are working with parties in interest to preserve the level of services required to complete the reconciliation process while concurrently eliminating unnecessary AWS services to reduce the accumulation of administrative expense.

2. *Communications among Partner Banks and with End Users and Fintech Platforms*

The Trustee is continuing to facilitate communication among the Partner Banks and Fintech Partners and other parties in interest to reconcile individual end user accounts, obtain payment instructions, establish workarounds and resolve other reconciliation and distribution questions.

D.   **Estate Expenses**

The Trustee and her advisors are continuing to identify and implement administrative operating cost reductions while preserving data key to reconciliation efforts and value for the estate in light of a potential asset sale. The Trustee and her advisors continue to dedicate substantial efforts towards developing a plan to descale and either have obligations to such service providers assumed in connection with a sale of Debtor assets or terminate the systems, in either case seeking to minimize disruption to the reconciliation and distributions process.

E.   **Meetings with Parties in Interest**

Since September 13, 2024, the Trustee and her advisors have had follow-up meetings and communications with known parties in interest as well as initial meetings and communications with additional constituents.

1.   *Bank Partners*

The Trustee and her advisors continue to have open lines of communication with the Partner Banks and their respective counsel, individually and collectively. The purpose of these communications has been to discuss progress and issues that have arisen in the reconciliation process and to identify Synapse systems that are necessary to conclude the reconciliation process so that non-essential systems can be scaled back or terminated to reduce expenses.

2.   *Debtor's Former Officers, Key Employees and Contractors*

The Trustee and her advisors have continued to have an open line of communication with former Synapse officers regarding historical operations of Synapse and its relationship with Partner Banks, technical matters relating to the operations of the Synapse system.

3.   *End Users*

The Trustee continues to have meetings and communications with affected end users, the purpose of which has been to connect end users with Partner Banks and to respond to inquiries about reconciliation progress.

### 4. *Vendors and Suppliers*

The Trustee continues to receive and catalogue in-bound communications from creditors with unpaid invoices. The Trustee's advisors are continuing to communicate with certain key vendors to ensure records preservation and plan efficient data transition. The Trustee and her advisors intend to continue to work constructively with vendors to reduce expenses of services with the goal of having a purchaser assume historical and go-forward obligations to key vendors or otherwise wind-down services. The Trustee appreciates their cooperation to date and their continued cooperation until all the Debtor's records and information can be properly retained.

### F. Asset Sale

The Trustee plans to file a Sale Motion and Bidding Procedures Motion by September 30, 2024 to formalize a sale process to receive the highest and best bid for some or all assets of the Debtor's estate. Over the past months, the Trustee has received inbound inquiries to purchase assets of the Debtor's estate. However, the Trustee and her advisors determined that it would be unduly burdensome and risky to effectuate a sale and transfer control of key Synapse systems while the Trustee and her advisors have been focused on facilitating Partner Banks' reconciliation efforts, as well as needing to gain access to the many password protected data and Synapse operating system files that a buyer would reasonably require to perform due diligence. Notwithstanding, the Trustee and her Advisors have been in communication with parties that have expressed preliminary interest in anticipation of sale process. With an end to the need for the Trustee's facilitation of the reconciliation process in sight and subject to the Court's Order, B. Riley will lead an expedited sale process of Synapse assets with the objective of maximizing value for the Estate.

### G. Conversion

The Trustee believes this Case should remain in chapter 11 for the time being and, as of the time of this Report, is not seeking conversion to chapter 7.

## II.

## CONCLUSION AND RECOMMENDATION

The Trustee continues to facilitate the Partner Banks' additional efforts with regard to reconciliation, settlement payments among banks and identifying the sources of any shortfalls. The

Trustee and her advisors are working with Partner Banks and key vendors to collect and preserve Synapse records across platforms used by Synapse. These efforts will facilitate further reconciliation. B. Riley is preparing to execute the sale process strategy and information materials to facilitate a potential asset sale.

The Trustee will present the foregoing at the Status Conference scheduled for September 13, 2024, at 10:00 a.m. Pacific Time. Taking into account the estimated reconciliation timelines and subject to the preference of the Court, the Trustee respectfully proposes to hold the next Status Conference shortly after Evolve's anticipated completion of reconciliation, early in the week of October 21, 2024.

DATED: September 26, 2024

**JELENA MCWILLIAMS
CHAPTER 11 TRUSTEE**

By: */S/ Jelena McWilliams*
Jelena McWilliams
Chapter 11 Trustee

###

# Exhibit A

**<u>Evolve Bank & Trust: Update on Ledger Reconciliation and Release of End User Funds</u>**

Evolve Bank & Trust ("Evolve" or "Bank") is providing this update to the Trustee and parties in interest documenting the Bank's progress in performing a reconciliation that, once completed, will enable Evolve to distribute end user funds in its possession in a safe and sound manner, and in compliance with applicable law.

The Bank continues to engage Ankura Consulting Group ("Ankura") to perform a reconciliation that will inform the Bank's distribution of approximately $46 million in funds belonging to end users of Synapse Brokerage LLC ("Synapse Brokerage"). Synapse Brokerage is a subsidiary of the bankrupt entity Synapse Financial Technologies, Inc. ("Synapse"). As noted in prior updates, the Synapse Brokerage end user funds held by Evolve are related to the Bank's payment processing activities for Synapse Brokerage end users following their fintech platforms' migration from Evolve to Synapse Brokerage in Fall 2023. The Bank additionally holds approximately $35.3 million in reserve funds that it will distribute to end users if the reconciliation determines that such distribution is appropriate.

The reconciliation, which has been underway for weeks and is on track for completion by October 18, 2024, is necessary because Synapse failed to satisfy its contractual obligation to maintain, and to provide to Evolve, a complete and accurate ledger. As previously disclosed to the Trustee, the Bank has identified significant irregularities in Synapse's ledgers that indicate the account balances set forth therein are materially inaccurate, and cannot be used as the basis for distributing funds to end users. The reconciliation that Ankura is performing will determine (1) which Synapse Brokerage end users have funds at Evolve, and (2) for those Synapse Brokerage end users with funds at Evolve, how much is owed to each end user.

In parallel with Ankura's reconciliation work, Evolve is preparing to make the appropriate distributions as quickly as possible following the completion of the reconciliation work. To that end, the Bank is currently in the process of engaging a third-party administrator to assist with implementing Evolve's distribution plan. Key responsibilities of the administrator will include validating end users' identity and account information so funds are distributed as efficiently and accurately as possible. Evolve is committed to clear and proactive communication with Synapse Brokerage end users and fintech partners throughout the distribution process.

Evolve appreciates the patience of all impacted parties as the reconciliation proceeds, and will continue to provide updates on the Bank's website at https://www.getevolved.com/synapse-bankruptcy-update/.

# Exhibit B

**Lineage Bank**
**Status Update**
**September 26, 2024**

The Synapse-linked FBO funds held at Lineage Bank ("Lineage") are the subject of Lineage's ongoing reconciliation efforts. Many end users who were associated with the Synapse Financial Technologies ("Synapse") platform are still unable to access their funds due to the sudden financial collapse of Synapse, and Lineage acknowledges the frustration and hardship this situation has created for many. Lineage remains committed to resolving these issues as swiftly and accurately as possible and submits this Status Report to update all parties on its Synapse-related reconciliation efforts.

## Background

Lineage terminated its contract with Synapse in March of 2024, and was winding down its relationship when Synapse filed bankruptcy. Lineage operated primarily as a third-party payment processor for Synapse. Consequently, Lineage did not have direct relationships or account agreements with the end-users of Synapse's fintech platform customers. Simply put, Lineage originated ACH and wire transfers based on money movement instructions it received from Synapse. Lineage has reconciled the cash that it processed at the direction of Synapse against the Federal Reserve's records. Lineage's cash balance of FBO funds reconciles with the Federal Reserve's records. However, the final trial balance that Synapse generated during its final hours attributes a different purported FBO account balance to Lineage than the actual cash balance at Lineage that has been verified against the Federal Reserve's records and contains other deficiencies and contradictions.

Due to the issues with Synapse's final trial balance, Lineage has been forced to undertake to reconcile end user accounts and calculate end user balances based on the information that has been made available to it by the Trustee through the bankruptcy process. Lineage engaged, at its

own expense, a former Synapse engineer familiar with Synapse's systems to access the Synapse accounting databases to assist with recovering, preserving and analyzing the Synapse data. Since Lineage first obtained access to Synapse's critical accounting databases, it has worked with great effort to collect and preserve Synapse's available data for the benefit of all affected parties. Unfortunately, this process has been complicated and time-consuming given the significant attention to detail required in these unprecedented circumstances.

### Update on Lineage's Reconciliation Efforts[1]

Despite multiple and substantial complications, some of which have been outlined in previous filings, Lineage continues to make material progress in its reconciliation efforts. Given the magnitude and complexity of the tedious task of analyzing the millions of transactions required for the reconciliation project, there remains substantial work to be done.

Lineage has recently distributed approximately $23,155 in Lineage DDA funds to end users, bringing the total DDA funds distributed by Lineage to date to $221,757, representing roughly 80% of the DDA funds that were held at the bank when the Trustee was appointed. The remaining DDA funds at Lineage belong to a platform and are not end user funds. Lineage has also recently distributed approximately $9,825 of Synapse-linked FBO funds to end users since the last status hearing on September 13, 2024. Lineage's recent distributions bring the total distributions of FBO funds by Lineage to Synapse-linked end users to approximately $55,797,262, representing roughly 90% of the Synapse-linked FBO funds that were held at the bank when the Trustee was appointed. Lineage will continue working to restore the remaining Synapse-linked funds held at Lineage to their rightful owners as soon as possible.

---

[1] The figures reported herein exclude any distributed funds that may have been returned and which are in the process of being reissued.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Cravath, Swaine & Moore LLP, 2 Manhattan West, 375 Ninth Avenue, New York, NY 10001

A true and correct copy of the foregoing document entitled (*specify*):  _____
CHAPTER 11 TRUSTEE'S TENTH STATUS REPORT_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/26/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Raymond O Aghaian     raghaian@kilpatricktownsend.com, ndelman@kilpatricktownsend.com;moroberts@ktslaw.com
Ron Bender     rb@lnbyg.com
David A Berkley     david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
J Scott Bovitz     bovitz@bovitz-spitzer.com
Rudy J Cerone     rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com
Sara Chenetz     schenetz@perkinscoie.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
Russell Clementson     russell.clementson@usdoj.gov
Andrew Michael Cummings     andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
Michael G. Farag     mfarag@gibsondunn.com
Paul R. Glassman     pglassman@stradlinglaw.com
Nicholas Christian Glenos     cglenos@bradley.com
Michael H Goldstein     mgoldstein@goodwinprocter.com, ASchaefer@goodwinlaw.com
Michael I. Gottfried     mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
Steven T Gubner     sgubner@bg.law, ecf@bg.law
Ralph P Guenther     rguenther@guentherlawgroup.com
Robert T. Honeywell     robert.honeywell@klgates.com
Lance N Jurich     ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
Monica Y Kim     myk@lnbyg.com, myk@ecf.inforuptcy.com
Jeffrey C Krause     jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
William J Levant     wlevant@kaplaw.com, wlevant@gmail.com
Adam A Lewis     alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
Jelena McWilliams (TR)     jmcwilliams@cravath.com, mao@cravath.com
Krikor J Meshefejian     kjm@lnbyg.com
Fred Neufeld     fneufeld@stradlinglaw.com, tingman@sycr.com
Valerie Bantner Peo     vbantnerpeo@buchalter.com
David M Poitras     dpoitras@bg.law
Holly Roark     holly@roarklawoffices.com, courtnotices@roarklawoffices.com
Paul M Rosenblatt     prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
Brandy A Sargent     brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
Callan C Searcy     bk-csearcy@texasattorneygeneral.gov
Zev Shechtman     Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com
Jason D Strabo     jstrabo@mwe.com, jbishopjones@mwe.com
United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

Jeffrey C Wisler    jwisler@connollygallagher.com, dperkins@connollygallagher.com
Claire K Wu    claire.wu@pillsburylaw.com, irene.hooper@pillsburylaw.com;docket@pillsburylaw.com
Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9/26/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 9/26/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/26/2024 | Robert N. Greenfield | /s/ *Robert N. Greenfield* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**