1  ZEV M. SHECHTMAN (Cal Bar No. 266280)
   *Zev.Shechtman@saul.com*
2  SAUL EWING LLP
   1888 Century Park East, Suite 1500
3  Los Angeles, California 90067
   Telephone: (310) 255-6100
4  Facsimile: (310) 255-6200

5

6  Applicant as Local Counsel for Official
   Committee of Unsecured Creditors of Synapse
   Financial Technologies, Inc.

7

8

**UNITED STATES BANKRUPTCY COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**

10

11

| | |
|---|---|
| In re | Case No. 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor. | **FIRST AND FINAL APPLICATION OF SAUL EWING LLP AS LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 7, 2024 THROUGH SEPTEMBER 5, 2024; DECLARATIONS OF ZEV M. SHECHTMAN AND HEATHER ELIZABETH SAYDAH IN SUPPORT THEREOF** |
| | DATE: TBD |
| | TIME: TBD |
| | PLACE: Courtroom "303" 21041 Burbank Blvd, Woodland Hills, California, 91367 |

26  **TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY**

27  **JUDGE, THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, AND**

28  **INTERESTED PARTIES:**

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

Saul Ewing, LLP ("Saul Ewing" or the "Applicant"), local counsel to the Official Committee of Unsecured Creditors ("the "Committee") of Synapse Financial Technologies, Inc. (the "Debtor"), hereby submits this First and Final Application for Final Compensation and Reimbursement of Expenses for the period from May 7, 2024 through September 5, 2024 (the "Application"), pursuant to section 330 of the Bankruptcy Code.

I.

**INTRODUCTORY STATEMENT**

Local Bankruptcy Rule 2016-1(a) sets forth certain requirements that a professional must satisfy in order to obtain an award for fees and costs. Additional standards for the review of fee applications are set forth in the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Compensation Guidelines"). Cases interpreting sections 330 and 331 of the Bankruptcy Code have required that courts consider the twelve factors that the Ninth Circuit Court of Appeals articulated in *Kerr v. Screen Extras Guild*, 526 F.2d 67, 70 (9th Cir. 1975), *cert. denied*, 425 U.S. 951, 96 S.Ct. 726 (1976). The Ninth Circuit's primary method used to determine the reasonableness of fees is to calculate the "lodestar." *In re Charles Russell Buckridge, Jr.*, 367 B.R. 191, 201 (C.D. Cal. 2007). The lodestar is ascertained by multiplying the number of hours reasonably expended by a reasonable hourly rate. *Law Offices of David A. Boone v. Derham-Burk (In re Eliapo)*, 468 F.3d 592, 598 (9th Cir. 2006). As set forth more fully herein, this Application complies with all statutory guidelines and Court requirements.

II.

**BACKGROUND FACTS**

On April 22, 2024 (the "Petition Date"), the Debtor filed its voluntary Chapter 11 petition, schedules and statement of financial affairs. That same day, the Debtor filed an emergency motion for an order approving the sale of all its assets. In its sale motion, the Debtor represented that it is a technology company and "has proprietary technology and software which essentially allows

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

financial technology platforms called 'fintechs' to provide certain financial products and services to the fintechs' customers (referred to as end users or depositors) through certain banking providers and financial technology providers." Docket no. 8.

However, the sale fell through and the Debtor allegedly ran out of funding.  What followed was a disruption of services to the Debtor's customers.  This resulted in many end users being unable to access their funds.

On May 1, 2024, the Office of the United States Trustee ("U.S. Trustee" or "OUST") appointed Kroll Associates, Inc and Mercury Technologies, Inc. as the Official Committee of Unsecured Creditors (the "Committee") pursuant to 11 U.S.C. § 1102.  Subsequently, the Committee met and selected Boies Schiller Flexner, LLP as its lead counsel and on or about May 7, 2024 the Committee selected Saul Ewing as its local counsel.

In light of the Debtor's worsening situation and resulting challenges for creditors and end users, on May 15, 2024, the U.S. Trustee filed a motion to convert or appoint a chapter 11 trustee. Thereafter, the Court granted the U.S. Trustee's request and appointed Jelena McWilliams as the Chapter 11 Trustee (the "Trustee").  The Trustee has retained her firm, Cravath, Swaine & Moore, LLP as her lead counsel, and Keller Benvenutti Kim, LLP as local and conflicts counsel.

After careful consideration, in late August 2024, in light of the Trustee's role advancing the interests of creditors and end users in what is presently an administratively insolvent bankruptcy estate, the Committee members submitted their resignations.  On September 5, 2024, the U.S. Trustee filed a notice of dissolution of the Committee.

### III.
### EMPLOYMENT OF SAUL EWING

On May 31, 2024, the Committee filed an *Application of the Official Committee of Unsecured Creditors for Order Authorizing Employment of Boies Schiller Flexner LLP and Saul Ewing LLP as Bankruptcy Counsel Effective as of May 7, 2024.*  Docket No. 229.

On July 3, 2024,  the Court Entered  its *Order Approving Application of the Official Committee of Unsecured Creditors for Order Authorizing Employment of Boies Schiller Flexner*

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

*LLP and Saul Ewing LLP as Bankruptcy Counsel*.  Docket No. 303.

## IV.

## SAUL EWING'S PREVIOUSLY FILED FEE APPLICATIONS

This is Applicant's first and final fee application.  No retainer or other compensation has been paid to Applicant to date. There is no provision or agreement for payment to Applicant in this case, except from this estate in such sums as the Court may allow**.**

## V.

## SUMMARY OF COMPENSATION

By this Application, Saul Ewing seeks entry of an order allowing compensation on a final basis in the amount of $26,509.50 for reasonable and necessary fees for the period from May 7, 2024 to September 5, 2024  (the "Application Period").  Applicant requests all approved fees be paid at this time on a final basis.

## VI.

## Disclosure of Retainer

No retainer has been or was paid to Saul Ewing.

## VII.

## Funds on Hand [LBR 2016-1(a)(1)(A)(iii)]

At this time, this information is not available to Applicant and the Application will be supplemented once that information is received.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# VIII.

## Exhibits

The following exhibits in support of this application are attached:

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| "1" | Detailed billing records of time spent by each professional for Applicant during the Application Period, including a breakdown by activity code (includes Schedule of hourly rates for each professional rendering services in this case during the Application Period) |
| "2" | Monthly summaries of fees incurred in this case during the Application Period. |
| "3" | Aggregate summaries of fees incurred in this case during the Application Period. |
| "4" | Detailed biographies of each professional employed by Applicant. |
| "5" | Copy of order authorizing applicant's employment as general counsel to the Committee entered on July 3, 2024 (docket no. 303). |

# IX.

## NARRATIVE STATEMENT OF SERVICES RENDERED AND TIME EXPENDED [LBR 2016-1(A)(1)(D) – (K)]

Pursuant to the Compensation Guidelines and Local Bankruptcy Rule 2016-1(a)(1)(D), Applicant has classified all services performed for which compensation is sought for the First and Final Period into one of several major categories. Applicant attempted to place the services performed in the category that best relates to the service provided. However, because certain services may relate to more than one category, services pertaining to one category may in fact be included in another category. The details of Applicant's services in this case are set forth in Exhibit "1." Without limiting the detail provided in Exhibit "1," Applicant provides the following narrative summary:

### A.    Meeting of Creditors ("B150")

Time in this category relates to communications and status updates with the Committee

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1  regarding the progress of this case.

2      In particular, Applicant conferred with the Committee on the Debtor's *Emergency Motion*

3  *For an Order (A) Approving Sale of Substantially all of the Debtor's Assets Free and Clear of all*

4  *Liens, Claims, Encumbrances and Interests; (B) Approving of Debtor's Assumption and*

5  *Assignment of Certain Executory Contracts* and *Unexpired Leases and Determining Cure*

6  *Amounts* which was scheduled for hearing on May 9, 2024. Applicant prepared for and attended

7  the hearing thereon and advised the Committee and lead counsel regarding its outcome. The

8  hearing was continued to May 13, 2024 and subsequently continued to June 7, 2024. Applicant

9  prepared for and attended both continued hearings via Zoom.

10      Early in the engagement, Applicant worked with lead counsel to attempt negotiations with

11  the Debtor and secured creditors. Applicant also communicated directly with the Debtor's counsel

12  about the status of the case.

13      Applicant reviewed the docket and pleadings to monitor the status of the proceedings in

14  order to provide up to date information to the Committee.

15      Applicant, together with lead counsel, had several video conferences and other

16  communications with the Committee members throughout the engagement.

17      During the Application Period, Saul Ewing expended 13.6 hours on this category valued

18  at $9,860.00.

19

20  **B.    Case Administration ("B110")**

21      On or about May 24, 2024, the Court authorized the appointment of a Chapter 11 Trustee.

22  The OUST appointed Jelena McWilliams as the Chapter 11 Trustee ("Trustee"). Applicant,

23  together with lead counsel, discussed the case with the Trustee and provided the Trustee and her

24  counsel with the Committee's background and perspective. Applicant advised the Committee

25  about its communications with the Trustee. On June 8, 2024, Applicant attended a video

26  conference with the Trustee and the Committee to discuss the case.

27      On behalf of the Committee, Applicant prepared for and attended status conferences via

28  Zoom and advised the Committee and lead counsel of their outcomes.

1    Overall, Applicant had a number of video meetings and communications with the

2  Committee members regarding the progress of the case.

3    During the Application Period, Saul Ewing expended 12.30 hours on this category, valued at

4  $8,803.50.

5

6  **C.    Fee/Employment Application ("B160")**

7    Applicant prepared its own employment application and the notice thereof. After the time

8  passed for objections, Applicant reviewed the docket and prepared the declaration of non-opposition

9  and lodged the order thereon, which was entered on or about July 3, 2024. Exhibit "5".

10    During the Application Period, Saul Ewing expended 19.30 hours on this category, valued at

11  $7,846.00.

12

13                                  **X.**

14                  **Summary of Fees by Professionals**

15    The following is a summary of the fees for each professional who rendered services in this

16  case:

| Attorneys | Year of Service | Normal Hourly Billing Rate (at time of services) | Hours | Extension (hours x rate) |
|---|---|---|---|---|
| Zev Shechtman | 2024 | $725.00 | 28.10 | $20,372.50 |
| Ryan Coy | 2024 | $385.00 | .1 | $38.50 |
| Lucian Murley | 2024 | $645.00 | 1.0 | $645.00 |
| Paralegals | | | | |
| Shelly Guise | 2024 | $345.00 | 14.1 | $4,864.50 |
| Karla S. Hernandez Paulin | 2024 | $310.00 | 1.9 | $589.00 |
| **Total** | | | **45.20** | **$26,509.50** |

25    The rates provided are the normal hourly rates that Applicant charges to its regularly

26  paying non-bankruptcy clients for similar services. The blended hourly rate for Applicant's

27  attorneys who rendered services for the Committee is $721.10, the blended rate for all

28  professionals is $586.49.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52992286.6
391391-00001                              7

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## XI.

### Factors Affecting the Award of Compensation

This is currently an administratively insolvent case.  Despite uncertainty of payment, Applicant became engaged to assist the Committee in its role for the benefit of the unsecured creditors.

Applicant did not receive a retainer payment when it accepted employment in this case. Applicant truly accepted this engagement on a contingency basis. Nevertheless, Applicant took prompt action and performed vital and important services in this case, all of which were necessary and of value to the estate.

Applicant has utilized its experience and expertise in this case in a variety of matters and issues including representing debtors, creditors, committees and trustees. Applicant, and each of its partners and associates who rendered services to the Committee, specializes in the areas of insolvency, commercial law and reorganization.

Resumes for the professionals who rendered services for the Committee in this case are contained in the attached Exhibit "4."

## XII.

### No Sharing of Compensation

No agreement, directly or indirectly, and no understanding exists for a division of any compensation awarded herein between Applicant and any other persons contrary to the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or applicable provisions of state law.

## XIII.

### Compliance with Guidelines of United States Trustee

Applicant's records for time and costs billed to the Committee are maintained in the format required by Guidelines of the Office of the United States Trustee, except that costs could not be attributed to separate activity codes under Applicant's computerized billing system for most of the

1  Application Period.  As indicated by the attached declaration, the Committee has reviewed, and

2  has no unresolved concerns about, this Application.

3

4                                    **XIV.**

5                                    **<u>Prayer</u>**

6          WHEREFORE, Applicant requests that the Court award it, on a final basis, fees totaling

7  $26,509.50 incurred during the Application Period.  Applicant also requests that the Court

8  authorize the Debtor to pay Applicant its approved, but unpaid fees, on a final basis.  Applicant

9  further prays for all other appropriate relief.

10

11  DATED:  October 9, 2024                    SAUL EWING LLP

12

13                                    By:    _/s/ Zev Shechtman_____

14                                           ZEV SHECHTMAN
                                             Attorneys for The Official Committee of
15                                           Unsecured Creditors

16

17

18

19

20

21

22

23

24

25

26

27

28

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## **DECLARATION OF ZEV M. SHECHTMAN**

I, Zev M. Shechtman, declare as follows:

1.    I am an attorney, duly licensed and entitled to practice law in the State of California and before this Court. I am a principal of a professional corporation that is a partner in the law firm of Saul Ewing, LLP ("Saul Ewing"), the duly employed attorneys for the Official Creditors' Committee in this case.

2.    I have personal knowledge of the facts in this declaration and, if called as a witness, could testify competently to these facts.

3.    I have reviewed the within First and Final Application for Award of Compensation and Reimbursement of Expenses of Saul Ewing, LLP as General Counsel for the Official Committee of Unsecured Creditors (the "Application"). The facts stated therein are true of my own knowledge, except such matters as may be stated upon information or belief, which I believe to be true.

4.    I believe that Applicant's records for time billed comply with the format required by the Guidelines of the Office of the United States Trustee, except as disclosed and justified in the application.

5.    I have reviewed the requirements of Local Bankruptcy Rule 2016-1 and believe that the application complies with that rule.

Executed on October 9, 2024, at Los Angeles, California.

_/s/ Zev M. Shechtman_
Zev M. Shechtman

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1    **DECLARATION OF HEATHER ELIZABETH SAYDAH**

2    I, Heather Elizabeth Saydah, declare as follows:

3    1.    I am the Chief Counsel for Americas Risk Advisory at Kroll Associates Inc.,

4 Former Committee Chairperson of the Official Committee of Unsecured Creditors of Synapse

5 Financial Technologies, Inc.

6    2.    I have personal knowledge of the facts in this declaration and, if called as a witness,

7 could testify competently to these facts.

8    3.    I have reviewed the within First and Final Application for Award of

9 Compensation and Reimbursement of Expenses of Saul Ewing, LLP as Local General Counsel for

10 the Official Committee of Unsecured Creditors (the "Application").

11    4.    I have no objection to the Application.

12

13    Executed on October _3_, 2024, at New York, New York.

14

15

16    Heather Elizabeth Saydah

17

18

19

20

21

22

23

24

25

26

27

28

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# EXHIBIT 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/8/2024 | Shechtman, Zev M. | B110_2 | emails and conferences with committee counsel and finalize notice of appearance and limited objection re sale | $725.00 | 2.50 | $1,812.50 |
| 5/9/2024 | Shechtman, Zev M. | B110_2 | t/c with B. Sharp re potential case | $725.00 | 0.20 | $145.00 |
| 5/9/2024 | Shechtman, Zev M. | B110_2 | attend hearing on sale motion | $725.00 | 1.00 | $725.00 |
| 5/9/2024 | Shechtman, Zev M. | B110_2 | teleconference with lead counsel re status hearing today | $725.00 | 0.40 | $290.00 |
| 5/9/2024 | Shechtman, Zev M. | B110_2 | t/c with B. Sharp re potential trustee position | $725.00 | 0.20 | $145.00 |
| 5/9/2024 | Shechtman, Zev M. | B110_2 | exchange emails with lead committee counsel | $725.00 | 0.20 | $145.00 |
| 5/9/2024 | Shechtman, Zev M. | B110_2 | emails re continued hearing | $725.00 | 0.20 | $145.00 |
| 5/9/2024 | Shechtman, Zev M. | B110_2 | review and reply to emails re case status | $725.00 | 0.10 | $72.50 |
| 5/10/2024 | Shechtman, Zev M. | B110_2 | exchange emails with F. Merola re conversion of case | $725.00 | 0.20 | $145.00 |
| 5/10/2024 | Murley, Lucian B. | B110_2 | Review docket of chapter 11 case, including cash collateral briefing and sale motion | $645.00 | 1.00 | $645.00 |
| 5/10/2024 | Shechtman, Zev M. | B110_2 | review pleadings | $725.00 | 0.20 | $145.00 |
| 5/12/2024 | Shechtman, Zev M. | B110_2 | review pleadings re case updates | $725.00 | 0.40 | $290.00 |
| 5/13/2024 | Shechtman, Zev M. | B110_2 | t/c R. Clementson re status | $725.00 | 0.20 | $145.00 |
| 5/13/2024 | Shechtman, Zev M. | B110_2 | zoom with debtor's counsel re status of case | $725.00 | 0.50 | $362.50 |
| 5/13/2024 | Shechtman, Zev M. | B110_2 | conf with P. Glassman re status of case | $725.00 | 0.50 | $362.50 |
| 5/13/2024 | Shechtman, Zev M. | B110_2 | review and reply to multiple emails re appointment of trustee | $725.00 | 0.40 | $290.00 |
| 5/14/2024 | Shechtman, Zev M. | B110_2 | videoconf with Trustee and Trustee staff, Kroll and J. Kucera re case background and issues | $725.00 | 1.00 | $725.00 |
| 5/14/2024 | Shechtman, Zev M. | B110_2 | debrief zoom with P. Parizek re meeting with trustee | $725.00 | 0.20 | $145.00 |
| 5/18/2024 | Shechtman, Zev M. | B110_2 | conf with L. Murley re meeting with trustee | $725.00 | 0.10 | $72.50 |
| 5/18/2024 | Shechtman, Zev M. | B110_2 | review email from B. Waisbren to trustee's counsel | $725.00 | 0.10 | $72.50 |
| 5/20/2024 | Shechtman, Zev M. | B110_2 | attend status conference (via zoom) | $725.00 | 1.30 | $942.50 |
| 5/20/2024 | Shechtman, Zev M. | B110_2 | review and reply to emails from B. Waisbren re status conference and case status | $725.00 | 0.20 | $145.00 |
| 5/20/2024 | Shechtman, Zev M. | B110_2 | monitor status conference | $725.00 | 1.00 | $725.00 |
| 5/20/2024 | Shechtman, Zev M. | B110_2 | exchange emails with lead counsel re hearing | $725.00 | 0.10 | $72.50 |
| 5/20/2024 | Coy, Ryan | B110_2 | Discuss and strategize with Z. Shechtman, S. Guise, and H. Richmond re status and plan for case | $385.00 | 0.10 | $38.50 |
| | | | **Subtotal for Case Administration** | | 12.30 | $8,803.50 |
| 5/20/2024 | Shechtman, Zev M. | B150_2 | t/c with B. Waisbren and committee re case strategy | $725.00 | 0.90 | $652.50 |
| 5/20/2024 | Shechtman, Zev M. | B150_2 | follow up with B. Waisbren re committee strategy | $725.00 | 0.50 | $362.50 |
| 5/20/2024 | Shechtman, Zev M. | B150_2 | exchange emails with B. Waisbren re strategy re chapter 11 and litigation | $725.00 | 0.60 | $435.00 |
| 5/20/2024 | Shechtman, Zev M. | B150_2 | multiple calls with R. Bender re negotiations with debtor and secured creditors | $725.00 | 0.60 | $435.00 |
| 5/21/2024 | Shechtman, Zev M. | B150_2 | multiple calls with B. Waisbren re negotiations with debtor and secured creditors | $725.00 | 0.80 | $580.00 |
| 5/21/2024 | Shechtman, Zev M. | B150_2 | attend continued cash collateral and Evolve emergency motion hearing | $725.00 | 2.20 | $1,595.00 |
| 5/21/2024 | Shechtman, Zev M. | B150_2 | attempt call with R. Bender re status of discussions | $725.00 | 0.10 | $72.50 |
| 5/21/2024 | Shechtman, Zev M. | B150_2 | review NEF re emergency motion filed by evolve and draft email to lead counsel re same | $725.00 | 0.10 | $72.50 |
| 5/22/2024 | Shechtman, Zev M. | B150_2 | zoom hearing re emergency motions | $725.00 | 1.20 | $870.00 |
| 5/22/2024 | Shechtman, Zev M. | B150_2 | conferences with L. Murley and B. Waisbren re next steps in committee case | $725.00 | 0.80 | $580.00 |
| 5/23/2024 | Shechtman, Zev M. | B150_2 | prepare agenda for committee meeting | $725.00 | 0.10 | $72.50 |
| 5/24/2024 | Shechtman, Zev M. | B150_2 | email R. Bender re status | $725.00 | 0.10 | $72.50 |
| 5/24/2024 | Shechtman, Zev M. | B150_2 | committee meeting | $725.00 | 0.60 | $435.00 |
| 5/24/2024 | Shechtman, Zev M. | B150_2 | email committee re call with Russ | $725.00 | 0.10 | $72.50 |
| 5/25/2024 | Shechtman, Zev M. | B150_2 | review ex parte communications filed by court and email committee re same | $725.00 | 0.20 | $145.00 |
| 5/25/2024 | Shechtman, Zev M. | B150_2 | t/c with J. Kucera re hearing and email re same | $725.00 | 0.20 | $145.00 |
| 5/25/2024 | Shechtman, Zev M. | B150_2 | attend court hearing | $725.00 | 1.50 | $1,087.50 |

**Exhibit 1**

| Date | Name | Code | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/26/2024 | Shechtman, Zev M. | B150_2 | draft email to committee re conference with trustee | $725.00 | 0.20 | $145.00 |
| 5/27/2024 | Shechtman, Zev M. | B150_2 | review emails from committee and B. Waisbren re status of case | $725.00 | 0.10 | $72.50 |
| 5/30/2024 | Shechtman, Zev M. | B150_2 | attend video conf with committee and trustee teams | $725.00 | 0.60 | $435.00 |
| 6/3/2024 | Shechtman, Zev M. | B150_2 | review and reply to email from B. Waisbren re case status | $725.00 | 0.10 | $72.50 |
| 6/5/2024 | Shechtman, Zev M. | B150_2 | review cash collateral order and draft email to B. Waisbren and J. Kucera re challenge deadline | $725.00 | 0.20 | $145.00 |
| 6/8/2024 | Shechtman, Zev M. | B150_2 | conf with B. Waisbren and J. Kucera re strategy re committee | $725.00 | 0.40 | $290.00 |
| 6/10/2024 | Shechtman, Zev M. | B150_2 | committee meeting | $725.00 | 0.60 | $435.00 |
| 6/10/2024 | Shechtman, Zev M. | B150_2 | committee call | $725.00 | 0.70 | $507.50 |
| 6/14/2024 | Shechtman, Zev M. | B150_2 | conf with B. Waisbren re status and email R. Clementson re same | $725.00 | 0.10 | $72.50 |
| | | | **Subtotal for Meeting of Creditors** | | 13.60 | $9,860.00 |
| | | | | | | |
| 6/24/2024 | Guise, Shelly | B160_2 | Conference with ZS re employment application | $345.00 | 0.10 | $34.50 |
| 7/3/2024 | Shechtman, Zev M. | B160_2 | draft email to K. Paulin re employment app | $725.00 | 0.10 | $72.50 |
| 7/3/2024 | Shechtman, Zev M. | B160_2 | t/c with K. Paulin re employment app | $725.00 | 0.20 | $145.00 |
| 7/31/2024 | Hernandez Paulin, Karla S. | B160_2 | cial committees of unsecured creditors in preparation to draft an application of the official comr | $310.00 | 0.40 | $124.00 |
| 8/1/2024 | Hernandez Paulin, Karla S. | B160_2 | Draft an application of the official committees of unsecured creditors | $310.00 | 0.80 | $248.00 |
| 8/8/2024 | Shechtman, Zev M. | B160_2 | review and revise employment app | $725.00 | 0.90 | $652.50 |
| 8/13/2024 | Hernandez Paulin, Karla S. | B160_2 | Revise bankruptcy employment application | $310.00 | 0.70 | $217.00 |
| 8/30/2024 | Shechtman, Zev M. | B160_2 | review and revise employment application and email B. Waisbren re same | $725.00 | 0.60 | $435.00 |
| 9/3/2024 | Shechtman, Zev M. | B160_2 | finalize employment application and email Boies re same | $725.00 | 0.40 | $290.00 |
| 9/3/2024 | Shechtman, Zev M. | B160_2 | prepare employment order | $725.00 | 0.20 | $145.00 |
| 9/3/2024 | Shechtman, Zev M. | B160_2 | conf with S. Guise re fee app | $725.00 | 0.10 | $72.50 |
| 9/5/2024 | Guise, Shelly | B160_2 | Edit August 2024 prebill | $345.00 | 0.40 | $138.00 |
| 9/6/2024 | Guise, Shelly | B160_2 | Edit time entries from inception through July 2024 in compliance with OUST Guidelines | $345.00 | 1.10 | $379.50 |
| 9/6/2024 | Guise, Shelly | B160_2 | Begin draft of final fee application | $345.00 | 0.90 | $310.50 |
| 9/9/2024 | Shechtman, Zev M. | B160_2 | conf with S. Panta re status of case | $725.00 | 0.10 | $72.50 |
| 9/9/2024 | Guise, Shelly | B160_2 | Continue drafting final fee application | $345.00 | 3.40 | $1,173.00 |
| 9/10/2024 | Guise, Shelly | B160_2 | Continue editing final fee application | $345.00 | 2.60 | $897.00 |
| 9/11/2024 | Guise, Shelly | B160_2 | continue editing final fee application | $345.00 | 1.40 | $483.00 |
| 9/12/2024 | Guise, Shelly | B160_2 | revise final fee application | $345.00 | 1.50 | $517.50 |
| 9/18/2024 | Shechtman, Zev M. | B160_2 | review and revise Saul Ewing fee application | $725.00 | 0.70 | $507.50 |
| 9/19/2024 | Guise, Shelly | B160_2 | revise final fee application | $345.00 | 0.90 | $310.50 |
| 9/19/2024 | Guise, Shelly | B160_2 | Finalize fee application; prepare exhibits | $345.00 | <u>1.80</u> | <u>$621.00</u> |
| | | | **Subtotal for Fee/Employment Applications** | | 19.30 | $7,846.00 |
| | | | | | | |
| | | | **Attorneys Fees** | | 45.20 HRS | $26,509.50 |

**Rates**:

| | |
|---|---|
| Zev Shechtman | $725.00 |
| Ryan Coy | $385.00 |
| Murley, Lucian B. | $645.00 |
| Shelly Guise | $345.00 |
| Hernandez Paulin, Karla S. | $310.00 |

**Exhibit 1**

**13**

# EXHIBIT 2

Synapse Financial Technologies

| | May-24 | Attorney Fees | 23.8 HRS | | **$17,141.00** |
|---|---|---|---|---|---|
| Case Administration ("CA")(B110) | | | | | |
| | | Zev Shechtman | 11.2 | $725.00 | $8,120.00 |
| | | Lucian Murley | 1 | $645.00 | $645.00 |
| | | Ryan Coy | 0.1 | $385.00 | $38.50 |
| Total Hours and Fee | | | 12.3 | | $8,803.50 |
| Meeting of Creditors ("MC")(B150) | | Zev Shechtman | 11.5 | $725.00 | $8,337.50 |
| Total Hours and Fee | | | 11.5 | | $8,337.50 |
| | Jun-24 | | 2.2 HRS | | **$1,557.00** |
| Meeting of Creditors ("MC")(B150) | | Zev Shechtman | 2.1 | $725.00 | $1,522.50 |
| Fee/Employment Applications | | Shelly Guise | 0.1 | $345.00 | $34.50 |
| Total Hours and Fee | | | 2.2 | | $1,557.00 |
| | Jul-24 | | 0.7 HRS | | **$341.50** |
| Fee/Employment Applications ("FA")(B160) | | Zev Shechtman | 0.3 | $725.00 | $217.50 |
| | | Hernandez Paulin, Karla S. | 0.4 | $310.00 | $124.00 |
| Total Hours and Fee | | | 0.7 | | $341.50 |
| | Aug-24 | | 3.0 HRS | | **$1,552.50** |
| Fee/Employment Applications ("FA"(B160) | | Hernandez Paulin, Karla S. | 1.5 | $310.00 | $465.00 |
| | | Zev Shechtman | 1.5 | $725.00 | $1,087.50 |
| Total Hours and Fee | | | 3 | | $1,552.50 |
| | Sep-24 | | 15.50 HRS | | **$5,917.50** |
| Fee/Employment Applications ("FA")(B160) | | Zev Shechtman | 1.5 | $725.00 | $1,087.50 |
| | | Shelly Guise | 14 | $345.00 | $4,830.00 |
| Total Hours and Fee | | | 15.5 | | $5,917.50 |

**Exhibit 2**
14

# EXHIBIT 3

Synapse Technologies

| | | | | |
|---|---|---|---|---|
| Case Administration | Zev Shechtman | 11.2 | $725.00 | $8,120.00 |
| | Ryan Coy | 0.1 | $385.00 | $38.50 |
| | Lucian Murley | 1 | $645.00 | $645.00 |
| Total Hours and Fee | | 12.3 | | **$8,803.50** |
| | | | | |
| Meeting of Creditors | Zev Shechtman | 13.6 | $725.00 | $9,860.00 |
| | | | | |
| Total Hours and Fee | | 13.6 | | **$9,860.00** |
| | | | | |
| Fee/Employment Applications | Zev Shechtman | 3.3 | $725.00 | $2,392.50 |
| | Shelly Guise | 14.1 | $345.00 | $4,864.50 |
| | Hernandez Paulin, Karla S. | 1.9 | $310.00 | $589.00 |
| Total Hours and Fee | | 19.3 | | **$7,846.00** |
| | | | | |
| | Current Fees | | | **$26,509.50** |

**Exhibit 3**

# EXHIBIT 4

## PROFESSIONAL BIOGRAPHIES

### Partners

<u>Zev Shechtman</u> is a partner with Saul Ewing LLP.  Mr. Shechtman was admitted to the California Bar in 2009. He is admitted to practice in the Central District of California. His educational background is as follows: University of California at Santa Cruz (B.A., 2003); New York University (M.A., 2006); University of Southern California School of Law (J.D., 2009). While a law student at the University of Southern California, Mr. Shechtman served as Managing Editor of the Southern California Review of Law & Social Justice. Mr. Shechtman served as an extern for the Honorable Thomas B. Donovan of the United States Bankruptcy Court for the Central District of California in the Summer of 2007. Mr. Shechtman served as 2021-2022 President of the Los Angeles Bankruptcy Forum, where he helped found the Diversity, Equity & Inclusion Committee for the organization. Mr. Shechtman is a former chair of the Bankruptcy Section of the Beverly Hills Bar Association. Mr. Shechtman is an editorial board member of the California Bankruptcy Journal and the California Lawyers Association's Business Law News.

<u>Lucian Murley</u> is a partner with Saul Ewing, LLP.  He was admitted to the Delaware bar on December 15, 2006, the Pennsylvania bar on July 26, 2005, and the New Jersey bar in 2005.  He has substantial experience representing debtors, committees, acquirers, fiduciaries, and other significant parties in interest in complex reorganizations and financially distressed situations, both in and out of court.  Luke regularly advises financially healthy businesses that find themselves creditors in chapter 11 cases. He has represented creditors serving on official committees.  Luke has extensive experience in litigating matters in bankruptcy courts throughout the country.

### Associates

<u>Ryan Coy</u> is an associate with Saul Ewing in the Firm's bankruptcy and litigation departments. He obtained his B.S. in Law & Economics and Political Science from Central Michigan University in 2015 and his Juris Doctor, magna cum laude, from Michigan State University College of Law in May 2018, also earning a litigation concentration certificate. After law school, he served as a Law Clerk to the Honorable Scott H. Yun and the Honorable Deborah J. Saltzman, both judges of the United States Bankruptcy Court for the Central District of California.  Mr. Coy was admitted to the State Bar of California in January 2019. Mr. Coy was selected as a "Rising Star" in bankruptcy law by Thomson Reuters in 2023 and 2024, and he was selected by Best Lawyers: Ones to Watch in America for 2024 and 2025 in bankruptcy, creditor-debtor rights and reorganization law, and commercial litigation.

**Exhibit 4**
16

## **Paralegals**

<u>Aracelli (Shelly) Guise</u> is a bankruptcy paralegal with Saul Ewing LLP.  She received her Bachelor of Arts degree from the University of California at Los Angeles in 1992 and her paralegal certificate from the University of California at Los Angeles' Extension Program in 1994.  Ms. Guise worked for 30 years at a boutique bankruptcy firm assisting in house Chapter 7 Trustees.

**Exhibit 4**
**17**

# EXHIBIT 5

1  ZEV SHECHTMAN (Cal. Bar No. 266280)
   Zev.Shechtman@saul.com
2  CAROL CHOW (Cal. Bar No. 169299)
   carol.chow@saul.com
3  SAUL EWING LLP
   1888 Century Park East, Suite 1500
4  Los Angeles, California 90067
   Telephone:  (310) 255-6100
5  Facsimile:  (310) 255-6200

6

7  BENJAMIN WAISBREN (~~pro hac vice~~ admission pending)
   bwaisbren@bsfllp.com
   JOHN KUCERA (Cal. Bar No. 274184)
8  jkucera@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
9  1401 New York Avenue, N.W.
   Washington, DC 20005
10 Telephone:  (202) 274-1122

11 *Proposed* Attorneys for Official Unsecured
   Creditors' Committee of Synapse Financial
12 Technologies, Inc.

13

14            **UNITED STATES BANKRUPTCY COURT**

15   **CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**

16

17 In re                              | Case No. 1:24-bk-10646-MB

18 SYNAPSE FINANCIAL TECHNOLOGIES,     | Chapter 11
   INC.,
19                                     | **ORDER APPROVING APPLICATION OF**
              Debtor.                  | **THE OFFICIAL COMMITTEE OF**
20                                     | **UNSECURED CREDITORS FOR ORDER**
                                       | **AUTHORIZING EMPLOYMENT OF**
21                                     | **BOIES SCHILLER FLEXNER LLP AND**
                                       | **SAUL EWING LLP AS BANKRUPTCY**
22                                     | **COUNSEL**

23        The Court having read and considered the application (the "Application"), pursuant to

24 sections 327 and 330 of title 11 of the United States Code, and in accordance with Rule 2014(a) of

25 the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2014-1(b), for an order

26 authorizing the Committee to employ the law firms Boies Schiller Flexner LLP ("Boies Schiller

27 Flexner") and Saul Ewing LLP ("Saul Ewing") as the Committee's counsel in the above-captioned

28 Chapter 11 case, effective as of May 7, 2024; having reviewed and considered the evidence in

FILED & ENTERED

JUL 03 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52532626.1
391391-00001

**Exhibit 5**
18

support of the Application; notice of the Application being adequate and proper; no opposition to the Application having been filed; and good cause appearing therefor; it is hereby

ORDERED THAT:

1.    The Application is approved.

2.    The Committee is authorized to employ Boies Schiller Flexner and Saul Ewing as its counsel pursuant to 11 U.S.C. § 327(a), effective as of May 7, 2024, with compensation and reimbursement of expenses to be paid as an administrative expense in such amounts as this Court may hereafter allow pursuant to 11 U.S.C. §§ 330 and 331

####

Date: July 3, 2024

_Martin R. Barash_
Martin R Barash
United States Bankruptcy Judge

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52532626.1
391391-00001

2

**Exhibit 5**
**19**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **First and Final Application of Saul Ewing LLP as Local Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period May 7, 2024 Through September 5, 2024; Declarations of Zev M. Shechtman and Heather Elizabeth Saydah in Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 9, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 9, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Debtor**
Synapse Financial Technologies, Inc.
21255 Burbank Boulevard
Suite 120
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 9, 2024 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Raymond O Aghaian**    raghaian@kilpatricktownsend.com,
  ndelman@kilpatricktownsend.com;moroberts@ktslaw.com;tmeyers@ktslaw.com;jbusche@ktslaw.com
- **Ron Bender**    rb@lnbyg.com
- **David A Berkley**    david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
- **J Scott Bovitz**    bovitz@bovitz-spitzer.com
- **Rudy J Cerone**    rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com
- **Sara Chenetz**    schenetz@perkinscoie.com,
  docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-
  8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
- **Russell Clementson**    russell.clementson@usdoj.gov
- **Andrew Michael Cummings**    andrew.cummings@hklaw.com,
  philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
- **Michael G. Farag**    mfarag@gibsondunn.com
- **Paul R. Glassman**    pglassman@stradlinglaw.com
- **Nicholas Christian Glenos**    cglenos@bradley.com
- **Michael H Goldstein**    mgoldstein@goodwinprocter.com, ASchaefer@goodwinlaw.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com,
  cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Ralph P Guenther**    rguenther@guentherlawgroup.com
- **Robert T. Honeywell**    robert.honeywell@klgates.com
- **Lance N Jurich**    ljurich@loeb.com,
  pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- **Jane Kim**    jkim@kellerbenvenutti.com
- **Monica Y Kim**    myk@lnbyg.com, myk@ecf.inforuptcy.com
- **Jeffrey C Krause**    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **William J Levant**    wlevant@kaplaw.com, wlevant@gmail.com
- **Adam A Lewis**    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- **Jelena McWilliams (TR)**    jmcwilliams@cravath.com, mao@cravath.com
- **Krikor J Meshefejian**    kjm@lnbyg.com
- **Fred Neufeld**    fneufeld@stradlinglaw.com, tingman@sycr.com
- **Valerie Bantner Peo**    vbantnerpeo@buchalter.com
- **David M Poitras**    dpoitras@bg.law
- **Jeremy V Richards**    jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Holly Roark**    holly@roarklawboise.com, RoarkLawOffices@jubileebk.net
- **Paul M Rosenblatt**    prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
- **Thomas B Rupp**    trupp@kbkllp.com
- **Brandy A Sargent**    brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
- **Callan C Searcy**    bk-csearcy@texasattorneygeneral.gov
- **Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com
- **Jason D Strabo**    jstrabo@mwe.com, jbishopjones@mwe.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Jeffrey C Wisler**    jwisler@connollygallagher.com, dperkins@connollygallagher.com
- **Claire K Wu**    claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com;docket@pillsburylaw.com
- **Beth Ann R. Young**    bry@lnbyg.com, bry@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**