BRADLEY ARANT BOULT CUMMINGS LLP
N. Chris Glenos
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
N. Chris Glenos
Email:  cglenos@bradley.com
Phone: 205.521.8000
Fax: 205.488.6721

STRADLING YOCCA CARLSON & RAUTH
Paul R. Glassman (State Bar No. 76536)
Fred Neufeld (State Bar No. 150759)
10100 N Santa Monica Blvd, Suite 1450
Los Angeles, CA 90067
Telephone: (424) 214-7000
Facsimile: (424) 214-7010
E-mail: pglassman@stradlinglaw.com
fneufeld@stradlinglaw.com

*Attorneys for Lineage Bank*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | Case No. 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor and Debtor in Possession. | **LINEAGE BANK'S LIMITED OBJECTION AND RESERVATION OF RIGHTS WITH RESPECT TO CHAPTER 11 TRUSTEE'S BIDDING PROCEDURES MOTION**  <br><br> Hearing: October 15, 2024, 1:00 p.m. <br> Place: U.S. Bankruptcy Court, Courtroom 303 <br> 21041 Burbank Boulevard <br> Woodland Hills, CA 91367 |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:**

By this Limited Objection and Reservation of Rights, Lineage Bank ("Lineage") asserts that the Trustee's proposed timetable for disclosing any asset purchase agreement ("APA") that includes specific lists of Purchased Assets and Excluded Assets does not afford Lineage and other parties in interest with adequate notice and sufficient time to review and comment upon such APA.

Specifically, the Trustee's Bidding Procedures Motion provides for an auction to be conducted on November 15, requests that any objections to the sale be filed no later than November 18, and requests the Court to conduct a sale hearing on November 20. However, the Bidding Procedures Motion does not propose a deadline by which the Trustee must file or otherwise disclose to interested parties the APAs of the Winning Bidder and any Winning Back-up Bidder. Instead, the Sale Motion merely recites that the Trustee "will make every effort to file with the Court prior to the hearing on November 20, 2024, and after the Auction on November 15, 2024, a supplement to his Motion describing the outcome of the Auction, and filing a copy of the APA of the Winning Bidder, a copy of the APA with the Winning Back-up Bidder and a proposed Sale Order." Sale Motion, @ p. 1.

While Lineage has no doubt that the Trustee will use her best efforts to disclose the APA to interested parties as soon as possible, Lineage submits that the proposed timeline should be modified to guarantee interested parties an adequate and reasonable time period in which to receive and review the APAs with the Winning Bidder and any Winning Back-up Bidder, and to file an objection if warranted. Lineage respectfully requests that interested parties be afforded at least five (5) business days' notice of the Trustee's APAs with the Winning Bidder and any Winning Back-up Bidder, in advance of any fixed deadline for the filing of objections to the sale.

Lineage reserves all rights with respect to any and all matters or issues raised or that could be raised with respect to the Bidding Procedures Motion and the Sale Motion, including the right to be heard and object at any hearing on the Motions.

<u>Conclusion</u>

Lineage requests that the Court grant the relief and respect the reservations of rights described in this Limited Objection and Reservations of Rights.

Dated: October 14, 2024

        Respectfully submitted,

        BRADLEY ARANT BOULT CUMMINGS LLP

        and

        STRADLING YOCCA CARLSON & RAUTH, LLC

        By:  */s/ Paul Glassman*
              Paul Glassman
        Attorneys for Lineage Bank

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 N. Santa Monica Blvd, Suite 1450, Los Angeles, CA 90067

A true and correct copy of the foregoing LINEAGE BANK'S LIMITED OBJECTION AND RESERVATION OF RIGHTS WITH RESPECT TO CHAPTER 11 TRUSTEE'S BIDDING PROCEDURES MOTION will be served or was served (a) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>October 14, 2024</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**  On <u>October 14, 2024</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

See Attached Mailing List

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>October 14, 2024</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:

**VIA FEDERAL EXPRESS**
The Honorable Martin R. Barash
United States Bankruptcy Court, Central District of California
San Fernando Valley Division
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 14, 2024 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

## **_SERVICE LIST_**

**_1:24-bk-10646-MB Notice will be electronically mailed to:_**

*Raymond O Aghaian on behalf of Creditor TClub Inc.*
*raghaian@kilpatricktownsend.com,*
*ndelman@kilpatricktownsend.com;moroberts@ktslaw.com;tmeyers@ktslaw.com;jbusche@ktslaw.com*

*Ron Bender on behalf of Debtor Synapse Financial Technologies, Inc.*
*rb@lnbyg.com*

*David A Berkley on behalf of Interested Party MongoDB, Inc.*
*david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com*

*J Scott Bovitz on behalf of Creditor EarnUp inc.*
*bovitz@bovitz-spitzer.com*

*J Scott Bovitz on behalf of Creditor EarnUp, LLC*
*bovitz@bovitz-spitzer.com*

*Rudy J Cerone on behalf of Creditor SoLo Funds, Inc.*
*rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com*

*Sara Chenetz on behalf of Interested Party Courtesy NEF*
*schenetz@perkinscoie.com,*
*docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com*

*Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)*
*russell.clementson@usdoj.gov*

*Andrew Michael Cummings on behalf of Creditor Cigna Health and Life Insurance Company*
*andrew.cummings@hklaw.com,*
*philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com*

*Michael G. Farag on behalf of Creditor Mercury Technologies, Inc.*
*mfarag@gibsondunn.com*

*Paul R. Glassman on behalf of Creditor Lineage Bank*
*pglassman@stradlinglaw.com*

## ***SERVICE LIST***

*Nicholas Christian Glenos on behalf of Creditor Lineage Bank*
*cglenos@bradley.com*

*Michael H Goldstein on behalf of Creditor YieldStreet Inc*
*mgoldstein@goodwinprocter.com, ASchaefer@goodwinlaw.com*

*Michael I. Gottfried on behalf of Creditor Yotta Technologies, Inc.*
*mgottfried@elkinskalt.com,*
*cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com*

*Michael I. Gottfried on behalf of Interested Party Courtesy NEF*
*mgottfried@elkinskalt.com,*
*cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com*

*Steven T Gubner on behalf of Interested Party Courtesy NEF*
*sgubner@bg.law, ecf@bg.law*

*Ralph P Guenther on behalf of Creditor Capital J Inc. d/b/a Juno*
*rguenther@guentherlawgroup.com*

*Robert T. Honeywell on behalf of Creditor TabaPay Holdings LLC*
*robert.honeywell@klgates.com*

*Robert T. Honeywell on behalf of Creditor TabaPay, Inc.*
*robert.honeywell@klgates.com*

*Lance N Jurich on behalf of Creditor American Bank, N.A.*
*ljurich@loeb.com,*
*pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com*

*Jane Kim on behalf of Trustee Jelena McWilliams (TR)*
*jkim@kellerbenvenutti.com*

*Monica Y Kim on behalf of Debtor Synapse Financial Technologies, Inc.*
*myk@lnbyg.com, myk@ecf.inforuptcy.com*

*Jeffrey C Krause on behalf of Creditor Mercury Technologies, Inc.*
*jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com*

*William J Levant on behalf of Interested Party William Levant*
*wlevant@kaplaw.com, wlevant@gmail.com*

*Adam A Lewis on behalf of Creditor Silicon Valley Bank*
*alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com*

## ***SERVICE LIST***

*Jelena McWilliams (TR)*
*jmcwilliams@cravath.com, mao@cravath.com*

*Krikor J Meshefejian on behalf of Debtor Synapse Financial Technologies, Inc.*
*kjm@lnbyg.com*

*Fred Neufeld on behalf of Creditor Lineage Bank*
*fneufeld@stradlinglaw.com, tingman@sycr.com*

*Valerie Bantner Peo on behalf of Interested Party Courtesy NEF*
*vbantnerpeo@buchalter.com*

*David M Poitras on behalf of Interested Party Courtesy NEF*
*dpoitras@bg.law*

*David M Poitras on behalf of Interested Party Evolve Bank & Trust*
*dpoitras@bg.law*

*Jeremy V Richards on behalf of Trustee Jelena McWilliams (TR)*
*jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*

*Holly Roark on behalf of Creditor Synoptek, LLC*
*holly@roarklawboise.com, RoarkLawOffices@jubileebk.net*

*Paul M Rosenblatt on behalf of Creditor TClub Inc.*
*prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com*

*Thomas B Rupp on behalf of Trustee Jelena McWilliams (TR)*
*trupp@kbkllp.com*

*Brandy A Sargent on behalf of Creditor TabaPay Holdings LLC*
*brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com*

*Brandy A Sargent on behalf of Creditor TabaPay, Inc.*
*brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com*

*Callan C Searcy on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division and Texas Workforce Commission*
*bk-csearcy@texasattorneygeneral.gov*

*Zev Shechtman on behalf of Creditor Committee Official Committee of Unsecured Creditors of Synapse Financial Technologies, Inc.*
*Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com*

*Jason D Strabo on behalf of Creditor TriplePoint Capital, LLC*
*jstrabo@mwe.com, jbishopjones@mwe.com*

## *SERVICE LIST*

*United States Trustee (SV)*
*ustpregion16.wh.ecf@usdoj.gov*

*Jeffrey C Wisler on behalf of Creditor Cigna Health and Life Insurance Company*
*jwisler@connollygallagher.com, dperkins@connollygallagher.com*

*Claire K Wu on behalf of Interested Party AMG National Trust Bank*
*claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com;docket@pillsburylaw.com*

*Beth Ann R. Young on behalf of Debtor Synapse Financial Technologies, Inc.*
*bry@lnbyg.com, bry@lnbyb.com*

*Beth Ann R. Young on behalf of Interested Party Courtesy NEF*
*bry@lnbyg.com, bry@lnbyb.com*

# **MAILING LIST**

Darren Azman
One Vanderbilt Avenue
New York, NY 10017-3852

Boies Schiller Flexner LLP
55 Hudson Yards
20th Floor
New York, NY 10001

John D Buretta
CRAVATH, SWAINE & MOORE LLP
2 Manhattan West
375 9th Avenue
New York, NY 10001

Cravath, Swaine & Moore LLP
2 Manhattan West
375 9th Ave
New York, NY 10001

Alexander Gerten
Cravath, Swaine & Moore LLP
Two Manhattan West
375 9th Avenue
New York, NY 10001

GlassRatner Advisory & Capital Group, LLC dba B. Riley Advisory Services
19800 MacArthur Blvd., Suite 820
Irvine, CA 92612

Benjamin Gruenstein
CRAVATH, SWAINE & MOORE LLP
2 Manhattan West
375 9th Avenue
New York, NY 10001

Jake Jumbeck
MCDERMOTT WILL & EMERY LLP
444 W. Lake Street, Suite 4000
Chicago, CA 60606-0029

Keller Benvenutti Kim LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

# **MAILING LIST**

Robert J Labate
400 South Hope Street, 8th Floor
Los Angeles, CA 90071

Levene, Neale, Bender, Yoo & Golubchik LLP
2818 La Cienega Avenue
Los Angeles, CA 90034

Saul Ewing LLP
1888 Century Park East Ste 1500
Los Angeles, CA 90067

Neda Shapourian
Unit21, Inc.
49 Geary St. Ste 200
San Francisco, CA 94108

Paul H Zumbro
CRAVATH, SWAINE & MOORE LLP
2 Manhattan West
375 9th Avenue
New York, NY 10001