| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>AKERMAN LLP<br>DENNIS N. LUECK, JR. (SBN 292414)<br>Email: dennis.lueck@akerman.com<br>1900 Sixteenth Street, Suite 950<br>Denver, Colorado 80202<br>Telephone:  (303) 260-7712<br>Facsimile:  (303) 260-7714<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for:  GRABR, Inc. | FOR COURT USE ONLY |
|---|---|

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

</div>

| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br><div align="right">Debtor(s)</div> | CASE NO.:<br><br>CHAPTER: SELECT CHAPTER |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>MOTION FOR ORDER SETTING<br>2004 EXAMINATION OF<br>LINEAGE BANK |

PLEASE TAKE NOTE that the order titled  ORDER GRANTING MOTION FOR ORDER SETTING 2004 EXAMINATION OF LINEAGE BANK

was lodged on (*date*)  10/22/2024   and is attached.  This order relates to the motion which is docket number  414 .

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 1                              **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1900 Sixteenth Street, Suite 950
Denver, CO 80202

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___10/22/2024___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  See Exhibit 1 Below

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/22/2024 | Katie Solem | /s/ Katie Solem |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT 1

## SERVICE VIA CM/ECF

Raymond O Aghaian on behalf of Creditor TClub Inc.
raghaian@kilpatricktownsend.com,
ndelman@kilpatricktownsend.com;moroberts@ktslaw.com;tmeyers@ktslaw.com;jbusche@ktslaw.com

Ron Bender on behalf of Debtor Synapse Financial Technologies, Inc.
rb@lnbyg.com

David A Berkley on behalf of Interested Party MongoDB, Inc.
david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com

J Scott Bovitz on behalf of Creditor EarnUp inc.
bovitz@bovitz-spitzer.com

J Scott Bovitz on behalf of Creditor EarnUp, LLC
bovitz@bovitz-spitzer.com

Rudy J Cerone on behalf of Creditor SoLo Funds, Inc.
rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com

Sara Chenetz on behalf of Interested Party Courtesy NEF
schenetz@perkinscoie.com,
docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Andrew Michael Cummings on behalf of Creditor Cigna Health and Life Insurance Company
andrew.cummings@hklaw.com,
philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com

Michael G. Farag on behalf of Creditor Mercury Technologies, Inc.
mfarag@gibsondunn.com

AKERMAN LLP
1900 SIXTEENTH STREET, SUITE 950
DENVER, COLORADO 80202
TEL.: (303) 260-7712 — FAX: (303) 260-7714

Paul R. Glassman on behalf of Creditor Lineage Bank
pglassman@stradlinglaw.com

Nicholas Christian Glenos on behalf of Creditor Lineage Bank
cglenos@bradley.com

Michael H Goldstein on behalf of Creditor YieldStreet Inc
mgoldstein@goodwinprocter.com, ASchaefer@goodwinlaw.com

Michael I. Gottfried on behalf of Creditor Yotta Technologies, Inc.
mgottfried@elkinskalt.com,
cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael I. Gottfried on behalf of Interested Party Courtesy NEF
mgottfried@elkinskalt.com,
cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Steven T Gubner on behalf of Interested Party Courtesy NEF
sgubner@bg.law, ecf@bg.law

Ralph P Guenther on behalf of Creditor Capital J Inc. d/b/a Juno
rguenther@guentherlawgroup.com

Robert T. Honeywell on behalf of Creditor TabaPay Holdings LLC
robert.honeywell@klgates.com

Robert T. Honeywell on behalf of Creditor TabaPay, Inc.
robert.honeywell@klgates.com

Lance N Jurich on behalf of Creditor American Bank, N.A.
ljurich@loeb.com,
pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com

Jane Kim on behalf of Trustee Jelena McWilliams (TR)
jkim@kellerbenvenutti.com

Monica Y Kim on behalf of Debtor Synapse Financial Technologies, Inc.
myk@lnbyg.com, myk@ecf.inforuptcy.com

AKERMAN LLP
1900 SIXTEENTH STREET, SUITE 950
DENVER, COLORADO 80202
TEL.: (303) 260-7712 — FAX: (303) 260-7714

Jeffrey C Krause on behalf of Creditor Mercury Technologies, Inc.
jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com

William J Levant on behalf of Interested Party William Levant
wlevant@kaplaw.com, wlevant@gmail.com

Adam A Lewis on behalf of Creditor Silicon Valley Bank
alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com

Norman Norman Lueck on behalf of Creditor GRABR, INC.
dennis.lueck@akerman.com, katie.solem@akerman.com

Jelena McWilliams (TR)
jmcwilliams@cravath.com, mao@cravath.com

Krikor J Meshefejian on behalf of Debtor Synapse Financial Technologies, Inc.
kjm@lnbyg.com

Fred Neufeld on behalf of Creditor Lineage Bank
fneufeld@stradlinglaw.com, tingman@sycr.com

Valerie Bantner Peo on behalf of Interested Party Courtesy NEF
vbantnerpeo@buchalter.com

David M Poitras on behalf of Interested Party Courtesy NEF
dpoitras@bg.law

David M Poitras on behalf of Interested Party Evolve Bank & Trust
dpoitras@bg.law

Jeremy V Richards on behalf of Trustee Jelena McWilliams (TR)
jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Holly Roark on behalf of Creditor Synoptek, LLC
holly@roarklawboise.com, RoarkLawOffices@jubileebk.net

Paul M Rosenblatt on behalf of Creditor TClub Inc.
prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Thomas B Rupp on behalf of Trustee Jelena McWilliams (TR)
trupp@kbkllp.com

Brandy A Sargent on behalf of Creditor TabaPay Holdings LLC
brandy.sargent@klgates.com,
litigation.docketing@klgates.com;janna.leasy@klgates.com

Brandy A Sargent on behalf of Creditor TabaPay, Inc.
brandy.sargent@klgates.com,
litigation.docketing@klgates.com;janna.leasy@klgates.com

Callan C Searcy on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division and Texas Workforce Commission
bk-csearcy@texasattorneygeneral.gov

Zev Shechtman on behalf of Attorney Saul Ewing LLP
Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman on behalf of Creditor Committee Official Committee of Unsecured Creditors of Synapse Financial Technologies, Inc.
Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Jason D Strabo on behalf of Creditor TriplePoint Capital, LLC
jstrabo@mwe.com, jbishopjones@mwe.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Jeffrey C Wisler on behalf of Creditor Cigna Health and Life Insurance Company
jwisler@connollygallagher.com, dperkins@connollygallagher.com

Claire K Wu on behalf of Interested Party AMG National Trust Bank
claire.wu@pillsburylaw.com,
renee.evans@pillsburylaw.com;docket@pillsburylaw.com

Beth Ann R. Young on behalf of Debtor Synapse Financial Technologies, Inc.
bry@lnbyg.com, bry@lnbyb.com

Beth Ann R. Young on behalf of Interested Party Courtesy NEF
bry@lnbyg.com, bry@lnbyb.com

**AKERMAN LLP**
DENNIS N. LUECK, JR. (SBN 292414)
Email: dennis.lueck@akerman.com
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714

Attorneys for GRABR, INC.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re; | Case No. 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor . | **ORDER GRANTING MOTION FOR ORDER SETTING 2004 EXAMINATION OF LINEAGE BANK** |
| | [No Hearing Required Pursuant to Fed, R, Bankr. P. 2004; LBR 2004-1] |

78284107;2

1

The Court, having read and considered the Motion for Rule 2004 Examination of Lineage Bank, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2004-1, filed on October 21, 2024, as Docket No. 414, and good cause existing for the relief requested, IT IS HEREBY ORDERED:

1. The Motion for Rule 2004 Examination of Lineage Bank is GRANTED in its entirety.

2. Lineage Bank is required to produce person(s) most knowledgeable for oral examination about the matters identified on **Exhibit A**, at a time, place, and date set forth in a subpoena to be issued pursuant to Local Bankruptcy Rule 2004-1(e) and Bankruptcy Rule of Procedure 9016.

3. Lineage Bank is required to produce for inspection and copying any documents responsive to the document requests contained in **Exhibit B**, at a time, place, and date set forth in a subpoena to be issued pursuant to Local Bankruptcy Rule 2004-1(e) and Bankruptcy Rule of Procedure 9016.

4. The Court shall grant such other and further relief as it deems proper and just.

**\*\*\* END OF ORDER\*\*\***

2

78284107;2