1 | CRAVATH, SWAINE & MOORE LLP
  | GEORGE H. ZOBITZ (*pro hac vice*)
2 | jzobitz@cravath.com
  | ALEXANDER GERTEN (*pro hac vice*)
3 | agerten@cravath.com
  | Two Manhattan West
4 | 375 9th Avenue
  | New York, NY 10001
5 | Telephone: (212) 474-1000
  | Facsimile: (212) 474-3700
6 |
7 | KELLER BENVENUTTI KIM LLP
  | JANE KIM (Cal. Bar No. 298192)
  | (jkim@kbkllp.com)
8 | JEREMY V. RICHARDS (Cal. Bar No. 102300)
  | (jrichards@kbkllp.com)
9 | THOMAS B. RUPP (Cal. Bar No. 278041)
  | (trupp@kbkllp.com)
10 | 425 Market Street, 26th Floor
   | San Francisco, CA 94105
11 | Telephone: (415) 496-6723
   | Facsimile: (650) 636-9251
12 |
13 | *Counsel for Jelena McWilliams,*
   | *in her capacity as Chapter 11 Trustee for*
   | *Synapse Financial Technologies, Inc.*
14 |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | Case No. 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor. | **STIPULATION BY AND BETWEEN THE CHAPTER 11 TRUSTEE AND MONGODB, INC. WITH RESPECT TO CERTAIN ADMINISTRATIVE EXPENSE CLAIMS** |
| | [Filed concurrently with Proposed Order] |

STIPULATION BY AND BETWEEN THE CHAPTER 11 TRUSTEE AND MONGODB, INC. WITH RESPECT
TO CERTAIN ADMINISTRATIVE EXPENSE CLAIMS

This stipulation and order (the "Stipulation") is entered into by and between Jelena McWilliams, the chapter 11 Trustee (the "Trustee") of the estate of Synapse Financial Technologies, Inc. (the "Debtor") and MongoDB, Inc. ("MongoDB") (together, the "Parties") by and through their undersigned attorneys.

## RECITALS

WHEREAS, the Court has jurisdiction over this matter pursuant to the provisions of 28 U.S.C. §§ 157 and 1334. This matter constitutes a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A), (B) and (G). Venue is proper in this Court pursuant to 11 U.S.C. §§ 1408 and 1409.

WHEREAS, the statutory basis for the relief requested herein is 11 U.S.C. § 503(b)(1)(A).

WHEREAS, MongoDB and the Debtor were parties to an Order Form, dated April 10, 2020 (the "Order Form"), pursuant to which the Debtor subscribed to a MongoDB Atlas Credit – Monthly Invoicing subscription for the subscription period of May 1, 2020 through April 30, 2021 (the "Original Subscription"). This Order Form was not renewed, and the Debtor's Original Subscription was automatically converted into a month-to-month subscription for MongoDB Atlas (the "Current Subscription") on May 1, 2021. This Current Subscription is governed by the MongoDB Cloud Terms of Service (available at https://www.mongodb.com/legal/terms-and-conditions/cloud) (the "Agreement").

WHEREAS, on April 22, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California (the "Court").

WHEREAS, on May 8, 2024, the Official Committee of Unsecured Creditors was appointed and on September 5, 2024, the Official Committee of Unsecured Creditors was dissolved.

WHEREAS, on May 24, 2024 (the "Appointment Date"), the Court entered its Order approving the appointment of Jelena McWilliams as the Trustee.

---

STIPULATION BY AND BETWEEN THE CHAPTER 11 TRUSTEE AND MONGODB, INC. WITH RESPECT TO CERTAIN ADMINISTRATIVE EXPENSE CLAIMS

1     WHEREAS, on April 29, 2024, the Debtor filed its First Omnibus Motion for Entry of an Order Authorizing Rejection of Executory Contracts and Unexpired Leases as Docket No. 76. MongoDB is listed as Number 207 to be rejected, effective as of April 29, 2024, if not assumed in the sale of Debtor's assets to be held on May 9, 2024. The sale did not close.

    WHEREAS, on May 24, 2024, the Court entered its Order granting the Motion, entered as Docket No. 195, with an effective rejection date of May 9, 2024.

    WHEREAS, notwithstanding the rejection of the Agreement, the Trustee notified MongoDB that terminating services and/or destroying or reducing access to any of the Debtor's records would cause irreparable harm to the estate and its creditors, and therefore requested that MongoDB continue to provide services under the Agreement and continue to store the Debtor's data. MongoDB has continued to provide services and to maintain the data as requested by the Trustee.

    WHEREAS, although MongoDB has continued to provide services under the Agreement and continued to store the Debtor's data at the Trustee's request, MongoDB has not received payment for its services since May 10, 2024 when it received its last payment from the Debtor.

    WHEREAS, MongoDB has asserted an administrative expense claim consisting of

    (a) the unpaid amount of $253,791.62 for services rendered by MongoDB to the Debtor and its estate from the Petition Date through and including October 31, 2024 ("Administrative Expense Request");

    (b) any unpaid services rendered by MongoDB to the Debtor and its estate from November 1, 2024 until such time as the Trustee directs, or this Court enters an order permitting, MongoDB to (i) cease providing services and (ii) destroy the Debtor's data stored with MongoDB (the "Termination Date"); and

    (c) legal fees that MongoDB has incurred as a result of being compelled to provide post-petition services ("Legal Fee Administrative Claim").

    WHEREAS, the Parties have agreed, subject to approval of the Court, to resolve a portion of MongoDB's administrative expense claims for the reasons set forth herein and subject to the terms and conditions set forth below.

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT**:

---

STIPULATION BY AND BETWEEN THE CHAPTER 11 TRUSTEE AND MONGODB, INC. WITH RESPECT TO CERTAIN ADMINISTRATIVE EXPENSE CLAIMS

1. This Stipulation shall have no force or effect unless and until approved by the Court (the approval date being the "Effective Date").

2. MongoDB's administrative expense claim for post-petition costs of services provided by MongoDB to the Debtor from the Petition Date through and including October 31, 2024 is allowed in the amount of $253,791.62 (the "Allowed Administrative Claim").

3. Following the Termination Date, MongoDB shall be entitled to request and obtain an allowed administrative expense claim for the additional services provided from November 1, 2024 through and including the Termination Date.

4. This Stipulation is without prejudice to (a) MongoDB's right to request and obtain an allowed Legal Fee Administrative Claim and (b) the Trustee's right to object to a Legal Fee Administrative Claim.

5. Except as otherwise provided herein, nothing contained in this Stipulation is intended to be or shall be construed as (i) a waiver by the Trustee of any claims or causes of action that may exist against any creditor or interest holder, (ii) an approval, assumption, or rejection of any agreement, contract, program, policy, or lease under section 365 of the Bankruptcy Code, (iii) a waiver by the Trustee of her right to object to any and all proofs of claim relating to any action that have been or may be filed by the MongoDB in this Case except for the Allowed Administrative Claim, (iv) a promise or requirement to pay any particular claim, or (v) a waiver or limitation of the Trustee, MongoDB or any other party in interest's rights under the Bankruptcy Code or any other applicable law.

6. In the event that the terms of this Stipulation are not approved by the Court, it shall be null and void and have no force or effect. The Parties agree that, in such circumstances, this Stipulation (including statements in the Recitals) shall be of no evidentiary value whatsoever in any proceedings.

7. Notwithstanding the applicability of Bankruptcy Rule 4001(a)(3), the terms and provisions of this Stipulation immediately shall be effective and enforceable upon the Effective Date and shall thereafter be binding upon the Parties hereto and their respective affiliates and

1 successors, their successors in interest, and assigns, including, without limitation, any trustee in bankruptcy.

8. This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersedes all prior agreements and understandings relating to the subject matter hereof.

9. Each of the undersigned who executes this Stipulation by or on behalf of a Party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such Party.

10. This Stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation to present any copies, electronic copies, or facsimiles signed by the Parties here to be charged.

11. This Stipulation shall not be modified, altered, amended, or vacated without the written consent of both Parties hereto or by order of the Court.

12. This Stipulation shall be governed by, and construed in accordance with, the laws of the State of California, except to the extent that the Bankruptcy Code applies, without regard to principles of conflicts of law that would require the application of laws of another jurisdiction.

13. The Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

[*Signatures on the Next Page*]

STIPULATION BY AND BETWEEN THE CHAPTER 11 TRUSTEE AND MONGODB, INC. WITH RESPECT TO CERTAIN ADMINISTRATIVE EXPENSE CLAIMS

Dated: November 13, 2024        CRAVATH, SWAINE & MOORE LLP

By: _____
GEORGE H. ZOBITZ (*pro hac vice*)
ALEXANDER GERTEN (*pro hac vice*)
Two Manhattan West
375 9th Avenue
New York, NY 10001

Dated: November 13, 2024        KELLER BENVENUTTI KIM LLP

By: */s/ Thomas B. Rupp*
JANE KIM
JEREMY V. RICHARDS
THOMAS B. RUPP
425 Market Street, 26th Floor
San Francisco, CA 94105

*Counsel for Jelena McWilliams,
in her capacity as Chapter 11 Trustee for
Synapse Financial Technologies, Inc.*

DATED: November 13, 2024        WOMBLE BOND DICKINSON (US) LLP

By: _____
EDWARD L. SCHNITZER
950 Third Avenue
Suite 2400
New York, NY 10022

*Counsel for MongoDB, Inc.*

### 

---

STIPULATION BY AND BETWEEN THE CHAPTER 11 TRUSTEE AND MONGODB, INC. WITH RESPECT TO CERTAIN ADMINISTRATIVE EXPENSE CLAIMS

Dated: November 13, 2024          CRAVATH, SWAINE & MOORE LLP

By: _____
    GEORGE H. ZOBITZ (*pro hac vice*)
    ALEXANDER GERTEN (*pro hac vice*)
    Two Manhattan West
    375 9th Avenue
    New York, NY 10001

Dated: November 13, 2024          KELLER BENVENUTTI KIM LLP

By: _____
    JANE KIM
    JEREMY V. RICHARDS
    THOMAS B. RUPP
    425 Market Street, 26th Floor
    San Francisco, CA 94105

*Counsel for Jelena McWilliams,
in her capacity as Chapter 11 Trustee for
Synapse Financial Technologies, Inc.*

DATED: November 13, 2024          WOMBLE BOND DICKINSON (US) LLP

By: _____
    EDWARD L. SCHNITZER
    950 Third Avenue
    Suite 2400
    New York, NY 10022

*Counsel for MongoDB, Inc.*

###

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Cravath, Swaine & Moore LLP, 2 Manhattan West, 375 Ninth Avenue, New York, NY 10001

A true and correct copy of the foregoing document entitled (specify): _____STIPULATION BY AND BETWEEN THE CHAPTER 11 TRUSTEE AND MONGODB, INC. WITH RESPECT TO CERTAIN ADMINISTRATIVE EXPENSE CLAIMS_____

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 11/13/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Raymond O Aghaian    raghaian@kilpatricktownsend.com, ndelman@kilpatricktownsend.com; moroberts@ktslaw.com;tmeyers@ktslaw.com; jbusche@ktslaw.com
Ron Bender    rb@lnbyg.com
David A Berkley    david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
J Scott Bovitz    bovitz@bovitz-spitzer.com
Rudy J Cerone    rcerone@mcglinchey.com, lgraff@mcglinchey.com; jingargiola@mcglinchey.com
Sara Chenetz    schenetz@perkinscoie.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
Russell Clementson    russell.clementson@usdoj.gov
Andrew Michael Cummings    andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
Michael G. Farag    mfarag@gibsondunn.com
Jacqueline Foroutan    Jacqueline.foroutan@akerman.com
Paul R. Glassman    pglassman@stradlinglaw.com
Nicholas Christian Glenos    cglenos@bradley.com
Michael H Goldstein    mgoldstein@goodwinprocter.com, ASchaefer@goodwinlaw.com
Michael I. Gottfried    mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com, tparizad@elkinskalt.com
Steven T Gubner    sgubner@bg.law, ecf@bg.law
Ralph P Guenther    rguenther@guentherlawgroup.com
Robert T. Honeywell    robert.honeywell@klgates.com
Lance N Jurich    ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com; ljurich@ecf.courtdrive.com;fmckeown@loeb.com
Jane Kim    jkim@kellerbenvenutti.com
Monica Y Kim    myk@lnbyg.com, myk@ecf.inforuptcy.com

STIPULATION BY AND BETWEEN THE CHAPTER 11 TRUSTEE AND MONGODB, INC. WITH RESPECT TO CERTAIN ADMINISTRATIVE EXPENSE CLAIMS

Jeffrey C Krause    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com; jstern@gibsondunn.com
William J Levant    wlevant@kaplaw.com, wlevant@gmail.com
Adam A Lewis    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
Norman Norman Lueck    dennis.lueck@akerman.com, katie.solem@akerman.com
Jelena McWilliams (TR)    jmcwilliams@cravath.com, mao@cravath.com
Krikor J Meshefejian    kjm@lnbyg.com
Fred Neufeld    fneufeld@stradlinglaw.com, tingman@sycr.com
Valerie Bantner Peo    vbantnerpeo@buchalter.com
David M Poitras    dpoitras@bg.law
Jeremy V Richards    jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
Holly Roark    holly@roarklawboise.com, RoarkLawOffices@jubileebk.net
Paul M Rosenblatt    prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
Thomas B Rupp    trupp@kbkllp.com
Brandy A Sargent    brandy.sargent@klgates.com, litigation.docketing@klgates.com; janna.leasy@klgates.com
Callan C Searcy    bk-csearcy@texasattorneygeneral.gov
Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com
Jason D Strabo    jstrabo@mwe.com, jbishopjones@mwe.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Jeffrey C Wisler    jwisler@connollygallagher.com, dperkins@connollygallagher.com
Claire K Wu    claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com;docket@pillsburylaw.com
Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:

On (date) 11/13/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Darren Azman
One Vanderbilt Avenue
New York, NY 10017-3852

Jake Jumbeck
MCDERMOTT WILL & EMERY LLP
444 W. Lake Street, Suite 4000
Chicago, IL 60606-0029

Robert J Labate
400 South Hope Street, 8th Floor
Los Angeles, CA 90071

STIPULATION BY AND BETWEEN THE CHAPTER 11 TRUSTEE AND MONGODB, INC. WITH RESPECT TO CERTAIN ADMINISTRATIVE EXPENSE CLAIMS

Neda Shapourian
Unit21, Inc.
49 Geary St. Ste 200
San Francisco, CA 94108

Jera L Bradshaw
Greenberg Traurig LLP
2200 Ross Ave, Suite 5200
Dallas, TX 75201

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/13/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/13/2024 | Robert N. Greenfield | /s/ *Robert N. Greenfield* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

STIPULATION BY AND BETWEEN THE CHAPTER 11 TRUSTEE AND MONGODB, INC. WITH RESPECT TO CERTAIN ADMINISTRATIVE EXPENSE CLAIMS