CRAVATH, SWAINE & MOORE LLP
GEORGE H. ZOBITZ (*pro hac vice*)
jzobitz@cravath.com
ALEXANDER GERTEN (*pro hac vice*)
agerten@cravath.com
Two Manhattan West
375 9th Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

KELLER BENVENUTTI KIM LLP
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
JEREMY V. RICHARDS (Cal. Bar No. 102300)
jrichards@kbkllp.com
THOMAS B. RUPP (Cal. Bar No. 278041)
trupp@kbkllp.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for Jelena McWilliams,*
*in her capacity as Chapter 11 Trustee for*
*Synapse Financial Technologies, Inc.*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 Case |
| Debtor | **NOTICE OF ADJOURNMENT OF SALE HEARING TO A DATE TO BE DETERMINED** |

**PLEASE TAKE NOTICE** that the Court entered the Bidding Procedures Order on October 17, 2024 [Dkt. No. 410]. The Bidding Procedures Order provides that the Sale Hearing would be held before the Court on December 2, 2024 and that the Sale Hearing may be adjourned by filing a notice thereof as soon as reasonably practicable before the Sale Hearing date.[1]

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing that was originally noticed for December 2, 2024 at 10:00 a.m. (prevailing Pacific time) has been adjourned, to be rescheduled at a later date if the Trustee determines this to be in the best interests of the estate.

**PLEASE TAKE FURTHER NOTICE** that parties interested in obtaining information about the Debtor's saleable assets should contact counsel to the Trustee, Cravath, Swaine & Moore LLP; Attn: Jed Zobitz (jzobitz@cravath.com) and Alexander Gerten (agerten@cravath.com) and financial advisor to the Trustee, B. Riley Advisory Services; Attn: Seth R. Freeman (sfreeman@brileyfin.com) and Jonathan Wernick (jwernick@brileyfin.com).

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

Dated:  November 26, 2024

CRAVATH, SWAINE & MOORE LLP

By: _____

GEORGE H. ZOBITZ (*pro hac vice*)
ALEXANDER GERTEN (*pro hac vice*)
Two Manhattan West
375 9th Avenue
New York, NY 10001


KELLER BENVENUTTI KIM LLP

By:      */s/ Thomas B. Rupp*

JANE KIM
JEREMY V. RICHARDS
THOMAS B. RUPP
425 Market Street, 26th Floor
San Francisco, CA 94105

Counsel for Jelena McWilliams,
in her capacity as Chapter 11 Trustee for
Synapse Financial Technologies, Inc.


###

2

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Cravath, Swaine & Moore LLP, 2 Manhattan West, 375 Ninth Avenue, New York, NY 10001

A true and correct copy of the foregoing document entitled (specify): _____ NOTICE OF ADJOURNMENT OF SALE HEARING TO A DATE TO BE DETERMINED _____

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 11/26/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Raymond O Aghaian     raghaian@kilpatricktownsend.com, ndelman@kilpatricktownsend.com; moroberts@ktslaw.com;tmeyers@ktslaw.com; jbusche@ktslaw.com
Ron Bender     rb@lnbyg.com
David A Berkley     david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
J Scott Bovitz     bovitz@bovitz-spitzer.com
Rudy J Cerone     rcerone@mcglinchey.com, lgraff@mcglinchey.com; jingargiola@mcglinchey.com
Sara Chenetz     schenetz@perkinscoie.com,
docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
Russell Clementson     russell.clementson@usdoj.gov
Andrew Michael Cummings     andrew.cummings@hklaw.com,
philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
Michael G. Farag     mfarag@gibsondunn.com
Jacqueline Foroutan     Jacqueline.foroutan@akerman.com
Paul R. Glassman     pglassman@stradlinglaw.com
Nicholas Christian Glenos     cglenos@bradley.com
Michael H Goldstein     mgoldstein@goodwinprocter.com, ASchaefer@goodwinlaw.com
Michael I. Gottfried     mgottfried@elkinskalt.com, cavila@elkinskalt.com,
lwageman@elkinskalt.com, docketing@elkinskalt.com, tparizad@elkinskalt.com
Steven T Gubner     sgubner@bg.law, ecf@bg.law
Ralph P Guenther     rguenther@guentherlawgroup.com
Robert T. Honeywell     robert.honeywell@klgates.com
Lance N Jurich     ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;
ljurich@ecf.courtdrive.com;fmckeown@loeb.com
Jane Kim     jkim@kellerbenvenutti.com
Monica Y Kim     myk@lnbyg.com, myk@ecf.inforuptcy.com
Jeffrey C Krause     jkrause@gibsondunn.com, dtrujillo@gibsondunn.com; jstern@gibsondunn.com
William J Levant     wlevant@kaplaw.com, wlevant@gmail.com
Adam A Lewis     alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
Norman Norman Lueck     dennis.lueck@akerman.com, katie.solem@akerman.com
Jelena McWilliams (TR)     jmcwilliams@cravath.com, mao@cravath.com

1  Krikor J Meshefejian   kjm@lnbyg.com

Fred Neufeld   fneufeld@stradlinglaw.com, tingman@sycr.com

2  Valerie Bantner Peo   vbantnerpeo@buchalter.com

3  David M Poitras   dpoitras@bg.law

Jeremy V Richards   jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

4  Holly Roark   holly@roarklawboise.com, RoarkLawOffices@jubileebk.net

Paul M Rosenblatt   prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

5  Thomas B Rupp   trupp@kbkllp.com

Brandy A Sargent   brandy.sargent@klgates.com, litigation.docketing@klgates.com;

6  janna.leasy@klgates.com

7  Callan C Searcy   bk-csearcy@texasattorneygeneral.gov

Zev Shechtman   Zev.Shechtman@saul.com,

8  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Jason D Strabo   jstrabo@mwe.com, jbishopjones@mwe.com

9  United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov

Jeffrey C Wisler   jwisler@connollygallagher.com, dperkins@connollygallagher.com

10  Claire K Wu   claire.wu@pillsburylaw.com,

11  renee.evans@pillsburylaw.com;docket@pillsburylaw.com

Beth Ann R. Young   bry@lnbyg.com, bry@lnbyb.com

12

13  ☐   Service information continued on attached page

14  **2.  SERVED BY UNITED STATES MAIL**:

15  On (date) 11/26/24, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed

16  envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24

17  hours after the document is filed.

18

19  Darren Azman

One Vanderbilt Avenue

New York, NY 10017-3852

20

21  Jake Jumbeck

MCDERMOTT WILL & EMERY LLP

22  444 W. Lake Street, Suite 4000

Chicago, IL 60606-0029

23

24  Robert J Labate

400 South Hope Street, 8th Floor

Los Angeles, CA 90071

25

26  Neda Shapourian

Unit21, Inc.

27  49 Geary St. Ste 200

San Francisco, CA 94108

28

1  Jera L Bradshaw
   Greenberg Traurig LLP
2  2200 Ross Ave, Suite 5200
   Dallas, TX 75201
3

4                          ☐    Service information continued on attached page

5  **3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE**
   **TRANSMISSION OR EMAIL** (state method for each person or entity served):
6  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/26/24, I served the following persons
   and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
7  such service method), by facsimile transmission and/or email as follows. Listing the judge here
   constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed
8  no later than 24 hours after the document is filed.

9
   None.
10                          ☐    Service information continued on attached page
11
   I declare under penalty of perjury under the laws of the United States that the foregoing is true and
12 correct.

13  11/26/2024            Robert N. Greenfield                /s/ *Robert N. Greenfield*
14  *Date*                *Printed Name*                       *Signature*

15

16

17

18

19

20

21

22

23

24

25

26

27

28