

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No.: 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**HEARING APPEARANCES REPORT**<br><br><u>Hearing</u><br>Date: November 13, 2024<br>Time: 10:00 AM<br>Ctrm: 303<br>    United States Bankruptcy Court<br>    Central District of California<br>    21041 Burbank Boulevard<br>    Woodland Hills, CA 91367<br><br>Parties appeared by Zoom.Gov audio and video |

Appearances on 11/13/24 (speakers only, all appeared via ZoomGov except where as noted)
Alex Gerten – counsel for ch 11 trustee
Jelena McWilliams – ch 11 trustee
Benjamin Tolman – counsel for Juno
Aravind Swaminathan – Evolve Bank & Trust
Andreatte Caliguire – Yotta end user
Kayla Morris – Yotta end user
Michael Gottfried – Yotta Technologies
Jacob Rettig- Juno end user / "fight for our funds syndicate"
Joshua Nelson – Yotta end user
Chris Glenos – Lineage Bank
Stephanie Best – Yotta end user
Laurie Crown – end user
Trevor Vance – Yotta end user
Ronnie Duke – end user
Corey Wanless - Yotta end user
Katherine Maas – end user
Ilana Welch – end user
Ryan Maharaj – Yotta end user
Chris Fanson – Yotta end user
Karen Juarez – Yotta end user
Ralph Guenther – counsel for Juno
Sankaet Pathak – former CEO of the debtor
Kassidy Crown – Yotta end user
Lisa Kling – Yotta end user
Logan Smith – Juno end user
Nicholas Huster – Yotta end user
Amit Shrivastava – Yotta end user
Charles Guo – Yotta end user
Zack Jacobs – end user
Shanley Miller – Yotta end user
Ben Grismer – end user
Elizabeth Gillis Germond – Yotta end user
Jessica Longoria – end user
Mark Rausch – end user
Erin Ashley Short – Yotta end user
Bernice King – end user
Patrick Baker – Yotta end user
Emily Page – Yotta end user
Brian Kosobucki – Yotta end user
Zach Cotter – Yotta end user
Daniel Arguello – Yotta end user
Anthony Serino – Juno end user
Madeline Potts – Yotta end user
Vikrant Duggal – CEO of Curacubby, fintech servicing schools, end users are tuition paying parents
Colin Tindall (in court) – end user

LIST OF SPEAKERS WITH NON-LAWYERS HIGHLIGHTED:

Appearances on 11/13/24 (speakers only)
Alex Gerten – counsel for ch 11 trustee
Jelena McWilliams – ch 11 trustee
Benjamin Tolman – counsel for Juno
Aravind Swaminathan – Evolve Bank & Trust
Andreatte Caliguire – Yotta end user
Kayla Morris – Yotta end user
Michael Gottfried – Yotta Technologies
Jacob Rettig- Juno end user / "fight for our funds syndicate"
Joshua Nelson – Yotta end user
Chris Glenos – Lineage Bank
Stephanie Best – Yotta end user
Laurie Crown – end user
Trevor Vance – Yotta end user
Ronnie Duke – end user
Corey Wanless - Yotta end user
Katherine Maas – end user
Ilana Welch – end user
Ryan Maharaj – Yotta end user
Chris Fanson – Yotta end user
Karen Juarez – Yotta end user
Ralph Guenther – counsel for Juno
Sankaet Pathak – former CEO of the debtor
Kassidy Crown – Yotta end user
Lisa Kling – Yotta end user
Logan Smith – Juno end user
Nicholas Huster – Yotta end user
Amit Shrivastava – Yotta end user
Charles Guo – Yotta end user
Zack Jacobs – end user
Shanley Miller – Yotta end user
Ben Grismer – end user
Elizabeth Gillis Germond – Yotta end user
Jessica Longoria – end user
Mark Rausch – end user
Erin Ashley Short – Yotta end user
Bernice King – end user
Patrick Baker – Yotta end user
Emily Page – Yotta end user
Brian Kosobucki – Yotta end user
Zach Cotter – Yotta end user
Daniel Arguello – Yotta end user
Anthony Serino – Juno end user
Madeline Potts – Yotta end user
Vikrant Duggal – CEO of Curacubby, fintech servicing schools, end users are tuition paying parents
Colin Tindall (in court) – end user