**AKERMAN LLP**
JACQUELINE FOROUTAN (SBN 325689)
Email: Jacqueline.foroutan@akerman.com
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 533-5921
Facsimile: (213) 627-6342

Attorneys for GRABR, INC.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re; | Case No. 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor . | **NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO ALL PARTIES OF RECORD AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that Dennis N. Lueck, Esq. is no longer associated with the law firm of Akerman LLP.  Grabr, Inc. requests that Mr. Lueck be removed from the service list.

**PLEASE TAKE FURTHER NOTICE** that Akerman LLP continues to serve as counsel of record for Grabr, Inc., an interested party in this proceeding.  Grabr, Inc. respectfully requests that all notices given or required to be given in this proceeding and

all papers served or required to be served in this proceeding, be served upon Grabr, Inc.'s counsel at the following address and email address:

Jacqueline Foroutan
Email: jacqueline.foroutan@akerman.com
**AKERMAN LLP**
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 533-5921
Facsimile: (213) 627-6342

Dated: December 17, 2024         **AKERMAN LLP**

By: _____
Jacqueline Foroutan
Attorneys for GRABR, Inc.

79201433;1

2