JELENA MCWILLIAMS
1601 K STREET NW
WASHINGTON, D.C. 2006-1682
jmcwilliams@cravath.com
Tel. 1-202-869-7710

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE'S FOURTEENTH STATUS REPORT**<br><br>DATE: January 8, 2025<br>TIME: 10:00 a.m. PT<br>PLACE: 303<br>   21041 Burbank Boulevard<br>   Woodland Hills, CA 91367 and<br>   Via ZoomGov |

TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND INTERESTED PARTIES:

I, Jelena McWilliams (the "Trustee"), the duly appointed, qualified and acting chapter 11 trustee for the estate of Debtor Synapse Financial Technologies, Inc. ("Synapse" or the "Debtor"), hereby submit my fourteenth "Chapter 11 Trustee's Status Report" (the "Report") and represent as follows:

## I.

## **TIMELINE OF EVENTS**

### A. **Filing of the Chapter 11 Case and Appointment of Chapter 11 Trustee**

On April 22, 2024, the Debtor filed a voluntary chapter 11 petition, schedules and statement of financial affairs.

On May 24, 2024, following a hearing, the Court entered an order appointing a chapter 11 trustee (the "Appointment Order"), and Jelena McWilliams was appointed by the U.S. Trustee as the Chapter 11 Trustee in this Chapter 11 Case (the "Case"). [Dkt. No. 196].

On June 6, 2024, the Trustee filed the "Chapter 11 Trustee's Initial Status Report" (the "Initial Report"), and, on June 7, 2024, the Trustee presented the Initial Report at a Status Conference before the Court. On June 13, 2024, the Trustee filed the "Chapter 11 Trustee's Second Status Report" (the "Second Report"), and, on June 14, 2024, the Trustee presented the Second Report at a Status Conference before the Court. On June 20, 2024, the Trustee filed the "Chapter 11 Trustee's Third Status Report" (the "Third Report"), and, on June 21, 2024, the Trustee presented the Third Report at a Status Conference before the Court. On July 2, 2024, the Trustee filed the "Chapter 11 Trustee's Fourth Status Report" (the "Fourth Report"), and, on July 3, 2024, the Trustee presented the Fourth Report at a Status Conference before the Court. On July 16, 2024, the Trustee filed the "Chapter 11 Trustee's Fifth Status Report" (the "Fifth Report"), and, on July 17, 2024, the Trustee presented the Fifth Report at a Status Conference before the Court. On July 31, 2024, the Trustee filed the "Chapter 11 Trustee's Sixth Status Report" (the "Sixth Report"), and, on August 1, 2024, the Trustee presented the Sixth Report at a Status Conference before the Court. On August 13, 2024, the Trustee filed the "Chapter 11 Trustee's Seventh Status Report" (the "Seventh Report"), and, on August 14, 2024, the

Trustee presented the Seventh Report at a Status Conference before the Court. On August 29, 2024, the Trustee filed the "Chapter 11 Trustee's Eighth Status Report" (the "Eighth Report"), and, on August 30, 2024, the Trustee presented the Eighth Report at a Status Conference before the Court. On September 12, 2024, the Trustee filed the "Chapter 11 Trustee's Ninth Status Report" (the "Ninth Report"), and, on September 13, 2024, the Trustee presented the Ninth Report at a Status Conference before the Court. On September 26, 2024, the Trustee filed the "Chapter 11 Trustee's Tenth Status Report" (the "Tenth Report"), and, on September 27, 2024, the Trustee presented the Tenth Report at a Status Conference before the Court. On October 22, 2024 the Trustee filed the "Chapter 11 Trustee's Eleventh Status Report" (the "Eleventh Report"), and, on October 23, 2024, the Trustee presented the Eleventh Report at a Status Conference before the Court. On November 12, 2024 the Trustee filed the "Chapter 11 Trustee's Twelfth Status Report" (the "Twelfth Report"), and, on November 13, 2024, the Trustee presented the Twelfth Report at a Status Conference before the Court. On December 2, 2024 the Trustee filed the "Chapter 11 Trustee's Thirteenth Status Report" (the "Thirteenth Report"), and, on December 3, 2024, the Trustee presented the Thirteenth Report at a Status Conference before the Court. Additional information about the timeline of events in this Case and the Debtor's historical business operations can be found in these previous reports.

### B. Update on Ledger Reconciliation and Release of End User Funds

The schedules below summarize the partial distributions made by Partner Banks to Synapse-related end users since May 24, 2024. Since the Thirteenth Report, dated December 2, 2024, AMG, Lineage and Evolve have made new distributions and have distributed the great majority of the funds they hold for end users.

Additionally, AMG has voluntarily provided its own report, which is attached to this Report as **Exhibit A**. The inclusion of voluntary reports as appendices is not an endorsement by the Trustee of positions taken by any particular Partner Bank and is solely for informational purposes.

#### 1. *Reconciliation to Date*

To date, the reconciliation work of the Partner Banks has enabled the return of over $192 million in end user funds, which is 87% of the total $219 million funds reported to be held for end users as of May 2024. However, the Trustee remains aware that many end users still have not received

the amount of deposits due to them based on the Synapse ledger. As discussed in previous Reports, it appears that the apparent shortfall in end user funds existed prior to Synapse's bankruptcy and, due to the extent of reconciliation issues and the lack of estate resources, the exact amounts and sources of the shortfall have not been clearly established. The Trustee believes that the Partner Bank's further data sharing and collaboration on a global reconciliation may establish additional facts about the shortfall which will be helpful to parties who pursue longer-term recovery efforts.

The Thirteenth Report outlined three areas the Trustee and her advisors have been focused on to facilitate further reconciliation. *First*, Partner Banks and Fintech Platforms have requested additional aggregate data views and records from the Synapse estate to facilitate further reconciliation and funds tracing. The Trustee team has made, or is working to make, these available, especially a large data set of trial balance records for Partner Banks. The Trustee believes these records will support the Partner Bank's global reconciliation effort. *Second*, the Trustee team has explored options to cost-effectively and securely outsource certain reconciliation work to appropriate third parties. The Trustee is now working with a third-party ledgering software company, which has volunteered its services. This third-party ledgering software company is currently evaluating Synapse data and systems to determine the feasibility and a strategy for third-party reconciliation work. *Third*, the Trustee continues to evaluate paths for the disposition of estate assets that best preserve and make available Synapse data and records to parties in interest for long-term reconciliation and recovery efforts.

2.  *DDA Reconciliation and Distributions*

Since the Thirteenth Report, Evolve has distributed additional DDA funds and has identified additional DDA funds for further distribution, as detailed below.

| **DDA Funds Summary**[1] | | | | |
|---|---|---|---|---|
|  | **American Bank** | **AMG National Trust** | **Evolve Bank and Trust** | **Lineage Bank** |
| **Funds Reported to be Held on May 24, 2024** | N/A | N/A | $6,260,000 | $276,849 |
| **Funds Distributed as of June 21, 2024** | N/A | N/A | $5,369,000 | $198,601 |

---

[1] Partner Banks have reported to the Trustee certain numbers in approximations.

| | **DDA Funds Summary**[1] | | | |
|---|---|---|---|---|
| | **American Bank** | **AMG National Trust** | **Evolve Bank and Trust** | **Lineage Bank** |
| **Funds Distributed as of September 26, 2024** | N/A | N/A | $5,492,857 | $221,756 |
| **Funds Distributed as of December 2, 2024** | N/A | N/A | $5,662,432 | $221,756 |
| **Funds Distributed as of January 7, 2025** | N/A | N/A | $7,448,028 | $221,756 |
| **Funds Remaining as of January 7, 2025** | N/A | N/A | $2,542,728 | $55,093 |

Since the Thirteenth Report, Partner Banks have reported the below status and issues related to distributions of DDA funds.

- Evolve reports that it has distributed $7,448,028 in DDA funds for 42,092 end users across 9 platforms. Evolve has continued to investigate the extent to which there are additional platforms and end users who are entitled to DDA funds, including through productive communications with impacted fintech platforms. As a result of these efforts, Evolve has determined that it holds at least $2,542,728.63 for 6 platforms and 18,200 end users that remain to be distributed from the DDA environment. Evolve's investigative efforts continue, and to the extent there are additional platforms and end users who are entitled to receive DDA funds, Evolve will make appropriate distributions.

- Lineage has DDA distributions to date of $221,277 to end users, representing 80% of the DDA funds held at Lineage as of May 24, 2024. The remaining 20% (approximately $55,000) are not end user funds but rather funds held for the platforms themselves.

- Neither American Bank nor AMG holds any DDA funds for Synapse end users.

The Trustee is not aware of any reported shortfall between cash held in DDAs at the Partner Banks and the amounts owed to DDA end users as shown on the Synapse trial balances. The Trustee

4

believes that Partner Banks should be able to successfully repay the remaining DDA funds in the near future.

### 3. *FBO Account Reconciliation and Distributions*

Since the Thirteenth Report, an additional $17,963 in FBO funds has been distributed by AMG and an additional $717,866 in FBO funds has been distributed by Lineage. Evolve reports that, on December 19, 2024, it sent checks to end users who had not already received a PayPal payment or elected a payment mechanism through the Bank's reconciliation website to distribute additional FBO funds. As of the time of this Report, Evolve has not reported the total amount of FBO funds they have distributed. Overall, of the $219,077,467 aggregate FBO funds held by AMG, American Bank, Evolve and Lineage on the date of the Trustee's appointment, the vast majority of these funds has been distributed. The Trustee expresses no opinion as to whether the liability of any Partner Bank to end users is limited to amounts currently held in FBO or DDA accounts.

| **FBO Funds Summary**[2] | | | | |
|---|---|---|---|---|
|  | **American Bank** | **AMG National Trust** | **Evolve Bank and Trust** | **Lineage Bank** |
| **Funds Held on May 24, 2024** | $43,339 | $110,290,040 | $46,926,558 | $61,817,530 |
| **Funds Distributed as of May 24, 2024** | $0 | $55,000,000 | $0 | $0 |
| **Funds Distributed as of July 2, 2024** | $0 | $100,769,819 | $0 | $0 |
| **Funds Distributed as of July 16, 2024** | $0 | $104,025,366 | $0 | $0 |
| **Funds Distributed as of July 31, 2024** | $0 | $105,026,528 | $0 | $0 |
| **Funds Distributed as of August 14, 2024** | $0 | $106,070,956 | $0 | $0 |
| **Funds Distributed as of August 29, 2024** | $0 | $109,270,681 | $0 | $49,200,617 |

---

[2] Partner Banks have reported to the Trustee certain numbers in approximations.

5

| **FBO Funds Summary**[2] | | | | |
|---|---|---|---|---|
| | **American Bank** | **AMG National Trust** | **Evolve Bank and Trust** | **Lineage Bank** |
| Funds Distributed as of September 12, 2024 | $0 | $109,448,277 | $0 | $55,787,437 |
| Funds Distributed as of September 26, 2024 | $0 | $109,546,087 | $0 | $55,797,262 |
| Funds Distributed as of October 22, 2024 | $0 | $109,758,479 | $0 | $55,841,856 |
| Funds Distributed as of November 12, 2024 | $0 | $109,869,963 | $21,000,000 | $56,252,015 |
| Funds Distributed as of December 2, 2024 | $0 | $109,927,700 | $24,600,000 | $56,861,538 |
| Funds Distributed as of January 7, 2025 | $0 | $109,945,663 | Unreported | $57,579,404 |
| Remaining Funds on January 7, 2025 | $43,339 | $344,000 | Unreported | $4,238,126 |

Partner Banks have reported the status and issues related to distributions of FBO funds as detailed below.

- As of January 7, 2025, American Bank holds approximately $42,339.67 of potential commercial end user funds. American Bank has informed the Trustee that it is investigating the status of these funds and hopes to work with Partner Banks to verify the funds in the near future.

- As of January 7, 2025, AMG has paid out $109,945,663 (99.7% of total FBO funds held by AMG) for the benefit of approximately 91,800 end users, either paid directly to end users or to custodial banks for user check payments or operating Fintech Partners' credit to end users. Of the total payments, AMG has paid out 100% of balances (~$89.1 million) for 12 Fintech Partners and their over 85,000 users and has made partial payments (~$20.8 million) for an additional 10 Fintech Partners and their

6

over 6,000 users. As of January 7, 2025, AMG had paid the following approximate amounts for Yotta and Juno end users:

- Juno - $2,370,000 paid with $127,000 remaining to pay. The largest Juno end user balance remaining at AMG is $18,011.85.
- Yotta - $1,339,000 paid with $124,000 remaining to pay. The largest Yotta end user balance remaining at AMG is $16,420.91. AMG has made several attempts to contact all Yotta end users who were on the Synapse trial balance assigned to AMG.

- AMG has $344,000 in FBO funds left to distribute on behalf of 10 Fintech Partners and their over 8,000 end users (includes Fintech Partners where only partial payments were made and where issues with distributions exist). AMG is also working on reprocessing return payments of approximately $30,000. AMG will continue to work with fintech platforms to process distributions and is awaiting payment instructions for all remaining balances. AMG and several fintech platforms are having difficulty obtaining current payment information from end users, which AMG expects will continue to slow future payment activity. Additionally, AMG holds funds of $1.00 or less without current payment information for approximately 5,000 (58%) remaining end users. End users are encouraged to make sure their fintech platform provider has current payment information regardless of the size of the balance. End users who have received emails or phone calls from AMG are encouraged to contact AMG promptly. AMG's main phone number is 303-694-2190. AMG also holds $150,845.19 in unallocated interest associated with Synapse Brokerage sweep network deposits, which was transferred into AMG FBO Accounts on June 7, 2024.

- As of December 2, 2024, Evolve reported that end users had selected payment methods for over $24,600,000 in FBO funds, which Evolve was in the process of distributing to end users from Juno, YieldStreet, Yotta, Clerkie and other platforms. On December 19, 2024, Evolve sent checks to end users who had not already received a PayPal payment or elected a payment mechanism through the Bank's reconciliation website. Evolve

7

reports that it is processing appeals that have been lodged through its reconciliation portal, and is collaborating with other Partner Banks to ensure accurate distribution of remaining FBO funds.

- As of January 7, 2025, Lineage has paid out $57,579,404 for the benefit of 11,494 end users. For the remaining funds, Lineage reports that it is working diligently to complete reconciliation and obtain payment instructions to make distributions.
- There is no update to the aggregate $65 million to $95 million estimated shortfall since the Thirteenth Report.

### C. Meetings with Parties in Interest

Since December 3, 2024, the Trustee and her advisors have had follow-up meetings and communications with known parties in interest as well as initial meetings and communications with additional constituents. These meetings and communications have included: communications with the Partner Banks to discuss progress, issues and requests that have arisen in the reconciliation process; communications with former Synapse officers regarding technical and operational matters of the Synapse business to facilitate reconciliation and prepare estate assets for a potential sale; communications with certain affected end users to discuss inquiries and updates about reconciliation progress; communications with certain key vendors to ensure records preservation and to plan efficient data transition; and communications with potential purchasers of Synapse assets.

### D. Asset Sale

The Trustee filed a Sale Motion and Bidding Procedures Motion on October 7, 2024 to formalize a sale process to receive the highest and best bid for some or all assets of the Debtor's estate. [Dkt. Nos. 396 and 395]. On October 17, 2024, the Court entered an Order approving the Bidding Procedures. [Dkt. No. 410]. On November 26, 2024, the Trustee filed a Notice of Adjournment of the Sale Hearing (originally scheduled for December 2, 2024). [Dkt. No. 462].

The Trustee continues to have open lines of communication with interested parties and may seek to amend the Bidding Procedures to reschedule an auction or proceed with a private sale if she determines this to be in the best interest of the estate, As of the time of this Report, B. Riley is reviewing two recent bids for Synapse assets.

### E. Conversion

The Trustee believes this Case should remain in chapter 11 for the time being and, as of the time of this Report, is not seeking conversion to chapter 7.

DATED: January 7, 2025

**JELENA MCWILLIAMS
CHAPTER 11 TRUSTEE**

By: <u>/S/ *Jelena McWilliams*</u>
Jelena McWilliams
Chapter 11 Trustee

###

# Exhibit A

**AMG National Trust Bank ("AMG") Trustee Status Update**
**January 7, 2025**

### Summary

As requested by the bankruptcy court for Synapse Financial Technologies' ("Synapse"), AMG continues to give top priority to paying out appropriate balances to impacted financial technology ("FinTech") customers/end users. Since May 24, 2024, **AMG has paid out over 99.7% of the funds** Synapse Brokerage's final trial balance directed AMG to distribute.

We believe the primary issue is the apparent insufficiency of the total funds held by Evolve Bank and Trust ("Evolve") compared to the funds that Synapse reflected on its final trial balances. AMG has encouraged all involved banks to create a combined report of cash flow summaries, starting at the time when Evolve's cash balances last agreed to Synapse's balances and prior to the involvement of Lineage Bank, American Bank or AMG.

### Responses to Customers of Juno and Yotta

We understand that many unpaid customers of Juno and Yotta hope to be able to trace the flow of their funds through the banks, but AMG cannot do this because neither the FinTechs nor their customers had accounts at AMG. AMG held the deposit accounts only for its customer, Synapse Brokerage (a registered broker and Synapse affiliate). AMG has responded directly to hundreds of customers of Juno and Yotta who have asked about their funds, and we thought it might be useful to summarize our responses here.

- AMG does not hold any accounts in the name of Juno, Yotta, or any of their customers. The funds held at AMG were held in an account for Synapse Brokerage fbo its Customers. Synapse allocated those funds to specific end users; AMG did not.
- Synapse Brokerage was the custodian and recordkeeper with respect to the locations of its deposits and balancing them to the end user balances. Because the individual end users were not AMG clients, AMG did not track individual end user balances or account changes.
- When Synapse transferred "bulk" funds between banks, it did not provide AMG the detail of which FinTech platform or which end users beneficially owned those funds. Accordingly, AMG cannot determine how much, if any, of the transferred funds to or from AMG belonged to any specific FinTech or end user. With respect to the bulk funds AMG held when Synapse closed, AMG has paid out 99.7% to the FinTechs or end users in accordance with Synapse's directions.
- AMG's bank routing number was not used to process Juno or Yotta individual end user transactions, including direct deposits, card transactions, ACH transfers, wire transfers, or any other kind of transaction.
- AMG has no knowledge about Evolve's processing of Juno and Yotta outgoing transactions.
- AMG's payments to FinTechs and end users were made in accordance with the Synapse Brokerage-provided final trial balance.
- It is AMG's understanding that end users are concerned that Evolve's records do not agree with the Synapse Brokerage records or FinTech transaction histories. AMG does not know why they do not agree.
- For each unpaid Juno and Yotta customer who contacted AMG, AMG confirmed that it does not hold accounts in that person's name, that their balance is not listed on the final trial balance allocated to AMG for payment (as provided by Synapse), and that their balance is listed on the Synapse-provided final trial balance as being held by Evolve Bank.

AMG is cooperating with the other banks to exchange relevant information.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Cravath, Swaine & Moore LLP, Two Manhattan West, 375 Ninth Avenue, New York, NY 10001

A true and correct copy of the foregoing document entitled (*specify*): _____
CHAPTER 11 TRUSTEE'S FOURTEENTH STATUS REPORT_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/7/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ron Bender     rb@lnbyg.com
David A Berkley     david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
J Scott Bovitz     bovitz@bovitz-spitzer.com
Rudy J Cerone     rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com
Sara Chenetz     schenetz@perkinscoie.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
Russell Clementson     russell.clementson@usdoj.gov
Andrew Michael Cummings     andrew.cummings@hklaw.com, philip.dobbs@hklaw.com; hapi@hklaw.com; reena.kaur@hklaw.com
Michael G. Farag     mfarag@gibsondunn.com
Jacqueline Foroutan     jacqueline.foroutan@akerman.com, akermanlas@akerman.com
Paul R. Glassman     pglassman@stradlinglaw.com
Nicholas Christian Glenos     cglenos@bradley.com
Michael H Goldstein     mgoldstein@goodwinprocter.com, ASchaefer@goodwinlaw.com
Michael I. Gottfried     mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com, docketing@elkinskalt.com,tparizad@elkinskalt.com
Steven T Gubner     sgubner@bg.law, ecf@bg.law
Ralph P Guenther     rguenther@guentherlawgroup.com
Robert T. Honeywell     robert.honeywell@klgates.com
Lance N Jurich     ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com; ljurich@ecf.courtdrive.com; fmckeown@loeb.com
Jane Kim     jkim@kellerbenvenutti.com
Monica Y Kim     myk@lnbyg.com, myk@ecf.inforuptcy.com
Jeffrey C Krause     jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
William J Levant     wlevant@kaplaw.com, wlevant@gmail.com
Adam A Lewis     alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
Norman Norman Lueck     dennis.lueck@akerman.com, katie.solem@akerman.com
Jelena McWilliams (TR)     jmcwilliams@cravath.com, mao@cravath.com
Krikor J Meshefejian     kjm@lnbyg.com
Fred Neufeld     fneufeld@stradlinglaw.com, tingman@sycr.com
Valerie Bantner Peo     vbantnerpeo@buchalter.com
David M Poitras     dpoitras@bg.law
Jeremy V Richards     jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
Holly Roark     holly@roarklawboise.com, RoarkLawOffices@jubileebk.net
Paul M Rosenblatt     prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
Thomas B Rupp     trupp@kbkllp.com
Brandy A Sargent     brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
Callan C Searcy     bk-csearcy@texasattorneygeneral.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**

Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com, LitigationDocketing@saul.com
Jason D Strabo    jstrabo@mwe.com, jbishopjones@mwe.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Jeffrey C Wisler    jwisler@connollygallagher.com, dperkins@connollygallagher.com
Claire K Wu    claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com;docket@pillsburylaw.com
Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 1/7/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 1/7/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/7/2025 | Robert N. Greenfield | /s/ *Robert N. Greenfield* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**