**Timothy Liu**
**42 Hillary Lane**
**Westbury, NY 11590**
**(516) 469-5667**
vqtliu@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA SAN FERNANDO VALLEY DIVISION**

**In re:**
**SYNAPSE, Inc.**, et al.
**Case No.: 1:24-bk-10646-MB**

**MOTION TO STAY DISMISSAL/CONCLUSION OF THE CASE PENDING FULL RECONCILIATION OF SYNAPSE FUNDS**

**Movants:** [Timothy Liu/Representative of Yotta Users]

**INTRODUCTION**

Movants, representing affected Yotta users who have not received the full amount of funds as promised under FDIC insurance, respectfully move this Honorable Court to issue an order staying the dismissal or conclusion of the bankruptcy case pending a comprehensive and conclusive reconciliation of Synapse's funds. This reconciliation is necessary to ensure that all assets are appropriately identified, and that any funds remaining are duly considered for distribution to creditors. I have personally been affected by this and the "reconciliation efforts" made thus far have not returned the $40,689.82 in funds that I have been locked out from accessing.

**FACTUAL BACKGROUND**

1. **User Reliance on FDIC Insurance Representations:** Many Yotta users were led to believe that the funds held by Synapse were FDIC insured. To date, a significant number of these users have not received the full amounts that were anticipated.

2. **Incomplete Financial Reconciliation:** As the bankruptcy case nears its current wrap-up phase, concerns have been raised regarding whether Synapse's financial records fully reflect the assets available for distribution. In particular, there is uncertainty as to whether all funds have been correctly accounted for.

3. **Risk of Premature Case Dismissal:** Dismissing or concluding the case without a complete reconciliation may preclude the discovery of additional funds or assets that should rightfully be available to creditors, thereby undermining the equitable treatment of affected parties.

**ARGUMENT**

A. **Protection of Creditor Rights and Interests**

Under applicable bankruptcy law principles, it is imperative that all creditors—including Yotta users—receive a fair and complete accounting of available assets. A full reconciliation will provide

the necessary transparency and ensure that no funds are inadvertently or prematurely excluded from distribution.

B. **Preserving the Integrity of the Bankruptcy Process**

Finalizing the case without ensuring a complete and detailed reconciliation of Synapse's assets could result in the untimely closure of the matter. This poses the risk of leaving undisclosed assets that may be vital for satisfying creditor claims, potentially opening the door to future litigation or claims of mismanagement.

C. **Ensuring Compliance with FDIC Insurance Representations**

Given that Yotta users were promised funds backed by FDIC insurance, any failure to fully account for these funds undermines public and creditor trust in both the bankruptcy process and the associated financial representations. A full reconciliation is essential to either confirm compliance with these assurances or to take remedial actions if discrepancies are found.

**PRAYER FOR RELIEF**

WHEREFORE, Movants respectfully request that this Court:

1. **Grant an Order Staying the Dismissal/Closure:** Issue an order to stay or otherwise postpone the dismissal or conclusion of this bankruptcy case pending a full, independent reconciliation of Synapse's funds.
2. **Direct Full Reconciliation Efforts:** Order Synapse (or its appointed representative) to provide a complete and itemized reconciliation of all funds and assets associated with the bankruptcy estate, including any funds that may not yet have been fully accounted for.
3. **Authorize Further Discovery as Needed:** Permit additional discovery, expert accounting examinations, or related investigative measures to ensure that the reconciliation is complete, thorough, and transparent.
4. **Award Any Other Relief as the Court Deems Just and Proper:** Grant such other and further relief as may be necessary to protect the rights and interests of the creditors in this case.

Respectfully submitted,

Timothy Liu
04/11/2025

**CONCLUSION**

Maintaining the case pending the completion of a full reconciliation is critical to ensuring that all available assets are identified and properly allocated in accordance with the rights of Yotta users and other creditors. For the above reasons, Movants respectfully urge this Court to grant the relief requested.



# Transaction History
# October 1, 2023 to May 17, 2024

| | |
|---|---|
| **Name:** | Timothy Liu |
| **Account Number:** | [redacted]56b4 |
| **Platform:** | Yotta Saving |

| | Date | Description | Transaction Amount | Balance |
|---|---|---|---|---|
| | | **Beginning Balance as of 9/30/2023:** | | **$20,386.78** |
| 1 | 10/3/2023 | BULK_PRIZE_e1db1cfa-cbba 42f0-93b6-d8abfa2f6348 | $0.62 | $20,387.40 |
| 2 | 10/3/2023 | BULK_PRIZE_2504e8f4-7542-465e-a11c-37d4edafbadd | $0.74 | $20,388.14 |
| 3 | 10/3/2023 | BULK_PRIZE_be11aa3a-7bee-444b-9a01-a9cc30820840 | $0.66 | $20,388.80 |
| 4 | 10/5/2023 | AWAITING_TRANSFER_e4cae7f9-158f-4629-8885-0ec87 | $1.11 | $20,389.91 |
| 5 | 10/5/2023 | AWAITING_TRANSFER_62176473-d717-4a99-82e1-6fb78 | $1.72 | $20,391.63 |
| 6 | 10/6/2023 | Reward Accrual | $0.02 | $20,391.65 |
| 7 | 10/10/2023 | AWAITING_TRANSFER_093fe8d2-4771-4a1e-b1c0-2f592f | $0.69 | $20,392.34 |
| 8 | 10/10/2023 | AWAITING_TRANSFER_3caf40c7-f8cf-4feb-a856-6a8278f | $0.46 | $20,392.80 |
| 9 | 10/10/2023 | AWAITING_TRANSFER_b931b082-2d2d-4705-bf5f-aabfb | $0.93 | $20,393.73 |
| 10 | 10/10/2023 | AWAITING_TRANSFER_7db24c55-fe1f-4c37-a06c-83ba6 | $1.27 | $20,395.00 |
| 11 | 10/10/2023 | AWAITING_TRANSFER_2073a5a6-783b-4182-afec-e4f96 | $0.86 | $20,395.86 |
| 12 | 10/12/2023 | ADP TOTALSOURCE | $0.17 | $20,396.03 |
| 13 | 10/12/2023 | Transfer to Synapse Brokerage | ($20,395.86) | $0.17 |
| 14 | 10/14/2023 | BULK_PRIZE_a7892837-f719-4b64-84e4-f6fabb48e6f0 | $1.55 | $1.72 |
| 15 | 10/14/2023 | BULK_PRIZE_c3cc05f6-63c3-4974-a50d-f37eb007f0df | $0.70 | $2.42 |
| 16 | 10/14/2023 | BULK_PRIZE_cd235155-583a-4f3b-8695-e1fd278e6c46 | $0.82 | $3.24 |
| 17 | 10/14/2023 | BULK_PRIZE_2b88aa28-ec62-45ff-ae4b-4881bdb9fe4a | $0.81 | $4.05 |
| 18 | 10/16/2023 | BULK_PRIZE_9bffaca4-86e0-42e7-9218-8fb972a04356 | $2.69 | $6.74 |
| 19 | 10/16/2023 | BULK_PRIZE_d95f9591-b45c-4b99-9af7-7b26342af485 | $1.37 | $8.11 |
| 20 | 10/11 2023 | Transfer to Sy mpse Brokerage | ($0.17) | $7.94 |
| 21 | 10/18/2023 | BULK_PRIZE_7143dc67-5f1f 4420-80dd-7415a805832e | $0.46 | $8.40 |
| 22 | 10/18/2023 | BULK_PRIZE_245c7a0f-97da-4fad-bc32-c6530940eb7d | $0.55 | $8.95 |
| 23 | 10/18/2023 | Transfer to Synapse Brokerage | ($7.94) | $1. 0 |
| 24 | 10/20/2023 | Transfer to Synapse Brokerage | ($1.01) | $0.00 |
| 25 | 10/22/2023 | AWAITING_TRANSFER_4d76b0b3-58ad-4fa3-ab6a-8ca27 | $1.14 | $1.14 |
| 26 | 10/22/2023 | AWAITING_TRANSFER_73031de1-7a5c-4a9c-b0b3-cda67 | $0.41 | $1.55 |
| 27 | 10/22/2023 | AWAITING_TRANSFER_60734744-320b-45b5-a5e4-f60ff | $0.60 | $2.15 |
| 28 | 10/22/2023 | AWAITING_TRANSFER_fc8c7c22-c8ac-40ae-a0e2-0710e7 | $0.77 | $2.92 |
| 29 | 10/24/2023 | BULK_PRIZE_b438e536-a300-4037-801c-2f274634ec65 | $0.98 | $3.90 |
| 30 | 10/24/2023 | BULK_PRIZE_882112a3-5d8d-46e8-af7a-9958e53e2eff | $1.45 | $5.35 |
| 31 | 10/25/2023 | Transfer to Synapse Brokerage | ($2.92) | $2.43 |



# Transaction History
# October 1, 2023 to May 17, 2024

| | |
|---|---|
| **Name:** | Timothy Liu |
| **Account Number:** | [redacted]56b4 |
| **Platform:** | Yotta Saving |

| Date | Description | Transaction Amount | Balance |
|---|---|---|---|
| 10/26/2023 | Transfer to Synapse Brokerage | ($2.43) | $0.00 |
| 10/27/2023 | ADP TOTALSOURCE | $0.17 | $0.17 |
| 10/29/2023 | AWAITING_TRANSFER_75238fea-235c-4d3b-834a-19073 | $0.54 | $0.71 |
| 10/29/2023 | AWAITING_TRANSFER_6209f7f5-4e9b-4aa5-b23d-b9fe1f | $1.02 | $1.73 |
| 10/29/2023 | AWAITING_TRANSFER_e51d836d-e655-4b33-9c21-20bd9 | $1.17 | $2.90 |
| 10/29/2023 | AWAITING_TRANSFER_a4242645-c4ed-4066-9c9f-9270f | $0.88 | $3.78 |
| 10/29/2023 | AWAITING_TRANSFER_aabc361e-186c-4d05-a529-42e39 | $1.04 | $4.82 |
| 10/31/2023 | Transfer to Synapse Brokerage | ($0.17) | $4.65 |
| 11/2/2023 | AWAITING_TRANSFER_0ec2e0d9-016a-4519-9dc5-b7c91 | $0.71 | $5.36 |
| 11/2/2023 | AWAITING_TRANSFER_cd96976d-f56f-47ff-b19c-fc1112 | $0.95 | $6.31 |
| 11/2/2023 | Reward Accrual | $0.02 | $6.33 |
| 11/2/2023 | AWAITING_TRANSFER_28fef664-9e34-4068-9eae-ac470b | $0.75 | $7.08 |
| 11/2/2023 | AWAITING_TRANSFER_50f51dea-f21f-42e0-a1ef-ee5b92 | $0.40 | $7.48 |
| 11/2/2023 | Transfer to Synapse Brokerage | ($4.65) | $2.83 |
| 11/6/2023 | BULK_PRIZE_ac02684c-b01d-466a-9043-5c172fb6d348 | $0.73 | $3.56 |
| 11/6/2023 | BULK_PRIZE_423cd501-a6cb-4f9a-8b5e-976eb40fdb01 | $0.70 | $4.26 |
| 11/6/2023 | BULK_PRIZE_6132689d-e205-43e9-9b2c-c9bd4132db71 | $0.89 | $5.15 |
| 11/6/2023 | BULK_PRIZE_d43e2b91-968c-4569-87e8-ad03457076e2 | $1.44 | $6.59 |
| 11/6/2023 | Transfer to Synapse Brokerage | ($2.83) | $3.76 |
| 11/8/2023 | Transfer to Synapse Brokerage | ($3.76) | $0.00 |
| 11/9/2023 | ADP TOTALSOURCE | $0.47 | $0.47 |
| 11/10/2023 | INSERT_IN_DB | $10,000.00 | $10,000.47 |
| 11/10/2023 | AWAITING_TRANSFER_b44b33a2-8d90-4e2d-afb7-2d394 | $0.65 | $10,001.12 |
| 11/10/2023 | AWAITING_TRANSFER_20dca31b-8bcb-4f09-b11a-4ef79f | $0.35 | $10,001.47 |
| 11/10/2023 | AWAITING_TRANSFER_6a1ba574-8362-44e8-b6d1-64f08 | $0.78 | $10,002.25 |
| 11/10/2023 | AWAITING_TRANSFER_de95ac88-5df5-4d07-8d38-dbe9f | $1.95 | $10,004.20 |
| 11/11/2023 | BULK_PRIZE_b0dd9b7a-47bc-4079-8f88-834954e0d15b | $1.40 | $10,005.60 |
| 11/13/2023 | BULK_PRIZE_194c1c8b-300b-4456-9fe0-331472540dc8 | $2.08 | $10,007.68 |
| 11/13/2023 | BULK_PRIZE_94f01697-f955-47a8-8896-e0e84ae9bcbf | $0.96 | $10,008.64 |
| 11/13/2023 | Transfer to Synapse Brokerage | ($0.47) | $10,008.17 |
| 11/14/2023 | BULK_PRIZE_935fdcef-2f7a-4863-85a7-7f514c672101 | $1.53 | $10,009.70 |
| 11/14/2023 | Transfer to Synapse Brokerage | ($3.73) | $10,005.97 |



# Transaction History
# October 1, 2023 to May 17, 2024

| | |
|---|---|
| **Name:** | Timothy Liu |
| **Account Number:** | [REDACTED]56b4 |
| **Platform:** | Yotta Saving |

| | Date | Description | Transaction Amount | Balance |
|---|---|---|---|---|
| 64 | 11/15/2023 | PRIZE_7e0ab1d1-5062-4b44-876d-96a5976601df | $0.75 | $10,006.72 |
| 65 | 11/15/2023 | Transfer to Synapse Brokerage | ($4.44) | $10,002.28 |
| 66 | 11/16/2023 | PRIZE_1cd83025-a1ff-4d19-b96f-3b0f0fe8fb99 | $1.55 | $10,003.83 |
| 67 | 11/16/2023 | Transfer to Synapse Brokerage | ($1.53) | $10,002.30 |
| 68 | 11/17/2023 | PRIZE_e95d3e00-c508-47f3-8e6c-f94e97a98bdc | $1.73 | $10,004.03 |
| 69 | 11/17/2023 | Transfer to Synapse Brokerage | ($0.75) | $10,003.28 |
| 70 | 11/18/2023 | PRIZE_804e5d8f-78a5-4e9e-9b9c-3adc116e2812 | $1.68 | $10,004.96 |
| 71 | 11/19/2023 | PRIZE_9bff5960-ca31-476b-a05f-83c491b28b17 | $1.93 | $10,006.89 |
| 72 | 11/20/2023 | PRIZE_be1d7862-cbde-4c36-a5bd-dc581eff192f | $0.97 | $10,007.86 |
| 73 | 11/20/2023 | Transfer to Synapse Brokerage | ($1.55) | $10,006.31 |
| 74 | 11/21/2023 | BULK_PRIZE_0e660a61-f9d6-4bb9-82db-ed6479c70885 | $1.95 | $10,008.26 |
| 75 | 11/21/2023 | Transfer to Synapse Brokerage | ($10,001.73) | $6.53 |
| 76 | 11/22/2023 | PRIZE_bbdabb9c-9045-4b04-94f7-2323a4a2cddd | $1.69 | $8.22 |
| 77 | 11/22/2023 | Transfer to Synapse Brokerage | ($4.58) | $3.64 |
| 78 | 11/23/2023 | BULK_PRIZE_787c4e00-bbe6-4d34-8c94-875494482522 | $1.23 | $4.87 |
| 79 | 11/24/2023 | BULK_PRIZE_fa4bd1e0-cbef-4a67-b22b-f30e555eec37 | $0.99 | $5.86 |
| 80 | 11/24/2023 | Transfer to Synapse Brokerage | ($1.95) | $3.91 |
| 81 | 11/26/2023 | BULK_PRIZE_6a179a04-f009-4dc7-a5b4-6e3f5aa647ba | $1.22 | $5.13 |
| 82 | 11/26/2023 | BULK_PRIZE_c82392dd-eb4e-4463-b157-7791a5acff5e | $0.96 | $6.09 |
| 83 | 11/27/2023 | BULK_PRIZE_1b86738b-dd92-433c-a1ba-0c43774356d7 | $2.42 | $8.51 |
| 84 | 11/27/2023 | SYNAPSE_SAVINGS_REWARD_RECOUP | ($0.02) | $8.49 |
| 85 | 11/28/2023 | PRIZE_db8a48aa-05ea-4d3d-b793-13d29ffd71a0 | $20.86 | $29.35 |
| 86 | 11/28/2023 | Transfer to Synapse Brokerage | ($2.22) | $27.13 |
| 87 | 11/28/2023 | Transfer to Synapse Brokerage | ($1.69) | $25.44 |
| 88 | 11/29/2023 | BULK_PRIZE_f75bb812-f390-4802-be2d-52de3b7689ae | $1.00 | $26.44 |
| 89 | 11/29/2023 | Transfer to Synapse Brokerage | ($4.58) | $21.86 |
| 90 | 11/30/2023 | PRIZE_f3706b76-9143-4302-be8b-33ed9ae53d80 | $0.97 | $22.83 |
| 91 | 11/30/2023 | Transfer to Synapse Brokerage | ($20.86) | $1.97 |
| 92 | 12/1/2023 | BULK_PRIZE_841673bd-7749-42b0-b7f6-0bb3eed6dd0a | $21.44 | $23.41 |
| 93 | 12/1/2023 | Transfer to Synapse Brokerage | ($1.00) | $22.41 |
| 94 | 12/2/2023 | BULK_PRIZE_c4079d20-9142-42c3-81a7-5aff8cbdb848 | $3.30 | $25.71 |
| 95 | 12/3/2023 | BULK_PRIZE_68c1248c-83a4-4b06-bbb8-dc5ffca0196e | $1.26 | $26.97 |



# Transaction History
# October 1, 2023 to May 17, 2024

| | |
|---|---|
| **Name:** | Timothy Liu |
| **Account Number:** | [redacted]56b4 |
| **Platform:** | Yotta Saving |

| # | Date | Description | Transaction Amount | Balance |
|---|---|---|---|---|
| 96 | 12/4/2023 | BULK_PRIZE_ccc4c32f-ddc3-4db5-b95e-146d96592048 | $1.00 | $27.97 |
| 97 | 12/4/2023 | Transfer to Synapse Brokerage | ($0.97) | $27.00 |
| 98 | 12/5/2023 | BULK_PRIZE_2c61f826-0726-4467-ae43-568d58cceb4e | $0.88 | $27.88 |
| 99 | 12/5/2023 | Transfer to Synapse Brokerage | ($21.44) | $6.44 |
| 100 | 12/6/2023 | BULK_PRIZE_3a979071-b971-478e-a7db-705644e2136e | $1.12 | $7.56 |
| 101 | 12/6/2023 | Transfer to Synapse Brokerage | ($5.56) | $2.00 |
| 102 | 12/7/2023 | Transfer to Synapse Brokerage | ($0.88) | $1.12 |
| 103 | 12/8/2023 | Reward Accrual | $0.02 | $1.14 |
| 104 | 12/8/2023 | BULK_PRIZE_73281254-03d5-42ac-a9db-545ac5afc288 | $1.08 | $2.22 |
| 105 | 12/8/2023 | BULK_PRIZE_f58563a6-0343-4767-b621-950755cc9f0f | $1.20 | $3.42 |
| 106 | 12/8/2023 | Transfer to Synapse Brokerage | ($1.12) | $2.30 |
| 107 | 12/9/2023 | BULK_PRIZE_7ce2c220-b03b-41b8-8997-6ccb032e1081 | $0.78 | $3.08 |
| 108 | 12/10/2023 | PRIZE_049f3b62-1503-44b2-bf2d-cb9e7b36c9cc | $1.23 | $4.31 |
| 109 | 12/11/2023 | PRIZE_f2676dc6-c69f-4f44-b2d9-f8476ebb248c | $0.96 | $5.27 |
| 110 | 12/12/2023 | BULK_PRIZE_8ffc142e-e5a0-4ce4-9945-0c8abc55f3de | $21.05 | $26.32 |
| 111 | 12/12/2023 | Transfer to Synapse Brokerage | ($2.30) | $24.02 |
| 112 | 12/13/2023 | PRIZE_9579ea6f-78ed-4461-b710-486feda24acd | $1.46 | $25.48 |
| 113 | 12/13/2023 | Transfer to Synapse Brokerage | ($2.97) | $22.51 |
| 114 | 12/14/2023 | PRIZE_cb8b7f04-238a-40aa-9362-cc06b577d7cb | $0.73 | $23.24 |
| 115 | 12/14/2023 | Transfer to Synapse Brokerage | ($21.05) | $2.19 |
| 116 | 12/15/2023 | BULK_PRIZE_23a17e2a-0235-4691-86e9-499aee344857 | $1.17 | $3.36 |
| 117 | 12/15/2023 | Transfer to Synapse Brokerage | ($1.46) | $1.90 |
| 118 | 12/16/2023 | BULK_PRIZE_9082b047-1aa5-4303-baa7-f063e9d9aeaa | $1.98 | $3.88 |
| 119 | 12/17/2023 | PRIZE_bd7d46e8-824c-4a0a-b707-3d1eb745c013 | $0.89 | $4.77 |
| 120 | 12/18/2023 | PRIZE_de1939cf-9629-4abd-9fb8-43af3bc56246 | $1.61 | $6.38 |
| 121 | 12/19/2023 | BULK_PRIZE_bc5a03b9-1c38-4cf6-b3f1-3f66fb6b875d | $0.86 | $7.24 |
| 122 | 12/19/2023 | Transfer to Synapse Brokerage | ($0.73) | $6.51 |
| 123 | 12/19/2023 | Transfer to Synapse Brokerage | ($1.17) | $5.34 |
| 124 | 12/20/2023 | BULK_PRIZE_c1716c7f-4905-409d-be81-532e978d5a86 | $0.74 | $6.08 |
| 125 | 12/21/2023 | Transfer to Synapse Brokerage | ($4.48) | $1.60 |
| 126 | 12/25/2023 | SYNAPSE_SAVINGS_REWARD_RECOUP | ($0.02) | $1.58 |
| 127 | 1/9/2024 | Reward Accrual | $0.03 | $1.61 |




# Transaction History
# October 1, 2023 to May 17, 2024

| | |
|---|---|
| **Name:** | Timothy Liu |
| **Account Number:** | [REDACTED]56b4 |
| **Platform:** | Yotta Saving |

| | Date | Description | Transaction Amount | Balance |
|---|---|---|---|---|
| 128 | 2/8/2024 | Reward Accrual | $0.03 | $1.64 |
| | | **Ending Balance as of 5/17/2024:** | | **$1.64** |

Note: The above transaction history is based on a review and reconciliation of records from Synapse Financial Technologies, Inc., the Federal Reserve, and Evolve Bank & Trust.



## Synapse Brokerage LLC

101 2nd St, San Francisco, CA 94105
brokerage@synapsefi.com

**Brokerage Account Statement**
March 29, 2024 - April 30, 2024

**Account Number:** [redacted]56b4
**Account Type:** IB-SUBACCOUNT-US
**Account Holder:** TIMOTHY LIU
42 HILLARY LN
WESTBURY NY US 11590

**Electronic/ACH Payment:** [redacted]6768
**Wire Transfer:** [redacted]6768
**Account Number:** [redacted]6883

This account summary is provided to you by Synapse Brokerage LLC ("Synapse Brokerage"), a Securities and Exchange Commission ("SEC") registered broker-dealer and member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and the Securities Investor Protection Corporation ("SIPC"), in connection with your use of the website and/or mobile application operated by None (the "Platform Operator").

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| **Total Balance** | $40,538.53 | $40,689.84 |

| Income & Expense Summary | This Period | Year to Date |
|---|---|---|
| Interest Earned | $0.03 | $0.00 |
| Fees & Expenses | $0.00 | $0.00 |
| Net Income Earned | $0.03 | $0.00 |

This Account Summary is provided to you solely as a courtesy and for your convenience. Information regarding your Deposit Account is provided by the Partner Bank (as described below) and Synapse Brokerage is not responsible for the completeness, accuracy, or otherwise regarding such Deposit Account information. Account information regarding your Deposit Account is not a replacement for any other statement(s) you may receive from the Partner Bank or any other Partner Financial Institution that holds your assets. The Partner Bank is not a member of SIPC and therefore, funds maintained in your Deposit Account are not SIPC insured. Funds held in your Brokerage Account are maintained by Synapse Brokerage, a member of SIPC, and are intended to be eligible for SIPC insurance coverage.

Your funds maintained in the Cash Management Program are held by banks that are not SIPC members and therefore are not SIPC protected. Rather, your funds in the Cash Management Program are intended to be eligible for enhanced FDIC insurance coverage.

Please address all communications regarding this Account Summary to brokerage@synapsefi.com. Address changes or other material changes in your account should be updated via the Platform Operator's application and should also be directed to brokerage@synapsefi.com. Kindly mention your account number in your email.

This account statement does not replace any other statement(s) you may receive from the Partner Bank or any other Partner Financial Institution.
*This statement shall be conclusive if not objected to in writing within ten (10) days (except with respect to debit card transactions). Errors and omissions exempted.
Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to brokerage@synapsefi.com.
Kindly mention your account number. This statement should be retained for income tax purposes.

*Your deposit account ("Deposit Account") is maintained by (the "Partner Bank"). **Your brokerage account ("Brokerage Account") is maintained by Synapse Brokerage. ***Your funds maintained in the Cash Management Program are maintained by the Program Banks as defined in the Program Disclosure available at cash management program. For a list of the Partner Banks that provide you with Synapse-Enabled Services, please refer to the Synapse Terms of Service or the Synapse Broker Customer Agreement.

The remainder of this page is intentionally left blank.

This account statement does not replace any other statement(s) you may receive from the Partner Bank or any other Partner Financial Institution.
*This statement shall be conclusive if not objected to in writing within ten (10) days (except with respect to debit card transactions). Errors and omissions exempted.
Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to brokerage@synapsefi.com.
Kindly mention your account number. This statement should be retained for income tax purposes.

# Important Information And Disclosures

This Account Summary is provided to you by Synapse Brokerage LLC ("Synapse Brokerage"), an SEC registered broker-dealer and member of FINRA/SIPC. Synapse Brokerage provides you with certain brokerage services and maintains your brokerage account ("Brokerage Account") in connection with the services provided to you by the Platform Operator through its website and/or mobile application (the "Platform"). Please refer to the Synapse Brokerage Customer Agreement for the terms and conditions governing your Brokerage Account. Capitalized terms not defined in the Terms of Service and herein shall have the meaning ascribed to them in the Synapse Brokerage Customer Agreement. Additional information about Synapse Brokerage can be found on FINRA's BrokerCheck. You may also contact FINRA at 800-289-9999 or by visiting www.finra.org. If you suspect any inaccuracy or discrepancy in your Account Summary, you must promptly report the error to Synapse Brokerage. Additionally, to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or other concerns can be addressed to brokerage@synapsefi.com.

Through the services made available to you through Synapse Financial Technologies, Inc., and the Platform Operator, a Deposit Account is established for you and maintained by a third-party FDIC-insured Partner Bank. You may deposit or withdraw funds from your Deposit Account through the tools made available to you on the Platform. Deposits and withdrawals made by you through the Platform to and from your Deposit Account are not provided in this Account Summary.

Synapse Brokerage offers a cash management program (the "Cash Management Program") in order to provide you with a feature to cause your funds to be eligible for enhanced FDIC coverage by automatically transferring funds held in your Brokerage Account to the Cash Management Program. To facilitate the mechanics of the Cash Management Program, your Brokerage Account is not designed to hold a cash balance. The Cash Management Program is governed by the Brokerage Customer Agreement which has been provided to you and is available at brokerage agreement. Additional information is provided in the Program Disclosure available at legal resources. For a list of specific Partner Financial Institutions associated with your use of the Platform and participation in the Cash Management Program, please refer to the Synapse Terms of Service. If you no longer wish to participate in the Cash Management Program, please contact Synapse Brokerage at brokerage@synapsefi.com to receive instructions on how you can opt-out of the Cash Management Program. Information related to any fees is available at cash management program. Fees may be subject to change from time-to-time.

Synapse Broker is a member of the Securities Investor Protection Corporation ("SIPC"), which protects securities customers of its members up to $500,000, including $250,000 for claims for cash held for the purchase of securities. An explanatory brochure is available upon request or by visiting www.sipc.org. Funds held in your Deposit Account and in your Cash Sweep Account(s) are maintained by FDIC-insured banks and therefore may be covered under FDIC insurance for up to $250,000 per depositor against the failure of the FDIC member bank(s). FDIC insurance does not protect you against the failure of Synapse Brokerage or malfeasance by any Synapse Brokerage employee. Your Deposit Account and your Cash Sweep Account(s) are not SIPC protected. For additional information on how your funds are treated, please carefully review the Program Disclosure available at cash management program.

If you believe your account summary is wrong, please email Synapse Brokerage at brokerage@synapsefi.com. When contacting Synapse Brokerage, please provide your name,

This account statement does not replace any other statement(s) you may receive from the Partner Bank or any other Partner Financial Institution.
*This statement shall be conclusive if not objected to in writing within ten (10) days (except with respect to debit card transactions). Errors and omissions exempted.
Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to brokerage@synapsefi.com.
Kindly mention your account number. This statement should be retained for income tax purposes.

account number, a description of the issue or error and why you believe the statement is incorrect, and the dollar amount of the suspected error. If we take more than ten (10) business days to complete our investigation, we may credit your account for the amount you think is in error so that such funds will be available to you during the time it takes us to complete our investigation.

We are required to report to the Internal Revenue Service all interest credited to your Cash Sweep Account(s) on funds held for you in our name. All interest credits should be included in your income tax return.

Please retain this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account. This statement shall be deemed conclusive unless objected to in writing within ten (10) days.

The remainder of this page is intentionally left blank.

This account statement does not replace any other statement(s) you may receive from the Partner Bank or any other Partner Financial Institution.
*This statement shall be conclusive if not objected to in writing within ten (10) days (except with respect to debit card transactions). Errors and omissions exempted.
Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to brokerage@synapsefi.com.
Kindly mention your account number. This statement should be retained for income tax purposes.

Timothy Liu's April 2024 Statement

April 01, 2024 - April 30, 2024
Statement Period: 30 days

Synapse User Account Timothy Liu
Account ID:
[redacted]56b4
Account Type: IB-SUBACCOUNT-US

TIMOTHY LIU
42 HILLARY LN
WESTBURY NY US 11590

**Contact Information**

| | |
|---|---|
| Website: | www.withyotta.com |
| Customer Service: | 18449453449 |

**Routing and Account Numbers**

| | |
|---|---|
| Electronic/ACH Payment: | [redacted]6768 |
| Wire Transfer: | [redacted]6768 |
| Account Number: | [redacted]6883 |

**Summary of Account Activity**

| | |
|---|---|
| Starting Balance | $18,538.56 |
| Deposits | $27,151.28 |
| Withdrawals | -$5,000.00 |
| Fees | -$0.00 |
| **Ending Balance*** | **$40,689.84** |

*If you are participating in either the Multi-Bank or the Multi-Bank Reward Program and this account is associated with the program, your ending balance may be a combination of funds held at Evolve Bank & Trust, Member FDIC and at Program Banks by Yotta Saving.

# Transactions

| Date | Transaction ID | Amount | Description | Location | Balance |
|---|---|---|---|---|---|
| 04/02/24 | 660ae2755df28da03ecdec2a | -$5,000.00 | Transfer to Brokerage | | $13,538.56 |
| 04/30/24 | 6632b5da52c033d777c2d9a2 | $27,151.28 | Transfer from Brokerage | | $40,689.84 |

*If you are participating in either the Multi-Bank or the Multi-Bank Reward Program and this account is associated with the program, your ending balance may be a combination of funds held at Evolve Bank & Trust, Member FDIC and at Program Banks by Yotta Saving.

# IMPORTANT INFORMATION

This statement is being provided to you on behalf of Evolve Bank & Trust (collectively, "we", "us," "our," or the "Bank") by Yotta Saving. As described in your account agreement with us, some of our responsibilities, including responsibilities related to errors or questions about electronic transfers and communications more generally, may behandled by our agent, Synapse Financial Technologies, Inc. ("Synapse"), rather than by us directly..

## How to Contact Us:

You may email at help@synapsefi.com or call us at 1 (415) 688-2943.

## Updating Your Contact Information:

We encourage you to keep your contact information up to date. This includes address, email, and phone number. If your information has changed, please contact us as soon as possible.

## Electronic Transfers:

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt contact us as soon as possible at support@withyotta.com or by phone at 18449453449.

You must report any errors within **sixty (60) days** from the earlier of (i) the date the statement was made available to you on the Platform Website and/or the Mobile App or (ii) the date you accessed your account and would have been able to see the error. If you call us, we may request that you send your complaint or question in writing within **ten (10) business days.**

**Please be prepared to provide us with the following information:**

- Your Name and Account ID (which is [redacted] 56b4)
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information.
- The dollar amount and date of the suspected error.

For consumer accounts only:, we will determine whether an error occurred within **ten (10) business days** after we hear from you and will correct any error promptly. If we need more time, however, we may take up to **forty-five (45) days** to investigate your complaint or question. If we decide to use this additional time, we will credit your account for the amount you think is in error within **ten (10) business days,** so that you will have use of the money during the time it takes to complete the investigation.

If your account was opened less than **thirty (30) days** before the date of the suspected error, we may extend the **ten (10) business day** period to **twenty (20) business days** before crediting your account.

If your account was opened less than **thirty (30) days** before the date of the suspected error, the error resulted from a point-of-sale debit card transaction or was initiated in a foreign country, we may extend the **ten (10) business day** period to **ninety (90) days** before crediting your account.

If we ask you to put your complaint or question in writing and you do not provide it within **ten (10) business days** , we will not credit your account.

## Results

We will inform you of the results within **three (3) business days** of completing our investigation. If we conclude there was no error, we will send you a written explanation. If we issued provisional credit, and find no error occurred, we reserve the right to rescind the provisional credit provided to you. If this occurs, we will notify you of the date and amount of the debit. Supporting documents used in the investigation are available to you. You may contact us to request these documents at support@withyotta.com or 18449453449.

For other accounts: We will investigate, and if we find that we have made an error or if we receive funds from the merchant in response to a dispute, we will credit your account at the conclusion of our investigation.