| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>WOMBLE BOND DICKINSON (US) LLP<br>David A. Berkley (Bar No. 260105)<br>400 Spectrum Center Drive, Suite 1700<br>Irvine, CA 92618<br>Telephone: (714) 557-3800<br>Facsimile: (714) 557-3347<br>Email: david.berkley@wbd-us.com<br>Edward L. Schnitzer (pro hac vice)<br>950 Third Avenue, Suite 2400<br>New York, New York 10022<br>Telephone: (332) 258-8495<br>Email: edward.schnitzer@wbd-us.com<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor(s) | CASE NO.: 1:24-bk-10646-MB<br>CHAPTER: 11 |
|---|---|
| | **SUPPLEMENTAL NOTICE RE:**<br>**AVAILABILITY OF ZOOMGOV AUDIO AND VIDEO**<br>**FOR REMOTE APPEARANCE** |
| | HEARING DATE: June 27, 2025<br>HEARING TIME: 1:30 p.m.<br>HEARING LOCATION: Courtroom 303<br>21041 Burbank Boulevard, Woodland Hills, CA 91367 |

**Movant:** MongoDB, Inc.

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time and at the location indicated above, before the Honorable Martin R. Barash, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number):*

   > **Notice of Motion and Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Docket No. 520)**

2. In addition to appearing in person, parties in interest (and their counsel) may appear remotely using ZoomGov audio and video. Information on how to appear using ZoomGov is provided on the following page of this notice.

3. Parties in interest (and their counsel) may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).

4. The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5. **Members of the public and the press may only connect to the zoom audio feed, and only by telephone.  Access to the video feed by these individuals is prohibited.  In the case of a trial or evidentiary hearing, no audio access will be provided.  However, members of the public and the press may observe all proceedings in person.**

6. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.  The use of ZoomGov is free of charge to participants.

7. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

8. **All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.**

9. Any party in interest or counsel that elects to appear remotely by ZoomGov bears the risk of malfunction or disconnection from the hearing.

10. The following is the unique ZoomGov connection information for the above-referenced hearing:

    | | |
    |---|---|
    | Meeting URL: | https://cacb.zoomgov.com/j/1612207889 |
    | Meeting ID: | 161 220 7889 |
    | Password: | 768762 |
    | Telephone: | 1 (669) 254 5252 or 1 (646) 828 7666 |

11. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address:  https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

Date: 5/13/2025

Womble Bond Dickinson (US) LLP

Printed name of law firm (if applicable)

David A. Berkley

Printed name of individual Movant or attorney for Movant

**NOTE:  Unless otherwise ordered by Judge Barash: (i) this form should not be used for any trial or evidentiary hearing and (ii) no party or witness may appear remotely for any trial or evidentiary hearing.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

400 Spectrum Center Drive Suite 1700, Irvine CA 92618

A true and correct copy of the foregoing document entitled (*specify*): SUPPLEMENTAL NOTICE RE: ZOOM HEARING FOR MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 13, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ron Bender     rb@lnbyg.com
David A Berkley     david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
J Scott Bovitz     bovitz@bovitz-spitzer.com
Rudy J Cerone     rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com
Sara Chenetz     schenetz@perkinscoie.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
Russell Clementson     russell.clementson@usdoj.gov
Andrew Michael Cummings     andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;sandy.olalde@hklaw.com
Michael G. Farag     mfarag@gibsondunn.com
M Douglas Flahaut     df@echoparklegal.com
Jacqueline Foroutan     jacqueline.foroutan@akerman.com, akermanlas@akerman.com
Paul R. Glassman     pglassman@stradlinglaw.com
Nicholas Christian Glenos     cglenos@bradley.com
Michael H Goldstein     mgoldstein@goodwinprocter.com, ASchaefer@goodwinlaw.com
Michael I. Gottfried     mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com
Steven T Gubner     sgubner@bg.law, ecf@bg.law
Ralph P Guenther     rguenther@guentherlawgroup.com
Robert T. Honeywell     robert.honeywell@klgates.com
Lance N Jurich     ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
Jane Kim     jkim@kellerbenvenutti.com
Monica Y Kim     myk@lnbyg.com, myk@ecf.inforuptcy.com
Jeffrey C Krause     jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
William J Levant     wlevant@kaplaw.com, wlevant@gmail.com
Adam A Lewis     alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
Norman Norman Lueck     dennis.lueck@akerman.com, katie.solem@akerman.com
Jelena McWilliams (TR)     jmcwilliams@cravath.com, mao@cravath.com
Krikor J Meshefejian     kjm@lnbyg.com
Fred Neufeld     fneufeld@stradlinglaw.com, tingman@sycr.com
Berj Parseghian     bparseghian@lippes.com
Valerie Bantner Peo     vbantnerpeo@buchalter.com
David M Poitras     dpoitras@bg.law
Jeremy V Richards     jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
Holly Roark     holly@roarklawboise.com, RoarkLawOffices@jubileebk.net
Paul M Rosenblatt     prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
Thomas B Rupp     trupp@kbkllp.com
Brandy A Sargent     brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

Callan C Searcy    bk-csearcy@texasattorneygeneral.gov
Zev Shechtman    Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
Jason D Strabo    jstrabo@mwe.com, jbishopjones@mwe.com;dnorthrop@mwe.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Jeffrey C Wisler    jwisler@connollygallagher.com, dperkins@connollygallagher.com
Claire K Wu    claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com;docket@pillsburylaw.com
Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 13, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Synapse Financial Technologies, Inc.
21255 Burbank Boulevard Suite 120
Woodland Hills, CA 91367-0000

Amanda Garcia
1505 Corporation National Registered
Agents, Inc.
330 N Brand Blvd
Glendale, CA 91203

Raymond O Aghaian
Kilpatrick Townsend & Stockton LLP
1801 Century Park East Ste 2300
Suite 2300
Los Angeles, CA 90067
raghaian@bakerlaw.com, ndelman@kilpatricktownsend.com; moroberts@ktslaw.com; tmeyers@ktslaw.com; jbusche@ktslaw.com

Darren Azman
One Vanderbilt Avenue
New York, NY 10017-3852

Jera L Bradshaw
Greenberg Traurig LLP
2200 Ross Ave #5200
Dallas, TX 75201

John D Buretta
CRAVATH, SWAINE & MOORE LLP
2 Manhattan West
375 9th Avenue
New York, NY 10001

Cravath, Swaine & Moore LLP
2 Manhattan West
375 9th Ave
New York, NY 10001

Alexander Gerten
Cravath, Swaine & Moore LLP

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Two Manhattan West
375 9th Avenue
New York, NY 10001

Benjamin Gruenstein
CRAVATH, SWAINE & MOORE LLP
2 Manhattan West
375 9th Avenue
New York, NY 10001

Jake Jumbeck
MCDERMOTT WILL & EMERY LLP
444 W. Lake Street, Suite 4000
Chicago, CA 60606-0029

Robert J Labate
400 South Hope Street, 8th Floor
Los Angeles, CA 90071

Levene, Neale, Bender, Yoo & Golubchik LLP
2818 La Cienega Avenue
Los Angeles, CA 90034

Neda Shapourian
Unit21, Inc.
49 Geary St. Ste 200
San Francisco, CA 94108

Paul H Zumbro
CRAVATH, SWAINE & MOORE LLP
2 Manhattan West
375 9th Avenue
New York, NY 10001

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 13, 2025 | Sul Lee | /s/ Sul Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      F 9013-3.1.PROOF.SERVICE