**LEWIS BRISBOIS BISGAARD & SMITH LLP**
AMY L. GOLDMAN, SB# 134088
    E-Mail: Amy.Goldman@lewisbrisbois.com
MARIA L. GARCIA, SB# 276135
    E-Mail: Maria.L.Garcia@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Public Storage

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor(s). | **STIPULATION BY AND BETWEEN THE CHAPTER 11 TRUSTEE AND PUBLIC STORAGE REGARDING GRANTING RELIEF FROM THE AUTOMATIC STAY TO PUBLIC STORAGE, LIQUIDATING PROPERTY STORED AT PUBLIC STORAGE'S FACILITY, AND WITH RESPECT TO CERTAIN PUBLIC STORAGE CLAIMS** |
| | **[No Hearing Required]** |

This stipulation (the "Stipulation") is entered into by and between Jelena McWilliams, the Chapter 11 Trustee (the "Trustee") of the estate (the "Estate") of Synapse Financial Technologies, Inc. (the "Debtor" or "Synapse"), on the one hand, and Public Storage ("Public Storage"), on the other hand (the Trustee and Public Storage are sometimes referred to each as a "Party" or collectively as the "Parties").

**RECITALS**

WHEREAS, this Court has jurisdiction over this matter pursuant to the provisions of 28 U.S.C. §§ 157 and 1334. This matter constitutes a core proceeding within the meaning of 28

157232092.1                                              1

U.S.C. §§ 157(b)(2)(A), (B), (G), (M), (N) and (O). Venue is proper in this Court pursuant to 11 U.S.C. §§ 1408 and 1409.

WHEREAS, the statutory basis for the relief requested herein is 11 U.S.C. §§ 105, 362, 363, 365, 502 and 503.

WHEREAS, on or about April 14, 2022, the Debtor entered into a Rental Agreement ("Rental Agreement 0304") with Public Storage for the Debtor to lease storage space number 0304 ("Unit No. 0304") from Public Storage at one of Public Storage's facilities located at 611 2nd Street, San Francisco, CA 94107.  The current monthly rate is $1,335.00 for rent plus $15.00 for insurance (totaling $1,350.00 per month).

WHEREAS, on or about October 27, 2023, the Debtor entered into another Rental Agreement ("Rental Agreement 0211", and Rental Agreement 0211 and Rental Agreement 0304 are collectively referred to as the "Rental Agreements") with Public Storage for the Debtor to lease storage space number 0211 ("Unit No. 0211", and Unit No. 0211 and Unit No. 0304 are collectively referred to as the "Units") from Public Storage at the same Public Storage facility. The current monthly rate is $505.00 for rent plus $15.00 for insurance (totaling $520.00 per month).

WHEREAS, on or about April 22, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for bankruptcy relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), initiating the above-captioned bankruptcy case (the "Case").

WHEREAS, on or about May 24, 2024, the Court entered its Order approving the appointment of Jelena McWilliams as Chapter 11 Trustee in the Case.

WHEREAS, the Debtor's schedule G listed Public Storage's contract as an "Off-site Storage" with Public Storage's address as 611 2nd Street, San Francisco, CA 94107 [Docket No. 56].  However, the Debtor's statement of financial affairs only listed Unit No. 0211 [Docket No. 108].

WHEREAS, on or about April 29, 2024, the Debtor filed its first omnibus motion for entry of an order authorizing rejection of executory contracts and unexpired leases, listing Public Storage as number 238 with the contract description as "Off-site Storage Agreement" [Docket No.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

157232092.1                                        2

76]. The Court entered an order granting that motion on May 24, 2024 [Docket No. 195].

WHEREAS, as of the Petition Date, the pre-petition amount owed arising from the Debtor's monthly occupation of the Units totals $1,688.30 (consisting of an outstanding balance of $483.05 for Unit No. 0211 including rent for $407, insurance for $15 and a late fee of $61.05, plus an outstanding balance of $1,205.25 for Unit No. 0304 including rent for $1035, insurance for $15 and a late fee of $155.25).

WHEREAS, Public Storage's post-petition claim (the "Post-Petition Claim") arising from the Debtor's continued monthly occupation of the Units totals $21,726 as of May 1, 2025 (consisting of an outstanding balance of $5,976 for Unit No. 0211 including rent and insurance plus an outstanding balance of $15,750 for Unit No. 0304 including rent and insurance).

WHEREAS, the post-petition payments on May 3, 2024 by the Debtor in the aggregate sum of $1,729 made to Public Storage in connection with the leasing of the Units will be treated as wholly applied to the Post-Petition Claim, reducing the Post-Petition Claim to $19,997 as of May 1, 2025. Additionally, Public Storage will waive its pre-petition claim amount of $1,688.30.

WHEREAS, monthly rent and insurance fees continue to accrue as to the Units.

WHEREAS, the Parties have agreed, subject to this Court's approval, to permit relief from the automatic stay and to resolve Public Storage's claims for the reasons set forth herein and subject to the terms and conditions set forth below.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. This Stipulation shall have no force or effect unless and until approved by this Court. The date this Court enters the Order approving this Stipulation is the "Effective Date".

2. On and as of the Effective Date, the automatic stay is terminated as to Public Storage, its agents, representatives, and successors, pursuant to 11 U.S.C. § 362(d)(1) as to the Rental Agreements, the Units and the property located or stored in the Units, including, but not limited to, allowing Public Storage, its agents, representatives, and successors, to take possession of, dispose of and/or sell the property of the bankruptcy Estate and/or the Debtor located or stored in the Units, and the automatic stay is terminated as to any purchaser of the property located or stored in the Units, or successor to a purchaser, pursuant to 11 U.S.C. § 362(d)(1), to obtain

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

157232092.1                                    3

possession of the property sold.

3. On the Effective Date, Public Storage's pre-petition claim or claim arising before the Petition Date in the sum of $1,688.30 is waived.

4. On the Effective Date, the Debtor's post-petition payments on May 3, 2024 by the Debtor to Public Storage in connection with the leasing of the Units in the aggregate sum of $1,729 will be treated as wholly applied to the Post-Petition Claim. Public Storage will have an allowed administrative expense claim against the bankruptcy Estate in the amount of $19,997 plus any monthly rent and insurance accrued after May 1, 2025 until the property stored in the Units is sold or otherwise disposed of, and plus any remaining expenses reasonably incurred in the sale or other disposition of the property stored in the Units by Public Storage (the "Administrative Expense Claim").

5. On and as of the Effective Date, the bankruptcy Estate's and the Debtor's right to use the storage spaces or Units terminates and the Rental Agreements are terminated.

6. On and as of the Effective Date, Public Storage is authorized to sell by auction or otherwise dispose of the property stored in the Units.

7. Public Storage will first attempt to sell the property located or stored in Unit No. 0304, including, but not limited to, by an in-person auction or by a sale on a publicly accessible internet Web site that customarily conducts online auctions or sales, and the property located or stored in Unit No. 0304 will be sold all together at one time as a whole.

8. Public Storage will also first attempt to sell the property located in Unit No. 0211, including, but not limited to, by an in-person auction or by a sale on a publicly accessible internet Web site that customarily conducts online auctions or sales, and the property located or stored in Unit No. 0211 will be sold all together at one time as a whole.

9. Any sales proceeds from each sale of the property located or stored in the Units will be applied to Public Storage's Administrative Expense Claim without further Court order. Any excess proceeds of the sales, over Public Storage's Administrative Expense Claim, will be turned over to the Trustee by Public Storage. Any remaining balance of Public Storage's Administrative Expense Claim is to be paid by the bankruptcy Estate as an allowed administrative

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

157232092.1

4

expense, and the Trustee on behalf of the bankruptcy Estate will be authorized to make such a payment to Public Storage when the other allowed administrative expense claims are to be paid, with such payment to be made payable to Public Storage and mailed to Public Storage, Attn. Area Manager Derek Coffill, 611 2nd Street, San Francisco, CA 94107. Public Storage will provide proof to the Trustee of the remaining balance within thirty (30) days of the sales or disposition.

10. If the property located or stored in each Unit cannot be sold at Public Storage's first attempt of sale, and after 30 days of the Effective Date, Public Storage may dispose of the property stored in the Units taking possession of the Units.

11. The Trustee and the bankruptcy Estate will hold harmless Public Storage for claims of the Trustee and the bankruptcy Estate related to the storage Units and liquidation.

12. The effectiveness of this Stipulation is conditioned upon the execution of this Stipulation by or on behalf of the Trustee and Public Storage and upon the entry of an Order by this Court approving this Stipulation.

13. If the Court does not approve this Stipulation, then this Stipulation is deemed null and void and of no force and effect, and all parties to this Stipulation retain all rights, claims, and/or defenses that they may have against each other.

14. This Court will retain exclusive jurisdiction over the subject matter of this Stipulation in order to resolve any dispute in connection with the rights and duties specified hereunder.

15. Notwithstanding the application of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule"), the terms and provisions of this Stipulation immediately shall be effective and enforceable upon the Effective Date and shall thereafter be binding upon the Parties hereto and their respective affiliates and successors, their successors in interest, and assigns, including, without limitation, any trustee in bankruptcy.

16. Each of the undersigned who executes this Stipulation by and/or on behalf of a Party represents and warrants that he, she or they has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such Party.

17. This Stipulation shall not be modified, altered, amended, or vacated without the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

157232092.1                    5

written consent of both Parties hereto or by order of the Court.

18. This Stipulation shall be governed by, and construed in accordance with, the laws of the State of California, except to the extent that the Bankruptcy Code, 11 U.S.C., applies, without regard to principles of conflicts of law that would require the application of laws of another jurisdiction.

19. This Stipulation may be executed in counterparts, any and all of which shall be deemed to be original, but all of which together shall constitute one and the same instrument. The Parties shall be bound by their signatures transmitted by facsimile or electronic mail (in pdf format) as if such signatures were original "ink" signatures.

DATED: _June 3_, 2025

CRAVATH, SWAINE & MOORE LLP on behalf of JELENA MCWILLIAMS, IN HER CAPACITY AS CHAPTER 11 TRUSTEE FOR SYNAPSE FINANCIAL TECHNOLOGIES, INC.

By: _____
Paul H. Zumbro (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 9th Avenue
New York, NY 10001

*Counsel for JELENA MCWILLIAMS, IN HER CAPACITY AS CHAPTER 11 TRUSTEE FOR SYNAPSE FINANCIAL TECHNOLOGIES, INC.*

DATED: _June 5_, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP on behalf of PUBLIC STORAGE

By: _/s/Maria L. Garcia_
_____
Amy L. Goldman
Maria L. Garcia
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071

Counsel for *PUBLIC STORAGE*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

157232092.1

6

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
633 West 5ᵗʰ Street, Suite 4000, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BY AND BETWEEN THE CHAPTER 11 TRUSTEE AND PUBLIC STORAGE REGARDING GRANTING RELIEF FROM THE AUTOMATIC STAY TO PUBLIC STORAGE, LIQUIDATING PROPERTY STORED AT PUBLIC STORAGE'S FACILITY, AND WITH RESPECT TO CERTAIN PUBLIC STORAGE** CLAIMS, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR-5005-2 **(d)**; and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 6, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On June 6, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 6, 2025 | Marion R. Diamond | /s/ Marion R. Diamond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

151333021.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**SERVICE LIST**
**In re Synapse Financial Technologies, Inc.**
**Case No. 1:24-bk-10646-MB**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Ron Bender    rb@lnbyg.com

David A Berkley    david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com

J Scott Bovitz    bovitz@bovitz-spitzer.com

Rudy J Cerone    rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com

Sara Chenetz    schenetz@perkinscoie.com,
docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com

Russell Clementson    russell.clementson@usdoj.gov

Andrew Michael Cummings    andrew.cummings@hklaw.com,
philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com

Michael G. Farag    mfarag@gibsondunn.com

Jacqueline Foroutan    jacqueline.foroutan@akerman.com, akermanlas@akerman.com

Paul R. Glassman    pglassman@stradlinglaw.com

Nicholas Christian Glenos    cglenos@bradley.com

Michael H Goldstein    mgoldstein@goodwinprocter.com, ASchaefer@goodwinlaw.com

Michael I. Gottfried    mgottfried@elkinskalt.com,
cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Steven T Gubner    sgubner@bg.law, ecf@bg.law

Ralph P Guenther    rguenther@guentherlawgroup.com

Robert T. Honeywell    robert.honeywell@klgates.com

Lance N Jurich    ljurich@loeb.com,
pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com

Jane Kim    jkim@kellerbenvenutti.com

Monica Y Kim    myk@lnbyg.com, myk@ecf.inforuptcy.com

Jeffrey C Krause    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com

William J Levant    wlevant@kaplaw.com, wlevant@gmail.com

Adam A Lewis    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com

Norman Norman Lueck    dennis.lueck@akerman.com, katie.solem@akerman.com

Jelena McWilliams (TR)    jmcwilliams@cravath.com, mao@cravath.com

Krikor J Meshefejian    kjm@lnbyg.com

Fred Neufeld    fneufeld@stradlinglaw.com, tingman@sycr.com

Valerie Bantner Peo    vbantnerpeo@buchalter.com

David M Poitras    dpoitras@bg.law

Jeremy V Richards    jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Holly Roark    holly@roarklawboise.com, RoarkLawOffices@jubileebk.net

Paul M Rosenblatt    prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Thomas B Rupp    trupp@kbkllp.com

Brandy A Sargent    brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com

Callan C Searcy    bk-csearcy@texasattorneygeneral.gov

Zev Shechtman    Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Jason D Strabo    jstrabo@mwe.com, jbishopjones@mwe.com

United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

Jeffrey C Wisler    jwisler@connollygallagher.com, dperkins@connollygallagher.com

Claire K Wu    claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com;docket@pillsburylaw.com

Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com

151333021.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                          **F 9013-3.1.PROOF.SERVICE**

**2.VIA U.S. MAIL:**

| **DEBTOR:**<br>Synapse Financial Technologies, Inc.<br>21255 Burbank Boulevard, Suite 120<br>Woodland Hills, CA 91367 | **HONORABLE MARTIN R. BARASH:**<br>United States Bankruptcy Court<br>Central District of California<br>San Fernando Valley Division<br>21041 Burbank Boulevard, Suite 342<br>Woodland Hills, CA 91367 |
| --- | --- |

**CREDITORS AND PARTIES IN INTEREST:**

Amazon Web Services, Inc.
P.O. Box 84023
Seattle, WA 98124-8423

Arizona Department of Revenue
Office of the Arizona Attorney General – BCE
c/o Tax, Bankruptcy and Collection Set
2005 N. Central Avenue, Suite 100
Phoenix, AZ 85004

Arroweye Solutions Inc.
2470 Paseo Verde Parkway, Suite 135
Henderson, NV 89074

Ask Benjamin, Inc.
2055 Market Street
San Francisco, CA 94114

Atmos Financial, Inc.
2222 Harold Way, Suite CW509
Berkeley, CA 94704

BDO USA, PC
Attn: Jared Schierbaum
4250 Lancaster Pike, Suite 120
Wilmington, DE 19805

Bergeson, LLP
111 North Market Street, Fl 6
San Jose, CA 95113

Brightside Benefit, Inc.
55 N. Arizona Pl., Suite 200
Chandler, AZ 85225

Business Wire, Inc.
101 California Street, 20th Floor
San Francisco, CA 94111

Aprio, LLP
201 North Civic Drive, Suite 220
Walnut Creek, CA 94596

Arktourous PLLC
1717 N. Street Northwest, Suite 1
Washington, DC 20036

Ashley Felton
6141 Brady Road
Bancroft, WI 54921

ATM National, LLC
P.O. Box 4346, Dept 364
Houston, TX 77210-4346

BairdHolm, LLP
1700 Farnam Street, Suite 1500
Omaha, NE 68102

BDO USA, LLP
P.O. Box 677973
Dallas, TX 75267

bridge21 Inc.
William Madden
1523 S. Locust Street
Denver, CO 80224

Bruce D. Grussetta
6300 E. Speedway Bl., #1268
Tucson, AZ 85710

Cactil LLC
1441 Broadway, 3rd Floor
New York, NY 10018

151333021.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

Cadre Cash, LLC
295 Lafayette Street, Suite 500
New York, NY  10012

Capital J Inc. dba Juno
1390 Market Street, Suite 200
San Francisco, CA  94102

Checkr, Inc.
One Montgomery St., Suite 2000
San Francisco, CA  94104

Cobalt Labs, Inc.
575 Market St., Floor 4
San Francisco, CA  94105

Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

(p) Datasite LLC
Attn:  Leif Simpson
The Baker Center
733 S. Marquette Ave., Suite 600
Minneapolis, MN  55402-2357

Derek Clay Drennan
3033 Rosedale Ave.
Dallas, TX  75202

Dexy Co.
1500 Bay Rd., Suite 920
Miami Beach, FL  33139

DoiT International USA, Inc.
5201 Great America Pkwy, Suite 320
Santa Clara, CA  95054

Elevated Principles, Inc.
2021 Filmore St., 85
San Francisco, CA  94115

(p)Evolve Bank & Trust
6000 Poplar Avenue, Suite 300
Memphis, TN  38119

Finnt, Inc.
333 S.E. 2nd Avenue, Suite 200
Miami, FL  33131

ChangeEd, Inc.
222 W. Merchandise Mart Plaza, Suite 1212
Chicago, IL  60654

Cigna Health and Life Insurance Company
c/o Marylou Kilian Rice, Snr. Paralegal
900 Cottage Grove Road, B6LPA
Hartford, CT  06152

Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy – Collections Division MC-008
P.O. Box12548
Austin, TX  78711-2548

Datadog, Inc.
620 8th Avenue, Floor 45
New York, NY  10018-1741

Degree, Inc.
P.O. Box 207585
Dallas, TX  75320-7585

Devan Williams
2250 Pinehaven Ct.
Grayson, GA  30017

Digital 365 Main, LLC
365 Main Street, Suite 1500
San Francisco, CA  94105

Ekata, Inc.
1301 5th Ave., Suite 1600
Seattle, WA  98101

Eric Miramon
2209 Brookhill Drive
Austin, TX  78745

Financial Technology Association FTA
P.O. Box 223302
Chantilly, VA  20153

Fintech Meetup, LLC
605 3rd Avenue
New York, NY  10158

151333021.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                  **F 9013-3.1.PROOF.SERVICE**

First Horizon Bank
4385 Poplar Avenue
Attn: Proctor Ford
Memphis, TN  38117

FlemingMartin, LLC
2603 Camino Ramon, #264
San Ramon, CA  94583

Flying Leap Vineyards, Inc.
8110 S. Houghton Rd., Ste. 158-524
Tucson, AZ  85747

Fraudguard.io
12116 Everglades Kite Road
Brooksville, FL  34614

Fund That Flip, Inc.
10 E. 23rd Street, 5th Floor
New York, NY  10010

Glance Capital, Inc.
651 North Broad Street
Middletown, DE  19709

Gravy Technologies, Inc.
119 S. Main Street
St. Charles, MO  63301-2802

Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA  94103

Hixson Nagatani LLP
2021 The Alameda, Ste. 240
San Jose, CA  95126

Idemia America Corp.
4250 Pleasant Valley Road
Chantilly, VA  20151

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL  62794-9035

Illinois Secretary of State
115 S. LaSalle St., Ste. 300
Chicago, IL  60603

Fiserv, Inc.
P.O. Box 208457
Dallas, TX  75320-8457

Flourish Savings, Inc.
2261 Market Street, 4466
San Francisco, CA  94114

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA  95812-2952

Frazier & Deeter, LLC
222 2nd Avenue S, Suite 1840
Nashville, TN  37201-2308

Gattaca Horizons, LLC
5903 Ashby Manor Place
Alexandria, VA  22310

Goodwin Procter LLP
Three Embarcadero Center
San Francisco, CA  94111

GravyStack, Inc.
1 N. 1st Street, #790
Phoenix, AZ  85004

Hatfield, Inc.
1112 Bryant Street
San Francisco, CA  94103

Hyve, Inc.
86 Camp Hill Road
Pomona, NY  10970

IDT Payment Services, Inc.
520 Broad Street
Newark, NJ  07102

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

151333021.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE

Intuit, Inc.
650 California Street, 7th Floor
San Francisco, CA 94108

Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104-1500

Knab, Inc.
432 Fremont Ave.
Pacifica, CA 94044

Landa Holdings, Inc.
One Penn Plaza, Suite 5307
New York, NY 10119

Lineage Bank
3359 Aspen Grove Drive, Suite 150
Franklin, TN 37067-2828

LinkedIn Corporation
Fox Rothschild LLP
Attn: David P. Papiez
1001 4th Ave. Suite 4400
Seattle, WA 98154

Lob.com, Inc.
2261 Market Street, Ste. 5668
San Francisco, CA 94114

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Massachusetts Department of Revenue Bankruptcy
P.O. Box 7090
Boston, MA 02204-7090

Masterworks Administrative Services, LLC
225 Liberty St., 29th Floor
New York, NY 10281

Mercury Technologies, Inc.
660 Mission Street, 4th Floor
San Francisco, CA 94105

Mila Popov aka Mila Alemasov
Ttee Mila Aleamasov Revocable Trust
Law Offices of Svetlana Rishini
P.O. Box 2114
Alameda, CA 94501

James Guy Gandenberger II
2264 Reserve Drive
Brentwood, CA 94513

Klutch Technologies Inc.
3515 Mount Diablo Blvd.
Lafayette, CA 94549

Kroll Associates, Inc.
600 3rd Ave., Floor 4
New York, NY 10016

Latitud, Inc.
4588 Bennett Valley Road
Santa Rosa, CA 95404

Linkedin Corporation
62228 Collections Center Drive
Chicago, IL 60693-0622

Littler Mendelson, PC
P.O. Box 207137
Dallas, TX 75320-7137

London & Stout P.C.
1999 Harrison Street, Ste. 2010
Oakland, CA 94612

Machnet Technologies, Inc.
317-642 Rue De Courcelle
Montreal, Quebec, Canada H4C 3C5

MasterCard International
2200 Mastercard Boulevard
O'Fallon, MO 63368-7263

McBurberod Financial Inc.
650 California St., 7th Floor
San Francisco, CA 94108

MicroVenture Marketplaces, Inc.
11601 Alterra Parkway, Suite 100
Austin, TX 78758

MJ Boyd LLC
376, Pequot Avenue
Southport, CT 06890-0376

151333021.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Momento Technologies, Inc.
401 Park Avenue South, 9th Floor
New York, NY  10016

Navan, Inc.
Attn Bankruptcy Team
3045 Park Blvd.
Palo Alto, CA  94306-2258

Next Financial Inc.
221 1st Ave. W
Seattle, WA  98119

NRAI, Inc.
P.O. Box 4349
Carol Stream, IL  60197

Paige Lane
1409 Trailside Circle
Concord, CA  94518

Paredes Strategies LLC
9 Shorelands Court
Greenwich, CT  06870

PerformLine, Inc.
58 South Street, Floor 2
Morristown, NJ  07960

Pretax Hero, Inc.
159 Court St., #2
New York, NY  11201

Principal Life Insurance Company
c/o Barbara Warner
711 High St.
Des Moines, IA  50392

PROG Services, Inc.
256 W. Data Drive
Draper, UT  84020

Rocketlane Corp.
3524 Silverside Roda, Suite 35B
Wilmington, DE  19810

Roost Enterprises, Inc.
629 N. High Street, 6th Floor
Columbus, OH  43215

Nasim Shushtari
Kesluk, Silverstein, Jacob & Morrison PC
9255 Sunset Blvd., Suite 411
Los Angeles, CA  90069

Newfront Insurance, Inc.
55 2nd Street, 18th Floor
San Francisco, CA  94105

Nomad Fintech Inc. Nomad Technologies
873 El Camino Real
Menlo Park, CA  94025

OneBlinc, LLC
225 E. Dania Beach Blvd.
Dania Beach, FL  33004

Papaya Global, Inc.
1460 Broadway
New York, NY  10036

Passfolio Financial, LLC
1390 Market St., Suite 200
San Francisco, CA  94102

PitchBook Data, Inc.
901 Fifth Avenue, Suite 1200
Seattle, WA  98164

PRGB, Inc.
256 W. Data Drive
Draper, UT  84020

Profit Financial, Inc.
43 W. 23rd Street, 6th Floor
New York, NY  10010

Rego Payment Architectures, Inc.
325 Sentry Parkway, Suite 200
Blue Bell, PA  19422

Rogue Squadron Group LLC
970 Douglas Pike
Smithfield, RI  02917

Routefusion Inc.
1305 East 6th Street, Unit 10
Austin, TX  78702

151333021.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Salesforce, Inc.
415 Mission Street, 3rd Floor
San Francisco, CA  94105

Secure Talent, Inc.
P.O. Box 512220
Los Angeles, CA  90051-0220

Seed Financial, Inc.
650 California St., 7th Floor
San Francisco, CA  94108

Silicon Valley Bank
A Division of First-Citizens Bank & Trust
1437 7th Street, Suite 300
Santa Monica, CA  90401

Sloane & Company LLC
c/o Margaret Vesper
Ballard Spahr LLP
919 N. Market St., 11th Floor
Wilmington, DE 19801

Spectrum Marketing Solutions, LLP
4470 W. Sunset Blvd. 90864
Los Angeles, CA  90027

SportsPay Partners, LLC
177 E. Colorado Blvd., Ste. 200
Pasadena, CA  91105

State of Nevada Department of Taxation
700 E. Warm Springs Rd., Ste. 200
Las Vegas, NV  89119

Synoptek, LLC
c/o Devin B. Bray
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID  83701-1617

TabaPay, Inc.
605 Ellis Street 110
Mountain View, CA  94043

Texas Workforce Commission
Office of Attorney General, BK Collections
P.O. Box 12548
MC-008
Austin, TX  78711-2548

Schulte Roth Zabel LLP
919 Third Avenue
New York, NY  10022

Secure Talent, Inc.
2385 Northside Drive, Suite 250
San Diego, CA  92108

Sentant Network, LLC
535 Mission St., 14th Floor
San Francisco, CA  94105

Silt Inc.
404 Bryant Street
San Francisco, CA  94107

Sloane & Company, LLC
285 Fulton Street, 69th Floor
New York, NY  10007

Split Software, Inc.
2317 Broadway Street, 3rd Floor
Redwood City, CA  94063

SRGR Law Offices
A3 Fl. 3, Noida
Uttar Pradesh, India  00020-1301

Sunny Day Fund Solutions, Inc,
6003 Madison Overlook Ct.
Falls Church, VA  22041

Synoptek, LLC
c/o Holly Roark
Roark Law Offices
950 Bannock St.,  Ste. 1100
Boise, ID  83702-6140

TClub, Inc.
2261 Market Street, 4688
San Francisco, CA  94114

This Is Alice Inc.
1040 Noel Dr.
Menlo Park, CA  94025

151333021.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Thomson Reuters
P.O. Box 6292 – West Payment Center
Carol Stream, IL 60197-6292

TriplePoint Capital LLC
2755 Sand Hill Rd., Suite 150
Menlo Park, CA 94025

Turing Enterprises Inc.
P.O. Box 735665
Chicago, IL 60673-5665

Under Technologies, Inc.
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111

Unest Holdings, Inc.
5161 Lankershim Blvd., 250
North Hollywood, CA 91601

Utah State Tax Commission
210 N. 1950 W.
Salt Lake City, UT 84134-9000

Visage Enterprise, Inc.
1601 Elm
Dallas, TX 75201

WireBee Inc.
8700 Sanctuary Drive
Mentor, OH 44060

YieldStreet Inc.
300 Park Avenue, 15th Floor
New York, NY 10022

Yotta Technologies Inc.
33 Irving Pl.
New York, NY 10033

Capital J Inc. dba Juno
919 North Market Street, Suite 950
City of Wilmington, DE 19801-3036

MongoDB, Inc.
c/o Womble Bond Dickinson (US) LLP
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618-5015

Triple 2 Inc.
5501 China Point
Long Beach, CA 90803

Trulioo Information Services, Inc.
400-114 East 4th Street
Vancouver, CA 94104

Under Technologies, Inc. dba Rho Technologies
100 Crosby Street
New York, NY 10012

Unit21, Inc.
49 Geary Stret, Suite 200
San Francisco, CA 94108

Venminder, Inc.
400 Ring Rd., Ste. 131
Elizabethtown, KY 42701

William Blair & Company, L.L.C.
150 North Riverside Plaza
Chicago, IL 60606

WorkRamp, Inc.
440 N. Barranca Ave. 3840
Covina, CA 91723-1722

Yodlee, Inc.
621 Hillsborough Street, 10th Floor
Raleigh, NC 27603

AMG National Trust Bank
c/o Joshua D. Morse
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998

EarnUp Inc.
c/o Aileen F. Casanave
2370 Market Street, Suite 203
San Francisco, CA 94114

151333021.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    **F 9013-3.1.PROOF.SERVICE**

Darren Azman
One Vanderbilt Avenue
New York, NY  10017-3852

Jake Jumbeck
McDermott Will & Emery LLP
444 W. Lake Street, Suite 4000
Chicago, IL  60606-0029

ATIF MUSHARBASH
c/o Taylor Burgoon
c/o J. Jackson Waste
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016-9077

Evolve Bank & Trust
Attn: David M. Poitras, Esq.
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367-4911

Justin Gavio
2441 Hershey Rd
Erie, PA 16509-4520

MEGAN NIHELL BELL
c/o Taylor Burgoon
c/o J. Jackson Waste
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016-9077

Ronald Marquez
80 Lyceum Court
Staten Island, NY 10310-2356

Sean Yoshimoto
5876 W 77th Pl
Los Angeles, CA 90045-1708

Jera L. Bradshaw
Greenberg Traurig LLP
2200 Ross Ave., #5200
Dallas, TX  75201

Robert J. Labate
400 South Hope Street, 8th Floor
Los Angeles, CA  90071

Neda Shapourian
Unit21, Inc.
49 Geary St., Ste. 200
San Francisco, CA  94108

Ballard Spahr, LLP
1909 K Street, Nw 12Th Floor
Washington, DC, DC 20006-1152

Jessica Anzures
625 W Madison st apt 3803
Chicago, IL 60661-2426

Lolita Marquez
80 Lyceum Court
Staten Island, NY 10310-2356

Michael Dietzen
242 Hamilton Avenue
Columbus, OH 43203-1416

Ryan Maharaj
11124 Burbank Blvd., 312
North Hollywood, CA 91601-5795

Under Technologies, Inc
446 W 14th Street, 2nd floor
New York, NY 10014-1080

151333021.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    **F 9013-3.1.PROOF.SERVICE**