**EXHIBIT B**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[[DMS:6790296v5:6/6/2025 1:54:54 PM

Chapter 11 Estate of Synapse Evolve Data Procedures Plan and
Understanding Between the Chapter 11 Trustee and Evolve Bank ("Evolve")
Dated: 7/30/2024

**Background**:

A. Evolve has requested copies of Synapse's MongoDB Atlas data (the "data") at AWS-Oregon for purposes of reconciling accounts and making disbursements to end-users as soon as possible.

B. On a priority basis, Evolve has requested a copy of the data presently being hosted by Lineage Bank that Lineage is presently only providing access via its infrastructure for use by the various Synapse related banks. Evolve wishes to commence the process of obtaining a copy of the Lineage hosted data as soon as possible.

C. Evolve has also requested a complete copy of the MongoDB Atlas data.

D. The Chapter 11 Trustee requires a procedure that ensures integrity and safety, security and documented chain of custody of the existing MongoDB data.

E. The Chapter 11 Trustee also requires a complete copy of the MongoDB Atlas data.

F. The Chapter 11 Estate presently has limited financial resources.

G. The Chapter 11 Trustee anticipates the July 2024 MongoDB Atlas invoice to be approximately $74,000, notwithstanding the Trustee and her team are working diligently to reduce the anticipated expense.

H. The Chapter 11 Estate is incurring professional fees from B. Riley and Klouddata at a blended rate of approximately $550 per hour per participant for time spent evaluating and coordinating Evolve's requests. B. Riley and Klouddata estimate the aggregate professional time required to complete the Data Procedures Plan is approximately 45 hours, or a total of $24,750.

**Agreed Data Procedures Plan:**

1. No later than 12:00 pm on Wednesday July 31, 2024, Evolve will wire the Estate the sum of $98,750 to cover the anticipated July 2024 Synapse MongoDB Atlas invoice amount and estimated B. Riley and Klouddata charges. Any excess will be credited back to Evolve. Evolve will be required to promptly fund an additional reasonable deposit in the event that B. Riley and Klouddata charges appear to exceed the estimate.

2. Evolve will receive biweekly visibility on costs incurred by B. Riley and Klouddata. Evolve shall not be responsible for any amounts incurred by B. Riley or Klouddata unrelated to Evolve's request to obtain copies of data from the Synapse Platform.

3. In the event that other parties wish to receive copies of the data the Trustee will use reasonable efforts to obtain contributions from them to pay their reasonable share of the cost to the Estate related to providing copies of Synapse data.

4. The Synapse Estate will obtain its own AWS account in the name of the Estate for purposes of holding Synapse MongoDB data.

5. The establishment of the Trustee's AWS account and commencement of process below is targeted for <u>Monday, August 5, 2024,</u> subject to availability of personnel.
6. Evolve and the Trustee's team will collaborate in the process of moving/copying data to ensure data integrity, security, safety and chain of title. The parties understand that scheduling may be affected by the different time zones of personnel involved. Because of the urgency of the project, the Trustee's team will make itself available no later than 11:00 AM Eastern time.
7. Evolve agrees that the information provided by the Trustee shall be "Protected Material" subject to the protective order entered in Synapse's bankruptcy case. Evolve agrees that it will handle all such personal identifiable information it receives pursuant to this plan in a secure fashion and will restrict access to such information solely to its personnel who are necessary for engaging in reconciliation activities, determining amounts owing to any beneficiaries of accounts at Evolve or other partner banks of Synapse and complying with its regulatory obligations.
8. The Synapse MongoDB data to accomplish (B) and (C) above will be performed in two stages:

   **Stage One – Lineage Hosted Data:**
   a) The Trustee will advise Lineage Bank that it does not object to Lineage Bank directly providing a copy of the Lineage hosted data.
   b) Evolve and Lineage will directly coordinate the timing and commencement of the the transfer of the Lineage hosted data to Evolve's destination..
   c) Evolve will advise the Trustee's Advisors in writing a) when it starts the data transfer and b) upon completion of the data transfer.

   **Stage Two – Complete Data Backup:**
   d) Evolve's and the Trustee's personnel will collaborate in performing a "Mongo Dump" procedure to copy the Mongo DB Atlas data to the Estate's AWS account.
   e) Once the Mongo Dump data has been successfully copied to the Trustee's account, Evolve's and the Trustee's personnel will, as soon as practicable, provide a copy of the data to Evolve for Evolve's use.
   f) Evolve and Trustee intend to complete Stage Two by <u>August 15, 2024,</u> subject to mutual scheduling and data transfer speed.

[Signature page follows]

2

Case 1:24-bk-10646-MB    Doc 538-2    Filed 06/06/25    Entered 06/06/25 11:44:01    Desc
Exhibit B    Page 4 of 4

**Read & Agreed:**

Evolve Bank & Trust:

By: _Scot Lenoir_ _____    7/31/2024 | 1:19:24 CDT
      7EAD05C8CBE84DE...
                                                          Date

Title: _Chairman_ _____

Chapter 11 Trustee on behalf of the Synapse Technologies Chapter 11 Estate:

By: _Jelena McWilliams_ _____    7/31/2024
                                                           Date

Title: _Jelena McWilliams, in her capacity as Chapter 11
       Trustee for Synapse Financial Technologies, Inc._

*Wire Instructions:*

See the attached East West Bank wire instructions

3