FILED & ENTERED

JUN 24 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

|  |  |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br><br><br>Debtor. | Case No.:  1:24-bk-10646-MB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF JUSTIN NEWBERN FOR ORDER AUTHORIZING 2004 EXAMINATION OF EVOLVE BANK & TRUST**<br>**[CASE DKT. 547]**<br><br>[No Hearing Required Pursuant to Federal Rule of Bankruptcy Procedure 2004 & Local Bankruptcy Rule 2004-1] |

The Court, having read and considered the Motion for Order Authorizing Rule 2004 Examination of Evolve Bank & Trust (the "Motion," case dkt. 547) filed by Justin Newbern, and for good cause appearing, **IT IS HEREBY ORDERED THAT:**

1.     The Motion is GRANTED.

2.     Evolve Bank & Trust is required to produce person(s) most knowledgeable for oral examination about the matters identified in the Motion at ECF page 6:25 – ECF page 7:5, at a time, place and date set forth in a subpoena to be issued pursuant to

1    Local Bankruptcy Rule 2004-1(e), Federal Rule of Bankruptcy Procedure 9016 and

2    Federal Rule of Civil Procedure 45.

3.    Evolve Bank & Trust is required to produce for inspection and copying any

4    documents responsive to the requests identified in the Motion at ECF page 7:9 –

5    ECF page 8:15.

4.    The Clerk of the Court is directed to issue a Form 2540 Subpoena for Rule 2004

7    Examination and mail or email such subpoena and this Order to Justin Newbern at

8    the address listed on the Motion. The subpoena should leave blank the time, date,

9    location and method of examination.

5.    Justin Newbern is directed to complete the subpoena regarding the place, date, time,

11    and method of examination in accordance with Federal Rule of Civil Procedure

12    45(c) and to serve this Order, the Motion, and the subpoena (together with

13    applicable attendance and mileage fees) in accordance with Federal Rule of Civil

14    Procedure 45(b).

6.    The Court shall grant such other and further relief as it deems just and proper.

# # #

Date: June 24, 2025

Martin R Barash
United States Bankruptcy Judge