CRAVATH, SWAINE & MOORE LLP
PAUL H. ZUMBRO (*pro hac vice)*
pzumbro@cravath.com
GEORGE E. ZOBITZ (*pro hac vice)*
jzobitz@cravath.com
ALEXANDER GERTEN (*pro hac vice)*
agerten@cravath.com
Two Manhattan West
375 9th Avenue
New York, NY 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

KELLER BENVENUTTI KIM LLP
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
JEREMY V. RICHARDS (Cal. Bar No. 102300)
(jrichards@kbkllp.com)
THOMAS B. RUPP (Cal. Bar. No. 278041)
(trupp@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone:  (415) 496-6723
Facsimile:  (650) 636-9251

*Counsel for Jelena McWilliams,
in her capacity as Chapter 11 Trustee for
Synapse Financial Technologies, Inc.*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No.: 1:24-bk-10646-MB |
| | Chapter 11 |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | **NOTICE OF CONTINUED HEARING RE: MOTION OF THE CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO CONVERT OR, IN** |
| Debtor. | |

THE ALTERNATIVE, DISMISS
CHAPTER 11 CASE

**[Dkt. No. 525]**

DATE:    August 11, 2025
TIME:    1:30 p.m. PT
PLACE:  Courtroom 303
          21041 Burbank Boulevard
          Woodland Hills, CA 91367

[Zoom instructions below]

**PLEASE TAKE NOTICE** that a Hearing will be held on **August 11, 2025 at 1:30 p.m.** prevailing Pacific Time, to consider the **MOTION OF THE CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO CONVERT OR, IN THE ALTERNATIVE, DISMISS CHAPTER 11 CASE** (the "Motion"), filed on June 5, 2025, by Jelena McWilliams, the Chapter 11 Trustee (the "Trustee") in the above-captioned bankruptcy case [Dkt. No. 525]. The Motion requests entry of an order in substantially the form attached thereto as Exhibit A, to convert this case to chapter 7 or, in the alternative, to dismiss this case pursuant to section 1112 of title 11 of the United States Code..

**PLEASE TAKE FURTHER NOTICE** that the Court will conduct the Hearing in person and remotely, using ZoomGov audio and video technology. Information on how to participate in the hearing remotely using ZoomGov is provided below. Hearing participants and members of the public may participate in and/or observe the hearings using ZoomGov, free of charge.

Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

Individuals also may connect to the hearings by telephone only, using the telephone number provided below. Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearings, and no pre-registration is required.

The audio portion of the hearings will be recorded electronically by the Court and constitute its official record.

1  All persons are strictly prohibited from making any other recording of court proceedings,

2  whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the

3  imposition of monetary and non-monetary sanctions.

4  The following is the unique ZoomGov connection information for the above-referenced

5  hearing:

6  Meeting URL: **https://cacb.zoomgov.com/j/1605124429**

7  Meeting ID: **160 512 4429**

8  Password: **302879**

9  Telephone: **1 (669) 254 5252 or 1 (646) 828 7666**

10  More information on using ZoomGov to participate in this hearing is available on the Court's

11  website at the following web address: https://www.cacb.uscourts.gov/judges/honorable-martin-r-

12  barash under the tab "Phone/Video Appearances."

16  Dated: July 25, 2025                          KELLER BENVENUTTI KIM LLP

18                                  By:    */s/ Thomas B. Rupp*
19                                         JANE KIM
                                           JEREMY V. RICHARDS
20                                         THOMAS B. RUPP
                                           101 Montgomery Street, Suite 1950
21                                         San Francisco, CA 94104

22                                         Counsel for Jelena McWilliams,
                                           in her capacity as Chapter 11 Trustee for
23                                         Synapse Financial Technologies, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Cravath, Swaine & Moore LLP, 2 Manhattan West, 375 Ninth Avenue, New York, NY 10001

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF CONTINUED HEARING RE: MOTION OF THE CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO CONVERT OR, IN THE ALTERNATIVE, DISMISS CHAPTER 11 CASE _____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

## 1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/25/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ron Bender  rb@lnbyg.com
David A. Berkley  david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
J Scott Bovitz  bovitz@bovitz-spitzer.com
Rudy J Cerone  rcerone@mcglinchey.com, lgraff@mcglinchey.com; jingargiola@mcglinchey.com
Sara Chenetz  schenetz@perkinscoie.com, docketLA@perkinscole.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rlieibowiz@perkinscoie.com
Russell Clementson  russell.clementson@usdoj.gov
Andrew Michael Cummings  andrew.cummings@hklaw.com, philip.dobbs@hklaw.com; hapi@hklaw.com;sandy.olalde@hklaw.com
Michael G. Farag  mfarag@gibsondunn.com
M Douglas Flahaut  df@echoparklegal.com
Jacqueline Foroutan  jacqueline.foroutan@akerman.com, akermanlas@akerman.com
Maria L Garcia    Maria.L.Garcia@lewisbrisbois.com
Paul R. Glassman  pglassman@stradlinlaw.com
Nicholas Christian Glenos  cglenos@bradley.com
Michael H Goldstein  mgoldstein@goodwinprocter.com, Aschaefer@goodwinlaw.com
Michael I. Gottfried  mgottfried@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com, lmassie@elkinskalt.com
Steven T Gubner  sgubner@bg.law, ecf@bg.law
Ralph P Guenther  rguenther@guentherlawgroup.com
Robert T. Honeywell  robert.honeywell@klgates.com
Lance N Jurich  ljurich@loeb.com, pmatsuda@loeb.com; ladocket@loeb.com; ljurich@ecf.courtdrive.com; fmckeown@loeb.com
Jane Kim   jkim@kellerbenvenutti.com

Monica Y Kim  myk@lnbyg.com, myk@ecf.inforuptcy.com

Jeffrey C Krause  jkrause@gibsondunn.com,dtrujillo@gibsondunn.com;jstern@gibsondunn.com

Sabita Krishnan  sabita.krishnan@cfpb.gov

Joseph Lake  joseph.lake@cfpb.gov

William J Levant  wlevant@kaplaw.com, wlevant@gmail.com

Adam A Lewis  alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com

Norman Norman Lueck  dennis.lueck@akerman.com, katie.solem@akerman.com

Jelena McWilliams (TR)  jmcwilliams@cravath.com, mao@cravath.com

Krikor J Meshefejian  kjm@lnbyg.com

Fred Neufeld  fneufeld@stradlinglaw.com, tingman@sycr.com

Berj Parseghian  bparseghian@lippes.com

Valerie Bantner Peo  vbantnerpeo@buchalter.com

David M Poitras  dpoitras@bg.law

Jeremy V Richards  jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Holly Roark  holly@roarklawboise.com, RoarkLawOffices@jubileebk.net

Paul M Rosenblatt  prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Thomas B Rupp  trupp@kbkllp.com

Brandy A Sargent  brandy.sargent@klgates.com,
litigation.docketing@klgates.com;janna.leasy@klgates.com

Callan C Searcy  bk-csearcy@texasattorneygeneral.gov

Zev Shechtman  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com

hannah.richmond@saul.com;LitigationDocketing@saul.com

Jason D Strabo  jstrabo@mwe.com, jbishopjones@mwe.com; dnorthrop@mwe.com

United States Trustee (SV)  ustpregion16.wh.ecf@usdoj.gov

Jeffrey C Wisler  jwisler@connollygallagher.com, dperkins@connollygallagher.com

Claire K Wu  claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com;
docket@pillsburylaw.com

Beth Ann R. Young  bry@lnbyg.com, bry@lnbyb.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:

On (*date*) 7/25/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Darren Azman
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017-3852

Jake Jumbeck
McDermott Will & Emery LLP
444 W. Lake Street, Suite 4000
Chicago, IL 60606-0029

Robert J Labate
Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071

Neda Shapourian
Unit21, Inc.
49 Geary St. Ste 200
San Francisco, CA 94108

Jera L Bradshaw
Greenberg Traurig LLP
2200 Ross Ave, Suite 5200
Dallas, TX 75201

David Boroi
866 Hensel Woods Rd.
Gahanna, OH 43230

Timothy Liu
42 Hillary Lane
Westbury, NY 11590

Thomas J. McGuinness
Nancy F. McGuinness
Danielle A. McGuinness
16 Nottingham Ct.
Alameda, CA 94502

Justin Newbern
3701 Wesley Dr. NW
Olympia, WA 98502

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE
TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to
F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/25/2025, I served the following persons and/or
entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here
constitutes a declaration that personal delivery on, or overnight mail to, the judge will be
completed no later than 24 hours after the document is filed.

None.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/25/2025 | Robert N. Greenfield | /s/ Robert N. Greenfield |
|-----------|----------------------|--------------------------|
| Date | Printed Name | Signature |