STEVEN T. GUBNER – Bar No. 156593
DAVID M. POITRAS – Bar No. 141309
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:    sgubner@bg.law
          dpoitras@bg.law

JEFFREY NAIMON – DC Bar No. 429409 (*Admitted Pro Hac Vice*)
ARAVIND SWAMINATHAN – WA Bar No. 33883 (*Admitted Pro Hac Vice*)
EDWARD SOMERS – IL Bar No. 6300920 (*Admitted Pro Hac Vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2001 M Street NW
Washington, DC 20036
Telephone: (202) 349-8030
Email:    jnaimon@orrick.com
          aswaminathan@orrick.com
          esomers@orrick.com

Attorneys for Evolve Bank & Trust

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL AND WITHDRAWAL OF EVOLVE BANK & TRUST'S LIMITED OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO PERSONAL PROPERTY FILED BY AMAZON WEB SERVICES, INC.**<br><br>**Hearing:**<br>Date:    August 11, 2025<br>Time:    1:30 p.m.<br>Place:   Courtroom 303<br>         United States Bankruptcy Court<br>         21041 Burbank Boulevard<br>         Woodland Hills, CA 91367 |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 11 TRUSTEE, AMAZON WEB SERVICES, INC., AND INTERESTED PARTIES:**

Evolve Bank & Trust ("Evolve"), a creditor and party-in-interest in the above-referenced chapter 11 case, hereby files this Notice of Withdrawal and Withdrawal of Evolve's Limited Opposition ("Limited Opposition") to the *Motion for Relief from the Automatic Stay as to Personal Property* (the "AWS Motion") [Docket No. 529] filed by Amazon Web Services, Inc. ("AWS"). The Limited Opposition is at Docket No. 554.

As set forth therein, Evolve filed its Limited Opposition to prevent the destruction of critical records and documents of the Debtor Synapse Financial Technologies, Inc. ("Synapse" or "Debtor") housed with AWS, which destruction Evolve believes would be highly prejudicial to all parties impacted by the Synapse bankruptcy and subsequent events. Accordingly, prior to filing the Limited Opposition, Evolve sought and obtained authorization from the Synapse Trustee to access the AWS Accounts containing Synapse's data and to download copies of the same. Since obtaining the Trustee's authorization, Evolve, through its service provider, worked expeditiously to ascertain the manner in which the data was stored in the AWS Accounts, and the mechanisms available for copying it as quickly as possible and preserving it to ensure its continued availability.

The Court heard arguments on the AWS Motion on June 27, 2025 and continued the hearing on it to August 11, 2025.

At this time, Evolve is pleased to advise the Court that its service provider has successfully completed copying the information contained in the Debtor's AWS Accounts to AWS accounts under Evolve's control.[1]

---

[1] Evolve is working on the preparation of a stipulation to modify the Protective Order entered by this Court on May 31, 2025 [Docket Nos. 226 and 230] regarding preservation of the data and intends to present such stipulation jointly with the Trustee to the Court prior to the August 11, 2025 hearings.

Accordingly, Evolve hereby withdraws its Limited Opposition to the AWS Motion.

                                        Respectfully submitted,

DATED: August 1, 2025          BG LAW LLP

                                        By: /s/ David M. Poitras
                                              Steven T. Gubner
                                              David M. Poitras

                                        - and -

                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                                        Jeffrey Naimon *(admitted pro hac vice)*
                                        Aravind Swaminathan *(admitted pro hac vice)*
                                        Edward Somers *(admitted pro hac vice)*

                                        Attorneys for Evolve Bank & Trust

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the foregoing document entitled**: NOTICE OF WITHDRAWAL AND WITHDRAWAL OF EVOLVE BANK & TRUST'S LIMITED OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO PERSONAL PROPERTY FILED BY AMAZON WEB SERVICES, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 1, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **_____, 2025,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**\*\*PURSUANT TO PROCEDURES, JUDGE MARTIN R. BARASH WAIVES SERVICE OF JUDGE'S COPY.**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **___, 2025,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 1, 2025 | JESSICA STUDLEY | /s/ Jessica Studley |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Ron Bender**     rb@lnbyg.com
- **David A Berkley**     david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
- **J Scott Bovitz**     bovitz@bovitz-spitzer.com
- **Rudy J Cerone**     rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com
- **Sara Chenetz**     schenetz@perkinscoie.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
- **Russell Clementson**     russell.clementson@usdoj.gov
- **Andrew Michael Cummings**     andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;sandy.olalde@hklaw.com
- **Michael G. Farag**     mfarag@gibsondunn.com
- **M Douglas Flahaut**     df@echoparklegal.com
- **Jacqueline Foroutan**     jacqueline.foroutan@akerman.com, akermanlas@akerman.com
- **Maria L Garcia**     Maria.L.Garcia@lewisbrisbois.com
- **Paul R. Glassman**     pglassman@stradlinglaw.com
- **Nicholas Christian Glenos**     cglenos@bradley.com
- **Michael H Goldstein**     mgoldstein@goodwinprocter.com, ASchaefer@goodwinlaw.com
- **Michael I. Gottfried**     mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **Steven T Gubner**     sgubner@bg.law, ecf@bg.law
- **Ralph P Guenther**     rguenther@guentherlawgroup.com
- **Robert T. Honeywell**     robert.honeywell@klgates.com
- **Lance N Jurich**     ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- **Jane Kim**     jkim@kellerbenvenutti.com
- **Monica Y Kim**     myk@lnbyg.com, myk@ecf.inforuptcy.com
- **Jeffrey C Krause**     jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Sabita Krishnan**     sabita.krishnan@cfpb.gov
- **Joseph Lake**     joseph.lake@cfpb.gov
- **William J Levant**     wlevant@kaplaw.com, wlevant@gmail.com
- **Adam A Lewis**     alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- **Norman Norman Lueck**     dennis.lueck@akerman.com, katie.solem@akerman.com
- **Jelena McWilliams (TR)**     jmcwilliams@cravath.com, mao@cravath.com
- **Krikor J Meshefejian**     kjm@lnbyg.com
- **Fred Neufeld**     fneufeld@stradlinglaw.com, tingman@sycr.com
- **Berj Parseghian**     bparseghian@lippes.com
- **Valerie Bantner Peo**     vbantnerpeo@buchalter.com
- **David M Poitras**     dpoitras@bg.law
- **Jeremy V Richards**     jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Holly Roark**     holly@roarklawboise.com, RoarkLawOffices@jubileebk.net
- **Paul M Rosenblatt**     prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
- **Thomas B Rupp**     trupp@kbkllp.com
- **Brandy A Sargent**     brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
- **Callan C Searcy**     bk-csearcy@texasattorneygeneral.gov
- **Zev Shechtman**     Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **Jason D Strabo**     jstrabo@mwe.com, jbishopjones@mwe.com;dnorthrop@mwe.com
- **United States Trustee (SV)**     ustpregion16.wh.ecf@usdoj.gov
- **Jeffrey C Wisler**     jwisler@connollygallagher.com, dperkins@connollygallagher.com
- **Claire K Wu**     claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com;docket@pillsburylaw.com
- **Beth Ann R. Young**     bry@lnbyg.com, bry@lnbyb.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**