**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Creditor
SLFAQ SYN LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| In re | Case No. 1:24-bk-10646-MB |
|---|---|
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor. | **TRANSFER OF SECURED CLAIM** |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4) Fed. R. of Bankr. P., of the transfer, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **TriplePoint Capital LLC, TriplePoint Venture Growth BDC Corp. and TriplePoint Venture Lending Fund, LLC** | **SLFAQ LLC** |

Address of Transferor:

| **TriplePoint Capital** | **SLFAQ LLC** |
|---|---|
| **2755 Sand Hill Road** | **670 White Plains Rd. – Penthouse** |
| **Menlo Park, California 94025** | **Scarsdale, NY. 10583** |

TRANSFER OF SECURED CLAIM

Golden Goodrich LLP
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Tel 714-966-1000    Fax 714-966-1002

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule D | TriplePoint Capital LLC, TriplePoint Venture Growth BDC Corp. and TriplePoint Venture Lending Fund, LLC | as described on Schedule D (attached) | Synapse Financial Technologies, Inc. | 1:24-bk-10646-MB |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BY: Joseph Sarachek

August 6, 2025

_____    _____
Transferee / Transferee's Agent                        Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Dated: August 6, 2025                  GOLDEN GOODRICH LLP

By:    /s/ Jeffrey I. Golden
       _____
       Jeffrey I. Golden
       Attorneys for Creditor
       SLFAQ SYN LLC

0.0                              2                    TRANSFER OF SECURED CLAIM

Golden Goodrich LLP
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Tel 714-966-1000  Fax 714-966-1002

**Annex A**

# EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court for the Central District of California

TriplePoint Capital LLC, TriplePoint Venture Growth BDC Corp. and TriplePoint Venture Lending Fund, LLC with offices at 2755 Sand Hill Rd., Menlo Park, CA 94025 ("Sellers"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to SLFAQ SYN LLC, its successors and assigns, with offices at 670 White Plains Rd., Penthouse, Scarsdale, New York 10583 ("Buyer"), all rights, title and interest in and to the following claims of Seller against the Debtors listed below (the "Claims") in the United States Bankruptcy Court Central District of California – San Fernando  (jointly administered under Case No. 1:24-bk-10646-MB):

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule D | TriplePoint Capital LLC, TriplePoint Venture Growth BDC Corp. and TriplePoint Venture Lending Fund, LLC | as described on Schedule D (attached) | Synapse Financial Technologies, Inc. | 1:24-bk-10646-MB |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claims.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect to the Claims to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the Effective Date.

BUYER: SLFAQ SYN, LLC

SELLER:  TriplePoint Capital LLC, TriplePoint Venture Growth BDC Corp. and TriplePoint Venture Lending Fund, LLC

By:  Joseph E. Sarachek

Date: July 28, 2025

Email: Joe@slfaqllc.com

By:  Kevin Thorne

Date: July 28, 2025

Email:kthorne@triplepointcapital.com

**Golden Goodrich LLP**
3070 Bristol St., Suite 640
Costa Mesa, CA 92626
Tel 714-966-1000   Fax 714-966-1002

0.0

3

TRANSFER OF SECURED CLAIM

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **TRANSFER OF SECURED CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **August 6, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) **August 6, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 6, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 6, 2025 | Kelly Adele | *Kelly Adele* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

0.0

**F 9013-3.1.PROOF.SERVICE**

**Electronic Mail Notice List**

Ron Bender    rb@lnbyg.com
David A Berkley    david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
J Scott Bovitz    bovitz@bovitz-spitzer.com
Rudy J Cerone    rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com
Sara Chenetz    schenetz@perkinscoie.com,
docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
Russell Clementson    russell.clementson@usdoj.gov
Andrew Michael Cummings    andrew.cummings@hklaw.com,
philip.dobbs@hklaw.com;hapi@hklaw.com;sandy.olalde@hklaw.com
Michael G. Farag    mfarag@gibsondunn.com
M Douglas Flahaut    df@echoparklegal.com
Jacqueline Foroutan    jacqueline.foroutan@akerman.com, akermanlas@akerman.com
Maria L Garcia    Maria.L.Garcia@lewisbrisbois.com
Paul R. Glassman    pglassman@stradlinglaw.com
Nicholas Christian Glenos    cglenos@bradley.com
Michael H Goldstein    mgoldstein@goodwinprocter.com, ASchaefer@goodwinlaw.com
Michael I. Gottfried    mgottfried@elkinskalt.com,
lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
Steven T Gubner    sgubner@bg.law, ecf@bg.law
Ralph P Guenther    rguenther@guentherlawgroup.com
Robert T. Honeywell    robert.honeywell@klgates.com
Lance N Jurich    ljurich@loeb.com,
pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
Jane Kim    jkim@kellerbenvenutti.com
Monica Y Kim    myk@lnbyg.com, myk@ecf.inforuptcy.com
Jeffrey C Krause    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
Sabita Krishnan    sabita.krishnan@cfpb.gov
Joseph Lake    joseph.lake@cfpb.gov
William J Levant    wlevant@kaplaw.com, wlevant@gmail.com
Adam A Lewis    lewisaa@comcast.net, adam-lewis-3473@ecf.pacerpro.com
Norman Norman Lueck    dennis.lueck@akerman.com, katie.solem@akerman.com
Jelena McWilliams (TR)    jmcwilliams@cravath.com, mao@cravath.com
Krikor J Meshefejian    kjm@lnbyg.com
Fred Neufeld    fneufeld@stradlinglaw.com, tingman@sycr.com
Berj Parseghian    bparseghian@lippes.com
Valerie Bantner Peo    vbantnerpeo@buchalter.com
David M Poitras    dpoitras@bg.law
Jeremy V Richards    jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
Holly Roark    holly@roarklawboise.com, RoarkLawOffices@jubileebk.net
Paul M Rosenblatt    prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
Thomas B Rupp    trupp@kbkllp.com
Gregory M Salvato    gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
Brandy A Sargent    brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
Callan C Searcy    bk-csearcy@texasattorneygeneral.gov
Zev Shechtman    Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
Jason D Strabo    jstrabo@mwe.com, jbishopjones@mwe.com;dnorthrop@mwe.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Jeffrey C Wisler    jwisler@connollygallagher.com, dperkins@connollygallagher.com
Claire K Wu    claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com;docket@pillsburylaw.com
Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com