CRAVATH, SWAINE & MOORE LLP
PAUL H. ZUMBRO (*pro hac vice*)
pzumbro@cravath.com
GEORGE E. ZOBITZ (*pro hac vice*)
jzobitz@cravath.com
2 Manhattan West
375 9th Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

KELLER BENVENUTTI KIM LLP
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
JEREMY V. RICHARDS (Cal. Bar No. 102300)
(jrichards@kbkllp.com)
THOMAS B. RUPP (Cal. Bar. No. 278041)
(trupp@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for Jelena McWilliams,*
*in her capacity as Chapter 11 Trustee for*
*Synapse Financial Technologies, Inc.*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>    Debtor. | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**DECLARATION OF SETH FREEMAN IN SUPPORT OF STIPULATION BY AND BETWEEN THE CHAPTER 11 TRUSTEE AND PUBLIC STORAGE REGARDING GRANTING RELIEF FROM THE AUTOMATIC STAY TO PUBLIC STORAGE, LIQUIDATING PROPERTY STORED AT PUBLIC STORAGE'S FACILITY, AND WITH RESPECT TO CERTAIN PUBLIC STORAGE CLAIMS**<br><br>Date: August 11, 2025<br>Time: 1:30 p.m. Pacific Time<br>Place: Courtroom 303<br>    21041 Burbank Boulevard<br>    Woodland Hills, CA 91367 |

[[DMS:7995963v3:08/07/2025-03:25 PM]]

TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND INTERESTED PARTIES:

**I, Seth Freeman hereby declare as follows:**

I have personal knowledge of the facts set forth below and, if called upon to testify, would and could competently testify to the matters set forth in this declaration (the "Declaration").

I am a senior managing director of GlassRatner Advisory & Capital Group LLC ("GlassRatner"), a national advisory firm with offices at 19800 MacArthur Boulevard, Suite 820 Irvine, CA 92612.

I submit this declaration in support of the *Stipulation By and Between The Chapter 11 Trustee and Public Storage Regarding Granting Relief from the Automatic Stay to Public Storage, Liquidating Property Stored at Public Storage's Facility, and With Respect To Certain Public Storage Claims* [Dkt. No. 536] (the "Stipulation")[1].

On September 27, 2024, the Court entered the *Order Granting Trustee's Application for Order Authorizing Employment of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor* (the "Retention Order") [Dkt. No. 385]. Since the entry of the Retention Order, GlassRatner has served as financial advisor to Jelena McWilliams in her capacity as the Chapter 11 Trustee (the "Trustee") in the above captioned case.

On June 27, 2025, at a hearing on the Stipulation, the Court directed that a representative of the Trustee make an inventory of the Debtor's property contained in the Public Storage units that are the subject of the Stipulation.

On August 1, 2025, I visited the Public Storage facility located at 611 2nd Street, San Francisco, CA 94107, where the Debtor leased two storage units, Unit No. 0211 and Unit No. 0304

---

[1] Unless otherwise stated with specificity or implied by context, capitalized defined terms used in this declaration have the same meanings as attributed to them in the Stipulation.

2

(together, the "Units"). I accessed the Units, made a manual inventory of the property contained in the Units and took photographs and videos of the property contained in the Units.

An exhaustive list of the property contained in the Units is as follows:

- Kitchen equipment and supplies: one industrial-grade refrigerator, one industrial-grade vault freezer, one beverage refrigerator, two sets of stainless steel storage shelves, three insulated pan carriers, three commercial toaster ovens, one microwave, assorted coffee makers, one water dispenser, one ice maker and assorted pots, pans, plastic storage containers, dishes, utensils and nonperishable food supplies

- Office furniture and supplies: six wire shelving units, five rolling whiteboards, two standing lamps, assorted stackable plastic chairs, assorted wooden desks and chairs (disassembled), assorted wall hangings, assorted desktop storage and decorative items and assorted storage bins

- Technology equipment: four 50-inch to 55-inch Samsung televisions and assorted audio-visual equipment, desktop network switches, power and connector cables, point-of-sale machines, speakers and extension cords

- Assorted Synapse-branded marketing materials, including stickers, pins, posters and marketing table supplies

- Assorted first aid and emergency supplies kits

- Assorted Christmas decorations

Based on visual inspection, most of the property in the Units appeared to be in good, used condition.

Based on my past professional experience in estate management and liquidation, I estimate the liquidation value of the saleable property in the Units is between $5,000 and $10,000.

3

[[DMS:7995963v3:08/07/2025-03:25 PM]]

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of August 2025.

GLASSRATNER ADVISORY & CAPITAL GROUP, LLC

_____
Seth R. Freeman
Financial Advisor for the Chapter 11 Trustee

4

[[DMS:7995963v3:08/07/2025-03:25 PM]]

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Cravath, Swaine & Moore LLP, 2 Manhattan West, 375 Ninth Avenue, New York, NY 10001

A true and correct copy of the foregoing document entitled (*specify*): _____
DECLARATION OF SETH FREEMAN IN SUPPORT OF STIPULATION BY AND BETWEEN THE CHAPTER 11 TRUSTEE AND PUBLIC STORAGE REGARDING GRANTING RELIEF FROM THE AUTOMATIC STAY TO PUBLIC STORAGE, LIQUIDATING PROPERTY STORED AT PUBLIC STORAGE'S FACILITY, AND WITH RESPECT TO CERTAIN PUBLIC STORAGE CLAIMS _____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/7/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ron Bender  rb@lnbyg.com
David A. Berkley  david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
J Scott Bovitz  bovitz@bovitz-spitzer.com
Rudy J Cerone  rcerone@mcglinchey.com, lgraff@mcglinchey.com; jingargiola@mcglinchey.com
Sara Chenetz  schenetz@perkinscoie.com, docketLA@perkinscole.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rlieibowiz@perkinscoie.com
Russell Clementson  russell.clementson@usdoj.gov
Andrew Michael Cummings  andrew.cummings@hklaw.com, philip.dobbs@hklaw.com; hapi@hklaw.com;sandy.olalde@hklaw.com
Michael G. Farag  mfarag@gibsondunn.com
M Douglas Flahaut  df@echoparklegal.com
Jacqueline Foroutan  jacqueline.foroutan@akerman.com, akermanlas@akerman.com
Maria L Garcia     Maria.L.Garcia@lewisbrisbois.com
Paul R. Glassman  pglassman@stradlinlaw.com
Nicholas Christian Glenos  cglenos@bradley.com
Michael H Goldstein  mgoldstein@goodwinprocter.com, Aschaefer@goodwinlaw.com
Michael I. Gottfried  mgottfried@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com, lmassie@elkinskalt.com
Steven T Gubner  sgubner@bg.law, ecf@bg.law
Ralph P Guenther  rguenther@guentherlawgroup.com
Robert T. Honeywell  robert.honeywell@klgates.com
Lance N Jurich  ljurich@loeb.com, pmatsuda@loeb.com; ladocket@loeb.com; ljurich@ecf.courtdrive.com; fmckeown@loeb.com

Jane Kim   jkim@kellerbenvenutti.com

Monica Y Kim   myk@lnbyg.com, myk@ecf.inforuptcy.com

Jeffrey C Krause   jkrause@gibsondunn.com,dtrujillo@gibsondunn.com;jstern@gibsondunn.com

Sabita Krishnan   sabita.krishnan@cfpb.gov

Joseph Lake   joseph.lake@cfpb.gov

William J Levant   wlevant@kaplaw.com, wlevant@gmail.com

Adam A Lewis   alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com

Norman Norman Lueck   dennis.lueck@akerman.com, katie.solem@akerman.com

Jelena McWilliams (TR)   jmcwilliams@cravath.com, mao@cravath.com

Krikor J Meshefejian   kjm@lnbyg.com

Fred Neufeld   fneufeld@stradlinglaw.com, tingman@sycr.com

Berj Parseghian   bparseghian@lippes.com

Valerie Bantner Peo   vbantnerpeo@buchalter.com

David M Poitras   dpoitras@bg.law

Jeremy V Richards   jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Holly Roark   holly@roarklawboise.com, RoarkLawOffices@jubileebk.net

Paul M Rosenblatt   prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com

Thomas B Rupp   trupp@kbkllp.com

Gregory M Salvato   gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;
jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Brandy A Sargent   brandy.sargent@klgates.com,
litigation.docketing@klgates.com;janna.leasy@klgates.com

Callan C Searcy   bk-csearcy@texasattorneygeneral.gov

Zev Shechtman   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com
hannah.richmond@saul.com;LitigationDocketing@saul.com

Jason D Strabo   jstrabo@mwe.com, jbishopjones@mwe.com; dnorthrop@mwe.com

United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov

Jeffrey C Wisler   jwisler@connollygallagher.com, dperkins@connollygallagher.com

Claire K Wu   claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com;
docket@pillsburylaw.com

Beth Ann R. Young   bry@lnbyg.com, bry@lnbyb.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:

On (*date*) 8/7/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Robert J Labate
Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071

Neda Shapourian
Unit21, Inc.

49 Geary St. Ste 200
San Francisco, CA 94108

Jera L Bradshaw
Greenberg Traurig LLP
2200 Ross Ave, Suite 5200
Dallas, TX 75201

David Boroi
866 Hensel Woods Rd.
Gahanna, OH 43230

Justin Newbern
3701 Wesley Dr. NW
Olympia, WA 98502

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 8/7/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/7/2025 | Robert N. Greenfield | /s/ Robert N. Greenfield |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |