STEVEN T. GUBNER – CA Bar No. 156593
DAVID M. POITRAS – CA Bar No. 141309
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:         sgubner@bg.law
                  dpoitras@bg.law

JEFFREY NAIMON – DC Bar No. 429409 *(Admitted Pro Hac Vice)*
ARAVIND SWAMINATHAN – WA Bar No. 33883 *(Admitted Pro Hac Vice)*
EDWARD SOMERS – IL Bar No. 6300920 *(Admitted Pro Hac Vice)*
ORRICK, HERRINGTON & SUTCLIFFE LLP
2001 M Street NW
Washington, DC 20036
Telephone: (202) 349-8030
Email:         jnaimon@orrick.com
                  aswaminathan@orrick.com
                  tsomers@orrick.com

Attorneys for Evolve Bank & Trust

**FILED & ENTERED**

AUG 07 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY detulio DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor. | **ORDER APPROVING STIPULATION BETWEEN THE CHAPTER 11 TRUSTEE AND EVOLVE BANK & TRUST ("EVOLVE") FOR EVOLVE TO HOUSE CERTAIN DATA AND TO MODIFY STIPULATED PROTECTIVE ORDER** |
| | [Relates to Docket No. 609] |
| | [No Hearing Set] |

1

The Court, having reviewed and considered the *Stipulation Between the Chapter 11 Trustee and Evolve Bank & Trust ("Evolve") for Evolve to House Certain Data and to Modify Protective Order* [Docket No. 609] (the "Stipulation"), entered into by and between Evolve and the Chapter 11 Trustee Jelena McWilliams, finds good cause to approve the Stipulation and accordingly, IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of the Stipulation

###

Date: August 7, 2025

Martin R Barash
United States Bankruptcy Judge

2