| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STEVEN T. GUBNER – Bar No. 156593<br>DAVID M. POITRAS – Bar No. 141309<br>BG LAW LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000; Facsimile: (818) 827-9099<br>Email:   sgubner@bg.law; dpoitras@bg.law<br><br>JEFFREY NAIMON – DC Bar No. 429409 (Admitted Pro Hac Vice)<br>ARAVIND SWAMINATHAN – WA Bar No. 33883 (Admitted Pro Hac Vice)<br>EDWARD SOMERS – IL Bar No. 6300920 (Admitted Pro Hac Vice)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>2001 M Street NW<br>Washington, DC 20036<br>Telephone: (202) 349-8030<br>Email:  jnaimon@orrick.com; cstapleton@orrick.com<br><br>☐  Individual *appearing without an attorney*<br>☒  Attorney for:  Evolve Bank & Trust | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 1:24-bk-10646-MB<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: EVOLVE BANK & TRUST'S NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA AND/OR FOR A PROTECTIVE ORDER** |
|---|---|

PLEASE TAKE NOTE that the order titled **ORDER GRANTING EVOLVE BANK & TRUST'S MOTION TO QUASH SUBPOENA AND/OR FOR A PROTECTIVE ORDER** was lodged on (*date*) August 26, 2025 and is attached.  This order relates to the motion which is docket number 616.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 Page 1                                                 F 9021-1.2.BK.NOTICE.LODGMENT

STEVEN T. GUBNER – Bar No. 156593
DAVID M. POITRAS – Bar No. 141309
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:     sgubner@bg.law
           dpoitras@bg.law

JEFFREY NAIMON – DC Bar No. 429409 *(Admitted Pro Hac Vice)*
ARAVIND SWAMINATHAN – WA Bar No. 33883 *(Admitted Pro Hac Vice)*
EDWARD SOMERS – IL Bar No. 6300920 *(Admitted Pro Hac Vice)*
ORRICK, HERRINGTON & SUTCLIFFE LLP
2001 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 339-8400
Email:     jnaimon@orrick.com
           aswaminathan@orrick.com
           esomers@orrick.com

Attorneys for Evolve Bank & Trust

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor. | Case No. 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**ORDER GRANTING EVOLVE BANK & TRUST'S MOTION TO QUASH SUBPOENA AND/OR FOR A PROTECTIVE ORDER**<br><br>**Hearing:**<br><br>Date: August 20, 2025<br>Time: 2:30 p.m.<br>Place: Courtroom 303<br>      21041 Burbank Boulevard<br>      Woodland Hills, CA 91367<br><br>Parties appeared in person and by Via ZoomGov audio and video |

On August 20, 2025, the Court conducted a hearing on *Evolve Bank & Trust's Notice of Motion and Motion to Quash Subpoena and/or for a Protective Order* (the "Motion to Quash") [Docket No. 616]. The Motion to Quash was set for hearing pursuant to the Court's *Order Setting Hearings on (1) Motion of Justin Newbern to Compel Compliance with Rule 2004 Subpoena [Case Dkt. 594] and (2) Motion of Evolve Bank & Trust to Quash Subpoena and/or for a Protective Order [Case Dkt. 616]* (the "Scheduling Order") [Docket No. 619]. In connection with the Motion to Quash, the Court also reviewed and considered *Movant's [Justin Newbern] Opposition to Evolve Bank & Trust's Motion to Quash Subpoena and/or for a Protective Order* (the "Opposition") [Docket No. 632].

The Court having reviewed the Motion to Quash, the Opposition and the declarations filed in support of the Motion to Quash and in support of the Opposition, and the statements made at the hearing in support of and in opposition to the relief requested; and due, proper and sufficient notice of the Motion to Quash having been given; and the Court, having determined that the legal and factual bases set forth in the Motion to Quash establish just cause for the relief granted herein and that such relief requested in the Motion to Quash is necessary and appropriate under the present circumstances; and after due deliberation, and for the reasons stated by the Court on the record at the hearing, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Quash is granted and the *Subpoena for Rule 2004 Examination* issued by the Clerk of the Court on July 1, 2025 and served on July 7, 2025 is hereby quashed and of no further force or effect.

# # #

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: EVOLVE BANK & TRUST'S NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA AND/OR FOR A PROTECTIVE ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 26, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 26, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA EMAIL**
Justin Newbern jay@jaynewbern.com.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 26, 2025 | JENNIFER WARNER | /s/ *Jennifer Warner* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Ron Bender    rb@lnbyg.com
- David A Berkley    david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Rudy J Cerone    rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com
- Sara Chenetz    schenetz@perkinscoie.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com; jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
- Russell Clementson    russell.clementson@usdoj.gov
- Andrew Michael Cummings    andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;sandy.olalde@hklaw.com
- Michael G. Farag    mfarag@gibsondunn.com
- M Douglas Flahaut    df@echoparklegal.com
- Jacqueline Foroutan    jacqueline.foroutan@akerman.com, akermanlas@akerman.com
- Maria L Garcia    Maria.L.Garcia@lewisbrisbois.com
- Paul R. Glassman    pglassman@stradlinglaw.com
- Nicholas Christian Glenos    cglenos@bradley.com
- Jeffrey I Golden    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com; lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- Michael H Goldstein    mgoldstein@goodwinprocter.com, ASchaefer@goodwinlaw.com
- Michael I. Gottfried    mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- Steven T Gubner    ecf@bg.law, ecf@bg.law
- Ralph P Guenther    rguenther@guentherlawgroup.com
- Robert T. Honeywell    robert.honeywell@klgates.com
- Lance N Jurich    ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- Jane Kim    jkim@kellerbenvenutti.com
- Monica Y Kim    myk@lnbyg.com, myk@ecf.inforuptcy.com
- Jeffrey C Krause    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- Sabita Krishnan    sabita.krishnan@cfpb.gov
- Joseph Lake    joseph.lake@cfpb.gov
- William J Levant    wlevant@kaplaw.com, wlevant@gmail.com
- Adam A Lewis    lewisaa@comcast.net, adam-lewis-3473@ecf.pacerpro.com
- Norman Norman Lueck    dlueck@msed.law, katie.solem@akerman.com
- Jelena McWilliams (TR)    jmcwilliams@cravath.com, mao@cravath.com
- Krikor J Meshefejian    kjm@lnbyg.com
- Fred Neufeld    fneufeld@stradlinglaw.com, tingman@sycr.com
- Berj Parseghian    bparseghian@lippes.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- David M Poitras    dpoitras@bg.law
- Jeremy V Richards    jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Holly Roark    holly@roarklawboise.com, RoarkLawOffices@jubileebk.net
- Paul M Rosenblatt    prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
- Thomas B Rupp    trupp@kbkllp.com
- Thomas B Rupp    trupp@kellerbenvenutti.com
- Gregory M Salvato    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- Brandy A Sargent    brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
- Callan C Searcy    bk-csearcy@texasattorneygeneral.gov
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- Jason D Strabo    jstrabo@mwe.com, jbishopjones@mwe.com;dnorthrop@mwe.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Jeffrey C Wisler    jwisler@connollygallagher.com, dperkins@connollygallagher.com
- Claire K Wu    claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com;docket@pillsburylaw.com
- Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**