United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-10646-MB |
| Synapse Financial Technologies, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 08, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Synapse Financial Technologies, Inc., 21255 Burbank Boulevard, Suite 120, Woodland Hills, CA 91367-6669 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam A Lewis | on behalf of Creditor Silicon Valley Bank lewisaa@comcast.net  adam-lewis-3473@ecf.pacerpro.com |
| Andrew Michael Cummings | on behalf of Creditor Cigna Health and Life Insurance Company andrew.cummings@hklaw.com philip.dobbs@hklaw.com;hapi@hklaw.com;sandy.olalde@hklaw.com |
| Berj Parseghian | on behalf of Interested Party Fund that Flip  Inc. bparseghian@lippes.com |
| Beth Ann R. Young | on behalf of Debtor Synapse Financial Technologies  Inc. bry@lnbyg.com, bry@lnbyb.com |
| Beth Ann R. Young | on behalf of Interested Party Courtesy NEF bry@lnbyg.com  bry@lnbyb.com |
| Brandy A Sargent | |

District/off: 0973-1

User: admin

Page 2 of 4

Date Rcvd: Sep 08, 2025

Form ID: pdf042

Total Noticed: 1

on behalf of Creditor TabaPay  Inc. brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com

Brandy A Sargent

on behalf of Creditor Amazon Web Services  Inc. brandy.sargent@klgates.com,
litigation.docketing@klgates.com;janna.leasy@klgates.com

Brandy A Sargent

on behalf of Creditor TabaPay Holdings LLC brandy.sargent@klgates.com
litigation.docketing@klgates.com;janna.leasy@klgates.com

Callan C Searcy

on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division and Texas Workforce Commission
bk-csearcy@texasattorneygeneral.gov

Claire K Wu

on behalf of Interested Party AMG National Trust Bank claire.wu@pillsburylaw.com
renee.evans@pillsburylaw.com;docket@pillsburylaw.com

David A Berkley

on behalf of Interested Party MongoDB  Inc. david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com

David M Poitras

on behalf of Interested Party Evolve Bank & Trust dpoitras@bg.law

David M Poitras

on behalf of Interested Party Courtesy NEF dpoitras@bg.law

Fred Neufeld

on behalf of Creditor Lineage Bank fneufeld@stradlinglaw.com  tingman@sycr.com

Gregory M Salvato

on behalf of Interested Party Salvato Boufadel LLP gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Holly Roark

on behalf of Creditor Synoptek  LLC holly@roarklawboise.com, RoarkLawOffices@jubileebk.net

J Scott Bovitz

on behalf of Creditor EarnUp  LLC bovitz@bovitz-spitzer.com

J Scott Bovitz

on behalf of Creditor EarnUp inc. bovitz@bovitz-spitzer.com

Jacqueline Foroutan

on behalf of Creditor GRABR  INC. jacqueline.foroutan@akerman.com, akermanlas@akerman.com

Jane Kim

on behalf of Trustee Jelena McWilliams (TR) jkim@kellerbenvenutti.com

Jason D Strabo

on behalf of Creditor TriplePoint Capital  LLC jstrabo@mwe.com, jbishopjones@mwe.com;dnorthrop@mwe.com

Jeffrey C Krause

on behalf of Creditor Mercury Technologies  Inc. jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com

Jeffrey C Wisler

on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com
dperkins@connollygallagher.com

Jeffrey I Golden

on behalf of Creditor SLFAQ SYN LLC jgolden@go2.law
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.b
estcase.com

Jelena McWilliams (TR)

jmcwilliams@cravath.com  mao@cravath.com

Jeremy V Richards

on behalf of Trustee Jelena McWilliams (TR) jrichards@kbkllp.com  bdassa@pszjlaw.com;imorris@pszjlaw.com

Joseph Lake

on behalf of Plaintiff Consumer Financial Protection Bureau joseph.lake@cfpb.gov

Joseph Lake

on behalf of Interested Party Consumer Financial Protection Bureau joseph.lake@cfpb.gov

Krikor J Meshefejian

on behalf of Debtor Synapse Financial Technologies  Inc. kjm@lnbyg.com

Lance N Jurich

on behalf of Creditor American Bank  N.A. ljurich@loeb.com,
pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com

District/off: 0973-1                                     User: admin                                    Page 3 of 4
Date Rcvd: Sep 08, 2025                               Form ID: pdf042                            Total Noticed: 1

M Douglas Flahaut
                      on behalf of Interested Party Victor Medeiros df@echoparklegal.com

Maria L Garcia
                      on behalf of Creditor Public Storage Maria.L.Garcia@lewisbrisbois.com

Michael G. Farag
                      on behalf of Creditor Mercury Technologies  Inc. mfarag@gibsondunn.com

Michael H Goldstein
                      on behalf of Creditor YieldStreet Inc mgoldstein@goodwinprocter.com  ASchaefer@goodwinlaw.com

Michael I. Gottfried
                      on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
                      lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com

Michael I. Gottfried
                      on behalf of Creditor Yotta Technologies  Inc. mgottfried@elkinskalt.com,
                      lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com

Monica Y Kim
                      on behalf of Debtor Synapse Financial Technologies  Inc. myk@lnbyg.com, myk@ecf.inforuptcy.com

Nicholas Christian Glenos
                      on behalf of Creditor Lineage Bank cglenos@bradley.com

Norman Norman Lueck
                      on behalf of Creditor GRABR  INC. dlueck@msed.law, katie.solem@akerman.com

Paul M Rosenblatt
                      on behalf of Creditor TClub Inc. prosenblatt@kilpatricktownsend.com  moroberts@ktslaw.com

Paul R. Glassman
                      on behalf of Creditor Lineage Bank pglassman@stradlinglaw.com

Ralph P Guenther
                      on behalf of Creditor Capital J Inc. d/b/a Juno rguenther@guentherlawgroup.com

Robert T. Honeywell
                      on behalf of Creditor TabaPay Holdings LLC robert.honeywell@klgates.com

Robert T. Honeywell
                      on behalf of Creditor TabaPay  Inc. robert.honeywell@klgates.com

Ron Bender
                      on behalf of Debtor Synapse Financial Technologies  Inc. rb@lnbyg.com

Rudy J Cerone
                      on behalf of Creditor SoLo Funds  Inc. rcerone@mcglinchey.com, lgraff@mcglinchey.com;jingargiola@mcglinchey.com

Russell Clementson
                      on behalf of U.S. Trustee United States Trustee (SV) russell.clementson@usdoj.gov

Sabita Krishnan
                      on behalf of Interested Party Consumer Financial Protection Bureau sabita.krishnan@cfpb.gov

Sara Chenetz
                      on behalf of Interested Party Courtesy NEF schenetz@perkinscoie.com
                      docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.
                      com;rleibowitz@perkinscoie.com

Steven T Gubner
                      on behalf of Interested Party Evolve Bank & Trust sgubner@bg.law  ecf@bg.law

Steven T Gubner
                      on behalf of Interested Party Courtesy NEF sgubner@bg.law  ecf@bg.law

Thomas B Rupp
                      on behalf of Trustee Jelena McWilliams (TR) trupp@kbkllp.com

Thomas B Rupp
                      on behalf of Interested Party Jelena McWilliams trupp@kellerbenvenutti.com

United States Trustee (SV)
                      ustpregion16.wh.ecf@usdoj.gov

Valerie Bantner Peo
                      on behalf of Interested Party Courtesy NEF vbantnerpeo@buchalter.com

William J Levant
                      on behalf of Interested Party William Levant wlevant@kaplaw.com  wlevant@gmail.com

Zev Shechtman

District/off: 0973-1                          User: admin                          Page 4 of 4
Date Rcvd: Sep 08, 2025                       Form ID: pdf042                       Total Noticed: 1

on behalf of Attorney Saul Ewing LLP Zev.Shechtman@saul.com
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Synapse Financial Technologies  Inc.
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 58

STEVEN T. GUBNER – Bar No. 156593
DAVID M. POITRAS – Bar No. 141309
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099
Email:       sgubner@bg.law
              dpoitras@bg.law

JEFFREY NAIMON – DC Bar No. 429409 (*Admitted Pro Hac Vice*)
ARAVIND SWAMINATHAN – WA Bar No. 33883 *(Admitted Pro Hac Vice)*
EDWARD SOMERS – IL Bar No. 6300920 *(Admitted Pro Hac Vice)*
ORRICK, HERRINGTON & SUTCLIFFE LLP
2001 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 339-8400
Email:       jnaimon@orrick.com
              aswaminathan@orrick.com
              esomers@orrick.com

Attorneys for Evolve Bank & Trust

FILED & ENTERED

SEP 05 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor. | **ORDER GRANTING EVOLVE BANK & TRUST'S MOTION TO QUASH SUBPOENA AND/OR FOR A PROTECTIVE ORDER** |
| | **Hearing:** |
| | Date:  August 20, 2025<br>Time: 2:30 p.m.<br>Place: Courtroom 303<br>    21041 Burbank Boulevard<br>    Woodland Hills, CA 91367 |
| | Parties appeared in person and by Via ZoomGov audio and video |

On August 20, 2025, the Court conducted a hearing on *Evolve Bank & Trust's Notice of Motion and Motion to Quash Subpoena and/or for a Protective Order* (the "Motion to Quash") [Docket No. 616]. The Motion to Quash was set for hearing pursuant to the Court's *Order Setting Hearings on (1) Motion of Justin Newbern to Compel Compliance with Rule 2004 Subpoena [Case Dkt. 594] and (2) Motion of Evolve Bank & Trust to Quash Subpoena and/or for a Protective Order [Case Dkt. 616]* (the "Scheduling Order") [Docket No. 619]. In connection with the Motion to Quash, the Court also reviewed and considered *Movant's [Justin Newbern] Opposition to Evolve Bank & Trust's Motion to Quash Subpoena and/or for a Protective Order* (the "Opposition") [Docket No. 632].

The Court having reviewed the Motion to Quash, the Opposition and the declarations filed in support of the Motion to Quash and in support of the Opposition, and the statements made at the hearing in support of and in opposition to the relief requested; and due, proper and sufficient notice of the Motion to Quash having been given; and the Court, having determined that the legal and factual bases set forth in the Motion to Quash establish just cause for the relief granted herein and that such relief requested in the Motion to Quash is necessary and appropriate under the present circumstances; and after due deliberation, and for the reasons stated by the Court on the record at the hearing, and good cause appearing,

///

///

///

///

///

///

///

///

///

///

///

1

**IT IS HEREBY ORDERED THAT:**

1.      The Motion to Quash is granted and the *Subpoena for Rule 2004 Examination* issued by the Clerk of the Court on July 1, 2025 and served on July 7, 2025 is hereby quashed and of no further force or effect.

# # #

Date: September 5, 2025

Martin R Barash
United States Bankruptcy Judge