CRAVATH, SWAINE & MOORE LLP
PAUL H. ZUMBRO (*pro hac vice*)
pzumbro@cravath.com
GEORGE E. ZOBITZ (*pro hac vice*)
jzobitz@cravath.com
Two Manhattan West
375 9th Avenue New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

KELLER BENVENUTTI KIM LLP
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
JEREMY V. RICHARDS (Cal. Bar No. 102300)
(jrichards@kbkllp.com)
THOMAS B. RUPP (Cal. Bar. No. 278041)
(trupp@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for Jelena McWilliams,
in her capacity as Chapter 11 Trustee for
Synapse Financial Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>Debtor | Case No.: 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**STIPULATION BETWEEN THE CHAPTER 11 TRUSTEE AND FIRST CITIZENS BANK & TRUST COMPANY REGARDING STAY RELIEF FOR APPLICATION OF CASH COLLATERAL**<br><br>[No Hearing Set] |

This Stipulation (the "Stipulation") is entered into by and between Jelena McWilliams, in her capacity as the duly appointed and acting chapter 11 trustee (the "Trustee") for Synapse Financial Technologies, Inc. ("Synapse"), the chapter 11 debtor (the "Debtor") in the above-captioned chapter 11 bankruptcy case (the "Case"), and Silicon Valley Bank, a division of First Citizens Bank & Trust Company (successor by purchase to Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bridge Bank, N.A. (as successor to Silicon Valley Bank)) ("SVB", and together with the Trustee, the "Parties") by and through their undersigned attorneys. The Parties respectfully request that the Court enter an order approving this Stipulation, substantially in the form attached hereto as **Exhibit A** and lodged contemporaneously herewith (the "Proposed Order").

## I. RECITALS

A. On April 22, 2024 (the "Petition Date", the Debtor commenced the Case by filing a voluntary petition under Chapter 11 of Title 11, 11 U.S.C. Sections 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy Court for the Central District of California, San Fernando Division (the "Bankruptcy Court").

B. On May 24, 2024, the Debtor stated that it had no remaining cash, terminated all remaining officers and employees and ceased all operations. There have been no operations or employees at the Debtor since this date.

C. On May 24, 2024, the Bankruptcy Court entered an order, Dkt. 196, appointing a chapter 11 trustee and thereafter the U.S. Trustee appointed Ms. McWilliams to serve as the Trustee. Ms. McWilliams continues to serve as the duly appointed Trustee in the Case.

D. On June 6, 2025, the Trustee filed the Motion of the Chapter 11 Trustee, Pursuant to 11 U.S.C. § 1112(B) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Convert or, in the Alternative, Dismiss Chapter 11 Case seeking conversion to chapter 7 or dismissal of the Case (the "Dismissal Motion"). [Dkt. No. 525]. Hearings on this motion have been held on June 27, 2025, August 11, 2025 and October 9, 2025. At the October 9 hearing, the Court made oral findings of fact and conclusions of law that the Debtor's estate is administratively insolvent and

2

indicated its intent to enter an order dismissing the Case, substantially in the form of the proposed order attached to the Dismissal Motion.

E. As of the Petition Date, pursuant to that certain *Loan and Security Agreement*, dated as of February 19, 2021 among the Debtor and SVB (as amended, supplemented, or otherwise modified, the "SVB Loan Agreement" and, together with all other agreements, documents and instruments executed and/or delivered in connection therewith, as all of the same have been amended, supplemented, or otherwise modified at any time prior to the Petition Date, the "SVB Loan Documents"), the Debtor was indebted and liable, without defense, counterclaim, or offset of any kind, to SVB in the aggregate principal amount of not less than $1,513,472.83 (the "SVB Facility"). All obligations of the Debtor arising under the SVB Loan Agreement or any other SVB Loan Documents, including under the SVB Facility, shall hereinafter be referred to collectively as the "SVB Loan Obligations".

F. Pursuant to the interim, second interim and final cash collateral orders, the Debtor was authorized to use cash collateral in its estate to operate its business and honor certain pre-petition obligations (collectively, the "Cash Collateral Orders"). [Dkt. Nos. 60, 90 and 201.] Pursuant to the Cash Collateral Orders and § 361 of the Bankruptcy Code, in addition to all the existing security interests and liens previously granted to SVB, as adequate protection for, and to secure the payment of, an amount equal to the diminution of the value of the pre-petition collateral, SVB was granted (i) continuing, valid, binding, enforceable, non-avoidable and automatically and properly perfected post-petition security interests in and liens on all prepetition and post-petition tangible and intangible property and assets, whether real or personal, of the Debtor and (ii) allowed superpriority administrative expense claims in the Case and any successor cases with priority over all other administrative expense claims and unsecured claims against the Debtor or its estate.

G. The Trustee maintains that certain fiduciary deposit account at East West Bank (the "Fiduciary Account"), which contains funds in an aggregate amount of approximately $92,928.15 (the "Cash Collateral"). The Trustee asserts that the Fiduciary Account is held on behalf of, and the Cash Collateral belongs to, the Debtor.

H.     In connection with the dismissal of the Case, the U.S. Trustee directed the Trustee to use best efforts to fully administer the remaining cash in the Debtor's estate, including by stipulating with the Debtor's secured creditors for disposition of the cash.

## II.    STIPULATION

NOW THEREFORE, the Parties agree, stipulate and request that the Court enter the Proposed Order approving this Stipulations as follows:

1. The foregoing recitals are incorporated herein by this reference.

2. Upon approval of the Proposed Order, the Trustee shall be irrevocably authorized to transfer all amounts contained in the Fiduciary Account directly to SVB for application to the SVB Loan Obligations.

3. After all of the Cash Collateral has been transferred to SVB, the Trustee shall be irrevocably authorized to close the Fiduciary Account.

4. Upon entry of the Proposed Order, the automatic stay shall be deemed to have been modified to grant SVB relief from the automatic stay for the limited purpose of authorizing SVB to receive the Cash Collateral and apply the Cash Collateral to the SVB Loan Obligations in accordance with the terms set forth in this Stipulation.

5. The provisions of this Stipulation shall remain binding and in force upon any conversion of the Case to a case under chapter 7 of the Bankruptcy Code.

6. Notwithstanding the applicability of Bankruptcy Rule 4001(a)(4), the terms and conditions of this Stipulation shall be immediately effective and enforceable upon entry of an order approving this Stipulation.

**IT IS SO STIPULATED.**

[Signatures on Next Page]

4

| | | |
|---|---|---|
| Dated: October 31, 2025 | | CRAVATH, SWAINE & MOORE LLP |

By: _____
    Paul H. Zumbro
    George E. Zobitz
    Two Manhattan West
    375 9th Avenue
    New York, NY 10001

Dated: October 31, 2025    KELLER BENVENUTTI KIM LLP

By:    /s/ Thomas B. Rupp
    Jane Kim
    Jeremy V. Richards
    Thomas B. Rupp
    101 Montgomery Street, Suite 1950
    San Francisco, CA 94104

    Counsel for Jelena McWilliams, in her capacity as Chapter 11 Trustee for Synapse Financial Technologies, Inc.

Dated: October 31, 2025    MORRISON FOERSTER LLP

By: _____
    Alexander Rheaume, Esq.
    200 Clarendon Street
    Boston, MA 02116

    Counsel for Silicon Valley Bank, a division of First-Citizens Bank & Trust Company

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Cravath, Swaine & Moore LLP, 2 Manhattan West, 375 Ninth Avenue, New York, NY 10001

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION BETWEEN THE CHAPTER 11 TRUSTEE AND FIRST CITIZENS BANK & TRUST COMPANY REGARDING STAY RELIEF FOR APPLICATION OF CASH COLLATERAL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/3/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ron Bender   rb@lnbyg.com
David A. Berkley   david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
J Scott Bovitz   bovitz@bovitz-spitzer.com
Rudy J Cerone   rcerone@mcglinchey.com, lgraff@mcglinchey.com; jingargiola@mcglinchey.com
Sara Chenetz   schenetz@perkinscoie.com, docketLA@perkinscole.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rlieibowiz@perkinscoie.com
Russell Clementson   russell.clementson@usdoj.gov
Andrew Michael Cummings   andrew.cummings@hklaw.com, philip.dobbs@hklaw.com; hapi@hklaw.com;sandy.olalde@hklaw.com
Michael G. Farag   mfarag@gibsondunn.com
M Douglas Flahaut   df@echoparklegal.com
Jacqueline Foroutan   jacqueline.foroutan@akerman.com, akermanlas@akerman.com
Maria L Garcia   Maria.L.Garcia@lewisbrisbois.com
Paul R. Glassman   pglassman@stradlinlaw.com
Nicholas Christian Glenos   cglenos@bradley.com
Jeffrey I. Golden   jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com; lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
Michael H Goldstein   mgoldstein@goodwinprocter.com, Aschaefer@goodwinlaw.com
Michael I. Gottfried   mgottfried@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com, lmassie@elkinskalt.com
Steven T Gubner   sgubner@bg.law, ecf@bg.law
Ralph P Guenther   rguenther@guentherlawgroup.com
Robert T. Honeywell   robert.honeywell@klgates.com
Lance N Jurich   ljurich@loeb.com, pmatsuda@loeb.com; ladocket@loeb.com; ljurich@ecf.courtdrive.com; fmckeown@loeb.com

Jane Kim   jkim@kellerbenvenutti.com
Monica Y Kim   myk@lnbyg.com, myk@ecf.inforuptcy.com
Jeffrey C Krause   jkrause@gibsondunn.com,dtrujillo@gibsondunn.com;jstern@gibsondunn.com
Sabita Krishnan   sabita.krishnan@cfpb.gov
Joseph Lake   joseph.lake@cfpb.gov
William J Levant   wlevant@kaplaw.com, wlevant@gmail.com
Adam A Lewis   alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
Blake J Lindemann   Blake@lawbl.com, Nataly@lawbl.com
Norman Norman Lueck   dennis.lueck@akerman.com, katie.solem@akerman.com
Jelena McWilliams (TR)   jmcwilliams@cravath.com, mao@cravath.com
Krikor J Meshefejian   kjm@lnbyg.com
Fred Neufeld   fneufeld@stradlinglaw.com, tingman@sycr.com
Berj Parseghian   bparseghian@lippes.com
Valerie Bantner Peo   vbantnerpeo@buchalter.com
David M Poitras   dpoitras@bg.law
Jeremy V Richards   jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
Holly Roark   holly@roarklawboise.com, RoarkLawOffices@jubileebk.net
Paul M Rosenblatt   prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
Thomas B Rupp   trupp@kbkllp.com, trupp@kellerbenvenutti.com
Gregory M Salvato   gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com; jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
Brandy A Sargent   brandy.sargent@klgates.com, litigation.docketing@klgates.com;janna.leasy@klgates.com
Callan C Searcy   bk-csearcy@texasattorneygeneral.gov
Zev Shechtman   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com hannah.richmond@saul.com;LitigationDocketing@saul.com
Jason D Strabo   jstrabo@mwe.com, jbishopjones@mwe.com; dnorthrop@mwe.com
United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
Jeffrey C Wisler   jwisler@connollygallagher.com, dperkins@connollygallagher.com
Claire K Wu   claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com; docket@pillsburylaw.com
Beth Ann R. Young   bry@lnbyg.com, bry@lnbyb.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 11/3/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Robert J Labate
Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071

Neda Shapourian
Unit21, Inc.
49 Geary St. Ste 200
San Francisco, CA 94108

Jera L Bradshaw
Greenberg Traurig LLP
2200 Ross Ave, Suite 5200
Dallas, TX 75201

David Boroi
866 Hensel Woods Rd.
Gahanna, OH 43230

Timothy Liu
42 Hillary Lane
Westbury, NY 11590

Thomas J. McGuinness
Nancy F. McGuinness
Danielle A. McGuinness
16 Nottingham Ct.
Alameda, CA 94502

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/3/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Justin Newbern – jay@jaynewbern.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/3/2025 | Robert N. Greenfield | /s/ Robert N. Greenfield |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |