# EXHIBIT A

## Proposed Order

CRAVATH, SWAINE & MOORE LLP
PAUL H. ZUMBRO (*pro hac vice*)
pzumbro@cravath.com
GEORGE E. ZOBITZ (*pro hac vice*)
jzobitz@cravath.com
Two Manhattan West
375 9th Avenue New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

KELLER BENVENUTTI KIM LLP
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
JEREMY V. RICHARDS (Cal. Bar No. 102300)
(jrichards@kbkllp.com)
THOMAS B. RUPP (Cal. Bar. No. 278041)
(trupp@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for Jelena McWilliams,*
*in her capacity as Chapter 11 Trustee for*
*Synapse Financial Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>SYNAPSE FINANCIAL TECHNOLOGIES, INC.,<br><br>    Debtor | Case No.: 1:24-bk-10646-MB<br><br>Chapter 11<br><br>**[PROPOSED] ORDER APPROVING STIPULATION BETWEEN THE CHAPTER 11 TRUSTEE AND FIRST CITIZENS BANK & TRUST COMPANY REGARDING STAY RELIEF FOR APPLICATION OF CASH COLLATERAL**<br><br>[No Hearing Set] |

1       The Court, having reviewed and considered the STIPULATION BETWEEN THE CHAPTER 11 TRUSTEE AND FIRST CITIZENS BANK & TRUST COMPANY REGARDING STAY RELIEF FOR APPLICATION OF CASH COLLATERAL [Dkt. No. 682] (the "Stipulation"), entered into between the Chapter 11 Trustee and Silicon Valley Bank, a division of First Citizens Bank & Trust Company (successor by purchase to Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bridge Bank, N.A. (as successor to Silicon Valley Bank)), finds good cause to approve the Stipulation and accordingly,

      IT IS HEREBY ORDERED that:

      1.    The Stipulation is hereby approved.

      2.    The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of the Stipulation.

# # #

2