1  CRAVATH, SWAINE & MOORE LLP
   PAUL H. ZUMBRO (*pro hac vice*)
2  pzumbro@cravath.com
   GEORGE E. ZOBITZ (*pro hac vice*)
3  jzobitz@cravath.com
4  Two Manhattan West
   375 9th Avenue New York, NY 10001
5  Telephone: (212) 474-1000
   Facsimile: (212) 474-3700
6
7  KELLER BENVENUTTI KIM LLP
   JANE KIM (Cal. Bar No. 298192)
8  (jkim@kbkllp.com)
   JEREMY V. RICHARDS (Cal. Bar No. 102300)
9  (jrichards@kbkllp.com)
10 THOMAS B. RUPP (Cal. Bar. No. 278041)
   (trupp@kbkllp.com)
11 101 Montgomery Street, Suite 1950
   San Francisco, CA 94104
12 Telephone: (415) 496-6723
   Facsimile: (650) 636-9251
13
14 *Counsel for Jelena McWilliams,*
   *in her capacity as Chapter 11 Trustee for*
15 *Synapse Financial Technologies, Inc.*

**FILED & ENTERED**

NOV 06 2025

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Cetulio    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor | **ORDER APPROVING STIPULATION BETWEEN THE CHAPTER 11 TRUSTEE AND FIRST CITIZENS BANK & TRUST COMPANY REGARDING STAY RELIEF FOR APPLICATION OF CASH COLLATERAL** |
| | [No Hearing Set] |

The Court, having reviewed and considered the STIPULATION BETWEEN THE CHAPTER 11 TRUSTEE AND FIRST CITIZENS BANK & TRUST COMPANY REGARDING STAY RELIEF FOR APPLICATION OF CASH COLLATERAL [Dkt. No. 684] (the "Stipulation"), entered into between the Chapter 11 Trustee and Silicon Valley Bank, a division of First Citizens Bank & Trust Company (successor by purchase to Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bridge Bank, N.A. (as successor to Silicon Valley Bank)), finds good cause to approve the Stipulation and accordingly,

IT IS HEREBY ORDERED that:

1. The Stipulation is hereby approved.

2. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of the Stipulation.

### #

Date: November 6, 2025

Martin R Barash
United States Bankruptcy Judge