CRAVATH SWAINE MOORE LLP
PAUL H. ZUMBRO (*pro hac vice*)
pzumbro@cravath.com
GEORGE E. ZOBITZ (*pro hac vice*)
jzobitz@cravath.com
ALEXANDER GERTEN (*pro hac vice*)
agerten@cravath.com
Two Manhattan West
375 9th Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

KELLER BENVENUTTI KIM LLP
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
JEREMY V. RICHARDS (Cal. Bar No. 102300)
(jrichards@kbkllp.com)
THOMAS B. RUPP (Cal. Bar. No. 278041)
(trupp@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for Jelena McWilliams,*
*in her capacity as Chapter 11 Trustee for*
*Synapse Financial Technologies, Inc.*

**FILED & ENTERED**

**NOV 12 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | Case No.: 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 Case |
| Debtor. | **ORDER APPROVING DISMISSAL OF THE CHAPTER 11 CASE AND GRANTING RELATED RELIEF** |
| | [Relates to Dkt. No. 525] |

Upon the motion (the "Motion") of Jelena McWilliams, the duly appointed and acting chapter 11 Trustee (the "Trustee") of the above-captioned debtor (the "Debtor") in the above-captioned chapter 11 case (the "Case"), seeking entry of an order pursuant to §§ 105(a) and 1112(b) of Title 11 of the United States Code (the "Bankruptcy Code") (a) approving conversion, or in the alternative, dismissal, of the Case; (b) in the event of dismissal, approving destruction of certain property; (c) approving the exculpation of certain parties; and (d) granting related relief; and the Court, having reviewed the Motion and having heard the declarations and statements in support of the relief requested therein; and due, proper and sufficient notice of the Motion having been given; and the Court, having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and that such relief requested in the Motion is necessary and in the best interests of the Debtor, its estate and its creditors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED AND DECREED THAT:**

1. The Motion is granted as set forth herein.

2. The Case is hereby dismissed.

3. The Trustee is authorized to destroy the Remaining Records and Data (as defined in the Motion) in accordance with the terms and conditions set forth in the Motion.

4. The Trustee is hereby authorized to complete all tasks necessary to wind down the Debtor's estate and dismiss this Case, including but not limited to (a) taking all required action in connection with any post-dismissal tasks and (b) executing and delivering all documents necessary to fulfill such responsibilities in connection with any post-dismissal tasks.

5. None of the Exculpated Parties (as defined in the Motion) shall have or incur any liability to any person for any act taken or omitted to be taken in good faith in connection with the Case or the dismissal of the Case (other than in contravention of the Motion or the implementation of this Order); *provided, however*, nothing in this Order shall limit the liability of the Exculpated Parties for acts or omissions that are the result of fraud, gross negligence or willful misconduct.

6. Notwithstanding section 349 of the Bankruptcy Code, all orders entered in this Case prior to the date of this Order shall remain effective after the dismissal of this Case, and the Court shall retain exclusive jurisdiction to enforce and support such orders, including this Order.

7. The Court reserves jurisdiction on all issues arising under sections 110, 329, 330 and 362 of the Bankruptcy Code, the Court's contempt and sanctions powers, any violations of the Federal Rules of Bankruptcy Procedure or the Court's local rules, criminal referrals to the United States Attorney's Office and any other ancillary matters related to this case. The Court retains jurisdiction for all matters arising from or related to the implementation, interpretation or enforcement of the terms and conditions of this Order and any other order of this Court entered in the Case.

###

Date: November 12, 2025

Martin R Barash
United States Bankruptcy Judge