# United States Bankruptcy Court
## Central District of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Synapse Financial Technologies, Inc.

**BANKRUPTCY NO.** 1:24–bk–10646–MB

**CHAPTER** 11

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax–Identification (EIN) No(s).(if any):** 46–5396710
**Debtor Dismissal Date:** 11/12/25

**Address:**
21255 Burbank Boulevard
Suite 120
Woodland Hills, CA 91367–0000

You are notified that an order was entered **DISMISSING** the above–captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: November 12, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm–ndms Rev. 06/2017

**688 / JC**