CRAVATH, SWAINE & MOORE LLP
PAUL H. ZUMBRO (*pro hac vice*)
pzumbro@cravath.com
GEORGE E. ZOBITZ (*pro hac vice*)
jzobitz@cravath.com
2 Manhattan West
375 9th Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

KELLER BENVENUTTI KIM LLP
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
JEREMY V. RICHARDS (Cal. Bar No. 102300)
(jrichards@kbkllp.com)
THOMAS B. RUPP (Cal. Bar. No. 278041)
(trupp@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for Jelena McWilliams,*
*in her capacity as Chapter 11 Trustee for*
*Synapse Financial Technologies, Inc.*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:24-bk-10646-MB |
| SYNAPSE FINANCIAL TECHNOLOGIES, INC., | Chapter 11 |
| Debtor | **FINAL REPORT AND ACCOUNTING AND SCHEDULE OF POSTPETITION DEBTS** |
| | [Relates to Dkt. No. 688] |

TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY

JUDGE, AND TO THE OFFICE OF THE UNITED STATES TRUSTEE:

Pursuant to direction from the U.S. Trustee's Office for Region 16, Jelena McWilliams,

Chapter 11 trustee (the "Trustee") for the bankruptcy estate of Synapse Financial Technologies,

Inc. (the "Debtor") respectfully submits this Final Report and Accounting and represents as follows:

The above-captioned case (the "Case") was commenced on April 22, 2024, when the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. Pursuant to an order entered on May 24, 2024, the Court directed the United States Trustee to appoint a chapter 11 trustee. Shortly thereafter, the Trustee accepted appointment as chapter 11 trustee and continued to act in that capacity through the date of dismissal of this Case.

**A.    Schedule of Property of the Estate as of the Dismissal Date**

As of November 12, 2025 (the "Dismissal Date"), the date the Court entered the Order dismissing the case, the known property of the estate consisted of the following:

1.    Cash on hand in the amount of $92,928.15 in the estate's bank account located at East West Bank which were deposited from June 2024 to October 2024. $82,041 of these funds were from collections of unpaid retainers and $10,887.15 of these funds were from a payment to the estate by Evolve Bank and Trust for post-petition estate professionals and vendor services.

2.    The estate has various other assets, the value of which is unascertainable as of the time of the Dismissal Date due to the unique or contingent nature of the assets, including membership interests in non-operating subsidiary LLCs, personal property, intellectual property, receivables, interests in insurance policies, and contingent and unliquidated claims or causes of action.

**B.    Schedule of Unpaid Debts Incurred After the Filing of the Petition and Before Conversion of the Case**

| Creditor & Address | Debt | Date | Amount |
|---|---|---|---|
| Synoptek | Post-petition costs of services, value of abandoned hardware, attorney's fees | 9/16/24 | Set by stipulation [Dkt. No. 374] $57,991.24 (allowed administrative expense claim); $3,000 (general unsecured claim) |

2

| Creditor & Address | Debt | Date | Amount |
|---|---|---|---|
| Public Storage | Post-petition rent | 8/18/25 | Set by stipulation [Dkt. No. 631] $19,997.00, plus accrued rent or expenses from May 1, 2025 – August 18, 2025 |
| CFPB | Civil Money Penalty | 9/12/25 | Set by judgment [Adv. Pro. Dkt. No. 4] $1.00 |

There are other unpaid debts incurred after the petition, the amounts of which are unknown because claims have not been allowed, or proofs of claim or fee applications have not been filed as of the Dismissal Date.

**C.      Declaration**

1.      The Trustee does not request any statutory compensation.

2.      An estate property record and cash receipts and disbursements record is attached.

3.      Wherefore, the Trustee requests that this court approve this final report and account, discharge her of her duties as Trustee, and exonerate her bond.

Dated this 24th day of November 2025.

Respectfully Submitted,


By: _____
       Jelena McWilliams
       Chapter 11 Trustee

3

**Case No.:** 1:24-bk-10646-MB
**Case Name:** In re Synapse Financial Technologies, Inc.

**For Period Ending:** 11/12/2025

**Trustee Name:** Jelena McWilliams
**Date Filed (f) or Converted (c):** 04/22/2025 (f)
**§ 341(a) Meeting Date:** 06/10/2024
**Claims Bar Date:**

| | 1<br>Asset Description (Scheduled and Unscheduled (u) Property) | 2<br>Petition / Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§ 554(a) abandon | 5<br>Sale / Funds Received by the Estate | 6<br>Asset Fully Administered (FA) / Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | First Horizon Bank, Savings Account ending 3704 | $0.00 | $0.00 | | | FA |
| 2 | iBank, Business Checking Account ending 0012 | $380,415.00 | $0.00 | | | FA (cash collateral used) |
| 3 | iBank, Small Business Checking Account ending 0495 | $950,000,00 | $0.00 | | | FA (cash collateral used) |
| 4 | Evolve Bank & Trust, Savings Account ending 2341 | $6,128.00 | Unknown | | | Unknown (subject to controversy) |
| 5 | Silicon Valley Bank, Checking Account ending 5986 | $246,692.00 | $0.00 | | | FA (cash collateral used) |
| 6 | Silicon Valley Bank, Checking Account ending 9909 | $21,000.00 | $0.00 | | | FA (cash collateral used) |
| 7 | Silicon Vallet Bank, Interchange Account ending 9886 | $0.00 | $0.00 | | | FA |
| 8 | Silicon Valley Bank, Checking Account ending 9890 | $0.00 | $0.00 | | | FA |
| 9 | American Bank, Checking Account ending 4720 | $4,720.00 | $0.00 | | | FA (cash collateral used, subject to setoff) |
| 10 | Evolve Bank & Trust, Checking Account ending 2182 | $19,475.00 | $0.00 | | | Unknown (subject to controversy) |
| 11 | Virtual Node / Accounts at Evolve Bank & Trust (5aa1, 54d6, c40f, 35df, 3f7d) and Lineage Bank (7abd) | $265,614.00 | Unknown | | | Unknown (subject to controversy) |

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition / Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§ 554(a) abandon | 5<br>Sale / Funds Received by the Estate | 6<br>Asset Fully Administered (FA) / Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 12  Membership Interests in Synapse Brokerage LLC | Unknown | Unknown | | | Unknown |
| 13  Membership Interests in Synapse Credit LLC | Unknown | Unknown | | | Unknown |
| 14  Office equipment | Unknown | $8,000.00 | | | FA |
| 15  Office Space pursuant to short-term lease membership agreement | Unknown | $0.00 | | | FA (agreement rejected / expired) |
| 16  Intellectual Property | Unknown | Unknown | | | Unknown |
| 17  Loan Receivable from Sankaet Pathak | $320,000.00` | $320,000,00 | | | $320,000.00 |
| 18  Commercial General Liability/Umbrella/Business Owners' Insurance Policies, Sentinel Insurance Company Ltd., Policy # 57SBABP5985 | Unknown | Unknown | | | Unknown |
| 19  Workers' Compensation Insurance Policy, Sentinel Insurance Company Ltd., Policy # 57WECAZ9PFE | Unknown | Unknown | | | Unknown |
| 20  Fidelity Crime Bond, Hiscox Insurance Company Inc., Policy # UC24671901.23 | Unknown | Unknown | | | Unknown |
| 21  Technology Errors and Omissions / Cyber Insurance Policy, Columbia Casualty Company, Policy # 652142028 | Unknown | Unknown | | | Unknown |
| 22  Excess Technology Errors & Omissions, Indian Harbor Insurance Company, Policy # MTE903541305 | Unknown | Unknown | | | Unknown |
| 23  ERISA Bond, Lloyd's Syndicate, Policy # UC15298398.23 | Unknown | Unknown | | | Unknown |
| 24  Director's & Officers Insurance Policy, Renaissance, Policy # EFI203189-02 | Unknown | Unknown | | | Unknown |

| | 1<br>Asset Description<br>(Scheduled and Unscheduled (u)<br>Property) | 2<br>Petition /<br>Unscheduled<br>Values | 3<br>Estimated Net<br>Value (Value<br>Determined By<br>Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§ 554(a)<br>abandon | 5<br>Sale / Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered<br>(FA) / Gross<br>Value of<br>Remaining<br>Assets |
|---|---|---|---|---|---|---|
| 25 | Excess Directors & Officers Insurance Policy, Texas Insurance Company, Policy # BFLXPTCA10300 020145 03 | Unknown | Unknown | | | Unknown |
| 26 | Causes of Action against Third Parties | Unknown | Unknown | | | Unknown |
| 27 | Rights and Interest with respect to contracts and leases | Unknown | Unknown | | | Unknown |
| 28 | East West Bank, Fiduciary Account ending 0000 (u) | $0.00 | $0.00 | | | FA (liquidated to secured creditor possession pursuant to stipulation [Dkt. No. 685] |
| | Asset Totals (excluding unknown values) | $2,351,620.00 | $2,452,548.15 | | | $320,000 |

**Major Activities Affecting Case Closing:** N/A – Case has been dismissed.

**Initial Projected Date of Final Report (TFR):**

**Current Projected Date of Final Report (TFR):** November 24, 2025

**Case No.:** 1:24-bk-10646-MB
**Case Name:** In re Synapse Financial
Technologies, Inc.
Taxpayer ID: XX-XXX6710
**For Period Ending:** 11/12/2025

**Trustee Name:** Jelena McWilliams
**Bank Name:** East West Bank
**Account #:** XX-XXXX0000
**Blanket Bond (per case limit):**
**Separate Bond (if applicable):** $300,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 7/25/24 | | Hataway & Kunz LLP | Retainer balance | 1290-0000 | 23,875.00 | | 23,875.00 |
| 7/29/24 | | Sherwood Disbursement LLC | Retainer balance | 1290-0000 | 52,982.50 | | 76,857.50 |
| 8/1/24 | | Evolve Bank & Trust | Professional Fees | 1290-0000 | 98,750.00 | | 175,607.50 |
| 8/6/24 | | Ballard Spahr LLP | Retainer Balance | 1290-0000 | 6,433.50 | | 182,041.00 |
| 8/11/25 | | Klouddata Inc. | Allowed Administrative Expense – Professional Fees | 6700-0000 | | 18,612.50 | 163,428.50 |
| 8/11/25 | | MongoDB Inc. | Allowed Administrative Expense – Post-Petition Vendor Services | 6990-0000 | | 70,500.35 | 92,928.15 |
| 11/10/25 | | Silicon Valley Bank | Disposition of remaining cash to senior secured creditor | 4210-0000 | | 92,928.15 | 0.00 |

1

<u>Exhibit A</u>

<u>Bank Statements</u>

# EAST WEST BANK
*our financial bridges*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: July 15, 2024
ENDING DATE: July 31, 2024
Total days in statement period: 17

███████████0000
( 0)

SYNAPSE FINANCIAL TECHNOLOGIES INC.
JELENA MCWILLIAMS, CH 11 TRUSTEE 5141
CASE #24-10646
2 MANHATTAN WEST
375 9TH AVE
NEW YORK NY 10001-1696

Protecting the security of your account
and personal information is our top
priority. Learn about our online security
best practices and tips on how to protect
yourself from cybercrime by visiting
eastwestbank.com/privacy-and-security.

## Trustee-Vendor Checking

| | | | |
|---|---|---|---|
| Account number | ████████0000 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 2) | 76,857.50 |
| Average balance | $19,180.74 | Total subtractions ( 0) | .00 |
| | | Ending balance | $76,857.50 |

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 07-25 | Wire Trans-IN | HATAWAY AND KUNZ L LP | 23,875.00 |
| | 07-29 | Wire Trans-IN | SHERWOOD DISBURSEM ENT. LLC | 52,982.50 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-25 | 23,875.00 | 07-29 | 76,857.50 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: August 01, 2024
ENDING DATE: August 31, 2024
Total days in statement period: 31
0000
( 0)

SYNAPSE FINANCIAL TECHNOLOGIES INC.
JELENA MCWILLIAMS, CH 11 TRUSTEE 5141
CASE #24-10646
2 MANHATTAN WEST
375 9TH AVE
NEW YORK NY 10001-1696

Stay alert for financial scams. If you receive an email, text, or call from someone unknown about receiving or sending money for inheritance, charities, or anything similar, do not respond or share your personal information.

## Trustee-Vendor Checking

| | | | |
|---|---|---|---|
| Account number | 0000 | Beginning balance | $76,857.50 |
| Low balance | $175,607.50 | Total additions | (2) 105,183.50 |
| Average balance | $181,003.34 | Total subtractions | (0) .00 |
| | | Ending balance | $182,041.00 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 08-01 | Wire Trans-IN | EVOLVE BANK & TRUS T | 98,750.00 |
| | 08-06 | Wire Trans-IN | BALLARD SPAHR LLP | 6,433.50 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 76,857.50 | 08-01 | 175,607.50 | 08-06 | 182,041.00 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409      rev 05-16

# EAST WEST BANK
*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: September 01, 2024
ENDING DATE: September 30, 2024
Total days in statement period: 30
████████0000
( 0 )

SYNAPSE FINANCIAL TECHNOLOGIES INC.
JELENA MCWILLIAMS, CH 11 TRUSTEE 5141
CASE #24-10646
2 MANHATTAN WEST
375 9TH AVE
NEW YORK NY 10001-1696

Switch to e-statements via our Mobile App
or Online Banking for a paperless
experience! You can access up to seven
years of account history easily at your
fingertips. Learn more by visiting
eastwestbank.com/mobile or call
833.468.8356 for details.

## Trustee-Vendor Checking

| | | | |
|---|---|---|---|
| Account number | ████████0000 | Beginning balance | $182,041.00 |
| Low balance | $182,041.00 | Total additions ( 0 ) | .00 |
| Average balance | $182,041.00 | Total subtractions ( 0 ) | .00 |
| | | Ending balance | $182,041.00 |

**\* \* No activity this statement period \* \***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409      rev 05-16

# EAST WEST BANK

Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: October 01, 2024
ENDING DATE: October 31, 2024
Total days in statement period: 31

████████0000
( 0)

SYNAPSE FINANCIAL TECHNOLOGIES INC.
JELENA MCWILLIAMS, CH 11 TRUSTEE 5141
CASE #24-10646
2 MANHATTAN WEST
375 9TH AVE
NEW YORK NY 10001-1696

Receive money using Direct Deposits!
Set up direct deposit and have your
paycheck or other recurring payments
sent to your bank account automatically.
Talk to your payer or call 888.895.5650
for more details.

## Trustee-Vendor Checking

| | | | |
|---|---|---|---|
| Account number | ████████0000 | Beginning balance | $182,041.00 |
| Low balance | $182,041.00 | Total additions ( 0) | .00 |
| Average balance | $182,041.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $182,041.00 |

**\* \* No activity this statement period \* \***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409      rev 05-16

# EAST WEST BANK

*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: November 01, 2024
ENDING DATE: November 30, 2024
Total days in statement period: 30
0000
( 0)

SYNAPSE FINANCIAL TECHNOLOGIES INC.
JELENA MCWILLIAMS, CH 11 TRUSTEE 5141
CASE #24-10646
2 MANHATTAN WEST
375 9TH AVE
NEW YORK NY 10001-1696

> Happy holidays from all of us at East
> West Bank! Thank you for choosing us
> as your financial bridge. We wish you a
> joyous and prosperous holiday season
> and look forward to serving you in the new
> year. Together, let's reach further.

## Trustee-Vendor Checking

| | | | |
|---|---|---|---|
| Account number | 0000 | Beginning balance | $182,041.00 |
| Low balance | $182,041.00 | Total additions ( 0) | .00 |
| Average balance | $182,041.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $182,041.00 |

**\* \* No activity this statement period \* \***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page  1  of  1
STARTING DATE: December 01, 2024
ENDING DATE: December 31, 2024
Total days in statement period: 31
█████████0000
( 0)

SYNAPSE FINANCIAL TECHNOLOGIES INC.
JELENA MCWILLIAMS, CH 11 TRUSTEE 5141
CASE #24-10646
2 MANHATTAN WEST
375 9TH AVE
NEW YORK NY 10001-1696

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

## Trustee-Vendor Checking

| | | | |
|---|---|---|---|
| Account number | █████0000 | Beginning balance | $182,041.00 |
| Low balance | $182,041.00 | Total additions ( 0) | .00 |
| Average balance | $182,041.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $182,041.00 |

** No activity this statement period **

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409      rev 05-16

# EAST WEST BANK
*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: January 01, 2025
ENDING DATE: January 31, 2025
Total days in statement period: 31

████████0000
( 0)

SYNAPSE FINANCIAL TECHNOLOGIES INC.
JELENA MCWILLIAMS, CH 11 TRUSTEE 5141
CASE #24-10646
2 MANHATTAN WEST
375 9TH AVE
NEW YORK NY 10001-1696

Receive money using Direct Deposits!
Set up direct deposit and have your
paycheck or other recurring payments
sent to your bank account automatically.
Talk to your payer or call 888.895.5650
for more details.

## Trustee-Vendor Checking

| | | | |
|---|---|---|---|
| Account number | ████████0000 | Beginning balance | $182,041.00 |
| Low balance | $182,041.00 | Total additions | ( 0) .00 |
| Average balance | $182,041.00 | Total subtractions | ( 0) .00 |
| | | Ending balance | $182,041.00 |

**\* \* No activity this statement period \* \***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: February 01, 2025
ENDING DATE: February 28, 2025
Total days in statement period: 28
0000
( 0)

SYNAPSE FINANCIAL TECHNOLOGIES INC.
JELENA MCWILLIAMS, CH 11 TRUSTEE 5141
CASE #24-10646
2 MANHATTAN WEST
375 9TH AVE
NEW YORK NY 10001-1696

Stay alert for financial scams. If you
receive an email, text, or call from
someone unknown about receiving or
sending money for inheritance, charities,
or anything similar, do not respond or
share your personal information.

## Trustee-Vendor Checking

| | | | |
|---|---|---|---|
| Account number | 0000 | Beginning balance | $182,041.00 |
| Low balance | $182,041.00 | Total additions ( 0) | .00 |
| Average balance | $182,041.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $182,041.00 |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK
*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**

Page 1 of 1
STARTING DATE: March 01, 2025
ENDING DATE: March 31, 2025
Total days in statement period: 31

██████████0000
( 0)

SYNAPSE FINANCIAL TECHNOLOGIES INC.
JELENA MCWILLIAMS, CH 11 TRUSTEE 5141
CASE #24-10646
2 MANHATTAN WEST
375 9TH AVE
NEW YORK NY 10001-1696

Protecting the security of your account
and personal information is our top
priority. Learn about our online security
best practices and tips on how to protect
yourself from cybercrime by visiting
eastwestbank.com/privacy-and-security.

## Trustee-Vendor Checking

| | | | |
|---|---|---|---|
| Account number | ██████0000 | Beginning balance | $182,041.00 |
| Low balance | $182,041.00 | Total additions ( 0) | .00 |
| Average balance | $182,041.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $182,041.00 |

**\* \* No activity this statement period \* \***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409      rev 05-16

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: April 01, 2025
ENDING DATE: April 30, 2025
Total days in statement period: 30

█████████0000
( 0)

SYNAPSE FINANCIAL TECHNOLOGIES INC.
JELENA MCWILLIAMS, CH 11 TRUSTEE 5141
CASE #24-10646
2 MANHATTAN WEST
375 9TH AVE
NEW YORK NY 10001-1696

Enjoy quick and secure access to your
finances with our Mobile App and Online
Banking! You can check your account
balance, send/receive money, or pay bills.
Visit eastwestbank.com/mobile or call
833.468.8356 to learn more.

## Trustee-Vendor Checking

| | | | |
|---|---|---|---|
| Account number | █████0000 | Beginning balance | $182,041.00 |
| Low balance | $182,041.00 | Total additions ( 0) | .00 |
| Average balance | $182,041.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $182,041.00 |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK
*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: May 01, 2025
ENDING DATE: May 31, 2025
Total days in statement period: 31
███████0000
( 0)

SYNAPSE FINANCIAL TECHNOLOGIES INC.
JELENA MCWILLIAMS, CH 11 TRUSTEE 5141
CASE #24-10646
2 MANHATTAN WEST
375 9TH AVE
NEW YORK NY 10001-1696

Stay alert for financial scams. If you receive an email, text, or call from someone unknown about receiving or sending money for inheritance, charities, or anything similar, do not respond or share your personal information.

## Trustee-Vendor Checking

| | | | |
|---|---|---|---|
| Account number | ███████0000 | Beginning balance | $182,041.00 |
| Low balance | $182,041.00 | Total additions ( 0) | .00 |
| Average balance | $182,041.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $182,041.00 |

**＊ ＊ No activity this statement period ＊ ＊**

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409      rev 05-16

# EAST WEST BANK
*your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: June 01, 2025
ENDING DATE: June 30, 2025
Total days in statement period: 30

█████████0000
( 0)

SYNAPSE FINANCIAL TECHNOLOGIES INC.
JELENA MCWILLIAMS, CH 11 TRUSTEE 5141
CASE #24-10646
2 MANHATTAN WEST
375 9TH AVE
NEW YORK NY 10001-1696

Protecting the security of your account
and personal information is our top
priority. Learn about our online security
best practices and tips on how to protect
yourself from cybercrime by visiting
eastwestbank.com/privacy-and-security.

## Trustee-Vendor Checking

| | | | | |
|---|---|---|---|---|
| Account number | █████0000 | Beginning balance | | $182,041.00 |
| Low balance | $182,041.00 | Total additions | ( 0) | .00 |
| Average balance | $182,041.00 | Total subtractions | ( 0) | .00 |
| | | Ending balance | | $182,041.00 |

### ** No activity this statement period **

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK
*your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**

Page  1  of  1
STARTING DATE: July 01, 2025
ENDING DATE: July 31, 2025
Total days in statement period: 31

▇▇▇▇0000
( 0)

SYNAPSE FINANCIAL TECHNOLOGIES INC.
JELENA MCWILLIAMS, CH 11 TRUSTEE 5141
CASE #24-10646
2 MANHATTAN WEST
375 9TH AVE
NEW YORK NY 10001-1696

> Receive money using Direct Deposits!
> Set up direct deposit and have your
> paycheck or other recurring payments
> sent to your bank account automatically.
> Talk to your payer or call 888.895.5650
> for more details.

## Trustee-Vendor Checking

| | | | |
|---|---|---|---|
| Account number | ▇▇▇▇0000 | Beginning balance | $182,041.00 |
| Low balance | $182,041.00 | Total additions ( 0) | .00 |
| Average balance | $182,041.00 | Total subtractions ( 0) | .00 |
| | | Ending balance | $182,041.00 |

**\* \* No activity this statement period \* \***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK
*Your financial bridge*

Direct inquiries to:
888 761-3967

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: August 01, 2025
ENDING DATE: August 31, 2025
Total days in statement period: 31
▮▮▮▮▮0000
( 0)

SYNAPSE FINANCIAL TECHNOLOGIES INC.
JELENA MCWILLIAMS, CH 11 TRUSTEE 5141
CASE #24-10646
2 MANHATTAN WEST
375 9TH AVE
NEW YORK NY 10001-1696

Switch to e-statements via our Mobile App
or Online Banking for a paperless
experience! You can access up to seven
years of account history easily at your
fingertips. Learn more by visiting
eastwestbank.com/mobile or call
833.468.8356 for details.

## Trustee-Vendor Checking

| | | | |
|---|---|---|---|
| Account number | ▮▮▮▮0000 | Beginning balance | $182,041.00 |
| Low balance | $92,928.15 | Total additions ( 0) | .00 |
| Average balance | $121,674.23 | Total subtractions ( 2) | 89,112.85 |
| | | Ending balance | $92,928.15 |

### DEBITS

| Date | Transaction Description | Subtractions |
|---|---|---|
| 08-11 | Outgoing Wire ▮▮▮▮ KLOUDDATA INC ▮▮▮▮ REF SYNAPSE FINANCIAL TECHONOLOGIES | 18,612.50 |
| 08-11 | Outgoing Wire ▮▮▮▮ MONGODB INC ▮▮▮▮ REF SYNAPSE FINANCIAL TECHNOLOGIES I | 70,500.35 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 182,041.00 | 08-11 | 92,928.15 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK
*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**

Page  1  of  1
STARTING DATE: September 01, 2025
ENDING DATE: September 30, 2025
Total days in statement period: 30

████████0000
( 0 )

SYNAPSE FINANCIAL TECHNOLOGIES INC.
JELENA MCWILLIAMS, CH 11 TRUSTEE 5141
CASE #24-10646
2 MANHATTAN WEST
375 9TH AVE
NEW YORK NY 10001-1696

Stay alert for financial scams. If you receive an email, text, or call from someone unknown about receiving or sending money for inheritance, charities, or anything similar, do not respond or share your personal information.

## Trustee-Vendor Checking

| | | | |
|---|---|---|---|
| Account number | ████████0000 | Beginning balance | $92,928.15 |
| Low balance | $92,928.15 | Total additions ( 0 ) | .00 |
| Average balance | $92,928.15 | Total subtractions ( 0 ) | .00 |
| | | Ending balance | $92,928.15 |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

# EAST WEST BANK

*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**

Page  1  of  1
STARTING DATE: October 01, 2025
ENDING DATE: October 31, 2025
Total days in statement period: 31

██████████0000
( 0)

SYNAPSE FINANCIAL TECHNOLOGIES INC.
JELENA MCWILLIAMS, CH 11 TRUSTEE 5141
CASE #24-10646
2 MANHATTAN WEST
375 9TH AVE
NEW YORK NY 10001-1696

Enjoy quick and secure access to your finances with our Mobile App and Online Banking! You can check your account balance, send/receive money, or pay bills. Visit eastwestbank.com/mobile or call 833.468.8356 to learn more.

---

## Trustee-Vendor Checking

| | | | | |
|---|---|---|---|---|
| Account number | ██████0000 | Beginning balance | | $92,928.15 |
| Low balance | $92,928.15 | Total additions | ( 0) | .00 |
| Average balance | $92,928.15 | Total subtractions | ( 0) | .00 |
| | | Ending balance | | $92,928.15 |

**\* \* No activity this statement period \* \***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409      rev 05-16

BALANCE SUMMARY

Account * [████] 0000 - Synapse Financial Technologi... ▾

| | | |
|---|---|---|
| Ledger Balance | USD 0.00 | As Of 11/24/2025 12:08 |
| Current Balance | USD 0.00 | As Of 11/24/2025 12:08 |
| Accessible Balance | USD 0.00 | As Of 11/24/2025 12:08 |
| Related Available Balance | USD 0.00 | As Of 11/24/2025 12:08 |
| Net Activity Today | USD 0.00 | As Of 11/24/2025 12:08 |
| Closing Ledger | USD 0.00 | As Of 11/21/2025 |

## ACCOUNT - SYNAPSE FINANCIAL TECHNOLOGIES INC - AS OF 11/24/2025 12:08      VIEW▾ ⊖

| Search on | From | To | | | |
|---|---|---|---|---|---|
| Absolute Date ▾ | 11/01/2025 | 11/25/2025 | Search | Reset Criteria | Edit my view |

### PENDING TRANSACTIONS

| Date ▼ | Transaction Type ▲ | Description ▲ | Withdrawals ▲ | Deposits ▲ |
|---|---|---|---|---|
| | | NO INFORMATION TO DISPLAY | | |

### POSTED TRANSACTIONS

| Date ▼ | Transaction Type ▲ | Description ▲ | Withdrawals ▲ | Deposits ▲ | Balance |
|---|---|---|---|---|---|
| 11/10/2025 | Outgoing Money Transfer | [████] SILICON VALLEY BAN[████] REF SYNAPSE FINA... | USD (92,928.15) | | USD 0.00 |

Show 100 ▾

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Cravath, Swaine & Moore LLP, 2 Manhattan West, 375 Ninth Avenue, New York, NY 10001

A true and correct copy of the foregoing document entitled (*specify*): _____
FINAL REPORT AND ACCOUNTING AND SCHEDULE OF POSTPETITION DEBTS _____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

## 1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/24/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ron Bender  rb@lnbyg.com
David A. Berkley  david.berkley@wbd-us.com, mary.koo@wbd-us.com;Sul.Lee@wbd-us.com
J Scott Bovitz  bovitz@bovitz-spitzer.com
Rudy J Cerone  rcerone@mcglinchey.com, lgraff@mcglinchey.com;
jingargiola@mcglinchey.com
Sara Chenetz  schenetz@perkinscoie.com, docketLA@perkinscole.com;
cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz-sara-perkins-coie-
8670@ecf.pacerpro.com; rlieibowiz@perkinscoie.com
Russell Clementson  russell.clementson@usdoj.gov
Andrew Michael Cummings  andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;
hapi@hklaw.com;sandy.olalde@hklaw.com
Michael G. Farag  mfarag@gibsondunn.com
M Douglas Flahaut  df@echoparklegal.com
Jacqueline Foroutan  jacqueline.foroutan@akerman.com, akermanlas@akerman.com
Lauren N Gans  lgans@elkinskalt.com, lmasse@elkinskalt.com
Maria L Garcia  Maria.L.Garcia@lewisbrisbois.com
Paul R. Glassman  pglassman@stradlinlaw.com
Nicholas Christian Glenos  cglenos@bradley.com
Jeffrey I. Golden  jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;
lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
Michael H Goldstein  mgoldstein@goodwinprocter.com, Aschaefer@goodwinlaw.com
Michael I. Gottfried  mgottfried@elkinskalt.com, lwageman@elkinskalt.com,
docketing@elkinskalt.com, lmassie@elkinskalt.com
Steven T Gubner  sgubner@bg.law, ecf@bg.law
Ralph P Guenther  rguenther@guentherlawgroup.com
Robert T. Honeywell  robert.honeywell@klgates.com
Lance N Jurich  ljurich@loeb.com, pmatsuda@loeb.com; ladocket@loeb.com;
ljurich@ecf.courtdrive.com; fmckeown@loeb.com
Jane Kim  jkim@kellerbenvenutti.com

Monica Y Kim  myk@lnbyg.com, myk@ecf.inforuptcy.com
Jeffrey C Krause  jkrause@gibsondunn.com,dtrujillo@gibsondunn.com;jstern@gibsondunn.com
Sabita Krishnan  sabita.krishnan@cfpb.gov
Joseph Lake  joseph.lake@cfpb.gov
William J Levant  wlevant@kaplaw.com, wlevant@gmail.com
Adam A Lewis  alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
Blake J Lindemann   Blake@lawbl.com, Nataly@lawbl.com
Norman Norman Lueck   dennis.lueck@akerman.com, katie.solem@akerman.com
Jelena McWilliams (TR)  jmcwilliams@cravath.com, mao@cravath.com
Krikor J Meshefejian  kjm@lnbyg.com
Fred Neufeld  fneufeld@stradlinglaw.com, tingman@sycr.com
Berj Parseghian  bparseghian@lippes.com
Valerie Bantner Peo  vbantnerpeo@buchalter.com
David M Poitras  dpoitras@bg.law
Jeremy V Richards   jrichards@kbkllp.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
Holly Roark  holly@roarklawboise.com, RoarkLawOffices@jubileebk.net
Paul M Rosenblatt  prosenblatt@kilpatricktownsend.com, moroberts@ktslaw.com
Thomas B Rupp   trupp@kbkllp.com, trupp@kellerbenvenutti.com
Gregory M Salvato   gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;
jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
Brandy A Sargent  brandy.sargent@klgates.com,
litigation.docketing@klgates.com;janna.leasy@klgates.com
Callan C Searcy  bk-csearcy@texasattorneygeneral.gov
Zev Shechtman  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com
hannah.richmond@saul.com;LitigationDocketing@saul.com
Jason D Strabo  jstrabo@mwe.com, jbishopjones@mwe.com; dnorthrop@mwe.com
United States Trustee (SV)  ustpregion16.wh.ecf@usdoj.gov
Jeffrey C Wisler  jwisler@connollygallagher.com, dperkins@connollygallagher.com
Claire K Wu  claire.wu@pillsburylaw.com, renee.evans@pillsburylaw.com;
docket@pillsburylaw.com
Beth Ann R. Young  bry@lnbyg.com, bry@lnbyb.com

☐  Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:

On (*date*) 11/24/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Robert J Labate
Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071

Neda Shapourian
Unit21, Inc.

49 Geary St. Ste 200
San Francisco, CA 94108

Jera L Bradshaw
Greenberg Traurig LLP
2200 Ross Ave, Suite 5200
Dallas, TX 75201

David Boroi
866 Hensel Woods Rd.
Gahanna, OH 43230

Timothy Liu
42 Hillary Lane
Westbury, NY 11590

Thomas J. McGuinness
Nancy F. McGuinness
Danielle A. McGuinness
16 Nottingham Ct.
Alameda, CA 94502

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/24/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Justin Newbern – jay@jaynewbern.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/24/2025 | Robert N. Greenfield | */s/ Robert N. Greenfield* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |